KATHRYN C. WANNER (Cal. Bar No. 269310)
Email: wannerk@sec.gov
M. LANCE JASPER (Cal. Bar No. 244516)
Email: jasperml@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka N. Patel, Associate Regional Director
Amy J. Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ZACHARY J. HORWITZ; AND 1INMM CAPITAL, LLC,<br><br>Defendants. | Case No. **2:21-CV-02927-CAS-GJSx**<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S *EX PARTE* APPLICATION TO FILE COMPLAINT AND APPLICATION FOR AN ASSET FREEZE AND OTHER RELIEF UNDER SEAL UNDER LOCAL RULE 79.5-1**<br><br>**(FILED UNDER SEAL)** |

Plaintiff Securities and Exchange Commission ("SEC") hereby applies, *ex parte* and without notice, for an order sealing, for a limited time, all papers filed today by the SEC in the above-captioned case, consisting of the Complaint and related documents, and all documents filed in support of its separately filed Ex Parte Application for an Order (1) Freezing Assets; (2) Requiring Accountings; (3) Prohibiting Destruction of Documents; and (4) To Set a Hearing on an Order to Show Cause (the "Asset Freeze Application"). The SEC asks that the Complaint and Asset Freeze Application be sealed for the earlier of: (a) 48 hours after the Court issues its ruling on the Asset Freeze Application, or (b) upon application by the SEC to unseal which shall be granted upon filing with the Clerk of the Court.

A.   **Basis for Filing under Seal**

The SEC is filing its Asset Freeze Application without notice because this action concerns a fraud perpetrated by Defendants Zachary J. Horwitz ("Horwitz") and 1inMM Capital, LLC ("1inMM") (collectively "Defendants"). In its Complaint, which the SEC also requests be filed under seal, the SEC alleges that Defendants appear to have engaged in a Ponzi scheme offering fraud selling promissory notes issued by 1inMM. From approximately March 2014 until at least December 2019, Horwitz and 1inMM raised at least $690 million from investors. As of February 26, 2021, Defendants had dissipated a substantial portion of the amount of funds raised, leaving only a cumulative $6,526 in Defendants' three bank accounts.

The SEC is asking the Court to file the Complaint and the Asset Freeze Application under seal because Defendants have dissipated millions of dollars of investor funds raised. Horwitz also transferred $23,756 of funds from a 1inMM account to Horwitz's personal account as recently as February 2021. In addition, Horwitz has recently placed his multi-million dollar luxury home for sale. This home was purchased using at least $5,727,776 of investor funds, and currently appears to be the only asset of any significant size remaining to Defendants. In the current housing market, if this house were to be sold and the proceeds made liquid and available to

Horwitz, there is a significant danger that Horwitz will dissipate these remaining funds if he learns of the SEC's action against him.

Because the SEC is filing its Asset Freeze Application without notice, the SEC asks that the Court file under seal the Complaint, the Asset Freeze Application, and all related and supporting papers, to ensure that the Complaint and Asset Freeze Application are not available to the public through PACER until the Court issues its ruling. If posted on PACER, the Complaint and Asset Freeze Application would be publicly available, defeating the purpose of filing the Asset Freeze Application without notice and increasing the likelihood that the Defendants will learn about the action before the Court issues its ruling. If the Defendants receive such notice, they may decide to quickly liquidate Horwitz's home, purchased with investor funds, for an under market cash offer, thus placing the stolen funds beyond the reach of the Court.

### B. Duration of Proposed Sealing Order

The sealing order sought by this application is of limited duration. The SEC asks that the Complaint and Asset Freeze Application be sealed for the earlier of: (a) 48 hours after the Court issues its ruling on the Asset Freeze Application, or (b) upon application by the SEC to unseal which shall be granted upon filing with the Clerk of the Court. No further order of the Court shall be necessary for the Clerk of Court to unseal the file. This will give the SEC sufficient time to execute the requested asset freeze, to the extent that relief is granted.

The SEC further requests that the seal order shall not be construed to prohibit the SEC or its attorneys or agents from disclosing the existence of this action or the Asset Freeze Application to the process servers and other third parties to the extent the SEC deems necessary, and that the SEC and its attorneys may disclose and serve any Order (1) Freezing Assets; (2) Requiring Accountings; (3) Prohibiting Destruction of Documents; and (4) To Set a Hearing on an Order to Show Cause, upon the depository institutions identified in the proposed order.

**C.    Proposed Documents to Be Filed under Seal**

With this application, the SEC asks that the Court file the following pleadings under seal:

- this Application and the proposed Sealing Order;
- the SEC's Complaint;
- Civil Cover Sheet;
- Summons;
- the SEC's Ex Parte Application for Orders (1) Freezing Assets; (2) Requiring Accountings; (3) Prohibiting Destruction of Documents; and (4) To Set a Hearing on an Order to Show Cause;
- the SEC's Memorandum of Points and Authorities in Support of its Ex Parte Application for Orders (1) Freezing Assets; (2) Requiring Accountings; (3) Prohibiting Destruction of Documents; and (4) To Set a Hearing on an Order to Show Cause;
- the Declaration of Lance Jasper in Support of the SEC's Ex Parte Application for Orders (1) Freezing Assets; (2) Requiring Accountings; (3) Prohibiting Destruction of Documents; and (4) To Set a Hearing on an Order to Show Cause;
- the Declaration of Lorraine Pearson in Support of the SEC's Ex Parte Application for Orders (1) Freezing Assets; (2) Requiring Accountings; (3) Prohibiting Destruction of Documents; and (4) To Set a Hearing on an Order to Show Cause;
- the Declaration of Patrick Younan;
- the Declaration of James Russell;
- the Declaration of Melinda LeMoine;
- the Declaration of Brett Cravatt;
- the Declaration of Jacob Wunderlin
- the Declaration of Joseph deAlteris

- the Declaration of Matthew Schweinzger; and
- the [Proposed] Order: (1) Freezing Assets; (2) Requiring Accountings; (3) Prohibiting Destruction of Documents; and (4) To Set a Hearing on an Order to Show Cause.

For the reasons stated, the SEC respectfully requests that the Court grant the ex parte application to file under seal.

Dated: April 5, 2021

Respectfully submitted,

*/s/ Kathryn C. Wanner*
Kathryn C. Wanner
M. Lance Jasper
Attorneys for Plaintiff
Securities and Exchange Commission