KATHRYN C. WANNER (Cal. Bar No. 269310)
Email: wannerk@sec.gov
M. LANCE JASPER (Cal. Bar No. 244516)
Email: jasperml@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka N. Patel, Associate Regional Director
Amy J. Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ZACHARY J. HORWITZ; AND 1INMM CAPITAL, LLC,<br><br>Defendants. | Case No. **2:21-CV-02927-CAS-GJSx**<br><br>**DECLARATION OF PATRICK YOUNAN**<br><br>**(FILED UNDER SEAL)** |

## DECLARATION OF PATRICK YOUNAN

I, PATRICK YOUNAN, declare and state as follows:

1. I am a Senior Litigation Administrator at Warner Media, LLC. ("WarnerMedia"). I have been employed at Home Box Office, Inc. ("HBO") and, later, WarnerMedia, its corporate parent, since 2006. Except where stated, this declaration is made based upon my personal knowledge, and I am familiar with its contents. If called to testify, I could and would testify under oath to the facts set forth herein.

2. I am familiar with the CR2 rights management database. HBO uses this database to, among other things, track content that HBO has licensed from third-parties for distribution in the United States. The records contained in that database are made and kept in the course of HBO's regularly conducted business activity. These records are routinely made and kept in the course of business in HBO's usual practice. The records are made at or near the time the licenses are entered into and are made by people with knowledge of, or from information transmitted by a person with knowledge, and reported such knowledge in the regular course of business.

   a. I caused and observed searches to be performed in CR2 for licenses of content from 1inMM Productions and 1inMM Capital. HBO has not licensed content from either entity.

   b. I caused and observed searches to be performed in CR2 for licenses for the following titles: *Adderall*; *Always & Forever*; *Barefoot at Dawn*; *Bleach*; *Buried Secrets*; *Clara*; *Clown Fear*; *Cranson Academy*; *Dauntless*; *Don't Open Your Eyes*; *El Fotografo de Mauthausen*; *El Silencio*; *Gridlocked*; *Gun City*; *Indivisible*; *Into the Ashes*; *Killer Man*; *K.O.*; *La Melodie*; *Legend of the Ancient Sword*; *Mary*; *MDMA*; *Milbrook Summoning*; *My Spy*; *New Romantic*; *Outlawed*; *Party Crasher*; *Pegasus*; *Roads*; *Run with the Hunted*; *Sleeping in Plastic*; *Tales from the Lodge*; *Taxi 5*; *The Butcher*; *The Insult*; *The Misfits*; *The Skin of the Wolf*; *The Titan*; *The Unicorn*; *Trouble*; *Watch List*; *You Might Be The Killer*. HBO has not licensed these titles.

c.  I caused and observed searches to be performed for licenses in CR2 for the following titles and learned that the titles were licensed from licensors other than 1inMM Productions and 1inMM Capital:

  i. *Angel of Mine* was licensed from Lionsgate.
  ii. *Artic* was licensed from Bleeker Street.
  iii. HBO has licensed two pictures titled *Foreplay*: one was from Fox and Lorber Associates, the other was from United States Media Corporation.
  iv. *God's Not Dead* was licensed from Lionsgate.
  v. *Screamers* was licensed from Sony.
  vi. *Misfits Club* was licensed from MGM/UA Telecommunications Inc.

3. Based on my research I know that HBO-Latin America Group ("HBO-LAG") was originally founded as a joint venture between affiliates of Home Box Office and Ole Communications, Inc.. Home Box Office, Inc. is a wholly-owned subsidiary of WarnerMedia (as successor to Time Warner, Inc.). Based on my research I know that the various legal entities comprising the HBO-LAG joint venture (and not an entity in the HBO control group) acted as the licensee of third-party rights for content distributed as part of the HBO branded pay television and ancillary programming services in Latin America.

4. I am familiar with the IBMS rights management database. HBO-LAG uses IBMS to, among other things, track content that HBO has licensed from third-parties for distribution in the Latin America. The records contained in that database are made and kept in the course of HBO-LAG's regularly conducted business activity. These records are routinely made and kept in the course of business in HBO-LAG's usual practice. The records are made at or near the time the licenses are entered into and are made by people with knowledge of the licenses, or from information transmitted by a person with such knowledge, and reported in the regular course of business.

a.  I caused and observed searches to be performed in IBMS for licenses of

content from 1inMM Productions and 1inMM Capital. HBO-LAG has not licensed content from either entity.

        b.     I caused and observed searches to be performed in IBMS for licenses for the following titles: *Adderall*; *Always & Forever*; *Angel of Mine*; *Artic*; *Barefoot at Dawn*; *Bleach*; *Buried Secrets*; *Clara*; *Clown Fear*; *Cranson Academy*; *Dauntless*; *Don't Open Your Eyes*; *El Fotografo de Mauthausen*; *El Silencio*; *Foreplay*; *Gridlocked*; *Gun City*; *Indivisible*; *Into the Ashes*; *Killer Man*; *K.O.*; *La Melodie*; *Legend of the Ancient Sword*; *Mary*; *MDMA*; *Milbrook Summoning*; *My Spy*; *New Romantic*; *Outlawed*; *Party Crasher*; *Pegasus*; *Roads*; *Run with the Hunted*; *Screamers*; *Sleeping in Plastic*; *Tales from the Lodge*; *Taxi 5*; *The Butcher*; *The Insult*; *The Misfits*; *The Skin of the Wolf*; *The Titan*; *The Unicorn*; *Trouble*; *Watch List*; *You Might Be The Killer*. HBO-LAG has not licensed these titles.

        c.     I caused and observed a search be performed in IBMS for *God's Not Dead* and learned it was licensed from Whiland Int'l S.A. – not 1inMM Productions or 1inMM Capital.

    5.     WarnerMedia, HBO and HBO-LAG use Microsoft Exchange. I caused searches to be performed at the Microsoft Exchange server level for all email addresses for Vanessa Cruz, Cynthia Maldonado and Jonathan Cherry, including all aliases and delegates for those employees. Vanessa.cruz@hbo.com and Cynthia.maldonado@hbo.com are not valid email addresses for Vanessa Cruz and Cynthia Maldonado. Likewise, joncherry@hbo.com is not a valid email address for Jonathan Cherry.

    6.     WarnerMedia maintains a database of corporate entities, including subsidiaries. The records contained in that database are made and kept in the course of WarnerMedia's regularly conducted business activity. These records are routinely made and kept in the course of business in WarnerMedia's usual practice. The records are made at or near the time changes in the corporate structure are made, and the entries are made by people with knowledge of, or from information transmitted by a person with knowledge, and reported such knowledge in the regular course of business.

a. HBO Holdings, Inc. has not been an active corporation in almost 30 years following a merger.
b. Home Box Office International, Inc. has not been an active corporation in almost 30 years following a merger.
c. There is no HBO Latin America Holdings Inc. HBO Latin America Holdings LLC. is a holding company and would not have been used to license content from a third-party.
d. WarnerMedia has no record of a subsidiary called Home Box Office Latin America, let alone one involved in distribution.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

Executed February 25, 2021, at New York, New York.

_____
PATRICK YOUNAN