LODGED
CLERK, U.S. DISTRICT COURT
APR - 5 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: RS DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
April 6, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: CMJ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>vs.<br><br>ZACHARY J. HORWITZ; AND 1INMM CAPITAL, LLC,<br><br>  Defendants, | Case No. **2:21-CV-02927-CAS-GJSx**<br><br>**ORDER RE PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S *EX PARTE* APPLICATION TO FILE COMPLAINT AND APPLICATION FOR AN ASSET FREEZE AND OTHER RELIEF UNDER SEAL UNDER LOCAL RULE 79.5-1**<br><br>**(FILED UNDER SEAL)** |

Plaintiff Securities and Exchange Commission ("SEC"), having applied for an order directing that all pleadings and other documents filed with the Court in the above-captioned case be filed under seal, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the entire file and the docket in this action be sealed, and that all documents submitted to the Court in this action, including,

- this Application and the proposed Sealing Order;
- the SEC's Complaint;
- Civil Cover Sheet;
- Summons;
- the SEC's Ex Parte Application for Orders (1) Freezing Assets; (2) Requiring Accountings; (3) Prohibiting Destruction of Documents; and (4) To Set a Hearing on an Order to Show Cause;
- the SEC's Memorandum of Points and Authorities in Support of its Ex Parte Application for Orders (1) Freezing Assets; (2) Requiring Accountings; (3) Prohibiting Destruction of Documents; and (4) To Set a Hearing on an Order to Show Cause;
- the Declaration of Lance Jasper in Support of the SEC's Ex Parte Application for Orders (1) Freezing Assets; (2) Requiring Accountings; (3) Prohibiting Destruction of Documents; and (4) To Set a Hearing on an Order to Show Cause;
- the Declaration of Lorraine Pearson in Support of the SEC's Ex Parte Application for Orders (1) Freezing Assets; (2) Requiring Accountings; (3) Prohibiting Destruction of Documents; and (4) To Set a Hearing on an Order to Show Cause;
- the Declaration of Patrick Younan;
- the Declaration of James Russell;
- the Declaration of Melinda LeMoine;
- the Declaration of Brett Cravatt;

- the Declaration of Jacob Wunderlin
- the Declaration of Joseph deAlteris
- the Declaration of Matthew Schweinzger; and
- the [Proposed] Order: (1) Freezing Assets; (2) Requiring Accountings; (3) Prohibiting Destruction of Documents; and (4) To Set a Hearing on an Order to Show Cause.

(collectively, the "Asset Freeze Application"), be filed under seal, and that the file remain sealed: (a) for 48 hours after the Court issues its ruling on the Asset Freeze Application, or (b) upon application by the SEC to unseal which shall be granted upon filing with the Clerk of the Court. No further order of the Court shall be necessary for the Clerk of Court to unseal the file.

**IT IS HEREBY FURTHER ORDERED** that this Order shall not be construed to prohibit the SEC or its attorneys or agents from disclosing the existence of this action or the Asset Freeze Application to the process servers and other third parties to the extent the SEC deems necessary, and that the SEC and its attorneys may disclose and serve any Order on the Ex Parte Application for an Order (1) Freezing Assets; (2) Requiring Accountings; (3) Prohibiting Destruction of Documents; and (4) To Set a Hearing on an Order to Show Cause, upon the depository institutions identified in the proposed order.

IT IS SO ORDERED.

Dated: April 6, 2021

*Christine A. Snyder*
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Presented by:
Kathryn C. Wanner
M. Lance Jasper
Attorneys for Plaintiff
Securities and Exchange Commission

2