FILED

2021 APR -6 PM 2:21

KATHRYN C. WANNER (Cal. Bar No. 269310)
Email: wannerk@sec.gov
M. LANCE JASPER (Cal. Bar No. 244516)
Email: jasperml@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka N. Patel, Associate Regional Director
Amy J. Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Western Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ZACHARY J. HORWITZ; AND 1INMM CAPITAL, LLC,<br><br>Defendants. | Case No. 2:21-cv-02927-CAS-GJSx<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S *EX PARTE* APPLICATION TO UNSEAL THE COMPLAINT AND ASSET FREEZE APPLICATION** |

On April 5, 2021, Plaintiff Securities and Exchange Commission ("SEC") applied, ex parte and without notice, for an order sealing, for a limited time, the Complaint and related documents, and all documents filed in support of its Ex Parte Application for an Order (1) Freezing Assets; (2) Requiring Accountings; (3) Prohibiting Destruction of Documents; and (4) To Set a Hearing on an Order to Show Cause (the "Asset Freeze Application"). The SEC requested that the Complaint and Asset Freeze Application be sealed for the earlier of: (a) 48 hours after the Court issues its ruling on the Asset Freeze Application, or (b) upon application by the SEC to unseal which shall be granted upon filing with the Clerk of the Court.

The Court granted the Asset Freeze Application on April 6, 2021 (the "Asset Freeze Order") and the SEC has served the Asset Freeze Order upon the relevant financial institutions and real estate professionals. In addition, also on April 6, 2021, Defendant Zachary J. Horwitz was arrested in connection with a federal criminal complaint filed against him. There being no further need for the documents to be under seal, the SEC asks that the following documents be unsealed:

- Application to File Under Seal and the proposed Sealing Order;
- the SEC's Complaint;
- Civil Cover Sheet;
- Summons;
- the SEC's Ex Parte Application for Orders (1) Freezing Assets; (2) Requiring Accountings; (3) Prohibiting Destruction of Documents; and (4) To Set a Hearing on an Order to Show Cause;
- the SEC's Memorandum of Points and Authorities in Support of its Ex Parte Application for Orders (1) Freezing Assets; (2) Requiring Accountings; (3) Prohibiting Destruction of Documents; and (4) To Set a Hearing on an Order to Show Cause;
- the Declaration of Lance Jasper in Support of the SEC's Ex Parte Application for Orders (1) Freezing Assets; (2) Requiring Accountings;

(3) Prohibiting Destruction of Documents; and (4) To Set a Hearing on an Order to Show Cause;

- the Declaration of Lorraine Pearson in Support of the SEC's Ex Parte Application for Orders (1) Freezing Assets; (2) Requiring Accountings; (3) Prohibiting Destruction of Documents; and (4) To Set a Hearing on an Order to Show Cause;
- the Declaration of Patrick Younan;
- the Declaration of James Russell;
- the Declaration of Melinda LeMoine;
- the Declaration of Brett Cravatt;
- the Declaration of Jacob Wunderlin
- the Declaration of Joseph deAlteris
- the Declaration of Matthew Schweinzger; and
- the [Proposed] Order: (1) Freezing Assets; (2) Requiring Accountings; (3) Prohibiting Destruction of Documents; and (4) To Set a Hearing on an Order to Show Cause.

Dated: April 6, 2021

Respectfully submitted,

*/s/ Kathryn C. Wanner*
Kathryn C. Wanner
M. Lance Jasper
Attorneys for Plaintiff
Securities and Exchange Commission

2