LODGED

2021 APR -6 PM 2: 22

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Western Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ZACHARY J. HORWITZ; AND 1INMM CAPITAL, LLC,<br><br>Defendants, | Case No. 2:21-cv-02927-CAS-GJS<br><br>**[PROPOSED] ORDER RE PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S *EX PARTE* APPLICATION TO UNSEAL THE COMPLAINT AND ASSET FREEZE APPLICATION** |

Plaintiff Securities and Exchange Commission ("SEC"), having applied for an order directing that all pleadings and other documents filed with the Court in the above-captioned case be unsealed, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the entire file and the docket in this action be sealed, and that all documents submitted to the Court in this action, including,

- The SEC's Application to Seal and the proposed Sealing Order;
- the SEC's Complaint;
- Civil Cover Sheet;
- Summons;
- the SEC's Ex Parte Application for Orders (1) Freezing Assets; (2) Requiring Accountings; (3) Prohibiting Destruction of Documents; and (4) To Set a Hearing on an Order to Show Cause;
- the SEC's Memorandum of Points and Authorities in Support of its Ex Parte Application for Orders (1) Freezing Assets; (2) Requiring Accountings; (3) Prohibiting Destruction of Documents; and (4) To Set a Hearing on an Order to Show Cause;
- the Declaration of Lance Jasper in Support of the SEC's Ex Parte Application for Orders (1) Freezing Assets; (2) Requiring Accountings; (3) Prohibiting Destruction of Documents; and (4) To Set a Hearing on an Order to Show Cause;
- the Declaration of Lorraine Pearson in Support of the SEC's Ex Parte Application for Orders (1) Freezing Assets; (2) Requiring Accountings; (3) Prohibiting Destruction of Documents; and (4) To Set a Hearing on an Order to Show Cause;
- the Declaration of Patrick Younan;
- the Declaration of James Russell;
- the Declaration of Melinda LeMoine;
- the Declaration of Brett Cravatt;

1. - the Declaration of Jacob Wunderlin
2. - the Declaration of Joseph deAlteris
3. - the Declaration of Matthew Schweinzger; and
4. - the [Proposed] Order: (1) Freezing Assets; (2) Requiring Accountings; (3) Prohibiting Destruction of Documents; and (4) To Set a Hearing on an Order to Show Cause.

IT IS SO ORDERED.

Dated: _____, 2021

_____
THE HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Presented by:
Kathryn C. Wanner
M. Lance Jasper
Attorneys for Plaintiff
Securities and Exchange Commission