# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Western Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    vs.<br><br>ZACHARY J. HORWITZ; AND 1INMM CAPITAL, LLC,<br><br>    Defendants. | Case No. 2:21-cv-02927-CAS-GJSx<br><br>[~~PROPOSED~~] ORDER RE PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S *EX PARTE* APPLICATION TO UNSEAL THE COMPLAINT AND ASSET FREEZE APPLICATION |

Plaintiff Securities and Exchange Commission ("SEC"), having applied for an order directing that all pleadings and other documents filed with the Court in the above-captioned case be unsealed, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the entire file and the docket in this action be unsealed, and that all documents submitted to the Court in this action, including,

- The SEC's Application to Seal and the proposed Sealing Order;
- the SEC's Complaint;
- Civil Cover Sheet;
- Summons;

///

- the SEC's Ex Parte Application for Orders (1) Freezing Assets; (2) Requiring Accountings; (3) Prohibiting Destruction of Documents; and (4) To Set a Hearing on an Order to Show Cause;

- the SEC's Memorandum of Points and Authorities in Support of its Ex Parte Application for Orders (1) Freezing Assets; (2) Requiring Accountings; (3) Prohibiting Destruction of Documents; and (4) To Set a Hearing on an Order to Show Cause;

- the Declaration of Lance Jasper in Support of the SEC's Ex Parte Application for Orders (1) Freezing Assets; (2) Requiring Accountings; (3) Prohibiting Destruction of Documents; and (4) To Set a Hearing on an Order to Show Cause;

- the Declaration of Lorraine Pearson in Support of the SEC's Ex Parte Application for Orders (1) Freezing Assets; (2) Requiring Accountings; (3) Prohibiting Destruction of Documents; and (4) To Set a Hearing on an Order to Show Cause;

- the Declaration of Patrick Younan;
- the Declaration of James Russell;
- the Declaration of Melinda LeMoine;
- the Declaration of Brett Cravatt;
- the Declaration of Jacob Wunderlin
- the Declaration of Joseph deAlteris
- the Declaration of Matthew Schweinzger; and

///
///
///
///
///
///

1

- the [Proposed] Order: (1) Freezing Assets; (2) Requiring Accountings; (3) Prohibiting Destruction of Documents; and (4) To Set a Hearing on an Order to Show Cause.

IT IS SO ORDERED.

Dated: April 6, 2021

*Christine A. Snyder*

THE HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Presented by:
Kathryn C. Wanner
M. Lance Jasper
Attorneys for Plaintiff
Securities and Exchange Commission

2