**VEDDER PRICE (CA) LLP**
Michael Quinn, Bar No. 198349
mquinn@vedderprice.com
Ryan S. Hedges, Bar No. 217617
rhedges@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: +1 424 204 7700
F: +1 424 204 7702

Attorneys for Defendants
*Zachary J. Horwitz and 1inMM Capital, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY J. HORWITZ; and 1INMM CAPITAL, LLC,<br><br>Defendants. | Case No. 2:21-CV-02927-CAS-GJSx<br><br>**STIPULATION TO CONTINUE THE HEARING ON ORDER TO SHOW CAUSE AND RELATED DEADLINES; CONTINUE THE ORDER FREEZING ASSETS; AND EXTEND THE DEADLINE FOR AN ACCOUNTING PURSUANT TO ECF NO. 18**<br><br>Current Hearing: April 19, 2021 10:00 A.M.<br><br>Proposed Hearing: May 3, 2021 10:00 A.M.<br><br>Judge: Christina A. Synder |

**STIPULATION**

WHEREAS, on April 5, 2021, a criminal complaint was filed under seal against Defendant Zachary J. Horwitz ("Horwitz") in the United States District Court for the Central District of California, case number 2:21-mj-01631(hereinafter "Criminal Complaint");

WHEREAS, on the morning of April 6, 2021, Horwitz was arrested and taken into federal custody pursuant to an arrest warrant issued based on the Criminal Complaint, which was later unsealed;

WHEREAS, on April 6, 2021, this Court issued under seal an Order (1) Freezing Assets; (2) Requiring an Accounting; (3) Prohibiting Destruction of Documents; and (4) to Set Hearing on Order to Show Cause (ECF No. 18, hereinafter "Order re Asset Freeze");

WHEREAS, the Order re Asset Freeze sets a Hearing on an Order to Show Cause at 10:00 A.M. on April 19, 2021;

WHEREAS, the Order re Asset Freeze is set to expire on 12:00 P.M. on April 19, 2021 unless the parties against whom it is directed consent that it may be extended for a longer period;

WHEREAS, the Order re Asset Freeze requires an accounting be delivered to Plaintiff Securities and Exchange Commission ("SEC") within five days of the issuance of the Order re Asset Freeze or by Sunday, April 11, 2021;

WHEREAS, the Order re Asset Freeze requires that Defendants file any opposition to the asset freeze continuing until the matter is determined no later than 4:00 P.M. on April 13, 2021;

WHEREAS, Horwitz remains in federal custody and was recently transported by the United States Marshals Service to a facility in the County of San Bernardino where he is being housed pending finalization of the necessary formalities of his secured bond;

WHEREAS, on April 12, 2021, Counsel for Defendants agreed to waive service; and

WHEREAS, undersigned counsel for Defendants was not able to communicate with Horwitz in federal custody, including regarding the Order re Asset Freeze, until Saturday, April 10, 2021.

The Parties, through their respective undersigned counsel, hereby stipulate as follows:

1. The Order re Asset Freeze will be extended until 12:00 P.M. on May 3, 2021 or, if the Court sets a later date for the Hearing on the Order to

Show Cause, until a reasonable time after the new Hearing date;

2. The Hearing on an Order to Show Cause will be continued until 10:00 A.M. on May 3, 2021 or as soon thereafter as the Court may determine;

3. The Order's requirement for an accounting will be extended until April 26, 2021; and

4. Horwitz's opposition to the asset freeze continuing until the matter is determined, if any, will be filed and served no later than 4:00 P.M. on April 27, 2021.

IT IS SO STIPULATED BY THE UNDERSIGNED

Dated:     April 12, 2021            VEDDER PRICE (CA), LLP

By: /s/ Michael Quinn
    Michael Quinn
    Ryan S. Hedges

Attorneys for Defendants
*Zachary J. Horwitz and 1inMM Capital, LLC*

Dated:     April 12, 2021            SECURITIES AND EXCHANGE COMMISSION

By: /s/ Kathryn C. Wanner
    Kathryn C. Wanner
    M. Lance Jasper

Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2021, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

                        /s/ Michael Quinn
                        Michael Quinn