UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ZACHARY J. HORWITZ; and 1INMM CAPITAL, LLC,<br><br>　　　　Defendants. | Case No. 2:21-CV-02927-CAS-GJSx<br><br>**[PROPOSED] ORDER CONTINUING THE HEARING ON ORDER TO SHOW CAUSE; CONTINUING THE ORDER FREEZING ASSETS; AND EXTENDING THE DEADLINES FOR AN ACCOUNTING AND OPPOSITION TO THE ASSET FREEZE**<br><br>Current Hearing: April 19, 2021　10:00 A.M.<br><br>Proposed Hearing:　May 3, 2021　10:00 A.M.<br><br>Judge:　Christina A. Synder |

The Court, having considered the Stipulation to Continue the Hearing on the Order to Show Cause; Continue the Order Freezing Assets; and Extend the Deadlines for an Accounting and Opposition to the Asset Freeze, and good cause appearing, the Court hereby GRANTS the Parties' stipulated request as follows:

1. The Order re Asset Freeze will be extended until [12:00 P.M. on May 3, 2021];

2. The Hearing on an Order to Show Cause will be continued until [10:00 A.M. on May 3, 2021];

3. The Order's requirement for an accounting will be extended until April 26, 2021; and

4. Horwitz's opposition to the asset freeze continuing until the matter is determined will be filed and served no later than 4:00 P.M. on April 27, 2021.

IT IS SO ORDERED

Dated:         April ___, 2021         By: _____
                                            UNITED STATES DISTRICT JUDGE
                                            Hon. Christina A. Synder

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2021, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

                                                /s/ Michael Quinn
                                                  Michael Quinn

ATTORNEYS AT LAW
LOS ANGELES

3

CERTIFICATE OF SERVICE