**VEDDER PRICE (CA) LLP**
Michael Quinn, Bar No. 198349
mquinn@vedderprice.com
Ryan S. Hedges, Bar No. 217617
rhedges@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: +1 424 204 7700
F: +1 424 204 7702

Attorneys for Defendants
*Zachary J. Horwitz and 1inMM Capital, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>     v.<br><br>ZACHARY J. HORWITZ; and 1INMM CAPITAL, LLC,<br><br>            Defendants. | Case No. 2:21-CV-02927-CAS-GJSx<br><br>**DEFENDANTS' DISCLOSURE STATEMENT (FEDERAL RULE OF CIVIL PROCEDURE 7.1) AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1)**<br><br>Judge:    Christina A. Synder |

## DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant 1inMM Capital, LLC makes the following corporate disclosure: 1inMM Capital, LLC has no parent corporation.

## CERTIFICATION OF INTERESTED PARTIES

Pursuant to Civil Local Rule 7.1-1, the undersigned, counsel of record for Defendants Zachary Horwitz and 1inMM Capital, LLC, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- Securities and Exchange Commission


- Zachary Horwitz
- 1inMM Capital LLC

Dated: April 13, 2021                         VEDDER PRICE (CA), LLP

By: /s/ Michael Quinn
    Michael Quinn
    Ryan S. Hedges

Attorneys for Defendants
*Zachary J. Horwitz and 1inMM Capital, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2021, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

/s/ Michael Quinn
Michael Quinn

CERTIFICATE OF SERVICE