UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY J. HORWITZ; and 1INMM CAPITAL, LLC,<br><br>Defendants. | Case No. 2:21-CV-02927-CAS-GJSx<br><br>[~~PROPOSED~~] ORDER CONTINUING THE HEARING ON ORDER TO SHOW CAUSE; CONTINUING THE ORDER FREEZING ASSETS; AND EXTENDING THE DEADLINES FOR AN ACCOUNTING AND OPPOSITION TO THE ASSET FREEZE<br><br>Current Hearing: April 19, 2021 10:00 A.M.<br><br>Proposed Hearing: May 3, 2021 10:00 A.M.<br><br>Judge: Christina A. Synder |

The Court, having considered the Stipulation to Continue the Hearing on the Order to Show Cause; Continue the Order Freezing Assets; and Extend the Deadlines for an Accounting and Opposition to the Asset Freeze, and good cause appearing, the Court hereby GRANTS the Parties' stipulated request as follows:

1. The Order re Asset Freeze will be extended until 12:00 P.M. on May 3, 2021;

2. The Hearing on an Order to Show Cause will be continued to 10:00 A.M. on May 3, 2021;

3. The Order's requirement for an accounting will be extended until April 26, 2021; and

4. Horwitz's opposition to the asset freeze continuing until the matter is determined will be filed and served no later than 4:00 P.M. on April 27, 2021.

IT IS SO ORDERED

Dated: April 14, 2021

By: *Christina A. Snyder*
UNITED STATES DISTRICT JUDGE
Hon. Christina A. Synder