KATHRYN C. WANNER (Cal. Bar No. 269310)
Email: wannerk@sec.gov
M. LANCE JASPER (Cal. Bar No. 244516)
Email: jasperml@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka N. Patel, Associate Regional Director
Amy J. Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## Western Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ZACHARY J. HORWITZ; AND 1INMM CAPITAL, LLC,<br><br>Defendants. | Case No. 2:21-cv-02927-CAS-GJS<br><br>**JOINT *EX PARTE* APPLICATION FOR LIMITED RELIEF FROM ASSET FREEZE AND TO DEPOSIT NET PROCEEDS OF SALE OF ASSETS WITH REGISTRY OF THE COURT** |

By this Joint *Ex Parte* Application, Plaintiff, the United States Securities and Exchange Commission ("SEC") and Defendants Zachary J. Horwitz ("Horwitz") and 1inMM Capital, LLC ("1inMM"), hereby request emergency relief from the Court for (1) an Order granting limited relief from the Court's April 6, 2021 Order Granting the SEC' Motion for and Order (1) Freezing Assets; (2) Requiring and Accounting; (3) Prohibiting Destruction of Documents; and (4) To Set Hearing on Order to show Cause (Dkt. No. 18) and (2) an Order directing the Clerk to deposit the net proceeds of the sale of property into the Court Registry Investment System ("CRIS"). The purpose of this Joint Application is to enable Horwitz to sell his home located at 9615 Bolton Road, Los Angeles, CA 90034 (the "Bolton Road House"). The net proceeds from the sale of the Bolton Road House, which are estimated to be $1,417,517.16, will be deposited in the CRIS to be held until further order from this Court.

The following paragraphs set forth the parties' agreement as to the joint relief sought.

I. **Description of Asset and Claims**

This Joint Application involves the following asset, which is subject to the Asset Freeze Order. Dkt. No. 18.

Horwitz and his wife purchased the Bolton Road house in March of 2018 in the name of the MJLZ Trust. Dkt. No. 7 (Declaration of Lance Jasper in Support of the SEC's Motion for an Asset Freeze) at ¶¶ 23 and 38, Exs. 16 and 30. The SEC alleges that in total, Horwitz transferred $5,727,776 in investor funds to purchase the home. Dkt. No. 6 (Declaration of Lorraine Pearson in Support of the SEC's Motion for an Asset Freeze) at ¶ 28. The Bolton Road House is subject to the Court's Asset Freeze Order. Dkt. No. 18 at page 3.

At this time, the Bolton Road House is in escrow, with a closing date of April 21, 2021. Declaration of Kathryn Wanner ("Wanner Decl.") at ¶¶ 2-4, Exs. 1 and 2. The buyer for the Bolton Road House is willing to continue with the purchase of the home and has offered $5,930,000 for the property. Wanner Decl. at ¶¶ 3 and 4, Ex. 3.

1

The Bolton Road House was appraised on January 22, 2020, in connection with a refinance, at $5,850,000, making the offer price $80,000 more than the third party appraisal. Wanner Decl. at ¶ 5, Ex. 3.

According to the Seller's Estimated Net Proceeds form prepared by Portfolio Escrow, Inc., the total estimated net proceeds from the sale of the Bolton Road House will be $1,417,517.16. Wanner Decl. at ¶ 6, Ex. 4.

As of this time, Horwitz and his wife have vacated the Bolton Road House but continue to be responsible for making mortgage payments and paying for ongoing upkeep and repair. Declaration of Mallory Horwitz ("M. Horwitz Decl.") at ¶ 2. The last mortgage payment was made on April 2, 2021. M. Horwitz Decl. at ¶ 3.

## II. LEGAL AUTHORITY

The purpose of an asset freeze is to "preserve the status quo by preventing dissipation and diversion of assets." *SEC v. Infinity Grp. Co.*, 212 F.3d 180, 197 (3d Cir. 2000); *see SEC v. Hickey*, 322 F.3d 1123, 1131 (9th Cir. 2003) (affirming asset freeze over nonparty brokerage firm controlled by defendant to effectuate disgorgement order against defendant). Concurrent with that authority is the equitable authority to release frozen assets as needed. *SEC v. Duclaud Gonzales de Castilla*, 170 F. Supp. 2d 427, 429 (S.D.N.Y. 2001) (the court has the "corollary authority to release frozen personal assets, or lower the amount frozen.")

In addition, Fed. R. Civ. P. 67 provides for the deposit of money with the Clerk of the Court.

## III. **Joint Relief Sought**

In order to avoid the costs and uncertainties of allowing the Bolton Road House to remain frozen, the parties have agreed to the following and seek the Court's approval of the same.

First, the Court will unfreeze the Bolton Road House, for the limited purpose of allowing a sale of the home. Horwitz and his wife will sign any and all documents as may be requested to assist in completing the sale of the property, title to which is

held in the MJLX Trust, for which Horwitz and his wife are trustees.

Second, the net proceeds of the sale of the Bolton Road House will be deposited in and held by the CRIS and remain under the jurisdiction of this Court, pending a future order of this Court. *See* Fed. R. Civ. P. 67. Upon the disposition of this matter, the parties will seek an appropriate order from this Court disbursing the funds.

All other provisions of the Court's prior orders shall remain in full force and effect. This Court shall retain jurisdiction for the purpose of implementing and carrying out the terms of this Joint Application and to entertain any suitable application or motion for additional relief within the jurisdiction of the Court.

WHEREFORE, the SEC and the Defendants respectfully request that the Court enter the attached Order.

Dated: April 21, 2021

*/s/ Kathryn C. Wanner*
Kathryn C. Wanner
Counsel for Plaintiff
Securities and Exchange Commission

Dated: April 21, 2021

*/s/ Michael J. Quinn*
Michael J, Quinn
Marie E. Christiansen
Vedder Price LLP
Counsel for Defendants
Zachary J. Horwitz and 1inMM Capital, LLC

///
///
///
///
///

3

## LOCAL RULE 5-4.3.4(A)(2)(I) CERTIFICATION

Pursuant to L.R. L.R. 5-4.3.4(a)(2)(i), I, Kathryn C. Wanner, attest that all signatories identified above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Kathryn C. Wanner*
Kathryn C. Wanner
Counsel for Plaintiff
Securities and Exchange Commission

2

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

    U.S. SECURITIES AND EXCHANGE COMMISSION,
    444 S. Flower Street, Suite 900, Los Angeles, California 90071
    Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On April 21, 2021, I caused to be served the document entitled **JOINT *EX PARTE* APPLICATION FOR LIMITED RELIEF FROM ASSET FREEZE AND TO DEPOSIT NET PROCEEDS OF SALE OF ASSETS WITH REGISTRY OF THE COURT** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: April 21, 2021            */s/ Kathryn C. Wanner*
                                       KATHRYN C. WANNER

*SEC v. Zachary Horwitz, et al.*
United States District Court – Central District of California
Case No. 2:21-cv-02927-CAS-GJS
LA-5212

SERVICE LIST

Michael J. Quinn, Esq.
Ryan C. Hedges, Esq.
Vedder Price
1925 Century Park East, Suite 1900
Los Angeles, CA 90067
Email: mquinn@vedderprice.com
Email: rhedges@vedderprice.com
***Attorneys for Defendants Zachary J. Horwitz; and 1inMM Capital, LLC (served via CM/ECF)***