1  KATHRYN C. WANNER (Cal. Bar No. 269310)
   Email: wannerk@sec.gov
2  M. LANCE JASPER (Cal. Bar No. 244516)
   Email: jasperml@sec.gov
3
   Attorneys for Plaintiff
4  Securities and Exchange Commission
   Michele Wein Layne, Regional Director
5  Alka N. Patel, Associate Regional Director
   Amy J. Longo, Regional Trial Counsel
6  444 S. Flower Street, Suite 900
   Los Angeles, California 90071
7  Telephone:  (323) 965-3998
   Facsimile:   (213) 443-1904

8

9                  **UNITED STATES DISTRICT COURT**

10                **CENTRAL DISTRICT OF CALIFORNIA**

11                        **Western Division**

12

13  | SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:21-cv-02927-CAS-GJS |
    |---|---|

14  SECURITIES AND EXCHANGE
    COMMISSION,                        Case No. 2:21-cv-02927-CAS-GJS

                                       **DECLARATION OF KATHRYN C.**
15            Plaintiff,               **WANNER IN SUPPORT OF JOINT**
                                       ***EX PARTE* APPLICATION FOR**
                                       **LIMITED RELIEF FROM ASSET**
16       vs.                           **FREEZE AND TO DEPOSIT NET**
                                       **PROCEEDS OF SALE OF ASSETS**
17  ZACHARY J. HORWITZ; AND            **WITH REGISTRY OF THE COURT**
    1INMM CAPITAL, LLC,

18
              Defendants,
19

20

21

22

23

24

25

26

27

28

## <u>DECLARATION OF KATHRYN C. WANNER</u>

I, Kathryn C. Wanner, declare pursuant to 28 U.S.C. § 1746 as follows:

1.      I am an attorney at law admitted to practice law in the State of California and before the United States District Court for the Central District of California.  I am employed as an attorney in the Los Angeles Regional Office of the U.S. Securities and Exchange Commission ("SEC"), and am counsel of record for the SEC in this case.  I have personal knowledge of the facts set forth in this Declaration and, if called and sworn as a witness, could and would competently testify thereto.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of a document produced to the SEC by the buyer for the 9615 Bolton Road Los Angeles, CA 90034 (the "Bolton Road House"), showing escrow to close 30 days after acceptance of the offer.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of a document produced to the SEC by the buyer for Bolton Road House, showing acceptance of the offer on March 22, 2021.

4.      I spoke to Carl Grumer, counsel for the proposed buyer for the Bolton Road House on April 15, 2021 and he confirmed to me that the buyer for the Bolton Road House would like to proceed with the purchase of the Bolton Road House at a purchase price of $5,930,000 with an April 21, 2021 closing date.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of a document produced to the SEC by Douglas Elliman, the seller's brokerage firm for the "Bolton Road House.

///
///
///
///
///
///

1

6.     Attached hereto as **Exhibit 4** is a true and correct copy of a document produced to the SEC by Defendant Zachary Horwitz, titled Seller's Estimated Net Proceeds by Portfolio Escrow, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of April 2021 in Los Angeles, California.


*/s/ Kathryn C. Wanner*
Kathryn C. Wanner

## **PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action.  My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On April 21, 2021, I caused to be served the document entitled **DECLARATION OF KATHRYN C. WANNER IN SUPPORT OF JOINT *EX PARTE* APPLICATION FOR LIMITED RELIEF FROM ASSET FREEZE AND TO DEPOSIT NET PROCEEDS OF SALE OF ASSETS WITH REGISTRY OF THE COURT** on all the parties to this action addressed as stated on the attached service list:

☐     **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐     **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐     **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐     **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐     **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐     **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒     **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐     **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  April 21, 2021                */s/ Kathryn C. Wanner*
                                                     KATHRYN C. WANNER

1
2
3

***SEC v. Zachary Horwitz, et al.***
**United States District Court – Central District of California**
**Case No. 2:21-cv-02927-CAS-GJS**
**LA-5212**

4

SERVICE LIST

5
6
7
8
9
10

Michael J. Quinn, Esq.
Ryan C. Hedges, Esq.
Vedder Price
1925 Century Park East, Suite 1900
Los Angeles, CA 90067
Email:  mquinn@vedderprice.com
Email:  rhedges@vedderprice.com
***Attorneys for Defendants Zachary J. Horwitz; and 1inMM Capital, LLC
(served via CM/ECF)***

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

DocuSign Envelope ID: DF843E04-3DFD-4BF2-8112-308AE0BDAC79

**CALIFORNIA
ASSOCIATION
OF REALTORS®**

**CALIFORNIA
RESIDENTIAL PURCHASE AGREEMENT
AND JOINT ESCROW INSTRUCTIONS**
(C.A.R. Form RPA-CA, Revised 12/18)



Date Prepared: _03/17/2021_

**1. OFFER:**

**A.** THIS IS AN OFFER FROM _____ REDACTED _____ ("Buyer").

**B.** THE REAL PROPERTY to be acquired is ___ 9615 Bolton Rd, Los Angeles, CA 90034-1041 ___, situated in _Los Angeles_ (City), _Los Angeles_ (County), California, _90034-1041_ (Zip Code), Assessor's Parcel No. _4309-010-011_ ("Property").

**C.** THE PURCHASE PRICE offered is _Five Million, Eight Hundred Fifty Thousand_
Dollars $ _5,850,000.00_ .

**D.** CLOSE OF ESCROW shall occur on [ ] _____ (date)(or ☒ _30_ Days After Acceptance).

**E.** Buyer and Seller are referred to herein as the "Parties." Brokers are not Parties to this Agreement.

**2. AGENCY:**

**A.** **DISCLOSURE:** The Parties each acknowledge receipt of a ☒ "Disclosure Regarding Real Estate Agency Relationships" (C.A.R. Form AD).

**B.** **CONFIRMATION:** The following agency relationships are confirmed for this transaction:

Seller's Brokerage Firm ___ Douglas Elliman ___ License Number _01947727_
Is the broker of (check one): ☒ the seller; or [ ] both the buyer and seller. (dual agent)
Seller's Agent ___ Tracy Tutor, Gina Dickerson ___ License Number _01326769_
Is (check one): ☒ the Seller's Agent. (salesperson or broker associate) [ ] both the Buyer's and Seller's Agent. (dual agent)

Buyer's Brokerage Firm ___ The Agency ___ License Number _01904054_
Is the broker of (check one): ☒ the buyer; or [ ] both the buyer and seller. (dual agent)
Buyer's Agent ___ Tony Barsocchini ___ License Number _01740716_
Is (check one): ☒ the Buyer's Agent. (salesperson or broker associate) [ ] both the Buyer's and Seller's Agent. (dual agent)

**C.** **POTENTIALLY COMPETING BUYERS AND SELLERS:** The Parties each acknowledge receipt of a ☒ "Possible Representation of More than One Buyer or Seller - Disclosure and Consent" (C.A.R. Form PRBS).

**3. FINANCE TERMS:** Buyer represents that funds will be good when deposited with Escrow Holder.

**A.** **INITIAL DEPOSIT:** Deposit shall be in the amount of . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _175,500.00_

(1) Buyer Direct Deposit: Buyer shall deliver deposit directly to Escrow Holder by electronic funds transfer, [ ] cashier's check, [ ] personal check, [ ] other _____ within 3 business days after Acceptance (or _____ );

OR (2) [ ] Buyer Deposit with Agent: Buyer has given the deposit by personal check (or _____ ) to the agent submitting the offer (or to _____ ), made payable to _____ . The deposit shall be held uncashed until Acceptance and then deposited with Escrow Holder within 3 business days after Acceptance (or _____ ).

Deposit checks given to agent shall be an original signed check and not a copy.

(Note: Initial and increased deposits checks received by agent shall be recorded in Broker's trust fund log.)

**B.** **INCREASED DEPOSIT:** Buyer shall deposit with Escrow Holder an increased deposit in the amount of . . . . . . . . . $ _____ within ___ Days After Acceptance (or _____ ).

If the Parties agree to liquidated damages in this Agreement, they also agree to incorporate the increased deposit into the liquidated damages amount in a separate liquidated damages clause (C.A.R. Form RID) at the time the increased deposit is delivered to Escrow Holder.

**C.** ☒ **ALL CASH OFFER:** No loan is needed to purchase the Property. This offer is NOT contingent on Buyer obtaining a loan. Written verification of sufficient funds to close this transaction IS ATTACHED to this offer or [ ] Buyer shall, within 3 (or _____ ) Days After Acceptance, Deliver to Seller such verification.

**D.** **LOAN(S):**

(1) **FIRST LOAN:** in the amount of . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____
This loan will be conventional financing OR [ ] FHA, [ ] VA, [ ] Seller financing (C.A.R. Form SFA), [ ] assumed financing (C.A.R. Form AFA), [ ] Other _____ . This loan shall be at a fixed rate not to exceed ___ % or, [ ] an adjustable rate loan with initial rate not to exceed ___ %. Regardless of the type of loan, Buyer shall pay points not to exceed ___ % of the loan amount.

(2) [ ] **SECOND LOAN** in the amount of . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____
This loan will be conventional financing OR [ ] Seller financing (C.A.R. Form SFA), [ ] assumed financing (C.A.R. Form AFA), [ ] Other _____ . This loan shall be at a fixed rate not to exceed ___ % or, [ ] an adjustable rate loan with initial rate not to exceed ___ %. Regardless of the type of loan, Buyer shall pay points not to exceed ___ % of the loan amount.

(3) **FHA/VA:** For any FHA or VA loan specified in 3D(1), Buyer has 17 (or _____ ) Days After Acceptance to Deliver to Seller written notice (C.A.R. Form FVA) of any lender-required repairs or costs that Buyer requests Seller to pay for or otherwise correct. Seller has no obligation to pay or satisfy lender requirements unless agreed in writing. A FHA/VA amendatory clause (C.A.R. Form FVAC) shall be a part of this Agreement.

**E.** **ADDITIONAL FINANCING TERMS:** _____

**F.** **BALANCE OF DOWN PAYMENT OR PURCHASE PRICE** in the amount of . . . . . . . . . . . . . . . . . . . . . . . . . $ _5,674,500.00_
to be deposited with Escrow Holder pursuant to Escrow Holder instructions.

**G.** **PURCHASE PRICE (TOTAL):** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _5,850,000.00_

Buyer's Initials ( _ET_ ) ( ___ )          Seller's Initials ( ___ ) ( ___ )
© 1991-2018, California Association of REALTORS®, Inc.

**RPA-CA REVISED 12/18 (PAGE 1 OF 10)**

**CALIFORNIA RESIDENTIAL PURCHASE AGREEMENT (RPA-CA PAGE 1 OF 10)**

Exhibit 1 Page 5

# EXHIBIT 2

CALIFORNIA
ASSOCIATION
OF REALTORS®

**BUYER COUNTER OFFER** No. 3
(C.A.R. Form BCO, 11/14)



Date _____**March 21, 2021**_____

This is a counter offer to the: **X** Seller Counter Offer No. _**3**_ , ☐ Seller Multiple Counter Offer No. _____ ,or ☐ Other _____ ("Offer"),
dated _**March 19, 2021**_ , on property known as _____**9615 Bolton Rd, Los Angeles, CA 90034-1041**_____ ("Property"),
between _____**REDACTED**_____ ("Buyer") and _____**Mjlz Trust**_____ ("Seller").

1. **TERMS:** The terms and conditions of the above referenced document are accepted subject to the following:

    **A.** **Paragraphs in the Offer that require initials by all parties, but are not initialed by all parties, are excluded from the final agreement unless specifically referenced for inclusion in paragraph 1C of this or another Counter Offer or an addendum.**

    **B.** **Unless otherwise agreed in writing, down payment and loan amount(s) will be adjusted in the same proportion as in the original Offer, but deposit amount(s) shall remain unchanged from the original Offer.**

    **C.** OTHER TERMS: _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

    **D.** **The following attached addenda are incorporated into this Buyer Counter offer:** **X** Addendum No. _**3**_ _____
    ☐ _____ ☐ _____

2. **EXPIRATION:** This Buyer Counter Offer shall be deemed revoked and the deposits, if any, shall be returned:

    **A.** Unless by 5:00pm on the third Day After the date it is signed in paragraph 3 (if more than one signature then, the last signature date)(or by _**1**_ ☐ AM **X** PM on _**03/22/2021**_ (date)) (i) it is signed in paragraph 4 by Seller and (ii) a copy of the signed Buyer Counter Offer is personally received by Buyer or _____ , who is authorized to receive it.

    **B.** OR ☐ If Buyer withdraws it in writing (CAR Form WOO) anytime prior to Acceptance.

3. **OFFER: BUYER MAKES THIS COUNTER OFFER ON THE TERMS ABOVE AND ACKNOWLEDGES RECEIPT OF A COPY.**
    Buyer ___**REDACTED**_____ **REDACTED** Date 03/21/2021
    Buyer _____ Date _____

4. **ACCEPTANCE: I/WE** accept the above Buyer Counter Offer **(If checked** ☐ **SUBJECT TO THE ATTACHED COUNTER OFFER)** and acknowledge receipt of a Copy.        3/22/2021
    Seller _____*Zachary Joseph Horwitz*_____ *Mjlz Trust* Date 3/22/2021 Time _____ ☐ AM/ ☐ PM
    Seller _____ C98877B3410F465... Date _____ Time _____ ☐ AM/ ☐ PM

**CONFIRMATION OF ACCEPTANCE:**

( _____ / _____ ) (Initials) **Confirmation of Acceptance:** A Copy of Signed Acceptance was personally received by Buyer or Buyer's authorized agent as specified in paragraph 2A on (date) _____ at _____ ☐ AM/ ☐ PM. **A binding Agreement is created when a Copy of Signed Acceptance is personally received by Buyer or Buyer's authorized agent whether or not confirmed in this document.**

© 2014, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats.

THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS® (C.A.R.). NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL.

This form is made available to real estate professionals through an agreement with or purchase from the California Association of REALTORS®. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, LLC.
a subsidiary of the California Association of REALTORS®
525 South Virgil Avenue, Los Angeles, California 90020

**BCO 11/14 (PAGE 1 OF 1)**

**BUYER COUNTER OFFER (BCO PAGE 1 OF 1)**

The Agency - Beverly Hills, 331 Foothill Road, Suite 100 Beverly Hills CA 90210        Phone: 3103832219        Fax:        9615 Bolton Rd
Tony Barsocchini        Produced with Lone Wolf Transactions (zipForm Edition) 231 Shearson Cr. Cambridge, Ontario, Canada N1T 1J5        www.lwolf.com

Exhibit 2 Page 6



CALIFORNIA
ASSOCIATION
OF REALTORS®

**ADDENDUM**

(C.A.R. Form ADM, Revised 12/15)

**No. 3**

The following terms and conditions are hereby incorporated in and made a part of the: ☐ Purchase Agreement, ☐ Residential Lease or Month-to-Month Rental Agreement, ☐ Transfer Disclosure Statement (Note: An amendment to the TDS may give the Buyer a right to rescind), ☒ Other *Buyer Counter Offer #3* ,

dated *March 21, 2021* , on property known as *9615 Bolton Rd*

*Los Angeles, CA  90034-1041*

in which _____REDACTED_____ is referred to as ("Buyer/Tenant")

and _____*Mjlz Trust*_____ is referred to as ("Seller/Landlord").

*1.) Purchase price to be $5,960,000.  Close of escrow shall be 30 days or sooner.*

*2.) Initial deposit to be 3% of the purchase price of the subject property in the amount of $178,800.*

*3.)An additional $165,000 shall be paid to the Seller through escrow upon closing for personal property described in Seller Counter #3, Addendum #2 and additional items included in 'Seller Furniture list dated 03/21/2021'.*
*During the 14-day inspection and due diligence period, Buyer and Seller shall generate an inventory list to be attached to a bill of sale to be executed by Seller and delivered to Buyer at closing. The amount paid in total for the real property and personal property shall be $6,125,000. Of that amount, $5,960,000 shall be allocated to the real property and shall be reflected in the MLS as the final sale price.*

The foregoing terms and conditions are hereby agreed to, and the undersigned acknowledge receipt of a copy of this document.

Date  03/21/2021 _____  Date _____

Buyer/Tenant  REDACTED
REDACTED _____  Seller/Landlord _____
*Mjlz Trust*

Buyer/Tenant _____  Seller/Landlord _____

© 1986-2015, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats.
THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS® (C.A.R.). NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL.
This form is made available to real estate professionals through an agreement with or purchase from the California Association of REALTORS®. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, LLC.
*a subsidiary of the California Association of REALTORS®*
525 South Virgil Avenue, Los Angeles, California 90020

**ADM REVISED 12/15 (PAGE 1 OF 1)**

**ADDENDUM (ADM PAGE 1 OF 1)**

The Agency - Beverly Hills, 331 Foothill Road, Suite 100 Beverly Hills CA 90210          Phone: 3103832219          Fax:          9615 Bolton Rd
Tony Barsocchini          Produced with Lone Wolf Transactions (zipForm Edition) 231 Shearson Cr. Cambridge, Ontario, Canada N1T 1J5   www.lwolf.com

Exhibit 2 Page 7

# EXHIBIT 3

# APPRAISAL OF REAL PROPERTY



## LOCATED AT
9615 Bolton Rd
Los Angeles, CA 90034
Tract # 13492 Lot 10

## FOR
United Mortgage
25 Melville Park Rd, #100
Melville, NY 11747

## OPINION OF VALUE
5,850,000

## AS OF
01/22/2020

## BY
Jared E. Harris
Anchor Appraisals

310-901-2565
jared@anchoraps.com

Serial# 3A104477
esign.alamode.com/verify

Exhibit 3 Page 8

| Borrower | Leslie Klinger | | File No. 2730120 | | |
|---|---|---|---|---|---|
| Property Address | 9615 Bolton Rd | | | | |
| City | Los Angeles | County Los Angeles | State CA | Zip Code 90034 | |
| Lender/Client | United Mortgage | | | | |

## APPRAISAL AND REPORT IDENTIFICATION

This Report is one of the following types:

☒ Appraisal Report     (A written report prepared under Standards Rule 2-2(a) , pursuant to the Scope of Work, as disclosed elsewhere in this report.)

☐ Restricted Appraisal Report     (A written report prepared under Standards Rule 2-2(b) , pursuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use by the specified client or intended user.)

## Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

## Reasonable Exposure Time     (USPAP defines Exposure Time as the estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.)

My Opinion of Reasonable Exposure Time for the subject property at the market value stated in this report is:     Adequate exposure

for the subject is estimated at 45 days

## Comments on Appraisal and Report Identification

Note any USPAP-related issues requiring disclosure and any state mandated requirements:

---

esign.alamode.com/verify     Serial:3A104477

| APPRAISER: | SUPERVISORY or CO-APPRAISER (if applicable): |
|---|---|
| Signature: | Signature: |
| Name: Jared E. Harris | Name: |
| State Certification #: AR037907 | State Certification #: |
| or State License #: | or State License #: |
| State: CA   Expiration Date of Certification or License: 08/02/2021 | State:   Expiration Date of Certification or License: |
| Date of Signature and Report: 01/29/2020 | Date of Signature: |
| Effective Date of Appraisal: 01/22/2020 | |
| Inspection of Subject: ☐ None ☒ Interior and Exterior ☐ Exterior-Only | Inspection of Subject: ☐ None ☐ Interior and Exterior ☐ Exterior-Only |
| Date of Inspection (if applicable): 01/22/2020 | Date of Inspection (if applicable): |

Serial# 3A104477
esign.alamode.com/verify

Exhibit 3 Page 9

Anchor Appraisals

# Uniform Residential Appraisal Report

File # 2730120

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

| | |
|---|---|
| Property Address | 9615 Bolton Rd | City Los Angeles | State CA | Zip Code 90034 |
| Borrower Leslie Klinger | Owner of Public Record Mjlz Trust | County Los Angeles |

Legal Description  Tract # 13492 Lot 10
Assessor's Parcel # 4309-010-011   Tax Year 2018   R.E. Taxes $ 27,967
Neighborhood Name Los Angeles   Map Reference 31084   Census Tract 2695.00
Occupant ☒ Owner ☐ Tenant ☐ Vacant   Special Assessments $ 0   ☐ PUD HOA $ 0 ☐ per year ☐ per month
Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)
Assignment Type ☐ Purchase Transaction ☒ Refinance Transaction ☐ Other (describe)
Lender/Client United Mortgage   Address 25 Melville Park Rd, #100, Melville, NY 11747
Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☒ Yes ☐ No
Report data source(s) used, offering price(s), and date(s).   DOM 0;Pocket Listing

## CONTRACT

I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $   Date of Contract   Is the property seller the owner of public record? ☐ Yes ☐ No Data Source(s)
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No
If Yes, report the total dollar amount and describe the items to be paid.

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | One-Unit Housing Trends | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|
| Location ☒ Urban ☐ Suburban ☐ Rural | | Property Values ☒ Increasing ☐ Stable ☐ Declining | | PRICE $(000) | AGE (yrs) | One-Unit | 80 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | | Low 3,000 0 | | 2-4 Unit | 5 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | | Marketing Time ☒ Under 3 mths ☐ 3-6 mths ☐ Over 6 mths | | High 7,000 50 | | Multi-Family | 10 % |
| | | | | Pred. 5,850 25 | | Commercial | 5 % |
| | | | | | | Other | % |

Neighborhood Boundaries    To the north by N Santa Monica Blvd, to the south by the 10 Fwy, to the west by the 405 Fwy, to the east by La Cienega Blvd.
Neighborhood Description   The subject is located in the city of Los Angeles, consisting predominantly of single family residences. The subject is located in close proximity to the 405 and 10 Fwy. The subjects location is convenient to local schools, public transportation, shopping, and most other public support facilities.
Market Conditions (including support for the above conclusions)   The reported marketing time for properties in the subject's neighborhood is estimated at under 3 months, with property values remaining relatively stable. This information was provided by local realtors, and by the multiple listing service.

## SITE

Dimensions 150x59.39   Area 8909 sf   Shape Irregular   View N;Res;
Specific Zoning Classification LAR1   Zoning Description Single Family Residence
Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)
Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street Asphalt | ☒ | ☐ |
| Gas | ☒ | | Sanitary Sewer | ☒ | | Alley None | ☐ | ☐ |

FEMA Special Flood Hazard Area ☐ Yes ☒ No   FEMA Flood Zone X   FEMA Map # 06037C1595G   FEMA Map Date 12/21/2018
Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe
Please see addendum for site comments.

## IMPROVEMENTS

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | | ☒ Concrete Slab ☐ Crawl Space | | Foundation Walls | Concrete/Good | Floors | Hdwd/Marble/Good |
| # of Stories 3 | | ☐ Full Basement ☐ Partial Basement | | Exterior Walls | WdSiding/Good | Walls | Drywall/Good |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | | Basement Area 0 sq.ft. | | Roof Surface | CompSh/Good | Trim/Finish | Wd. Pnt/Good |
| ☒ Existing ☐ Proposed ☐ Under Const. | | Basement Finish 0 % | | Gutters & Downspouts | Yes/Good | Bath Floor | Marble/Good |
| Design (Style) Trad | | ☐ Outside Entry/Exit ☐ Sump Pump | | Window Type | Vinyl/Good | Bath Wainscot | Marble/Good |
| Year Built 2017 | | Evidence of ☐ Infestation | | Storm Sash/Insulated | None/Yes/Gd | Car Storage ☐ None | |
| Effective Age (Yrs) 3 | | ☐ Dampness ☐ Settlement | | Screens | Yes/Gd | ☒ Driveway # of Cars 2 | |
| Attic ☒ None | | Heating ☒ FWA ☐ HWBB ☐ Radiant | | Amenities ☐ Woodstove(s) # | | Driveway Surface Concrete | |
| ☐ Drop Stair ☐ Stairs | | ☐ Other Fuel Gas | | ☒ Fireplace(s) # 1 ☒ Fence Wood | | ☒ Garage # of Cars 2 | |
| ☐ Floor ☐ Scuttle | | Cooling ☒ Central Air Conditioning | | ☒ Patio/Deck Cover ☐ Porch Cvrd | | ☐ Carport # of Cars 0 | |
| ☐ Finished ☐ Heated | | ☐ Individual ☐ Other | | ☒ Pool Pool/Spa ☐ Other None | | ☐ Att. ☐ Det. ☒ Built-in | |

Appliances ☒ Refrigerator ☒ Range/Oven ☒ Dishwasher ☒ Disposal ☐ Microwave ☐ Washer/Dryer ☐ Other (describe)
Finished area above grade contains: 10 Rooms 5 Bedrooms 7.1 Bath(s) 7,561 Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.).   None
Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).   C2;Kitchen-updated-six to ten years ago;Bathrooms-updated-six to ten years ago;See attached addendum

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No If No, describe

Freddie Mac Form 70 March 2005   UAD Version 9/2011   Page 1 of 6   Fannie Mae Form 1004 March 2005

Serial# 3A104477
esign.alamode.com/verify

Exhibit 3 Page 10

# Uniform Residential Appraisal Report

File # 2730120

There are **5** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 4,050,000 to $ 6,950,000 .

There are **25** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 4,050,000 to $ 6,950,000 .

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 9615 Bolton Rd Los Angeles, CA 90034 | 2250 Guthrie Cir Los Angeles, CA 90034 | | 3001 Cavendish Dr Los Angeles, CA 90064 | | 10295 Cresta Dr Los Angeles, CA 90064 | |
| Proximity to Subject | | 0.27 miles SE | | 0.70 miles SW | | 0.59 miles SW | |
| Sale Price | $ | | $ 6,000,000 | | $ 5,600,000 | | $ 6,700,000 |
| Sale Price/Gross Liv. Area | $ 210.91 sq.ft. | $ 661.67 sq.ft. | | $ 712.65 sq.ft. | | $ 754.25 sq.ft. | |
| Data Source(s) | | CRMLS#18395806;DOM 36 | | CRMLS#19500230;DOM 96 | | CRMLS#18367242;DOM 77 | |
| Verification Source(s) | | Doc#1267019 | | Doc#1374260 | | Doc#1031692 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | ArmLth Conv;0 | | ArmLth Conv;0 | | ArmLth Conv;0 | |
| Date of Sale/Time | | s12/18;c11/18 | +120,000 | s12/19;c11/19 | | s10/18;c09/18 | +134,000 |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 8909 sf | 8564 sf | 0 | 8756 sf | 0 | 11381 sf | -17,300 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | DT3;Trad | DT3;Trad | | DT3;Trad | | DT1;Capecod | 0 |
| Quality of Construction | Q2 | Q2 | | Q2 | | Q2 | |
| Actual Age | 3 | 0 | 0 | 0 | 0 | 3 | |
| Condition | C2 | C1 | | C1 | | C2 | |
| Room Count | 10 / 5 / 7.1 | 13 / 8 / 8.2 | -30,000 | 11 / 6 / 6.2 | +10,000 | 13 / 8 / 8.1 | -20,000 |
| Gross Living Area | 7,561 sq.ft. | 9,068 sq.ft. | -188,375 | 7,858 sq.ft. | -37,125 | 8,883 sq.ft. | -165,250 |
| Basement & Finished Rooms Below Grade | 0sf | 0sf | | 0sf | | 0sf | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FAU/CAC | FAU/CAC | | FAU/CAC | | FAU/CAC | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | 2gbi2dw | 2gbi2dw | | 2gbi2dw | | 4ga4dw | -20,000 |
| Porch/Patio/Deck | Covered patio | Balcony | 0 | Balcony/Cov | 0 | Covered patio | |
| Fireplaces | 1 Fireplace | 2 Fireplaces | -10,000 | 3 Fireplaces | -20,000 | 1 Fireplace | |
| Pool | Pool/Spa | Pool/Spa | | Pool/Spa | +150,000 | Pool/Spa | |
| Guest house | None | None | | None | | Cabana | -50,000 |
| Net Adjustment (Total) | | ☐ + ☒ - $ | -108,375 | ☒ + ☐ - $ | 102,875 | ☐ + ☒ - $ | -138,550 |
| Adjusted Sale Price of Comparables | | Net Adj. 1.8 % Gross Adj. 5.8 % $ | 5,891,625 | Net Adj. 1.8 % Gross Adj. 3.9 % $ | 5,702,875 | Net Adj. 2.1 % Gross Adj. 6.1 % $ | 6,561,450 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☒ did ☐ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s) RealQuest, MLS

My research ☒ did ☐ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s) RealQuest, MLS

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 03/29/2018 | 12/22/2016 | 01/23/2017 | 11/10/2015 |
| Price of Prior Sale/Transfer | $5,712,000 | $0 | $2,226,000 | $5,875,000 |
| Data Source(s) | CoreLogic | CoreLogic | CoreLogic | CoreLogic |
| Effective Date of Data Source(s) | 01/22/2020 | 01/22/2020 | 01/22/2020 | 01/22/2020 |

Analysis of prior sale or transfer history of the subject property and comparable sales  The subject has not transferred ownership in the past 36 months, per MLS, RealQuest. Comparable #3 has previously transferred ownership in the past 36 months, per RealQuest. These were noted to be quit claim deed.

Summary of Sales Comparison Approach  Please see sales comparison comments in attached addendum

Indicated Value by Sales Comparison Approach $  5,850,000

Indicated Value by: Sales Comparison Approach $  5,850,000  Cost Approach (if developed) $  5,854,932  Income Approach (if developed) $

Most consideration is given to the sales comparison approach as it best reflects the actions of buyers and seller in an open and competitive market. The cost approach is considered accurate, but secondary. The income approach is not applicable due to the general lack of viable rental data.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:  The appraisal is completed "as is."

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 5,850,000 , as of  01/22/2020 , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 70 March 2005          UAD Version 9/2011     Page 2 of 6          1004 March 2005

Serial#: 3A104477
esign.alamode.com/verify

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Exhibit 3 Page 11

## Uniform Residential Appraisal Report

File # 2730120

Clarification of Intended Use and Intended User:

The Intended User of this appraisal report is the Lender/Client.  The Intended Use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal report form, and Definition of Market Value.  No additional Intended Users are identified by the appraiser.

The adequate market exposure time for the subject is 55 days.

The comparable search was expanded over the past 6 months, within a mile of the subject, GLA within 15% +/- of subject's overall gross living area.

I have performed no (or the specified) services as an appraiser or in any other capacity, regarding the property that is the subject of this report within the 3 year period immediately preceding acceptance of this assignment.• About SureDocs Signature
This appraisal report has been electronically signed using SureDocs by a la mode.  It is as valid and legally enforceable as a wet ink signature on paper.  You can verify the authenticity of this report online at www.SureDocs.com/Validate.

**ADDITIONAL COMMENTS**

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)      The subject's land value is derived by the abstraction method. No viable land sales were available at the time of the appraisal.  The land value exceeds 30% which is typical for the subjects market area and throughout Southern California.

| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | =$ | 4,450,000 |
|---|---|---|---|---|
| Source of cost data    Local Builders/Marshall & Swift Cost Handbook | DWELLING      7,561 Sq.Ft. @ $ | 150.00 | =$ | 1,134,150 |
| Quality rating from cost service    Good      Effective date of cost data    2018 | 0 Sq.Ft. @ $ | | =$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.)    Land value is derived by the abstraction method. Cost information is derived by the Marshall & Swift residential cost handbook. Land to total value ratio is considered typical of the subject's neighborhood. Physical depreciation is based on age/life method. No external or functional obsolescence noted. | Covpaito, pool, spa | | =$ | 300,000 |
| | Garage/Carport      380 Sq.Ft. @ $ | 90.00 | =$ | 34,200 |
| | Total Estimate of Cost-New | | =$ | 1,468,350 |
| | Depreciation      73,418 | Physical ☐ Functional ☐ External | =$( | 73,418) |
| | Depreciated Cost of Improvements | | =$ | 1,394,932 |
| | "As-is" Value of Site Improvements | | =$ | 10,000 |
| Estimated Remaining Economic Life (HUD and VA only)      57 Years | INDICATED VALUE BY COST APPROACH | | =$ | 5,854,932 |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

| Estimated Monthly Market Rent $      0      X Gross Rent Multiplier      0      = $      0      Indicated Value by Income Approach |
|---|

Summary of Income Approach (including support for market rent and GRM)      The income approach is not applicable to the general lack of viable rental data.

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?    ☐ Yes   ☐ No    Unit type(s)    ☐ Detached   ☐ Attached
Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.
Legal Name of Project

| Total number of phases | Total number of units | Total number of units sold |
|---|---|---|
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD?    ☐ Yes    ☐ No  If Yes, date of conversion.
Does the project contain any multi-dwelling units?    ☐ Yes   ☐ No  Data Source
Are the units, common elements, and recreation facilities complete?    ☐ Yes   ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?    ☐ Yes   ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

Freddie Mac Form 70 March 2005                    UAD Version 9/2011          Page 3 of 6                                        1004 March 2005

Serial# 3A104477
esign.alamode.com/verify

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Exhibit 3 Page 12

## Uniform Residential Appraisal Report

File # 2730120

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK:   The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE:   The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER:   The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE:   The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:   The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

1004 March 2005

Serial# 3A104477
esign.alamode.com/verify

Exhibit 3 Page 13

## Uniform Residential Appraisal Report

File # 2730120

**APPRAISER'S CERTIFICATION:**   The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Serial# 3A104477
esign.alamode.com/verify

⬩ 1004 March 2005

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Exhibit 3 Page 14

## Uniform Residential Appraisal Report

File # 2730120

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION:    The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

esign.alamode.com/verify      Serial:3A104477

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature   Jared E. Harris | Signature |
| Name   Jared E. Harris | Name |
| Company Name   Anchor Appraisals | Company Name |
| Company Address   17 Grassy Knoll Ln | Company Address |
| Rancho Santa Margarita, CA 92688 | |
| Telephone Number   310-901-2565 | Telephone Number |
| Email Address   jared@anchoraps.com | Email Address |
| Date of Signature and Report   01/29/2020 | Date of Signature |
| Effective Date of Appraisal   01/22/2020 | State Certification # |
| State Certification #   AR037907 | or State License # |
| or State License # | State |
| or Other (describe)                State # | Expiration Date of Certification or License |
| State   CA | |
| Expiration Date of Certification or License   08/02/2021 | SUBJECT PROPERTY |

ADDRESS OF PROPERTY APPRAISED

9615 Bolton Rd

Los Angeles, CA 90034

APPRAISED VALUE OF SUBJECT PROPERTY $        5,850,000

LENDER/CLIENT

Name   Property Rate LLC

Company Name   United Mortgage

Company Address   25 Melville Park Rd, #100, Melville, NY 11747

Email Address

SUBJECT PROPERTY

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
  Date of Inspection
☐ Did inspect interior and exterior of subject property
  Date of Inspection

COMPARABLE SALES

☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
  Date of Inspection

Serial# 3A104477
esign.alamode.com/verify

# Uniform Residential Appraisal Report

File # 2730120

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 9615 Bolton Rd<br>Los Angeles, CA 90034 | 2107 Duxbury Cir<br>Los Angeles, CA 90034 | | 2251 Guthrie Dr<br>Los Angeles, CA 90034 | | 9325 Bolton Rd<br>Los Angeles, CA 90034 | |
| Proximity to Subject | | 0.13 miles E | | 0.35 miles SE | | 0.26 miles E | |
| Sale Price | $ | | $ 4,450,000 | | $ 5,500,000 | | $ 4,500,000 |
| Sale Price/Gross Liv. Area | $ 210.91 sq.ft. | $ 638.08 sq.ft. | | $ 800.35 sq.ft. | | $ 780.57 sq.ft. | |
| Data Source(s) | | CRMLS#19502074;DOM 76 | | CRMLS#19418496;DOM 50 | | CRMLS#19536062;DOM 1 | |
| Verification Source(s) | | Doc#1182769 | | Doc#167170 | | Doc#1364637 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | Conv;0 | | Conv;0 | | Conv;0 | |
| Date of Sale/Time | | s11/19;c11/19 | | s02/19;c02/19 | | s12/19;c12/19 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 8909 sf | 9492 sf | 0 | 7718 sf | +8,300 | 6438 sf | +17,300 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | DT3;Trad | DT2;Trad | 0 | DT3;Trad | | DT3;Capecod | 0 |
| Quality of Construction | Q2 | Q2 | | Q2 | | Q2 | |
| Actual Age | 3 | 23 | | 1 | 0 | 2 | 0 |
| Condition | C2 | C3 | +250,000 | C2 | | C2 | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 10 5 7.1 | 11 6 5.1 | +40,000 | 11 6 6.2 | +10,000 | 11 6 7.0 | +10,000 |
| Gross Living Area | 7,561 sq.ft. | 6,974 sq.ft. | +73,375 | 6,872 sq.ft. | +86,125 | 5,765 sq.ft. | +224,500 |
| Basement & Finished | 0sf | 0sf | | 0sf | | 0sf | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FAU/CAC | FAU/CAC | | FAU/CAC | | FAU/CAC | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | 2gbi2dw | 2gbi2dw | | 2gbi2dw | | 2gbi2dw | |
| Porch/Patio/Deck | Covered patio | Balcony | 0 | Covered patio | | Slab | +5,000 |
| Fireplaces | 1 Fireplace | 1 Fireplace | | 4 Fireplaces | -30,000 | 1 Fireplace | |
| Pool | Pool/Spa | Pool/Spa | | Pool/Spa | | Pool | +25,000 |
| Guest house | None | None | | None | | None | |
| Net Adjustment (Total) | | ☒ + ☐ - $ | 363,375 | ☒ + ☐ - $ | 74,425 | ☒ + ☐ - $ | 281,800 |
| Adjusted Sale Price | | Net Adj. 8.2 % | | Net Adj. 1.4 % | | Net Adj. 6.3 % | |
| of Comparables | | Gross Adj. 8.2 % $ | 4,813,375 | Gross Adj. 2.4 % $ | 5,574,425 | Gross Adj. 6.3 % $ | 4,781,800 |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 03/29/2018 | 08/07/1995 | 04/25/2016 | 02/10/2016 |
| Price of Prior Sale/Transfer | $5,712,000 | $510,000 | $1,575,000 | $1,760,000 |
| Data Source(s) | CoreLogic | CoreLogic | CoreLogic | CoreLogic |
| Effective Date of Data Source(s) | 01/22/2020 | 01/22/2020 | 01/22/2020 | 01/22/2020 |

Analysis of prior sale or transfer history of the subject property and comparable sales

Analysis/Comments

Serial# 3A104477
esign.alamode.com/verify

Form 1004UAD.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Exhibit 3 Page 16

# Uniform Residential Appraisal Report

**File #** 2730120

| FEATURE | SUBJECT | COMPARABLE SALE # 7 | | COMPARABLE SALE # 8 | | COMPARABLE SALE # 9 | |
|---|---|---|---|---|---|---|---|
| Address | 9615 Bolton Rd | 3160 Cavendish Dr | | 9739 Monte Mar Dr | | | |
| | Los Angeles, CA 90034 | Los Angeles, CA 90064 | | Los Angeles, CA 90035 | | | |
| Proximity to Subject | | 0.93 miles SW | | 0.34 miles NW | | | |
| Sale Price | $ | | $ 6,750,000 | | $ 4,299,000 | | $ |
| Sale Price/Gross Liv. Area | $ 210.91 sq.ft. | $ 1050.09 sq.ft. | | $ 845.93 sq.ft. | | $ sq.ft. | |
| Data Source(s) | | CRMLS#20539766;DOM 21 | | CRMLS#19525668;DOM 84 | | | |
| Verification Source(s) | | No Doc Selected | | No Doc Selected | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | Listing | | Listing | | | |
| Concessions | | | | | | | |
| Date of Sale/Time | | Active | | Active | | | |
| Location | N;Res; | N;Res; | | N;Res; | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | | |
| Site | 8909 sf | 9544 sf | 0 | 7241 sf | +11,700 | | |
| View | N;Res; | N;Res; | | N;Res; | | | |
| Design (Style) | DT3;Trad | DT3;Trad | | DT1;Trad | 0 | | |
| Quality of Construction | Q2 | Q2 | | Q2 | | | |
| Actual Age | 3 | 0 | 0 | 13 | 0 | | |
| Condition | C2 | C2 | | C3 | +250,000 | | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 10  5  7.1 | 11  6  7.1 | 0 | 10  5  5.1 | +40,000 | | |
| Gross Living Area | 7,561 sq.ft. | 6,428 sq.ft. | +141,625 | 5,082 sq.ft. | +309,875 | sq.ft. | |
| Basement & Finished | 0sf | 0sf | | 0sf | | | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | | |
| Heating/Cooling | FAU/CAC | FAU/CAC | | FAU/CAC | | | |
| Energy Efficient Items | None | None | | None | | | |
| Garage/Carport | 2gbi2dw | 2ga2dw | 0 | 2ga2dw | 0 | | |
| Porch/Patio/Deck | Covered patio | Covered patio | | Balcony | 0 | | |
| Fireplaces | 1 Fireplace | 3 Fireplaces | -20,000 | 3 Fireplaces | -20,000 | | |
| Pool | Pool/Spa | None | +150,000 | None | +150,000 | | |
| Guest house | None | None | | None | | | |
| Net Adjustment (Total) | | ☒ + ☐ - $ | 271,625 | ☒ + ☐ - $ | 741,575 | ☐ + ☐ - $ | |
| Adjusted Sale Price | | Net Adj. 4.0 % | | Net Adj. 17.2 % | | Net Adj. % | |
| of Comparables | | Gross Adj. 4.6 % $ | 7,021,625 | Gross Adj. 18.2 % $ | 5,040,575 | Gross Adj. % $ | |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 7 | COMPARABLE SALE # 8 | COMPARABLE SALE # 9 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 03/29/2018 | 06/05/2017 | 08/17/2010 | |
| Price of Prior Sale/Transfer | $5,712,000 | $2,300,000 | $2,475,000 | |
| Data Source(s) | CoreLogic | CoreLogic | CoreLogic | |
| Effective Date of Data Source(s) | 01/22/2020 | 01/22/2020 | 01/22/2020 | |

Analysis of prior sale or transfer history of the subject property and comparable sales

Analysis/Comments

Serial# 3A104477
esign.alamode.com/verify

Form 1004UAD.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Exhibit 3 Page 17

## Market Conditions Addendum to the Appraisal Report

File No. 2730120

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

Property Address 9615 Bolton Rd    City Los Angeles    State CA    ZIP Code 90034
Borrower Leslie Klinger

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

### MARKET RESEARCH & ANALYSIS

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 11 | 9 | 5 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | 1.83 | 3.00 | 1.67 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Total # of Comparable Active Listings | 22 | 12 | 5 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 12.0 | 4.0 | 3.0 | ☐ Declining | ☒ Stable | ☐ Increasing |
| **Median Sale & List Price, DOM, Sale/List %** | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | 5,474,000 | 5,523,000 | 5,569,000 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Sales Days on Market | 73 | 69 | 55 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Comparable List Price | 5,474,000 | 5,523,000 | 5,569,000 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Listings Days on Market | 145 | 124 | 111 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Sale Price as % of List Price | 100 | 100 | 100 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | ☐ Yes | ☒ No | | ☐ Declining | ☒ Stable | ☐ Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.)    The seller concession trends have increased from 3% to 5% in the past year. However, this is typical for the subject's market. There is no adverse effect on marketability noted.

Are foreclosure sales (REO sales) a factor in the market?   ☐ Yes  ☒ No   If yes, explain (including the trends in listings and sales of foreclosed properties).
There is a limited number of REO/Foreclosures in the subject's market. (Under 10%).

Cite data sources for above information.    MLS, Zillow.com, DQnews.com, Local Agents

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
The subject's market is stable with supply and demand remaining stable with a marketing time of under 3 months.

### CONDO/CO-OP PROJECTS

If the subject is a unit in a condominium or cooperative project , complete the following:    Project Name:

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Total # of Active Comparable Listings | | | | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | ☐ Declining | ☐ Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project?   ☐ Yes  ☐ No   If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

esign.alamode.com/verify    Serial:3A104477

### APPRAISER

Signature    Signature
Appraiser Name Jared E. Harris    Supervisory Appraiser Name
Company Name Anchor Appraisals    Company Name
Company Address 17 Grassy Knoll Ln, Rancho Santa Margarita, CA 92    Company Address
State License/Certification # AR037907    State CA    State License/Certification #    State
Email Address jared@anchoraps.com    Email Address

Freddie Mac Form 71   March 2009    Page 1 of 1    Fannie Mae Form    March 2009

Serial# 3A104477
esign.alamode.com/verify

Form 1004MC2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    Exhibit 3 Page 18

## Supplemental Addendum

File No. 2730120

| Borrower | Leslie Klinger | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 9615 Bolton Rd | | | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code | 90034 |
| Lender/Client | United Mortgage | | | | | | |

This appraisal has been prepared in accordance with the Appraiser Independence Requirements (AIR).

NOTE: THE APPRAISER'S ANALYSIS, OPINIONS AND CONCLUSIONS WERE DEVELOPED AND THIS REPORT HAS BEEN PREPARED IN ACCORDANCE WITH THE UNIFORM STANDARDS OF PROFESSIONAL, APPRAISAL PRACTICE (USPAP) STANDARDS 1-3, AND FNMA GUIDELINES.

SITE COMMENTS:

The subject site is located on an interior lot and borders other similar single family residences.

The subject was noted to have adequate CO and smoke detectors.

All utilities were noted to be on and in working order.

The subjects hot water heater was tankless.

There were no apparent adverse easements, encroachments, or any other adverse conditions noted at the time of inspection.

IMPROVEMENT COMMENTS:

The subject was constructed in 2017 and has received adequate maintenance and upgrading throughout its history.

Special features include:

1). Living room with hardwood flooring and cathedral ceilings
2). Kitchen with hardwood flooring and marble countertops
3). Master bedroom with hardwood flooring, vaulted ceilings, and crown moulding
4). Master bathroom with marble flooring and wainscoting
5). 2 car garage
6). Covered patio
7). Forced air heating and central air conditioning

There were no apparent functional or external inadequacies noted. There were no major repairs needed, or apparent recent additions noted at the time of inspection.

SALES COMPARISON ANALYSIS COMMENTS:

All comparables are closed sales selected from the subject's general market area, and reflect the most current and similar available. The subject's market consists of single family residences with no significant differences in construction quality. Sales prices in the subject's market range from $4,050,000 to $6,950,000. Significant value influence is reflected in quality and condition appeal for properties and condition of sale (REO, non armslength, motivated sales). Due to the limited sales in the subject's immediate neighborhood, the comparable search was expanded to include adjacent neighborhoods, within the subject's market area. The subject exhibits Q2 quality and C2 condition appeal. All comparables are considered valid indicators of current market value and are subject to the same market forces as the subject property.

See UAD Definitions for quality and condition ratings.

Although all the comparables were considered, most weight in determining the final opinion of market value was given to comparable #1. Comparable #1 was given most weight due to the similarities in bedroom count, quality, condition, close proximity to the subject and recently closed sales date.

Condition and construction ratings of the comparables were based on field observations and information supplied by data sources reviewed; RealQuest, MLS, and local real estate agent collaboration. Quality adjustments are based on grade of materials used and architectural design.

Lot size adjustments were set at $7/sf

Bathroom adjustments were set at $20,000 per full bath and $10,000 per half bath

Fireplace adjustments were set at $10,000 per fireplace

Garage adjustments were set at $10,000 per garage

Guest house adjustments were set at $50,000

Livable square footage adjustments were set at $125/sf

Pool and spa adjustments were set at $125,000 and $25,000 respectively

Patio adjustments were set at $5,000

No age adjustments were warranted.

Comparables #4 and #8 were noted to be in inferior condition than the subject and warranted adjustments. Adjustments were derived through local agent collaboration and analysis of the MLS.

All adjustments were derived through local agent collaboration and analysis of the MLS.

This appraisal includes only real property. No value was given to any personal property.

The subject and all closed comparables used were purchased in terms of cash U.S. dollars, or the comparable financial arrangement cash equivalent. Also, the subject and comparable's sales prices represent normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

Digital photographs were taken and used for this report. These digital photos were not altered in any manner.

## Supplemental Addendum

File No. 2730120

| | |
|---|---|
| Borrower | Leslie Klinger |
| Property Address | 9615 Bolton Rd |
| City | Los Angeles |
| Lender/Client | United Mortgage |

| | | | | | | |
|---|---|---|---|---|---|---|
| County | Los Angeles | State | CA | Zip Code | 90034 | |

All electronic signatures on this report have a security feature maintained by individual passwords for each signing appraiser. No person can alter the appraisal with the exception of the original signing appraiser(s). This appraisal assignment was not based on a requested minimum valuation, a specific valuation, or the approval of the loan. The appraiser's compensation is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event.

The effective date (date of value) of the subject property is as indicated on page 2 of the report. The completion date (date report prepared) is January 29, 2020.

The value estimated is based on the assumption that the property is not negatively affected by the existence of hazardous substances or detrimental environmental conditions unless otherwise stated in the report. The appraiser is not an expert in the identification of hazardous substances or detrimental environmental conditions. The appraiser's routine inspection of and inquiries about the subject property did not develop any information that indicated any apparent significant hazardous substances or detrimental environmental conditions which would affect the property negatively unless otherwise stated in this report. It is possible that tests and inspections made by a qualified hazardous substances or environmental expert would reveal the existence of hazardous substances or detrimental environmental conditions on or around the property that would negatively affect its value.

In accordance with the competency provision in the USPAP, the appraiser certifies that his education, experience, and knowledge are sufficient to appraise the type of property being valued.

FINAL RECONCILIATION:
Most consideration is given to the Sales Comparision Approach since it best reflects the actions of buyers and sellers in the open market. The Cost Approach is considered accurate, but secondary. The Income Approach is not applicable due to the general lack of viable rental data.

**Serial# 3A104477**
**esign.alamode.com/verify**

Exhibit 3 Page 20

## Subject Photo Page

| Borrower | Leslie Klinger | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 9615 Bolton Rd | | | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code | 90034 |
| Lender/Client | United Mortgage | | | | | | |



**Subject Front**

| | |
|---|---|
| 9615 Bolton Rd | |
| Sales Price | |
| Gross Living Area | 7,561 |
| Total Rooms | 10 |
| Total Bedrooms | 5 |
| Total Bathrooms | 7.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 8909 sf |
| Quality | Q2 |
| Age | 3 |



**Subject Rear**



**Subject Street**

## Subject Interior Photo Page

| Borrower | Leslie Klinger | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 9615 Bolton Rd | | | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code | 90034 |
| Lender/Client | United Mortgage | | | | | | |



### Opposite Street View

| | |
|---|---|
| 9615 Bolton Rd | |
| Sales Price | |
| Gross Living Area | 7,561 |
| Total Rooms | 10 |
| Total Bedrooms | 5 |
| Total Bathrooms | 7.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 8909 sf |
| Quality | Q2 |
| Age | 3 |



**Bath**



**Dining Room**

Serial# 3A104477
esign.alamode.com/verify

Exhibit 3 Page 22

## Subject Interior Photo Page

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | Leslie Klinger | | | | | |
| Property Address | 9615 Bolton Rd | | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code 90034 |
| Lender/Client | United Mortgage | | | | | |



**Tankless Water Heater**

9615 Bolton Rd
Sales Price
Gross Living Area     7,561
Total Rooms          10
Total Bedrooms       5
Total Bathrooms      7.1
Location             N;Res;
View                 N;Res;
Site                 8909 sf
Quality              Q2
Age                  3



**Garage Interior**



**Butlers Pantry**

Serial# 3A104477
esign.alamode.com/verify

Exhibit 3 Page 23

## Subject Interior Photo Page

| Borrower | Leslie Klinger | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 9615 Bolton Rd | | | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code | 90034 |
| Lender/Client | United Mortgage | | | | | | |



### Kitchen

9615 Bolton Rd
Sales Price
Gross Living Area      7,561
Total Rooms            10
Total Bedrooms         5
Total Bathrooms        7.1
Location               N;Res;
View                   N;Res;
Site                   8909 sf
Quality                Q2
Age                    3



### Game Room



### Living Room

## Subject Interior Photo Page

| Borrower | Leslie Klinger | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 9615 Bolton Rd | | | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code | 90034 |
| Lender/Client | United Mortgage | | | | | | |



**Wine Room**

| | |
|---|---|
| 9615 Bolton Rd | |
| Sales Price | |
| Gross Living Area | 7,561 |
| Total Rooms | 10 |
| Total Bedrooms | 5 |
| Total Bathrooms | 7.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 8909 sf |
| Quality | Q2 |
| Age | 3 |



**Patio**



**Bedroom**

## Subject Interior Photo Page

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | Leslie Klinger | | | | | |
| Property Address | 9615 Bolton Rd | | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code | 90034 |
| Lender/Client | United Mortgage | | | | | |



**Family Room**

9615 Bolton Rd
Sales Price
Gross Living Area          7,561
Total Rooms                10
Total Bedrooms             5
Total Bathrooms            7.1
Location                   N;Res;
View                       N;Res;
Site                       8909 sf
Quality                    Q2
Age                        3



**Theater**



**Half Bath**

## Subject Interior Photo Page

| Borrower | Leslie Klinger | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 9615 Bolton Rd | | | | | | |
| City | Los Angeles | County | Los Angeles | | State | CA | Zip Code | 90034 |
| Lender/Client | United Mortgage | | | | | | |



**Pool/Spa**

| | |
|---|---|
| 9615 Bolton Rd | |
| Sales Price | |
| Gross Living Area | 7,561 |
| Total Rooms | 10 |
| Total Bedrooms | 5 |
| Total Bathrooms | 7.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 8909 sf |
| Quality | Q2 |
| Age | 3 |



**Bath**



**Gym**

Serial# 3A104477
usion.alamode.com/verify

# Subject Interior Photo Page

| Borrower | Leslie Klinger | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 9615 Bolton Rd | | | | | | |
| City | Los Angeles | County | Los Angeles | | State | CA | Zip Code | 90034 |
| Lender/Client | United Mortgage | | | | | | |



**Cov Patio**

| | |
|---|---|
| 9615 Bolton Rd | |
| Sales Price | |
| Gross Living Area | 7,561 |
| Total Rooms | 10 |
| Total Bedrooms | 5 |
| Total Bathrooms | 7.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 8909 sf |
| Quality | Q2 |
| Age | 3 |



**Cov Patio Alt**



**Spa**

## Subject Interior Photo Page

| Borrower | Leslie Klinger | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 9615 Bolton Rd | | | | | | |
| City | Los Angeles | County | Los Angeles | | State | CA | Zip Code | 90034 |
| Lender/Client | United Mortgage | | | | | | |



**Laundry Area**

9615 Bolton Rd
Sales Price
Gross Living Area    7,561
Total Rooms    10
Total Bedrooms    5
Total Bathrooms    7.1
Location    N;Res;
View    N;Res;
Site    8909 sf
Quality    Q2
Age    3



**Bedroom**



**Bath**

Exhibit 3 Page 29

Form LPICPIX.DSS_LTIR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Serial# 3A104477
union.alamode.com/verify

## Subject Interior Photo Page

| Borrower | Leslie Klinger | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 9615 Bolton Rd | | | | | | |
| City | Los Angeles | County | Los Angeles | | State | CA | Zip Code | 90034 |
| Lender/Client | United Mortgage | | | | | | |



**Bath**

| | |
|---|---|
| 9615 Bolton Rd | |
| Sales Price | |
| Gross Living Area | 7,561 |
| Total Rooms | 10 |
| Total Bedrooms | 5 |
| Total Bathrooms | 7.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 8909 sf |
| Quality | Q2 |
| Age | 3 |



**Bedroom**



**Bath**

# Subject Interior Photo Page

| Borrower | Leslie Klinger | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 9615 Bolton Rd | | | | | | |
| City | Los Angeles | County | Los Angeles | | State | CA | Zip Code | 90034 |
| Lender/Client | United Mortgage | | | | | | |



**Bedroom**

| | |
|---|---|
| 9615 Bolton Rd | |
| Sales Price | |
| Gross Living Area | 7,561 |
| Total Rooms | 10 |
| Total Bedrooms | 5 |
| Total Bathrooms | 7.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 8909 sf |
| Quality | Q2 |
| Age | 3 |



**Bedroom**



**Bath**

Exhibit 3 Page 31

Serial# 3A104477
usrion.alamode.com/verify

Form LPICPIX.DSS_LTIR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Subject Interior Photo Page

| Borrower | Leslie Klinger | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 9615 Bolton Rd | | | | | | |
| City | Los Angeles | County | Los Angeles | | State | CA | Zip Code | 90034 |
| Lender/Client | United Mortgage | | | | | | |



**Bath**

9615 Bolton Rd
Sales Price
Gross Living Area    7,561
Total Rooms    10
Total Bedrooms    5
Total Bathrooms    7.1
Location    N;Res;
View    N;Res;
Site    8909 sf
Quality    Q2
Age    3



**Office**



**CO & Smoke Detector**

Serial# 3A104477
uslon.alamode.com/verify

## Comparable Photo Page

| | |
|---|---|
| Borrower | Leslie Klinger |
| Property Address | 9615 Bolton Rd |
| City | Los Angeles |
| County | Los Angeles |
| State | CA |
| Zip Code | 90034 |
| Lender/Client | United Mortgage |



### Comparable 1
2250 Guthrie Cir

| | |
|---|---|
| Prox. to Subject | 0.27 miles SE |
| Sale Price | 6,000,000 |
| Gross Living Area | 9,068 |
| Total Rooms | 13 |
| Total Bedrooms | 8 |
| Total Bathrooms | 8.2 |
| Location | N;Res; |
| View | N;Res; |
| Site | 8564 sf |
| Quality | Q2 |
| Age | 0 |



### Comparable 2
3001 Cavendish Dr

| | |
|---|---|
| Prox. to Subject | 0.70 miles SW |
| Sale Price | 5,600,000 |
| Gross Living Area | 7,858 |
| Total Rooms | 11 |
| Total Bedrooms | 6 |
| Total Bathrooms | 6.2 |
| Location | N;Res; |
| View | N;Res; |
| Site | 8756 sf |
| Quality | Q2 |
| Age | 0 |



### Comparable 3
10295 Cresta Dr

| | |
|---|---|
| Prox. to Subject | 0.59 miles SW |
| Sale Price | 6,700,000 |
| Gross Living Area | 8,883 |
| Total Rooms | 13 |
| Total Bedrooms | 8 |
| Total Bathrooms | 8.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 11381 sf |
| Quality | Q2 |
| Age | 3 |

Serial# 3A104477
esign.alamode.com/verify

Exhibit 3 Page 33

## Comparable Photo Page

| Borrower | Leslie Klinger | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 9615 Bolton Rd | | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code | 90034 |
| Lender/Client | United Mortgage | | | | | |



### Comparable 4

2107 Duxbury Cir

| | |
|---|---|
| Prox. to Subject | 0.13 miles E |
| Sale Price | 4,450,000 |
| Gross Living Area | 6,974 |
| Total Rooms | 11 |
| Total Bedrooms | 6 |
| Total Bathrooms | 5.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 9492 sf |
| Quality | Q2 |
| Age | 23 |



### Comparable 5

2251 Guthrie Dr

| | |
|---|---|
| Prox. to Subject | 0.35 miles SE |
| Sale Price | 5,500,000 |
| Gross Living Area | 6,872 |
| Total Rooms | 11 |
| Total Bedrooms | 6 |
| Total Bathrooms | 6.2 |
| Location | N;Res; |
| View | N;Res; |
| Site | 7718 sf |
| Quality | Q2 |
| Age | 1 |



### Comparable 6

9325 Bolton Rd

| | |
|---|---|
| Prox. to Subject | 0.26 miles E |
| Sale Price | 4,500,000 |
| Gross Living Area | 5,765 |
| Total Rooms | 11 |
| Total Bedrooms | 6 |
| Total Bathrooms | 7.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 6438 sf |
| Quality | Q2 |
| Age | 2 |

Serial# 3A104477
esign.alamode.com/verify

Exhibit 3 Page 34

## Comparable Photo Page

| Borrower | Leslie Klinger | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 9615 Bolton Rd | | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code | 90034 |
| Lender/Client | United Mortgage | | | | | |



### Comparable 7

3160 Cavendish Dr

| | |
|---|---|
| Prox. to Subject | 0.93 miles SW |
| Sale Price | 6,750,000 |
| Gross Living Area | 6,428 |
| Total Rooms | 11 |
| Total Bedrooms | 6 |
| Total Bathrooms | 7.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 9544 sf |
| Quality | Q2 |
| Age | 0 |



### Comparable 8

9739 Monte Mar Dr

| | |
|---|---|
| Prox. to Subject | 0.34 miles NW |
| Sale Price | 4,299,000 |
| Gross Living Area | 5,082 |
| Total Rooms | 10 |
| Total Bedrooms | 5 |
| Total Bathrooms | 5.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 7241 sf |
| Quality | Q2 |
| Age | 13 |

### Comparable 9

| | |
|---|---|
| Prox. to Subject | |
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

# Plat Map

| Borrower | Leslie Klinger | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 9615 Bolton Rd | | | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code | 90034 |
| Lender/Client | United Mortgage | | | | | | |



# Location Map

| Borrower | Leslie Klinger | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 9615 Bolton Rd | | | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code | 90034 |
| Lender/Client | United Mortgage | | | | | | |



# Aerial Map

| Borrower | Leslie Klinger | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 9615 Bolton Rd | | | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code | 90034 |
| Lender/Client | United Mortgage | | | | | | |



# Building Sketch (Page - 1)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Leslie Klinger | | | | | | |
| Property Address | 9615 Bolton Rd | | | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code | 90034 |
| Lender/Client | United Mortgage | | | | | | |

TOTAL Sketch by a la mode, inc.

Serial# 3A104477
esign.alamode.com/verify

## Building Sketch (Page – 2)

| Borrower | Leslie Klinger | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 9615 Bolton Rd | | | | | | |
| City | Los Angeles | County | Los Angeles | State | CA | Zip Code | 90034 |
| Lender/Client | United Mortgage | | | | | | |

TOTAL Sketch by a la mode, inc.

**Area Calculations Summary**

| Living Area | | Calculation Details | | |
|---|---|---|---|---|
| First Floor | 2305 Sq ft | 9 × 3 | = | 27 |
| | | 40 × 30 | = | 1200 |
| | | 23 × 18 | = | 414 |
| | | 22 × 22 | = | 484 |
| | | 10 × 18 | = | 180 |
| Second Floor | 2781 Sq ft | 10 × 7 | = | 70 |
| | | 10 × 8 | = | 80 |
| | | 45 × 30 | = | 1350 |
| | | 14 × 6 | = | 84 |
| | | 2 × 8 | = | 16 |
| | | 34 × 18 | = | 612 |
| | | 12 × 12 | = | 144 |
| | | 17 × 25 | = | 425 |
| Third Floor | 2475 Sq ft | 30 × 3 | = | 90 |
| | | 6 × 2.5 | = | 15 |
| | | 65 × 19 | = | 1235 |
| | | 20 × 13.5 | = | 270 |
| | | 12 × 18 | = | 216 |
| | | 20 × 31.5 | = | 630 |
| | | 2 × 7 | = | 14 |
| | | 0.5 × 10 | = | 5 |
| **Total Living Area (Rounded):** | **7561 Sq ft** | | | |
| Non-living Area | | | | |
| 2 Car Buil In | 380 Sq ft | 20 × 19 | = | 380 |

Serial# 3A104477
esign.alamode.com/verify

Exhibit 3 Page 40

## License



Business, Consumer Services & Housing Agency

BUREAU OF REAL ESTATE APPRAISERS

REAL ESTATE APPRAISER LICENSE

Jared E. Harris

has successfully met the requirements for a license as a residential real estate appraiser in the State of California and is, therefore, entitled to use the title:

"Certified Residential Real Estate Appraiser"

This license has been issued in accordance with the provisions of the Real Estate Appraisers' Licensing and Certification Law.

BREA APPRAISER IDENTIFICATION NUMBER:     AR 037907

Effective Date:     August 3, 2019
Date Expires:     August 2, 2021

Jim Martin, Bureau Chief, BREA

3048199

THIS DOCUMENT CONTAINS A TRUE WATERMARK · HOLD UP TO LIGHT TO SEE "CHAIN LINK"

Serial# 3A104477
vision.alameda.com/verify

**E&O - Page 1**

STOCK COMPANY        **PRO GUARD PLATINUM POLICY DECLARATIONS**

**POLICY NUMBER: REO0003059**

Prior Policy Number: **NEW**

☐ WESTERN WORLD INSURANCE COMPANY    ☐ TUDOR INSURANCE COMPANY    ☒ STRATFORD INSURANCE COMPANY

**Named Insured and Mailing Address:**          **Agent/Broker #33601**
Jared E Harris                                  **Premium:** $ 716.00

DBA Anchor Appraisals, Inc
17 Grassy Knoll Lane

Rancho Santa Margarita, CA 92688

**Producer:**
Professionals' Best
6760 University ave
suite 250
San Diego , CA 92115

**Policy Period:** (Mo./Day/Yr.)
From: 08/10/2019        To:08/10/2020        12:01 AM, standard time at your mailing address shown above.

**EXCEPT AS MAY OTHERWISE BE PROVIDED IN THE FOLLOWED POLICY, THIS POLICY MAY APPLY ONLY TO CLAIMS FIRST MADE IN ACCORDANCE WITH THE TERMS, CONDITIONS AND REQUIREMENTS OF THE FOLLOWED POLICY; AND THE LIMIT OF LIABILITY IS REDUCED AND MAY BE EXHAUSTED BY PAYMENT OF DEFENSE COSTS OR CLAIMS FEES AND EXPENSES. PLEASE READ THE FOLLOWED POLICY AND THIS POLICY CAREFULLY.**

**ITEM 1. PROFESSIONAL SERVICES:**
Real Estate Appraisers

| ERRORS AND OMISSIONS LIABILITY INSURANCE | | |
|---|---|---|
| **ITEM 2. LIMIT OF INSURANCE** | Each Claim Limit $ 1,000,000 | Aggregate Limit $ 1,000,000 |
| **ITEM 3. DEDUCTIBLE** | Each Claim $ 500 | Aggregate $ 1,000 |
| **ITEM 4. RETROACTIVE DATE** | | 8/10/2005 |
| **ITEM 5. PREMIUM** | | $ 716.00 |

Serial# 3A104477
vision.alamode.com/verify

**E&O - Page 2**

## PRO GUARD PLATINUM POLICY DECLARATIONS (continued)

| ITEM 6.  FORMS AND ENDORSEMENTS |
| --- |
| Forms and Endorsements applying to this Coverage Part and made part of the Policy at time of issue:<br><br>**SEE SCHEDULE OF FORMS AND ENDORSEMENTS AND**<br>**THE INSURED'S APPLICATION FOR THIS INSURANCE.** |

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

## WESTERN WORLD INSURANCE GROUP

Western World Insurance Company
Tudor Insurance Company
Stratford Insurance Company

Administrative Office
300 KImball Drive, Suite 500
Parsippany, New Jersey 07054

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy. If required by state law, this policy shall not be valid unless countersigned by our authorized representative.

Secretary                                                    President

| Countersigned: | | |
| --- | --- | --- |
| 08/05/2019    PECKISAA | By: | |
| | | Authorized Representative |

Page 2 of 2                                                    MPL 2002 (05_18)

Serial# 3A104477
union.alamode.com/verify

File No.   2730120

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
### (Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Condition Ratings and Definitions

C1

The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).

C2

The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.

C3

The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.

C4

The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.

C5

The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.

C6

The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.


Quality Ratings and Definitions

Q1

Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

Q2

Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

Serial# 3A104477
esign.alamode.com/verify

Exhibit 3 Page 44

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Quality Ratings and Definitions (continued)

Q3

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

Q4

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

Q5

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

Q6

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

Definitions of Not Updated, Updated, and Remodeled

Not Updated

Little or no updating or modernization. This description includes, but is not limited to, new homes.

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

Updated

The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

Remodeled

Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases.  Quarter baths (baths that feature only a toilet) are not included in the bathroom count.  The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

Example:
3.2 indicates three full baths and two half baths.

Serial# 3A104477
esign.alamode.com/verify

Exhibit 3 Page 45

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-in Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Serial# 3A104477
esign.alamode.com/verify

Exhibit 3 Page 46

# EXHIBIT 4

## SELLER'S ESTIMATED NET PROCEEDS

| | |
|---|---|
| **PROPERTY:** | 9615 Bolton Road<br>Los Angeles, CA 90034-1041 |

**DATE:** April 16, 2021

| | |
|---|---|
| **SELLER:** | Zachary Joseph Horwitz and Mallory<br>Michele Horwitz, Trustees of the MJLZ<br>Trust dated January 30, 2018 |

**CLOSING DATE:** April 20, 2021
**ESCROW NO.:** EN-03020-21

| | DEBITS | CREDITS |
|---|---|---|
| **FINANCIAL CONSIDERATION** | | |
| Total Consideration | | 5,930,000.00 |
| | | |
| **PAYOFF CHARGES - Banc of California**<br>**[Total Payoff $4,132,503.82]** | | |
| Principal Balance | 4,095,000.00 | |
| Interest on Principal Balance | 17,894.60 | |
| Recording Fee | 193.00 | |
| Late Charges | 938.44 | |
| Escrow Impound Overdraft | 18,477.78 | |
| | | |
| **PRORATIONS/ADJUSTMENTS** | | |
| County Taxes at $36,027.55/semi-annually from 04/20/2021 to 07/01/2021 | | 14,210.87 |
| HOA at $761.18/annually from 04/20/2021 to 07/01/2021 | | 150.12 |
| | | |
| **COMMISSION CHARGES** | | |
| Douglas Elliman | 148,250.00 | |
| The Agency | 148,250.00 | |
| | | |
| **H.O.A./MANAGEMENT** | | |
| Transfer Fee to | 380.00 | |
| Document Fee(s) to | 551.00 | |
| | | |
| **OTHER DEBITS/CREDITS** | | |
| MyNHD Inc. For NHD Report | 94.95 | |
| First American Home Warranty for Home Warranty | 1,200.00 | |
| Portfolio Escrow For Reimbursement of | 72.76 | |
| Los Angeles Department of Water and Power for Certificate of Compliance | 15.00 | |
| Retrofit Express For Retrofit Work & COC | 110.00 | |
| Eunice Rose Notary Signing Service | 150.00 | |
| | | |
| **TITLE/TAXES/RECORDING CHARGES - Fidelity National Title** | | |
| Title - Owner's Title Insurance | 6,023.00 | |
| Title - Messenger Fee | 50.00 | |
| Title - Sub Escrow Fee | 125.00 | |
| Title - Wire Fee | 25.00 | |
| Title - Inspection Fee | 95.00 | |
| Miscellaneous Recording Fees - Affidavit | 75.00 | |
| Mandatory SB2 Additional Recording Charge | 225.00 | |
| Transfer Tax - County to Los Angeles County | 6,523.00 | |
| Transfer Tax - City to City of Los Angeles | 26,685.00 | |
| 2nd Half Taxes 2020/2021 | 36,027.55 | |
| *Penalty 2nd Half 2020/2021 | 3,612.75 | |
| | | |
| **ESCROW CHARGES - Portfolio Escrow, Inc.** | | |
| Title - Escrow Fee | 15,075.00 | |
| Title - Processing Demand(s) | 100.00 | |
| Title - Document Fee | 200.00 | |
| Title - Archive Fee | 175.00 | |
| Title - Messenger/Document Handling Fee | 250.00 | |

Exhibit 4 Page 47

THIS IS AN ESTIMATE ONLY AND FIGURES ARE SUBJECT TO CHANGE

"THIS ESTIMATE  IS PROVIDED  PRIOR  TO  THE OPENING   OF ESCROW  OR PRIOR  TO  THE RECEIPT  OF  ALL REQUIRED ESCROW DOCUMENTS,  COMPLETED  AND EXECUTED  BY THE SELLER(S).  SAID DOCUMENTS  MAY    AFFECT  THE SELLER 'S ESTIMATED  NET PROCEEDS. SELLER IS MADE AWARE THAT THERE COULD BE ADDITIONAL CHARGES, INCLUDING BUT NOT LIMITED  TO NON-RESIDENT  OR  FOREIGN SELLER WITHHOLDING   TAX TO THE  INTERNAL REVENUE SERVICE AND THE FRANCHISE TAX BOARD, WHICH  WILL  BE DETERMINED AFTER RECEIPT OF THE COMPLETED AND EXECUTED  ESCROW DOCUMENTS."


Zachary Joseph Horwitz and Mallory Michele
Horwitz, Trustees of the MJLZ Trust dated January
30, 2018


By: _____
       Zachary Joseph Horwitz, Trustee


By: _____
       Mallory Michele Horwitz, Trustee

Exhibit 4 Page 48