KATHRYN C. WANNER (Cal. Bar No. 269310)
Email: wannerk@sec.gov
M. LANCE JASPER (Cal. Bar No. 244516)
Email: jasperml@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka N. Patel, Associate Regional Director
Amy J. Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## Western Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ZACHARY J. HORWITZ; AND 1INMM CAPITAL, LLC,<br><br>Defendants. | Case No. 2:21-cv-02927-CAS-GJS<br><br>**[PROPOSED] ORDER ON *EX PARTE* APPLICATION FOR LIMITED RELIEF FROM ASSET FREEZE AND TO DEPOSIT NET PROCEEDS OF SALE OF ASSETS WITH REGISTRY OF THE COURT** |

1  This matter is before the Court on the Joint *Ex Parte* Application for Limited
2  Relief from the Asset Freeze and to Deposit Funds With the Registry of Court of
3  Plaintiff, the United States Securities and Exchange Commission ("SEC") and
4  Defendants Zachary J. Horwitz ("Horwitz") and 1inMM Capital, LLC ("1inMM")
5  (collectively "the Parties"). Based on the Parties' Joint Application and all the
6  records, filings, and proceedings herein, the Court hereby makes and files the
7  following:

## ORDER

9  A. The Parties' Joint *Ex Parte* Application for Limited Relief from the
10 Asset Freeze and to Deposit Funds with the Court Registry is **GRANTED.**
11 B. The Court's Asset Freeze Order (Dkt. No. 18) shall be modified as
12 follows: The real property at 9615 Bolton Road Los Angeles, CA 90034 (the "Bolton
13 Road House"), is released from the asset freeze for the limited purpose of allowing it
14 to be sold.
15 C. The net proceeds from the sale of the Bolton Road House shall be
16 deposited with the Registry of Court.
17 The Clerk of Court is hereby ORDERED to accept cash, a cashier's check, or a
18 certified check, payable to the Clerk, U.S. District, in the amount of the net proceeds
19 from the sale of the Bolton Road House: $1,417,517.16.
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

IT IS FURTHER ORDERED that pursuant to General Order No. 16-04, these monies be deposited by the Clerk of Court into the Registry of this Court and then, as soon as the business of the Clerk's Office allows, the Clerk of Court shall deposit these funds into the interest-bearing Court Registry Investment System ("CRIS") administered by the Administrative Office of the United States Courts pursuant to 28 U.S.C. § 2045.

IT IS SO ORDERED.

Dated: _____, 2021

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Presented by:
Kathryn C. Wanner
M. Lance Jasper
Attorneys for Plaintiff
Securities and Exchange Commission

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

    U.S. SECURITIES AND EXCHANGE COMMISSION,
    444 S. Flower Street, Suite 900, Los Angeles, California 90071
    Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On April 21, 2021, I caused to be served the document entitled **[PROPOSED] ORDER ON *EX PARTE* APPLICATION FOR LIMITED RELIEF FROM ASSET FREEZE AND TO DEPOSIT NET PROCEEDS OF SALE OF ASSETS WITH REGISTRY OF THE COURT** on all the parties to this action addressed as stated on the attached service list:

☐   **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐   **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐   **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐   **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐   **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐   **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒   **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐   **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: April 21, 2021               */s/ Kathryn C. Wanner*
                                                 KATHRYN C. WANNER

*SEC v. Zachary Horwitz, et al.*
United States District Court – Central District of California
Case No. 2:21-cv-02927-CAS-GJS
LA-5212

SERVICE LIST

Michael J. Quinn, Esq.
Ryan C. Hedges, Esq.
Vedder Price
1925 Century Park East, Suite 1900
Los Angeles, CA 90067
Email:  mquinn@vedderprice.com
Email:  rhedges@vedderprice.com
*Attorneys for Defendants Zachary J. Horwitz; and 1inMM Capital, LLC (served via CM/ECF)*