KATHRYN C. WANNER (Cal. Bar No. 269310)
Email: wannerk@sec.gov
M. LANCE JASPER (Cal. Bar No. 244516)
Email: jasperml@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka N. Patel, Associate Regional Director
Amy J. Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Western Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ZACHARY J. HORWITZ; AND 1INMM CAPITAL, LLC,<br><br>Defendants. | Case No. 2:21-cv-02927-CAS-GJSx<br><br>[**PROPOSED**] ORDER ON *EX PARTE* APPLICATION FOR LIMITED RELIEF FROM ASSET FREEZE AND TO DEPOSIT NET PROCEEDS OF SALE OF ASSETS WITH REGISTRY OF THE COURT |

This matter is before the Court on the Joint *Ex Parte* Application for Limited Relief from the Asset Freeze and to Deposit Funds With the Registry of Court of Plaintiff, the United States Securities and Exchange Commission ("SEC") and Defendants Zachary J. Horwitz ("Horwitz") and 1inMM Capital, LLC ("1inMM") (collectively "the Parties"). Based on the Parties' Joint Application and all the records, filings, and proceedings herein, the Court hereby makes and files the following:

/ / /

# ORDER

A.   The Parties' Joint *Ex Parte* Application for Limited Relief from the Asset Freeze and to Deposit Funds with the Court Registry is **GRANTED.**

B.   The Court's Asset Freeze Order (Dkt. No. 18) shall be modified as follows:  The real property at 9615 Bolton Road Los Angeles, CA 90034 (the "Bolton Road House"), is released from the asset freeze for the limited purpose of allowing it to be sold.

C.   The net proceeds from the sale of the Bolton Road House shall be deposited with the Registry of Court.

The Clerk of Court is hereby ORDERED to accept cash, a cashier's check, or a certified check, payable to the Clerk, U.S. District, in the amount of the net proceeds from the sale of the Bolton Road House: $1,417,517.16.

IT IS FURTHER ORDERED that pursuant to General Order No. 16-04, these monies be deposited by the Clerk of Court into the Registry of this Court and then, as soon as the business of the Clerk's Office allows, the Clerk of Court shall deposit these funds into the interest-bearing Court Registry Investment System ("CRIS") administered by the Administrative Office of the United States Courts pursuant to 28 U.S.C. § 2045.

IT IS SO ORDERED.

Dated:  April 21, 2021

*Christina A. Snyder*
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Presented by:
Kathryn C. Wanner
M. Lance Jasper
Attorneys for Plaintiff
Securities and Exchange Commission