**VEDDER PRICE (CA) LLP**
Michael Quinn, Bar No. 198349
mquinn@vedderprice.com
Ryan S. Hedges, Bar No. 217617
rhedges@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: +1 424 204 7700
F: +1 424 204 7702

Attorneys for Defendants
*Zachary J. Horwitz and 1inMM Capital, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY J. HORWITZ; and 1INMM CAPITAL, LLC,<br><br>Defendants. | Case No. 2:21-CV-02927-CAS-GJSx<br><br>**SECOND STIPULATION TO CONTINUE THE HEARING ON ORDER TO SHOW CAUSE AND RELATED DEADLINES; CONTINUE THE ORDER FREEZING ASSETS; AND EXTEND THE DEADLINE FOR AN ACCOUNTING PURSUANT TO ECF NOS. 18 AND 26**<br><br>Current Hearing: May 3, 2021 10:00 A.M.<br><br>Proposed Hearing: May 17, 2021 10:00 A.M.<br><br>Judge: Christina A. Synder |

**STIPULATION**

WHEREAS, on April 5, 2021, a criminal complaint was filed under seal against Defendant Zachary J. Horwitz ("Horwitz") in the United States District Court for the Central District of California, case number 2:21-mj-01631(hereinafter "Criminal Complaint");

WHEREAS, on the morning of April 6, 2021, Horwitz was arrested and taken into federal custody pursuant to an arrest warrant issued based on the

Criminal Complaint, which was later unsealed;

WHEREAS, on April 6, 2021, this Court issued under seal an Order (1) Freezing Assets; (2) Requiring an Accounting; (3) Prohibiting Destruction of Documents; and (4) to Set Hearing on Order to Show Cause (ECF No. 18, hereinafter "Order Freezing Assets");

WHEREAS, on April 14, 2021, this Court entered an Order Continuing the Hearing on Order to Show Cause; Continuing the Order Freezing Assets; and Extending the Deadlines for an Accounting and Opposition to the Asset Freeze (ECF. No. 26, hereinafter "Order Continuing Asset Freeze");

WHEREAS, the Order Continuing Asset Freeze sets a Hearing on an Order to Show Cause at 10:00 A.M. on May 3, 2021;

WHEREAS, the Order Continuing Asset Freeze is set to expire on 12:00 P.M. on May 3, 2021 unless the parties against whom it is directed consent that it may be extended for a longer period;

WHEREAS, the Order Continuing Asset Freeze requires an accounting be delivered to Plaintiff Securities and Exchange Commission ("SEC") Monday, April 26, 2021;

WHEREAS, the Order re Asset Freeze requires that Defendants file any opposition to the asset freeze continuing until the matter is determined no later than 4:00 P.M. on April 27, 2021;

WHEREAS, Horwitz remained in federal custody until the evening of April 23, 2021, thereby limiting counsels' ability to confer with their clients regarding the Order Freezing Assets;

The Parties, through their respective undersigned counsel, hereby stipulate as follows:

1. The Order re Asset Freeze will be extended until 12:00 P.M. on May 17, 2021 or, if the Court sets a later date for the Hearing on the Order to Show Cause, until a reasonable time after the new Hearing date;

2. The Hearing on an Order to Show Cause will be continued until 10:00 A.M. on May 17, 2021 or as soon thereafter as the Court may determine;

3. The Order's requirement for an accounting will be extended until May 10, 2021;

4. Horwitz's opposition to the asset freeze continuing until the matter is determined, if any, will be filed and served no later than 4:00 P.M. on May 11, 2021; and

5. The SEC's reply papers shall be filed with the Court and delivered to opposing counsel no later than 4:00 P.M. on May 13, 2021.

IT IS SO STIPULATED BY THE UNDERSIGNED

Dated: April 26, 2021          VEDDER PRICE (CA), LLP


By: /s/ Michael Quinn
    Michael Quinn
    Ryan S. Hedges

Attorneys for Defendants
*Zachary J. Horwitz and 1inMM Capital, LLC*

Dated: April 26, 2021          SECURITIES AND EXCHANGE COMMISSION


By: /s/ Kathryn C. Wanner
    Kathryn C. Wanner
    M. Lance Jasper

Attorneys for Plaintiff

**LOCAL RULE 5-4.3.4(A)(2)(I) CERTIFICATION**

Pursuant to L.R. L.R. 5-4.3.4(a)(2)(i), I, Michael J. Quinn, attest that all signatories identified above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Michael J. Quinn
Michael J. Quinn
Counsel for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2021, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

                                    /s/ Michael Quinn
                                            Michael Quinn