UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY J. HORWITZ; and 1INMM CAPITAL, LLC,<br><br>Defendants. | Case No. 2:21-CV-02927-CAS-GJSx<br><br>**[PROPOSED] ORDER CONTINUING THE HEARING ON ORDER TO SHOW CAUSE; CONTINUING THE ORDER FREEZING ASSETS; AND EXTENDING THE DEADLINES FOR AN ACCOUNTING AND OPPOSITION TO THE ASSET FREEZE**<br><br>Current Hearing:   May 3, 2021  10:00 A.M.<br><br>Proposed Hearing: May 17, 2021  10:00 A.M.<br><br>Judge:   Christina A. Synder |

The Court, having considered the Second Stipulation to Continue the Hearing on the Order to Show Cause; Continue the Order Freezing Assets; and Extend the Deadlines for an Accounting and Opposition to the Asset Freeze, and good cause appearing, the Court hereby GRANTS the Parties' stipulated request as follows:

1. The Order re Asset Freeze will be extended until [12:00 P.M. on May 17, 2021];

2. The Hearing on an Order to Show Cause will be continued until [10:00 A.M. on May 17, 2021];

3. The Order's requirement for an accounting will be extended until May 10, 2021;

4. Horwitz's opposition to the asset freeze continuing until the matter is determined will be filed and served no later than 4:00 P.M. on May 11, 2021; and

5. The SEC's reply papers shall be filed with the court and delivered to opposing counsel no later than 4:00 P.M. on May 13, 2021.

IT IS SO ORDERED

Dated:    April ___, 2021

By: _____
UNITED STATES DISTRICT JUDGE
Hon. Christina A. Synder

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2021, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

/s/ Michael Quinn
Michael Quinn

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

3

CERTIFICATE OF SERVICE