1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                     CENTRAL DISTRICT OF CALIFORNIA

10

11  | SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:21-CV-02927-CAS-GJSx |

12  Plaintiff,

13  v.

14  ZACHARY J. HORWITZ; and 1INMM CAPITAL, LLC,

15

16  Defendants.

**[PROPOSED] ORDER CONTINUING THE HEARING ON ORDER TO SHOW CAUSE; CONTINUING THE ORDER FREEZING ASSETS; AND EXTENDING THE DEADLINES FOR AN ACCOUNTING AND OPPOSITION TO THE ASSET FREEZE**

17

Current Hearing:      May 3, 2021
                      10:00 A.M.

18

19  ~~Proposed~~ Hearing:      May 17, 2021
                      10:00 A.M.

20

Judge:      Christina A. Synder

21          The Court, having considered the Second Stipulation to Continue the Hearing

22  on the Order to Show Cause; Continue the Order Freezing Assets; and Extend the

23  Deadlines for an Accounting and Opposition to the Asset Freeze, and good cause

24  appearing, the Court hereby GRANTS the Parties' stipulated request as follows:

25          1.  The Order re Asset Freeze will be extended until 12:00 P.M. on May

26              17, 2021;

27          2.  The Hearing on an Order to Show Cause will be continued until 10:00

28              A.M. on May 17, 2021;

3.  The Order's requirement for an accounting will be extended until May 10, 2021;

4.  Horwitz's opposition to the asset freeze continuing until the matter is determined will be filed and served no later than 4:00 P.M. on May 11, 2021; and

5.  The SEC's reply papers shall be filed with the court and delivered to opposing counsel no later than 4:00 P.M. on May 13, 2021.

IT IS SO ORDERED

Dated:      April 27, 2021            By: _Christine a. Snyder_

Hon. Christina A. Synder
UNITED STATES DISTRICT JUDGE