**VEDDER PRICE (CA) LLP**
Michael Quinn, Bar No. 198349
mquinn@vedderprice.com
Ryan S. Hedges, Bar No. 217617
rhedges@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: +1 424 204 7700
F: +1 424 204 7702

Attorneys for Defendants
*Zachary J. Horwitz and 1inMM Capital, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY J. HORWITZ; and 1INMM CAPITAL, LLC,<br><br>Defendants. | Case No. 2:21-CV-02927-CAS-GJSx<br><br>**DEFENDANT ZACHARY HORWITZ'S NOTICE OF RELATED CASE**<br><br>*[Filed concurrently with Notice of Related Case in United States v. Horwitz, 2:21-CR-00214-MCS]*<br><br>Judge:   Christina A. Synder |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Defendant Zachary Horwitz ("Horwitz") files this Notice of a Related Case and avers as follows:

1. On May 4, 2021, an indictment was filed in the U.S. District Court for the Central District of California in case number 2:21-cr-00214-MCS. This indictment arises out of the same facts and calls for determination of the same or substantially identical questions of law and fact as this matter, filed on April 5, 2021.

2. Both actions arise out of the same transactions, happenings or events, namely allegations that Horwitz allegedly defrauded investors with promissory notes issued by 1inMM Capital, LLC related to distribution rights to films. Both matters also call for determinations of the same or substantially similar questions or law and fact. For example, both actions allege violations of the Securities and Exchange Act of 1934, which require threshold determinations as to whether certain promissory notes constitute "securities" as defined by the Securities and Exchange Act of 1934. Determining these issues would entail unnecessary duplication and expense of the Court's resources if heard by different judges and could result in inconsistencies. Courts have assigned parallel civil and criminal proceedings to one Judge in similar circumstances. *See*, *e.g.*, *Schema v. USDA*, 2014 U.S. Dist. 124380, at *13 (E.D. Cal. 2014) (assigning criminal and civil matters to the same court where both sets of claims related to the existence of an easement); *see also*, *United States v. Cutting*, 2017 U.S. Dist. LEXIS 2317, *26, (N.D. Cal. 2017) (ruling a criminal and civil matter did not warrant reassignment where the criminal matter related to different transactions).

3. Moreover, a third matter alleging the same facts and the same or substantially related or similar questions of law and fact, *Whitmore et al v. Horwitz et al*, case number 2:21-cv-03393-CAS-GJS, has also been reassigned to this Court for consideration.

//
//
//
//
//
//
//
//

Accordingly, the matter *United States v. Horwitz*, Case Number 2:21-cr-00214-MCS should be deemed related to this matter and assigned to the Honorable Christina A. Snyder.

Dated: May 6, 2021        VEDDER PRICE (CA), LLP

By: /s/ Ryan S. Hedges
    Michael Quinn
    Ryan S. Hedges

Attorneys for Defendants
*Zachary J. Horwitz and 1inMM Capital, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2021, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

          /s/ Ryan S. Hedges
          Ryan S. Hedges