**VEDDER PRICE (CA) LLP**
Michael Quinn, Bar No. 198349
mquinn@vedderprice.com
Ryan S. Hedges, Bar No. 217617
rhedges@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: +1 424 204 7700
F: +1 424 204 7702

Attorneys for Defendants
*Zachary J. Horwitz and 1inMM Capital, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY J. HORWITZ; and 1INMM CAPITAL, LLC,<br><br>Defendants. | Case No. 2:21-CV-02927-CAS-GJSx<br><br>**DEFENDANT ZACHARY HORWITZ'S NOTICE REGARDING COURT ORDER FOR SCHEDULE OF PERSONAL ASSETS**<br><br>Judge:   Christina A. Snyder |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Defendant Zachary Horwitz ("Horwitz") files this notice regarding the Court's Order that Defendants prepare and deliver to the SEC a detailed and complete schedule of all personal assets (ECF No. 18 at 5). Pursuant to a subsequent Order by the Court, the deadline for this accounting was extended until May 10, 2021 (ECF No. 30 at 2). In response to the Court's order to prepare and

file a detailed and complete schedule of all personal assets, Horwitz, on behalf of himself and in his capacity as the sole member of Defendant 1inMM Capital, LLC invokes his right under the Fifth Amendment to the U.S. Constitution and respectfully declines to prepare and file such schedule of all personal assets.

Dated: May 10, 2021          VEDDER PRICE (CA), LLP

By: /s/ Michael Quinn
    Michael Quinn
    Ryan S. Hedges

Attorneys for Defendants
*Zachary J. Horwitz and 1inMM Capital, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2021, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

                        /s/ Michael Quinn
                        Michael Quinn