LATHAM & WATKINS LLP
Joshua G. Hamilton (SBN 199610)
*joshua.hamilton@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067-6268
Telephone: (424) 653-5500
Facsimile: (424) 653-5501

Manuel A. Abascal (SBN 171301)
*manny.abascal@lw.com*
355 S. Grand Ave., Suite 100
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

*Counsel for Non-Party City National Bank*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ZACHARY J. HORWITZ; and 1INMM CAPITAL, LLC,<br><br>Defendants. | Case No.: 2:21-cv-02927-CAS-GJSx<br><br>**NON-PARTY CITY NATIONAL BANK'S *EX PARTE* APPLICATION FOR APPROVAL TO PAY OFF DEFENDANT ZACHARY J. HORWITZ'S LINE OF CREDIT AND CLOSE THE ACCOUNT; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATIONS OF MICHAEL C. FRAZIER AND JOSHUA G. HAMILTON** |

Pursuant to Local Rule 7-19, Non-Party City National Bank ("CNB"), by and through its counsel Latham & Watkins LLP, hereby respectfully submits this *Ex Parte* Application for Court approval to (1) pay off a secured personal line of credit ("PLC") held at CNB by Defendant Zachary J. Horwitz using the proceeds from the liquidation of an associated collateral account at CNB held by Mr. Horwitz's mother, Susan Kozlowski; (2) close the PLC; and (3) return any excess proceeds from the collateral account to Ms. Kozlowski. Good cause exists to issue this relief *ex parte* because Ms. Kozlowski's account is not listed in the Court's asset freeze orders, the PLC is currently in default status, and Ms. Kozlowski seeks the return of excess funds in her collateral account after it is liquidated to pay off the PLC.

This *Ex Parte* Application is based on the attached Memorandum of Points and Authorities and the Declarations of Michael C. Frazier ("Frazier Decl.") and Joshua G. Hamilton ("Hamilton Decl.").

On May 19, 2021, counsel for CNB sent an email to Kathryn Wanner and Lance Jasper, counsel for the Securities and Exchange Commission ("SEC") in this matter, informing them of the relief sought by CNB, and subsequently had a telephone call with Ms. Wanner. The SEC indicated in its email response and by telephone that it does not oppose the relief sought by CNB in this *Ex Parte* Application. (Hamilton Decl. ¶ 2.) Counsel for CNB also called and emailed counsel for Defendants Zachary Horwitz and 1INMM Capital, LLC ("Defendants") to inform them of this *ex parte* relief. In email correspondence on May 19, 2021, counsel for Defendants indicated that they do not oppose this Application. (Hamilton Decl. ¶ 3.)

Pursuant to Local Rule 7-19, the name, address, and telephone number of counsel in this matter are as follows:

Counsel for the Securities and Exchange Commission:

KATHRYN C. WANNER
Email: wannerk@sec.gov
M. LANCE JASPER
Email: jasperml@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka N. Patel, Associate Regional Director
Amy J. Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

Counsel for Defendants:

VEDDER PRICE (CA) LLP
Michael Quinn
Email: mquinn@vedderprice.com
Ryan S. Hedges
Email: rhedges@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: +1 424 204 7700
F: +1 424 204 7702

Dated:  May 21, 2021                               Respectfully submitted,

                                                   By  /s/ Joshua G. Hamilton
                                                   Joshua G. Hamilton
                                                   LATHAM & WATKINS LLP
                                                   *Counsel for Non-Party City National Bank*

# MEMORANDUM OF POINTS AND AUTHORITIES

Non-Party City National Bank ("CNB") brings this *Ex Parte* Application seeking Court approval to effectuate the payoff and closure of Defendant Zachary Horwitz's personal line of credit, bearing (redacted) account number XXXX9641 ("PLC"), held by CNB. In or about January 2013 (prior to the date of the activities alleged in this case or in the criminal case filed against Mr. Horwitz by the United States Department of Justice), Mr. Horwitz opened the PLC at CNB. The PLC was for a maximum amount of $1,140,000 and has been in default status since April 2021. The PLC is one of the accounts listed in the Order (1) Freezing Assets; (2) Requiring An Accounting; (3) Prohibiting Destruction Of Documents; And (4) To Set Hearing On Order To Show Cause, entered by the Court in this case on April 6, 2021, and the Order Freezing Assets and Prohibiting Destruction of Documents, entered by the Court in this case on May 14, 2021. (Dkt. No. 18 at ¶ C; Dkt. No. 43 at ¶ C.)

Good cause exists for this relief. Between the time he opened the PLC and the present, Mr. Horwitz borrowed all or almost all of the maximum amount available under the PLC. Through 2020, the PLC was renewed on an annual basis. The PLC matured, and in April 2021, went into default status. To date, it has not been repaid, and the full principal amount plus accrued interest, totaling approximately $1,147,548.46 as of May 21, 2021 ("PLC Current Payoff Amount"), are still owed on the PLC. (Declaration of Michael C. Frazier ("Frazier Decl.") ¶ 2.)

Since inception and at all times thereafter, Mr. Horwitz's PLC was, and has been, fully secured by liquid assets owned by his mother, Susan Kozlowski. Ms. Kozlowski's account is not listed in the Court's asset freeze orders. Ms. Kozlowski opened an account at CNB in the name of her trust concurrently with Mr. Horwitz's opening of the PLC. She deposited various forms of cash and securities in her trust account. At the time Ms. Kozlowski opened the trust account

in 2013, she also pledged it as collateral for Mr. Horwitz's PLC. To CNB's knowledge, including based on a review of Ms. Kozlowski's annual trust account statements from inception in January 2013 through 2020 and on Ms. Kozlowski's representation to CNB, none of the assets in her trust account originated with Mr. Horwitz or his alleged activities. The current balance of Ms. Kozlowski's trust account is greater than is needed to fully repay the PLC Current Payoff Amount. (Frazier Decl. ¶ 3.)

Since approximately mid-April 2021, Ms. Kozlowski has been in contact with CNB regarding the status of her trust account. In communications with CNB, she has stated that she would like to regain access to the balance of her trust account over and above the PLC Current Payoff Amount. (Frazier Decl. ¶ 4.)

CNB respectfully seeks Court approval to (1) pay off the PLC, including all accrued interest through the date of final payoff, from the liquidation of the associated collateral account at CNB held by Ms. Kozlowski; (2) close the PLC; and (3) return any excess proceeds from the collateral account to Ms. Kozlowski. (Frazier Decl. ¶ 5.)

Dated: May 21, 2021

Respectfully submitted,

By /s/ Joshua G. Hamilton

Joshua G. Hamilton
LATHAM & WATKINS LLP
*Counsel for Non-Party City National Bank*

## DECLARATION OF MICHAEL C. FRAZIER

I, Michael C. Frazier, hereby declare as follows:

1. I am Vice President, Wealth Advisor, at Wealth Management Services at City National Bank ("CNB"). I began working at CNB in October 2012. This declaration is based on my own personal knowledge and on my review of authentic CNB business records, made at or near the time of the events described in those records by a person with knowledge of the events, and maintained in the ordinary course of CNB's business.

2. In or about January 2013, prior to the dates of the activities alleged in the cases filed against him by the Securities and Exchange Commission and the United States Department of Justice, Zachary Horwitz opened a personal line of credit ("PLC") at CNB, bearing (redacted) account number XXXX9641. The PLC was for a maximum amount of $1,140,000. Between the time he opened the PLC and the present, Mr. Horwitz borrowed all or almost all of the maximum amount available. Through 2020, the PLC was renewed on an annual basis. The PLC has matured and, in April 2021 it went into default status. It currently remains in default status. To date, it has not been repaid, and the full principal amount plus accrued interest, totaling approximately $1,147,548.46 as of May 21, 2021 ("PLC Current Payoff Amount") are still owed on the PLC.

3. At all times since its inception, Mr. Horwitz's PLC has been fully secured by liquid assets owned by his mother, Susan Kozlowski. Ms. Kozlowski opened an account at CNB in the name of her trust concurrently with Mr. Horwitz's opening of the PLC. At the time she opened the account, she deposited various forms of cash and securities in her trust account. She also pledged the trust account as collateral for Mr. Horwitz's PLC. To CNB's knowledge, including based on a review of Ms. Kozlowski's annual trust account statements from inception in January 2013 through 2020 and on Ms. Kozlowski's representation to me, none of the assets in her trust account originated with Mr. Horwitz or his

alleged activities. The current balance of Ms. Kozlowski's trust account is greater than the PLC Current Payoff Amount.

4. Since approximately mid-April 2021, Ms. Kozlowski has been in contact with me regarding the status of her trust account. She has stated that she would like to regain access to the balance of her trust account over and above the PLC Current Payoff Amount.

5. With the approval of the Court, CNB would like to (a) liquidate assets in Ms. Kozlowski's trust account to the extent necessary to fully repay Mr. Horwitz's PLC including all accrued interest through the date of final payoff; (b) close Mr. Horwitz's PLC account, and (c) return any remaining funds in Ms. Kozlowski's trust account to Ms. Kozlowski.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 20th day of May, 2021 in Los Angeles, California.

*Michael C. Frazier*
MICHAEL C. FRAZIER

## DECLARATION OF JOSHUA G. HAMILTON

I, Joshua G. Hamilton, hereby declare as follows:

1. I am a Partner with the law firm of Latham & Watkins LLP, counsel for Non-Party City National Bank ("CNB"). The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath. I make this Declaration in support of CNB's *Ex Parte* Application for Court approval for certain relief (together, the "Relief") as follows: to (1) pay off a secured personal line of credit ("PLC"), including all accrued interest through the date of final payoff, held at CNB by Defendant Zachary J. Horwitz using the proceeds from the liquidation of an associated collateral account at CNB held by Mr. Horwitz's mother, Susan Kozlowski; (2) close the PLC; and (3) return any excess proceeds from the collateral account to Ms. Kozlowski.

2. On May 19, 2021, I sent an email to Kathryn Wanner and Lance Jasper, counsel for the Securities and Exchange Commission ("SEC") in this matter, informing them that CNB would be filing this *Ex Parte* Application and of the relief intended to be sought by CNB. I subsequently had a telephone call with Ms. Wanner. The SEC indicated in its email response and by telephone that it does not oppose the Relief sought by CNB in this *Ex Parte* Application.

3. On May 18, 2021, I spoke by telephone with Michael Quinn of the law firm Vedder Price (CA) LLP, counsel for Defendants Zachary J. Horwitz and 1INMM Capital, LLC, informing him that CNB intended to file this *Ex Parte* Application and informing him of the Relief CNB intended to seek. On May 19, 2021, I sent follow-up emails to Mr. Quinn providing notice of the *Ex Parte* Application and describing the relief CNB intended to seek. Mr. Quinn confirmed in an email response that his clients do not oppose the Application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 21st day of May, 2021 in Los Angeles, California.

/s/ Joshua G. Hamilton

Joshua G. Hamilton