LATHAM & WATKINS LLP
Joshua G. Hamilton (SBN 199610)
*joshua.hamilton@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067-6268
Telephone:  (424) 653-5500
Facsimile:  (424) 653-5501

Manuel A. Abascal (SBN 171301)
*manny.abascal@lw.com*
355 S. Grand Ave., Suite 100
Los Angeles, California 90071-1560
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763

*Counsel for Non-Party City National Bank*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>vs.<br><br>ZACHARY J. HORWITZ; and 1INMM CAPITAL, LLC,<br><br>              Defendants. | Case No.: 2:21-cv-02927-CAS-GJSx<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY CITY NATIONAL BANK'S *EX PARTE* APPLICATION FOR APPROVAL TO PAY OFF DEFENDANT ZACHARY J. HORWITZ'S LINE OF CREDIT AND CLOSE THE ACCOUNT** |

**[PROPOSED] ORDER**

Upon consideration of Non-Party City National Bank's *Ex Parte* Application for Approval to Pay Off Defendant Zachary Horwitz's Line of Credit and Close the Account, and good cause having been shown, the Court hereby GRANTS the Application.  City National Bank is hereby approved to (1) pay off Defendant Zachary J. Horwitz's secured personal line of credit ("PLC") at CNB, including all

1  principal and accrued interest through the date of final payoff, using the proceeds

2  from the liquidation of an associated collateral account at CNB held by Mr.

3  Horwitz's mother, Susan Kozlowski; (2) close the PLC; and (3) return any excess

4  proceeds from the collateral account to Ms. Kozlowski.

5        IT IS SO ORDERED.

6

7  Dated: June 1, 2021

*Christina A. Snyder*

8                                            Hon. Christina A. Snyder
                                             United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

[PROPOSED] ORDER GRANTING CITY NATIONAL
BANK'S EX PARTE APPLICATION TO CLOSE
ACCOUNTS AND OTHER RELIEF