ANYA J. GOLDSTEIN (SBN 288780)
anya@summaLLP.com
SUMMA LLP
800 Wilshire Blvd, Suite 1050
Los Angeles, CA 90017
Telephone:  213-260-9451
Facsimile:    213-835-0929

Attorneys for Third Party
ROGUE BLACK, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>     Plaintiff,<br><br> v.<br><br>ZACHARY J. HORWITZ; and 1INMM CAPITAL, LLC,<br><br>     Defendants. | Case No. 2:21-CV-02927-CAS-GJSx<br><br>**DECLARATION OF ANYA J. GOLDSTEIN IN SUPPORT OF THIRD PARTY ROGUE BLACK, LLC'S UNOPPOSED *EX PARTE* APPLICATION FOR AN ORDER MODIFYING ACCOUNT FREEZE**<br><br>Ctrm:  8D<br>Judge: Honorable Christina A. Snyder |

I, Anya J. Goldstein, declare as follows:

1.      I am a partner at Summa LLP and represent third-party Rogue Black, LLC ("Rogue Black") in connection with this action.  This declaration in submitted in support of Rogue Black's Unopposed *Ex Parte* Application For An Order Modifying Account Freeze.

2.      I have personal knowledge of the facts set forth in this declaration or, where indicated, I have been informed as to various facts and believe them to be true.

3.      Rogue Black is a film production company, and is not alleged to have been involved in the fraudulent conduct that the SEC alleges in its Complaint in this action.

4.      Rogue Black is owned in part by Zachary Horwitz and in part by a company unrelated to Mr. Horwitz (the "Co-Owner").  Rogue Black is managed by Mr. Horwitz and another individual (the "Co-Manager").  Neither the Co-Owner nor the Co-Manager is a party to this action, nor is either alleged in the SEC's Complaint to have been involved in or aware of the fraudulent conduct that the SEC alleges in its Complaint in this action.

5.      Rogue Black's current bank account, bearing (redacted) account number XXXXX1710 (the "Frozen Bank Account"), is one of the accounts listed in the Order (1) Freezing Assets; (2) Requiring An Accounting; (3) Prohibiting Destruction Of Documents; and (4) To Set Hearing On Order To Show Cause, entered by the Court in this case on April 6, 2021, and the Order Freezing Assets and Prohibiting Destruction of Documents, entered by the Court in this case on May 14, 2021 (Dkt. 18 at ¶ C; Dkt. 43 at ¶ C) (the "Freeze Orders").

6.      I have been informed and believe that, in light of the Freeze Orders, City National Bank is refusing to accept payments into the Frozen Bank Account.  I have been informed that the bank has already blocked several payments into the Frozen Bank Account.

7.      I have been informed and believe that Rogue Black is owed several hundred thousand dollars in additional revenue to be paid to it in the near future.

8. On July 29, 2021, I contacted Lance Jasper and Kathryn Wanner, the lawyers of record for the Plaintiff in this action, the SEC, to ask the SEC's consent to this *Ex Parte* application. On August 18, 2021, Ms. Wanner informed me that the SEC consents to this application.

9. On August 12, 2021, I contacted Michael Quinn and Ryan Hedges, the lawyers of record for the Defendants in this action, Mr. Horwitz and 1inMM Capital, LLC, to ask for their consent to this *Ex Parte* application. On August 25, 2021, Mr. Quinn informed me that Mr. Horwitz and 1inMM Capital, LLC consent to this application.

10. Attached hereto as Exhibits A-X are true and correct copies of invoices that, upon information and belief, reflect expenses incurred by Rogue Black. I have been informed and believe that the invoices attached as Exhibits A-E and G-H have been paid by the Co-Manager personally, on behalf of Rogue Black; that $24,341.50 of the invoice attached as Exhibit F has been paid by the Co-Manager personally, on behalf of Rogue Black; and that the invoices attached as Exhibits I-X have not yet been paid.

11. Attached hereto as Exhibits Y-BB are true and correct copies of invoices that, upon information and belief, reflect attorneys' fees incurred by the Co-Manager personally in connection with his attempts to secure Rogue Black's ability to receive payments and pay its expenses.

12. Attached hereto as Exhibit CC is a true and correct copy of a statement reflecting outstanding invoices from Summa LLP in connection with its legal work on behalf of Rogue Black. In addition to the fees reflected in those invoices, I estimate that Rogue Black will incur up to $11,000 in fees in connection with Summa LLP's filing of this application and additional legal work performed by Summa LLP in connection with the Freeze Orders.

//

//

//

13.     I understand that, in addition to the expenses reflected in the invoices attached hereto, Rogue Black expects to incur additional business expenses in the future. If it does incur such additional expenses, it may seek further relief from this Court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 25th day of August, 2021, at El Segundo, California.

/s/ Anya J. Goldstein

Anya J. Goldstein

DECLARATION OF ANYA J. GOLDSTEIN / CASE NO. 2:21-CV-02927-CAS-GJSX /
CASE NO. 8:20-CV-01180-CJC (ADSX)