1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                      Plaintiff,<br><br>       v.<br><br>ZACHARY J. HORWITZ; and 1INMM CAPITAL, LLC,<br><br>                      Defendants. | Case No. 2:21-CV-02927-CAS-GJSx<br><br>**ORDER GRANTING THIRD PARTY ROGUE BLACK, LLC'S UNOPPOSED *EX PARTE* APPLICATION FOR AN ORDER MODIFYING ACCOUNT FREEZE**<br><br>Ctrm:  8D<br>Judge: Honorable Christina A. Snyder |

The Court having considered third-party Rogue Black, LLC's ("Rogue Black") Unopposed *Ex Parte* Application To Modify Account Freeze and for good cause shown, it is hereby ORDERED that:

1. Rogue Black's Unopposed *Ex Parte* Application To Modify Account Freeze is **GRANTED.**

2. The Court's April 6, 2021 Order (1) Freezing Assets; (2) Requiring An Accounting; (3) Prohibiting Destruction Of Documents; and (4) To Set Hearing On Order To Show Cause (Dkt. 18), and May 14, 2021 Order Freezing Assets and Prohibiting Destruction of Documents (Dkt. 43) (the "Freeze Orders") are modified as follows:

    a. Rogue Black may open one new bank account (the "Rogue Black Bank Account") solely for the purposes of (1) allowing Rogue Black to receive payments in connection with the films it has produced; and (2) withdrawing up to $268,000.00 from the new account for payment of the ordinary and necessary business expenses that Rogue Black has identified in its *Ex Parte* Application, including but not limited to (a) paying the expenses described above that Rogue Black owes to third parties, (b) reimbursing Rogue Black's co-manager for the Rogue Black expenses that he paid personally, as well as his relevant attorneys' fees incurred in connection with this matter, and (c) paying Rogue Black's attorneys' fees incurred in connection with this matter. The Rogue Black Bank Account will otherwise be subject to the Freeze Orders, and no additional withdrawals will be made without further Court order.

    b. Neither Zachary Horwitz, 1inMM, nor any company owned in whole or in part by Zachary Horwitz (with the exception of Rogue Black) shall have access to the Rogue Black Bank Account.

    c. Rogue Black will provide counsel for the SEC, on fourteen (14) days'

written notice, with copies of all bank records associated with the Bank Account—including the account opening documents, monthly statements, and documents evidencing account transactions (including credits and debits)—in order for counsel for the SEC to ensure that Rogue Black's use of the Bank Account does not violate this Order.

**IT IS SO ORDERED.**

Dated: August 30, 2021

_____
Hon. Christina A. Snyder
United States District Judge