ANYA J. GOLDSTEIN (SBN 288780)
anya@summaLLP.com
SUMMA LLP
800 Wilshire Blvd, Suite 1050
Los Angeles, CA 90017
Telephone:  213-260-9451
Facsimile:    213-835-0929

Attorneys for Third Party
ROGUE BLACK, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                   Plaintiff,<br><br>    v.<br><br>ZACHARY J. HORWITZ; and 1INMM CAPITAL, LLC,<br><br>                   Defendants. | Case No. 2:21-CV-02927-CAS-GJSx<br><br>**ORDER GRANTING THIRD PARTY ROGUE BLACK, LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>Ctrm:  8D<br>Judge: Honorable Christina A. Snyder |

Before the Court is the Application of Third Party Rogue Black, LLC to file under seal the following documents:

| Documents | Portions to be Sealed | Reasons for Sealing |
|---|---|---|
| Exhibit A to the Declaration of Anya J. Goldstein in support of Third Party Rogue Black LLC's Unopposed *Ex Parte* Application for an Order Modifying Account Freeze. | Entirety of the document | Contains confidential financial information of third party Rogue Black, LLC |
| Exhibit B to the Declaration of Anya J. Goldstein in support of Third Party Rogue Black LLC's Unopposed *Ex Parte* Application for an Order Modifying Account Freeze. | Entirety of the document | Contains confidential financial information of third party Rogue Black, LLC |
| Exhibit C to the Declaration of Anya J. Goldstein in support of Third Party Rogue Black LLC's Unopposed *Ex Parte* Application for an Order Modifying Account Freeze. | Entirety of the document | Contains confidential financial information of third party Rogue Black, LLC |
| Exhibit D to the Declaration of Anya J. Goldstein in support of Third Party Rogue Black LLC's Unopposed *Ex Parte* Application for an Order Modifying Account Freeze. | Entirety of the document | Contains confidential financial information of third party Rogue Black, LLC |
| Exhibit E to the Declaration of Anya J. Goldstein in support of Third Party Rogue Black LLC's Unopposed *Ex Parte* Application for an Order Modifying Account Freeze. | Entirety of the document | Contains confidential financial information of third party Rogue Black, LLC |
| Exhibit F to the Declaration of Anya J. Goldstein in support of Third Party Rogue Black LLC's Unopposed *Ex* | Entirety of the document | Contains confidential financial information of third party Rogue Black, LLC |

| Documents | Portions to be Sealed | Reasons for Sealing |
|---|---|---|
| *Parte* Application for an Order Modifying Account Freeze. | | |
| Exhibit G to the Declaration of Anya J. Goldstein in support of Third Party Rogue Black LLC's Unopposed *Ex Parte* Application for an Order Modifying Account Freeze. | Entirety of the document | Contains confidential financial information of third party Rogue Black, LLC |
| Exhibit H to the Declaration of Anya J. Goldstein in support of Third Party Rogue Black LLC's Unopposed *Ex Parte* Application for an Order Modifying Account Freeze. | Entirety of the document | Contains confidential financial information of third party Rogue Black, LLC |
| Exhibit I to the Declaration of Anya J. Goldstein in support of Third Party Rogue Black LLC's Unopposed *Ex Parte* Application for an Order Modifying Account Freeze. | Entirety of the document | Contains confidential financial information of third party Rogue Black, LLC |
| Exhibit J to the Declaration of Anya J. Goldstein in support of Third Party Rogue Black LLC's Unopposed *Ex Parte* Application for an Order Modifying Account Freeze. | Entirety of the document | Contains confidential financial information of third party Rogue Black, LLC |
| Exhibit K to the Declaration of Anya J. Goldstein in support of Third Party Rogue Black LLC's Unopposed *Ex Parte* Application for an Order Modifying Account Freeze. | Entirety of the document | Contains confidential financial information of third party Rogue Black, LLC |
| Exhibit L to the Declaration of Anya J. Goldstein in support of Third Party Rogue Black LLC's Unopposed *Ex Parte* Application for an Order Modifying Account | Entirety of the document | Contains confidential financial information of third party Rogue Black, LLC |

[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL / CASE NO. 2:21-CV-02927-CAS-GJSX

| Documents | Portions to be Sealed | Reasons for Sealing |
|---|---|---|
| Freeze. | | |
| Exhibit M to the Declaration of Anya J. Goldstein in support of Third Party Rogue Black LLC's Unopposed *Ex Parte* Application for an Order Modifying Account Freeze. | Entirety of the document | Contains confidential financial information of third party Rogue Black, LLC |
| Exhibit N to the Declaration of Anya J. Goldstein in support of Third Party Rogue Black LLC's Unopposed *Ex Parte* Application for an Order Modifying Account Freeze. | Entirety of the document | Contains confidential financial information of third party Rogue Black, LLC |
| Exhibit O to the Declaration of Anya J. Goldstein in support of Third Party Rogue Black LLC's Unopposed *Ex Parte* Application for an Order Modifying Account Freeze. | Entirety of the document | Contains confidential financial information of third party Rogue Black, LLC |
| Exhibit P to the Declaration of Anya J. Goldstein in support of Third Party Rogue Black LLC's Unopposed *Ex Parte* Application for an Order Modifying Account Freeze. | Entirety of the document | Contains confidential financial information of third party Rogue Black, LLC |
| Exhibit Q to the Declaration of Anya J. Goldstein in support of Third Party Rogue Black LLC's Unopposed *Ex Parte* Application for an Order Modifying Account Freeze. | Entirety of the document | Contains confidential financial information of third party Rogue Black, LLC |
| Exhibit R to the Declaration of Anya J. Goldstein in support of Third Party Rogue Black LLC's Unopposed *Ex Parte* Application for an Order Modifying Account Freeze. | Entirety of the document | Contains confidential financial information of third party Rogue Black, LLC |

[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER
SEAL / CASE NO. 2:21-CV-02927-CAS-GJSX

| Documents | Portions to be Sealed | Reasons for Sealing |
|---|---|---|
| Exhibit S to the Declaration of Anya J. Goldstein in support of Third Party Rogue Black LLC's Unopposed *Ex Parte* Application for an Order Modifying Account Freeze. | Entirety of the document | Contains confidential financial information of third party Rogue Black, LLC |
| Exhibit T to the Declaration of Anya J. Goldstein in support of Third Party Rogue Black LLC's Unopposed *Ex Parte* Application for an Order Modifying Account Freeze. | Entirety of the document | Contains confidential financial information of third party Rogue Black, LLC |
| Exhibit U to the Declaration of Anya J. Goldstein in support of Third Party Rogue Black LLC's Unopposed *Ex Parte* Application for an Order Modifying Account Freeze. | Entirety of the document | Contains confidential financial information of third party Rogue Black, LLC |
| Exhibit V to the Declaration of Anya J. Goldstein in support of Third Party Rogue Black LLC's Unopposed *Ex Parte* Application for an Order Modifying Account Freeze. | Entirety of the document | Contains confidential financial information of third party Rogue Black, LLC |
| Exhibit W to the Declaration of Anya J. Goldstein in support of Third Party Rogue Black LLC's Unopposed *Ex Parte* Application for an Order Modifying Account Freeze. | Entirety of the document | Contains confidential financial information of third party Rogue Black, LLC |
| Exhibit X to the Declaration of Anya J. Goldstein in support of Third Party Rogue Black LLC's Unopposed *Ex Parte* Application for an Order Modifying Account Freeze. | Entirety of the document | Contains confidential financial information of third party Rogue Black, LLC |

[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL / CASE NO. 2:21-CV-02927-CAS-GJSX

| Documents | Portions to be Sealed | Reasons for Sealing |
|---|---|---|
| Exhibit Y to the Declaration of Anya J. Goldstein in support of Third Party Rogue Black LLC's Unopposed *Ex Parte* Application for an Order Modifying Account Freeze. | Entirety of the document | Contains confidential financial information of third party Rogue Black, LLC |
| Exhibit Z to the Declaration of Anya J. Goldstein in support of Third Party Rogue Black LLC's Unopposed *Ex Parte* Application for an Order Modifying Account Freeze. | Entirety of the document | Contains confidential financial information of third party Rogue Black, LLC |
| Exhibit AA to the Declaration of Anya J. Goldstein in support of Third Party Rogue Black LLC's Unopposed *Ex Parte* Application for an Order Modifying Account Freeze. | Entirety of the document | Contains confidential financial information of third party Rogue Black, LLC |
| Exhibit BB to the Declaration of Anya J. Goldstein in support of Third Party Rogue Black LLC's Unopposed *Ex Parte* Application for an Order Modifying Account Freeze. | Entirety of the document | Contains confidential financial information of third party Rogue Black, LLC |
| Exhibit CC to the Declaration of Anya J. Goldstein in support of Third Party Rogue Black LLC's Unopposed *Ex Parte* Application for an Order Modifying Account Freeze. | Entirety of the document | Contains confidential financial information of third party Rogue Black, LLC |

After considering the Application of Third Party Rogue Black, LLC to file these documents under seal and the accompanying Sealing Declaration, IT IS HEREBY ORDERED that Exhibits A-CC of the Declaration of Anya J. Goldstein in support of Third Party Rogue Black LLC's Unopposed *Ex Parte* Application for an Order Modifying

6

1  Account Freeze are to be filed under seal forthwith.  Neither this Order nor the

2  Application has been sealed.

3       IT IS SO ORDERED.

4

5  Dated:  August 30, 2021

6                                              Honorable Christina A. Snyder

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL / CASE NO. 2:21-CV-02927-CAS-GJSX