**VEDDER PRICE (CA) LLP**
Michael J. Quinn, Bar No. 198349
mquinn@vedderprice.com
Ryan S. Hedges, Bar No. 217617
rhedges@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: +1 424 204 7700
F: +1 424 204 7702

Attorneys for Defendants
*Zachary J. Horwitz and 1inMM Capital, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY J. HORWITZ; and 1INMM CAPITAL, LLC,<br><br>Defendants. | Case No. 2:21-CV-02927-CAS-GJSx<br><br>**DECLARATION OF MICHAEL J. QUINN IN SUPPORT OF VEDDER PRICE (CA), LLP'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT 1INMM**<br><br>Date: October 18, 2021<br>Time: 10:00 a.m.<br>Judge: Hon. Christina A. Snyder<br>Courtroom: 8D |

I, Michael J. Quinn, declare and state as follows:

1.  I am a shareholder in the law firm of Vedder Price (CA), LLP ("Vedder Price"), counsel for Defendants Zachary Horwitz and 1inMM Capital, LLC ("1inMM") in this action. I have personal knowledge of the facts set forth below and if called as a witness I could and would competently testify to these facts.

2.  At the time Vedder Price was retained by Defendants in this action, it also was retained to represent Mr. Horwitz in the criminal action entitled *United States v. Horwitz*, Case No. 2:21-cr-00214-MCS.

3.  Mr. Horwitz is the sole member and manager of 1inMM. There is no other person or entity with authority to act on behalf of 1inMM or provide instruction or guidance to Vedder Price in its representation of 1inMM in this case.

4.  Mr. Horwitz, as 1inMM's sole member and manager, has consented to Vedder Price's withdrawal as counsel for 1inMM.

5.  On September 14, 2021, I notified the SEC via email of Vedder Price's intent to withdraw as counsel for 1inMM.

6.  On September 14, 2021, I notified 1inMM via email to its sole member, Zachary Horwitz, of Vedder Price's intent to withdraw as counsel. I further advised 1inMM of the consequences of its inability to appear in this action *pro se*, including that it risks defaulting. Mr. Horwitz consented to the withdrawal.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 15th day of September 2021 at Los Angeles, California.

By: /s/ Michael J. Quinn
Michael J. Quinn