UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:21-cv-02927-CAS-GJSx | Date | October 7, 2021 |
|---|---|---|---|
| Title | Securities and Exchange Commission v. Zachary J. Horwitz et al | | |

**Present: The Honorable** CHRISTINA A. SNYDER

| Catherine Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present   Not Present

**Proceedings:** (IN CHAMBERS) - VEDDER PRICE (CA), LLP'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT 1INMM (Dkt. 57, filed on September 15, 2021)

The Court is in receipt of Vedder Price (CA), LLP's ("Vedder Price") motion to withdraw as counsel, and has reviewed Vedder Price's position. To date, the Securities and Exchange Commission has not opposed Vedder Price's motion to withdraw as counsel.

It appears that subsequent to the filing of the motion to withdraw as counsel, defendant Zachary J. Horwitz pled guilty in United States v. Horwitz, No. 2:21-cr-00214-MCS-1 (the "Criminal Action"). See Criminal Action, Dkt. 47. Accordingly, the Court requests that the parties submit briefs, not to exceed five pages, setting forth whether there is a need to decide Vedder Price's motion to withdraw as counsel. These briefs should be submitted to the Court by October 13, 2021.

IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |