KATHRYN C. WANNER (Cal. Bar No. 269310)
Email:  wannerk@sec.gov
M. LANCE JASPER (Cal. Bar No. 244516)
Email:  jasperml@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka N. Patel, Associate Regional Director
Amy J. Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Western Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>ZACHARY J. HORWITZ; AND 1INMM CAPITAL, LLC,<br><br>　　　　　　Defendants. | Case No. 2:21-cv-02927-CAS-GJS<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF NON-OPPOSITION TO VEDDER PRICE (CA), LLP'S MOTION TO WITHDRAW AS COUNSEL**<br><br>Date:　　　　October 18, 2021<br>Time:　　　　10:00 a.m.<br>Ctrm:　　　　8D<br>Judge:　　　The Hon. Christina A. Snyder |

1        Pursuant to the Court's October 7, 2021 Order (Dkt. No. 58), Plaintiff

2 Securities and Exchange Commission ("SEC") submits this Notice of Non-

3 Opposition to Vedder Price (CA), LLP's motion to withdraw as counsel for

4 Defendant 1inMM Capital, LLC ("1inMM").  As the Court noted, subsequent to the

5 filing of counsel's motion to withdraw, Defendant Zachary J. Horwitz pled guilty in

6 *United States v. Horwitz*, No. 2:21-cr-00214-MCS-1 (the "Criminal Action").  *See*

7 Criminal Action Dkt. No. 47.

8        The SEC is not opposed to Vedder Price's motion to withdraw as counsel for

9 1inMM, but notes that should counsel be granted leave to withdraw, 1inMM is not

10 permitted to represent itself in federal court, and must find new counsel should it

11 wish to mount a defense.  *See Rowland v. California Men's Colony, Unit II Men's*

12 *Advisory Council*, 506 U.S. 194, 201–202, 113 S. Ct. 716, 121 L. Ed. 2d 656 (1993)

13 ("It has been the law for the better part of two centuries ... that a corporation may

14 appear in the federal courts only through licensed counsel").  If 1inMM does not find

15 new counsel, and does not answer or otherwise respond to the Complaint in this

16 matter, the SEC will avoid undue delay in this matter by seeking default judgment

17 against 1inMM.  *Best Deals on TV, Inc. v. Naveed*, No. C 07-1610 SBA, 2008 WL

18 178254, at *1 (N.D. Cal. Jan. 18, 2008) ("defendant business entities are therefore

19 cautioned that they must retain new counsel or they risk default judgment against

20 them on the plaintiff's claims").

21 Dated:  October 13, 2021          Respectfully submitted,

22

23                                    */s/ Kathryn C. Wanner*

24                                    Kathryn C. Wanner

25                                    M. Lance Jasper

26                                    Attorneys for Plaintiff

27                                    Securities and Exchange Commission

28

## **PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action.  My business address is:

> U.S. SECURITIES AND EXCHANGE COMMISSION,
> 444 S. Flower Street, Suite 900, Los Angeles, California 90071
> Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On October 13, 2021, I caused to be served the document entitled **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF NON-OPPOSITION TO VEDDER PRICE (CA), LLP'S MOTION TO WITHDRAW AS COUNSEL** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  October 13, 2021

*/s/ Kathryn C. Wanner*
KATHRYN C. WANNER

***SEC v. Zachary Horwitz, et al.***
**United States District Court – Central District of California**
**Case No. 2:21-cv-02927-CAS-GJS**
**LA-5212**

SERVICE LIST

Michael J. Quinn, Esq.
Ryan C. Hedges, Esq.
Vedder Price
1925 Century Park East, Suite 1900
Los Angeles, CA 90067
Email:  mquinn@vedderprice.com
Email:  rhedges@vedderprice.com
***Attorneys for Defendants Zachary J. Horwitz; and 1inMM Capital, LLC (served via CM/ECF)***

3