**VEDDER PRICE (CA) LLP**
Michael Quinn, Bar No. 198349
mquinn@vedderprice.com
Ryan S. Hedges, Bar No. 217617
rhedges@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: +1 424 204 7700
F: +1 424 204 7702

Attorneys for Defendants
*Zachary J. Horwitz and 1inMM Capital, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY J. HORWITZ; and 1INMM CAPITAL, LLC,<br><br>Defendants. | Case No. 2:21-CV-02927-CAS-GJSx<br><br>**VEDDER PRICE (CA), LLP'S FURTHER BRIEF IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT 1INMM**<br><br>Date: October 18, 2021<br>Time: 10:00 a.m.<br>Judge: Hon. Christina A. Snyder<br>Courtroom: 8D |

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

Pursuant to the Court's October 7, 2021 Order (Dkt. No. 58), the law firm Vedder Price (CA), LLP ("Vedder Price"), by and through attorney Michael J. Quinn, submits this further brief in support of its Motion to Withdraw as Counsel for Defendant 1inMM LLC (Dkt. No. 57) in light of Defendant Zachary J. Horwitz change of plea in *United States v. Horwitz*, No. 2:21-cr-00214-MCS-1 (the "Criminal Action"). *See* Criminal Action Dkt. No. 47.

Defendant Horwitz's change of plea in the Criminal Action does not change or alter Vedder Price's position on its motion, and Vedder Price respectfully submits that the Court should proceed to rule on the motion. In light of the SEC's Notice of Non-Opposition to the motion (Dkt. No. 59), Vedder Price respectfully submits that the Court should grant its motion to withdraw as counsel for Defendant 1inMM in this action.

Dated: October 13, 2021                     VEDDER PRICE (CA), LLP

                                            By: /s/ Michael J. Quinn
                                            Michael Quinn
                                            Ryan S. Hedges

                                            Attorneys for Defendants
                                            *Zachary J. Horwitz and 1inMM Capital, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2021, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

                                     */s/ Michael J. Quinn*
                                     Michael J. Quinn

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES