**VEDDER PRICE (CA) LLP**
Michael Quinn, Bar No. 198349
mquinn@vedderprice.com
Ryan S. Hedges, Bar No. 217617
rhedges@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: +1 424 204 7700
F: +1 424 204 7702

Attorneys for Defendant
*Zachary J. Horwitz*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>      v.<br><br>ZACHARY J. HORWITZ; and 1INMM CAPITAL, LLC,<br><br>             Defendants. | Case No. 2:21-CV-02927-CAS-GJSx<br><br>**JOINT STATUS REPORT**<br><br><br>Judge: Hon. Christina A. Snyder<br>Courtroom: 8D |

Pursuant to the Court's July 12, 2021 Order (Dkt. No. 50), Defendant Zachary J. Horwitz ("Horwitz") together with Plaintiff U.S. Securities and Exchange Commission (the "SEC") (collectively, the "Parties") submit this Joint Status Report.

On October 4, 2021, Defendant Zachary J. Horwitz pled guilty to one count of securities fraud, in violation of 15 U.S.C. §§ 78j(b), 78ff and 17 C.F.R. § 240.10b-5, in *United States v. Horwitz*, No. 2:21-cr-00214-MCS-1 (the "Criminal Action"). *See* Criminal Action Dkt. No. 47. Sentencing is set for January 3, 2022.

The Parties have met and conferred and are in agreement that the stay currently in effect as to Horwitz should remain in place until after the January 3, 2022 sentencing, after which the Parties expect that this case will resolve as to Horwitz. Therefore, the Parties respectfully request that the Court continue the current stay and direct the Parties to file another joint status report in ninety (90) days if no additional filings have been made in advance thereof.

Dated: November 9, 2021                /s/ Michael J. Quinn
                                       Michael J. Quinn
                                       Ryan S. Hedges
                                       Vedder Price LLP
                                       Counsel for Zachary J. Horwitz

Dated: November 9, 2021                /s/ Kathryn C. Wanner
                                       Kathryn Wanner
                                       Lance Jasper
                                       Counsel for Plaintiff Securities and
                                       Exchange Commission

## **LOCAL RULE 5-4.3.4(A)(2)(I) CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Michael J. Quinn, attest that all signatories identified above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                       /s/ Michael J. Quinn

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2021, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

　　　　　　　　　　　　　　　　　　　　　*/s/ Michael J. Quinn*
　　　　　　　　　　　　　　　　　　　　　Michael J. Quinn