ANYA J. GOLDSTEIN (SBN 288780)
anya@summaLLP.com
SUMMA LLP
800 Wilshire Blvd, Suite 1050
Los Angeles, CA 90017
Telephone: 213-260-9451
Facsimile: 213-835-0929

Attorneys for Third Party
ROGUE BLACK, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>    v.<br><br>ZACHARY J. HORWITZ; and 1INMM CAPITAL, LLC,<br><br>                    Defendants. | Case No. 2:21-CV-02927-CAS-GJSx<br><br>**THIRD PARTY ROGUE BLACK, LLC'S UNOPPOSED *EX PARTE* APPLICATION TO ALLOW PAYMENT FOR COSTS INCURRED**<br><br>Ctrm: 8D<br>Judge: Honorable Christina A. Snyder |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT, pursuant to Local Rule 7-19, Third-Party Rogue Black, LLC ("Rogue Black") hereby applies *ex parte* to this Court for an order granting Third Party Rogue Black's Unopposed *Ex Parte* Application for an Order to Allow Payment for Costs Incurred.

This *Ex Parte* Application is based on this Notice of Application and Application, the Memorandum of Points and Authorities below, the accompanying December 8, 2021, Declaration of Anya J. Goldstein ("Goldstein Decl."), the pleadings, any matters presented prior to any hearing on the Application, and such other matters as the Court may deem appropriate in deciding this Application.

The United States Securities and Exchange Commission has informed Rogue Black it does not oppose this application. To Rogue Black's knowledge, no parties object to this application.

                                    Respectfully submitted,

Dated: December 8, 2021        SUMMA LLP

                                By: /s/ Anya J. Goldstein
                                ANYA J. GOLDSTEIN

                                Attorneys for Third Party
                                ROGUE BLACK, LLC

# MEMORANDUM OF POINTS AND AUTHORITIES

Third-party Rogue Black, LLC ("Rogue Black") brings this *Ex Parte* application seeking the Court's approval to allow Rogue Black to withdraw funds from the account the Court previously allowed it to open (the "Rogue Black Bank Account"; *see* Dkt. 54) for payment of certain of its reasonable and necessary business expenses.[1]

Plaintiff, the United States Securities and Exchange Commission ("SEC") does not oppose this application, and to Rogue Black's knowledge, no parties object to Rogue Black's application.[2]

## I. DESCRIPTION OF ROGUE BLACK AND ITS OUTSTANDING EXPENSES

Rogue Black is a film production company, and it is not alleged to have been involved with the fraudulent conduct that the SEC alleges in its Complaint in this action. *See* Goldstein Decl. ¶ 3; Dkt. 1. Rogue Black's co-owner and co-manager are not parties to this action, and they are not alleged in the SEC's Complaint to have been involved in (or even aware of) Mr. Horwitz's alleged fraud. *See id.,* ¶ 4 ; Dkt. 1.

Since the Court's approval of the opening of the Rogue Black Bank Account in August 2021, Rogue Black has continued to bring in revenue and also to incur expenses in the day-to-day operation of its business. Rogue Black's co-manager has personally paid certain of those expenses, and other expenses are current owing by Rogue Black or will be due before the end of the year. *See* Goldstein Decl. ¶ 7. The total amount of these expenses, including attorney's fees incurred by the co-manager, is $49,115.00. *See id*.

---

[1] In connection with its prior application seeking Court approval to open the Rogue Black Bank Account, Rogue Black informed the Court it might seek approval for additional payments of costs incurred in operating Rogue Black. *See* Dkt. 53-1 [August 25, 2021 Goldstein Declaration in support of prior application] ¶ 13; Dkt. 53 [prior application] at p. 3.

[2] On December 7, 2021, Rogue Black's counsel contacted Defendant Zachary Horwitz's counsel to ask for Mr. Horwitz's position on this *Ex Parte* application. As of the time of the filing of this application, Rogue Black has not received Mr. Horwitz's position on this application. Goldstein Decl. ¶ 6. It is Rogue Black's understanding that Defendant 1inMM Capital, LLC is currently unrepresented in this action, so Rogue Black did not attempt to contact that entity for its position on this application. *Id.*

Rogue Black's co-manager should be reimbursed by Rogue Black for the expenses he has incurred out-of-pocket, and Rogue Black should be permitted to use funds in the Rogue Black Bank Account to pay expenses currently due or scheduled to become due this year. These expenses are necessary to Rogue Black's ability to continue to bring in revenues as it has since the Rogue Black Bank Account was opened.

## II.   RELIEF SOUGHT

In light of the above, Rogue Black respectfully requests that the Court enter an order allowing it to disburse up to $49,115.00 from the Rogue Black Bank Account for payment of the ordinary and necessary business expenses that Rogue Black's co-manager has incurred, that Rogue Black currently owes, and that Rogue Black will owe before the end of this year.  Rogue Black also seeks approval to pay up to $2,000 to its counsel from the Rogue Black Bank Account for fees incurred in connection with the preparation and filing of this application, bringing the total amount for which approval is sought to pay to $51,115.00.  These expenses have been communicated in detail to counsel for the SEC and the SEC does not oppose the relief requested.  *See* Goldstein Decl. ¶ 5.  In addition, as explained above, to Rogue Black's knowledge no parties object to the requested relief.  *See id*. ¶ 6.  The Rogue Black Bank Account would otherwise be subject to the Court's April 6 and May 14 orders, and no additional withdrawals will be made without further Court order.

Rogue Black's proposed order will also require Rogue Black to provide counsel for the SEC, on 14 days' written notice, with copies of all bank records associated with the proposed new account—including the account opening documents, monthly statements, and documents evidencing account transactions (including credits and debits)—in order for counsel for the SEC to review.

//
//

                                      Respectfully submitted,

Dated: December 8, 2021            SUMMA LLP

                                      By: /s/ Anya J. Goldstein

                                        ANYA J. GOLDSTEIN

                                        Attorneys for Third Party
                                        ROGUE BLACK, LLC

*EX PARTE* APPLICATION TO ALLOW PAYMENT FOR COSTS INCURRED / CASE NO. 2:21-CV-02927-CAS-GJSx