ANYA J. GOLDSTEIN (SBN 288780)
anya@summaLLP.com
SUMMA LLP
800 Wilshire Blvd, Suite 1050
Los Angeles, CA 90017
Telephone: 213-260-9451
Facsimile: 213-835-0929

Attorneys for Third Party
ROGUE BLACK, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>ZACHARY J. HORWITZ; and 1INMM CAPITAL, LLC,<br><br>　　　　　　　　Defendants. | Case No. 2:21-CV-02927-CAS-GJSx<br><br>**DECLARATION OF ANYA J. GOLDSTEIN IN SUPPORT OF THIRD PARTY ROGUE BLACK, LLC'S UNOPPOSED *EX PARTE* APPLICATION TO ALLOW PAYMENT FOR COSTS INCURRED**<br><br>Ctrm: 8D<br>Judge: Honorable Christina A. Snyder |

---

DECLARATION IN SUPPORT OF *EX PARTE* APPLICATION TO ALLOW PAYMENT
FOR COSTS INCURRED / CASE NO. 2:21-CV-02927-CAS-GJSx

I, Anya J. Goldstein, declare as follows:

1. I am a partner at Summa LLP and represent third-party Rogue Black, LLC ("Rogue Black") in connection with this action. This declaration in submitted in support of Rogue Black's Unopposed *Ex Parte* Application To Allow Payment For Costs Incurred.

2. I have personal knowledge of the facts set forth in this declaration or, where indicated, I have been informed as to various facts and believe them to be true.

3. Rogue Black is a film production company, and is not alleged to have been involved in the fraudulent conduct that the SEC alleges in its Complaint in this action.

4. Rogue Black is owned in part by Zachary Horwitz and in part by a company unrelated to Mr. Horwitz (the "Co-Owner"). Rogue Black is managed by Mr. Horwitz and another individual (the "Co-Manager"). Neither the Co-Owner nor the Co-Manager is a party to this action, nor is either alleged in the SEC's Complaint to have been involved in or aware of the fraudulent conduct that the SEC alleges in its Complaint in this action.

5. The SEC was provided with details of the expenses for which Rogue Black seeks Court approval to pay in this application. Kathryn Wanner, one of the lawyers of record for the Plaintiff in this action, the SEC, has informed me that the SEC does not oppose this application.

6. On December 7, 2021, I contacted Michael Quinn and Ryan Hedges, the attorneys of record for Defendant Zachary Horwitz in this action, to ask for Mr. Horwitz's position on this *Ex Parte* application and requested a response by December 8, 2021 at 10:00 am. As of the time of the filing of this application, I have not received Mr. Horwitz's position on this application. Per Local Rule 7-19, Mr. Quinn's contact information is as follows:

> Michael J. Quinn
> Vedder Price
> 1925 Century Park East Suite 1900
> Los Angeles, CA 90067
> +1 (424) 204 7734

mquinn@vedderprice.com

Per this Court's standing orders and out of an abundance of caution, concurrently with the filing and service of this application, I will inform Mr. Horwitz's counsel that, should Mr. Horwitz choose to oppose, he shall have 48 hours from the date of delivery of the moving papers to file and serve his opposition papers, if any. It is my understanding that Defendant 1inMM Capital, LLC is currently unrepresented in this action, so I did not attempt to contact that entity for its position on this application.

7. I have been informed and believe that the expenses set forth in this application have all either been paid by the Co-Manager personally, on behalf of Rogue Black; are currently owed by Rogue Black; or will be due from Rogue Black by the end of this year. The total of such expenses is $49,115.00.

8. In addition to the expenses described above, I estimate that Rogue Black will incur up to $2,000 in fees in connection with Summa LLP's preparation and filing of this application.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 8th day of December, 2021, at Los Angeles, California.

/s/ Anya J. Goldstein
Anya J. Goldstein