KATHRYN C. WANNER (Cal. Bar No. 269310)
Email: wannerk@sec.gov
M. LANCE JASPER (Cal. Bar No. 244516)
Email: jasperml@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka N. Patel, Associate Regional Director
Amy J. Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## Western Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ZACHARY J. HORWITZ; AND 1INMM CAPITAL, LLC,<br><br>Defendants. | Case No. 2:21-cv-02927-CAS-GJS<br><br>**DECLARATION OF LORRAINE PEARSON IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION THAT RECEIVER BE APPOINTED**<br><br>Date: January 10, 2022<br>Time: 10:00 a.m.<br>Ctrm: 8D<br>Judge: The Hon. Christina A. Snyder |

# DECLARATION OF LORRAINE PEARSON

I, Lorraine Pearson, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I have personal knowledge of the matters set forth herein, except as otherwise noted, and, if called as a witness, I could and would competently testify under oath to the facts stated herein.

2. I am a certified public accountant employed by Plaintiff Securities and Exchange Commission (the "SEC") in its Los Angeles Regional Office. I have been employed by the SEC within the Division of Enforcement since October 1984. I have been licensed with the State of California since 1981. I have been a certified fraud examiner since 2010.

3. I make this declaration in support of the SEC's accompanying Motion That Receiver Be Appointed. I previously submitted a declaration dated April 5, 2021 in support of the SEC's *Ex Parte* Application for an Order (1) Freezing Assets; (2) Requiring Accounting; (3) Prohibiting Destruction of Documents; and (4) To Set Hearing on Order to Show Cause.

4. This declaration is meant to provide the Court with information regarding deposits made to certain accounts of the defendants Zachary J. Horwitz and 1inMM Capital, LLC.

5. In the course of my duties with the SEC, I analyze bank records, financial records, and other books and records of companies, I make calculations and observations based upon those records, and conduct related inquiries and investigations. The documents that I analyze in the course of my duties with the SEC are of the type reasonably relied upon by accountants in forming opinions and inferences about, among other things, the finances of a company and its sources and uses of money.

**Bank Accounts**

6. During the course of the SEC's investigation leading to this enforcement action, in the course of this case, and pursuant to my duties as an accountant with the

1

SEC, I reviewed certain bank records produced to the SEC during the investigation (including underlying detail such as account statements, account opening documents, trading authorization agreements, signature cards, wires, copies of items deposited, checks, money movement or move money reports, ACH transactions, and/or gain loss information) for accounts associated with the defendants.

7. This declaration is based on a review of bank records that the SEC possessed before it brought this action and that I reviewed and analyzed in connection with my earlier declaration.

8. The bank records that I reviewed in making the determinations set forth below and previously were described in and were filed with my prior declaration, and are not re-submitted with this declaration.

9. For the purposes of this declaration, I reviewed the pre-asset freeze bank accounts for the following accounts personally held by the defendants:

    a. City National Bank Account No. XXXX0290 in the name of 1INMM Capital, LLC for the period January 1, 2016 (hereinafter "1inMM Business Account") through February 23, 2021.

    b. City National Bank Account No. XXXXX2944 in the name of 1INMM Capital, LLC for the period March 27, 2017 (hereinafter "1inMM Business Account #2") through February 23, 2021.

    c. City National Bank Account No. XXXXX5270 in the name of Zachary Horwitz for the period of January 22, 2013 (hereinafter "Horwitz Personal Account") through February 26, 2021.

    d. City National Bank Account No. XXXXX7302 in the name of LayJax Ventures LLC for the period of November 15, 2018 (hereinafter the "LayJax Account") through February 23, 2021.

    e. City National Bank Account No. XXXXX1710 in the name of Rogue Black LLC for the period of June 15, 2017 (hereinafter "Rogue Black Account") through February 23, 2021.

2

**Funds Sent to the LayJax Account**

11. Based on my review of the bank records, the amount of funds sent to the LayJax Account during the period of November 15, 2018 through February 23, 2021 from the accounts listed above was $1,668,092. The total was made up of the following deposits:

    a.    $1,665,592 from the Horwitz Personal Account, and

    b.    $2,500 from the 1inMM Business Account #2.

**Funds Sent to the Rogue Black Account**

12. Based on my review of the bank records listed above, the amount of funds sent to the Rogue Black Account during the period of June 15, 2017 through February 23, 2021 from the accounts listed above was $21,513,968. The total was made up of:

    a.    $20,606,468 from the 1inMM Business Account;

    b.    $900,000 from the 1inMM Business Account #2, and

    c.    $7,500 from the Horwitz Personal Account.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of December 2021 in Los Angeles, California.

*Lorraine Pearson*
Lorraine Pearson

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is:

    U.S. SECURITIES AND EXCHANGE COMMISSION,
    444 S. Flower Street, Suite 900, Los Angeles, California 90071
    Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On December 8, 2021, I caused to be served the document entitled **DECLARATION OF LORRAINE PEARSON IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION THAT RECEIVER BE APPOINTED** on all the parties to this action addressed as stated on the attached service list:

☐   **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐   **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐   **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐   **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐   **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐   **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒   **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐   **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

    I declare under penalty of perjury that the foregoing is true and correct.

Date: December 8, 2021             */s/ Kathryn C. Wanner*
                                           KATHRYN C. WANNER

*SEC v. Zachary Horwitz, et al.*
**United States District Court – Central District of California**
**Case No. 2:21-cv-02927-CAS-GJS**
LA-5212

SERVICE LIST

Michael J. Quinn, Esq.
Ryan C. Hedges, Esq.
Vedder Price
1925 Century Park East, Suite 1900
Los Angeles, CA 90067
Email: mquinn@vedderprice.com
Email: rhedges@vedderprice.com
***Attorneys for Defendant Zachary J. Horwitz***
*(served via CM/ECF)*

5