IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ZACHARY J. HORWITZ; and 1INMM CAPITAL, LLC,<br><br>　　　　　　　Defendants. | Case No. 2:21-CV-02927-CAS-GJSx<br><br>[~~XXXXXXXXX~~] [~~PROPOSED~~] ORDER GRANTING THIRD PARTY ROGUE BLACK, LLC'S UNOPPOSED *EX PARTE* APPLICATION TO ALLOW PAYMENT FOR COSTS INCURRED [64]<br><br>Ctrm:  8D<br>Judge: Honorable Christina A. Snyder |

///

///

///

x[~~PROPOSED~~] ORDER GRANTING *EX PARTE* APPLICATION TO ALLOW PAYMENT FOR COSTS INCURRED / CASE NO. 2:21-CV-02927-CAS-GJSx

The Court having considered third-party Rogue Black, LLC's ("Rogue Black") Unopposed *Ex Parte* Application To Allow Payment for Costs Incurred and for good cause shown, it is hereby ORDERED that:

1. Rogue Black's Unopposed *Ex Parte* Application To Allow Payment for Costs Incurred is **GRANTED.**

2. Rogue Black may withdraw up to $51,115.00 from the bank account it was previously permitted to open by order of this Court ("Rogue Black Bank Account") for payment of the ordinary and necessary business expenses that Rogue Black has identified in its *Ex Parte* Application, including but not limited to (a) paying the expenses described above that Rogue Black owes to third parties, (b) reimbursing Rogue Black's co-manager for the Rogue Black expenses that he paid personally, as well as his relevant attorneys' fees incurred in connection with this matter, and (c) paying Rogue Black's attorneys' fees incurred in connection with this matter. The Rogue Black Bank Account will otherwise be subject to the Freeze Orders, and no additional withdrawals will be made without further Court order.

    a. Neither Zachary Horwitz, 1inMM, nor any company owned in whole or in part by Zachary Horwitz (with the exception of Rogue Black) shall have access to the Rogue Black Bank Account.

    b. Rogue Black will provide counsel for the SEC, on fourteen (14) days' written notice, with copies of all bank records associated with the Rogue Black Bank Account—including the account opening documents, monthly statements, and documents evidencing account transactions (including credits and debits)—in order for counsel for the

//
//

SEC to ensure that Rogue Black's use of the Bank Account does not violate this Order.

**IT IS SO ORDERED.**

Dated: 12/08/2021

*Christina A. Snyder*
Hon. Christina A. Snyder
United States District Judge