# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:21-cv-02927-CAS-GJSx | Date | January 10, 2022 |
|---|---|---|---|
| Title | Securities and Exchange Commission v. Zachary J. Horwitz, et al. | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE |
|---|---|

| D. Rojas | Miriam Baird | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Kathryn C. Wanner (video) | Michael J. Quinn (video) |

**Proceedings:** **PLAINTIFF'S MOTION TO APPOINT RECEIVER [65] (VIA ZOOM)**

Hearing held and the parties are present. The Court confers with the parties. For reasons stated on the record, counsel shall submit an update proposed order for the Court's review and consideration.

IT IS SO ORDERED.

00 : 08

Initials of Preparer    DR