# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC,<br><br>　　　　Defendants. | Case No. 2:21-cv-02927-CAS(GJSx)<br><br>**[PROPOSED] ORDER GRANTING MOTION OF RECEIVER MICHELE VIVES FOR ORDER AUTHORIZING EMPLOYMENT OF KATTEN MUCHIN ROSENMAN LLP AS COUNSEL** |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

Upon consideration of the *Motion of Receiver Michele Vives for Order Authorizing Employment of Katten Muchin Rosenman LLP as Counsel*, dated February 3, 2022 (the "Motion"); the Court, having jurisdiction to hear and determine the Motion, has reviewed the Motion and accompanying memorandum of points and authorities in support thereof, considered the exhibits to the Motion, namely, the *Declaration of Michele Vives*, dated February 3, 2022, and the *Declaration of Terence G. Banich*, dated February 3, 2022, and concluded that all parties in interest have due and sufficient notice of the Motion; after due deliberation and consideration of the Motion, and there being good cause to grant the relief provided herein; IT IS HEREBY ORDERED:

1. The Motion is GRANTED.

2. The Receiver is AUTHORIZED to retain and employ Katten Muchin Rosenman LLP ("Katten") as her general counsel, effective as of January 10, 2022, to render the services set forth in the Motion.

3. The terms of Katten's retention, compensation and expense reimbursement as set forth in the Motion and described in further detail in Exhibit 3 to the Motion are warranted, reasonable and appropriate under the circumstances, and accordingly are APPROVED.

4. Katten's compensation for services and reimbursement for expenses are subject to review under any procedures that the Court may, by separate order, fix in order to implement section VII of the *Order on Appointment of a Permanent Receiver*, dated January 14, 2022 [ECF #70].

5. The Court retains exclusive jurisdiction to hear and determine any disputes arising out of or relating to Katten's employment, compensation or expense reimbursement as authorized by this order.

Dated: _____

United States District Judge

Case No. 2:21-cv-02927-CAS(GJSx)
[PROPOSED] ORDER GRANTING MOTION OF RECEIVER MICHELE VIVES FOR ORDER AUTHORIZING EMPLOYMENT OF KATTEN MUCHIN ROSENMAN LLP AS COUNSEL

2