UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV21-2927-CAS(GJSx) | Date | February 14, 2022 |
|---|---|---|---|
| Title | *SECURITIES AND EXCHANGE COMMISSION v. ZACHARY J. HORWITZ; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Catherine M. Jeang | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Kathryn Wanner | Michael Quinn |
| Michele Vives, Receiver | |

**Proceedings:** ZOOM HEARING RE:

RECEIVER'S UNOPPOSED MOTION FOR ORDER AUTHORIZING EMPLOYMENT OF KATTEN MUCHIN ROSENMAN, LLP AS COUNSEL (Filed 02/03/22)[71]

RECEIVER'S UNOPPOSED MOTION FOR ORDER ESTABLISHING PROCEDURES FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES (Filed 02/03/22)[72]

Hearing held by Zoom. Counsel and receiver are present. The Court confers with counsel and makes disclosure, as stated on the record. Counsel shall meet and confer forthwith whether any party objects with Judge Snyder presiding over the above-referenced matter. Plaintiff's counsel shall notify the Courtroom Deputy of the non-disclosed objection of the party(ies) or the parties' non-objection, no later than Noon, on February 11, 2022.

| | 00 : 05 |
|---|---|
| Initials of Preparer | CMJ |