**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter**

| Matter Description | Hours | Amount |
|---|---:|---:|
| Asset Analysis and Recovery | 3.2 | $1,296.00 |
| Business Analysis | 1.3 | $481.50 |
| Case Administration | 21.9 | $8,797.50 |
| Expenses | 0.00 | $0.00 |
| **Totals** | **26.4** | **$10,575.00** |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

Case No. 2:21-cv-02927-CAS(GJSx)
MONTHLY FEE STATEMENT OF
RECEIVER MICHELE VIVES—JANUARY 2022