**Exhibit B**
**Summary of Total Fees and Hours by Attorneys and Paraprofessionals**

| Professional | Position with the Applicant | Years of Experience | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Michele Vives | Receiver | 17 | $405.00 | 12 | $4,860.00 |
| Douglas Wilson | Executive Management | 33 | $405.00 | 10.5 | $4,252.50 |
| Lynn Goodridge | Executive Management | 20 | $405.00 | 2.6 | $1,053.00 |
| Ryan Baker | Project Director | 12 | $315.00 | 1.3 | $409.50 |
| **Totals** | | | | **26.4** | **$10,575.00** |

Case No. 2:21-cv-02927-CAS(GJSx)
FIRST MONTHLY FEE STATEMENT OF
RECEIVER MICHELE VIVES