**Exhibit C**
**Summary of Actual and Necessary Expenses**

| Expenses by Category | Amount |
|---|---:|
| Total | $0.00 |