**Exhibit D**
**Invoices**

**Douglas Wilson Companies**

Services for month ending January 31, 2022
Invoice #: 92056
Invoice Date: 02/21/2022
Due Date: 03/03/2022

1620 Fifth Avenue, Suite 400
San Diego, CA 92101 Phone: 619 641-1141
Fax: 619-641-1150
douglaswilson.com

SEC v Horowitz
Attn: Michele Vives
1620 Fifth Avenue, Suite 400
San Diego, CA 92101

## 10129 SEC v Horowitz

| Date | Timekeeper | Description | Hours | Total |
|---|---|---|---|---|
| 01/10/2022 | MV | Case Administration: Update call with Katten Muchin regarding Appointment Hearing. | 0.40 | $162.00 |
| 01/10/2022 | MV | Case Administration: Prepare for hearing. | 0.30 | $121.50 |
| 01/10/2022 | MV | Case Administration: Attended hearing to appoint Receiver. | 0.20 | $81.00 |
| 01/12/2022 | DW | Case Administration: Monitor the status of the assignment upon appointment of Receiver. Discussion with team on next steps. | 0.50 | $202.50 |
| 01/12/2022 | DW | Case Administration: Review the recent filings with the court, monitor any updates and determine the timeline and staffing needs of the project. | 0.70 | $283.50 |
| 01/13/2022 | MV | Case Administration: Internal team discussion regarding Appointment of Receiver. | 0.60 | $243.00 |
| 01/13/2022 | MV | Case Administration: Update with Receiver's counsel regarding appointment. | 0.30 | $121.50 |
| 01/13/2022 | DW | Case Administration: Follow up regarding matter. Discuss how to coordinate the legal aspects of the assignment. | 0.40 | $162.00 |
| 01/13/2022 | MV | Case Administration: Call with SEC regarding Order appointing Recevier. | 0.30 | $121.50 |
| 01/13/2022 | DW | Case Administration: Further review of various background documents in preparation for the project. Update on the timing and status of the | 0.80 | $324.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | retention of counsel for the Receiver. | | |
| 01/14/2022 | MV | | Case Administration: Review Court documents including but not limited to Complaint, Indictment, Order to Appoint Receiver, Declarations regarding Appointment of Receiver, and Plea Agreement. | 3.00 | $1,215.00 |
| 01/14/2022 | DW | | Case Administration: Review documents in preparation for and participate on a phone call to coordinate the receivership appointment hearing. | 0.80 | $324.00 |
| 01/14/2022 | DW | | Case Administration: Review emails regarding the sentencing hearing and the potential impact on the receiver's appointment. Review the recent papers filed with the court. Participate on a call to review the scope of work for the assignment. | 0.80 | $324.00 |
| 01/14/2022 | DW | | Case Administration: Review a variety of recent emails and respond as needed. | 0.40 | $162.00 |
| 01/17/2022 | DW | | Case Administration: General project update and review during the weekly DWC internal meeting. Review recent emails from Katten. | 0.50 | $202.50 |
| 01/17/2022 | DW | | Case Administration: Comprehensive review of the documents received to date and the list of others to request. Monitor various emails and respond as needed. | 0.40 | $162.00 |
| 01/19/2022 | MV | | Data Analysis: Review documents sent by SEC: Forensic documents (60 min) Review documents sent by SEC: Court Filings (60 min) | 2.00 | $810.00 |
| 01/19/2022 | DW | | Case Administration: Determine the timing and content of the initial report to the court and the process for the same. Update on the status of the certain operational investments. | 0.60 | $243.00 |
| 01/21/2022 | MV | | Case Administration: Call with counsel regarding motion to appoint counsel and review of next steps. | 0.40 | $162.00 |
| 01/24/2022 | DW | | Case Administration: General project update and review during the weekly meetings. Discuss the timing and priority of issues. | 0.40 | $162.00 |
| 01/24/2022 | MV | | Case Administration: Review emails from A Loftus and M Nelson - counsel to investors. Respond to each. | 0.20 | $81.00 |
| 01/24/2022 | DW | | Asset Analysis and Recovery: Review the agenda for the upcoming call to review the financial analysis work done to date. Read recent emails and respond as needed. | 0.60 | $243.00 |
| 01/25/2022 | DW | | Case Administration: Review the files that were transferred to DWC and the content and priority of the same. Monitor recent emails. | 0.70 | $283.50 |
| 01/26/2022 | MV | | Case Administration: Call with Counsel regarding appointment of Receiver and approach to the case. | 1.00 | $405.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 01/26/2022 | MV | Case Administration: Debrief call with Katy Wanner - Counsel for SEC. | 0.50 | $202.50 |
| 01/26/2022 | MV | Case Administration: Schedule introduction with DWC IT consultant for file transfer. Schedule meeting with SEC for forensic debrief. Schedule meeting with interested party's counsel for debrief. | 0.50 | $202.50 |
| 01/26/2022 | RB | Case Administration: Zoom conference with M. Vives, D. Wilson, and K. Wanner regarding background and history to the matter and potential assets to be recouped on behalf of the victims. | 0.50 | $157.50 |
| 01/26/2022 | RB | Case Administration: Phone call with M. Vives and D. Wilson regarding debrief from zoom call. | 0.10 | $31.50 |
| 01/26/2022 | DW | Case Administration: General project update regarding the priority of matters to focus on and the anticipated timeline for the same. | 0.40 | $162.00 |
| 01/27/2022 | MV | Business Operations: Meeting with other counsel regarding operations. Follow up with Receiver's team regarding next steps and documentation to request. | 0.80 | $324.00 |
| 01/27/2022 | RB | Business Analysis: Phone call with Receiver's team and other counsel regarding operations background, investments, business issues, and other background issues. | 0.50 | $157.50 |
| 01/27/2022 | RB | Case Administration: Phone call with D. Wilson and M. Vives regarding next steps on the case. | 0.20 | $63.00 |
| 01/27/2022 | DW | Case Administration: Review various documents in preparation for the next conferences with the SEC and the entities that Horwitz invested in. Participate on the Zoom meeting to review the project. | 1.00 | $405.00 |
| 01/31/2022 | MV | Case Administration: Call with SEC: L Pearson & K Wanner regarding Forensic Analysis. | 0.50 | $202.50 |
| 01/31/2022 | MV | Case Administration: Internal team follow up with D Wilson and L Goodridge regarding call with SEC and Forensic Analysis and Next Steps. | 0.50 | $202.50 |
| 01/31/2022 | MV | Case Administration: SEC discussion regarding information from SEC files and download of the aggregators. | 0.50 | $202.50 |
| 01/31/2022 | LG | Asset Analysis and Recovery: Call with SEC L. Pearson and K. Wanner regarding historical forensic analysis. Follow up with D. Wilson and M. Vives. | 0.80 | $324.00 |
| 01/31/2022 | LG | Asset Analysis and Recovery: Review of declarations and other legal documents to gain understanding of companies involved and initial forensics performed. (60 min) Follow up DWC team meeting. (45 min) | 1.80 | $729.00 |

| 01/31/2022 | DW | Case Administration: Prepare for and participate on the Zoom conference with Lorraine of the SEC to review the financial and forensic analysis done to date. (60 min) Confirm the priority issues to focus on going forward. Follow up internal discussions regarding how best to proceed in an efficient manner. (30 min) | 1.50 | $607.50 |
|---|---|---|---|---|

| Time Keeper | Hours | Rate | Total |
|---|---|---|---|
| Ryan Baker | 1.3 | $315.00 | $409.50 |
| Lynn Goodridge | 2.6 | $405.00 | $1,053.00 |
| Michele Vives | 12.0 | $405.00 | $4,860.00 |
| Douglas Wilson | 10.5 | $405.00 | $4,252.50 |
| | | **Subtotal** | **$10,575.00** |
| | | **Total** | **$10,575.00** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 92056 | 03/03/2022 | $10,575.00 | $0.00 | $10,575.00 |
| | | | **Outstanding Balance** | **$10,575.00** |
| | | | **Total Amount Outstanding** | **$10,575.00** |

Please make all amounts payable to: Douglas Wilson Companies

Please pay within 10 days.

Please contact accounting with any questions: dwcaccounting@douglaswilson.com