**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter**

| Matter Description | Hours | Amount |
|---|---:|---:|
| Case Administration | 15.5 | $10,402.80 |
| Fee Application/Retention of Professionals | 30.5 | $20,952.90 |
| SEC Meetings/Discussions | .1 | $71.40 |
| Investigation of Assets/Transactions | 3.2 | $2,284.80 |
| Expenses | 0.0 | $371.10 |
| **Totals** | **49.3** | **$34,083.00** |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

Case No. 2:21-cv-02927-CAS(GJSx)
MONTHLY FEE STATEMENT OF
KATTEN MUCHIN ROSENMAN LLP—JANUARY 2022