**Exhibit B**
**Summary of Total Fees and Hours by Attorneys and Paraprofessionals**

| Attorney | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Terence Banich | Partner (Chicago) | IL – 1999<br>CA – 2001 | Restructuring | $714 | 37.2 | $26,560.80 |
| Allison Yager | Associate (Chicago) | IL - 2014 | Restructuring | $591 | 12.1 | $7,151.10 |
| **Totals** | | | | | **49.3** | **$33,711.90** |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

Case No. 2:21-cv-02927-CAS(GJSx)
FIRST MONTHLY FEE STATEMENT OF
KATTEN MUCHIN ROSENMAN LLP