## Exhibit C
## Summary of Actual and Necessary Expenses

| Expenses by Category | Amount |
|---|---:|
| Legal Research | $371.10 |
| **Total** | **$371.10** |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 2:21-cv-02927-CAS(GJSx)
MONTHLY FEE STATEMENT OF
KATTEN MUCHIN ROSENMAN LLP—JANUARY 2022