**Exhibit D**
**Invoices**



Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago IL  60661-3693

Tel: 312-902-5200
Fax: 312-902-1061

Federal Tax ID:36-2796532
www.katten.com

February 23, 2022

**Michele Vives, not individually, but
solely as receiver of 1inMM Capital, LLC
and Zachary J. Horwitz
1620 Fifth Ave., Ste. 400
San Diego CA  92101**

| | |
|---|---|
| Client: | 0000396859 |
| Payer: | 0000396859 |
| Matter: | 396859.00001 |
| Invoice #: | 9020050048 |
| Invoice Due Date: | Payable Upon Receipt |

**Summary**

RE:  Horwitz Receivership

For Professional Services Rendered Through January 31, 2022

| | | |
|---|---|---|
| Fees Total............................................................................................................................... | 33,711.90 | |
| Disbursements ........................................................................................................................ | 371.10 | |
| **Total Amount Due ..........................................................................................................** | **34,083.00** | **USD** |

*Katten Muchin Rosenman LLP*

Payment can be remitted directly to our account:
Please reference: 396859.00001

JP Morgan Chase Bank
1211 Avenue of the Americas, 39th Floor
New York, NY 10036
WIRE Payment: ABA #021000021
ACH Payment: ABA #071000013
Swift Code: CHASUS33

For credit to: Katten Muchin Rosenman LLP
Account #00234192

When wiring a payment please e-mail a copy of the remittance to payments@katten.com

Direct billing inquiries to ChicagoBillingInquiries@katten.com

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997).

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales.

Matter:            396859.00001

Invoice #:         9020050048

Invoice Due Date:  Payable Upon Receipt

February 23, 2022

RE:  Horwitz Receivership

## TIME DETAILS

### 01-Case administration

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/10/2022 | Banich, Terence | Telephone conference with M. Vives re result of hearing on receiver motion and next steps (0.30); reviewed docket (0.20). | 0.50 | 714.00 | 357.00 |
| 01/11/2022 | Banich, Terence | Reviewed civil minutes of January 10 hearing (0.10); drafted correspondence to M. Vives re same (0.10); reviewed revised receiver order lodged with court (0.10); drafted correspondence to M. Vives re potential expansion of receivership (0.20). | 0.50 | 714.00 | 357.00 |
| 01/12/2022 | Banich, Terence | Reviewed docket (0.10); telephone conference with D. Wilson re receiver order, initial administrative tasks and related matters (0.60). | 0.70 | 714.00 | 499.80 |
| 01/13/2022 | Banich, Terence | Exchanged correspondence with D. Wilson re receiver order issues (0.20); reviewed docket for activity (0.10); reviewed proposed receiver order (0.50). | 0.80 | 714.00 | 571.20 |
| 01/14/2022 | Banich, Terence | Reviewed docket (0.10); drafted and exchanged correspondence with M. Vives re receiver order issues and related matters (0.10). | 0.20 | 714.00 | 142.80 |
| 01/18/2022 | Banich, Terence | Reviewed docket of SEC case (0.10); exchanged correspondence with M. Vives re status of receiver order (0.10). | 0.20 | 714.00 | 142.80 |
| 01/19/2022 | Banich, Terence | Reviewed docket (0.10); exchanged correspondence with M. Vives re status of entry of receiver order and related matters (0.10). | 0.20 | 714.00 | 142.80 |
| 01/20/2022 | Banich, Terence | Reviewed docket (0.10); exchanged correspondence with M. Vives and D. Wilson re status of entry of receiver order (0.10); exchanged correspondence with M. Vives and D. Wilson re draft motion to retain Katten as counsel, draft declarations in support and proposed order (0.20). | 0.40 | 714.00 | 285.60 |
| 01/21/2022 | Yager, Allison | Emails with T. Banich re: preparing interim compensation procedures motion (.2) | 0.20 | 591.00 | 118.20 |
| 01/21/2022 | Banich, Terence | Reviewed entered receiver order (0.30); considered effective date of order (0.50); exchanged correspondence with M. Vives and D. Wilson re same and certain consequent deadlines (0.30); telephone conference with M. Vives re initial administrative tasks, SEC meeting and related matters (0.50); drafted correspondence to A. Yager re preparation of interim compensation motion and authorities in support of same (0.50). | 2.10 | 714.00 | 1,499.40 |
| 01/24/2022 | Yager, Allison | Conduct research for interim compensation application (.6); begin drafting motion to establish interim compensation procedures (.8) | 1.40 | 591.00 | 827.40 |
| 01/24/2022 | Banich, Terence | Exchanged correspondence with A. Yager re interim compensation procedures motion (0.10). | 0.10 | 714.00 | 71.40 |
| 01/25/2022 | Yager, Allison | Continue research for interim compensation procedures (.8) | 0.80 | 591.00 | 472.80 |
| 01/26/2022 | Yager, Allison | Continue drafting interim compensation procedures motion (2.2); draft proposed order approving interim | 2.70 | 591.00 | 1,595.70 |

**Katten**

Matter:               396859.00001
Invoice #:            9020050048
Invoice Due Date:     Payable Upon Receipt

February 23, 2022

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | compensation procedures (.4) emails with T. Banich re: same (.1) | | | |
| 01/27/2022 | Banich, Terence | Reviewed and edited motion to establish interim compensation procedures (1.90); exchanged correspondence with A. Yager re same (0.10). | 2.00 | 714.00 | 1,428.00 |
| 01/27/2022 | Yager, Allison | Review and provide comments to updated version of interim compensation procedures motion (.3) | 0.30 | 591.00 | 177.30 |
| 01/28/2022 | Banich, Terence | Reviewed and edited motion to approve interim compensation procedures (0.50); reviewed and edited proposed order approving interim compensation procedures (1.80); exchanged correspondence with M. Vives, D. Wilson and R. Baker re drafts (0.10). | 2.40 | 714.00 | 1,713.60 |

**02-Fee applications/retention of professionals**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/10/2022 | Banich, Terence | Drafted and edited retention letter (0.80); drafted correspondence to M. Vives re same (0.10). | 0.90 | 714.00 | 642.60 |
| 01/11/2022 | Banich, Terence | Exchanged correspondence with M. Vives re retention agreement (0.10); reviewed local rules and proposed receiver order re retention of professionals (0.20); legal research re retention of professionals by receivers and interim compensation orders (1.00); telephone conference with M. Vives re same and related matters (0.60). | 1.90 | 714.00 | 1,356.60 |
| 01/12/2022 | Banich, Terence | Began drafting motion to retain Katten as receiver's counsel. | 0.80 | 714.00 | 571.20 |
| 01/13/2022 | Yager, Allison | Call with T. Banich re: matter background and research for retention application (.1); follow up emails with T. Banich re: same (.1). | 0.20 | 591.00 | 118.20 |
| 01/13/2022 | Banich, Terence | Drafted and edited motion of receiver to retain Katten as her attorneys (4.50); exchanged correspondence with A. Yager re legal research to support same (0.20). | 4.70 | 714.00 | 3,355.80 |
| 01/14/2022 | Banich, Terence | Reviewed results of legal research to support Katten retention application (0.60); exchanged correspondence with A. Yager re same and further research (0.10); legal research re standards for retention of counsel in receivership cases (0.50); drafted and edited motion to retain Katten as receiver's counsel (3.40); drafted and edited declaration of M. Vives in support of motion to retain Katten as receiver's counsel (1.10); drafted and edited declaration of T. Banich in support of motion to retain Katten as receiver's counsel (1.20); drafted correspondence to M. Vives re update (0.10). | 7.00 | 714.00 | 4,998.00 |
| 01/14/2022 | Yager, Allison | Emails with T. Banich re: research for retention application (.1); conduct research re: Judge Snyder receivership matters and summarize same (.9); conduct research re: standards for retention of professionals for receiver (.8) | 1.80 | 591.00 | 1,063.80 |
| 01/17/2022 | Banich, Terence | Reviewed insert to retention application re legal standards. | 0.20 | 714.00 | 142.80 |
| 01/17/2022 | Yager, Allison | Continue research for Katten retention application (1.8); draft legal standard section of Katten retention application (1.2); email T. Banich re: same (.1) | 3.10 | 591.00 | 1,832.10 |

Katten

Matter:           396859.00001
Invoice #:        9020050048
Invoice Due Date:  Payable Upon Receipt

February 23, 2022

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/19/2022 | Banich, Terence | Continued drafting and editing motion to employ Katten as receiver's counsel (1.00); reviewed legal research results from A. Yager re applicable legal standards for same (0.80). | 1.80 | 714.00 | 1,285.20 |
| 01/20/2022 | Banich, Terence | Drafted and edited motion to retain Katten as receiver's counsel (1.50); reviewed results of legal research from A. Yager for inclusion in motion (1.00); drafted and edited declarations of M. Vives and T. Banich in support of same (2.10); drafted proposed order granting motion to retain Katten as receiver's counsel (1.20); drafted correspondence to A. Yager re review of same (0.10); reviewed A. Yager's edits to same (0.20). | 6.10 | 714.00 | 4,355.40 |
| 01/20/2022 | Yager, Allison | Conduct follow up research for fee application (1); summarize research and email T. Banch re: same (.2); review and provide comments to motion to employ and related declarations (1.3) | 1.60 | 591.00 | 945.60 |
| 01/21/2022 | Banich, Terence | Reviewed A. Yager's edits to Katten retention motion and declarations in support (0.20); edited same (0.20). | 0.40 | 714.00 | 285.60 |

**06-SEC meetings/discussions**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/24/2022 | Banich, Terence | Exchanged correspondence with M. Vives re preparing for initial meeting with SEC. | 0.10 | 714.00 | 71.40 |

**09-Investigation of assets/transactions**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/12/2022 | Banich, Terence | Reviewed complaint, receiver motion, criminal indictment and plea agreement. | 1.50 | 714.00 | 1,071.00 |
| 01/13/2022 | Banich, Terence | Reviewed complaint and filings in criminal case. | 1.50 | 714.00 | 1,071.00 |
| 01/28/2022 | Banich, Terence | Exchanged correspondence with M. Vives, D. Wilson and R. Baker re investigatory matters and initial call to discuss same. | 0.20 | 714.00 | 142.80 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | **Total Hours :  49.30** | | **Total Fees** | **33,711.90** | **USD** |

**Katten**

Matter:           396859.00001

Invoice #:         9020050048                              February 23, 2022

Invoice Due Date:  Payable Upon Receipt

---

**TIME SUMMARY**

**United States**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Banich, Terence | Partner | 37.20 | 714.00 | 26,560.80 |
| Yager, Allison | Associate | 12.10 | 591.00 | 7,151.10 |
| | **Sub Total :** | **49.30** | **Sub Total :** | **33,711.90** |
| | **Total Hours :** | **49.30** | **Total Fees** | **33,711.90   USD** |

Katten

Matter:               396859.00001

Invoice #:            9020050048

Invoice Due Date:   Payable Upon Receipt

February 23, 2022

---

## DISBURSEMENTS

| Date | Description | Cost Description | Amount |
|------|-------------|------------------|--------|
| 01/31/2022 | Data/Library Research Services | Westlaw Legal Research: YAGER,ALLISON E on 1/14/2022 | 49.44 |
| 01/31/2022 | Data/Library Research Services | Westlaw Legal Research: YAGER,ALLISON E on 1/20/2022 | 49.44 |
| 01/31/2022 | Data/Library Research Services | Westlaw Legal Research: YAGER,ALLISON E on 1/24/2022 | 49.44 |
| 01/31/2022 | Data/Library Research Services | Westlaw Legal Research: YAGER,ALLISON E on 1/25/2022 | 49.44 |
| 01/31/2022 | Data/Library Research Services | Westlaw Legal Research: YAGER,ALLISON E on 1/17/2022 | 74.45 |
| 01/31/2022 | Data/Library Research Services | Westlaw Legal Research: YAGER,ALLISON E on 1/26/2022 | 98.89 |
| | | **Total  Disbursements:** | **371.10   USD** |

Katten