Terence G. Banich (SBN 212173)
terence.banich@katten.com
Allison E. Yager (*pro hac vice* to be filed)
allison.yager@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661
Telephone:   (312) 902-5665
Facsimile:   (312) 902-1061

*Attorneys for the Receiver*
Michele Vives

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC,<br><br>Defendants. | Case No. 2:21-cv-02927-CAS(GJSx)<br><br>**NOTICE OF MOTION AND MOTION OF RECEIVER MICHELE VIVES TO DIRECT CLERK TO RELEASE FUNDS FROM COURT REGISTRY INVESTMENT SYSTEM; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Date:   March 7, 2022<br>Time:   10:00 a.m. PST<br>Judge:   Hon. Christina A. Snyder<br>Courtroom: 8D |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, on March 7, 2022, at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 8D, located at the United States Courthouse, 350 West First Street, Los Angeles, California 90012, Michele Vives, not individually, but solely as the federal equity receiver of defendant 1inMM Capital, LLC (the "Receiver"), will and hereby does move the Court for entry of an order authorizing and directing the Clerk of the Court to release to the Receiver the amount of $1,417,517.16, representing the proceeds of the sale of the home of Zachary J. Horwitz currently on deposit with the Court Registry Investment System (the "Motion"). The Receiver has filed the Motion because the Clerk has refused to release such funds to the Receiver without a specific order directing it to do so.

The Motion is based on the Memorandum of Points and Authorities below, and is supported by the *Declaration of Michele Vives*, dated March 2, 2022 ("Vives Decl."), attached hereto as **Exhibit 1**.

On March 2, 2022, pursuant to Local Rule 7-3, Terence G. Banich, one of the lawyers for the Receiver, exchanged emails with Kathryn C. Wanner, counsel for the Securities and Exchange Commission, and Michael Quinn, counsel for defendant Zachary Horwitz, regarding the Motion. Ms. Wanner advised that her client does not object to the relief requested by the Motion. Mr. Quinn advised that, while his client does not object generally to the relief requested in the Motion, he could not provide his consent until a determination is made regarding the effect of the release of the funds on his client's criminal restitution obligations.

Dated: March 2, 2022

Respectfully submitted,

**KATTEN MUCHIN ROSENMAN LLP**

By:   /s/ *Terence G. Banich*
Terence G. Banich

*Attorneys for the Receiver*
Michele Vives

## MEMORANDUM OF POINTS AND AUTHORITIES

I.   **Factual background**

A.   **SEC action and deposit of funds with the Court Registry**

On April 5, 2021, the Securities and Exchange Commission ("SEC") commenced the above-captioned action against Zachary J. Horwitz ("Horwitz") and 1inMM Capital, LLC ("1inMM," and together with Horwitz, the "Defendants"), alleging that they committed an offering fraud and Ponzi scheme in violation of the federal securities laws. (*Complaint*, dated April 5, 2021 [ECF #1] ¶¶ 1, 4.)

Shortly after filing this enforcement action, the Court entered an order freezing Defendants' assets and halting the sale of Horwitz's home. [ECF #18]. Subsequently, the Court granted the parties' joint *Ex Parte* Application for limited relief from the asset freeze to allow the sale of Horwitz's home to be completed, but to deposit the net proceeds from the sale into the Court Registry Investment System (the "Court Registry"), and not allow Defendants to access those funds. [ECF #27, 28] On May 10, 2021, the amount of $1,417,517.16, representing the net proceeds from the sale of Horwitz's home (the "Horwitz Proceeds"), was deposited with the Court Registry. [ECF #37].

On December 8, 2021, the SEC filed a motion in this case asking the Court to appoint a receiver over the Defendants [ECF #65] (the "Receiver Motion"). The Receiver Motion specifically describes the sale of Horwitz's home and the deposit of the Horwitz Proceeds into the Court Registry. (Receiver Mot. at 1:7-9.) In the Receiver Motion, the SEC also requested that a permanent receiver be appointed "over 1inMM, and over all assets held by, for the benefit of, or under the direct or indirect control of Horwitz, including…*the funds held in the Court Registry*," and stated that such "receiver would be able to take control over management and distribution of the funds held in the Court Registry after the sale of Horwitz's home purchased with investor funds." (*Id*. at 1:28-2:3, 8:4-6 (emphasis added).)

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

1        On January 14, 2022, the Court entered the *Order on Appointment of a*

2   *Permanent Receiver* [ECF #70] (the "Receiver Order"), granting the Receiver

3   Motion and appointing Ms. Vives as the Receiver. The Receiver Order decreed

4   that good cause existed to appoint a permanent receiver over 1inMM as well "over

5   assets that are *attributable to funds derived from investors or clients of the*

6   *Defendants*…and, to identify any other significant assets that may be available to

7   compensate investors." (Receiver Order Art. I (emphasis added).) The Receiver

8   Order further charges the Receiver with identifying and marshaling assets to make

9   the defrauded investors as whole as possible. (*Id*.) The Receiver Order did not,

10  however, specifically mention the Horwitz Proceeds or direct the Clerk to take any

11  action with regard to such funds.

       **B.**    **Receiver's attempts to obtain the Horwitz Proceeds**

13       Though it was clearly contemplated by the Receiver Motion that the

14  Receiver would take possession of and control over the Horwitz Proceeds, the

15  Receiver has been unsuccessful in her attempts to obtain the release of the Horwitz

16  Proceeds from the Clerk. (Vives Decl. ¶ 5.) After requesting that the Clerk release

17  the Horwitz Proceeds from the Court Registry, the Receiver and her staff received

18  a voicemail from Court staff on or around February 24, 2022 indicating that the

19  Receiver must present the Clerk with a Court order specifically directing the Clerk

20  to release the Horwitz Proceeds to the Receiver. (*Id*. at ¶ 6.)

21  **II.**    **Relief Requested**

22       The Court should grant the Motion. The parties clearly intended for the

23  Receiver to take possession of and control of the Horwitz Proceeds. Additionally,

24  it is essential that the Receiver control the Horwitz Proceeds in order to administer

25  the receivership estate, pay professionals and otherwise fulfill her obligations as

26  Receiver. (*Id*. at ¶ 7.) Accordingly, the Receiver requests that the Court direct the

27  Clerk of the Court to release the Horwitz Proceeds to the Receiver forthwith.

28       **WHEREFORE**, the Receiver respectfully requests that the Court: (a) grant

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

the Motion; (b) enter an order, substantially in the form attached hereto as **Exhibit 2**, authorizing and directing the Clerk of the Court to release the Horwitz Proceeds to the Receiver forthwith; and (c) grant such further relief as the Court deems necessary and appropriate.

Dated: March 2, 2022                     Respectfully submitted,

                                         **KATTEN MUCHIN ROSENMAN LLP**

                                         By:   /s/ *Terence G. Banich*
                                               Terence G. Banich

                                         *Attorneys for the Receiver*
                                         Michele Vives

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

**PROOF OF SERVICE**

**STATE OF ILLINOIS, COUNTY OF COOK**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, IL 60661.

On March 2, 2022, I served the following document(s) described as:

**MOTION OF RECEIVER MICHELE VIVES TO DIRECT CLERK TO RELEASE FUNDS FROM COURT REGISTRY INVESTMENT SYSTEM**

on counsel of record in this action as follows:

**[ ]   BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing.  On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[ ]   BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused the document(s) to be sent from e-mail address terence.banich@katten.com to the persons at the e-mail addresses listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ]   BY OVERNIGHT MAIL (FedEx):**  I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]   BY PERSONAL SERVICE:**  I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]   E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on March 2, 2022, at Chicago, Illinois.

*/s/Terence G. Banich*
Terence G. Banich

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200