Terence G. Banich (SBN 212173)
terence.banich@katten.com
Allison E. Yager (*pro hac vice* to be filed)
allison.yager@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

*Attorneys for the Receiver*
Michele Vives

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC,<br><br>    Defendants. | Case No. 2:21-cv-02927-CAS(GJSx)<br><br>**SECOND MONTHLY FEE STATEMENT OF KATTEN MUCHIN ROSENMAN LLP—FEBRUARY 2022**<br><br>Judge:    Hon. Christina A. Snyder<br>Courtroom: 8D |

Katten Muchin Rosenman LLP ("Katten"), as counsel for Michele Vives in her capacity as the receiver in the above-captioned action (the "Receiver"), pursuant to paragraphs 3(b) and 3(d) of the *Order Granting Motion of Receiver Michele Vives for Order Establishing Procedures for Allowance of Compensation and Reimbursement of Expenses*, dated February 22, 2022 [ECF #77] (the "Interim Compensation Procedures Order"), hereby files this monthly fee statement (this "Monthly Fee Statement") for (i) compensation in the amount of $77,825.28 (80% of $97,281.60)[1] for the reasonable and necessary legal services rendered by Katten on behalf of the Receiver from February 1, 2022 through and including February 28, 2022 (the "Fee Period") and (ii) reimbursement of the actual and necessary expenses that Katten incurred on behalf of the Receiver, in the amount of $1,266.57 during the Fee Period.

## Statement of Fees and Expenses

In support of this Monthly Fee Statement, attached are the following exhibits:

- **Exhibit A** is a schedule for the Fee Period, setting forth the total amounts of compensation sought with respect to each category of legal services for which Katten is seeking payment in this Monthly Fee Statement.

- **Exhibit B** is a schedule for the Fee Period providing certain information regarding the Katten attorneys and paraprofessionals for whose work in this receivership compensation is sought in this Monthly Fee Statement. Attorneys and paraprofessionals of Katten have expended a total of 145.0 hours in

---

[1] Katten voluntarily reduced its fees for the Fee Period by $6,399.60 as an accommodation to the receivership estate.

connection with this proceeding during the Fee Period.

- **Exhibit C** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which Katten is seeking reimbursement in this Monthly Fee Statement. All of these disbursements comprise the requested sum for Katten's out of pocket expenses.

- **Exhibit D** consists of Katten's invoice of fees and expenses incurred during the Fee Period in the rendition of the professional services to the Receiver. This invoice may have been redacted to maintain privilege and confidentiality, in accordance with paragraph 3(a) of the Interim Compensation Procedures Order.

Although every effort has been made to include in this Monthly Fee Statement all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Katten reserves the right to make further application to this Court for allowance of such fees and expenses not included herein in accordance with the Interim Compensation Order.

Notice of this Monthly Fee Statement will be provided in accordance with the procedures set forth in the Interim Compensation Order.

## Objection Period

The Notice Parties specified in paragraph 3(a) of the Interim Compensation Order shall have 10 days from the date hereof, i.e., until 4:00 p.m. prevailing Pacific Time on **March 28, 2022** (the "Objection Period"), to review the Monthly Fee Statement and serve a Notice of Objection (as defined in the Interim Compensation Order) on Katten.

In accordance with paragraph 3(c) of the Interim Compensation Order, after the Objection Period expires at 4:00 p.m. prevailing Pacific Time on March 28, 2022, the Receiver shall pay, without further order of the Court, 80% of the fees and 100% of the expenses Katten has requested in the Monthly Fee Statement that are not the subject of a Notice of Objection. Based on that formula, the Receiver

shall pay Katten $77,825.28 of the fees and $1,266.57 of the expenses unless a timely Notice of Objection is served.

Dated: March 17, 2022                    Respectfully submitted,

**KATTEN MUCHIN ROSENMAN LLP**

By:    /s/*Terence G. Banich*
       Terence G. Banich

*Attorneys for the Receiver*
Michele Vives

**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter**

| Matter Description | Hours | Amount |
|---|---:|---:|
| Case Administration | 8.3 | $5,852.40 |
| Fee Application/Retention of Professionals[2] | 5.6 | $3,924.60 |
| Claims Administration and Objections | .2 | $142.80 |
| Pre-Receivership Litigation/Stay | 70.6 | $47,591.70 |
| FBI and Criminal Case Matters | 2.9 | $2,070.60 |
| SEC Meetings/Discussions | 6.6 | $4,441.80 |
| Avoidance Actions | 18.1 | $11,029.20 |
| Investigation of Assets/Transactions | 31.8 | $21,585.90 |
| Business Operations/Operating Entities | .9 | $642.6 |
| Expenses | 0.0 | $1,266.57 |
| **Totals** | **145.0** | **$98,548.17** |

---

[2] Katten voluntarily reduced its fees related to Fee Applications/Retention of Professionals by $6,399.60 as an accommodation to the receivership estate.

**Exhibit B**
**Summary of Total Fees and Hours by Attorneys and Paraprofessionals**

| Attorney | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Terence Banich | Partner (Chicago) | IL – 1999<br>CA – 2001 | Restructuring | $714 | 94.2 | $67,258.80 |
| Allison Yager | Associate (Chicago) | IL - 2014 | Restructuring | $591 | 50.8 | $30,022.80 |
| **Totals** | | | | | **145.0** | **$97,281.60** |

# Exhibit C
## Summary of Actual and Necessary Expenses

| Expenses by Category | Amount |
|---|---:|
| Printing | $15.25 |
| Courier | $36.13 |
| Court Reporter Fees | $6.00 |
| Legal Research | $413.34 |
| Filing Fees and Other Court Costs | $795.85 |
| **Total** | **$1,266.57** |

# PROOF OF SERVICE

**STATE OF ILLINOIS, COUNTY OF COOK**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, IL 60661.

On March 17, 2022, I served the following document(s) described as:

**SECOND MONTHLY FEE STATEMENT OF KATTEN MUCHIN ROSENMAN LLP—FEBRUARY 2022**

on counsel of record in this action as follows:

**[ ]   BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[ ]   BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused the document(s) to be sent from e-mail address terence.banich@katten.com to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ]   BY OVERNIGHT MAIL (FedEx):**  I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]   BY PERSONAL SERVICE:**  I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]   E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on March 17, 2022, at Chicago, Illinois.

*/s/Terence G. Banich*
Terence G. Banich

Case No. 2:21-cv-02927-CAS(GJSx)
SECOND MONTHLY FEE STATEMENT OF
KATTEN MUCHIN ROSENMAN LLP—FEBRUARY 2022