**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter**

| Matter Description | Hours | Amount |
|---|---|---|
| Case Administration | 8.3 | $5,852.40 |
| Fee Application/Retention of Professionals[2] | 5.6 | $3,924.60 |
| Claims Administration and Objections | .2 | $142.80 |
| Pre-Receivership Litigation/Stay | 70.6 | $47,591.70 |
| FBI and Criminal Case Matters | 2.9 | $2,070.60 |
| SEC Meetings/Discussions | 6.6 | $4,441.80 |
| Avoidance Actions | 18.1 | $11,029.20 |
| Investigation of Assets/Transactions | 31.8 | $21,585.90 |
| Business Operations/Operating Entities | .9 | $642.6 |
| Expenses | 0.0 | $1,266.57 |
| **Totals** | **145.0** | **$98,548.17** |

---

[2] Katten voluntarily reduced its fees related to Fee Applications/Retention of Professionals by $6,399.60 as an accommodation to the receivership estate.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

Case No. 2:21-cv-02927-CAS(GJSx)
SECOND MONTHLY FEE STATEMENT OF
KATTEN MUCHIN ROSENMAN LLP—FEBRUARY 2022