# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC,<br><br>  Defendants. | Case No. 2:21-cv-02927-CAS(GJSx)<br><br>**[PROPOSED] AMENDED ORDER GRANTING MOTION OF RECEIVER MICHELE VIVES TO DIRECT CLERK TO RELEASE FUNDS FROM COURT REGISTRY INVESTMENT SYSTEM** |

Upon consideration of the *Motion of Receiver Michele Vives to Direct Clerk to Release Funds from Court Registry Investment System*, dated March 2, 2022 (the "Motion"); the Court, having jurisdiction to hear and determine the Motion, has reviewed the Motion and accompanying memorandum of points and authorities in support thereof, and concluded that all parties in interest have due and sufficient notice of the Motion; after due deliberation and consideration of the Motion, and there being good cause to grant the relief provided herein; it is, pursuant to the Court's power to supervise equity receiverships and all other powers in that behalf so enabling, hereby ORDERED:

  1.  The Motion is GRANTED.

  2.  The Clerk is hereby ordered and directed to immediately disburse the sum of $1,417,517.16—presently on deposit with the Court Registry Investment

System as evidenced by the receipt noted on the financial entry docketed at ECF #37—to 1inMM Capital LLC, c/o Michele Vives in her capacity as receiver for 1inMM Capital LLC, by (i) certified check or (ii) wire instructions to be provided by the Receiver.

3. The Court retains exclusive jurisdiction to hear and determine any disputes arising out of or relating to this order.

Dated: March 29, 2022

*Christine A. Snyder*
_____
United States District Judge

Case No. 2:21-cv-02927-CAS(GJSx)
[PROPOSED] ORDER GRANTING MOTION OF RECEIVER MICHELE VIVES TO DIRECT CLERK TO RELEASE FUNDS FROM COURT REGISTRY

2