# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff(s),<br><br>v.<br><br>ZACHARY J. HORWITZ, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:21–cv–02927–CAS–GJS<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:  __4/7/2022__

Document Number(s):  __88__

Title of Document(s):  __Notice (Other)__

**ERROR(S) WITH DOCUMENT:**

Issuance of Subpoenas are done at the civil–intake window. It can be manually filed or mailed to the district court but not efiled

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __April 8, 2022__     By: __/s/ Lori Muraoka  lori_muraoka@cacacd.uscourts.gov__
                                              Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS