**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter**

| Matter Description | Hours | Amount |
|---|---|---|
| Asset Analysis and Recovery | 5.9 | $1,503.00 |
| Business Analysis | 13.0 | $4,257.00 |
| Business Operations | 35.5 | $8,012.25 |
| Case Administration | 153.8 | $47,067.75 |
| Claims Administration and Objections | 1.6 | $504.00 |
| Forensic Accounting | 110.5 | $19,012.50 |
| Expenses | 0.00 | $491.00 |
| **Totals** | **320.3** | **$80,847.50** |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

Case No. 2:21-cv-02927-CAS(GJSx)
MONTHLY FEE STATEMENT OF
RECEIVER MICHELE VIVES—MARCH 2022

5