**Exhibit B**

**Summary of Rogue Black Films**

**Rogue Blacks Primary Project Matrix**
**Case No. 2:21-cv-02927-CAS-GJS**
4/27/2022

| Movie Title | Movie Summary | Ratings | Potential Funding From Rogue Black | Budgeted Cost |
|---|---|---|---|---|
| The White Crow (2018) R 2h 7m | Young Rudolf Nureyev becomes a top ballet dancer in Russia, but a life-changing visit to Paris soon makes him seek asylum in France. | IMDb Rating 6.6/10 (6k) Rotten Tomatoes 67/100% (135) | EUR 2,750,000 | EUR 13,259,824 |
| Farming (2018) R 1h 47m | Farming is a 2018 British film written and directed by Adewale Akinnuoye-Agbaje, based on his own childhood. The plot is about a child whose Yorubá parents give him to a white working-class family in London in the 1980s, and who grows up to join a white skinhead gang led by a white supremacist. | IMDb Rating: 6.0/10 (1.4K) Rotten Tomatoes: 55/100% (33) | GBP 1,067,550 | GBP 2,999,121 |
| My Zoe (2019) R 1h 40m | Isabelle (Julie Delpy), a geneticist recovering from a toxic marriage, is raising her only daughter, Zoe, with her contentious ex-husband (Richard Armitage). Zoe means everything to her mother and so when tragedy strikes the fractured family, Isabelle uses her expertise to take matters into her own hands. As this mother's love knows no bounds, Isabelle travels to Russia in seeking the help of a world-renowned fertility physician (Daniel Brühl) who Isabelle believes can help bring back her little girl. | IMDb Rating: 5.9/10 (1k) Rotten Tomatoes: 76/100% (50) | USD 1,450,000 | EUR 4,550,000 |
| Last Moment of Clarity (2020) R 1h 30m | After his girlfriend is murdered by European mobsters, Sam flees to Paris to hide out. Years later, he sees a woman in a Hollywood film who he's certain is Georgia. In L.A. to investigate, he encounters Kat, who impulsively decides to help him. | IMDb Rating: 5.2/10 (2.3k) Rotten Tomatoes: N/A | USD $3,500,000 | Being Reviewed |
| Georgetown (2019) R 1h 39m | Ulrich Mott, an ambitious social climber, marries a wealthy widow in Washington D.C. in order to mix with powerful political players. | IMDb Rating: 6.1/10 (2.2k) Rotten Tomatoes: 59% (27) | USD $2,250,000 | USD $6,750,000 |
| The Quarry (2019) R 1h 38m | A drifter (Shea Whigham) kills a traveling preacher and takes his place at a small-town church, but the police chief (Michael Shannon) suspects foul play. | IMDb Rating: 5.4/10 (3k) Rotten Tomatoes: 41% (46) | USD $250,000 | USD $3,900,000 |
| The Gateway (2020) R 1h 31m | A troubled but dedicated social worker assisting a working and struggling single mother and her daughter intervenes when the father returns from prison and drags his family back to his habitual world of crime. | IMDb Rating: 4.7/10 (623) Rotten Tomatoes: 53% (36) | USD $3,352,306 | USD $3,352,306 |
| Minamata (2020) R 1h 55m | War photographer W. Eugene Smith travels back to Japan where he documents the devastating effect of mercury poisoning in coastal communities. | IMDb Rating: 7.6/10 (16k) Rotten Tomatoes: 77% (70) | USD 5,425,000 | USD 11,203,727 |