## Exhibit C

**LayJax Investment Summary**

**LayJax Primary Project Matrix**
**Case No. 2:21-cv-02927-CAS-GJS**
4/27/2022

| | Business Industry | Investment | Date | Valuation / Cap | Status |
|---|---|---|---|---|---|
| 1 | Anti-Acne Dermal Patch | $800,000 | 8/1/2018 | Invested at $14mm cap pre-money / Series A Closed at $32mm pre-money | Active |
| 2 | Vegan Popsicles | $307,691 | 11/11/2018 | $300K invested at $8.5mm pre-money cap | Active |
| 3 | Traveling App. | $300,000 | 8/1/2018 | Invested at $5.7mm pre-money in their Pre-seed round. | Raised $3mm Euros seed at $12mm pre-money | Being sold for return of 30% of investment |
| 4 | Hospitality Shopping | $300,000 | 3/1/2019 | Pre-money cap $5mm | Struggling due to COVID (hospitality). |
| 5 | Wine Beverage | $200,000 | 2/8/2019 | $12mm Cap, 80% discount rate | Converted at Pre-money valuation of $15mm | Active |
| 6 | AI-Metaverse Technology | $150,000 | 10/1/2018 | No cap Seed round | 80% Discount rate | Struggling |
| 7 | Baby Monitoring | $125,000 | 6/14/2018 | Valuation Cap: $35mm | Converted at valuation of $20mm | Still active but in need of substantial investment |
| 8 | Detox-Cleansing Beverage | $100,000 | 9/19/2019 | Original discount: 80% discount rate | Original pre-money cap: $5mm | Converted at pre-money valuation of $4mm | Fighting with Creditor on foreclosure |
| 9 | Beauty/Wellness Supplies | $100,000 | 7/2/2019 | $4mm pre-money cap | 80% Discount Rate | Struggling |
| 10 | Physical Therapy | $25,000 | 4/16/2019 | $7mm pre-money cap | Discount rate: 80% | Active |
| 11 | Clothing Brand | $25,000 | 7/10/2019 | Invested at $900K Pre-money valuation | Active but struggling |
| 12 | Wellness Supplements-Beverage | $25,000 | 5/1/2020 | Invested at $8mm Pre-money cap | Active |