**Exhibit D**

**Known Investor Actions**

| Case Caption | Case Number | Jurisdiction & Judge |
|---|---|---|
| Nalpak I LP, *et al.* v. Breakout SPE, LLC, *et al.* | 20-L-4620 | Cook County, Illinois (Hon. Margaret Ann Brennan) |
| Aronson *et al.* v. JJMT Capital, LLC, *et al.* | 21-CV-1867 | Northern District of Illinois (Hon. Franklin U. Valderrama) |
| Zaleski v. JJMT Capital, LLC | 21-CH-1939 | Cook County, Illinois (Hon. Pamela M. Meyerson) |
| Ferrari v. JJMT Capital, LLC | 21-L-2462 | Cook County, Illinois (Hon. Jerry A. Esrig) |
| MEK Investments LLC v. JJMT Capital, LLC | 21-L-2954 | Cook County, Illinois (Hon. Michael Otto) |
| Gould v. Crookston | 21-CV-06049 | Northern District of Illinois (Hon. Jorge L. Alonso) |
| Beepa Cheech Paulo, LLC, *et al.* v. deAlteris, *et al.* | 21-L-4262 | Cook County, Illinois (Hon. Jerry A. Esrig) |
| Fiene *et al.* v. Schweinzger | 21-CV-5740 | Northern District of Illinois (Hon. Charles Norgle) |
| Carter v. Spiegel | 21-CV-3990 | Northern District of California (Hon. Thomas Hixson) |
| Lending Arena, LLC v. Movie Fund, LLC | A-21-842037-B | Clark County, Nevada (Hon. Susan Johnson) |
| Whitmore, *et al.* v. Horwitz, *et al.* | 21-CV-3393 | Central District of California (Hon. George H. Wu) |
| Horwitz v. Horwitz | 21STFL06379 | L.A. County, California (Hon. Audra Mori) |
| KR Blackwelder, LLC v. Horwitz, *et al.* | 21STCV17990 | L.A. County, California (Hon. Laura A. Seigle) |

Case No. 2:21-cv-02927-CAS(GJSx)
QUARTERLY REPORT OF RECEIVER MICHELE VIVES
(FIRST QUARTER 2022)