Terence G. Banich (SBN 212173)
terence.banich@katten.com
Allison E. Yager (*pro hac vice* to be filed)
allison.yager@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661
Telephone:  (312) 902-5200
Facsimile:   (312) 902-1061

*Attorneys for the Receiver*
Michele Vives

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>     v.<br><br>ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC,<br><br>            Defendants. | Case No. 2:21-cv-02927-CAS(GJSx)<br><br>**NOTICE OF MOTION AND MOTION TO APPROVE QUARTERLY REPORT OF RECEIVER MICHELE VIVES (FIRST QUARTER 2022)**<br><br>Date:        June 6, 2022<br>Time:       10:00 a.m. PDT<br>Judge:      Hon. Christina A. Snyder<br>Courtroom: 8D |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE THAT, on June 6, 2022, at 10:00 a.m., or as soon
3  thereafter as the matter may be heard in Courtroom 8D, located at the United States
4  Courthouse, 350 West First Street, Los Angeles, California 90012, Michele Vives,
5  in her capacity as the receiver (the "Receiver") appointed in the above-captioned
6  action (the "Case"), will and hereby does move the Court (the "Motion") for entry
7  of an order (a) approving the *Quarterly Report of Receiver Michele Vives (First*
8  *Quarter 2022)*, dated May 2, 2022 (the "Report"), including all disbursements made
9  or to be made listed therein; (b) limiting the notice of the hearing on the Report to
10 that given, and dispensing with any additional notice requirements under Local Rule
11 66-7(c); and (c) granting such further relief as the Court deems necessary and
12 appropriate. A proposed order granted the Motion is submitted herewith.

13 A copy of the Report has been filed separately on the docket as ECF #93.

14 This Motion is made following the conference of counsel pursuant to Local
15 Rule 7-3 which took place on April 28, 2022 with Ms. Wanner on behalf of the
16 Securities and Exchange Commission and on May 2, 2022 with Mr. Quinn on behalf
17 of defendant Horwitz.

18 Dated: May 2, 2022            Respectfully submitted,

19                               **KATTEN MUCHIN ROSENMAN LLP**

20                               By:   /s/*Terence G. Banich*
                                       Terence G. Banich
21
                                 *Attorneys for the Receiver*
22                               Michele Vives

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

# PROOF OF SERVICE

**STATE OF ILLINOIS, COUNTY OF COOK**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, IL 60661.

On May 2, 2022, I served the following document(s) described as:

**NOTICE OF MOTION AND MOTION TO APPROVE QUARTERLY REPORT OF RECEIVER MICHELE VIVES (FIRST QUARTER 2022)**

on counsel of record in this action as follows:

**[ ]   BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[ ]   BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address terence.banich@katten.com to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ]   BY OVERNIGHT MAIL (FedEx):** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]   BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]   E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on May 2, 2022, at Chicago, Illinois.

*/s/Terence G. Banich*
Terence G. Banich