Terence G. Banich (SBN 212173)
terence.banich@katten.com
Allison E. Yager (*pro hac vice* to be filed)
allison.yager@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

*Attorneys for the Receiver*
Michele Vives

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC,<br><br>  Defendants. | Case No. 2:21-cv-02927-CAS(GJSx)<br><br>**MONTHLY FEE STATEMENT OF RECEIVER MICHELE VIVES— JANUARY 2022**<br><br>Judge: Hon. Christina A. Snyder<br>Courtroom: 8D |

Michele Vives, in her capacity as the receiver in the above-captioned action (the "Receiver"), pursuant to paragraphs 3(b) and 3(d) of the *Order Granting Motion of Receiver Michele Vives for Order Establishing Procedures for Allowance of Compensation and Reimbursement of Expenses*, dated February 22, 2022 [ECF #77] (the "Interim Compensation Procedures Order"), hereby files this monthly fee statement (this "Monthly Fee Statement") for (i) compensation in the amount of $8,460.00 (80% of $10,575.00) for the reasonable and necessary services rendered by the Receiver from January 10, 2022 through and including January 31, 2022 (the "Fee Period") and (ii) reimbursement of the actual and necessary expenses that the Receiver incurred, in the amount of $0.00 during the Fee Period.

**Statement of Fees and Expenses**

In support of this Monthly Fee Statement, attached are the following exhibits:

• **Exhibit A** is a schedule for the Fee Period, setting forth the total amounts of compensation sought with respect to each category of services for which the Receiver is seeking payment in this Monthly Fee Statement.

• **Exhibit B** is a schedule for the Fee Period providing certain information regarding the professionals for whose work in this receivership compensation is sought in this Monthly Fee Statement. The Receiver and her staff at Douglas Wilson Companies have expended a total of 26.4 hours in connection with this proceeding during the Fee Period.

• **Exhibit C** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which the Receiver is seeking reimbursement in this Monthly Fee Statement. All of these disbursements comprise the requested sum for the Receiver's out of pocket expenses.

• **Exhibit D** consists of the Receiver's invoice of fees and expenses incurred during the Fee Period in the rendition of the professional services to the Receiver. This invoice may have been redacted to maintain privilege and

confidentiality, in accordance with paragraph 3(a) of the Interim Compensation Procedures Order.

Although every effort has been made to include in this Monthly Fee Statement all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. The Receiver reserves the right to make further application to this Court for allowance of such fees and expenses not included herein in accordance with the Interim Compensation Order.

Notice of this Monthly Fee Statement will be provided in accordance with the procedures set forth in the Interim Compensation Order.

## Objection Period

The Notice Parties specified in paragraph 3(a) of the Interim Compensation Order shall have 10 days from the date hereof, i.e., until 4:00 p.m. prevailing Pacific Time on **March 7, 2022** (the "Objection Period"), to review the Monthly Fee Statement and serve a Notice of Objection (as defined in the Interim Compensation Order) on the Receiver.

In accordance with paragraph 3(c) of the Interim Compensation Order, after the Objection Period expires at 4:00 p.m. prevailing Pacific Time on March 7, 2022, the Receiver shall pay, without further order of the Court, 80% of the fees and 100% of the expenses the Receiver has requested in the Monthly Fee Statement that are not the subject of a Notice of Objection. Based on that formula, the Receiver shall receive $8,460.00 of the fees and $0.00 of the expenses unless a timely Notice of Objection is served.

//
//
//
//
//

Dated: February 24, 2022

Respectfully submitted,

**KATTEN MUCHIN ROSENMAN LLP**

By: /s/*Terence G. Banich*
     Terence G. Banich

*Attorneys for the Receiver*
Michele Vives

# PROOF OF SERVICE

**STATE OF ILLINOIS, COUNTY OF COOK**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, IL 60661.

On February 24, 2022, I served the following document(s) described as:

**MONTHLY FEE STATEMENT OF RECEIVER MICHELE VIVES—JANUARY 2022**

on counsel of record in this action as follows:

**[ ] BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[ ] BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address terence.banich@katten.com to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ] BY OVERNIGHT MAIL (FedEx):** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ] BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X] E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on February 24, 2022, at Winnetka, Illinois.

*/s/Terence G. Banich*
Terence G. Banich

Case No. 2:21-cv-02927-CAS(GJSx)
MONTHLY FEE STATEMENT OF
RECEIVER MICHELE VIVES—JANUARY 2022

### Exhibit A
### Summary of Total Fees and Expenses by Subject Matter

| Matter Description | Hours | Amount |
|---|---:|---:|
| Asset Analysis and Recovery | 3.2 | $1,296.00 |
| Business Analysis | 1.3 | $481.50 |
| Case Administration | 21.9 | $8,797.50 |
| Expenses | 0.00 | $0.00 |
| **Totals** | **26.4** | **$10,575.00** |

**Exhibit B**
**Summary of Total Fees and Hours by Attorneys and Paraprofessionals**

| Professional | Position with the Applicant | Years of Experience | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Michele Vives | Receiver | 17 | $405.00 | 12 | $4,860.00 |
| Douglas Wilson | Executive Management | 33 | $405.00 | 10.5 | $4,252.50 |
| Lynn Goodridge | Executive Management | 20 | $405.00 | 2.6 | $1,053.00 |
| Ryan Baker | Project Director | 12 | $315.00 | 1.3 | $409.50 |
| **Totals** | | | | **26.4** | **$10,575.00** |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

Case No. 2:21-cv-02927-CAS(GJSx)
FIRST MONTHLY FEE STATEMENT OF
RECEIVER MICHELE VIVES

# Exhibit C
# Summary of Actual and Necessary Expenses

| Expenses by Category | Amount |
|---|---|
| **Total** | **$0.00** |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

**Exhibit D**
**Invoices**

**Douglas Wilson Companies**

Services for month ending January 31, 2022
Invoice #: 92056
Invoice Date: 02/21/2022
Due Date: 03/03/2022

1620 Fifth Avenue, Suite 400
San Diego, CA 92101 Phone:
619 641-1141
Fax: 619-641-1150
douglaswilson.com

SEC v Horowitz
Attn: Michele Vives
1620 Fifth Avenue, Suite 400
San Diego, CA 92101

## 10129 SEC v Horowitz

| Date | Timekeeper | Description | Hours | Total |
|---|---|---|---|---|
| 01/10/2022 | MV | Case Administration: Update call with Katten Muchin regarding Appointment Hearing. | 0.40 | $162.00 |
| 01/10/2022 | MV | Case Administration: Prepare for hearing. | 0.30 | $121.50 |
| 01/10/2022 | MV | Case Administration: Attended hearing to appoint Receiver. | 0.20 | $81.00 |
| 01/12/2022 | DW | Case Administration: Monitor the status of the assignment upon appointment of Receiver. Discussion with team on next steps. | 0.50 | $202.50 |
| 01/12/2022 | DW | Case Administration: Review the recent filings with the court, monitor any updates and determine the timeline and staffing needs of the project. | 0.70 | $283.50 |
| 01/13/2022 | MV | Case Administration: Internal team discussion regarding Appointment of Receiver. | 0.60 | $243.00 |
| 01/13/2022 | MV | Case Administration: Update with Receiver's counsel regarding appointment. | 0.30 | $121.50 |
| 01/13/2022 | DW | Case Administration: Follow up regarding matter. Discuss how to coordinate the legal aspects of the assignment. | 0.40 | $162.00 |
| 01/13/2022 | MV | Case Administration: Call with SEC regarding Order appointing Recevier. | 0.30 | $121.50 |
| 01/13/2022 | DW | Case Administration: Further review of various background documents in preparation for the project. Update on the timing and status of the | 0.80 | $324.00 |

Case 2:21-cv-02927-CAS-JS Document 189-1 Filed 05/02/22 Page 3 of 15 Page ID #:2774
Case 2:21-cv-02927-CAS-GJS Document 78-1 Filed 02/24/22 Page 3 of 5 Page ID #:3095

Invoice #: 92056 - 10129 SEC v Horowitz - 02/21/2022

| | | | | |
|---|---|---|---|---|
| | | retention of counsel for the Receiver. | | |
| 01/14/2022 | MV | Case Administration: Review Court documents including but not limited to Complaint, Indictment, Order to Appoint Receiver, Declarations regarding Appointment of Receiver, and Plea Agreement. | 3.00 | $1,215.00 |
| 01/14/2022 | DW | Case Administration: Review documents in preparation for and participate on a phone call to coordinate the receivership appointment hearing. | 0.80 | $324.00 |
| 01/14/2022 | DW | Case Administration: Review emails regarding the sentencing hearing and the potential impact on the receiver's appointment. Review the recent papers filed with the court. Participate on a call to review the scope of work for the assignment. | 0.80 | $324.00 |
| 01/14/2022 | DW | Case Administration: Review a variety of recent emails and respond as needed. | 0.40 | $162.00 |
| 01/17/2022 | DW | Case Administration: General project update and review during the weekly DWC internal meeting. Review recent emails from Katten. | 0.50 | $202.50 |
| 01/17/2022 | DW | Case Administration: Comprehensive review of the documents received to date and the list of others to request. Monitor various emails and respond as needed. | 0.40 | $162.00 |
| 01/19/2022 | MV | Data Analysis: Review documents sent by SEC: Forensic documents (60 min) Review documents sent by SEC: Court Filings (60 min) | 2.00 | $810.00 |
| 01/19/2022 | DW | Case Administration: Determine the timing and content of the initial report to the court and the process for the same. Update on the status of the certain operational investments. | 0.60 | $243.00 |
| 01/21/2022 | MV | Case Administration: Call with counsel regarding motion to appoint counsel and review of next steps. | 0.40 | $162.00 |
| 01/24/2022 | DW | Case Administration: General project update and review during the weekly meetings. Discuss the timing and priority of issues. | 0.40 | $162.00 |
| 01/24/2022 | MV | Case Administration: Review emails from A Loftus and M Nelson - counsel to investors. Respond to each. | 0.20 | $81.00 |
| 01/24/2022 | DW | Asset Analysis and Recovery: Review the agenda for the upcoming call to review the financial analysis work done to date. Read recent emails and respond as needed. | 0.60 | $243.00 |
| 01/25/2022 | DW | Case Administration: Review the files that were transferred to DWC and the content and priority of the same. Monitor recent emails. | 0.70 | $283.50 |
| 01/26/2022 | MV | Case Administration: Call with Counsel regarding appointment of Receiver and approach to the case. | 1.00 | $405.00 |

| | | | | |
|---|---|---|---|---|
| 01/26/2022 | MV | Case Administration: Debrief call with Katy Wanner - Counsel for SEC. | 0.50 | $202.50 |
| 01/26/2022 | MV | Case Administration: Schedule introduction with DWC IT consultant for file transfer. Schedule meeting with SEC for forensic debrief. Schedule meeting with interested party's counsel for debrief. | 0.50 | $202.50 |
| 01/26/2022 | RB | Case Administration: Zoom conference with M. Vives, D. Wilson, and K. Wanner regarding background and history to the matter and potential assets to be recouped on behalf of the victims. | 0.50 | $157.50 |
| 01/26/2022 | RB | Case Administration: Phone call with M. Vives and D. Wilson regarding debrief from zoom call. | 0.10 | $31.50 |
| 01/26/2022 | DW | Case Administration: General project update regarding the priority of matters to focus on and the anticipated timeline for the same. | 0.40 | $162.00 |
| 01/27/2022 | MV | Business Operations: Meeting with other counsel regarding operations. Follow up with Receiver's team regarding next steps and documentation to request. | 0.80 | $324.00 |
| 01/27/2022 | RB | Business Analysis: Phone call with Receiver's team and other counsel regarding operations background, investments, business issues, and other background issues. | 0.50 | $157.50 |
| 01/27/2022 | RB | Case Administration: Phone call with D. Wilson and M. Vives regarding next steps on the case. | 0.20 | $63.00 |
| 01/27/2022 | DW | Case Administration: Review various documents in preparation for the next conferences with the SEC and the entities that Horwitz invested in. Participate on the Zoom meeting to review the project. | 1.00 | $405.00 |
| 01/31/2022 | MV | Case Administration: Call with SEC: L Pearson & K Wanner regarding Forensic Analysis. | 0.50 | $202.50 |
| 01/31/2022 | MV | Case Administration: Internal team follow up with D Wilson and L Goodridge regarding call with SEC and Forensic Analysis and Next Steps. | 0.50 | $202.50 |
| 01/31/2022 | MV | Case Administration: SEC discussion regarding information from SEC files and download of the aggregators. | 0.50 | $202.50 |
| 01/31/2022 | LG | Asset Analysis and Recovery: Call with SEC L. Pearson and K. Wanner regarding historical forensic analysis. Follow up with D. Wilson and M. Vives. | 0.80 | $324.00 |
| 01/31/2022 | LG | Asset Analysis and Recovery: Review of declarations and other legal documents to gain understanding of companies involved and initial forensics performed. (60 min) Follow up DWC team meeting. (45 min) | 1.80 | $729.00 |

Case 2:21-cv-02927-CAS-JS Document 78-1 Filed 02/24/22 Page 5 of 13 Page ID #:1776
Case 2:21-cv-02927-CAS-JS Document 95-1 Filed 02/24/22 Page 5 of 13 Page ID #:3097

Invoice #: 92056 - 10129 SEC v Horowitz - 02/21/2022

| 01/31/2022 | DW | Case Administration: Prepare for and participate on the Zoom conference with Lorraine of the SEC to review the financial and forensic analysis done to date. (60 min) Confirm the priority issues to focus on going forward. Follow up internal discussions regarding how best to proceed in an efficient manner. (30 min) | 1.50 | $607.50 |

| Time Keeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Ryan Baker | 1.3 | $315.00 | $409.50 |
| Lynn Goodridge | 2.6 | $405.00 | $1,053.00 |
| Michele Vives | 12.0 | $405.00 | $4,860.00 |
| Douglas Wilson | 10.5 | $405.00 | $4,252.50 |
| | | **Subtotal** | **$10,575.00** |
| | | **Total** | **$10,575.00** |

# Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---:|---:|---:|
| 92056 | 03/03/2022 | $10,575.00 | $0.00 | $10,575.00 |
| | | | **Outstanding Balance** | **$10,575.00** |
| | | | **Total Amount Outstanding** | **$10,575.00** |

Please make all amounts payable to: Douglas Wilson Companies

Please pay within 10 days.

Please contact accounting with any questions: dwcaccounting@douglaswilson.com