Terence G. Banich (SBN 212173)
terence.banich@katten.com
Allison E. Yager (*pro hac vice* to be filed)
allison.yager@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661
Telephone:  (312) 902-5200
Facsimile:  (312) 902-1061

*Attorneys for the Receiver*
Michele Vives

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:21-cv-02927-CAS(GJSx) |
| Plaintiff, | **SECOND MONTHLY FEE STATEMENT OF RECEIVER MICHELE VIVES—FEBRUARY 2022** |
| v. | |
| ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC, | Judge:       Hon. Christina A. Snyder<br>Courtroom:  8D |
| Defendants. | |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

Michele Vives, in her capacity as the receiver in the above-captioned action (the "Receiver"), pursuant to paragraphs 3(b) and 3(d) of the *Order Granting Motion of Receiver Michele Vives for Order Establishing Procedures for Allowance of Compensation and Reimbursement of Expenses*, dated February 22, 2022 [ECF #77] (the "Interim Compensation Procedures Order"), hereby files this monthly fee statement (this "Monthly Fee Statement") for (i) compensation in the amount of $32,752.80 (80% of $40,941.00) for the reasonable and necessary services rendered by the Receiver from February 1, 2022 through and including February 28, 2022 (the "Fee Period") and (ii) reimbursement of the actual and necessary expenses that the Receiver incurred, in the amount of $51.32 during the Fee Period.

### Statement of Fees and Expenses

In support of this Monthly Fee Statement, attached are the following exhibits:

- **Exhibit A** is a schedule for the Fee Period, setting forth the total amounts of compensation sought with respect to each category of services for which the Receiver is seeking payment in this Monthly Fee Statement.

- **Exhibit B** is a schedule for the Fee Period providing certain information regarding the professionals for whose work in this receivership compensation is sought in this Monthly Fee Statement. The Receiver and her staff at Douglas Wilson Companies have expended a total of 132.6 hours in connection with this proceeding during the Fee Period.

- **Exhibit C** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which the Receiver is seeking reimbursement in this Monthly Fee Statement. All of these disbursements comprise the requested sum for the Receiver's out of pocket expenses.

- **Exhibit D** consists of the Receiver's invoice of fees and expenses incurred during the Fee Period in the rendition of the professional services to the Receiver. This invoice may have been redacted to maintain privilege and

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

confidentiality, in accordance with paragraph 3(a) of the Interim Compensation Procedures Order.

Although every effort has been made to include in this Monthly Fee Statement all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. The Receiver reserves the right to make further application to this Court for allowance of such fees and expenses not included herein in accordance with the Interim Compensation Order.

Notice of this Monthly Fee Statement will be provided in accordance with the procedures set forth in the Interim Compensation Order.

## **Objection Period**

The Notice Parties specified in paragraph 3(a) of the Interim Compensation Order shall have 10 days from the date hereof, i.e., until 4:00 p.m. prevailing Pacific Time on **March 28, 2022** (the "Objection Period"), to review the Monthly Fee Statement and serve a Notice of Objection (as defined in the Interim Compensation Order) on the Receiver.

In accordance with paragraph 3(c) of the Interim Compensation Order, after the Objection Period expires at 4:00 p.m. prevailing Pacific Time on March 28, 2022, the Receiver shall pay, without further order of the Court, 80% of the fees and 100% of the expenses the Receiver has requested in the Monthly Fee Statement that are not the subject of a Notice of Objection. Based on that formula, the Receiver shall receive $32,752.80 of the fees and $51.32 of the expenses unless a timely Notice of Objection is served.

//
//
//
//
//

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

Dated: March 17, 2022

Respectfully submitted,

**KATTEN MUCHIN ROSENMAN LLP**

By: /s/*Terence G. Banich*
Terence G. Banich

*Attorneys for the Receiver*
Michele Vives

Case No. 2:21-cv-02927-CAS(GJSx)
MONTHLY FEE STATEMENT OF
RECEIVER MICHELE VIVES—FEBRUARY 2022

**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter**

| Matter Description | Hours | Amount |
|---|---|---|
| Accounting/Auditing | 5.2 | $893.25 |
| Asset Analysis and Recovery | 24.9 | $8,133.75 |
| Business Analysis | 1.3 | $409.50 |
| Business Operations | 6.6 | $2,207.25 |
| Case Administration | 78.5 | $24,993.00 |
| Data Analysis | 1.2 | $378.00 |
| Forensic Accounting | 14.9 | $3,926.25 |
| Expenses | 0.0 | $51.32 |
| **Totals** | **132.6** | **$40,992.32** |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

### Exhibit B
## Summary of Total Fees and Hours

| Professional | Position with the Applicant | Years of Experience | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Michele Vives | Receiver | 17 | $405.00 | 44.0 | $17,820.00 |
| Douglas Wilson | Executive Management | 33 | $405.00 | 15.6 | $6,318.00 |
| Lynn Goodridge | Executive Management | 25 | $405.00 | 4.3 | $1,741.50 |
| Ryan Baker | Project Director | 12 | $315.00 | 14.3 | $4,504.50 |
| Terra Rollins | Project Director | 22 | $315.00 | 3.2 | $1,008.00 |
| Michael Wilson | Project Associate Director | 1 | $202.50 | 33.9 | $6,864.75 |
| Lisset Rocha | Accounting | 4 | $157.50 | 15.5 | $2,441.25 |
| Kristine Bickings | Administrative | 8 | $135.00 | 1.8 | $243.00 |
| **Totals** | | | | **132.6** | **$40,941.00** |

## Exhibit C
## Summary of Actual and Necessary Expenses

| Expenses by Category | Amount |
|---|---|
| Website | $51.32 |
| **Total** | **$51.32** |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

# PROOF OF SERVICE

## STATE OF ILLINOIS, COUNTY OF COOK

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, IL 60661.

On March 17, 2022, I served the following document(s) described as:

**SECOND MONTHLY FEE STATEMENT OF RECEIVER MICHELE VIVES—FEBRUARY 2022**

on counsel of record in this action as follows:

**[ ]    BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[ ]    BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address terence.banich@katten.com to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ]    BY OVERNIGHT MAIL (FedEx):** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]    BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]    E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on March 17, 2022, at Chicago, Illinois.

*/s/Terence G. Banich*
Terence G. Banich

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### Exhibit A
### Summary of Total Fees and Expenses by Subject Matter

| Matter Description | Hours | Amount |
|---|---|---|
| Accounting/Auditing | 5.2 | $893.25 |
| Asset Analysis and Recovery | 24.9 | $8,133.75 |
| Business Analysis | 1.3 | $409.50 |
| Business Operations | 6.6 | $2,207.25 |
| Case Administration | 78.5 | $24,993.00 |
| Data Analysis | 1.2 | $378.00 |
| Forensic Accounting | 14.9 | $3,926.25 |
| Expenses | 0.00 | $51.32 |
| **Totals** | **132.6** | **$40,992.32** |

## Exhibit B
## Summary of Total Fees and Hours

| Professional | Position with the Applicant | Years of Experience | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Michele Vives | Receiver | 17 | $405.00 | 44.0 | $17,820.00 |
| Douglas Wilson | Executive Management | 33 | $405.00 | 15.6 | $6,318.00 |
| Lynn Goodridge | Executive Management | 25 | $405.00 | 4.3 | $1,741.50 |
| Ryan Baker | Project Director | 12 | $315.00 | 14.3 | $4,504.50 |
| Terra Rollins | Project Director | 22 | $315.00 | 3.2 | $1,008.00 |
| Michael Wilson | Project Associate Director | 1 | $202.50 | 33.9 | $6,864.75 |
| Lisset Rocha | Accounting | 4 | $157.50 | 15.5 | $2,441.25 |
| Kristine Bickings | Administrative | 8 | $135.00 | 1.8 | $243.00 |
| **Totals** | | | | **132.6** | **$40,941.00** |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

Case No. 2:21-cv-02927-CAS(GJSx)
MONTHLY FEE STATEMENT OF
RECEIVER MICHELE VIVES—FEBRUARY 2022

6

1

## Exhibit C
## Summary of Actual and Necessary Expenses

2

3

| Expenses by Category | Amount |
|---|---|
| Website | $51.32 |
| **Total** | **$51.32** |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

**Exhibit D**
**Invoices**

**Services for month ending February 28, 2022**

# Douglas Wilson Companies

Invoice #: 92076
Invoice Date: 03/15/2022
Due Date: 03/25/2022

1620 Fifth Avenue, Suite 400
San Diego, CA 92101
Phone: 619 641-1141
Fax: 619-641-1150
douglaswilson.com

SEC v Horwitz
Attn: Michele Vives
1620 Fifth Avenue, Suite 400
San Diego, CA 92101
United States

## 10129 SEC v Horwitz

### Services

| Date | Timekeeper | Description | Hours | Total |
|------|-----------|-------------|-------|-------|
| 02/01/2022 | LR | Accounting/Auditing: Review bank account set up documents | 0.60 | $94.50 |
| 02/01/2022 | MV | Case Administration: Preparation for internal team meeting. (.5) Team meeting regarding project coordination and deliverables. (1.0) | 1.50 | $607.50 |
| 02/01/2022 | MDW | Case Administration: Internal meeting with DWC team regarding project details. | 1.00 | $202.50 |
| 02/01/2022 | RB | Asset Analysis and Recovery: Meet with M. Vives, D. Wilson regarding outlining strategy for recovery and division of tasks among the receivers team members. | 1.00 | $315.00 |
| 02/01/2022 | RB | Asset Analysis and Recovery: Review financial declaration from the SEC. Begin drafting creating templates for itemizing bank accounts, assets and other information. | 0.80 | $252.00 |
| 02/02/2022 | MV | Case Administration: Call with Counsel regarding Motions, Compensation Structure and forensic analysis. | 1.20 | $486.00 |
| 02/02/2022 | DW | Case Administration: Prepare for and participate on the Zoom conference with Katten to debrief on the process to date and the information that is available to review. (30 min) Discuss the retention motion. Review the forensic work done to date. Review the priority of | 1.50 | $607.50 |

| | | | | |
|---|---|---|---|---|
| | | the key issues to focus on going forward and how best to efficiently allocate that work. Follow up internal discussions. (1 hr) | | |
| 02/02/2022 | RB | Case Administration: Zoom meeting with T. Banich, M. Vives, D. Wilson regarding litigation against aggregators and strategy to address, review of assets, and discuss strategy for moving forward. | 1.20 | $378.00 |
| 02/03/2022 | MV | Case Administration: Call with counsel regarding various law suits against Horwitz and affiliates. | 1.00 | $405.00 |
| 02/03/2022 | RB | Case Administration: Phone call with M. Wilson regarding outlining projects for creating website, reviewing of bank accounts, and creating flow chart of monies. | 0.40 | $126.00 |
| 02/03/2022 | RB | Case Administration: Review trove of documents from all filings prior to the receivers appointment. Designate which documents are important for the receivers review. | 0.80 | $252.00 |
| 02/03/2022 | MDW | Asset Analysis and Recovery: Developed list of project tasks regarding real estate assets and LLCs. | 0.50 | $101.25 |
| 02/03/2022 | MDW | Case Administration: Developed templates for website. Discussion with website consultant regarding same. | 1.00 | $202.50 |
| 02/03/2022 | MDW | Case Administration: Worked on flowchart. | 0.80 | $162.00 |
| 02/03/2022 | LR | Accounting/Auditing: Correspondence with EWB regarding new account set up. | 0.60 | $94.50 |
| 02/04/2022 | MDW | Case Administration: Continued to work on Flowchart and inputted bank account summary into an excel spreadsheet from Pearsons Declaration. Sent to R.Baker for clarification. | 1.00 | $202.50 |
| 02/04/2022 | DW | Business Operations: Meet with Michele Vives to discuss Rouge Black and the documents which need to be reviewed. Follow up on the retention of Katten and the date of the hearing on the same. Update on the timing of the call regarding LayJax and the documents that need to be reviewed for the same. | 0.40 | $162.00 |
| 02/04/2022 | RB | Asset Analysis and Recovery: Phone call with M. Vives re: Rogue Black unfreeze order, and extent of receivership order. | 0.30 | $94.50 |
| 02/04/2022 | RB | Forensic Accounting: Finalize drafting letter to Bank for turnover of bank information. Communications with M. Vives re: confirmation. | 0.70 | $220.50 |
| 02/04/2022 | RB | Forensic Accounting: Amend flow chart of monies in and monies out to track cash sources and uses. Communications with M. Wilson re: same. | 0.80 | $252.00 |
| 02/04/2022 | RB | Case Administration: Continue review of documents filed with the Court for confirming important information. | 0.60 | $189.00 |

Invoice #: 92076 - 10129 SEC v Horwitz - 03/15/2022

| 02/04/2022 | MV | Accounting/Auditing: Review and sign letter to Bank regarding access to all bank accounts. | 0.30 | $121.50 |
| 02/04/2022 | MV | Business Operations: Review document list from A Esbenshade. Request all documents. Reschedule meeting with J Libby from LayJax. | 0.50 | $202.50 |
| 02/04/2022 | MDW | Case Administration: Created Flowchart DRAFT - Pulled out information from Pearson's Declaration in order to get the timeline in order. | 3.00 | $607.50 |
| 02/04/2022 | LR | Accounting/Auditing: Correspondence with EWB regarding account set up | 0.20 | $31.50 |
| 02/07/2022 | LR | Forensic Accounting: Internal team meeting on forensic documents. | 1.00 | $157.50 |
| 02/07/2022 | MV | Forensic Accounting: Internal team meeting to discuss status of LLC analysis, review of SEC materials and forensic accounting moving forward. | 1.00 | $405.00 |
| 02/07/2022 | LG | Asset Analysis and Recovery: DWC team meeting to discuss information available from SEC and steps to move forward. | 0.90 | $364.50 |
| 02/07/2022 | MDW | Case Administration: Internal team update on team tasks including pulling title reports on assets, and website content. | 1.00 | $202.50 |
| 02/07/2022 | MDW | Case Administration: Updated flowchart from Pearson Declaration, and finalized. (2.3) Sent to R.Baker for review and any feedback. (.2) | 2.50 | $506.25 |
| 02/07/2022 | RB | Case Administration: Meet with M. Vives, D. Wilson and M. Wilson regarding understanding documents received from the SEC, and other documents necessary to be obtained. Discuss assignment of rules and tasks to be delegated. | 0.70 | $220.50 |
| 02/07/2022 | RB | Case Administration: Continue review of documents received related to the legal filings. Used to highlight timeline as well as separate entities that may have siphoned funds. | 1.00 | $315.00 |
| 02/07/2022 | RB | Forensic Accounting: Meet with M. Wilson regarding the status of flow chart mapping where monies went. | 0.50 | $157.50 |
| 02/07/2022 | MDW | Case Administration: Developed and emailed copy for website. | 2.30 | $465.75 |
| 02/07/2022 | LR | Accounting/Auditing: Correspondence with EWB regarding new bank account set up | 0.30 | $47.25 |
| 02/07/2022 | DW | Case Administration: Prepare for and participate in the weekly internal project review meeting to review the entire project and establish priorities for pursuing the various issues going forward. Review recent emails and respond as needed. | 1.00 | $405.00 |

Invoice # 92076 - 10129 SEC v Horwitz - 03/15/2022

| 02/08/2022 | MV | Business Operations: Preparation for call with John Libby. (30 min) Call with John Libby - discussion of Haus Capital. LayJax LLC. Review of LLC documents. (60 min) | 1.50 | $607.50 |
|---|---|---|---|---|
| 02/08/2022 | MV | Case Administration: Review of documents (30 min). Call with Counsel regarding Stay of Litigation proceedings and applicability to various entities. (60 min) | 1.50 | $607.50 |
| 02/08/2022 | RB | Asset Analysis and Recovery: Zoom conference with John from Manatt regarding LayJax and details behind the investment vehicle. | 0.40 | $126.00 |
| 02/08/2022 | RB | Case Administration: Debriefing call with D. Wilson, M. Vives and M. Wilson regarding next steps. | 0.20 | $63.00 |
| 02/08/2022 | RB | Data Analysis: Finalize review of legal documents from the SEC and highlight important items to be shared with the team. | 1.20 | $378.00 |
| 02/08/2022 | RB | Case Administration: Email to M. Vives regarding information to be reviewed. | 0.10 | $31.50 |
| 02/08/2022 | MDW | Business Operations: Meeting with Counsel from Layjax/Haus Capital. | 1.00 | $202.50 |
| 02/08/2022 | MDW | Asset Analysis and Recovery: Emailed IT for a request of initial cost and maintaining cost for Receivership website. (.2) Created a budget and sent to M.Vives for review. (1) Updated Z.Crowell (IT) on how to process invoices in the future to project. (.3) | 1.50 | $303.75 |
| 02/08/2022 | MDW | Case Administration: Developed and emailed copy for website. | 2.00 | $405.00 |
| 02/08/2022 | LR | Accounting/Auditing: Review documents for wiring instructions - correspondence with East West Bank to request | 0.40 | $63.00 |
| 02/09/2022 | MV | Case Administration: Review website budget with M Wilson. | 0.30 | $121.50 |
| 02/09/2022 | LR | Forensic Accounting: Meeting with Counsel regarding status of various litigants, real estate holdings, and Horwitz affiliates. Focus on Forensic Accounting. | 1.80 | $283.50 |
| 02/09/2022 | MV | Forensic Accounting: Meeting with Counsel regarding litigants, affiliates of Horwitz and Real Estate assets. Focus on Forensic Accounting | 1.80 | $729.00 |
| 02/09/2022 | MDW | Asset Analysis and Recovery: Meeting with counsel regarding litigants and affiliates for real estate and assets. Focus on Forensic Accounting. | 1.80 | $364.50 |
| 02/09/2022 | MV | Case Administration: Review documents provided by SEC. Develop and update task matrix. | 0.80 | $324.00 |
| 02/09/2022 | RB | Case Administration: Review website copy for 1inMillion to communicate with investors, substantial comments and updates. | 0.60 | $189.00 |

| 02/09/2022 | MDW | Case Administration: Developed project and website budget. | 1.80 | $364.50 |
|---|---|---|---|---|
| 02/09/2022 | MDW | Case Administration: Finalized DRAFT on website content for investors to locate all information regarding the case and any updates that will occur. Sent to R.Baker and M.Vives for review and edits. | 2.00 | $405.00 |
| 02/09/2022 | LR | Accounting/Auditing: Save wiring instructions to folder and forward to internal team | 0.20 | $31.50 |
| 02/09/2022 | DW | Case Administration: Participate team meeting and follow up internally on various issues. | 1.80 | $729.00 |
| 02/10/2022 | MV | Case Administration: Call with Counsel regarding Order not containing certain entities, Horwitz as an individual and how to modify the order. | 0.30 | $121.50 |
| 02/10/2022 | MV | Case Administration: Review website content and narrative. (35 min) Discussion regarding various website pages, information to be shared, etc. (45 min) | 1.40 | $567.00 |
| 02/10/2022 | MDW | Case Administration: Developed and emailed copy for website. | 0.50 | $101.25 |
| 02/10/2022 | MDW | Case Administration: Rogue Black Movie Matrix for Receivership. | 2.00 | $405.00 |
| 02/10/2022 | RB | Asset Analysis and Recovery: Communications with M. Wilson regarding compiling and pulling title reports for each of the properties. | 0.30 | $94.50 |
| 02/11/2022 | DW | Asset Analysis and Recovery: Review recent emails from Katten. (.6) Review the list of documents in the receiver's possession and have a more detailed review of the Rogue Black documents. (.6) | 1.20 | $486.00 |
| 02/14/2022 | MV | Case Administration: Review Motion for Compensation and Motion for Counsel prior to Court Hearing. | 0.80 | $324.00 |
| 02/14/2022 | MV | Case Administration: Hearing with Judge Snyder, SEC Counsel and Horwitz Counsel regarding Motion to Hire Katten Muchin and Motion for Compensation Structure. | 0.50 | $202.50 |
| 02/14/2022 | MV | Case Administration: Internal team meeting regarding discussion of LLC's,request from US Attorney's Office for turnover of records. | 0.80 | $324.00 |
| 02/14/2022 | LR | Asset Analysis and Recovery: Project meeting regarding forensic accounting. | 0.90 | $141.75 |
| 02/14/2022 | LG | Asset Analysis and Recovery: DWC team meeting to discuss status and next steps. | 0.80 | $324.00 |
| 02/14/2022 | MDW | Business Operations: Internal DWC meeting to discuss many aspects to the ongoing tasks that include accounting, auditing of entities, website start up and other high-level topics. | 1.30 | $263.25 |

Invoice #: 92076 - 10129 SEC v Horwitz - 03/15/2022

| 02/14/2022 | DW | Asset Analysis and Recovery: Review various emails from Katten regarding their summary and recommendations on various matters. (30 min) Review of various other documents in preparation for an internal meeting and participate in the same. (60 min) | 1.50 | $607.50 |
|---|---|---|---|---|
| 02/14/2022 | MDW | Asset Analysis and Recovery: Reviewed Tranzon property findings on Horwitz LLC and Entities. Forwarded over to M.Vives and R.Baker to review. | 1.00 | $202.50 |
| 02/14/2022 | RB | Asset Analysis and Recovery: Meet with M. Vives, D. Wilson and L. Goodridge regarding review of assets and data to be reviewed in pursuit of maximize recovery for the estate. | 0.60 | $189.00 |
| 02/15/2022 | LR | Forensic Accounting: Inventory bank statements and prepare item listing spreadsheet | 0.60 | $94.50 |
| 02/15/2022 | DW | Case Administration: Follow up on the result of the court hearing yesterday and verify the timeline for the initial report to the court for the receiver. | 0.60 | $243.00 |
| 02/16/2022 | RB | Case Administration: Review status of litigation tracking and analyze litigation injunction. | 0.30 | $94.50 |
| 02/16/2022 | MV | Case Administration: Review Notice of Non Opposition regarding Judge Snyder. Email correspondence regarding same. | 0.30 | $121.50 |
| 02/16/2022 | MV | Business Operations: Work with IT Department regarding 1inMM@douglaswilson.com email address for website and investor relations. | 0.30 | $121.50 |
| 02/16/2022 | MDW | Case Administration: Spoke with W.Mealhouse (IT) regarding setting up the main email contact for the investor website. | 0.90 | $182.25 |
| 02/16/2022 | DW | Case Administration: Verify the status of setting up the bank account and the transfer of the money. Review the agenda for the upcoming call with Katten and what to review in advance of the call. | 0.40 | $162.00 |
| 02/17/2022 | LR | Forensic Accounting: Update spreadsheet with account information. | 0.30 | $47.25 |
| 02/17/2022 | MV | Business Operations: Review Rogue Black LLC documentation. | 0.60 | $243.00 |
| 02/17/2022 | MV | Business Operations: Introductory conference call with Andrew Levitas, Andy Esbenshade, and Receiver's team to discuss the operations of Rogue Black. | 1.00 | $405.00 |
| 02/17/2022 | MV | Asset Analysis and Recovery: Discussion with Receivers counsel regarding pending litigation between investors and aggregators. Discussion on necessity of various Stays. | 1.00 | $405.00 |
| 02/17/2022 | RB | Business Analysis: Zoom call with A. Levitas and counsel regarding | 1.00 | $315.00 |

| | | | | |
|---|---|---|---|---|
| | | discussion of rogue black business, operations, future recovery sources, and background to the business. | | |
| 02/17/2022 | MDW | Case Administration: Reached out to M.Walters with Tranzon in regards to pulling title reports. Reviewed reports. | 1.00 | $202.50 |
| 02/17/2022 | DW | Asset Analysis and Recovery: Review various background documents regarding Rogue Black in advance of the Zoom call with the principal of the business. (.8) Participate on the call and have a follow up internal discussion regarding the same. (1) | 1.80 | $729.00 |
| 02/18/2022 | MV | Case Administration: Discussion regarding Aggregators and preserving funds for investors. Analysis of litigation stay and potential investigations into other LLCs. | 1.00 | $405.00 |
| 02/18/2022 | MV | Case Administration: Develop summary email and agenda for Meeting with SEC. | 0.30 | $121.50 |
| 02/18/2022 | MV | Case Administration: Draft and issue response Emails to investors. | 0.80 | $324.00 |
| 02/18/2022 | MV | Case Administration: Meeting with Counsel regarding additional information on investors and aggregators. | 0.80 | $324.00 |
| 02/18/2022 | LR | Forensic Accounting: Update inventory spreadsheet. | 0.40 | $63.00 |
| 02/18/2022 | DW | Asset Analysis and Recovery: Review various documents and emails in preparation for the Zoom meeting with the attorneys to review the status of various issues. (60 min) Participate on the Zoom to review the status of various pending matters, the priority of each and how best to proceed. (60 min) Follow up internal discussions. (15 min) | 2.20 | $891.00 |
| 02/21/2022 | LR | Forensic Accounting: Take inventory of documents received by SEC and prepare spreadsheets with document analysis. | 2.30 | $362.25 |
| 02/21/2022 | LR | Case Administration: Internal review of documents and next step towards audit | 1.00 | $157.50 |
| 02/21/2022 | KB | Case Administration: Internal meeting regarding file audit. | 1.00 | $135.00 |
| 02/21/2022 | LG | Case Administration: Internal meeting regarding review of documents and next steps towards audit. | 1.00 | $405.00 |
| 02/21/2022 | TR | Case Administration: Internal review of documents provided by SEC and discuss next steps. | 1.00 | $315.00 |
| 02/21/2022 | MDW | Case Administration: Internal review of documents and next step towards audit. | 1.00 | $202.50 |
| 02/21/2022 | MDW | Asset Analysis and Recovery: (2h) Finished inputting data on Rogue Black's films, with detail behind each movie. | 2.00 | $405.00 |

| | | | | |
|---|---|---|---|---|
| 02/21/2022 | MDW | Case Administration: Went over Flowchart with M.Vives and L.Rocha. Went over next steps. | 0.50 | $101.25 |
| 02/21/2022 | MV | Case Administration: Review billing procedures with T Rollins. | 0.40 | $162.00 |
| 02/21/2022 | MV | Case Administration: Meeting with counsel regarding various matters to discuss with SEC. | 1.00 | $405.00 |
| 02/21/2022 | MV | Asset Analysis and Recovery: Meeting with Receiver's team regarding review of documents, specific to asset recovery. | 1.00 | $405.00 |
| 02/21/2022 | MV | Case Administration: Meeting with K Bickings regarding investor log and website. | 0.50 | $202.50 |
| 02/21/2022 | DW | Case Administration: Review various emails in preparation for the internal meeting to discuss the Horwitz matter. (.1) Participate in the meeting to provide an update regarding current activities, the priority of issues going forward. (1) Follow up conversations with team members regarding the same. (.1) | 1.20 | $486.00 |
| 02/22/2022 | LR | Forensic Accounting: Internal meeting with M.Vives regarding forensic analysis | 0.30 | $47.25 |
| 02/22/2022 | MV | Case Administration: Meeting with SEC. | 1.00 | $405.00 |
| 02/22/2022 | MV | Case Administration: Follow up discussion with Counsel after meeting with SEC. | 0.80 | $324.00 |
| 02/22/2022 | MV | Case Administration: Meeting with L Rocha regarding document review and forensic analysis. | 0.30 | $121.50 |
| 02/22/2022 | MV | Case Administration: Review and edit draft Order. | 0.50 | $202.50 |
| 02/22/2022 | LR | Accounting/Auditing: Confirm if docket was received for wiring of funds | 0.10 | $15.75 |
| 02/23/2022 | MV | Asset Analysis and Recovery: Call with counsel regarding asset recovery and potential uses of fraudulent funds. | 1.00 | $405.00 |
| 02/23/2022 | MV | Case Administration: Call with counsel regarding revised order. | 0.50 | $202.50 |
| 02/23/2022 | DW | Case Administration: Update on emails and the monitor the recent discussions with the SEC. | 0.50 | $202.50 |
| 02/24/2022 | MV | Asset Analysis and Recovery: Call with investors into JJMT. | 1.50 | $607.50 |
| 02/24/2022 | MV | Case Administration: Review documents and files. | 1.00 | $405.00 |
| 02/24/2022 | MV | Case Administration: Discussion with Controller regarding access to funds in Court Registry. | 0.30 | $121.50 |

| 02/24/2022 | TR | Case Administration: Call US District Court Central District of California regarding funds held in court registry. | 0.30 | $94.50 |
|---|---|---|---|---|
| 02/24/2022 | MV | Asset Analysis and Recovery: Call with counsel regarding sub-investor meeting. | 0.40 | $162.00 |
| 02/24/2022 | MV | Case Administration: Review real property information. (1 hr) Review documents regarding bank accounts and distribution of funds (2 hrs). Develop and update matrix of investigation items. (30 min) | 3.50 | $1,417.50 |
| 02/24/2022 | DW | Case Administration: General project update and monitor the process with bank. | 0.30 | $121.50 |
| 02/25/2022 | MV | Case Administration: Conference call with investor. | 0.80 | $324.00 |
| 02/25/2022 | MV | Case Administration: Review and meetings with counsel regarding aggregators. | 1.40 | $567.00 |
| 02/25/2022 | TR | Case Administration: Call with T. Banich, A. Yager, and M. Vives re funds held in court registry. | 0.20 | $63.00 |
| 02/25/2022 | MV | Case Administration: Case document review. | 2.30 | $931.50 |
| 02/26/2022 | DW | Case Administration: Review various recent emails and respond as needed. Meet with Michele Vives to review the summary of the work done to date, the priorities going forward with the next motion to the court. Monitor the allocation of the work and the internal timelines to complete various tasks. Update on the status of the various investor discussions. | 0.80 | $324.00 |
| 02/26/2022 | MV | Case Administration: Meeting with D Wilson regarding matter, various motions & orders. | 1.50 | $607.50 |
| 02/28/2022 | LR | Accounting/Auditing: Review documents provided by SEC for inventory and to report findings. (2) Research findings in preparation for internal meeting. (.5) | 2.50 | $393.75 |
| 02/28/2022 | MV | Case Administration: Call with Website Vendor regarding draft website deliverables. | 1.00 | $405.00 |
| 02/28/2022 | LR | Case Administration: Internal team discussion for SEC | 0.60 | $94.50 |
| 02/28/2022 | LR | Case Administration: Research aggregator members. | 0.60 | $94.50 |
| 02/28/2022 | LR | Forensic Accounting: Meeting with Forensic team to review accounts and affiliated LLCs | 0.80 | $126.00 |
| 02/28/2022 | LG | Case Administration: Internal team meeting. | 0.50 | $202.50 |
| 02/28/2022 | MDW | Case Administration: Internal team meeting to discuss matter. | 0.50 | $101.25 |

| 02/28/2022 | KB | Case Administration: Internal team meeting. | 0.50 | $67.50 |
| 02/28/2022 | LG | Forensic Accounting: Meeting with forensic team to review accounts and affiliated LLCs. | 0.80 | $324.00 |
| 02/28/2022 | MV | Forensic Accounting: Internal team meeting regarding forensic analysis and various LLC's. | 1.00 | $405.00 |
| 02/28/2022 | LG | Case Administration: Review of media information. | 0.30 | $121.50 |
| 02/28/2022 | TR | Case Administration: Internal team meeting. | 0.50 | $157.50 |
| 02/28/2022 | TR | Forensic Accounting: Meeting with forensic team to review accounts and affiliated LLC's. | 0.80 | $252.00 |
| 02/28/2022 | KB | Case Administration: Review of Aggregators with M. Vives. | 0.30 | $40.50 |
| 02/28/2022 | TR | Case Administration: Summarize billing terms. | 0.40 | $126.00 |
| 02/28/2022 | MV | Case Administration: Review of Motion regarding clarification of litigation stay. Email to internal team and counsel regarding same. | 0.50 | $202.50 |
| 02/28/2022 | MV | Case Administration: Meeting with K Bickings regarding review of Aggregators and their Managing Members. | 0.50 | $202.50 |
| 02/28/2022 | RB | Business Analysis: Phone call with M. Wilson re: review of Rogue Black documents and creating inventory. | 0.30 | $94.50 |
| 02/28/2022 | RB | Asset Analysis and Recovery: Meet with L. Goodridge, M. Vives, M. Wilson re: current findings, discussion of delegations of tasks, potential recovery targets. | 0.50 | $157.50 |
| 02/28/2022 | DW | Case Administration: Follow up on the results of the weekly internal meeting to track the progress on the assignment. | 0.40 | $162.00 |

**Services Subtotal**     **$40,941.00**

## Expenses

| Date | Timekeeper | Description | Rate | Total |
|------|-----------|-------------|------|-------|
| 02/04/2022 | TR | Website: 02.04.22 GoDaddy ($51.32) | $51.32 | $51.32 |

**Expenses Subtotal**     **$51.32**

| Time Keeper | | Hours | Rate | Total |
|-------------|--|-------|------|-------|

Invoice #: 92076 - 10129 SEC v Horwitz - 03/15/2022

| | | | |
|---|---|---|---|
| Ryan Baker | 14.3 | $315.00 | $4,504.50 |
| Kristine Bickings | 1.8 | $135.00 | $243.00 |
| Lynn Goodridge | 4.3 | $405.00 | $1,741.50 |
| Lisset Rocha | 15.5 | $157.50 | $2,441.25 |
| Terra Rollins | 3.2 | $315.00 | $1,008.00 |
| Michele Vives | 44.0 | $405.00 | $17,820.00 |
| Douglas Wilson | 15.6 | $405.00 | $6,318.00 |
| Michael Wilson | 33.9 | $202.50 | $6,864.75 |
| | | **Subtotal** | **$40,992.32** |
| | | **Total** | **$40,992.32** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 92056 | 03/03/2022 | $10,575.00 | $0.00 | $10,575.00 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 92076 | 03/25/2022 | $40,992.32 | $0.00 | $40,992.32 |
| | | | **Outstanding Balance** | **$51,567.32** |
| | | | **Total Amount Outstanding** | **$51,567.32** |

Please make all amounts payable to: Douglas Wilson Companies

Please pay within 10 days.

Invoice #: 92076 - 10129 SEC v Horwitz - 03/15/2022

Please contact accounting with any questions: dwcaccounting@douglaswilson.com