Terence G. Banich (SBN 212173)
terence.banich@katten.com
Allison E. Yager (*pro hac vice* to be filed)
allison.yager@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

*Attorneys for the Receiver*
Michele Vives

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:21-cv-02927-CAS(GJSx) |
| Plaintiff, | **THIRD MONTHLY FEE STATEMENT OF RECEIVER MICHELE VIVES—MARCH 2022** |
| v. | Judge: Hon. Christina A. Snyder |
| ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC, | Courtroom: 8D |
| Defendants. | |

Michele Vives, in her capacity as the receiver in the above-captioned action (the "Receiver"), pursuant to paragraphs 3(b) and 3(d) of the *Order Granting Motion of Receiver Michele Vives for Order Establishing Procedures for Allowance of Compensation and Reimbursement of Expenses*, dated February 22, 2022 [ECF #77] (the "Interim Compensation Procedures Order"), hereby files this monthly fee statement (this "Monthly Fee Statement") for (i) compensation in the amount of $64,285.20 (80% of $80,356.50) for the reasonable and necessary services rendered by the Receiver from March 1, 2022 through and including March 31, 2022 (the "Fee Period") and (ii) reimbursement of the actual and necessary expenses that the Receiver incurred, in the amount of $491.00 during the Fee Period.

### Statement of Fees and Expenses

In support of this Monthly Fee Statement, attached are the following exhibits:

• **Exhibit A** is a schedule for the Fee Period, setting forth the total amounts of compensation sought with respect to each category of services for which the Receiver is seeking payment in this Monthly Fee Statement.

• **Exhibit B** is a schedule for the Fee Period providing certain information regarding the professionals for whose work in this receivership compensation is sought in this Monthly Fee Statement. The Receiver and her staff at Douglas Wilson Companies have expended a total of 320.30 hours in connection with this proceeding during the Fee Period.

• **Exhibit C** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which the Receiver is seeking reimbursement in this Monthly Fee Statement. All of these disbursements comprise the requested sum for the Receiver's out of pocket expenses.

• **Exhibit D** consists of the Receiver's invoice of fees and expenses incurred during the Fee Period in the rendition of the professional services to the Receiver. This invoice may have been redacted to maintain privilege and

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

confidentiality, in accordance with paragraph 3(a) of the Interim Compensation Procedures Order.

Although every effort has been made to include in this Monthly Fee Statement all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. The Receiver reserves the right to make further application to this Court for allowance of such fees and expenses not included herein in accordance with the Interim Compensation Order.

Notice of this Monthly Fee Statement will be provided in accordance with the procedures set forth in the Interim Compensation Order.

## **Objection Period**

The Notice Parties specified in paragraph 3(a) of the Interim Compensation Order shall have 10 days from the date hereof, i.e., until 4:00 p.m. prevailing Pacific Time on **April 25, 2022** (the "Objection Period"), to review the Monthly Fee Statement and serve a Notice of Objection (as defined in the Interim Compensation Order) on the Receiver.

In accordance with paragraph 3(c) of the Interim Compensation Order, after the Objection Period expires at 4:00 p.m. prevailing Pacific Time on April 25, 2022, the Receiver shall pay, without further order of the Court, 80% of the fees and 100% of the expenses the Receiver has requested in the Monthly Fee Statement that are not the subject of a Notice of Objection. Based on that formula, the Receiver shall receive $64,285.20 of the fees and $491.00 of the expenses unless a timely Notice of Objection is served.

//
//
//
//
//

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

1

2

Dated: April 15, 2022       Respectfully submitted,

3

**KATTEN MUCHIN ROSENMAN LLP**

4

By:  /s/*Terence G. Banich*
   Terence G. Banich

5

*Attorneys for the Receiver*
Michele Vives

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

# PROOF OF SERVICE

**STATE OF ILLINOIS, COUNTY OF COOK**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, IL 60661.

On April 15, 2022, I served the following document(s) described as:

**MONTHLY FEE STATEMENT OF RECEIVER MICHELE VIVES— MARCH 2022**

on counsel of record in this action as follows:

**[ ]    BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing.  On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[ ]    BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused the document(s) to be sent from e-mail address terence.banich@katten.com to the persons at the e-mail addresses listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ]    BY OVERNIGHT MAIL (FedEx):**  I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]    BY PERSONAL SERVICE:**  I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]    E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on April 15, 2022, at Winnetka, Illinois.

*/s/Terence G. Banich*
Terence G. Banich

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

## Exhibit A
### Summary of Total Fees and Expenses by Subject Matter

| Matter Description | Hours | Amount |
|---|---|---|
| Asset Analysis and Recovery | 5.9 | $1,503.00 |
| Business Analysis | 13.0 | $4,257.00 |
| Business Operations | 35.5 | $8,012.25 |
| Case Administration | 153.8 | $47,067.75 |
| Claims Administration and Objections | 1.6 | $504.00 |
| Forensic Accounting | 110.5 | $19,012.50 |
| Expenses | 0.00 | $491.00 |
| **Totals** | **320.3** | **$80,847.50** |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

## Exhibit B
### Summary of Total Fees and Hours by Attorneys and Paraprofessionals

| Professional | Position with the Applicant | Years of Experience | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Michele Vives | Receiver | 17 | $405.00 | 54.2 | $20,634.75 |
| Douglas Wilson | Executive Management | 33 | $405.00 | 33.5 | $12,251.25 |
| Lynn Goodridge | Executive Management | 25 | $405.00 | 10.9 | $4,414.50 |
| Ryan Baker | Project Director | 12 | $315.00 | 42.4 | $12,820.50 |
| Terra Rollins | Project Director | 22 | $315.00 | 9.4 | $1,858.50 |
| Michael Wilson | Project Associate Director | 1 | $202.50 | 57.4 | $11,623.50 |
| Lisset Rocha | Accounting | 4 | $157.50 | 68.9 | $10,851.75 |
| Monica Garcia | Accounting | 1 | $157.50 | 0.7 | $110.25 |
| Kristine Bickings | Administrative | 8 | $135.00 | 42.9 | $5,791.50 |
| **Totals** | | | | **320.3** | **$80,356.50** |

## Exhibit C
## Summary of Actual and Necessary Expenses

| Expenses by Category | Amount |
|---|---|
| Background Checks | $52.04 |
| Bank Fees | $48.00 |
| FedEx | $246.30 |
| Meals | $56.34 |
| Mileage | $48.32 |
| Parking | $40.00 |
| **Total** | **$491.00** |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

**<u>Exhibit D</u>**
**<u>Invoices</u>**

**Services for month ending March 31, 2022**

# Douglas Wilson Companies

Invoice #: 92106
Invoice Date: 04/12/2022
Due Date: 04/22/2022

1620 Fifth Avenue, Suite 400
San Diego, CA 92101
Phone: 619 641-1141
Fax: 619-641-1150
douglaswilson.com

SEC v Horwitz
Attn: Michele Vives
1620 Fifth Avenue, Suite 400
San Diego, CA 92101
United States

## 10129 SEC v Horwitz

### Services

| Date | Timekeeper | Description | Hours | Discount | Total |
|------|-----------|-------------|-------|----------|-------|
| 03/01/2022 | MV | Case Administration: Email correspondence between Receiver and counsel regarding motions. | 0.40 | - | $162.00 |
| 03/01/2022 | KB | Case Administration: Internal review of documents regarding aggregators. | 1.20 | - | $162.00 |
| 03/01/2022 | LR | Forensic Accounting: Research Horwitz entity filings | 2.90 | - | $456.75 |
| 03/01/2022 | TR | Case Administration: Summarize SEC Billing Instructions. | 1.50 | 100.0% | $0.00 |
| 03/02/2022 | LR | Forensic Accounting: Research Horwitz and aggregator entity filings (3.3h) Review various declarations (1.3h) | 4.60 | - | $724.50 |
| 03/02/2022 | MDW | Asset Analysis and Recovery: Draft summary materials regarding Rogue Black documents. (1.8) Email summary materials to R. Baker for review. (.2) | 2.00 | - | $405.00 |
| 03/02/2022 | MV | Case Administration: Review add'l draft of Declaration and Motion regarding Court Registry transfer of funds. Review email correspondence between M Quinn and T Banich regarding same. | 0.50 | - | $202.50 |
| 03/02/2022 | MV | Case Administration: Review final Declarations, Motion and Order for Injunction Clarification. | 0.50 | - | $202.50 |

| 03/02/2022 | MV | Case Administration: Update call with counsel regarding various motions. Update call with counsel regarding stay of litigation discussion. Schedule meeting with USAO. | 1.00 | - | $405.00 |
|---|---|---|---|---|---|
| 03/02/2022 | MV | Asset Analysis and Recovery: Discussion with Bank regarding request for information, due dates and next steps. | 0.80 | - | $324.00 |
| 03/02/2022 | MV | Case Administration: Emails with internal team regarding managing members of aggregators. | 0.50 | - | $202.50 |
| 03/02/2022 | KB | Forensic Accounting: Research background information relating to aggregators. | 2.00 | - | $270.00 |
| 03/02/2022 | RB | Business Analysis: Begin review Rogue Black film documentation. | 1.40 | - | $441.00 |
| 03/02/2022 | DW | Case Administration: Review emails and other materials regarding case updates. | 0.50 | - | $202.50 |
| 03/02/2022 | TR | Case Administration: Review receiver billing entries and edit as needed. | 1.00 | 100.0% | $0.00 |
| 03/03/2022 | MV | Case Administration: Preparation for call with USAO. | 0.30 | - | $121.50 |
| 03/03/2022 | MV | Case Administration: Meeting with USAO. | 0.50 | - | $202.50 |
| 03/03/2022 | LR | Forensic Accounting: Review various declarations | 1.30 | - | $204.75 |
| 03/03/2022 | MV | Case Administration: Call with SEC Counsel. | 0.30 | - | $121.50 |
| 03/03/2022 | MV | Case Administration: Call with counsel regarding various matter items and issues. | 1.00 | - | $405.00 |
| 03/03/2022 | KB | Forensic Accounting: Research sub-investors. | 1.90 | - | $256.50 |
| 03/03/2022 | LR | Case Administration: Internal Team Meeting. | 0.80 | - | $126.00 |
| 03/03/2022 | LG | Case Administration: Internal team meeting. | 0.80 | - | $324.00 |
| 03/03/2022 | KB | Case Administration: Internal team meeting. | 0.80 | - | $108.00 |
| 03/03/2022 | RB | Case Administration: Internal Team Meeting. | 0.80 | - | $252.00 |
| 03/03/2022 | MV | Case Administration: Internal team meeting. | 0.80 | - | $324.00 |
| 03/03/2022 | TR | Case Administration: Internal team meeting. | 0.80 | - | $252.00 |
| 03/03/2022 | RB | Case Administration: Phone call with Receiver and counsel regarding status of litigation and strategy. | 1.00 | - | $315.00 |

| 03/03/2022 | TR | Case Administration: Prepare Receiver February 2022 billing. Update for M. Vives edits. | 1.00 | 100.0% | $0.00 |
| 03/04/2022 | LR | Case Administration: Meet with K. Bickings to review progress and notes | 0.50 | - | $78.75 |
| 03/04/2022 | RB | Business Analysis: Continue review Rogue Black documentation. | 1.40 | - | $441.00 |
| 03/04/2022 | MV | Case Administration: Review emails from T Banich, M Quinn, K Wanner. (0.5) Discussion with Counsel regarding same issues. (1.0) | 1.50 | - | $607.50 |
| 03/04/2022 | MV | Case Administration: Discussion with D Wilson regarding matter. | 0.30 | - | $121.50 |
| 03/04/2022 | KB | Forensic Accounting: Research background information for contact listing. | 4.00 | - | $540.00 |
| 03/04/2022 | RB | Case Administration: Communications with T. Banich and M. Vives re: scope of receivership and needs. | 0.50 | - | $157.50 |
| 03/04/2022 | DW | Case Administration: Update on Rogue Black, the modification to the order and the stay motion. Follow up conversation with Michele Vives regarding various aspects of the project and the receiver's priorities going forward. | 0.50 | - | $202.50 |
| 03/07/2022 | KB | Forensic Accounting: Research background information for contact listing. | 2.50 | - | $337.50 |
| 03/07/2022 | MDW | Business Operations: Review Rogue Black documentation. (1.0) Incorporate information from documentation into summary materials. (.5) | 1.50 | - | $303.75 |
| 03/07/2022 | RB | Business Analysis: Review Rogue Black's various agreements and investment information. | 1.00 | - | $315.00 |
| 03/07/2022 | RB | Business Analysis: Continue drafting various matrices for important investment information. | 0.50 | - | $157.50 |
| 03/08/2022 | MV | Case Administration: Internal team discussion and meeting regarding Court Registry, stay of pending litigation, revision to order and Rogue Black. | 1.30 | - | $526.50 |
| 03/08/2022 | KB | Forensic Accounting: Meet with M. Vives. | 0.50 | - | $67.50 |
| 03/08/2022 | LR | Forensic Accounting: Research entity and aggregator filings(2h), download relevant documents(.6h), and create spreadsheet listing (.7h) | 3.30 | - | $519.75 |

Invoice #: 92106 - 10129 SEC v Horwitz - 04/12/2022

| 03/08/2022 | MV | Forensic Accounting: Meeting with K Bickings regarding forensics on Aggregators. | 0.50 | - | $202.50 |
|---|---|---|---|---|---|
| 03/08/2022 | RB | Case Administration: Zoom call with T. Banich, M. Vives, D. Wilson regarding litigation, Rogue Black, and clarification of Receivership order. | 1.30 | - | $409.50 |
| 03/08/2022 | DW | Case Administration: Participate on the Zoom call with the legal team to monitor all aspects of the project and outline the immediate goals moving forward. | 1.30 | - | $526.50 |
| 03/09/2022 | MV | Case Administration: Review bank statement information for Rogue Black LLC. Email A Esbenshade regarding meeting with A Levitas. | 0.30 | - | $121.50 |
| 03/09/2022 | MV | Case Administration: Schedule meeting with K Wanner. | 0.20 | - | $81.00 |
| 03/09/2022 | LR | Case Administration: Discuss aggregators with K.Bickings | 0.40 | - | $63.00 |
| 03/09/2022 | MDW | Business Operations: Phone call with R. Baker regarding document review. (.1) Incorporate information from documents into summary materials. (2.4) | 2.50 | - | $506.25 |
| 03/09/2022 | LR | Forensic Accounting: Research aggregator filings | 1.30 | - | $204.75 |
| 03/09/2022 | MDW | Business Operations: Continue reviewing Rogue Black documentation. (1.7) Continue incorporating information into summary materials (.8) | 2.50 | - | $506.25 |
| 03/09/2022 | MV | Case Administration: Call with SEC Counsel | 0.70 | - | $283.50 |
| 03/09/2022 | MV | Case Administration: Call with R Baker regarding case administration and Rogue Black, LLC | 0.50 | - | $202.50 |
| 03/09/2022 | RB | Case Administration: Phone call with M. Vives re: case administration and Rogue Black. | 0.50 | - | $157.50 |
| 03/09/2022 | RB | Case Administration: Phone call with M. Wilson re: status of document review. | 0.10 | - | $31.50 |
| 03/09/2022 | RB | Case Administration: Communications with T. Rollins re: prep and copy of SFAR accounting in excel. | 0.30 | - | $94.50 |
| 03/09/2022 | RB | Business Analysis: Review historical financials for Rogue Black. | 1.00 | - | $315.00 |
| 03/09/2022 | RB | Business Analysis: Organize files received from A. Levitas. (.4) Review film operating documents. (1.2) | 1.60 | - | $504.00 |
| 03/10/2022 | LR | Forensic Accounting: Finalize entity and aggregator listing | 3.60 | - | $567.00 |

Invoice #: 92106 - 10129 SEC v Horwitz - 04/12/2022

| 03/10/2022 | MDW | Business Operations: Call with R. Baker regarding document review. (.1) Continue reviewing Rogue Black documentation and incorporating information into summary materials. (.9) | 1.00 | - | $202.50 |
|---|---|---|---|---|---|
| 03/10/2022 | MV | Case Administration: Call with Counsel regarding order issues. (1.2) Follow up email to SEC. (0.3) | 1.50 | - | $607.50 |
| 03/10/2022 | MDW | Case Administration: Call with R.Baker in regards to Rogue Black LLC tasks. | 0.30 | - | $60.75 |
| 03/10/2022 | MV | Case Administration: Internal team discussion regarding fraudulent transfers. | 0.90 | - | $364.50 |
| 03/10/2022 | LR | Case Administration: Update formatting of entity listing and forward to T.Banich and A.Yager | 0.70 | - | $110.25 |
| 03/10/2022 | RB | Business Analysis: Continue review of Rogue Black documentation. | 1.50 | - | $472.50 |
| 03/10/2022 | RB | Business Analysis: Phone call with M. Wilson regarding tasks related to Rogue Black. | 0.40 | - | $126.00 |
| 03/10/2022 | MDW | Business Operations: Continue reviewing Rogue Black documentation | 0.50 | - | $101.25 |
| 03/11/2022 | LR | Case Administration: Weekly internal team meeting | 0.90 | - | $141.75 |
| 03/11/2022 | MDW | Case Administration: Weekly internal team meeting. | 0.90 | - | $182.25 |
| 03/11/2022 | KB | Case Administration: Weekly internal team meeting. | 0.90 | - | $121.50 |
| 03/11/2022 | MV | Case Administration: Weekly Internal Team Meeting. | 0.90 | - | $364.50 |
| 03/11/2022 | MV | Case Administration: Review of Aggregator information. | 1.00 | - | $405.00 |
| 03/11/2022 | MDW | Case Administration: Email with R. Baker regarding Rogue Black document review. | 0.20 | - | $40.50 |
| 03/11/2022 | MDW | Business Operations: Finalize Rogue Black summary materials. | 1.50 | - | $303.75 |
| 03/11/2022 | TR | Case Administration: Internal team meeting. | 0.90 | - | $283.50 |
| 03/11/2022 | TR | Case Administration: Update Feb 2022 Receiver Fee Application for attorney edits. | 1.00 | - | $315.00 |
| 03/11/2022 | MDW | Forensic Accounting: Review L. Jasper declaration | 0.80 | - | $162.00 |
| 03/11/2022 | DW | Case Administration: Prepare for and participate on the | 1.20 | - | $486.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | DWC internal Zoom meeting to review the status of the various components of the project (1 hr). Follow up review of various files (0.2). | | | |
| 03/11/2022 | KB | Forensic Accounting: Review declaration and exhibits from L. Jasper (1.5 hours). Create supporting document summarizing exhibits (1.5 hours). | 3.00 | - | $405.00 |
| 03/11/2022 | RB | Case Administration: Status meeting with M. Vives and the team to discuss current findings and next steps. | 0.90 | - | $283.50 |
| 03/11/2022 | RB | Case Administration: Review letter from T. Banich and provide comments. | 0.30 | - | $94.50 |
| 03/13/2022 | MV | Case Administration: Review and edit letter to M Quinn. | 0.50 | - | $202.50 |
| 03/14/2022 | MDW | Case Administration: Met with R.Baker to go over current tasks for Rogue Black. | 0.80 | - | $162.00 |
| 03/14/2022 | MDW | Case Administration: Met with R.Baker and D.Wilson to go over current tasks for Rogue Black and LayJax. | 1.00 | - | $202.50 |
| 03/14/2022 | KB | Forensic Accounting: Review declaration and exhibits from L. Jasper (2 hours). Create supporting document summarizing exhibits (2 hours). | 4.00 | - | $540.00 |
| 03/14/2022 | RB | Business Analysis: Meet with D. Wilson and M. Wilson re: briefing on Rogue Black finding to date, review of prior contracts and strategies for going forward. | 1.00 | - | $315.00 |
| 03/14/2022 | RB | Business Analysis: Meet with M. Wilson re: Rogue Black review. | 0.80 | - | $252.00 |
| 03/14/2022 | RB | Case Administration: Review SEC documents related to scheme and relation to Rogue Black. | 0.50 | - | $157.50 |
| 03/14/2022 | LR | Forensic Accounting: Review background information for aggregators, forward findings to K.Bickings | 0.80 | - | $126.00 |
| 03/14/2022 | DW | Case Administration: Meet with R. Baker and M. Wilson re: updates on Rogue Black. | 1.00 | - | $405.00 |
| 03/15/2022 | MV | Business Analysis: Update on Rogue Black with D Wilson and R Baker. | 1.00 | - | $405.00 |
| 03/15/2022 | MDW | Business Operations: Prepare supplemental summary materials regarding Rogue Black | 1.00 | - | $202.50 |
| 03/15/2022 | LR | Forensic Accounting: Review bank statements. | 4.40 | - | $693.00 |

| Date | Initials | Description | Hours | | Amount |
|------|----------|-------------|-------|---|--------|
| 03/15/2022 | RB | Business Operations: Zoom call with A. Espenshade, A. Levitas, M. Vives and D. Wilson re: Rogue Black and expected incoming revenues. | 0.50 | - | $157.50 |
| 03/15/2022 | RB | Business Operations: Debrief with M. Vives and D. Wilson and M. Wilson re: request for Rogue Black documents. | 0.20 | - | $63.00 |
| 03/15/2022 | RB | Business Operations: Email to A. Espenshade requesting banking and financial documents related to Rogue Black. | 0.20 | - | $63.00 |
| 03/15/2022 | MV | Forensic Accounting: Download bank statements. Review with L Rocha. | 0.80 | - | $324.00 |
| 03/15/2022 | MV | Business Operations: Call with A Levitas and A Esbanshade. (0.5) Internal follow up with team (0.5) | 1.00 | - | $405.00 |
| 03/15/2022 | MDW | Business Operations: Zoom call with A. Espenshade, A. Levitas, M. Vives and D. Wilson regarding Rogue Black and expected incoming revenues. Internal follow up with team. | 0.90 | - | $182.25 |
| 03/15/2022 | MV | Case Administration: Review documents regarding promissory notes with aggregators. | 1.50 | - | $607.50 |
| 03/15/2022 | DW | Case Administration: Follow up internal discussions and investigation. (1 hr) | 1.50 | - | $607.50 |
| 03/16/2022 | LR | Forensic Accounting: Review persons of interests | 2.20 | - | $346.50 |
| 03/16/2022 | MDW | Business Operations: Called bank in regards to setting up bank account for Rogue Black. | 0.20 | - | $40.50 |
| 03/16/2022 | KB | Forensic Accounting: Review persons of interest. | 2.10 | - | $283.50 |
| 03/16/2022 | TR | Case Administration: Phone call to LA Superior Court re court registry funds. (0.2) Emailed court with required supporting documents. (0.2) | 0.40 | - | $126.00 |
| 03/16/2022 | MV | Case Administration: Review updated Books and Records letter to M Quinn. Reply to team regarding same. | 0.80 | - | $324.00 |
| 03/17/2022 | LR | Forensic Accounting: Review transactions in bank statements. | 2.00 | - | $315.00 |
| 03/17/2022 | RB | Case Administration: Zoom with T. Banich, M. Vives, D. Wilson and A. Yager re: ongoing legal matters. | 1.00 | - | $315.00 |
| 03/17/2022 | MV | Case Administration: Weekly team meeting regarding legal matters. | 1.00 | - | $405.00 |

| 03/17/2022 | MV | Forensic Accounting: Forensic team discussion regarding bank deliverables. | 0.80 | - | $324.00 |
|---|---|---|---|---|---|
| 03/17/2022 | MV | Case Administration: Follow up with SEC regarding meeting. | 0.20 | - | $81.00 |
| 03/17/2022 | MV | Case Administration: Follow up letter and email with bank regarding additional information request. | 1.00 | - | $405.00 |
| 03/17/2022 | RB | Business Operations: Communications with M. Vives and D. Wilson re: drafting schedule relative to Rogue Black fund recovery. | 0.30 | - | $94.50 |
| 03/17/2022 | MDW | Business Operations: Draft materials relating to Rogue Black general ledger | 3.00 | - | $607.50 |
| 03/17/2022 | MDW | Business Operations: Met with D. Wilson and M. Vives in regards to update on today's court hearing. | 0.30 | - | $60.75 |
| 03/17/2022 | MV | Business Analysis: Communications with R. Baker and D. Wilson re: drafting schedule relative to Rogue Black fund recovery. | 0.80 | - | $324.00 |
| 03/17/2022 | KB | Case Administration: Review declarations from SEC v. Horwitz, (1 hr). Take notes regarding declarations, (1 hr). | 2.00 | - | $270.00 |
| 03/17/2022 | DW | Case Administration: Prepare for and participate on the weekly Zoom call with Katten to review the status and priority of various matters to focus on. (1 hr) Follow up internal discussions. (0.3) | 1.30 | - | $526.50 |
| 03/17/2022 | LR | Case Administration: Update formatting of Rouge Black general ledger for review | 0.60 | - | $94.50 |
| 03/18/2022 | LR | Case Administration: Create internal Quickbooks file | 0.40 | - | $63.00 |
| 03/18/2022 | MV | Case Administration: Coordinate and respond to various meeting requests. | 0.40 | - | $162.00 |
| 03/18/2022 | MV | Case Administration: Response to email from Bank. Letter to Bank requesting additional information. | 0.50 | - | $202.50 |
| 03/18/2022 | MDW | Business Operations: Finalized Rogue Blacks General Ledger. | 1.50 | - | $303.75 |
| 03/18/2022 | MDW | Business Operations: Created bank forms for new Rogue Black Bank Account (1 hr) and reviewed with M.Garcia and M. Vives (30 min). | 1.50 | - | $303.75 |
| 03/18/2022 | LR | Forensic Accounting: Review bank transfer account | 0.50 | - | $78.75 |

| | | numbers | | | |
|---|---|---|---|---|---|
| 03/18/2022 | LR | Forensic Accounting: Review statement activity (1.3h) and persons of interest (1.3h) | 2.60 | - | $409.50 |
| 03/18/2022 | RB | Business Operations: Finalize document for A. Levitas. (.5) Communications with M. Vives re: same. (.2) Email to A. Espenshade re: same (.1) | 0.80 | - | $252.00 |
| 03/18/2022 | RB | Business Operations: Begin review of financial documents from A. Espenshade regarding collection accounts and bank statements. | 1.30 | - | $409.50 |
| 03/18/2022 | MDW | Business Operations: Finalize Rogue Black bank account materials and send to bank | 0.40 | - | $81.00 |
| 03/18/2022 | MDW | Business Operations: Compile fund information in connection with Rogue Black. | 1.50 | - | $303.75 |
| 03/18/2022 | DW | Case Administration: Review various emails and respond as needed. Update on the status of the DWC forensic analysis and the status and agenda for the Katten and SEC meetings next week. | 0.70 | - | $283.50 |
| 03/18/2022 | MG | Case Administration: Assisted M. Wilson in opening new bank account. | 0.70 | - | $110.25 |
| 03/20/2022 | DW | Case Administration: Comprehensive review of all aspects of the matter in preparation for the meetings this week with Katten Muchin, SEC,FBI and DOJ. (1.5) Review LayJax materials. (1) Review various court filings, depositions and other documents to assist in preparation for the meetings. (0.7) | 3.20 | - | $1,296.00 |
| 03/21/2022 | MV | Case Administration: Develop questions for SEC meeting with DOJ. | 0.40 | - | $162.00 |
| 03/21/2022 | MV | Case Administration: Message for Ms. Stapleton at bank. | 0.20 | - | $81.00 |
| 03/21/2022 | LR | Forensic Accounting: Review aggregator information (1.6h) Review bank activity for all accounts (1.9h) Update banking and aggregator spreadsheets (.4h) | 3.90 | - | $614.25 |
| 03/21/2022 | MV | Case Administration: Follow up internal team meeting. | 0.50 | - | $202.50 |
| 03/21/2022 | MV | Case Administration: Call with Bank Representative | 0.30 | - | $121.50 |
| 03/21/2022 | MDW | Case Administration: Internal update meeting. | 0.50 | - | $101.25 |
| 03/21/2022 | MDW | Business Operations: Review Rogue Black financial | 1.00 | - | $202.50 |

Invoice #: 92106 - 10129 SEC v Horwitz - 04/12/2022

|            |     | information |       |   |            |
|------------|-----|-------------|-------|---|------------|
| 03/21/2022 | RB  | Claims Administration and Objections: Review claim and investment documents from J. Hallivis regarding investments into Rogue Black. Review Rogue Black financials and related documents for information pertaining to J. Hallivis claim. | 1.00 | - | $315.00 |
| 03/21/2022 | RB  | Claims Administration and Objections: Phone call with team re: discussion of strategy for upcoming meetings and preparation thereof. | 0.50 | - | $157.50 |
| 03/21/2022 | DW  | Case Administration: Prepare for and participate in various internal discussions in preparation for the meeting this week with the SEC and others. (0.3) Further review of background information on LayJax and other aspects of the investigation.(0.5) Review recent emails.(0.5) | 1.30 | - | $526.50 |
| 03/22/2022 | RB  | Case Administration: Meeting with T. Banich, M. Vives, D. Wilson regarding ongoing forensic discovery. | 5.50 | - | $1,732.50 |
| 03/22/2022 | RB  | Business Operations: Meet with M. Vives re: Rogue Black findings and recovery. | 0.40 | - | $126.00 |
| 03/22/2022 | LG  | Case Administration: Attend portion of internal team meeting. | 4.80 | - | $1,944.00 |
| 03/22/2022 | RB  | Asset Analysis and Recovery: Communications with W. Mealhouse re: research on hosting of emails and obtaining copies thereof. | 0.30 | - | $94.50 |
| 03/22/2022 | RB  | Asset Analysis and Recovery: Prepare for team meeting compiling and aggregating all Rogue Black. | 1.00 | - | $315.00 |
| 03/22/2022 | MDW | Case Administration: Internal team meeting regarding ongoing forensic discovery and strategy | 5.50 | - | $1,113.75 |
| 03/22/2022 | MDW | Asset Analysis and Recovery: Correspondence with W. Mealhouse in regards to retrieving any and all emails associated with case. | 0.50 | - | $101.25 |
| 03/22/2022 | KB  | Forensic Accounting: Review declarations of aggregators and update spreadsheet. | 1.50 | - | $202.50 |
| 03/22/2022 | MV  | Forensic Accounting: Prepare for team meeting. (0.5) Full team meeting on forensic discovery to date. (5.5) | 6.00 | - | $2,430.00 |
| 03/22/2022 | DW  | Case Administration: Attend team meeting on forensic discovery. | 5.50 | - | $2,227.50 |

Invoice #: 92106 - 10129 SEC v Horwitz - 04/12/2022

| 03/22/2022 | LR | Forensic Accounting: Attend portion of team meeting on discovery. | 3.50 | - | $551.25 |
|---|---|---|---|---|---|
| 03/22/2022 | LR | Forensic Accounting: Review notes from team meeting and update spreadsheets | 2.60 | - | $409.50 |
| 03/23/2022 | MDW | Case Administration: Coordinate drafting letters regarding retrieval of email correspondence | 0.30 | - | $60.75 |
| 03/23/2022 | MDW | Case Administration: Drafted letters to GoDaddy and Microsoft 365 to retrieve all email correspondence involving the case. | 1.50 | - | $303.75 |
| 03/23/2022 | LR | Forensic Accounting: Update spreadsheets and review totals for individual vendor payments | 1.00 | - | $157.50 |
| 03/23/2022 | KB | Forensic Accounting: Review declarations (2 hrs), update excel spreadsheet (2 hrs). | 4.00 | - | $540.00 |
| 03/23/2022 | RB | Case Administration: Meeting with representatives from the SEC, USAO and FBI regarding review of information. | 2.00 | - | $630.00 |
| 03/23/2022 | RB | Business Operations: Draft email to A. Espenshade re: request for additional information. | 0.20 | - | $63.00 |
| 03/23/2022 | RB | Business Operations: Draft email to A. Espenshade re: discussion of future role. Circulate with receiver. | 0.30 | - | $94.50 |
| 03/23/2022 | RB | Case Administration: Travel from Irvine to downtown Los Angeles and back related to meeting with SEC, FBI and USAO. Round trip time = 3.4 hours. | 3.40 | 50.0% | $535.50 |
| 03/23/2022 | MV | Case Administration: Meeting with SEC, USAO and FBI. | 2.00 | - | $810.00 |
| 03/23/2022 | MV | Case Administration: Travel to Los Angeles for Agency meeting. | 3.50 | 50.0% | $708.75 |
| 03/23/2022 | MV | Case Administration: Travel to San Diego from Los Angeles Agency meeting. | 3.00 | 50.0% | $607.50 |
| 03/23/2022 | MV | Case Administration: Follow up internal meeting from Agency meeting. | 1.00 | - | $405.00 |
| 03/23/2022 | DW | Case Administration: Meet with FBI, USAO, and SEC. (2.0) Follow up internal meeting. (1.0) | 3.00 | - | $1,215.00 |
| 03/23/2022 | LR | Forensic Accounting: Review financial institutions (1.2h) Identify entities affiliated with persons of interest (2.3h) | 3.50 | - | $551.25 |
| 03/23/2022 | DW | Case Administration: Travel to and from the meetings in | 6.50 | 50.0% | $1,316.25 |

| | | | | | |
|---|---|---|---|---|---|
| | | LA with the Katten team. (6.5 hrs) | | | |
| 03/24/2022 | MDW | Case Administration: Internal team meeting regarding overview of developing recovery items, estimates for recovery, and overall strategy moving forward. | 4.00 | - | $810.00 |
| 03/24/2022 | KB | Forensic Accounting: Look into aggregators to find connection links. (1.5 hrs). Updated excel spreadsheet with people of interest. (1.5 hrs). | 3.00 | - | $405.00 |
| 03/24/2022 | TR | Case Administration: Attend portion of onsite meeting with internal team and attorneys to discuss the case. | 2.80 | - | $882.00 |
| 03/24/2022 | RB | Case Administration: Attend portion of meeting with the DWC team regarding connecting with investors and providing portal for providing pertinent information, claims process, recovery targets. | 1.20 | - | $378.00 |
| 03/24/2022 | RB | Business Operations: Communications with A. Espenshade re: negotiating future role. | 0.30 | - | $94.50 |
| 03/24/2022 | LG | Case Administration: Attend portion of internal team meeting. | 3.00 | - | $1,215.00 |
| 03/24/2022 | MV | Case Administration: Internal team meeting focused on legal next steps for subpoenas, aggregators, financial institutions. | 4.00 | - | $1,620.00 |
| 03/24/2022 | MV | Case Administration: Follow up with Court Registry regarding transfer of funds. | 0.50 | - | $202.50 |
| 03/24/2022 | DW | Case Administration: Attend portion of internal team meeting regarding ongoing tasks. (3.0) Review various follow up emails (.5) | 3.50 | - | $1,417.50 |
| 03/24/2022 | LR | Forensic Accounting: Review bank activity for financial institutions | 2.80 | - | $441.00 |
| 03/24/2022 | LR | Forensic Accounting: Attend portion of team meeting on discovery. | 3.00 | - | $472.50 |
| 03/25/2022 | MDW | Asset Analysis and Recovery: Edited Letter to GoDaddy and Microsoft requesting emails. | 1.30 | - | $263.25 |
| 03/25/2022 | MDW | Case Administration: Researched and edited letter to 1inMM counsel requesting client files. | 1.80 | - | $364.50 |
| 03/25/2022 | LR | Forensic Accounting: Review bank activity. | 2.70 | - | $425.25 |
| 03/25/2022 | MDW | Case Administration: Started drafting letter to financial | 2.00 | - | $405.00 |

Invoice #: 92106 - 10129 SEC v Horwitz - 04/12/2022

| | | | | | |
|---|---|---|---|---|---|
| | | institutions requesting bank documents and other communications. (1 hr) Follow up with L. Rocha regarding financial institution information. (1 hr) | | | |
| 03/25/2022 | LG | Business Operations: Discussion with specialists regarding Rogue Black information. | 0.40 | - | $162.00 |
| 03/25/2022 | DW | Case Administration: Review various emails and documents to follow up on. | 0.50 | - | $202.50 |
| 03/25/2022 | RB | Case Administration: Review and concur with changes to changes provided by the court to order. | 0.20 | - | $63.00 |
| 03/28/2022 | LR | Case Administration: Review aggregator contact information | 0.50 | - | $78.75 |
| 03/28/2022 | LR | Forensic Accounting: Meet with L. Goodridge and R. Baker regarding review of bank statements | 0.80 | - | $126.00 |
| 03/28/2022 | MDW | Case Administration: Internal Team Meeting. | 0.80 | - | $162.00 |
| 03/28/2022 | MV | Case Administration: Weekly team meeting. | 0.80 | - | $324.00 |
| 03/28/2022 | MV | Case Administration: Email to Rogue Black counsel. | 0.20 | - | $81.00 |
| 03/28/2022 | MV | Case Administration: Review and edit letters to financial institutions, email companies and legal counsel for 1inMM Capital LLC, subsidiaries and affiliates. | 0.80 | - | $324.00 |
| 03/28/2022 | DW | Case Administration: Attend internal team meeting. | 0.80 | - | $324.00 |
| 03/28/2022 | RB | Case Administration: Provide substantial updates to letter to financial institutions and email custodians regarding document and information demand. Cite order and legal authority. | 1.00 | - | $315.00 |
| 03/28/2022 | LG | Case Administration: Attend portion of internal team meeting. | 0.50 | - | $202.50 |
| 03/28/2022 | LG | Forensic Accounting: Meet with L. Rocha to review process for extracting and summarizing information as well as structure of filing system. (0.8) Review filing system. (0.4) | 1.20 | - | $486.00 |
| 03/28/2022 | RB | Forensic Accounting: Meet with L. Rocha re: review of bank statements. | 0.80 | - | $252.00 |
| 03/28/2022 | LR | Case Administration: Internal team meeting | 0.80 | - | $126.00 |
| 03/28/2022 | LR | Case Administration: Review file organization and update org tree | 0.80 | - | $126.00 |

Invoice #: 92106 - 10129 SEC v Horwitz - 04/12/2022

| 03/29/2022 | MV | Case Administration: Review subpoena. | 0.30 | - | $121.50 |
|---|---|---|---|---|---|
| 03/29/2022 | LR | Forensic Accounting: Review financial listing contact information | 0.30 | - | $47.25 |
| 03/29/2022 | MDW | Business Operations: Review information regarding financial institutions | 2.50 | - | $506.25 |
| 03/29/2022 | MDW | Case Administration: Prepare letters to financial institutions requesting documents and other information | 0.50 | - | $101.25 |
| 03/29/2022 | MDW | Case Administration: Finalize materials for mailing to financial institutions | 2.00 | - | $405.00 |
| 03/29/2022 | MV | Case Administration: Review folder and forensic filing system with L Rocha. | 0.40 | - | $162.00 |
| 03/29/2022 | KB | Forensic Accounting: Investigating people of interest. | 1.50 | - | $202.50 |
| 03/29/2022 | DW | Case Administration: Call with attorney for LayJax. (0.3) Review emails from team regarding case updates. (0.5) | 0.80 | - | $324.00 |
| 03/29/2022 | MDW | Business Operations: Review Rogue Black financial information | 0.50 | - | $101.25 |
| 03/29/2022 | RB | Business Analysis: Prepare for call with A. Esbenshade. | 0.30 | - | $94.50 |
| 03/29/2022 | RB | Business Analysis: Phone call with A. Esbenshade re: Rogue Black and A. Levitas progress. | 0.30 | - | $94.50 |
| 03/29/2022 | LR | Case Administration: Review folder filing system with M. Vives | 0.40 | - | $63.00 |
| 03/29/2022 | LR | Forensic Accounting: Review Rouge Black statement activity | 1.50 | - | $236.25 |
| 03/29/2022 | LR | Forensic Accounting: Review person's of interest for LLC's listing of managing members | 1.40 | - | $220.50 |
| 03/30/2022 | MDW | Case Administration: Emails with M. Vives regarding Financial Institution list. | 0.30 | - | $60.75 |
| 03/30/2022 | MDW | Business Operations: Continue reviewing Rogue Black financial information. | 1.00 | - | $202.50 |
| 03/30/2022 | MDW | Case Administration: Emails with M. Vives regarding GTS Services for new Rogue Black bank account. (0.3) Finalized and sent over to bank to confirm all services that are requested. (0.7) | 0.50 | - | $101.25 |

Invoice #: 92106 - 10129 SEC v Horwitz - 04/12/2022

| 03/30/2022 | MV | Case Administration: Discussion with Team regarding Financial Institution Letters | 0.30 | - | $121.50 |
|---|---|---|---|---|---|
| 03/30/2022 | KB | Forensic Accounting: Investigate persons of interest (2 hrs) and create spreadsheet of information found (2 hrs). | 4.00 | - | $540.00 |
| 03/30/2022 | MV | Case Administration: Email correspondence regarding Rogue Black LLC. Review of counsel contracts and approach to company operations. | 0.50 | - | $202.50 |
| 03/30/2022 | LR | Forensic Accounting: Review Rouge Black activity and update notes | 1.90 | - | $299.25 |
| 03/31/2022 | MDW | Business Operations: Looked over the financial institutions list L. Rocha created (1 hr). Created all documents that would be requested per individual institution (1 hr). Drafted a paragraph to use for letter (30 min). | 2.50 | - | $506.25 |
| 03/31/2022 | DW | Case Administration: Review various emails regarding Rogue Black, the Quinn correspondence and other open issues. | 0.40 | - | $162.00 |
| 03/31/2022 | MV | Case Administration: Weekly team meeting with counsel. | 1.00 | - | $405.00 |
| 03/31/2022 | MV | Case Administration: Conference call with investor. | 0.50 | - | $202.50 |
| 03/31/2022 | MV | Case Administration: Review letter from Horwitz's Counsel. Call with Receiver's counsel regarding same. | 0.50 | - | $202.50 |
| 03/31/2022 | MDW | Business Operations: Continue reviewing Rogue Black financial information | 1.00 | - | $202.50 |
| 03/31/2022 | LR | Forensic Accounting: Review account activity (2.3h), Review line items for forensic software (.6h), Update Financial Institutions listing (.3h) | 3.20 | - | $504.00 |
| 03/31/2022 | MV | Case Administration: Internal discussion regarding forensics and case administration. | 0.30 | - | $121.50 |
| 03/31/2022 | MDW | Case Administration: Emails with M. Vives and L. Rocha re financial institution list and adding additional language. | 0.30 | - | $60.75 |
| 03/31/2022 | LG | Case Administration: Discussion regarding file management. | 0.20 | - | $81.00 |
| 03/31/2022 | MDW | Case Administration: Emails with R. Baker regarding FAQ on website. | 0.30 | - | $60.75 |
| 03/31/2022 | RB | Case Administration: Zoom call with M. Vives, T. Banich, D. Wilson re: current discussion on Rogue Black, | 1.00 | - | $315.00 |

| | | subpoenas, recovery targets, and forensic accounting. | | | |
|---|---|---|---|---|---|
| 03/31/2022 | RB | Case Administration: Review website copy and make corrections and update. (.4) Phone call with M. Wilson re: same (.3) | 0.70 | - | $220.50 |
| 03/31/2022 | RB | Case Administration: Communications with T. Banich re: response from M. Quinn related to property of interest. | 0.20 | - | $63.00 |
| 03/31/2022 | RB | Business Operations: Communications with A. Esbenshade re: follow up on budget, itemization of duties and copy of check and turnover of bank account. | 0.30 | - | $94.50 |
| 03/31/2022 | RB | Claims Administration and Objections: Communications with V. Chou re: her client's claim in Rogue Black. | 0.10 | - | $31.50 |
| 03/31/2022 | MV | Case Administration: Letter to S Bendell. | 0.50 | - | $202.50 |
| 03/31/2022 | RB | Case Administration: Review analysis from L. Rocha re: forensic accounting cost (.2). Communications with M. Vives re: same. (.1) | 0.30 | - | $94.50 |
| 03/31/2022 | MDW | Business Operations: Put together FAQ documents for case website. | 1.00 | - | $202.50 |
| 03/31/2022 | KB | Forensic Accounting: Investigate persons of interest, potential investment companies, etc. (3 hr) Compose document of findings.(1 hr) | 4.00 | - | $540.00 |
| 03/31/2022 | MV | Case Administration: Schedule meeting with counsel regarding personal property. | 0.20 | - | $81.00 |
| 03/31/2022 | LR | Case Administration: Correspondence with bank regarding account set up | 0.50 | - | $78.75 |

**Line Item Discount Subtotal**     **-$4,270.50**

**Services Subtotal**     **$80,356.50**

## Expenses

| Date | Timekeeper | Description | Rate | Total |
|---|---|---|---|---|
| 03/01/2022 | MV | Meals: SEC Lunch after meetings with SEC, DOJ and USAO. | $42.74 | $42.74 |
| 03/01/2022 | TR | FedEx: FedEx documents to bank. | $25.94 | $25.94 |
| 03/05/2022 | TR | Background Checks: 03.05.22 Truth Finder ($28.05) | $28.05 | $28.05 |

Invoice #: 92106 - 10129 SEC v Horwitz - 04/12/2022

| Date | | Description | | |
|------|-----|-------------|------|------|
| 03/05/2022 | TR | Background Checks: 03.05.22 Truth Finder ($3.99) | $3.99 | $3.99 |
| 03/09/2022 | TR | Background Checks: 03.09.22 Delaware Corp ($20.00). Secretary of State entity search fee. | $20.00 | $20.00 |
| 03/13/2022 | TR | FedEx: 03.13.22 FedEx to bank ($139.31) | $139.31 | $139.31 |
| 03/18/2022 | TR | FedEx: 03.18.22 FedEx to bank ($81.05) | $81.05 | $81.05 |
| 03/22/2022 | TR | Bank Fees: Account analysis fees - Feb 2022. | $48.00 | $48.00 |
| 03/23/2022 | RB | Mileage: Travel distance from DWC Office in Irvine to SEC office in downtown LA (round trip distance = 82.6 miles * $0.585 = $48.32) | $0.585 | $48.32 |
| 03/23/2022 | MV | Meals: Coffee and Breakfast for SEC meetings | $13.60 | $13.60 |
| 03/23/2022 | RB | Parking: Parking at SEC HQ for meeting. | $40.00 | $40.00 |
| | | **Expenses Subtotal** | | **$491.00** |

| Time Keeper | Hours | Rate | Discount | Total |
|-------------|-------|------|----------|-------|
| Ryan Baker | 42.4 | $315.00 | -$535.50 | $12,820.50 |
| Kristine Bickings | 42.9 | $135.00 | - | $5,791.50 |
| Monica Garcia | 0.7 | $157.50 | - | $110.25 |
| Lynn Goodridge | 10.9 | $405.00 | - | $4,414.50 |
| Lisset Rocha | 68.9 | $157.50 | - | $10,851.75 |
| Terra Rollins | 9.4 | $315.00 | -$1,102.50 | $1,858.50 |
| Michele Vives | 54.2 | $405.00 | -$1,316.25 | $20,634.75 |
| Douglas Wilson | 33.5 | $405.00 | -$1,316.25 | $12,251.25 |
| Michael Wilson | 57.4 | $202.50 | - | $11,623.50 |
| | | | **Subtotal** | **$80,847.50** |
| | | | **Total** | **$80,847.50** |

Invoice #: 92106 - 10129 SEC v Horwitz - 04/12/2022

# Detailed Statement of Account

## Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 92056 | 03/03/2022 | $10,575.00 | $8,460.00 | $2,115.00 |
| 92076 | 03/25/2022 | $40,992.32 | $32,804.14 | $8,188.18 |

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 92106 | 04/22/2022 | $80,847.50 | $0.00 | $80,847.50 |

| | | | Outstanding Balance | $91,150.68 |
|---|---|---|---|---|
| | | | Total Amount Outstanding | $91,150.68 |

Please make all amounts payable to: Douglas Wilson Companies

Please pay within 10 days.

Please contact accounting with any questions: dwcaccounting@douglaswilson.com