Terence G. Banich (SBN 212173)
terence.banich@katten.com
Allison E. Yager (*pro hac vice* to be filed)
allison.yager@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

*Attorneys for the Receiver*
Michele Vives

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:21-cv-02927-CAS(GJSx) |
|---|---|
| Plaintiff, | **MONTHLY FEE STATEMENT OF KATTEN MUCHIN ROSENMAN LLP—JANUARY 2022** |
| v. | Judge: Hon. Christina A. Snyder |
| ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC, | Courtroom: 8D |
| Defendants. | |

Katten Muchin Rosenman LLP ("Katten"), as counsel for Michele Vives in her capacity as the receiver in the above-captioned action (the "Receiver"), pursuant to paragraphs 3(b) and 3(d) of the *Order Granting Motion of Receiver Michele Vives for Order Establishing Procedures for Allowance of Compensation and Reimbursement of Expenses*, dated February 22, 2022 [ECF #77] (the "Interim Compensation Procedures Order"), hereby files this monthly fee statement (this "Monthly Fee Statement") for (i) compensation in the amount of $26,969.52 (80% of $33,711.90) for the reasonable and necessary legal services rendered by Katten on behalf of the Receiver from January 10, 2022 through and including January 31, 2022 (the "Fee Period") and (ii) reimbursement of the actual and necessary expenses that Katten incurred on behalf of the Receiver, in the amount of $371.10 during the Fee Period.

## Statement of Fees and Expenses

In support of this Monthly Fee Statement, attached are the following exhibits:

• **Exhibit A** is a schedule for the Fee Period, setting forth the total amounts of compensation sought with respect to each category of legal services for which Katten is seeking payment in this Monthly Fee Statement.

• **Exhibit B** is a schedule for the Fee Period providing certain information regarding the Katten attorneys and paraprofessionals for whose work in this receivership compensation is sought in this Monthly Fee Statement. Attorneys and paraprofessionals of Katten have expended a total of 49.3 hours in connection with this proceeding during the Fee Period.

• **Exhibit C** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which Katten is seeking reimbursement in this Monthly Fee Statement. All of these disbursements comprise the requested sum for Katten's out of pocket expenses.

- **Exhibit D** consists of Katten's invoice of fees and expenses incurred during the Fee Period in the rendition of the professional services to the Receiver. This invoice may have been redacted to maintain privilege and confidentiality, in accordance with paragraph 3(a) of the Interim Compensation Procedures Order.

Although every effort has been made to include in this Monthly Fee Statement all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Katten reserves the right to make further application to this Court for allowance of such fees and expenses not included herein in accordance with the Interim Compensation Order.

Notice of this Monthly Fee Statement will be provided in accordance with the procedures set forth in the Interim Compensation Order.

### Objection Period

The Notice Parties specified in paragraph 3(a) of the Interim Compensation Order shall have 10 days from the date hereof, i.e., until 4:00 p.m. prevailing Pacific Time on **March 7, 2022** (the "Objection Period"), to review the Monthly Fee Statement and serve a Notice of Objection (as defined in the Interim Compensation Order) on Katten.

In accordance with paragraph 3(c) of the Interim Compensation Order, after the Objection Period expires at 4:00 p.m. prevailing Pacific Time on March 7, 2022, the Receiver shall pay, without further order of the Court, 80% of the fees and 100% of the expenses Katten has requested in the Monthly Fee Statement that are not the subject of a Notice of Objection. Based on that formula, the Receiver shall pay Katten $26,969.52 of the fees and $371.10 of the expenses unless a timely Notice of Objection is served.

//
//
//
//

| | | |
|---|---|---|
| 1 | Dated: February 24, 2022 | Respectfully submitted, |
| 2 | | |
| 3 | | **KATTEN MUCHIN ROSENMAN LLP** |
| 4 | | By: /s/*Terence G. Banich*<br>Terence G. Banich |
| 5 | | *Attorneys for the Receiver*<br>Michele Vives |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

# PROOF OF SERVICE

**STATE OF ILLINOIS, COUNTY OF COOK**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, IL 60661.

On February 24, 2022, I served the following document(s) described as:

**MONTHLY FEE STATEMENT OF KATTEN MUCHIN ROSENMAN LLP—JANUARY 2022**

on counsel of record in this action as follows:

**[ ]  BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[ ]  BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused the document(s) to be sent from e-mail address terence.banich@katten.com to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ]  BY OVERNIGHT MAIL (FedEx):**  I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]  BY PERSONAL SERVICE:**  I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]  E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on February 24, 2022, at Winnetka, Illinois.

*/s/Terence G. Banich*
Terence G. Banich

Case No. 2:21-cv-02927-CAS(GJSx)
MONTHLY FEE STATEMENT OF
KATTEN MUCHIN ROSENMAN LLP—JANUARY 2022

### Exhibit A
### Summary of Total Fees and Expenses by Subject Matter

| Matter Description | Hours | Amount |
|---|---:|---:|
| Case Administration | 15.5 | $10,402.80 |
| Fee Application/Retention of Professionals | 30.5 | $20,952.90 |
| SEC Meetings/Discussions | .1 | $71.40 |
| Investigation of Assets/Transactions | 3.2 | $2,284.80 |
| Expenses | 0.0 | $371.10 |
| **Totals** | **49.3** | **$34,083.00** |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

Case No. 2:21-cv-02927-CAS(GJSx)
MONTHLY FEE STATEMENT OF
KATTEN MUCHIN ROSENMAN LLP—JANUARY 2022

**Exhibit B**
**Summary of Total Fees and Hours by Attorneys and Paraprofessionals**

| Attorney | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Terence Banich | Partner (Chicago) | IL – 1999 CA – 2001 | Restructuring | $714 | 37.2 | $26,560.80 |
| Allison Yager | Associate (Chicago) | IL - 2014 | Restructuring | $591 | 12.1 | $7,151.10 |
| **Totals** | | | | | **49.3** | **$33,711.90** |

# Exhibit C
## Summary of Actual and Necessary Expenses

| Expenses by Category | Amount |
|---|---:|
| Legal Research | $371.10 |
| **Total** | **$371.10** |

**Exhibit D**
**Invoices**

# Katten

Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago IL 60661-3693

Tel: 312-902-5200
Fax: 312-902-1061

February 23, 2022

Federal Tax ID:36-2796532
www.katten.com

**Michele Vives, not individually, but**
**solely as receiver of 1inMM Capital, LLC**
**and Zachary J. Horwitz**
**1620 Fifth Ave., Ste. 400**
**San Diego CA 92101**

| | |
|---|---:|
| Client: | 0000396859 |
| Payer: | 0000396859 |
| Matter: | 396859.00001 |
| Invoice #: | 9020050048 |
| Invoice Due Date: | Payable Upon Receipt |

## Summary

RE: Horwitz Receivership

For Professional Services Rendered Through January 31, 2022

| | |
|---|---:|
| Fees Total............................................................................................................................................ | 33,711.90 |
| Disbursements .................................................................................................................................... | 371.10 |
| **Total Amount Due** ........................................................................................................................... | **34,083.00** USD |

*Katten Muchin Rosenman LLP*

Payment can be remitted directly to our account:
Please reference: 396859.00001

JP Morgan Chase Bank
1211 Avenue of the Americas, 39th Floor
New York, NY 10036
WIRE Payment: ABA #021000021
ACH Payment: ABA #071000013
Swift Code: CHASUS33

For credit to: Katten Muchin Rosenman LLP
Account #00234192

When wiring a payment please e-mail a copy of the remittance to payments@katten.com

Direct billing inquiries to ChicagoBillingInquiries@katten.com

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act (1997).

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales.

Matter: 396859.00001
Invoice #: 9020050048
Invoice Due Date: Payable Upon Receipt

February 23, 2022

RE: Horwitz Receivership

**TIME DETAILS**

**01-Case administration**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/10/2022 | Banich, Terence | Telephone conference with M. Vives re result of hearing on receiver motion and next steps (0.30); reviewed docket (0.20). | 0.50 | 714.00 | 357.00 |
| 01/11/2022 | Banich, Terence | Reviewed civil minutes of January 10 hearing (0.10); drafted correspondence to M. Vives re same (0.10); reviewed revised receiver order lodged with court (0.10); drafted correspondence to M. Vives re potential expansion of receivership (0.20). | 0.50 | 714.00 | 357.00 |
| 01/12/2022 | Banich, Terence | Reviewed docket (0.10); telephone conference with D. Wilson re receiver order, initial administrative tasks and related matters (0.60). | 0.70 | 714.00 | 499.80 |
| 01/13/2022 | Banich, Terence | Exchanged correspondence with D. Wilson re receiver order issues (0.20); reviewed docket for activity (0.10); reviewed proposed receiver order (0.50). | 0.80 | 714.00 | 571.20 |
| 01/14/2022 | Banich, Terence | Reviewed docket (0.10); drafted and exchanged correspondence with M. Vives re receiver order issues and related matters (0.10). | 0.20 | 714.00 | 142.80 |
| 01/18/2022 | Banich, Terence | Reviewed docket of SEC case (0.10); exchanged correspondence with M. Vives re status of receiver order (0.10). | 0.20 | 714.00 | 142.80 |
| 01/19/2022 | Banich, Terence | Reviewed docket (0.10); exchanged correspondence with M. Vives re status of entry of receiver order and related matters (0.10). | 0.20 | 714.00 | 142.80 |
| 01/20/2022 | Banich, Terence | Reviewed docket (0.10); exchanged correspondence with M. Vives and D. Wilson re status of entry of receiver order (0.10); exchanged correspondence with M. Vives and D. Wilson re draft motion to retain Katten as counsel, draft declarations in support and proposed order (0.20). | 0.40 | 714.00 | 285.60 |
| 01/21/2022 | Yager, Allison | Emails with T. Banich re: preparing interim compensation procedures motion (.2) | 0.20 | 591.00 | 118.20 |
| 01/21/2022 | Banich, Terence | Reviewed entered receiver order (0.30); considered effective date of order (0.50); exchanged correspondence with M. Vives and D. Wilson re same and certain consequent deadlines (0.30); telephone conference with M. Vives re initial administrative tasks, SEC meeting and related matters (0.50); drafted correspondence to A. Yager re preparation of interim compensation motion and authorities in support of same (0.50). | 2.10 | 714.00 | 1,499.40 |
| 01/24/2022 | Yager, Allison | Conduct research for interim compensation application (.6); begin drafting motion to establish interim compensation procedures (.8) | 1.40 | 591.00 | 827.40 |
| 01/24/2022 | Banich, Terence | Exchanged correspondence with A. Yager re interim compensation procedures motion (0.10). | 0.10 | 714.00 | 71.40 |
| 01/25/2022 | Yager, Allison | Continue research for interim compensation procedures (.8) | 0.80 | 591.00 | 472.80 |
| 01/26/2022 | Yager, Allison | Continue drafting interim compensation procedures motion (2.2); draft proposed order approving interim | 2.70 | 591.00 | 1,595.70 |

Katten

| | |
|---|---|
| Matter: | 396859.00001 |
| Invoice #: | 9020050048 |
| Invoice Due Date: | Payable Upon Receipt |

February 23, 2022

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | compensation procedures (.4) emails with T. Banich re: same (.1) | | | |
| 01/27/2022 | Banich, Terence | Reviewed and edited motion to establish interim compensation procedures (1.90); exchanged correspondence with A. Yager re same (0.10). | 2.00 | 714.00 | 1,428.00 |
| 01/27/2022 | Yager, Allison | Review and provide comments to updated version of interim compensation procedures motion (.3) | 0.30 | 591.00 | 177.30 |
| 01/28/2022 | Banich, Terence | Reviewed and edited motion to approve interim compensation procedures (0.50); reviewed and edited proposed order approving interim compensation procedures (1.80); exchanged correspondence with M. Vives, D. Wilson and R. Baker re drafts (0.10). | 2.40 | 714.00 | 1,713.60 |

**02-Fee applications/retention of professionals**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/10/2022 | Banich, Terence | Drafted and edited retention letter (0.80); drafted correspondence to M. Vives re same (0.10). | 0.90 | 714.00 | 642.60 |
| 01/11/2022 | Banich, Terence | Exchanged correspondence with M. Vives re retention agreement (0.10); reviewed local rules and proposed receiver order re retention of professionals (0.20); legal research re retention of professionals by receivers and interim compensation orders (1.00); telephone conference with M. Vives re same and related matters (0.60). | 1.90 | 714.00 | 1,356.60 |
| 01/12/2022 | Banich, Terence | Began drafting motion to retain Katten as receiver's counsel. | 0.80 | 714.00 | 571.20 |
| 01/13/2022 | Yager, Allison | Call with T. Banich re: matter background and research for retention application (.1); follow up emails with T. Banich re: same (.1). | 0.20 | 591.00 | 118.20 |
| 01/13/2022 | Banich, Terence | Drafted and edited motion of receiver to retain Katten as her attorneys (4.50); exchanged correspondence with A. Yager re legal research to support same (0.20). | 4.70 | 714.00 | 3,355.80 |
| 01/14/2022 | Banich, Terence | Reviewed results of legal research to support Katten retention application (0.60); exchanged correspondence with A. Yager re same and further research (0.10); legal research re standards for retention of counsel in receivership cases (0.50); drafted and edited motion to retain Katten as receiver's counsel (3.40); drafted and edited declaration of M. Vives in support of motion to retain Katten as receiver's counsel (1.10); drafted and edited declaration of T. Banich in support of motion to retain Katten as receiver's counsel (1.20); drafted correspondence to M. Vives re update (0.10). | 7.00 | 714.00 | 4,998.00 |
| 01/14/2022 | Yager, Allison | Emails with T. Banich re: research for retention application (.1); conduct research re: Judge Snyder receivership matters and summarize same (.9); conduct research re: standards for retention of professionals for receiver (.8) | 1.80 | 591.00 | 1,063.80 |
| 01/17/2022 | Banich, Terence | Reviewed insert to retention application re legal standards. | 0.20 | 714.00 | 142.80 |
| 01/17/2022 | Yager, Allison | Continue research for Katten retention application (1.8); draft legal standard section of Katten retention application (1.2); email T. Banich re: same (.1) | 3.10 | 591.00 | 1,832.10 |

Katten

| | | | | | |
|---|---|---|---|---|---|
| Matter: | 396859.00001 | | | | |
| Invoice #: | 9020050048 | | | | February 23, 2022 |
| Invoice Due Date: | Payable Upon Receipt | | | | |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/19/2022 | Banich, Terence | Continued drafting and editing motion to employ Katten as receiver's counsel (1.00); reviewed legal research results from A. Yager re applicable legal standards for same (0.80). | 1.80 | 714.00 | 1,285.20 |
| 01/20/2022 | Banich, Terence | Drafted and edited motion to retain Katten as receiver's counsel (1.50); reviewed results of legal research from A. Yager for inclusion in motion (1.00); drafted and edited declarations of M. Vives and T. Banich in support of same (2.10); drafted proposed order granting motion to retain Katten as receiver's counsel (1.20); drafted correspondence to A. Yager re review of same (0.10); reviewed A. Yager's edits to same (0.20). | 6.10 | 714.00 | 4,355.40 |
| 01/20/2022 | Yager, Allison | Conduct follow up research for fee application (1); summarize research and email T. Banch re: same (.2); review and provide comments to motion to employ and related declarations (1.3) | 1.60 | 591.00 | 945.60 |
| 01/21/2022 | Banich, Terence | Reviewed A. Yager's edits to Katten retention motion and declarations in support (0.20); edited same (0.20). | 0.40 | 714.00 | 285.60 |

**06-SEC meetings/discussions**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/24/2022 | Banich, Terence | Exchanged correspondence with M. Vives re preparing for initial meeting with SEC. | 0.10 | 714.00 | 71.40 |

**09-Investigation of assets/transactions**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/12/2022 | Banich, Terence | Reviewed complaint, receiver motion, criminal indictment and plea agreement. | 1.50 | 714.00 | 1,071.00 |
| 01/13/2022 | Banich, Terence | Reviewed complaint and filings in criminal case. | 1.50 | 714.00 | 1,071.00 |
| 01/28/2022 | Banich, Terence | Exchanged correspondence with M. Vives, D. Wilson and R. Baker re investigatory matters and initial call to discuss same. | 0.20 | 714.00 | 142.80 |

| | | | | | |
|---|---|---|---|---|---|
| | | **Total Hours :  49.30** | | Total Fees | 33,711.90   USD |

Katten

| | | | |
|---|---|---|---|
| Matter: | 396859.00001 | | |
| Invoice #: | 9020050048 | | February 23, 2022 |
| Invoice Due Date: | Payable Upon Receipt | | |

**TIME SUMMARY**

**United States**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Banich, Terence | Partner | 37.20 | 714.00 | 26,560.80 |
| Yager, Allison | Associate | 12.10 | 591.00 | 7,151.10 |
| | **Sub Total :** | **49.30** | **Sub Total :** | **33,711.90** |
| | **Total Hours :** | **49.30** | **Total Fees** | **33,711.90 USD** |

Katten

| | |  | |
|---|---|---|---|
| Matter: | 396859.00001 | | |
| Invoice #: | 9020050048 | | February 23, 2022 |
| Invoice Due Date: | Payable Upon Receipt | | |

**DISBURSEMENTS**

| Date | Description | Cost Description | Amount |
|---|---|---|---|
| 01/31/2022 | Data/Library Research Services | Westlaw Legal Research: YAGER,ALLISON E on 1/14/2022 | 49.44 |
| 01/31/2022 | Data/Library Research Services | Westlaw Legal Research: YAGER,ALLISON E on 1/20/2022 | 49.44 |
| 01/31/2022 | Data/Library Research Services | Westlaw Legal Research: YAGER,ALLISON E on 1/24/2022 | 49.44 |
| 01/31/2022 | Data/Library Research Services | Westlaw Legal Research: YAGER,ALLISON E on 1/25/2022 | 49.44 |
| 01/31/2022 | Data/Library Research Services | Westlaw Legal Research: YAGER,ALLISON E on 1/17/2022 | 74.45 |
| 01/31/2022 | Data/Library Research Services | Westlaw Legal Research: YAGER,ALLISON E on 1/26/2022 | 98.89 |
| | | **Total Disbursements:** | **371.10** USD |

Katten