Terence G. Banich (SBN 212173)
terence.banich@katten.com
Allison E. Yager (*pro hac vice* to be filed)
allison.yager@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

*Attorneys for the Receiver*
Michele Vives

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:21-cv-02927-CAS(GJSx) |
| Plaintiff, | **SECOND MONTHLY FEE STATEMENT OF KATTEN MUCHIN ROSENMAN LLP— FEBRUARY 2022** |
| v. | |
| ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC, | Judge: Hon. Christina A. Snyder |
| Defendants. | Courtroom: 8D |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

Katten Muchin Rosenman LLP ("Katten"), as counsel for Michele Vives in her capacity as the receiver in the above-captioned action (the "Receiver"), pursuant to paragraphs 3(b) and 3(d) of the *Order Granting Motion of Receiver Michele Vives for Order Establishing Procedures for Allowance of Compensation and Reimbursement of Expenses*, dated February 22, 2022 [ECF #77] (the "Interim Compensation Procedures Order"), hereby files this monthly fee statement (this "Monthly Fee Statement") for (i) compensation in the amount of $77,825.28 (80% of $97,281.60)[1] for the reasonable and necessary legal services rendered by Katten on behalf of the Receiver from February 1, 2022 through and including February 28, 2022 (the "Fee Period") and (ii) reimbursement of the actual and necessary expenses that Katten incurred on behalf of the Receiver, in the amount of $1,266.57 during the Fee Period.

## Statement of Fees and Expenses

In support of this Monthly Fee Statement, attached are the following exhibits:

• **Exhibit A** is a schedule for the Fee Period, setting forth the total amounts of compensation sought with respect to each category of legal services for which Katten is seeking payment in this Monthly Fee Statement.

• **Exhibit B** is a schedule for the Fee Period providing certain information regarding the Katten attorneys and paraprofessionals for whose work in this receivership compensation is sought in this Monthly Fee Statement. Attorneys and paraprofessionals of Katten have expended a total of 145.0 hours in

---

[1] Katten voluntarily reduced its fees for the Fee Period by $6,399.60 as an accommodation to the receivership estate.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

connection with this proceeding during the Fee Period.

• **Exhibit C** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which Katten is seeking reimbursement in this Monthly Fee Statement. All of these disbursements comprise the requested sum for Katten's out of pocket expenses.

• **Exhibit D** consists of Katten's invoice of fees and expenses incurred during the Fee Period in the rendition of the professional services to the Receiver. This invoice may have been redacted to maintain privilege and confidentiality, in accordance with paragraph 3(a) of the Interim Compensation Procedures Order.

Although every effort has been made to include in this Monthly Fee Statement all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Katten reserves the right to make further application to this Court for allowance of such fees and expenses not included herein in accordance with the Interim Compensation Order.

Notice of this Monthly Fee Statement will be provided in accordance with the procedures set forth in the Interim Compensation Order.

## Objection Period

The Notice Parties specified in paragraph 3(a) of the Interim Compensation Order shall have 10 days from the date hereof, i.e., until 4:00 p.m. prevailing Pacific Time on **March 28, 2022** (the "Objection Period"), to review the Monthly Fee Statement and serve a Notice of Objection (as defined in the Interim Compensation Order) on Katten.

In accordance with paragraph 3(c) of the Interim Compensation Order, after the Objection Period expires at 4:00 p.m. prevailing Pacific Time on March 28, 2022, the Receiver shall pay, without further order of the Court, 80% of the fees and 100% of the expenses Katten has requested in the Monthly Fee Statement that are not the subject of a Notice of Objection. Based on that formula, the Receiver

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

shall pay Katten $77,825.28 of the fees and $1,266.57 of the expenses unless a timely Notice of Objection is served.

Dated: March 17, 2022                    Respectfully submitted,

**KATTEN MUCHIN ROSENMAN LLP**

By:    /s/*Terence G. Banich*
       Terence G. Banich

*Attorneys for the Receiver*
Michele Vives

### Exhibit A
### Summary of Total Fees and Expenses by Subject Matter

| Matter Description | Hours | Amount |
|---|---|---|
| Case Administration | 8.3 | $5,852.40 |
| Fee Application/Retention of Professionals[2] | 5.6 | $3,924.60 |
| Claims Administration and Objections | .2 | $142.80 |
| Pre-Receivership Litigation/Stay | 70.6 | $47,591.70 |
| FBI and Criminal Case Matters | 2.9 | $2,070.60 |
| SEC Meetings/Discussions | 6.6 | $4,441.80 |
| Avoidance Actions | 18.1 | $11,029.20 |
| Investigation of Assets/Transactions | 31.8 | $21,585.90 |
| Business Operations/Operating Entities | .9 | $642.6 |
| Expenses | 0.0 | $1,266.57 |
| **Totals** | **145.0** | **$98,548.17** |

---

[2] Katten voluntarily reduced its fees related to Fee Applications/Retention of Professionals by $6,399.60 as an accommodation to the receivership estate.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

## Exhibit B
### Summary of Total Fees and Hours by Attorneys and Paraprofessionals

| Attorney | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Terence Banich | Partner (Chicago) | IL – 1999 CA – 2001 | Restructuring | $714 | 94.2 | $67,258.80 |
| Allison Yager | Associate (Chicago) | IL - 2014 | Restructuring | $591 | 50.8 | $30,022.80 |
| **Totals** | | | | | **145.0** | **$97,281.60** |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

## Exhibit C
## Summary of Actual and Necessary Expenses

| Expenses by Category | Amount |
|---|---|
| Printing | $15.25 |
| Courier | $36.13 |
| Court Reporter Fees | $6.00 |
| Legal Research | $413.34 |
| Filing Fees and Other Court Costs | $795.85 |
| **Total** | **$1,266.57** |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

# PROOF OF SERVICE

**STATE OF ILLINOIS, COUNTY OF COOK**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, IL 60661.

On March 17, 2022, I served the following document(s) described as:

**SECOND MONTHLY FEE STATEMENT OF KATTEN MUCHIN ROSENMAN LLP—FEBRUARY 2022**

on counsel of record in this action as follows:

**[ ]  BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[ ]  BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address terence.banich@katten.com to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ]  BY OVERNIGHT MAIL (FedEx):** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]  BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]  E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on March 17, 2022, at Chicago, Illinois.

*/s/Terence G. Banich*
Terence G. Banich

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

### Exhibit A
### Summary of Total Fees and Expenses by Subject Matter

| Matter Description | Hours | Amount |
|---|---|---|
| Case Administration | 8.3 | $5,852.40 |
| Fee Application/Retention of Professionals[2] | 5.6 | $3,924.60 |
| Claims Administration and Objections | .2 | $142.80 |
| Pre-Receivership Litigation/Stay | 70.6 | $47,591.70 |
| FBI and Criminal Case Matters | 2.9 | $2,070.60 |
| SEC Meetings/Discussions | 6.6 | $4,441.80 |
| Avoidance Actions | 18.1 | $11,029.20 |
| Investigation of Assets/Transactions | 31.8 | $21,585.90 |
| Business Operations/Operating Entities | .9 | $642.6 |
| Expenses | 0.0 | $1,266.57 |
| **Totals** | **145.0** | **$98,548.17** |

---

[2] Katten voluntarily reduced its fees related to Fee Applications/Retention of Professionals by $6,399.60 as an accommodation to the receivership estate.

**Exhibit B**
**Summary of Total Fees and Hours by Attorneys and Paraprofessionals**

| Attorney | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Terence Banich | Partner (Chicago) | IL – 1999 CA – 2001 | Restructuring | $714 | 94.2 | $67,258.80 |
| Allison Yager | Associate (Chicago) | IL - 2014 | Restructuring | $591 | 50.8 | $30,022.80 |
| **Totals** | | | | | **145.0** | **$97,281.60** |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

## Exhibit C
## Summary of Actual and Necessary Expenses

| Expenses by Category | Amount |
|---|---|
| Printing | $15.25 |
| Courier | $36.13 |
| Court Reporter Fees | $6.00 |
| Legal Research | $413.34 |
| Filing Fees and Other Court Costs | $795.85 |
| **Total** | **$1,266.57** |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

**Exhibit D**
**Invoices**



Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago IL  60661-3693

Tel: 312-902-5200
Fax: 312-902-1061

Federal Tax ID:36-2796532
www.katten.com

March 16, 2022

**Michele Vives, not individually, but
solely as receiver of 1inMM Capital, LLC
and Zachary J. Horwitz
1620 Fifth Ave., Ste. 400
San Diego CA  92101**

| | |
|---|---|
| Client: | 0000396859 |
| Payer: | 0000396859 |
| Matter: | 396859.00001 |
| Invoice #: | 9020054412 |
| Invoice Due Date: | Payable Upon Receipt |

**Summary**

RE: Horwitz Receivership

For Professional Services Rendered Through February 28, 2022

| | | |
|---|---|---|
| Fees Total | | 97,281.60 |
| Disbursements | | 1,266.57 |
| **Total Amount Due** | | **98,548.17**  **USD** |

*Katten Muchin Rosenman LLP*

Payment can be remitted directly to our account:
Please reference: 396859.00001

JP Morgan Chase Bank
1211 Avenue of the Americas, 39th Floor
New York, NY 10036
WIRE Payment: ABA #021000021
ACH Payment: ABA #071000013
Swift Code: CHASUS33

For credit to: Katten Muchin Rosenman LLP
Account #00234192

When wiring a payment please e-mail a copy of the remittance to payments@katten.com

Direct billing inquiries to ChicagoBillingInquiries@katten.com

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997).

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales.

Matter:          396859.00001

Invoice #:       9020054412

Invoice Due Date:   Payable Upon Receipt

March 16, 2022

---

RE:  Horwitz Receivership

## TIME DETAILS

### 01-Case administration

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 02/01/2022 | Banich, Terence | Exchanged correspondence with M. Vives re comments to draft motions, declarations and supporting documents and meeting of February 2. | 0.10 | 714.00 | 71.40 |
| 02/02/2022 | Banich, Terence | Drafted and exchanged correspondence with M. Vives, D. Wilson, R. Baker and A. Yager summarizing results of calls with K. Wanner and M. Quinn. | 0.50 | 714.00 | 357.00 |
| 02/03/2022 | Banich, Terence | Reviewed, edited, finalized and filed motion to establish compensation procedures (1.10); reviewed local rules/Judge Snyder's procedures pertaining to motions, notice and hearing dates (0.60); drafted letter to Judge Snyder to accompany mandatory chambers copies (0.10); draft correspondence to M. Vives, D. Wilson and R. Baker re filed copies of motions and February 14 hearing date on both (0.10). | 1.90 | 714.00 | 1,356.60 |
| 02/04/2022 | Banich, Terence | Reviewed local rules/judge's procedures re lodging/ submission of proposed orders (0.50); reviewed and submitted proposed orders on motion to retain Katten and motion to establish compensation procedures (0.30). | 0.80 | 714.00 | 571.20 |
| 02/08/2022 | Banich, Terence | Reviewed notice from court re scheduling of hearing on motions to retain Katten and to establish compensation procedures (0.10); exchanged correspondence with M. Vives re same (0.10). | 0.20 | 714.00 | 142.80 |
| 02/10/2022 | Banich, Terence | Telephone conference with M. Vives re potential amendments to receiver order and preparation of same. | 0.10 | 714.00 | 71.40 |
| 02/15/2022 | Banich, Terence | Legal research re bases for expansion of receivership to include affiliates, addition of relief defendants and related matters. | 1.20 | 714.00 | 856.80 |
| 02/16/2022 | Banich, Terence | Reviewed legal principles for potential expansion of receivership to include affiliates and considered strategies for same. | 1.00 | 714.00 | 714.00 |
| 02/17/2022 | Yager, Allison | Review pleadings and notices re: same filed in receivership case. | 0.10 | 591.00 | 59.10 |
| 02/22/2022 | Banich, Terence | Follow up with deputy clerk re entry of orders granting motion to retain Katten and motion to approve interim compensation procedures. | 0.10 | 714.00 | 71.40 |
| 02/23/2022 | Yager, Allison | Emails with M. Vives and T. Banich re: agenda for weekly team call (.1). | 0.10 | 591.00 | 59.10 |
| 02/23/2022 | Banich, Terence | Reviewed civil minutes from February 14 hearing, entered order granting motion to employ Katten and entered order approving interim compensation procedures (0.20); exchanged correspondence with M. Vives and D. Wilson re same (0.10). | 0.30 | 714.00 | 214.20 |
| 02/24/2022 | Yager, Allison | Analyze receiver motion and order re: control over funds in court registry (.2); email M. Vives re: same (.1). | 0.30 | 591.00 | 177.30 |
| 02/24/2022 | Banich, Terence | Telephone conference with M. Vives re obtaining money in registry account and related issues (0.50); | 0.60 | 714.00 | 428.40 |

**Katten**

Matter:          396859.00001
Invoice #:       9020054412
Invoice Due Date:   Payable Upon Receipt                                    March 16, 2022

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | reviewed and exchanged correspondence with M. Vives and A. Yager re provisions of receiver motion and order pertaining to same (0.10). | | | |
| 02/25/2022 | Banich, Terence | Reviewed example order regarding authority to issue investigatory subpoenas and motion requesting same (0.60); drafted correspondence to M. Vives re same (0.10). | 0.70 | 714.00 | 499.80 |
| 02/28/2022 | Yager, Allison | Emails with T. Banich re: drafting motion to release escrowed funds from court registry (.1). | 0.10 | 591.00 | 59.10 |
| 02/28/2022 | Banich, Terence | Drafted and exchanged correspondence with A. Yager re preparation of motion to direct clerk to release funds in registry account to receiver (0.20). | 0.20 | 714.00 | 142.80 |

### 02-Fee applications/retention of professionals

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 02/02/2022 | Banich, Terence | Reviewed and exchanged correspondence and A. Yager re final review of Katten retention motion and compensation procedures motion. | 0.10 | 714.00 | 71.40 |
| 02/02/2022 | Yager, Allison | Review and provide further comments to retention and interim compensation motions (.6). | 0.60 | 591.00 | 354.60 |
| 02/03/2022 | Banich, Terence | Reviewed, edited, finalized and filed motion authorizing receiver to retain Katten and related documents. | 1.80 | 714.00 | 1,285.20 |
| 02/14/2022 | Banich, Terence | Reviewed motion to retain Katten, exhibits in support of same, motion to approve compensation procedures and proposed orders in preparation for hearing on both motions (1.60); telephone conference with M. Vives in preparation for hearing (0.30); attended hearing on both motions (0.20); telephone conference with M. Vives following hearing (0.20); telephone conference with K. Wanner re filing re no objection to judge ruling on Katten retention motion (0.10). | 2.40 | 714.00 | 1,713.60 |
| 02/15/2022 | Banich, Terence | Exchanged correspondence with K. Wanner re no objection to court ruling on Katten retention motion. | 0.10 | 714.00 | 71.40 |
| 02/16/2022 | Yager, Allison | Conduct research re: fee statement forms (.4); call and emails with T. Banich re: same (.2). | 0.60 | | No Charge |
| 02/16/2022 | Banich, Terence | Reviewed and exchanged correspondence with M. Vives, K. Wanner and M. Quinn re no objection to Judge Snyder deciding motion to retain Katten (0.10); reviewed draft notice prepared by SEC in connection with same (0.10). | 0.20 | 714.00 | 142.80 |
| 02/17/2022 | Banich, Terence | Reviewed and exchanged correspondence with K. Wanner and M. Quinn re no objection to Judge Snyder deciding Katten retention motion (0.10); reviewed filed notice by SEC re same (0.10); drafted correspondence to M. Vives re same (0.10); reviewed correspondence with M. Vives and R. Baker re establishing procedures for monthly fee statement preparations (0.10). | 0.40 | 714.00 | 285.60 |
| 02/17/2022 | Yager, Allison | Begin preparing Katten first monthly fee statement (1.0); emails with T. Banich re: same (.2); follow up call with T. Banich re: same (.1); review and analyze SEC billing guidelines (.4); emails with M. Vives re: fee statement process (.2); review T. Banich revisions to form fee statements (.2). | 2.10 | | No Charge |

**Katten**

Matter:           396859.00001
Invoice #:        9020054412
Invoice Due Date:    Payable Upon Receipt

March 16, 2022

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 02/18/2022 | Yager, Allison | Revise fee statements for Katten and receiver (.2); emails with receiver team re: same (.1); review interim compensation proposed order in preparation for call with client team re: fee statement protocol (.2); attend call with client team and T. Banich re: same (.7). | 1.20 | | No Charge |
| 02/22/2022 | Yager, Allison | Review and provide comments to Receiver first fee application (.7); review invoices for privilege matters (.3); emails with T. Banich and M. Vives re: same (.2); call with T. Banich re: Katten fee statement (.1). | 1.30 | | No Charge |
| 02/22/2022 | Banich, Terence | Reviewed and edited receiver's January 2022 monthly statement (0.30); reviewed and exchanged correspondence with M. VIves and A. Yager re same (0.20); reviewed and edited Katten January 2022 invoice (0.50). | 1.00 | | No Charge |
| 02/23/2022 | Banich, Terence | Reviewed and edited Katten invoice from January 2022 and monthly fee statement for January 2022 (0.30); exchanged correspondence with A. Yager re same (0.10); reviewed correspondence with M. Vives re same (0.10). | 0.50 | | No Charge |
| 02/23/2022 | Yager, Allison | Continue drafting Katten and reciever first monthly fee statements (.5); email receiver team re: same (.1). | 0.60 | | No Charge |
| 02/24/2022 | Banich, Terence | Reviewed monthly statement for receiver and Katten and filed same. | 0.50 | | No Charge |
| 02/24/2022 | Yager, Allison | Finalize and prepare exhibits to Katten and Receiver's first monthly fee statements (.5); pull as-filed versions and exhibits and email client and T. Banich re: same (.2); emails with T. Banich and client re: objection deadlines (.1). | 0.80 | | No Charge |

### 03-Claims Administration and Objections

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 02/18/2022 | Banich, Terence | Telephone conference with M. Vives re recently received creditor inquiries (0.10); reviewed email re same (0.10). | 0.20 | 714.00 | 142.80 |

### 04-Pre-receivership litigation/stay

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 02/02/2022 | Banich, Terence | Telephone conference with M. Quinn (Z. Horwitz's counsel) re introduction, lawsuits against Z. Horwitz, 1inMM Capital and affiliates, and related matters (0.20); telephone conference with A. Yager re identifying litigation potentially subject to receiver order stay and related matters (0.40); reviewed correspondence with firm's docketing department re search for cases potentially subject to receiver order stay (0.10). | 0.70 | 714.00 | 499.80 |
| 02/03/2022 | Yager, Allison | Emails with G. Goldberg re: pulling litigation documents involving receivership entities (.2); call with T. Banich re: same (.4); review litigation documents (.9). | 1.50 | 591.00 | 886.50 |
| 02/03/2022 | Banich, Terence | Telephone conference with M. Vives re status and tasks re investor litigation (0.40); telephone | 1.00 | 714.00 | 714.00 |

**Katten**

| | | |
|---|---|---|
| Matter: | 396859.00001 | |
| Invoice #: | 9020054412 | |
| Invoice Due Date: | Payable Upon Receipt | March 16, 2022 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | conference with A. Yager re same (0.40); reviewed correspondence from docketing re potential litigation subject to stay (0.20). | | | |
| 02/04/2022 | Yager, Allison | Emails with T. Banich re: analysis of litigation involving receivership entities (.1). | 0.10 | 591.00 | 59.10 |
| 02/04/2022 | Banich, Terence | Reviewed correspondence re pre-receivership litigation potentially subject to stay (0.20); exchanged correspondence with A. Yager re preparing analysis of same (0.10). | 0.30 | 714.00 | 214.20 |
| 02/07/2022 | Banich, Terence | Reviewed correspondence re pre-receivership litigation potentially subject to stay (0.20); exchanged correspondence with A. Yager re preparing analysis of same (0.10); reviewed correspondence to M. Vives, D. Wilson and R. Baker re status of analysis of same (0.10). | 0.40 | 714.00 | 285.60 |
| 02/07/2022 | Yager, Allison | Continue analysis of pre-recievership litigation and update litigation tracker re: same (2.8); emails with docket team re: same (.2); emails with T. Banich and client team re: same (.1). | 3.10 | 591.00 | 1,832.10 |
| 02/08/2022 | Yager, Allison | Continue reviewing litigation documents and revise litigation tracker per comments from T. Banich (.6); email client team re: same (.1). | 0.70 | 591.00 | 413.70 |
| 02/08/2022 | Banich, Terence | Reviewed draft tracking chart of pre-receivership litigation potentially subject to stay (0.20); reviewed pleadings and dockets associated with same (0.50); exchanged correspondence with A. Yager re edits to tracking chart (0.20); reviewed further version of same (0.20); reviewed A. Yager's correspondence to M. Vives, D. Wilson and R. Baker re same (0.10); telephone conference with M. Vives re stay issues (0.30). | 1.50 | 714.00 | 1,071.00 |
| 02/10/2022 | Banich, Terence | Reviewed dockets and pleadings in pre-receivership civil actions potentially subject to stay (1.10); telephone conference with M. Vives re strategies in connection with discussions with counsel for parties to pre-receivership litigation (0.30); telephone conference with A. Campbell, counsel for plaintiffs in Nalpak I LP v. Horwitz (0.70); drafted notes regarding same (0.20); telephone conference with S. Duringer, counsel for plaintiffs in KR Blackwelder v. Horwitz (0.30); drafted notes regarding same (0.10); outreach to D. Rammelt, J. Kopecky, A. Levi and M. Bubman (0.20); conference call with A. Polk, J. Kellogg and J. Westerman, counsel for class plaintiffs in Whitmore v. Horwitz, regarding background, issues and potential next steps (0.90); drafted notes regarding same (0.20). | 4.00 | 714.00 | 2,856.00 |
| 02/10/2022 | Yager, Allison | Emails with docket team re: additional litigation searches (.1); review updated litigation documents from docket team (.3). | 0.40 | 591.00 | 236.40 |
| 02/11/2022 | Yager, Allison | Emails withT. Banich re: stay of litigation (.2). | 0.20 | 591.00 | 118.20 |
| 02/11/2022 | Banich, Terence | Telephone conference with J. Kopecky, counsel for JJMT Capital re background, Cook County litigation and related matters (0.70); drafted and exchanged correspondence with J. Kopecky and his co-counsel re stay and related matters (0.20); telephone conference with D. Rammelt, counsel for Breakout | 6.80 | 714.00 | 4,855.20 |

**Katten**

| | | | | | |
|---|---|---|---|---|---|
| Matter: | 396859.00001 | | | | |
| Invoice #: | 9020054412 | | | | |
| Invoice Due Date: | Payable Upon Receipt | | | March 16, 2022 | |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | SPE LLC re background, Cook County litigation and related matters (0.80); drafted and exchanged correspondence with D. Rammelt re stay and related matters (0.20); telephone conference with T. Cozine, counsel for Mallory Horwitz re background, divorce litigation and related matters (1.10); drafted and exchanged correspondence with T. Cozine re stay and related matters (0.20); drafted correspondence to M. Vives, D. Wilson and R. Baker summarizing discussions and information provided by counsel in pre-receivership litigation and potential next steps re same (3.60). | | | |
| 02/13/2022 | Banich, Terence | Reviewed correspondence from D. Wilson re discussions with various counsel re pre-receivership litigation and related matters. | 0.10 | 714.00 | 71.40 |
| 02/14/2022 | Banich, Terence | Reviewed and exchanged correspondence with D. Rammelt (counsel for Breakout SPE LLC) and A. Polk (counsel for class plaintiffs) re stay issues and further discussions (0.20); reviewed Breakout SPE LLC no-target letter from U.S. Attorney's office (0.10). | 0.30 | 714.00 | 214.20 |
| 02/14/2022 | Yager, Allison | Review updates and documentation from T. Banich re: litigation stay and no target letter (.2). | 0.20 | 591.00 | 118.20 |
| 02/15/2022 | Yager, Allison | Emails with T. Banich re: litigation stays and updates re: conversations with other counsels (.2). | 0.20 | 591.00 | 118.20 |
| 02/15/2022 | Yager, Allison | Revise and update litigation tracker (1); call with T. Banich re: litigation stays and scope of injunction (.4); email client team re: litigation tracker (.1). | 1.50 | 591.00 | 886.50 |
| 02/15/2022 | Banich, Terence | Telephone conference with M. Bubman, counsel for Occidental Entertainment Corp., re civil action vs. Rogue Black (0.30); drafted correspondence to M. Vives, D. Wilson and R. Baker re same (0.20); telephone conference with M. Vives re applicability of stay in receiver order and potential stay of actions (0.30); reviewed dockets, motions and correspondence re actions against insiders of JJMT (1.20); exchanged correspondence with A. Loftus and M. Blumenreich re background and calls to discuss same (0.20); telephone conference with A. Yager re scope and potential expansion of stay, review of creditor correspondence and analysis of creditor actions (0.30); drafted correspondence to M. Vives, D. Wilson and R. Baker re T. Crookston's motion to stay, scope of stay and potential expansion of stay for various reasons (0.30); reviewed updated litigation tracker chart by A. Yager (0.20). | 3.00 | 714.00 | 2,142.00 |
| 02/16/2022 | Yager, Allison | Multiple calls with T. Banich re: analysis of litigation stays (.3); analyze investor and aggregator files provided by client re: investor litigation (.6). | 0.90 | 591.00 | 531.90 |
| 02/16/2022 | Banich, Terence | Reviewed and exchanged correspondence with lawyers in pre-receivership litigation re Horwitz scheme (0.20); telephone conference with A. Yager re review of documents and potential strategies in connection with stay of litigation (0.20); exchanged correspondence with A. Yager re creating written reference regarding investor litigation (0.10); | 0.70 | 714.00 | 499.80 |

**Katten**

| | | |
|---|---|---|
| Matter: | 396859.00001 | |
| Invoice #: | 9020054412 | |
| Invoice Due Date: | Payable Upon Receipt | March 16, 2022 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | telephone conference with M. Vives re stay issues and further calls to discuss same (0.20). | | | |
| 02/17/2022 | Banich, Terence | Conference call with M. Vives and A. Yager re scope of stay, recent inquiries from creditors' counsel and related matters (1.10); telephone conference with M. Blumenreich re claims, scope of stay and related matters (0.60); telephone conference with A. Loftus re claims, scope of stay and related matters (0.30); reviewed correspondence and updated spreadsheet re pending litigation vs. receivership defendants and litigation vs. aggregator investors (0.30); reviewed correspondence from D. Girard re Whitmore case (0.10); reviewed correspondence from A. Loftus re stay (0.10); reviewed correspondence from J. Kopecky re JJMT litigation issues (0.10). | 2.60 | 714.00 | 1,856.40 |
| 02/17/2022 | Yager, Allison | Continue analysis of pre-receivership litigation including against aggregators and other investors and update litigation tracker re: same (3.7); call with T. Banich and M. Vives re: same (1.1). | 4.80 | 591.00 | 2,836.80 |
| 02/18/2022 | Yager, Allison | Review transcript from stay motion filed in Crookston case (.2); emails with T. Banich and client team re: same (.1); review additional filings and complaints pulled by docket related to potential Horwitz affiliates (.5). | 0.80 | 591.00 | 472.80 |
| 02/18/2022 | Banich, Terence | Telephone conference with A. Yager re issues to discuss re stay during call with M. Vives and D. Wilson (0.40); reviewed correspondence re potential cases subject to stay (0.20); reviewed and exchanged correspondence with M. Blumenreich, counsel for Aronson plaintiffs, re call (0.10); reviewed transcript of hearing on motion to stay in Crookston case (0.10); drafted correspondence to M. Blumenreich re same (0.10); conference call with M. Vives, D. Wilson and A. Yager re issues/strategies re stay of litigation and related matters (1.00); telephone conference with A. Yager re preparation of motion to modify injunctive provisions of receiver order (0.60); drafted correspondence to A. Yager re thoughts/comments/examples for structure of motion to amend receiver order (0.20); telephone conference with A. Blumenreich re Aronson case, stay issues and related matters (0.80); drafted proposed order modifying injunctive provisions of receiver order (3.10). | 6.60 | 714.00 | 4,712.40 |
| 02/18/2022 | Yager, Allison | Call with T. Banich and client team re: stay of litigation matters and amendment of receivership order (1); follow up call with T. Banich re: same (.6). | 1.60 | 591.00 | 945.60 |
| 02/19/2022 | Banich, Terence | Reviewed and edited proposed order modifying injunctive provisions of receiver order (1.50); drafted correspondence to A. Yager re review of same (0.10). | 1.60 | 714.00 | 1,142.40 |
| 02/19/2022 | Yager, Allison | Emails with T. Banich re: order amending receivership automatic stay (.1). | 0.10 | 591.00 | 59.10 |
| 02/22/2022 | Banich, Terence | Reviewed A. Yager's comments to draft proposed order modifying injunctive provisions of receiver | 2.50 | 714.00 | 1,785.00 |

**Katten**

| | | | | | |
|---|---|---|---|---|---|
| Matter: | 396859.00001 | | | | |
| Invoice #: | 9020054412 | | | | |
| Invoice Due Date: | Payable Upon Receipt | | | March 16, 2022 | |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | order and drafted correspondence to A. Yager re same.(0.20); drafted and edited draft proposed order modifying injunctive provisions of receiver order(1.80); drafted correspondence to M. Vives and D. Wilson expdrafted correspondencelaining revised proposed order ( 0.5 ). | | | |
| 02/22/2022 | Yager, Allison | Review order and provide comments to same (.3). | 0.30 | 591.00 | 177.30 |
| 02/23/2022 | Yager, Allison | Review M. Vives comments to amended proposed order re: litigation stay (.1); call with T. Banich re: revisions to same (.1); revise proposed order (.2); conduct research for and draft motion requesting modification of receiver order re: stay provisions (4.9); email T. Banich re: same (.1). | 5.40 | 591.00 | 3,191.40 |
| 02/23/2022 | Banich, Terence | Reviewed comments from M. Vives and D. Wilson re proposed order clarifying stay provisions of receiver order (0.10); reviewed A. Yager's further edits to same (0.20); drafted and edited correspondence regarding and analysis of need to clarify receiver order, reviewed legal principles re same and drafted and exchanged.correspondence with A. Yager re same (2.20). | 2.50 | 714.00 | 1,785.00 |
| 02/24/2022 | Yager, Allison | Continue drafting motion to clarify stay provisions of receiver order (.6). | 0.60 | 591.00 | 354.60 |
| 02/24/2022 | Banich, Terence | Reviewed and edited motion to clarify anti-litigation injunction provisions of receiver order (4.20); legal research re same (0.70). | 4.90 | 714.00 | 3,498.60 |
| 02/25/2022 | Banich, Terence | Drafted and edited motion to clarify stay language of receiver order and legal research re same (5.20). | 5.20 | 714.00 | 3,712.80 |
| 02/26/2022 | Yager, Allison | Review revisions to and provide comments to motion to clarify injunction provisions of receiver order (.5). | 0.50 | 591.00 | 295.50 |
| 02/26/2022 | Banich, Terence | Reviewed correspondence from A. Yager re draft motion to clarify receiver order. | 0.10 | 714.00 | 71.40 |
| 02/28/2022 | Banich, Terence | Drafted and edited motion to clarify stay provisions of receiver order (2.50); drafted correspondence to M. Vives and D. Wilson re same (0.10); reviewed M. Vives' comments to same (0.10). | 2.70 | 714.00 | 1,927.80 |
| 02/28/2022 | Banich, Terence | Reviewed correspondence and draft status report re stay by plaintiffs in Whitmore litigation. | 0.20 | 714.00 | 142.80 |

**05-FBI and criminal case matters**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/09/2022 | Banich, Terence | Reviewed government's sentencing position memorandum and declaration in support (1.50); drafted notes re potential asset leads to follow referred to in same (0.30); reviewed docket of criminal case (0.10); followed up with K. Wanner re documents re victims and other issues (0.10). | 2.00 | 714.00 | 1,428.00 |
| 02/14/2022 | Banich, Terence | Reviewed docket of criminal case (0.10); reviewed and exchanged correspondence with M. Vives, K. Wanner, D. Wilson and R. Baker re imposition of Horwitz criminal sentence (0.10). | 0.20 | 714.00 | 142.80 |
| 02/16/2022 | Banich, Terence | Reviewed docket of criminal case. | 0.10 | 714.00 | 71.40 |
| 02/17/2022 | Banich, Terence | Reviewed judgment in criminal case (0.40); drafted | 0.60 | 714.00 | 428.40 |

**Katten**

| Matter: | 396859.00001 | |
|---|---|---|
| Invoice #: | 9020054412 | |
| Invoice Due Date: | Payable Upon Receipt | March 16, 2022 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | correspondence to M. Vives, D. Wilson, R. Baker and A. Yager re same (0.20). | | | |

**06-SEC meetings/discussions**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/02/2022 | Banich, Terence | Telephone conference with K. Wanner of SEC re introduction, tasks, strategies and related matters. | 0.50 | 714.00 | 357.00 |
| 02/14/2022 | Banich, Terence | Telephone conference with K. Wanner re asset investigation, access to Horwitz computers/phone and related matters (0.20); drafted correspondence to M. Vives, D. Wilson and R. Baker summarizing same (0.30). | 0.50 | 714.00 | 357.00 |
| 02/18/2022 | Banich, Terence | Reviewed correspondence between M. Vives and K. Wanner re meeting and topics for discussion. | 0.20 | 714.00 | 142.80 |
| 02/21/2022 | Banich, Terence | Telephone conference with M. Vives re preparations and agenda for February 22 call with K. Wanner of SEC. | 1.00 | 714.00 | 714.00 |
| 02/21/2022 | Yager, Allison | Review updates re: call with SEC. | 0.10 | 591.00 | 59.10 |
| 02/22/2022 | Banich, Terence | Telephone conference with A. Yager re preview of call with K. Wanner (0.10); conference call with M. Vives, K. Wanner and A. Yager re investigative updates, scope of stay, access to information and related matters and further discussion with M. Vives and A. Yager re same (1.50); telephone conference with A. Yager re debrief and tasks (0.30); followed up with AUSA D. Chao (0.10). | 2.00 | 714.00 | 1,428.00 |
| 02/22/2022 | Yager, Allison | Call with T. Banich re: preview of SEC call (.1). | 0.10 | 591.00 | 59.10 |
| 02/22/2022 | Yager, Allison | Review SEC meeting agenda (.1); call with T. Banich, receiver and SEC counsel and follow up call with T. Banich and receiver re: same (1.5); debrief call with T. Banich re: same (.3). | 1.90 | 591.00 | 1,122.90 |
| 02/25/2022 | Banich, Terence | Telephone conference re: funds in registry account and forthcoming motion to clarify stay language of receiver order (0.10); drafted correspondence to M. Vives and A. Yager re same (0.10). | 0.20 | 714.00 | 142.80 |
| 02/25/2022 | Yager, Allison | Review updates from T. Banich re: SEC call re: court registry accounts. | 0.10 | 591.00 | 59.10 |

**07-Avoidance actions**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/09/2022 | Banich, Terence | Considered potential avoidance targets and theories for same (0.20); legal research re same (0.50); telephone conference with A. Yager re theories of recovery, arguments and legal research issues (0.60); legal research re potential investor claims (0.60); drafted correspondence to A. Yager re researching same (0.10). | 2.00 | 714.00 | 1,428.00 |
| 02/09/2022 | Yager, Allison | Follow up call with T. Banich re: fraudulent transfer research (.6). | 0.60 | 591.00 | 354.60 |
| 02/11/2022 | Yager, Allison | Conduct research re: fraudulent transfer and ponzi scheme analysis (3.4). | 3.40 | 591.00 | 2,009.40 |
| 02/14/2022 | Yager, Allison | Continue research re: fraudulent transfer liability generally and ponzi scheme presumption (4.9). | 4.90 | 591.00 | 2,895.90 |
| 02/15/2022 | Yager, Allison | Continue research re: fraudulent transfers and claims | 1.80 | 591.00 | 1,063.80 |

**Katten**

Matter:              396859.00001
Invoice #:           9020054412
Invoice Due Date:    Payable Upon Receipt

March 16, 2022

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | against banks (1.6); emails with T. Banich re: same (.2). | | | |
| 02/15/2022 | Banich, Terence | Reviewed and exchanged correspondence with A. Yager re summary of legal research findings re certain potential avoidance actions. | 0.20 | 714.00 | 142.80 |
| 02/15/2022 | Yager, Allison | Continue research re: potential avoidance actions (.4). | 0.40 | 591.00 | 236.40 |
| 02/16/2022 | Yager, Allison | Continue research re: fraudulent transfers, ponzi scheme presumption and summarize analysis all research re: same (3.0). | 3.00 | 591.00 | 1,773.00 |
| 02/18/2022 | Yager, Allison | Call with T. Banich re: potential avoidance actions (.3); review email correspondence re: same (.1). | 0.40 | 591.00 | 236.40 |
| 02/18/2022 | Banich, Terence | Conference call with M. Vives and A. Yager re establishing protocols for preparation of monthly fee statements, quarterly fee applications and related matters. | 0.50 | 714.00 | 357.00 |
| 02/28/2022 | Yager, Allison | Continue research re: fraudulent transfer actions in receivership matters (.9). | 0.90 | 591.00 | 531.90 |

**09-Investigation of assets/transactions**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/02/2022 | Banich, Terence | Reviewed L. Pearson declaration and supporting documents re bank accounts, transfers, flow and use of funds (1.50); drafted outline of issues and questions to discuss with receiver, D. Wilson and R. Baker (1.60); pre-call with A. Yager to prepare for strategy call with receiver (0.20); conference call with M. Vives, D. Wilson, R. Baker and A. Yager and follow up call with A. Yager re same (2.10). | 5.40 | 714.00 | 3,855.60 |
| 02/02/2022 | Yager, Allison | Review and analyze SEC declaration and exhibits thereto re: uses of investor funds (.5); pre-group call with T. Banich (.2); attend call with T. Banich and client team re: matter background, investigation, and strategy (1.6); follow up call with T. Banich re: same (.5); review litigation matters involving receivership defendants (1.1). | 3.90 | 591.00 | 2,304.90 |
| 02/08/2022 | Banich, Terence | Reviewed declarations of Mallory Horwitz and exhibits to same filed in divorce case regarding potential assets to pursue and possible avoidance action targets (1.20); drafted correspondence with M. Vives, D. Wilson and R. Baker re same and issues for February 9 call (0.10). | 1.30 | 714.00 | 928.20 |
| 02/09/2022 | Yager, Allison | Review litigation tracker and other background information in preparation for client call (.2); attend status and strategy call with T. Banich and client team re: litigation, next steps, strategy and investigation of transfers (1.6); emails with docket team re: litigation searches (.1). | 1.90 | 591.00 | 1,122.90 |
| 02/09/2022 | Banich, Terence | Conference call with M. Vives, other DWC personnel and A. Yager re updates, strategies and tasks (1.60). | 1.60 | 714.00 | 1,142.40 |
| 02/10/2022 | Banich, Terence | Consider potential cooperation agreement with class plaintiffs in Whitmore and reviewed documents/ pleadings in prior litigation as framework for same. | 2.20 | 714.00 | 1,570.80 |
| 02/14/2022 | Banich, Terence | Reviewed July 2020 letters from K&L Gates on behalf of 1inMM (0.60); drafted correspondence to | 1.30 | 714.00 | 928.20 |

**Katten**

| Matter: | 396859.00001 | |
|---|---|---|
| Invoice #: | 9020054412 | |
| Invoice Due Date: | Payable Upon Receipt | March 16, 2022 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | M. Vives, D. Wilson and R. Baker re same and potential investigatory steps to take regarding same (0.70). | | | |
| 02/17/2022 | Banich, Terence | Reviewed Whitmore class action complaint in preparation for call with D. Girard (1.10); telephone conference with D. Girard re background, potential claims, investigation and related matters (1.00); drafted correspondence to M. Vives, D. Wilson, R. Baker and A. Yager summarizing discussion with D. Girard and providing thoughts and comments re potential strategies (1.60). | 3.70 | 714.00 | 2,641.80 |
| 02/18/2022 | Banich, Terence | Exchanged correspondence with D. Girard, counsel for Whitmore plaintiffs, re call with receiver. | 0.10 | 714.00 | 71.40 |
| 02/19/2022 | Yager, Allison | Emails with T. Banich re: meeting in San Diego. | 0.10 | 591.00 | 59.10 |
| 02/23/2022 | Yager, Allison | Call with T. Banich, M. Vives, and investor counsel re: analysis of claims and call follow up call with T. Banich and M. Vives re: same (1.8);. | 1.80 | 591.00 | 1,063.80 |
| 02/23/2022 | Banich, Terence | Reviewed Whitmore complaint and related documents in preparation for call with D. Girard (1.40); telephone conference with D. Girard re Whitmore class claims and related matters (0.50). | 1.90 | 714.00 | 1,356.60 |
| 02/23/2022 | Banich, Terence | Conference call with M. Vives, D. Girard, A. Polk and A. Yager re potential real estate claims, and further discussions with M. Vives and A. Yager re same. | 1.80 | 714.00 | 1,285.20 |
| 02/24/2022 | Banich, Terence | Telephone conference with P. Baldwin, counsel for various investor-creditors (0.30); reviewed correspondence from counsel for Whitmore class plaintiffs (0.20). | 0.50 | 714.00 | 357.00 |
| 02/24/2022 | Banich, Terence | Reviewed proposed common interest agreement with certain investor-creditors. | 1.00 | 714.00 | 714.00 |
| 02/25/2022 | Banich, Terence | Conference call with M. Vives and A. Yager re status of investigation and next steps. | 1.40 | 714.00 | 999.60 |
| 02/25/2022 | Yager, Allison | Attend call with client and T. Banich re: investigating transactions and related strategy. | 1.40 | 591.00 | 827.40 |
| 02/28/2022 | Banich, Terence | Reviewed and exchanged correspondence with M. Vives re status/updates re various investigatory tasks. | 0.50 | 714.00 | 357.00 |

### 10-Business Operations/Operating Entities

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/03/2022 | Banich, Terence | Telephone conference with M. Vives re most recent information re Rogue Black and attempts to communicate with LayJax (0.40); telephone conference with A. Yager re Rogue Black/property of the estate issues (0.20). | 0.60 | 714.00 | 428.40 |
| 02/08/2022 | Banich, Terence | Telephone conference with M. Vives re recent discussions with LayJax personnel. | 0.10 | 714.00 | 71.40 |
| 02/23/2022 | Banich, Terence | Reviewed correspondence re Rogue Black issues (0.10); followed up with A. Esbenshade re same (0.10). | 0.20 | 714.00 | 142.80 |

| | **Total Hours :  153.60** | | **Total Fees** | **97,281.60** | **USD** |

**Katten**

Matter:              396859.00001
Invoice #:           9020054412
Invoice Due Date:    Payable Upon Receipt

March 16, 2022

**TIME SUMMARY**

**United States**

| Name | Title | Hours | Rate | Amount |
|------|-------|-------|------|--------|
| Banich, Terence | Partner | 94.20 | 714.00 | 67,258.80 |
| Yager, Allison | Associate | 50.80 | 591.00 | 30,022.80 |
| Yager, Allison | Associate | 6.60 | | No Charge |
| Banich, Terence | Partner | 2.00 | | No Charge |

| | **Sub Total :** | **153.60** | **Sub Total :** | **97,281.60** |
|--|--|--|--|--|
| | **Total Hours :** | **153.60** | **Total Fees** | **97,281.60   USD** |

**Katten**

| Matter: | 396859.00001 | |
|---|---|---|
| Invoice #: | 9020054412 | March 16, 2022 |
| Invoice Due Date: | Payable Upon Receipt | |

## DISBURSEMENTS

| Date | Description | Cost Description | Amount |
|---|---|---|---|
| 02/03/2022 | Color Printing | Color Printing. | 15.25 |
| 02/16/2022 | Courier | FedExCorp.Inv#: 766014476,Trking# 289456677424,on 2/3/2022 To: Hon. Christina A. Snyder. | 36.13 |
| 02/17/2022 | Filing Fees | CC-Clerk of the Circuit Court of Cook County;Dated 2/7/22;Conf#138537153;District 1 - Chancery Fees/ Costs;Case#2021CH01939. | 14.25 |
| 02/17/2022 | Filing Fees | CC-Clerk of the Circuit Court of Cook County;Dated 2/7/22;Conf#138537153;District 1 - Chancery Fees/ Costs;Case#2021CH01939;Service charge. | 0.30 |
| 02/17/2022 | Filing Fees | CC-Clerk of the Circuit Court of Cook County;Dated 2/7/22;Conf#138559101;District 1 - Chancery Fee/ Costs;Case#2021CH01939. | 43.75 |
| 02/17/2022 | Filing Fees | CC-Clerk of the Circuit Court of Cook County;Dated 2/7/22;Conf#138559101;District 1 - Chancery Fee/ Costs;Case#2021CH01939;Service charge. | 0.92 |
| 02/17/2022 | Filing Fees | CC-Clerk of the Circuit Court of Cook County;Dated 2/9/22;Conf#138672677;District 1 - Law Division Fees/ Costs for Case#2020L004620. | 36.25 |
| 02/17/2022 | Filing Fees | CC-Clerk of the Circuit Court of Cook County;Dated 2/9/22;Conf#138672677;District 1 - Law Division Fees/ Costs for Case#2020L004620;Service Charge. | 0.76 |
| 02/17/2022 | Filing Fees | CC-Clerk of the Circuit Court of Cook County;Dated 2/9/22;Conf#138676702;District 1 - Law Division Fees/ Costs for Case#2021L002954. | 8.50 |
| 02/17/2022 | Filing Fees | CC-Clerk of the Circuit Court of Cook County;Dated 2/9/22;Conf#138676702;District 1 - Law Division Fees/ Costs for Case#2021L002954;Service Fee. | 0.18 |
| 02/17/2022 | Filing Fees | CC-Clerk of the Circuit Court of Cook County;Dated 2/9/22;Conf#138677128;District 1 - Law Division Fees/ Costs for Case#2021L002954. | 23.25 |
| 02/17/2022 | Filing Fees | CC-Clerk of the Circuit Court of Cook County;Dated 2/9/22;Conf#138677128;District 1 - Law Division Fees/ Costs for Case#2021L002954;Service Charge. | 0.49 |
| 02/17/2022 | Filing Fees | CC-Clerk of the Circuit Court of Cook County;Dated 2/9/22;Conf#138677357;District 1 - Law Division Fees/ Costs for Case#2021L002462. | 12.00 |
| 02/17/2022 | Filing Fees | CC-Clerk of the Circuit Court of Cook County;Dated 2/9/22;Conf#138677357;District 1 - Law Division Fees/ Costs for Case#2021L002462;Service Charge. | 0.25 |
| 02/17/2022 | Filing Fees | CC-Clerk of the Circuit Court of Cook County;Dated 2/9/22;Conf#138677713;District 1 - Law Division Fees/ Costs for Case#2020L004620. | 167.75 |
| 02/17/2022 | Filing Fees | CC-Clerk of the Circuit Court of Cook County;Dated 2/9/22;Conf#138677713;District 1 - Law Division Fees/ Costs for Case#2020L004620;Service Charge. | 3.52 |
| 02/23/2022 | Court Reporter Fees | Order court transcript re: Gould v. Crookston, 21cv6049 hearing on 2/3/22.-Order court transcript re: Gould v. Crookston, 21cv6049 hearing on 2/3/22.-Date Incurred: 02/18/2022. | 6.00 |
| 02/25/2022 | Filing Fees | . | 45.18 |

| | |
|---|---|
| Matter: | 396859.00001 |
| Invoice #: | 9020054412 |
| Invoice Due Date: | Payable Upon Receipt |

March 16, 2022

| Date | Description | Cost Description | Amount |
|---|---|---|---|
| 02/28/2022 | Court Costs | January 2022 Pacer Court Costs. | 136.70 |
| 02/28/2022 | Court Costs | The Superior Court of California - County of Los Angeles; Receipt Number P220203j8799 on 2/3/22. | 112.00 |
| 02/28/2022 | Court Costs | The Superior Court of California - County of Los Angeles; Receipt Number P220207j4904 on 2/7/22. | 139.80 |
| 02/28/2022 | Court Costs | The Superior Court of California - County of Los Angeles; Receipt Number P220207j4912 on 2/7/22. | 50.00 |
| 02/28/2022 | Data/Library Research Services | Westlaw Legal Research: YAGER,ALLISON E on 2/24/2022. | 51.67 |
| 02/28/2022 | Data/Library Research Services | Westlaw Legal Research: YAGER,ALLISON E on 2/23/2022. | 103.33 |
| 02/28/2022 | Data/Library Research Services | Westlaw Legal Research: YAGER,ALLISON E on 2/16/2022. | 155.00 |
| 02/28/2022 | Data/Library Research Services | Westlaw Legal Research: YAGER,ALLISON E on 2/15/2022. | 51.67 |
| 02/28/2022 | Data/Library Research Services | Westlaw Legal Research: YAGER,ALLISON E on 2/14/2022. | 51.67 |
| | | **Total  Disbursements:** | **1,266.57    USD** |

**Katten**