**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter**

| Matter Description | Hours | Amount |
|---|---|---|
| Accounting / Auditing | 2.5 | $393.75 |
| Asset Analysis and Recovery | 3.4 | $1,377.00 |
| Business Analysis | 9.9 | $2,218.50 |
| Business Operations | 5.0 | $1,203.75 |
| Case Administration[2] | 100.2 | $28,260.00 |
| Forensic Accounting | 73.3 | $12,775.50 |
| Status Reports | 18.6 | $5,881.50 |
| Expenses | 0.00 | $277.05 |
| **Totals** | **212.90** | **$52,387.05** |

---

[2] The Receiver voluntarily reduced her fees for the Fee Period by $2,520, attributable to preparation of fee applications, as an accommodation to the receivership estate.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200