**Exhibit B**
**Summary of Total Fees and Hours by Attorneys and Paraprofessionals**

| Professional | Position with the Applicant | Years of Experience | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Michele Vives | Receiver | 17 | $405.00 | 32.4 | $13,122.00 |
| Douglas Wilson | Executive Management | 33 | $405.00 | 12.6 | $5,103.00 |
| Lynn Goodridge | Executive Management | 25 | $405.00 | 0.5 | $202.50 |
| Ryan Baker | Project Director | 12 | $315.00 | 42.7 | $13,450.50 |
| Terra Rollins | Project Director | 22 | $315.00 | 8.4 | $126.00 |
| Michael Wilson | Project Associate Director | 1 | $202.50 | 40.9 | $8,282.25 |
| Lisset Rocha | Accounting | 4 | $157.50 | 73.1 | $11,513.25 |
| Kristine Bickings | Administrative | 8 | $135.00 | 2.3 | $310.50 |
| **Totals** | | | | **212.9** | **$52,110.00** |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200