**Exhibit C**
**Summary of Actual and Necessary Expenses**

| Expenses by Category | Amount |
|---|---:|
| Background Checks | $28.05 |
| Bank Fees | $86.00 |
| FedEx | $163.00 |
| **Total** | **$277.05** |