**Exhibit D**
**Invoices**

**Douglas Wilson Companies**

Services for month ending April 30, 2022
Invoice #: 92124
Invoice Date: 05/11/2022
Due Date: 05/20/2022

1620 Fifth Avenue, Suite 400
San Diego, CA 92101
Phone: 619 641-1141
Fax: 619-641-1150
douglaswilson.com

SEC v Horwitz
Attn: Michele Vives
1620 Fifth Avenue, Suite 400
San Diego, CA 92101
United States

## 10129 SEC v Horwitz

### Services

| Date | Timekeeper | Description | Hours | Total |
|---|---|---|---|---|
| 04/01/2022 | MV | Case Administration: Call with bank regarding records. | 0.30 | $121.50 |
| 04/01/2022 | MV | Asset Analysis and Recovery: Review Valid8 proposal/ cost. | 0.20 | $81.00 |
| 04/01/2022 | LR | Case Administration: Additional correspondence with bank regarding access to online platform and fees. | 0.60 | $94.50 |
| 04/01/2022 | DW | Case Administration: Review the emails regarding getting access to the Horwitz personal devices. Internal discussion regarding the same. | 0.80 | $324.00 |
| 04/01/2022 | RB | Case Administration: Communications with L. Rocha re: cost of forensic accounting (0.2). Review analysis, communications with M. Vives to debrief (0.2). | 0.40 | $126.00 |
| 04/01/2022 | RB | Forensic Accounting: Meet with T. McDonald regarding forensic accounting | 0.50 | $157.50 |
| 04/01/2022 | RB | Forensic Accounting: Upload bank statements to forensic accounting. (.2) Review data outputs. (.4) Communicate with M. Vives re same. (.1) | 0.70 | $220.50 |
| 04/04/2022 | MDW | Case Administration: Corresponded with Bank in regards to GTS form. | 0.30 | $60.75 |
| 04/04/2022 | MDW | Case Administration: Internal team meeting. | 0.50 | $101.25 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/04/2022 | MDW | Case Administration: Revised Financial Institution letters for M.Vives to review. | 2.00 | $405.00 |
| 04/04/2022 | LG | Case Administration: Internal team meeting. | 0.50 | $202.50 |
| 04/04/2022 | MV | Case Administration: Discussion with team regarding personal property. | 0.50 | $202.50 |
| 04/04/2022 | MV | Case Administration: Review subpoena. | 0.20 | $81.00 |
| 04/04/2022 | MV | Case Administration: Email correspondence with counsel regarding various meetings on aggregators. | 0.20 | $81.00 |
| 04/04/2022 | TR | Case Administration: Review and make edits to receiver billing. | 1.00 | $0.00 |
| 04/04/2022 | RB | Case Administration: Meeting with the Receiver and the team regarding requests for personal property and its relevance to the estate. | 0.50 | $157.50 |
| 04/04/2022 | RB | Business Operations: Phone call with V. Chou and T. Banich re: J. Hallivis and investment with Rogue Black. | 0.50 | $157.50 |
| 04/04/2022 | RB | Forensic Accounting: Zoom meeting with T. Macdonald re: forensic accounting progress and next steps. | 0.50 | $157.50 |
| 04/04/2022 | RB | Case Administration: Review Services Agreement for Valid8. | 0.30 | $94.50 |
| 04/04/2022 | DW | Case Administration: Prepare for weekly internal meeting. (.20) Participate in weekly internal project review meeting to discuss all ongoing aspects of the project and the immediate priorities. (1.00) | 1.20 | $486.00 |
| 04/05/2022 | MDW | Business Operations: Updated FAQ for website and sent to R. Baker for review. | 1.00 | $202.50 |
| 04/05/2022 | MV | Case Administration: Email correspondence with USAO. | 0.20 | $81.00 |
| 04/05/2022 | MV | Case Administration: Prepare for internal weekly meeting. | 0.50 | $202.50 |
| 04/05/2022 | MV | Case Administration: Internal team meeting. Status update on forensic analysis. | 1.00 | $405.00 |
| 04/05/2022 | MDW | Case Administration: Internal team meeting. | 1.00 | $202.50 |
| 04/05/2022 | LR | Case Administration: Internal team meeting | 1.00 | $157.50 |
| 04/05/2022 | RB | Case Administration: Zoom conference with N. Morgan, M. Vives, and T. Banich regarding background information on investments. | 0.50 | $157.50 |
| 04/05/2022 | RB | Case Administration: Zoom conference with M. Vives, K. Hebeisen and T. Banich regarding forensic accounting, subpoenas and next steps. | 0.80 | $252.00 |
| 04/05/2022 | RB | Case Administration: Zoom conference with D. Wilson, M. Vives, K. | 1.00 | $315.00 |

|            |     | Bickings, L. Rocha, and M. Wilson re: discussion of assets and forensic accounting. |      |          |
|------------|-----|-------------------------------------------------------------------------------------|------|----------|
| 04/05/2022 | MV  | Case Administration: Call with counsel for Brett Cravett. | 0.50 | $202.50 |
| 04/05/2022 | MV  | Case Administration: Call with counsel on various subpoenas and forensic update. | 0.80 | $324.00 |
| 04/05/2022 | MDW | Business Operations: Update the Financial Institution summary materials. (2) Added Subpoena and Email tracking tabs. (.3) | 2.30 | $465.75 |
| 04/05/2022 | TR  | Case Administration: Further review and edits to receiver billing. | 1.00 | $0.00 |
| 04/05/2022 | MV  | Case Administration: Review website FAQs | 0.40 | $162.00 |
| 04/05/2022 | MV  | Case Administration: Review email correspondence regarding claims and process for asset recovery (0.2) Email counsel regarding same (0.2). | 0.40 | $162.00 |
| 04/05/2022 | RB  | Case Administration: Draft proposal to engage A. Levitas for Rogue Black (0.3). Communications with M. Vives re: same (0.2). | 0.50 | $157.50 |
| 04/05/2022 | DW  | Case Administration: Review recent emails regarding ongoing workstreams and respond as needed (0.2). Participate in portion of internal team meeting to monitor various aspects of the assignment (0.6). | 0.80 | $324.00 |
| 04/05/2022 | LR  | Case Administration: Correspondence with bank regarding set up | 0.30 | $47.25 |
| 04/06/2022 | MV  | Case Administration: Finalize Website text and navigation. | 1.50 | $607.50 |
| 04/06/2022 | KB  | Case Administration: Finalize website text and navigation with M. Vives. | 0.80 | $108.00 |
| 04/06/2022 | MV  | Case Administration: Respond to investor emails. | 0.40 | $162.00 |
| 04/06/2022 | MDW | Case Administration: Reviewed legal documents. (1.0) Continued to add information to summary material. (2.0) | 3.00 | $607.50 |
| 04/06/2022 | LR  | Case Administration: Prepare subpoenas for mailing to financial institutions via certified mail with M. Wilson | 1.50 | $236.25 |
| 04/06/2022 | MDW | Case Administration: Printed letters and all legal documents.(1.0) Packaged and sent via certified mail to all financial institutions.(.5) | 1.50 | $303.75 |
| 04/06/2022 | MV  | Case Administration: Call with investor regarding Rogue Black LLC | 0.50 | $202.50 |
| 04/06/2022 | TR  | Case Administration: Prepare March receivership billing for review. | 0.90 | $0.00 |
| 04/06/2022 | TR  | Case Administration: Confirm test payment successful with bank (0.2); circulate emails to court and team re same (0.2) | 0.40 | $126.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/06/2022 | MV | Case Administration: Follow up communications with R Baker regarding Rogue Black investor. | 0.30 | $121.50 |
| 04/06/2022 | MV | Case Administration: Review and execute Valid8 contract. | 0.20 | $81.00 |
| 04/06/2022 | MV | Case Administration: Respond to Bank regarding credit line documents. | 0.20 | $81.00 |
| 04/06/2022 | RB | Case Administration: Communications with L. Rocha re: Valid8 and review the agreement. | 0.20 | $63.00 |
| 04/06/2022 | RB | Forensic Accounting: Communications with T. McDonald re: moving forward with Valid8 (0.4). Review website and data entered thus far (0.3). | 0.70 | $220.50 |
| 04/07/2022 | MDW | Case Administration: Retrieved FedEx tracking numbers from Subpoenas sent out from counsel (0.3). Inputted data and document detail into summary materials (2.2). | 2.50 | $506.25 |
| 04/07/2022 | MV | Case Administration: Weekly team meeting with Counsel. | 1.00 | $405.00 |
| 04/07/2022 | LR | Case Administration: Review incoming correspondences (0.3) and review forensic software (0.2) | 0.50 | $78.75 |
| 04/07/2022 | MV | Case Administration: Meeting with entertainment producer to confirm post production scope of work. | 0.50 | $202.50 |
| 04/07/2022 | MDW | Business Analysis: Emails with M.Vives re: Portfolio. (0.3) Researched websites and articles related to Portfolio's.(3.7) | 4.00 | $810.00 |
| 04/07/2022 | MV | Case Administration: Call with SEC Counsel. | 0.40 | $162.00 |
| 04/07/2022 | MV | Case Administration: Internal call regarding follow up to meetings/ call with aggregator counsel. | 0.80 | $324.00 |
| 04/07/2022 | MV | Case Administration: Call with entertainment specialist regarding post production scope of work. | 0.30 | $121.50 |
| 04/07/2022 | LR | Forensic Accounting: Review line of credit activity. | 0.50 | $78.75 |
| 04/07/2022 | LR | Forensic Accounting: Continue review of line of credit | 0.40 | $63.00 |
| 04/07/2022 | RB | Case Administration: Meeting with M. Vives and T. Banich re: weekly coordinating management meeting for the case. | 1.00 | $315.00 |
| 04/07/2022 | RB | Case Administration: Zoom conference with M. Vives and T. Banich re: updates following various calls with aggregators and other parties' counsels. | 0.80 | $252.00 |
| 04/07/2022 | RB | Case Administration: Phone call with J. Etchells re: questions on collections management accounts and film revenues collections. | 0.50 | $157.50 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/07/2022 | DW | Case Administration: Review various background materials regarding LayJax in preparation for the Zoom meeting on 4/8. | 0.50 | $202.50 |
| 04/08/2022 | MV | Case Administration: Internal meeting with R Baker regarding Rogue Black and quarterly report. | 1.00 | $405.00 |
| 04/08/2022 | MV | Case Administration: Prepare for call with P. Haus and J. Libby. (.20) Attend Zoom meeting with P. Haus and J. Libby regarding LayJax. (.60) Follow up internal discussion with D. Wilson. (.20) | 1.00 | $405.00 |
| 04/08/2022 | RB | Business Operations: Draft email to M. Hobel outlining background on Rogue Black, context of question and areas needing input with regards to film collections activities. | 0.70 | $220.50 |
| 04/08/2022 | RB | Case Administration: Zoom meeting with M. Vives to brief on Rogue Black, CAMA statements, bank account, upcoming report and other coordination. | 1.00 | $315.00 |
| 04/08/2022 | RB | Business Analysis: Continue research on Rogue Black, financials, investments and waterfall review of films. | 0.80 | $252.00 |
| 04/08/2022 | LR | Forensic Accounting: Review Rogue Black account activity | 2.40 | $378.00 |
| 04/08/2022 | MV | Case Administration: Call with USAO regarding electronic information from 1inMM Capital and its subsidiaries | 0.40 | $162.00 |
| 04/08/2022 | MV | Case Administration: Internal meeting with counsel regarding USAO request, LayJax, Rogue Black and various other matters. | 0.70 | $283.50 |
| 04/08/2022 | MV | Case Administration: Review Rogue Black files. Draft information request letter to collection agencies; Freeway and Fintage. | 0.80 | $324.00 |
| 04/08/2022 | DW | Case Administration: Participate in the Zoom meeting with Phil Haus and John Libby regarding the background and current status of LayJax (0.6). Follow up internal discussions (0.2). | 0.80 | $324.00 |
| 04/11/2022 | LR | Forensic Accounting: Review forensic software | 1.40 | $220.50 |
| 04/11/2022 | LR | Accounting/Auditing: Prepare spreadsheet for allocation of payments (0.6) Set up wires - verify account information and create vendor in bank platform (0.5), email T.Rollins for review and approval (0.1), enter invoices into quickbooks (0.8) | 2.00 | $315.00 |
| 04/11/2022 | TR | Case Administration: Update receiver billing for attorney comments. | 1.00 | $0.00 |
| 04/11/2022 | MV | Case Administration: Call with counsel regarding Rogue Black, LLC. | 1.00 | $405.00 |
| 04/11/2022 | RB | Case Administration: Review stipulation documents relating to Rogue Black bank account. | 0.30 | $94.50 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/11/2022 | RB | Case Administration: Call with counsel regarding Rogue Black, LLC. | 1.00 | $315.00 |
| 04/11/2022 | RB | Forensic Accounting: Meet with L. Rocha re: forensic accounting software and review. | 0.70 | $220.50 |
| 04/11/2022 | RB | Status Reports: Begin drafting structure for the Receiver's first status report to the Court. | 1.00 | $315.00 |
| 04/11/2022 | DW | Case Administration: General project update and review (0.8). Confirm the timing and content of the initial report to the court (0.2). | 1.00 | $405.00 |
| 04/12/2022 | RB | Case Administration: Zoom call with T. Banich and M. Vives re: Rogue Black documents and general case documents being received. | 1.00 | $315.00 |
| 04/12/2022 | RB | Forensic Accounting: Zoom conference with T. McDonald and L. Rocha regarding review of bank statements and analysis of accounting. | 1.00 | $315.00 |
| 04/12/2022 | MV | Case Administration: Meeting with counsel regarding Rogue Black bank stipulation, responses from GoDaddy and Microsoft, and aggregator litigation updates. | 1.00 | $405.00 |
| 04/12/2022 | MV | Case Administration: Review DOJ information. | 1.00 | $405.00 |
| 04/12/2022 | TR | Case Administration: Update March receiver invoice for additional comments. (1.0) Draft March receiver fee application (0.5) | 1.50 | $0.00 |
| 04/12/2022 | MDW | Case Administration: Forwarded email responses from GoDaddy and Microsoft to M.Vives. Discussed next steps. | 0.30 | $60.75 |
| 04/12/2022 | MDW | Case Administration: Corresponded with T. Banich regarding subpoena dates. (0.1) Updated subpoena spreadsheet. (0.4) | 0.50 | $101.25 |
| 04/12/2022 | RB | Case Administration: Correspondence with M. Vives re: case supervision and next steps. | 0.20 | $63.00 |
| 04/12/2022 | LR | Forensic Accounting: Walkthrough of forensic software | 1.20 | $189.00 |
| 04/12/2022 | LR | Forensic Accounting: Training (1.0) and categorize transactions on forensic software (3.5) | 4.50 | $708.75 |
| 04/12/2022 | DW | Case Administration: Review recent emails from Katten regarding various pending matters. | 0.40 | $162.00 |
| 04/13/2022 | LR | Forensic Accounting: Analysis of bank account | 7.30 | $1,149.75 |
| 04/13/2022 | MV | Case Administration: Website review | 0.20 | $81.00 |
| 04/13/2022 | RB | Business Operations: Email to A. Esbenshade regarding continued negotiations related to Rogue Black. | 0.50 | $157.50 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/13/2022 | RB | Case Administration: Correspondence with M. Vives to coordinate on various Rogue Black issues. | 0.10 | $31.50 |
| 04/14/2022 | LR | Forensic Accounting: Analysis of bank account. (7.0) Discussion with R. Black regarding forensic accounting progress. (.7) | 7.70 | $1,212.75 |
| 04/14/2022 | RB | Case Administration: Zoom meeting with M. Vives, T. Banich, D. Wilson and K. Hebeisen re: various updates and next steps planning. | 1.20 | $378.00 |
| 04/14/2022 | RB | Business Analysis: Phone call with M. Hobel re: Rogue Black and A/R collections. | 0.40 | $126.00 |
| 04/14/2022 | MDW | Case Administration: Reviewed documents added to share file. | 0.30 | $60.75 |
| 04/14/2022 | RB | Status Reports: Continue drafting Receiver's first quarterly report and aggregating relevant information. | 2.00 | $630.00 |
| 04/14/2022 | RB | Forensic Accounting: Discussion with L. Rocha re: current findings for forensic accounting. | 0.70 | $220.50 |
| 04/14/2022 | MV | Case Administration: Review reports from counsel regarding JJMT litigation. | 0.50 | $202.50 |
| 04/14/2022 | MV | Case Administration: Weekly internal meeting | 1.20 | $486.00 |
| 04/14/2022 | MV | Case Administration: Review and respond to emails from external counsel related to the case. | 0.20 | $81.00 |
| 04/14/2022 | DW | Case Administration: Participate in portion of the weekly Zoom meeting to review and prioritize various issues going forward. | 0.70 | $283.50 |
| 04/15/2022 | LR | Forensic Accounting: Review of bank account | 0.50 | $78.75 |
| 04/15/2022 | RB | Status Reports: Continue drafting report. Email to M. Vives with detailed outline and report structure. | 1.00 | $315.00 |
| 04/15/2022 | MDW | Case Administration: Sent M. Vives Paypal response letter. | 0.20 | $40.50 |
| 04/15/2022 | DW | Case Administration: Review the timing and content of the initial report to the court. Update on the status of LayJax. | 0.50 | $202.50 |
| 04/17/2022 | MV | Case Administration: Review and edit quarterly report outline. | 0.80 | $324.00 |
| 04/18/2022 | LR | Forensic Accounting: Analyze 1nMM bank account. | 3.90 | $614.25 |
| 04/18/2022 | MDW | Case Administration: Weekly team Meeting. | 0.50 | $101.25 |
| 04/18/2022 | MV | Case Administration: Weekly internal project meeting. | 0.50 | $202.50 |
| 04/18/2022 | LR | Case Administration: Weekly internal project meeting | 0.50 | $78.75 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/18/2022 | KB | Case Administration: Internal weekly team meeting. | 0.50 | $67.50 |
| 04/18/2022 | MDW | Case Administration: Review documents sent by Financial Institution. | 0.80 | $162.00 |
| 04/18/2022 | RB | Case Administration: Phone call with A. Esbenshade re: Rogue Black bank accounts. | 0.20 | $63.00 |
| 04/18/2022 | RB | Case Administration: Weekly internal project meeting. | 0.50 | $157.50 |
| 04/18/2022 | RB | Business Analysis: Phone call with M. Hobel re: progress made on Rogue Black and account receivables collection. | 0.50 | $157.50 |
| 04/18/2022 | DW | Case Administration: Prepare for the weekly project meeting (0.2). Attend weekly internal project meeting. (.5) Review draft of report to the court. (.5) | 1.20 | $486.00 |
| 04/19/2022 | MDW | Business Analysis: Reviewed Layjax materials.(2.0) Finalized LayJax summary documents and sent to R. Baker for review. (2.0) | 4.00 | $810.00 |
| 04/19/2022 | LR | Forensic Accounting: Update categories on forensic software. | 4.90 | $771.75 |
| 04/19/2022 | MV | Asset Analysis and Recovery: Call with Counsel regarding aggregators. | 0.60 | $243.00 |
| 04/19/2022 | MV | Asset Analysis and Recovery: Final review of website. | 0.30 | $121.50 |
| 04/20/2022 | LR | Forensic Accounting: Zoom with R.Baker re: forensic accounting update (0.3). Call with forensic software customer service (0.1). | 0.40 | $63.00 |
| 04/20/2022 | LR | Forensic Accounting: Review of personal (2.2) and business bank accounts (2.2) | 4.40 | $693.00 |
| 04/20/2022 | MDW | Case Administration: Reviewed VW Credit email response. Forwarded to M. Vives to review. | 0.30 | $60.75 |
| 04/20/2022 | MDW | Case Administration: Reviewed recent DoJ documents sent by Katten. | 1.50 | $303.75 |
| 04/20/2022 | RB | Forensic Accounting: Zoom with L. Rocha re: forensic accounting update. | 0.30 | $94.50 |
| 04/20/2022 | RB | Status Reports: Continuation of Receiver's first quarterly report drafting with focus on introductory items. | 2.00 | $630.00 |
| 04/20/2022 | DW | Case Administration: Attend portion of weekly team meeting with counsel. | 0.70 | $283.50 |
| 04/21/2022 | LR | Forensic Accounting: Forensic Review of 1nMM bank accounts. | 2.70 | $425.25 |
| 04/21/2022 | MV | Case Administration: Weekly team meeting with counsel. | 1.00 | $405.00 |
| 04/21/2022 | MV | Asset Analysis and Recovery: Review response from VW Credit. Email | 0.30 | $121.50 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| | | response regarding same. | | |
| 04/21/2022 | MDW | Case Administration: Edited LayJax spreadsheet (1.2). Sent it to internal team to review (0.1). | 1.30 | $263.25 |
| 04/21/2022 | RB | Case Administration: Communications with A. Esbenshade re: Rogue Black. | 0.40 | $126.00 |
| 04/21/2022 | RB | Case Administration: Communications with M. Hobel re: Rogue Black collections. | 0.20 | $63.00 |
| 04/21/2022 | RB | Status Reports: Continue drafting First Quarterly Status report. | 1.50 | $472.50 |
| 04/21/2022 | LR | Case Administration: Update file tree and send to M.Vives for review | 0.60 | $94.50 |
| 04/22/2022 | MDW | Case Administration: Reviewed recent documents on share file. | 0.50 | $101.25 |
| 04/22/2022 | MV | Case Administration: Review of litigation tracker regarding aggregators and managing members. | 0.80 | $324.00 |
| 04/22/2022 | MV | Case Administration: Call with DOJ regarding 1inMM files. | 0.50 | $202.50 |
| 04/22/2022 | MV | Case Administration: Meeting with internal team regarding aggregators. | 1.00 | $405.00 |
| 04/22/2022 | RB | Case Administration: Zoom conference with T. Banich, M. Vives, and K. Hebeisen re: investors and litigation strategy. | 1.00 | $315.00 |
| 04/22/2022 | RB | Case Administration: Review information and documents from K. Hebeisen related to aggregator litigation. | 0.30 | $94.50 |
| 04/22/2022 | DW | Case Administration: Internal discussions regarding the pending trip to Chicago to meet with Katten and various other parties (0.3). Update on the status of the pending report and review recent emails (0.3). | 0.60 | $243.00 |
| 04/23/2022 | RB | Status Reports: Finalize drafting the Receiver's First Quarterly Report (3.1). Compile exhibits (1.9). | 5.00 | $1,575.00 |
| 04/24/2022 | MV | Status Reports: Review Quarterly Report and edit. | 1.00 | $405.00 |
| 04/24/2022 | RB | Case Administration: Review fee application and communications with M. Vives re: confirmation. Communications with T. Banich re: proceeding. | 0.40 | $126.00 |
| 04/25/2022 | MDW | Case Administration: Upload documents from outside counsel for team review. | 0.30 | $60.75 |
| 04/25/2022 | RB | Status Reports: Phone call with T. Banich re: First Quarterly Report draft and changes. | 0.70 | $220.50 |
| 04/25/2022 | RB | Case Administration: Discussion with team regarding status update and | 0.50 | $157.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | | next steps. | | |
| 04/25/2022 | RB | | Forensic Accounting: Discussion with L. Rocha re: forensic accounting progress. | 0.30 | $94.50 |
| 04/25/2022 | MDW | | Case Administration: Start to upload documents from counsel. | 0.80 | $162.00 |
| 04/25/2022 | MDW | | Status Reports: Reviewed quarterly report draft. | 1.00 | $202.50 |
| 04/25/2022 | LR | | Case Administration: Correspondence with IT regarding retrieval of files | 0.30 | $47.25 |
| 04/25/2022 | LR | | Forensic Accounting: Review documents from counsel (2.8) and update forensic accounting spreadsheets (1.9). | 4.70 | $740.25 |
| 04/25/2022 | DW | | Case Administration: Review the updated version of the initial report to the court (0.6). Monitor current emails and verify the status of the trip to Chicago and the itinerary for the same (0.2). | 0.80 | $324.00 |
| 04/26/2022 | MV | | Asset Analysis and Recovery: Meeting with R Reyes regarding Rogue Black. | 1.00 | $405.00 |
| 04/26/2022 | MDW | | Case Administration: Call with financial institution re status of documents requested. | 2.00 | $405.00 |
| 04/26/2022 | MDW | | Case Administration: Reviewed documents from financial institution. | 0.50 | $101.25 |
| 04/26/2022 | MDW | | Case Administration: Finished uploading forensic accounting documents from counsel. | 0.50 | $101.25 |
| 04/26/2022 | MV | | Asset Analysis and Recovery: Meeting with S Wills regarding Rogue Black | 1.00 | $405.00 |
| 04/26/2022 | RB | | Case Administration: Zoom with M. Hobel, M. Vives and R. Reyes re: Rogue Black and strategy to maximize collection of revenues. | 1.00 | $315.00 |
| 04/26/2022 | RB | | Case Administration: Zoom with M. Hobel, M. Vives and S. Sills re: Rogue Black film library. | 1.00 | $315.00 |
| 04/26/2022 | RB | | Case Administration: Communications with M. Vives to debrief on Rogue Black calls. | 0.20 | $63.00 |
| 04/26/2022 | RB | | Business Analysis: Communications with A. Esbenshade re: Rogue Black documents (0.1). Review files from A. Esbenshade (0.1). | 0.20 | $63.00 |
| 04/26/2022 | MDW | | Case Administration: Updated summary materials. | 1.80 | $364.50 |
| 04/26/2022 | MDW | | Case Administration: Downloaded and reviewed files and correspondence sent from Financial Institutions. | 1.00 | $202.50 |
| 04/26/2022 | LR | | Accounting/Auditing: Prepare allocation summary of March services and | 0.50 | $78.75 |

| | | | | | |
|---|---|---|---|---|---|
| | | | set up wires for receiver and counsel | | |
| 04/26/2022 | LR | | Forensic Accounting: Forensic review of files received | 3.20 | $504.00 |
| 04/26/2022 | DW | | Case Administration: Follow up on the status of the LayJax investments (0.1). Review the final Initial Report to the court (0.5). | 0.60 | $243.00 |
| 04/27/2022 | RB | | Status Reports: Review comments from Katten on status report (0.5). Emails to the team re: next steps (0.5). | 1.00 | $315.00 |
| 04/27/2022 | RB | | Status Reports: Finalize exhibits to be included in the Receiver's Quarterly Report. | 1.00 | $315.00 |
| 04/27/2022 | MV | | Status Reports: Review final quarterly report. Email exchanges with team regarding same. | 1.00 | $405.00 |
| 04/27/2022 | MDW | | Status Reports: Review Katten edits to quarterly report. | 0.40 | $81.00 |
| 04/27/2022 | RB | | Case Administration: Phone call with R. Reyes re: Rogue Black collections. | 0.30 | $94.50 |
| 04/27/2022 | MDW | | Case Administration: Updated Financial Institution folder. | 1.00 | $202.50 |
| 04/27/2022 | LR | | Forensic Accounting: Internal review of financial institution documents received to date | 1.30 | $204.75 |
| 04/27/2022 | MDW | | Forensic Accounting: Internal meeting re documents received. | 1.30 | $263.25 |
| 04/27/2022 | MV | | Forensic Accounting: Internal team review of forensic files received. | 1.30 | $526.50 |
| 04/27/2022 | MDW | | Case Administration: Reviewed outside counsel documents. | 0.50 | $101.25 |
| 04/27/2022 | LR | | Forensic Accounting: Forensic review of documents received | 3.20 | $504.00 |
| 04/27/2022 | DW | | Case Administration: Attend portion of internal meeting regarding forensic accounting review. | 0.80 | $324.00 |
| 04/28/2022 | MDW | | Case Administration: Internal team meeting regarding forensic accounting. (1.0) Continue reviewing forensic accounting documents. (.5). | 1.50 | $303.75 |
| 04/28/2022 | TR | | Case Administration: Review internal team billing time entries (2.2). Discussion with team re same (0.30). Emails with K. Hebeisen re same (0.1) | 2.60 | $0.00 |
| 04/28/2022 | LR | | Forensic Accounting: Internal review of documents received and organization | 1.00 | $157.50 |
| 04/28/2022 | LR | | Forensic Accounting: Review of documents received (2.3) Update forensic software (3.4) | 5.70 | $897.75 |

| 04/28/2022 | RB | Case Administration: Meet with M. Vives, T. Banich and K. Hebeisen re: update on various matters. | 1.00 | $315.00 |
| 04/28/2022 | DW | Case Administration: Prepare for (.2) and attend weekly Zoom meeting with Katten to discuss ongoing matters (1.0). | 1.20 | $486.00 |
| 04/28/2022 | MV | Case Administration: Weekly team meeting with Counsel. | 1.00 | $405.00 |
| 04/28/2022 | KB | Case Administration: Internal meeting to discuss categorization of transactions. | 1.00 | $135.00 |
| 04/29/2022 | LR | Forensic Accounting: Update wire details for forensic software | 4.00 | $630.00 |
| 04/29/2022 | RB | Case Administration: Communications with A. Esbenshade re: Rogue Black. | 0.20 | $63.00 |
|  |  | **Services Subtotal** |  | **$52,110.00** |

## Expenses

| Date | Timekeeper | Description | Rate | Total |
|---|---|---|---|---|
| 04/01/2022 | TR | FedEx: 03.29.22 FedEx ($46.80) | $46.80 | $46.80 |
| 04/01/2022 | TR | FedEx: 03.29.22 FedEx ($58.10) | $58.10 | $58.10 |
| 04/01/2022 | TR | FedEx: 03.29.22 FedEx ($58.10) | $58.10 | $58.10 |
| 04/01/2022 | TR | Bank Fees: 1iMM account analysis fees - March 2022 | $48.00 | $48.00 |
| 04/01/2022 | TR | Bank Fees: Rogue Black account analysis fees - March 2022 | $38.00 | $38.00 |
| 04/04/2022 | TR | Background Checks: 04.04.22 Truth Finder ($28.05) | $28.05 | $28.05 |
|  |  | **Expenses Subtotal** |  | **$277.05** |

| Time Keeper | Hours | Rate | Total |
|---|---|---|---|
| Ryan Baker | 42.7 | $315.00 | $13,450.50 |
| Kristine Bickings | 2.3 | $135.00 | $310.50 |
| Lynn Goodridge | 0.5 | $405.00 | $202.50 |
| Lisset Rocha | 73.1 | $157.50 | $11,513.25 |

| | | | |
|---|---:|---:|---:|
| Terra Rollins | 0.4 | $315.00 | $126.00 |
| Terra Rollins | 8.0 | $0.00 | $0.00 |
| Michele Vives | 32.4 | $405.00 | $13,122.00 |
| Douglas Wilson | 12.6 | $405.00 | $5,103.00 |
| Michael Wilson | 40.9 | $202.50 | $8,282.25 |
| | | **Subtotal** | **$52,387.05** |
| | | **Total** | **$52,387.05** |

# Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---:|---:|---:|
| 92056 | 03/03/2022 | $10,575.00 | $8,460.00 | $2,115.00 |
| 92076 | 03/25/2022 | $40,992.32 | $32,804.14 | $8,188.18 |
| 92106 | 04/22/2022 | $80,847.50 | $64,776.20 | $16,071.30 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---:|---:|---:|
| 92124 | 05/20/2022 | $52,387.05 | $0.00 | $52,387.05 |
| | | | **Outstanding Balance** | **$78,761.53** |
| | | | **Total Amount Outstanding** | **$78,761.53** |

Please make all amounts payable to: Douglas Wilson Companies

Please pay within 9 days.

Please contact accounting with any questions: dwcaccounting@douglaswilson.com