**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter**

| Matter Description | Hours | Amount |
|---|---|---|
| Case Administration | 29.8 | $19,600.80 |
| Fee Application/Retention of Professionals[2] | 28.1 | $7,938.00 |
| Pre-Receivership Litigation/Stay | 35.9 | $24,536.40 |
| FBI and Criminal Case Matters | 3.2 | $2,284.80 |
| SEC Meetings/Discussions | 2.0 | $1,410.60 |
| Avoidance Actions | 0.5 | $270.00 |
| Asset Disposition | 5.6 | $4,936.20 |
| Investigation of Assets/Transactions | 55.7 | $39,374.60 |
| Business Operations/Operating Entities | 18.1 | $12,923.40 |
| Expenses | 0.0 | $5,820.66 |
| **Totals** | **178.9** | **$119,095.46** |

---

[2] Katten voluntarily reduced its fees for the Fee Period by $10,074.90, attributable to preparation of fee applications and timekeepers who billed less than one hour during the Fee Period, as an accommodation to the receivership estate.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200