# **Exhibit D**
# **Invoices**

# Katten

Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago IL  60661-3693

Tel: 312-902-5200
Fax: 312-902-1061

Federal Tax ID:36-2796532
www.katten.com

May 17, 2022

**Michele Vives, not individually, but
solely as receiver of 1inMM Capital, LLC
and Zachary J. Horwitz**

| | |
|---|---:|
| Client: | 0000396859 |
| Payer: | 0000396859 |
| Matter: | 396859.00001 |
| Invoice #: | 9020064385 |
| Invoice Due Date: | Payable Upon Receipt |

## Summary

RE:  Horwitz Receivership

For Professional Services Rendered Through April 30, 2022

| | |
|---|---:|
| Fees Total............................................................................................................................ | 113,274.80 |
| Disbursements .................................................................................................................... | 5,820.66 |
| **Total Amount Due** ......................................................................................................... | **119,095.46**  USD |

*Katten Muchin Rosenman LLP*

Payment can be remitted directly to our account:

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997)

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales

| | | |
|---|---|---|
| Matter: | 396859.00001 | |
| Invoice #: | 9020064385 | May 17, 2022 |
| Invoice Due Date: | Payable Upon Receipt | |

RE: Horwitz Receivership

## TIME DETAILS

### 01-Case administration

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/01/2022 | Banich, Terence | Reviewed amended order directing clerk to turn over registry funds to receiver (0.10); drafted correspondence to M. Vives and her team re same (0.10). | 0.20 | 714.00 | 142.80 |
| 04/01/2022 | Yager, Allison | Review amended order re: court registry funds (.1) | 0.10 | | No Charge |
| 04/04/2022 | Banich, Terence | Conferred with K. Hebeisen re background of case and overall tasks (0.80); reviewed correspondence with clerk's office re turnover of registry funds (0.10). | 0.90 | 714.00 | 642.60 |
| 04/04/2022 | Hebeisen, Kenneth | Meeting with T. Banich to discuss case background and workstreams (.80) | 0.80 | 540.00 | 432.00 |
| 04/06/2022 | Hebeisen, Kenneth | Emails with C. Lawrence (Katten) and Katten IT regarding procedures for document collection (.40) | 0.40 | 540.00 | 216.00 |
| 04/06/2022 | Banich, Terence | Reviewed legal research re receiver's reports and other administrative matters (0.50); drafted correspondence to K. Hebeisen re creating repository for same (0.10). | 0.60 | 714.00 | 428.40 |
| 04/07/2022 | Hebeisen, Kenneth | Emails with client and Katten IT department regarding document sharing database setup (.40) | 0.40 | 540.00 | 216.00 |
| 04/07/2022 | Banich, Terence | Drafted and filed notice of issuance of third-party subpoenas (0.30); emails with K. Hebeisen re share drive options for team use (0.20). | 0.50 | 714.00 | 357.00 |
| 04/08/2022 | Hebeisen, Kenneth | Emails with M. Vives regarding document sharing procedures (.20) | 0.20 | 540.00 | 108.00 |
| 04/08/2022 | Banich, Terence | Reviewed correspondence from K. Hebeisen re file-sharing issues (0.10); telephone conference with C. Jeang of Judge Snyder's chambers re potential stipulation and related issues (0.20); exchanged correspondence with T. Rollins re receipt of registry funds and related matters (0.10). | 0.40 | 714.00 | 285.60 |
| 04/11/2022 | Hebeisen, Kenneth | Review draft stipulation and proposed order regarding modification of asset freeze (.50) | 0.50 | 540.00 | 270.00 |
| 04/12/2022 | Banich, Terence | Reviewed correspondence from Microsoft and GoDaddy in response to turnover letters from Receiver (0.20); reviewed GoDaddy subpoena compliance policies in connection with same (0.30); legal research re Electronic Communications Privacy Act issues (0.60); telephone conference with K. Hebeisen re same (0.30); drafted correspondence to M. Vives and R. Baker re GoDaddy response and 1inMM emails (0.30); exchanged correspondence with K. Hebeisen re establishing share-file with Receiver's team (0.10). | 1.80 | 714.00 | 1,285.20 |
| 04/12/2022 | Hebeisen, Kenneth | Call with T. Banich regarding GoDaddy response and next steps (.30) | 0.30 | 540.00 | 162.00 |
| 04/12/2022 | Hebeisen, Kenneth | Emails with T. Banich and M. Vives regarding file share database (.20) | 0.20 | 540.00 | 108.00 |
| 04/13/2022 | Hebeisen, Kenneth | Draft agenda for upcoming weekly team meeting (.10); emails with T. Banich and M. Vives regarding draft agenda (.10) | 0.20 | 540.00 | 108.00 |

Katten

| | | | | | |
|---|---|---|---|---|---|
| Matter: | 396859.00001 | | | | |
| Invoice #: | 9020064385 | | | | May 17, 2022 |
| Invoice Due Date: | Payable Upon Receipt | | | | |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/13/2022 | Banich, Terence | Conferred with K. Hebeisen re agenda for April 14 team call (0.10; reviewed correspondence re same (0.10). | 0.20 | 714.00 | 142.80 |
| 04/14/2022 | Hebeisen, Kenneth | Emails with M. Vives regarding agenda for upcoming team call (.10); emails with M. Vives and T. Banich regarding setup of file share database (.30). | 0.40 | 540.00 | 216.00 |
| 04/14/2022 | Halberstadter, David | Telephone call with M. Hobel re potential acquirers of distressed film properties | 0.50 | | No Charge |
| 04/15/2022 | Hobel, Michael | Telephone conference with R. Reyes regarding Rogue Black (.30); telephone conference with F. Bernstein regarding same (.30); review spreadsheet and research regarding films (.80); telephone call with J. Hyde regarding Rogue Black (.20); telephone conference with R. Slater regarding same (.20). | 1.80 | 939.00 | 1,690.20 |
| 04/18/2022 | Banich, Terence | Work on share drive/document collaboration. | 0.50 | 714.00 | 357.00 |
| 04/19/2022 | Banich, Terence | Conference call with M. Vives and D. Wilson re May 12-13 meetings in Chicago and related matters. | 0.60 | 714.00 | 428.40 |
| 04/19/2022 | Hebeisen, Kenneth | Emails with T. Banich and IT team regarding setup of file sharing database (.50); call with T. Banich regarding file sharing database (.30) | 0.80 | 540.00 | 432.00 |
| 04/20/2022 | Banich, Terence | Reviewed and edited agenda for April 21 team meeting. | 0.10 | 714.00 | 71.40 |
| 04/20/2022 | Hebeisen, Kenneth | Draft agenda for upcoming weekly team meeting (.20) | 0.20 | 540.00 | 108.00 |
| 04/21/2022 | Hebeisen, Kenneth | Emails with M. Vives regarding logistics for upcoming meetings in May (.20) | 0.20 | 540.00 | 108.00 |
| 04/22/2022 | Hebeisen, Kenneth | Emails with T. Banich and M. Vives regarding logistics of subpoena respondents' document production (.30) | 0.30 | 540.00 | 162.00 |
| 04/25/2022 | Banich, Terence | Reviewed and edited receiver's first quarterly report for 2022 (3.20); telephone conference with R. Baker re same and related matters (0.70). | 3.90 | 714.00 | 2,784.60 |
| 04/25/2022 | Hebeisen, Kenneth | Emails with Katten IT staff and counsel for SAC Advisory Group regarding document production issues (.30) | 0.30 | 540.00 | 162.00 |
| 04/26/2022 | Banich, Terence | Edited receiver's first quarterly report and drafted inserts to same (2.80); drafted proposed order approving report (0.80); drafted correspondence to M. Vives and R. Baker re same (0.10). | 3.70 | 714.00 | 2,641.80 |
| 04/27/2022 | Banich, Terence | Reviewed further version of receiver's first quarter report from R. Baker (0.50); conferred with K. Hebeisen re same (0.20); reviewed edits to report by K. Hebeisen and draft exhibits (0.50); reviewed correspondence from M. Vives re draft report (0.10); conferred with K. Hebeisen re agenda for April 28 strategy call with M. Vives and team and reviewed correspondence re same (0.10); drafted correspondence to K. Wanner re receiver's first quarter report (0.10). | 1.50 | 714.00 | 1,071.00 |
| 04/27/2022 | Hebeisen, Kenneth | Review and edit draft of receiver's quarterly report (1.40); emails with T. Banich and receiver team regarding quarterly report (.40); compile exhibits for quarterly report (.30); finalize quarterly report for filing (.40) | 2.50 | 540.00 | 1,350.00 |
| 04/27/2022 | Hebeisen, Kenneth | Draft agenda for upcoming weekly team meeting (.20) | 0.20 | 540.00 | 108.00 |

Katten

| | | | | | |
|---|---|---|---|---|---|
| Matter: | 396859.00001 | | | | |
| Invoice #: | 9020064385 | | | | May 17, 2022 |
| Invoice Due Date: | Payable Upon Receipt | | | | |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/28/2022 | Hebeisen, Kenneth | Review T. Banich edits on Katten quarterly fee application (.20); draft receiver's quarterly fee application and proposed order (1.40) | 1.60 | 540.00 | 864.00 |
| 04/28/2022 | Banich, Terence | Edited receiver's first quarter report. | 0.80 | 714.00 | 571.20 |
| 04/29/2022 | Banich, Terence | Exchanged correspondence with M. Vives re edited quarterly report of receiver (0.10); telephone conference with C. Jeang of Judge Snyder's chambers re upcoming filings and procedural issues re same (0.30); drafted memorandum to file re same (0.20); drafted motion to approve receiver's report (0.50); drafted proposed order granting same (0.30); attempted to reach M. Quinn re motion filings (0.10); edited and finalized receiver's report (0.70). | 2.20 | 714.00 | 1,570.80 |

**02-Fee applications/retention of professionals**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/07/2022 | Banich, Terence | Telephone conference with K. Hebeisen re compiling relevant legal authorities and updating same (0.20); reviewed and edited March 2022 invoice (0.50). | 0.70 | | No Charge |
| 04/07/2022 | Hebeisen, Kenneth | Call with T. Banich regarding upcoming fee applications (.20) | 0.20 | | No Charge |
| 04/08/2022 | Hebeisen, Kenneth | Research issues relating to fee application requirements (.70) | 0.70 | | No Charge |
| 04/11/2022 | Hebeisen, Kenneth | Review draft materials for DWC March fee statement (2.30); begin drafting Katten's March monthly fee statement (.20) | 2.50 | | No Charge |
| 04/12/2022 | Banich, Terence | Telephone conference with K. Hebeisen re March 2022 monthly fee statements (0.30); exchanged correspondence with M. Vives re draft Katten invoice for March 2022 (0.10); reviewed example quarterly fee application from a large chapter 11 case and drafted correspondence to M. Vives re using general format of same (0.50). | 0.50 | 714.00 | 357.00 |
| 04/12/2022 | Hebeisen, Kenneth | Review DWC draft March fee statement (.30); call with T. Banich regarding March fee statements (.30); review revised DWC invoice for March fee statement (.80); review Katten March invoice (1.10); emails with M. Vives, T. Rollins, and T. Banich regarding March fee statements (.40); continue researching issues relating to fee applications (1.30) | 4.20 | | No Charge |
| 04/13/2022 | Banich, Terence | Reviewed Katten March monthly fee statement (0.20); conferred with K. Hebeisen re same (0.10). | 0.30 | | No Charge |
| 04/13/2022 | Hebeisen, Kenneth | Review updated Katten invoice for March fee statement (1.10); continue drafting Katten March fee statement and exhibits (1.50); emails with T. Banich and M. Vives regarding March fee statements (.20); draft summary materials of fee statement research (1.10) | 3.90 | | No Charge |
| 04/14/2022 | Hebeisen, Kenneth | Emails with T. Banich regarding fee application research (.30) | 0.30 | | No Charge |
| 04/15/2022 | Hebeisen, Kenneth | Review final Katten March fee statement prior to filing (.20); review and revise DWC March fee statement prior to filing (.80); emails with T. Banich | 1.40 | | No Charge |

Katten

| | | | | | |
|---|---|---|---|---|---|
| Matter: | 396859.00001 | | | | |
| Invoice #: | 9020064385 | | | | May 17, 2022 |
| Invoice Due Date: | Payable Upon Receipt | | | | |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | and T. Rollins regarding March fee statements (.20); finalize March fee statements for filing (.20) | | | |
| 04/15/2022 | Banich, Terence | Reviewed legal research re various fee application principles (0.70); emails with K. Hebeisen re same (0.10); reviewed and filed monthly fee statements of Receiver and Katten (0.30); drafted correspondence to Receiver and team re same (0.10). | 1.20 | | No Charge |
| 04/21/2022 | Hebeisen, Kenneth | Conduct supplemental research regarding fee applications (.90) | 0.90 | | No Charge |
| 04/21/2022 | Banich, Terence | Reviewed and considered potential formats for quarterly fee application (0.50); drafted correspondence to M. Vives re same (0.10). | 0.60 | 714.00 | 428.40 |
| 04/25/2022 | Banich, Terence | Drafted correspondence to M. Vives re March fee statement (0.10); emails with K. Hebeisen re preparation of first quarterly fee applications for Receiver and Katten (0.10). | 0.10 | 714.00 | 71.40 |
| 04/26/2022 | Hebeisen, Kenneth | Begin drafting first Katten quarterly fee application (1.50) | 1.50 | 540.00 | 810.00 |
| 04/27/2022 | Banich, Terence | Drafted and edited Katten's fee application for first quarter 2022 (4.20); drafted and edited proposed order granting motion to approve Katten's fee application for first quarter 2022 (1.10); reviewed local rules and compensation procedures order in connection with same (0.20); emails with K. Hebeisen re same (0.10); drafted and exchanged correspondence with M. Vives and team re draft fee application and open issues/questions re same (0.20). | 5.80 | 714.00 | 4,141.20 |
| 04/27/2022 | Hebeisen, Kenneth | Continue drafting Katten quarterly fee application (.90) | 0.90 | 540.00 | 486.00 |
| 04/28/2022 | Banich, Terence | Conferred with K. Hebeisen re preparation of Receiver's quarterly fee application (0.20); edited Katten fee application per M. Vives's comments (0.20); reviewed and edited Receiver's quarterly fee application (0.70); drafted correspondence to M. Vives and team re same (0.10). | 1.20 | 714.00 | 856.80 |
| 04/28/2022 | Hebeisen, Kenneth | Call with T. Banich regarding quarterly fee applications (.20); emails with T. Rollins regarding quarterly fee applications (.20) | 0.40 | 540.00 | 216.00 |
| 04/29/2022 | Banich, Terence | Edited and finalized motions to approve fee applications of Receiver and Katten for first quarter (0.60); edited and finalized proposed orders (0.20). | 0.80 | 714.00 | 571.20 |

**04-Pre-receivership litigation/stay**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/04/2022 | Hebeisen, Kenneth | Review docket updates in pending litigation against aggregators (.40) | 0.40 | 540.00 | 216.00 |
| 04/05/2022 | Hebeisen, Kenneth | Draft email to team regarding docket updates (.30) | 0.30 | 540.00 | 162.00 |
| 04/05/2022 | Banich, Terence | Reviewed recent filings in investor litigation (0.80); telephone conference with A. Loftus, counsel for class plaintiffs, re stay issues and related matters (0.90); reviewed correspondence from A. Loftus re proposals for claims to dismiss and continue (0.20); drafted and exchanged correspondence with M. Vives re same and next steps (0.10). | 2.00 | 714.00 | 1,428.00 |
| 04/06/2022 | Banich, Terence | Exchanged correspondence with A. Loftus re | 1.40 | 714.00 | 999.60 |

**Katten**

| | | | | | |
|---|---|---|---|---|---|
| Matter: | 396859.00001 | | | | |
| Invoice #: | 9020064385 | | | | May 17, 2022 |
| Invoice Due Date: | Payable Upon Receipt | | | | |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | operative complaints vs. JJMT (0.20); reviewed operative complaints filed by A. Loftus vs. JJMT (1.20). | | | |
| 04/07/2022 | Banich, Terence | Considered strategies for potential consolidation of pending investor litigation and interaction with receivership claims process. | 0.50 | 714.00 | 357.00 |
| 04/08/2022 | Banich, Terence | Exchanged correspondence with M. Vives re discussions with counsel in investor litigation re stay and potential meeting (0.10); exchanged correspondence with A. Campell and M. Nelson re same (0.10). | 0.20 | 714.00 | 142.80 |
| 04/11/2022 | Hebeisen, Kenneth | Review docket updates in aggregator litigation (.50); draft email to M. Vives regarding docket updates (.20) | 0.70 | 540.00 | 378.00 |
| 04/11/2022 | Banich, Terence | Exchanged correspondence with counsel for various parties in investor litigation re stay and related matters (0.20); reviewed correspondence from K. Hebeisen to M. Vives and team re update re investor litigation (0.10). | 0.30 | 714.00 | 214.20 |
| 04/12/2022 | Banich, Terence | Telephone conference with A. Campbell (plaintiff's counsel) re scope of stay and related matters (0.40); telephone conference with M. Nelson (counsel for T. Crookston) re scope of stay and related matters (0.40); exchanged correspondence with A. Loftus re class arbitration against SAC Capital (0.10). | 0.90 | 714.00 | 642.60 |
| 04/13/2022 | Banich, Terence | Telephone conference with A. Loftus re scope of stay, investor litigation issues and related matters (1.00); drafted memorandum to file summarizing same (0.90); reviewed complaint vs. Movie Fund and drafted correspondence to K. Hebeisen re tracking same (0.50); legal research re receiver standing with regard to scope of stay (1.50). | 3.90 | 714.00 | 2,784.60 |
| 04/13/2022 | Hebeisen, Kenneth | Review pleadings from Lending Arena v. Movie Fund (.40); update summary materials of aggregator litigation (.30); emails with T. Banich regarding aggregator litigation updates (.10); review correspondence from T. Banich regarding JJMT litigation updates (.20) | 1.00 | 540.00 | 540.00 |
| 04/14/2022 | Banich, Terence | Legal research re receiver standing issues/scope of stay of investor actions. | 1.50 | 714.00 | 1,071.00 |
| 04/15/2022 | Hebeisen, Kenneth | Update aggregator litigation summary materials (.20) | 0.20 | 540.00 | 108.00 |
| 04/18/2022 | Banich, Terence | Reviewed legal research re receiver standing issues (1.00); reviewed Lending Arena v. Movie Fund complaint and counterclaim (2.10); reviewed litigation update summary from K. Hebeisen (0.20). | 3.30 | 714.00 | 2,356.20 |
| 04/18/2022 | Hebeisen, Kenneth | Review updated docket filings relating to aggregator litigation (.90); update aggregator litigation tracker (.20); draft summary of docket updates for receiver team (1.30) | 2.40 | 540.00 | 1,296.00 |
| 04/19/2022 | Banich, Terence | Reviewed proposal from A. Loftus (counsel for various plaintiff groups) and consider receiver's strategies in connection with same (0.80); telephone conferences with A. Loftus re same (0.80); drafted correspondence to M. Vives and D. Wilson summarizing call with A. Loftus and re potential strategies in connection with same (0.70); legal | 4.70 | 714.00 | 3,355.80 |

| | |
|---|---|
| Matter: | 396859.00001 |
| Invoice #: | 9020064385 |
| Invoice Due Date: | Payable Upon Receipt |

May 17, 2022

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | research re receiver standing (1.10); drafted memorandum to file re receiver standing issues (1.20); telephone conference with D. Girard (counsel for class plaintiffs) re litigation claims (0.10). | | | |
| 04/20/2022 | Banich, Terence | Telephone conference with D. Girard re class plaintiffs' claims and related matters (0.40); drafted summary and analysis of same for M. Vives and D. Wilson (0.60); legal research re receiver standing (0.50); drafted memorandum regarding receiver's standing and strategies pertaining to same (2.50). | 4.00 | 714.00 | 2,856.00 |
| 04/21/2022 | Banich, Terence | Reviewed update correspondence from A. Loftus (0.10); telephone conference with D. Girard re common interest issues and potential strategies (0.60); drafted correspondence to M. Vives and receiver team summarizing call with D. Girard and potential strategies in connection with same (1.10); legal research re receiver standing issues (0.70); drafted and edited memorandum to file re receiver standing/scope of stay (2.50). | 5.00 | 714.00 | 3,570.00 |
| 04/24/2022 | Banich, Terence | Reviewed correspondence from M. Vives re responses to recommendations following April 21 call with D. Girard. | 0.10 | 714.00 | 71.40 |
| 04/25/2022 | Hebeisen, Kenneth | Review recent updates on aggregator litigation dockets (.70); update aggregator litigation tracker (.30); draft email to M. Vives regarding aggregator litigation updates (.30) | 1.30 | 540.00 | 702.00 |
| 04/25/2022 | Banich, Terence | Reviewed correspondence from K. Hebeisen re updates in investor litigation actions. | 0.20 | 714.00 | 142.80 |
| 04/26/2022 | Banich, Terence | Reviewed update correspondence from K. Hebeisen to M. Vives and team re recent events/filing in investor litigation. | 0.20 | 714.00 | 142.80 |
| 04/27/2022 | Banich, Terence | Drafted and exchanged correspondence with D. Girard, A. Polk and A. Loftus re May 13 meetings with M. Vives and team and related matters (0.20); reviewed draft status report in Whitmore class action and reviewed docket in connection with same (0.20); drafted correspondence to M. Vives and team re same (0.10) | 0.50 | 714.00 | 357.00 |
| 04/28/2022 | Banich, Terence | Telephone conference with A. Polk (counsel for Whitmore class plaintiffs) re status and meeting (0.60); edited and finalized common interest agreement with certain investor groups (0.30). | 0.90 | 714.00 | 642.60 |

**05-FBI and criminal case matters**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/04/2022 | Banich, Terence | Left voice message for D. Chou re 1inMM emails and documents and drafted correspondence to D. Chou re same. | 0.20 | 714.00 | 142.80 |
| 04/05/2022 | Banich, Terence | Exchanged correspondence with M. Vives and D. Chao re turnover of 1inMM Capital materials. | 0.20 | 714.00 | 142.80 |
| 04/08/2022 | Banich, Terence | Exchanged correspondence with D. Chao re turnover of 1inMM Capital materials. | 0.20 | 714.00 | 142.80 |
| 04/14/2022 | Banich, Terence | Attempts to reach AUSA D. Chao by telephone (0.10); drafted correspondence to AUSA D. Chao re turnover of 1inMM documents and related matters (0.30). | 0.40 | 714.00 | 285.60 |

Katten

| | | | | | |
|---|---|---|---|---|---|
| Matter: | 396859.00001 | | | | |
| Invoice #: | 9020064385 | | | | May 17, 2022 |
| Invoice Due Date: | Payable Upon Receipt | | | | |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/19/2022 | Banich, Terence | Processed/reviewed documents produced by Department of Justice (1.00); telephone conference with K. Hebeisen re same (0.30) | 1.30 | 714.00 | 928.20 |
| 04/25/2022 | Banich, Terence | Reviewed and edited memorandum to file re April 22 call with A. Schwab and D. Chao of the US Attorney's Office re books and records of 1inMM in its possession (0.60); reviewed letter and documents produced by US Attorney's Office (0.20); drafted correspondence to M. Vives and team re same (0.10). | 0.90 | 714.00 | 642.60 |

**06-SEC meetings/discussions**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/28/2022 | Banich, Terence | Telephone conference with K. Wanner re quarterly fee applications, quarterly report and overall updates. | 0.70 | 714.00 | 499.80 |
| 04/29/2022 | Hebeisen, Kenneth | Review email summary from T. Banich regarding call with K. Wanner (.10) | 0.10 | 540.00 | 54.00 |
| 04/29/2022 | Banich, Terence | Drafted and edited memorandum to file re April 28, 2022 call with K. Wanner. | 1.20 | 714.00 | 856.80 |

**07-Avoidance actions**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/01/2022 | Hebeisen, Kenneth | Review precedent settlement procedure motions (.30) | 0.30 | 540.00 | 162.00 |
| 04/08/2022 | Hebeisen, Kenneth | Emails with T. Banich regarding fraudulent transfer research (.20) | 0.20 | 540.00 | 108.00 |

**08-Asset Disposition**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/18/2022 | Hobel, Michael | Call with S. Sills regarding Rogue Black (.40); call with P. Horowitz regarding same (.20); call with J. Zabel regarding same (.30); call with R. Baker regarding same (.30). | 1.20 | 939.00 | 1,126.80 |
| 04/25/2022 | Hobel, Michael | Emails with S. Stills and R. Reyes regarding Rogue Black issues (.70); review Rogue Black file (.60). | 1.30 | 939.00 | 1,220.70 |
| 04/27/2022 | Hobel, Michael | Call with S. Cutrow regarding NDAs (.40); review draft NDA form and attachments (.30). | 0.70 | 939.00 | 657.30 |
| 04/27/2022 | Cutrow, Scott | Call with M. Hobel (.40); draft NDA (.40). | 0.80 | 760.00 | 608.00 |
| 04/28/2022 | Hobel, Michael | Call with S. Cutrow regarding NDA (.40); draft email to M. Vives regarding NDA (.20). | 0.60 | 939.00 | 563.40 |
| 04/28/2022 | Cutrow, Scott | Call with M. Hobel regarding NDA (.40); revise and circulate revised draft of NDA (.60). | 1.00 | 760.00 | 760.00 |

**09-Investigation of assets/transactions**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/01/2022 | Hebeisen, Kenneth | Review correspondence with M. Quinn (Vedder Price) regarding turnover of property (.20) | 0.20 | 540.00 | 108.00 |
| 04/04/2022 | Hebeisen, Kenneth | Review T. Banich correspondence with M. Quinn (.20); review draft subpoena rider (.20); attend team call regarding personal property turnover (.60) | 1.00 | 540.00 | 540.00 |
| 04/04/2022 | Banich, Terence | Conference call with M. Vives, D. Wilson, R. Baker | 3.40 | 714.00 | 2,427.60 |

Katten

| | |
|---|---|
| Matter: | 396859.00001 |
| Invoice #: | 9020064385 |
| Invoice Due Date: | Payable Upon Receipt |

May 17, 2022

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | and K. Hebeisen re Horwitz personal property issues, response to recent M. Quinn letter and related matters (0.60); drafted and edited subpoena rider to S. Kozlowski (0.80); exchanged correspondence with M. Vives and team re same (0.10); finalized same (0.20); drafted and edited subpoena rider to non-investor transferees (1.50); exchanged correspondence with N. Morgan, lawyer for B. Cravatt, re subpoena to Vausse Films and discussion re background (0.20). | | | |
| 04/05/2022 | Hebeisen, Kenneth | Attend call with N. Morgan (counsel for B. Cravatt) (.50); attend call with team to discuss N. Morgan call and other case updates (.70) | 1.20 | 540.00 | 648.00 |
| 04/05/2022 | Banich, Terence | Drafted correspondence to M. Vives and team re S. Kozlowski subpoena and related matters (0.10); conference call with M. Vives, R. Baker, K. Hebeisen and N. Morgan, counsel for B. Cravatt, re background and Vausse Films issues (0.50); conference call with M. Vives, R. Baker and K. Hebeisen re strategies, issues and next steps (0.70); exchanged correspondence with P. Baldwin, counsel for SAC Advisory Group, re subpoena (0.10). | 1.40 | 714.00 | 999.60 |
| 04/06/2022 | Hebeisen, Kenneth | Prepare agenda for upcoming team meeting (.20); emails with team regarding agenda items (.20) | 0.40 | 540.00 | 216.00 |
| 04/06/2022 | Banich, Terence | Telephone conference with J. Kopecky, counsel for JJMT, re subpoena, background and related matters (0.60); drafted memorandum to file re same (0.40); conferred with K. Hebeisen re agenda for April 7 team meeting (0.10). | 1.10 | 714.00 | 785.40 |
| 04/07/2022 | Hebeisen, Kenneth | Attend weekly team call (1.00) | 1.00 | 540.00 | 540.00 |
| 04/07/2022 | Banich, Terence | Exchanged correspondence with T. Brown, counsel for S. Kozlowski, re subpoena (0.10); telephone conference with T. Brown re same and related matters (0.70); drafted memorandum to file summarizing conversation with T. Brown (0.70); attended weekly team meeting (1.00); further conference call with M. Vives and R. Baker re updates on various issues (1.00). | 3.50 | 714.00 | 2,499.00 |
| 04/07/2022 | Hobel, Michael | Call with T. Banich regarding Rogue Black (.60); analyze issues relating to Rogue Black (1.00). | 1.60 | 939.00 | 1,502.40 |
| 04/08/2022 | Banich, Terence | Conference call with M. Vives, D. Chao and K. Hebeisen re turnover of 1inMM Capital materials in possession of Department of Justice (0.30); further conference call with M. Vives and K. Hebeisen re updates on other issues (0.80); reviewed memorandum to file re call with D. Chao (0.20); drafted correspondence to M. Vives and M. Wilson re demand for client file from law firm that once represented 1inMM Capital (0.20); researched same (0.30). | 1.80 | 714.00 | 1,285.20 |
| 04/08/2022 | Hebeisen, Kenneth | Attend call with D. Chao (USAO) regarding investigation materials (.30); attend call with T. Banich and M. Vives regarding D. Chao call and other investigation updates (.80); draft summary memo of D. Chao call (.40) | 1.50 | 540.00 | 810.00 |
| 04/08/2022 | Cutrow, Scott | Emails with M. Hobel regarding Rogue Black. | 0.30 | 760.00 | 228.00 |

Katten

| | | | | | |
|---|---|---|---|---|---|
| Matter: | 396859.00001 | | | | |
| Invoice #: | 9020064385 | | | | May 17, 2022 |
| Invoice Due Date: | Payable Upon Receipt | | | | |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/08/2022 | Hobel, Michael | Analyze issues regarding Rogue Black | 1.80 | 939.00 | 1,690.20 |
| 04/11/2022 | Cutrow, Scott | Attend call with T. Banich, M. Vives, R. Baker, and M. Hobel regarding Rogue Black issues (1.00); analyze Rogue Black issues (.20). | 1.20 | 760.00 | 912.00 |
| 04/11/2022 | Hobel, Michael | Call with M. Vives, R. Baker, and T. Banich regarding Rogue Black issues (1.00); conduct research regarding same (.40). | 1.40 | 939.00 | 1,314.60 |
| 04/12/2022 | Hobel, Michael | Calls with R. Ross regarding referrals | 0.20 | 939.00 | 187.80 |
| 04/12/2022 | Banich, Terence | Exchanged correspondence with D. Vazquez (counsel for Pure Health Enterprises) re subpoena (0.10); exchanged correspondence with G. Gordillo (counsel for Movie Fund LLC) re subpoena (0.10); exchanged correspondence with H. Rosenburg (counsel for JJMT Capital) re subpoena (0.10); exchanged correspondence with M. Wilson re updates re subpoena production due dates (0.10); reviewed document production from Department of Justice for financial records/data (0.80); drafted correspondence to M. Vives, R. Baker and L. Rocha re financial records from Department of Justice production (0.10). | 1.30 | 714.00 | 928.20 |
| 04/13/2022 | Hobel, Michael | E-mail T. Banish regarding Rogue Black | 0.20 | 939.00 | 187.80 |
| 04/13/2022 | Banich, Terence | Exchanged correspondence with counsel for Pure Health re subpoena (0.10); exchanged correspondence with counsel for Movie Fund re subpoena and call to discuss same and related matters (0.10); reviewed correspondence from A. Loftus re JJMT issues (0.20). | 0.40 | 714.00 | 285.60 |
| 04/13/2022 | Hebeisen, Kenneth | Review correspondence from T. Banich regarding updates on Rogue Black bank account (.20) | 0.20 | 540.00 | 108.00 |
| 04/14/2022 | Hobel, Michael | Call with R. Baker regarding Rogue Black (.30); review materials regarding same (.40); call with D. Halberstadter regarding same (.50) | 1.20 | 939.00 | 1,126.80 |
| 04/14/2022 | Banich, Terence | Attended weekly team meeting with Receiver and her team (1.20); conference call with G. Gordillo and K. Hebeisen re Movie Fund background and issues (1.60); reviewed draft summary of call of same by K. Hebeisen (0.20). | 3.00 | 714.00 | 2,142.00 |
| 04/14/2022 | Hebeisen, Kenneth | Attend weekly team call regarding strategy and next steps (1.20); call with T. Banich and G. Gordillo (counsel for Movie Fund) regarding ongoing litigation and investigation of Movie Fund (1.60); draft summary memo of call with G. Gordillo (1.30); draft email to M. Vives regarding call with G. Gordillo (.50) | 4.60 | 540.00 | 2,484.00 |
| 04/15/2022 | Banich, Terence | Reviewed correspondence from T. Brown (counsel for S. Kozlowski) re subpoena and related matters (0.10); reviewed and edited memorandum to file re telephone conference with G. Gordillo re Movie Fund issues (1.70). | 1.80 | 714.00 | 1,285.20 |
| 04/18/2022 | Hebeisen, Kenneth | Emails with T. Banich and M. Vives regarding call with G. Gordillo and Movie Fund updates (.60). | 0.60 | 540.00 | 324.00 |
| 04/18/2022 | Cutrow, Scott | Emails with M. Hobel regarding Rogue Black. | 0.20 | 760.00 | 152.00 |
| 04/18/2022 | Banich, Terence | Reviewed memorandum of call with G. Gordillo and correspondence to M. Vives and team re same | 0.60 | 714.00 | 428.40 |

Katten

| | | | | | |
|---|---|---|---|---|---|
| Matter: | 396859.00001 | | | | |
| Invoice #: | 9020064385 | | | | May 17, 2022 |
| Invoice Due Date: | Payable Upon Receipt | | | | |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | (0.50); reviewed correspondence from counsel for subpoena respondent (0.10). | | | |
| 04/19/2022 | Banich, Terence | Exchanged correspondence with P. Baldwin re production of documents by SAC Advisory Group (0.20); emails with K. Hebeisen re same (0.10). | 0.30 | 714.00 | 214.20 |
| 04/19/2022 | Hobel, Michael | Telephone conference with Scott Cutrow regarding Rogue Black issues | 0.30 | 939.00 | 281.70 |
| 04/19/2022 | Cutrow, Scott | Call with M. Hobel regarding Rogue Black issues. | 0.30 | 760.00 | 228.00 |
| 04/20/2022 | Hebeisen, Kenneth | Review T. Banich correspondence regarding recent meetings with A. Loftus and D. Girard (.20) | 0.20 | 540.00 | 108.00 |
| 04/21/2022 | Hobel, Michael | Emails with R. Baker regarding ongoing Rogue Black issues (.60); call with T. Banich regarding same (.30); emails with R. Reyes and D. Kane regarding same (.70) | 1.60 | 939.00 | 1,502.40 |
| 04/21/2022 | Banich, Terence | Attended weekly team update/strategy call with M. Vives, R. Baker and K. Hebeisen. | 1.00 | 714.00 | 714.00 |
| 04/21/2022 | Hebeisen, Kenneth | Attend weekly strategy call with T. Banich and receiver team (1.00); review emails from T. Banich regarding correspondence with A. Loftus (.20) | 1.20 | 540.00 | 648.00 |
| 04/22/2022 | Hobel, Michael | Draft summary of meeting with R. Reyes, S. Sills, and I. Haimoff, and related Rogue Black issues. | 0.60 | 939.00 | 563.40 |
| 04/22/2022 | Banich, Terence | Conference call with M. Vives, K. Hebeisen, D. Chao and A. Schwab of USAO re turnover of 1inMM documents and data (0.40); conference call with M. Vives and R. Baker re potential claims against third parties and interaction with investor claims and related matters (1.10); exchanged correspondence with counsel for subpoena respondent (0.10); reviewed correspondence from 1inMM former law firm re documents to be produced to receiver and exchanged correspondence with M. Vives and R. Baker re same (0.20)/ | 1.80 | 714.00 | 1,285.20 |
| 04/22/2022 | Hebeisen, Kenneth | Call with D. Chao, T. Banich, and M. Vives regarding Horwitz property (.40); call with T. Banich and receiver team regarding litigation strategies moving forward (1.10); draft memo summarizing call with D. Chao (.60) | 2.10 | 540.00 | 1,134.00 |
| 04/25/2022 | Banich, Terence | Reviewed and exchanged correspondence with P. Baldwin re SAC Advisory Group production in response to subpoena (0.20); reviewed and exchanged correspondence with M. Vives re May 12-13 strategy meeting (0.10). | 0.30 | 714.00 | 214.20 |
| 04/25/2022 | Hebeisen, Kenneth | Emails with T. Banich regarding Rogue Black updates (.10); revise memo summarizing call with D. Chao (.10); review emails between T. Banich and receiver team regarding Rogue Black updates (.10); review letter from D. Chao regarding email production (.10). | 0.40 | 540.00 | 216.00 |
| 04/26/2022 | Hobel, Michael | Conference call with R. Reyes, S. Sills, I. Haimoff, M. Vives, and R. Baker regarding Rogue Black (1.00); call with T. Banich regarding same (.30); call with R. Reyes regarding same (.50); emails with R. Reyes, S. Sills, and receiver team regarding same (.90) | 2.70 | 939.00 | 2,535.30 |
| 04/26/2022 | Hebeisen, | Review document production from SAC Advisory | 0.50 | 540.00 | 270.00 |

Katten

| | | |
|---|---|---|
| Matter: | 396859.00001 | |
| Invoice #: | 9020064385 | May 17, 2022 |
| Invoice Due Date: | Payable Upon Receipt | |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | Kenneth | Group (.30); emails with receiver team regarding same (.20) | | | |
| 04/26/2022 | Banich, Terence | Reviewed correspondence re production of documents in response to subpoena and information requests. | 0.20 | 714.00 | 142.80 |
| 04/28/2022 | Banich, Terence | Attended weekly strategy/update call with Receiver and her team (1.10); exchanged correspondence with T. Brown (counsel for S. Kozlowski) re subpoena and call to discuss same (0.10). | 1.20 | 714.00 | 856.80 |
| 04/28/2022 | Hebeisen, Kenneth | Attend weekly team call with T. Banich and receiver team (1.10) | 1.10 | 540.00 | 594.00 |
| 04/29/2022 | Hebeisen, Kenneth | Call with T. Banich and T. Brown (counsel for S. Kozlowski) regarding subpoena (.70); draft memo summarizing T. Brown call (.70); emails with T. Banich and . Vives regarding call with T. Brown (.20) | 1.60 | 540.00 | 864.00 |
| 04/29/2022 | Banich, Terence | Telephone conference with T. Brown (counsel for S. Kozlowski) re subpoena compliance (0.70); reviewed and edited memorandum to file re call with T. Brown re S. Kozlowski subpoena issues (0.50). | 1.20 | 714.00 | 856.80 |

**10-Business Operations/Operating Entities**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/04/2022 | Banich, Terence | Conference call with R. Baker and V. Chou re alleged claim by J. Hallivs against Rogue Black (0.50); further telephone conference with R. Baker re same (0.10). | 0.60 | 714.00 | 428.40 |
| 04/05/2022 | Banich, Terence | Exchanged correspondence with R. Baker and V. Chou re Rogue Black issues. | 0.10 | 714.00 | 71.40 |
| 04/06/2022 | Banich, Terence | Conference call with M. Vives, R. Baker, J. Hallivis (an alleged creditor of Rogue Black) and V. Chou (his counsel) and follow up discussion with R. Baker re same. | 1.00 | 714.00 | 714.00 |
| 04/07/2022 | Banich, Terence | Reviewed correspondence re proposed duties for A. Levitas (0.20); telephone conference with M. Hobel re Rogue Black background and issues (0.60); drafted correspondence to M. Hobel and S. Cutrow re background (0.20); drafted correspondence to M. Vives and R. Baker re introduction of M. Hobel and S. Cutrow to team to consider Rogue Black issues (0.20). | 1.20 | 714.00 | 856.80 |
| 04/08/2022 | Banich, Terence | Telephone conference with K. Wanner re proposed stipulation re Rogue Black bank account (0.40); drafted memorandum to file re same (0.30); reviewed correspondence between R. Baker and Katten entertainment team (M. Hobel and S. Cutrow) re Rogue Black background and issues (0.50); reviewed filings in SEC case re Rogue Black issues (0.40); drafted stipulation re Rogue Black bank account (.70). | 2.30 | 714.00 | 1,642.20 |
| 04/11/2022 | Banich, Terence | Drafted and edited stipulation between SEC and receiver re modification of asset freeze as to Rogue Black bank account and providing related relief (2.50); drafted and edited declaration of M. Vives in support of stipulation (1.10); drafted and edited proposed order approving stipulation, modifying | 6.10 | 714.00 | 4,355.40 |

Katten

| | | |
|---|---|---|
| Matter: | 396859.00001 | |
| Invoice #: | 9020064385 | May 17, 2022 |
| Invoice Due Date: | Payable Upon Receipt | |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | asset freeze and providing related relief (1.30); drafted and exchanged correspondence with M. Vives and R. Baker re same (0.20); conference call with M. Vives, R. Baker, M. Hobel and S. Cutrow re Rogue Black operational issues (1.00). | | | |
| 04/12/2022 | Banich, Terence | Reviewed R. Baker's comments to Rogue Black stipulation, M. Vives declaration and proposed order (0.20); edited Rogue Black stipulation, M. Vives declaration and proposed order (0.30); conference call with M. Vives and R. Baker re same and related Rogue Black issues (0.50); drafted correspondence to A. Esbenshade and attempts to reach same by phone (0.10). | 1.10 | 714.00 | 785.40 |
| 04/13/2022 | Banich, Terence | Telephone conference with A. Esbenshade re Rogue Black bank account stipulation and related matters (0.30); drafted correspondence to file summarizing same (0.60); edited stipulation and related documents and sent same to K. Wanner for review (0.30); reviewed correspondence from M. Hobel re Rogue Black operational issues (0.10). | 1.30 | 714.00 | 928.20 |
| 04/14/2022 | Banich, Terence | Reviewed correspondence from R. Black to M. Hobel re Rogue Black film projects and spreadsheet detailing same (0.60); conferred with P. Siddiqui re Rogue Black operational issues (0.20). | 0.80 | 714.00 | 571.20 |
| 04/15/2022 | Banich, Terence | Exchanged correspondence with K. Wanner re Rogue Black stipulation. | 0.10 | 714.00 | 71.40 |
| 04/18/2022 | Banich, Terence | Telephone conference with A. Esbenshade re Rogue Black bank account issues (0.40); drafted correspondence to M. Vives and R. Baker re same (0.30); telephone conference with M. Vives re same and related matters (0.40). | 1.10 | 714.00 | 785.40 |
| 04/21/2022 | Banich, Terence | Telephone conference with M. Hobel re Rogue Black operational matters (0.30); reviewed correspondence from R. Baker to A. Levitas and A. Esbenshade re request for Rogue Black business records (0.10); reviewed correspondence between R. Baker and M. Hobel re meeting re Rogue Black operational matters and related issues (0.10). | 0.50 | 714.00 | 357.00 |
| 04/22/2022 | Banich, Terence | Reviewed correspondence with M. Vives, R. Baker and M. Hobel re Rogue Black operational issues. | 0.10 | 714.00 | 71.40 |
| 04/25/2022 | Banich, Terence | Exchanged correspondence with M. Vives re Rogue Black operational matters (0.20); reviewed correspondence with M. Hobel re same (0.10). | 0.30 | 714.00 | 214.20 |
| 04/26/2022 | Banich, Terence | Telephone conference with M. Hobel re Rogue Black operational issues (0.30); reviewed correspondence between R. Baker and A. Esbenshade re same (0.10). | 0.40 | 714.00 | 285.60 |
| 04/27/2022 | Banich, Terence | Exchanged correspondence with S. Cutrow re NDA for Rogue Black issues. | 0.10 | 714.00 | 71.40 |
| 04/28/2022 | Banich, Terence | Reviewed and edited NDAs for potential advisers re Rogue Black operational matters (0.80); exchanged correspondence with S. Cutrow re same (0.10); reviewed correspondence from M. Hobel and A. Esbenshade re Rogue Black operational issues (0.10) | 1.00 | 714.00 | 714.00 |
| | | **Total Hours : 178.90** | | **Total Fees** | **113,274.80  USD** |

Katten

| | |
|---|---|
| Matter: | 396859.00001 |
| Invoice #: | 9020064385 |
| Invoice Due Date: | Payable Upon Receipt |

May 17, 2022

## TIME SUMMARY

### 01-Case administration

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Halberstadter, David | Partner | 0.50 | | 0.00 |
| Hobel, Michael | Partner | 1.80 | 939.00 | 1,690.20 |
| Yager, Allison | Associate | 0.10 | | 0.00 |
| Hebeisen, Kenneth | Associate | 9.50 | 540.00 | 5,130.00 |
| Banich, Terence | Partner | 17.90 | 714.00 | 12,780.60 |
| | Sub Total : | 29.80 | Sub Total : | 19,600.80 |

### 02-Fee applications/retention of professionals

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Hebeisen, Kenneth | Associate | 16.90 | 540.00 | 1,512.00 |
| Banich, Terence | Partner | 11.20 | | 6,426.00 |
| | Sub Total : | 28.10 | Sub Total : | 7,938.00 |

### 04-Pre-receivership litigation/stay

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Hebeisen, Kenneth | Associate | 6.30 | 540.00 | 3,402.00 |
| Banich, Terence | Partner | 29.60 | 714.00 | 21,134.40 |
| | Sub Total : | 35.90 | Sub Total : | 24,536.40 |

### 05-FBI and criminal case matters

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Banich, Terence | Partner | 3.20 | 714.00 | 2,284.80 |
| | Sub Total : | 3.20 | Sub Total : | 2,284.80 |

### 06-SEC meetings/discussions

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Hebeisen, Kenneth | Associate | 0.10 | 540.00 | 54.00 |
| Banich, Terence | Partner | 1.90 | 714.00 | 1,356.60 |
| | Sub Total : | 2.00 | Sub Total : | 1,410.60 |

### 07-Avoidance actions

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Hebeisen, Kenneth | Associate | 0.50 | 540.00 | 270.00 |
| | Sub Total : | 0.50 | Sub Total : | 270.00 |

### 08-Asset Disposition

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Hobel, Michael | Partner | 3.80 | 939.00 | 3,568.20 |
| Cutrow, Scott | Associate | 1.80 | 760.00 | 1,368.00 |
| | Sub Total : | 5.60 | Sub Total : | 4,936.20 |

### 09-Investigation of assets/transactions

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Hobel, Michael | Partner | 11.60 | 939.00 | 10,892.40 |
| Cutrow, Scott | Associate | 2.00 | 760.00 | 1,520.00 |
| Hebeisen, Kenneth | Associate | 17.80 | 540.00 | 9,612.00 |

Katten

| | | | | |
|---|---|---|---|---|
| Matter: | 396859.00001 | | | |
| Invoice #: | 9020064385 | | | May 17, 2022 |
| Invoice Due Date: | Payable Upon Receipt | | | |

| **Name** | **Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Banich, Terence | Partner | 24.30 | 714.00 | 17,350.20 |
| | **Sub Total :** | **55.70** | **Sub Total :** | **39,374.60** |

**10-Business Operations/Operating Entities**

| **Name** | **Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Banich, Terence | Partner | 18.10 | 714.00 | 12,923.40 |
| | **Sub Total :** | **18.10** | **Sub Total :** | **12,923.40** |
| | **Total Hours :** | **178.90** | **Total Fees** | **113,274.80 USD** |

Katten

| | | |
|---|---|---|
| Matter: | 396859.00001 | |
| Invoice #: | 9020064385 | May 17, 2022 |
| Invoice Due Date: | Payable Upon Receipt | |

## DISBURSEMENTS

| Description | Cost Description | Amount |
|---|---|---|
| Legal Research | LAC 02/01/2022-2/28/2022-no206152-LaCisha Harris-Complaint request. | 210.00 |
| Airfare | Airfare-Airfare for client meeting in San Diego-Date Incurred: 03/21/2022. United Airlines - Client Meeting in San Diego-United Airlines - Client Meeting in San Diego-Date Incurred: 03/21/2022. Seat upgrade on United Airlines-Seat upgrade on United Airlines client meeting in San Diego-Date Incurred: 03/23/2022. | 1,629.40 |
| Business Meals | Dinner-Dinner client meeting in San Diego-Date Incurred: 03/21/2022. Lunch-Lunch client meeting in San Diego-Date Incurred: 03/21/2022. Lunch-Lunch client meeting in San Diego-Date Incurred: 03/24/2022. Hotel stay-Hotel stay client meeting in San Diego-Date Incurred: 03/24/2022. Dinner with client-Dinner with client - client meeting in San Diego-Date Incurred: 03/23/2022. Lunch-Lunch client meeting in San Diego-Date Incurred: 03/23/2022. Dinner with client-Dinner with client - client meeting in San Diego-Date Incurred: 03/22/2022. | 1,090.67 |
| Out of Town Travel | Uber O'Hare to Home - Client Meeting in San Diego-Uber O'Hare to Home - Client Meeting in San Diego-Date Incurred: 03/24/2022. Hilton Hotel - Client Meeting in San Diego--Date Incurred: 03/24/2022. Hilton Hotel - Client Meeting in San Diego--Date Incurred: 03/24/2022. Uber from Home to O'Hare Airport - Client Meeting in San Diego-Uber from Home to O'Hare Airport - Client Meeting in San Diego-Date I ncurred: 03/21/2022. Car to airport-Car to airport for client meeting in San Diego-Date Incurred: 03/21/2022. United - Checked bag-Checked bag on United client meeting in San Diego-Date Incurred: 03/21/2022. Uber airport to hotel-Uber from airport to hotel client meeting in San Diego-Date Incurred: 03/21/2022. Uber hotel to dinner-Uber from hotel to dinner client meeting in San Diego-Date Incurred: 03/21/2022. Uber dinner to hotel-Uber from dinner to hotel client meeting in San Diego-Date Incurred: 03/21/2022. Car from airport to home-Car from airport to home client meeting in San Diego-Date Incurred: 03/24/2022. Checked bag with United Airlines-Checked bag with United Airlines client meeting in San Diego-Date Incurred: 03/24/2022. Uber client to airport-Uber from client to airport client meeting in San Diego-Date Incurred: 03/24/2022. Uber hotel to client-Uber from hotel to client - client meeting in San Diego-Date Incurred: 03/24/2022. Hotel stay--Date Incurred: 03/24/2022. Hotel stay - Internet--Date Incurred: 03/23/2022. Hotel stay - Internet--Date Incurred: 03/21/2022. Hotel stay-Hotel stay client meeting in San Diego-Date Incurred: 03/24/2022. Hotel stay-Hotel stay client meeting in San Diego-Date Incurred: 03/24/2022. Uber hotel to client-Uber from hotel to client - client meeting in San Diego-Date Incurred: 03/22/2022. | 2,590.09 |
| Courier | FedExCorp.Inv#: 771195288,Trking# 271378950426,on 3/28/2022 To: c/o Laura Levesque. FedExCorp.Inv#: 771195288,Trking# 271377573213,on 3/28/2022 To: c/o | 237.06 |

Katten

| | | |
|---|---|---|
| Matter: | 396859.00001 | |
| Invoice #: | 9020064385 | May 17, 2022 |
| Invoice Due Date: | Payable Upon Receipt | |

| Description | Cost Description | Amount |
|---|---|---|
| | Matthew Ryan. FedExCorp.Inv#: 771195288,Trking# 271378666585,on 3/28/2022 To: c/o Brett Cravatt. FedExCorp.Inv#: 771195288,Trking# 271378395491,on 3/28/2022 To: c/o Randal O'Connor. FedExCorp.Inv#: 771875881,Trking# 271644608104,on 4/4/2022 To: Susan Kozlowski. FedExCorp.Inv#: 771195288,Trking# 271377225728,on 3/28/2022 To: Managing Member. FedExCorp.Inv#: 771195288,Trking# 271378099640,on 3/28/2022 To: c/o Ryan Spiegel. FedExCorp.Inv#: 771195288,Trking# 271377841948,on 3/28/2022 To: c/o James Russell. | |
| Data/Library Research Services | Westlaw Legal Research: HEBEISEN,KENNETH on 4/12/2022. | 63.44 |
| | **Total Disbursements:** | **5,820.66** USD |

Katten