1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

11

12

13

14

15

16

17

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

        v.

ZACHARY J. HORWITZ; and 1inMM
CAPITAL, LLC,

        Defendants.

Case No. 2:21-cv-02927-CAS(GJSx)

**[~~PROPOSED~~] ORDER APPROVING STIPULATION WAIVING HEARING ON JUNE 6, 2022 AS TO PENDING MOTIONS FILED BY RECEIVER [ECF #94, 95, 96]**

18

19

20

21

22

23

24

25

26

27

28

Upon consideration of the *Stipulation Waiving Hearing on June 6, 2022 as to Pending Motions Filed by Receiver [ECF #94, 95, 96]*, dated May 23, 2022 (the "Stipulation"), between plaintiff Securities and Exchange Commission, defendant Zachary Horwitz and Michele Vives, not individually, but solely as the receiver of 1inMM Capital, LLC and its subsidiaries, affiliates and over the assets more particularly described in the *Order on Appointment of Permanent Receiver*, dated January 14, 2022 [ECF #70] (the "Receiver"); the Court, finding that there being good cause to grant the relief provided herein; it is, pursuant to the Court's power to supervise equity receiverships and all other powers in that behalf so enabling, hereby ORDERED:

        1.      The Stipulation is APPROVED.

2.      The hearing on the Receiver's motions docketed as ECF #94, 95 and 96 scheduled for June 6, 2022 at 10:00 a.m. is hereby VACATED. The Court will decide those motions without a hearing or oral argument.

Dated: May 24, 2022

_Christine A. Snyder_
_____
United States District Judge

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

Case No. 2:21-cv-02927-CAS(GJSx)
[PROPOSED] ORDER APPROVING STIPULATION WAIVING HEARING ON
JUNE 6, 2022 AS TO PENDING MOTIONS BY RECEIVER [ECF #94, 95, 96]