**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter[2]**

| Matter Description | Hours | Amount |
|---|---|---|
| Accounting / Auditing | 3.5 | $551.25 |
| Asset Analysis and Recovery | 14.5 | $4,299.75 |
| Business Operations | 1.5 | $544.50 |
| Case Administration | 116.8 | $33,946.87 |
| Forensic Accounting | 288.6 | $50,735.25 |
| Expenses | 0.00 | $2,907.46 |
| **Totals** | **424.90** | **$90,077.62** |

---

[2] The Receiver voluntarily reduced her fees for the Fee Period by $2,677.50, attributable to preparation of fee applications, as an accommodation to the receivership estate. Additionally, for travel time, the Receiver charged one-half of the actual time spent in travel, amounting to a further reduction of $5,349.37.