## Exhibit A
### Summary of Total Fees and Expenses by Subject Matter[3]

| Matter Description | Hours | Amount |
|---|---|---|
| Case Administration | 8.9 | $5,460.60 |
| Fee Application/Retention of Professionals | 8.9 | $714.00 |
| Claims Administration and Objections | 0.1 | $59.10 |
| Pre-Receivership Litigation/Stay | 91.2 | $55,207.65 |
| FBI and Criminal Case Matters | 0.8 | $571.20 |
| SEC Meetings/Discussions | 3.0 | $2,129.70 |
| Avoidance Actions | 62.7 | $41,214.30 |
| Asset Disposition | 0.0 | $0.00 |
| Investigation of Assets/Transactions | 33.1 | $22,003.80 |
| Business Operations/Operating Entities | 3.7 | $2,176.50 |
| Expenses | 0.0 | $2,775.59 |
| **Totals** | **212.4** | **$132,312.44** |

[3] As an accommodation to the receivership estate, Katten voluntarily reduced its fees for the Fee Period by $13,479.15, attributable to preparation of fee applications, other administrative tasks, and timekeepers who billed less than one hour during the Fee Period.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200