**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter**

| Matter Description | Hours | Amount |
|---|---:|---:|
| Accounting / Auditing | 3.7 | $582.75 |
| Asset Analysis and Recovery | 12.8 | $3,449.25 |
| Business Analysis | 1.2 | $468.00 |
| Business Operations | 3.1 | $1,039.50 |
| Case Administration[2] | 88.6 | $27,011.25 |
| Forensic Accounting | 230.7 | $38,574.00 |
| Expenses | 0.00 | $264.53 |
| **Totals** | **340.1** | **$71,124.75** |

---

[2] The Receiver voluntarily reduced her fees for the Fee Period by $1,993.50, attributable to preparation of fee applications, as an accommodation to the receivership estate. Additionally, for travel time, the Receiver charged one-half of the actual time spent in travel, amounting to a further reduction of $607.50.