**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter[2]**

| Matter Description | Hours | Amount |
|---|---:|---:|
| Case Administration | 5.5 | $3,439.50 |
| Fee Application/Retention of Professionals | 7.8 | $0.00 |
| Claims Administration and Objections | 0.0 | $0.00 |
| Pre-Receivership Litigation/Stay | 18.9 | $11,797.20 |
| FBI and Criminal Case Matters | 0.0 | $0.00 |
| SEC Meetings/Discussions | 0.0 | $0.00 |
| Avoidance Actions | 32.3 | $20,813.40 |
| Asset Disposition | 0.1 | $71.40 |
| Investigation of Assets/Transactions | 79.0 | $53,365.80 |
| Business Operations/Operating Entities | 2.4 | $1,713.60 |
| Expenses | 0.0 | $833.68 |
| **Totals** | **146.0** | **$92,034.58** |

---

[2] As an accommodation to the receivership estate, Katten voluntarily reduced its fees for the Fee Period by $5,192.10, attributable to preparation of fee applications and other administrative tasks.

Case No. 2:21-cv-02927-CAS(GJSx)
SIXTH MONTHLY FEE STATEMENT OF
KATTEN MUCHIN ROSENMAN LLP—JUNE 2022

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200