Name and address:

Terence G. Banich (SBN 212173)
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Securities and Exchange Commission | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:21-cv-02927-CAS-GJS |
| v. | |
| Zachary J. Horwitz et al. | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s), | |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED**. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Yager, Allison E.
*Applicant's Name (Last Name, First Name & Middle Initial)*    check here if federal government attorney ☐

Katten Muchin Rosenman LLP
*Firm/Agency Name*

| 525 W. Monroe Street | 312-902-5200 | 312-902-1061 |
|---|---|---|
| *Street Address* | *Telephone Number* | *Fax Number* |
| Chicago, IL 60661 | | allison.yager@katten.com |
| *City, State, Zip Code* | | *E-mail Address* |

**I have been retained to represent the following parties:**

| Michele Vives | ☐ Plaintiff(s) ☐ Defendant(s) ☒ Other: Receiver |
|---|---|
| | ☐ Plaintiff(s) ☐ Defendant(s) ☐ Other: _____ |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Illinois | 11/6/2014 | Yes |
| U.S. District Court, Northern District of IL | 2/13/2017 | Yes |
| U.S. District Court, District of CO | 3/23/2021 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

N/A

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated July 29, 2022

Allison E. Yager
*Applicant's Name (please type or print)*

/s/ Allison Yager
*Applicant's Signature*

**SECTION III - DESIGNATION OF LOCAL COUNSEL**

Banich, Terence G.
*Designee's Name (Last Name, First Name & Middle Initial)*

Katten Muchin Rosenman LLP
*Firm/Agency Name*

525 W. Monroe St.
*Street Address*

Chicago, IL 60661
*City, State, Zip Code*

(312) 902-5665
*Telephone Number*

(312) 902-1061
*Fax Number*

terence.banich@katten.com
*Email Address*

212173
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated August 1, 2022

See Declaration of Terence G. Banich

Terence G. Banich
*Designee's Name (please type or print)*

[signature]
*Designee's Signature*

**SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**

G-64 (09/20)     APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*     Page 3 of 3

Terence G. Banich (SBN 212173)
terence.banich@katten.com
Allison E. Yager (*pro hac vice* to be filed)
allison.yager@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661
Telephone: (312) 902-5665
Facsimile: (312) 902-1061

*Attorneys for the Receiver*
Michele Vives

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC,<br><br>Defendants. | Case No. 2:21-cv-02927-CAS(GJSx)<br><br>**DECLARATION OF TERENCE G. BANICH**<br><br>Judge: Hon. Christina A. Snyder<br>Courtroom: 8D |

I, Terence G. Banich, declare as follows:

1. I am over the age of eighteen years, am under no disability and am competent to testify to the matters set forth herein. Except as otherwise stated, all facts set forth in this declaration are based upon my personal knowledge and/or my review of documents. If called as a witness in this case, I could and would testify competently to the facts set forth in this declaration.

2. I submit this declaration in support of the *Amended Application of Non-Resident Attorney to Appear in a Specific Case* Pro Hac Vice, dated August 1, 2022 (the "Application"), to respectfully request that the Court excuse Ms. Yager of the obligation imposed by Local Rule 83-2.1.3.4 to designate local counsel who "maintains an office within the District for the practice of law, in which the attorney is physically present on a regular basis to conduct business."

3. I am an attorney licensed to practice law in, and am a member in good standing of the bars of, the State of Illinois, the State of California and the District of Columbia, and I have been duly admitted to practice before the Supreme Court of the United States, several United States Courts of Appeal and several United States District Courts, including the Central District of California, to which I have been admitted to practice since April 10, 2001.

4. I am a partner in the Insolvency and Restructuring department of Katten Muchin Rosenman LLP ("Katten"), a full-service law firm with nearly 700 attorneys in locations across the United States (including offices in Los Angeles and Century City), as well as in London and Shanghai.

5. I am resident in the Katten's Chicago office, and have been in private practice continuously since 1999.

6. On January 14, 2022, the Court in the above-captioned civil action entered the *Order on Appointment of a Permanent Receiver* [ECF #70], which appointed Michele Vives to be the federal equity receiver of defendant 1inMM Capital, LLC as well as assets that are attributable to investor or client funds or that

were fraudulently transferred by Defendants (the "Receiver").

7. Katten represents the Receiver, and I am her lead counsel. In that role, I provide legal advice to the Receiver relating to the administration of the estate, recovery of estate assets and pursuing litigation, and supervise the preparation of all pleadings, motions and other documents to be filed with the Court.

8. The non-resident attorney who is the subject of the Application, Allison E. Yager, is a mid-level associate in Katten's Insolvency & Restructuring Department and is also resident in the Chicago office. Ms. Yager works with me on the administrative, investigative and litigation aspects of this case, including by conducting legal research, preparing initial drafts of certain pleadings, motions and other documents, reviewing documents and performing other tasks as requested or as appropriate for a mid-level associate.

9. The Receiver wishes that Ms. Yager be admitted *pro hac vice* in this civil action.

10. I respectfully believe that, under the circumstances here, Ms. Yager should be admitted *pro hac vice* without the need for her to designate local counsel who is physically present within the Central District of California. This is because, among other reasons:

(a) This is a receivership with limited resources. The Receiver would prefer to avoid adding another lawyer to her legal team as a result of the local counsel requirement, as doing so would cause undue burden and expense to have that lawyer become familiar with the case.

(b) All hearings in the above-captioned case have, so far, been conducted by Zoom, making in-person appearances unnecessary. To the extent that the Court wished to conduct an in-person hearing, I would attend.

(c) To the extent that there is an emergency hearing requiring an in-person appearance on short notice, Katten has offices in Los Angeles and Century City, and I could ask a lawyer resident there to appear.

  (d) I have been a member of the Bar of the Central District of California since April 10, 2001—over 21 years—and all the while have remained in good standing, and have become readily familiar with the Court's Local Rules.

  (e) During that time, I have appeared in at least five different civil actions and miscellaneous cases,[1] and I never missed a hearing that involved my client and required my presence.

  11. I therefore respectfully request that the Court grant the Application, allow Ms. Yager to appear *pro hac vice* herein and excuse her from the obligation imposed by Local Rule 83-2.1.3.4 to designate local counsel.

  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 1, 2022
in Winnetka, Illinois

           Terence G. Banich

---

[1] Nos. 8-07-cv-00848, 2:19-mc-00019, 2:19-mc-00026, 2:21-cv-07703 and 2:21-cv-02927. I identified these cases by reviewing my ECF transaction log, which only goes back to 2008. I may have appeared in cases in the Central District of California prior to 2008, but records of those appearances are no longer available to me.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
## www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
8/1/2022

Re: Allison Elizabeth Yager
Attorney No. 6317643

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Allison Elizabeth Yager was admitted to practice law in Illinois on 11/6/2014; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: *(signature)*
Andrew Oliva
Registrar

Name and address:
Terence G. Banich (SBN 212173)
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661
(312) 902-5665
terence.banich@katten.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Securities & Exchange Commission <br><br> v. <br><br> Zachary Horwitz, et al. <br><br> Plaintiff(s) / Defendant(s). | **CASE NUMBER** <br> 2:21-cv-02927-CAS <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Yager, Allison E.
*Applicant's Name (Last Name, First Name & Middle Initial)*

of Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661

(312) 902-5200
*Telephone Number*

(312) 902-1061
*Fax Number*

allison,yager@katten.com
*E-Mail Address*

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Michele Vives, as Receiver

*Name(s) of Party(ies) Represented*

☐ *Plaintiff(s)*   ☐ *Defendant(s)*   ☒ *Other:* Receiver

and designating as Local Counsel

Banich, Terence G.
*Designee's Name (Last Name, First Name & Middle Initial)*

of Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661

212173
*Designee's Cal. Bar No.*

(312) 902-5665
*Telephone Number*

(312) 902-1061
*Fax Number*

terence.banich@katten.com
*E-Mail Address*

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge