# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV21-2927-CAS(GJSx) | Date | July 29, 2022 |
|---|---|---|---|
| Title | *SECURITIES AND EXCHANGE COMMISSION v. ZACHARY J. HORWITZ; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) - JOINT STATUS REPORT (Filed 11/9/2021) [63]

THE COURT, having approved a stay in this matter and having received the Joint Status Report[63] filed November 9, 2021;

IT IS HEREBY ORDERED that counsel shall file another joint report detailing the status of the case on or before **February 1, 2023**, and every quarter thereafter until the stay has been lifted or a stipulation for dismissal is filed.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |