Terence G. Banich (SBN 212173)
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Securities and Exchange Commission | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:21-cv-02927-CAS-GJSx |
| v. | |
| Zachary J. Horwitz et al. | **AMENDED ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Yager, Allison E.
*Applicant's Name (Last Name, First Name & Middle Initial*
(312) 902-5200        (312) 902-1061
*Telephone Number*    *Fax Number*
allison.yager@katten.com
*E-Mail Address*

of Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Michele Vives, Receiver
*Name(s) of Party(ies) Represent*

☐ *Plaintiff(s)* ☐ *Defendant(s)* ☒ *Other:* Receiver

**and designating as Local Counsel**

Banich, Terence G.
*Designee's Name (Last Name, First Name & Middle Initial)*
212173              (312) 902-5665      (312) 902-1061
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
terence.banich@katten.com
*E-Mail Address*

of Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated: August 1, 2022

*[signature: Christina A. Snyder]*

**U.S. District Judge**