# EXHIBIT C



# 360 Asset Recovery Solution



## PERSONAL PROPERTY ASSETS OF ZACHARY HORWITZ
Furniture | Furnishings | Art | Musical Instruments | Sports Equipment | Electronics

**Prepared:**
June 2, 2022

**Presented to**
Michele Vives, Receiver
Douglas Wilson Companies

**Presented by:**
Jeff Tanenbaum
President | ThreeSixty Asset Advisors

Mike Walters
President | Tranzon Asset Strategies



949.727.9011 | www.tranzon.com



805.496.8087 | www.360assetadvisors.com



ZACHARY HORWITZ PERSONAL ASSETS
# Asset Recovery Solution

June 2, 2022

Michele Vives, Receiver
Douglas Wilson Companies

Dear Michelle:

Thank you for the opportunity to prepare the following asset recovery solution to assist you with the sale of the various personal property assets of Zachary Horwitz.

This proposal addresses the sale of all personal property located at the (2) storage facilities in Chatsworth and Sylmar, CA. This proposal assumes the following:

- All assets are to be sold that are located in each of the storage facilities;

- The budget and sale plan assumes that each storage facility will maintain the assets through the sale period and until buyers pickup purchases. The storage facilities will provide (at separate cost to the case), the services related to: (i) storage, (ii) the opening of each vault and unwrapping and staging of each item for 360 to photograph and catalog the items for sale, and (iii) the opening of appropriate vaults following the auction and extraction of each lot as buyers come to pickup their items;

- The sale will allow for the sale of the assets free and clear of liens or encumbrances.

We appreciate the opportunity to submit this proposal on your behalf and welcome any questions you may have.

Best Regards,

Jeff Tanenbaum, CAI
President – ThreeSixty Asset Advisors

Mike Walters
President – Tranzon Asset Strategies

INTRODUCTION

PAGE 2



**PROPOSAL**

ZACHARY HORWITZ PERSONAL ASSETS
# Executive Summary

| | |
|---|---|
| **SUBJECT ASSETS** | Furniture, Rugs, Décor, Artwork, Fitness Equipment, Billiard Table, Yamaha Piano, TVs, and all related items viewed by ThreeSixty and presented by Seller. |
| **SALE STRATEGY** | Virtual live online auction using the liveauctioneers.com sale platform. No physical inspection of the assets. |
| **MARKETING** | Marketing will leverage the target audience of liveauctioneers.com's active customer base of millions of global buyers, while email notifications to ThreeSixty and Tranzon buyers will focus on the local market. |
| **SALE PROCESS** | Items will be removed from storage vaults by Storage Facility, and inventoried, photographed and tagged by ThreeSixty for return to storage. Each lot will identify which vault it is stored in for quick location post-sale. The catalog will be posted online for 10-14 days prior to the auction closing date. All items will close in a single day virtual live auction. Collections shall occur over the 72 hours following the auction and removal taking place over the week to follow the sale. Storage Facility labor will be required again to pull items from vaults as buyers arrived to pickup purchases. |
| **SALE TIMELINE** | Setup \| Week 1<br>Sale Posting & Marketing Begins \| Week 2<br>Catalog Online \| Week 2 / 3<br>Auction & Collections \| Week 4<br>Checkout \| Week 5 |
| **FEE STRUCTURE** | 25% Buyers' Premium* (ThreeSixty to cover LIveAuctioneers' 5% fee from the buyers' premium & credit card fees)<br>5% Seller's Commission<br>ThreeSixty Expense Reimbursement<br> - est. at $7,000 for: Catalog Labor, Marketing, Removal Oversite, Posting to LiveAuctioneers' Site;<br><br>Plus…<br>Costs Billed Direct to Seller<br>- Storage & Storage Facility Labor at cost |
| **RECOVERY** | Gross Auction Recovery: est. $40,000 to $60,000<br><br>Net Auction Recovery: est. $31,000 to $50,000 before Storage Facility related costs. |

*the buyers' premium is reflective of rates typical for sales of furnishings and collectibles (25-30%), especially sales on the LiveAuctioneers.com portal; these rates reflect increased costs of bidding platforms based on consumer buyer reach. Further, unlike commercial and industrial sales, for which much of the payments are made in cash, 80%+ of transactions will be made by credit card. Bidding platform fees and credit card fees are paid by Auctioneer out of the Buyers' Premium, resulting in a net buyers' premium of approximately 17%.



ZACHARY HORWITZ PERSONAL ASSETS
# Subject Assets

This proposal will address the sale of the following asset categories.

- Furniture
- Furnishings/Decor
- Fitness Equipment
- Art
- Musical Instruments
- Clothing










PROPOSAL

PAGE 4

tranzon  THREESIXTY ASSET ADVISORS



ZACHARY HORWITZ PERSONAL ASSETS
# Marketing

A sale specific marketing plan will be created catering to the target audience specific to the sale, using a budget appropriate selection of the following advertising methods:

- Social Media (including Facebook and LinkedIn)
- Online Bidding Platform Marketing (LiveAuctioneers.com)
- Auction Posting/Listing Sites (i.e. AuctionZip, AuctionHQ)
- Emails Blasts
- Classified Sites (i.e. Craigslist, OfferUp)

ADVERTISING EXAMPLES BELOW

## PRINT ADS



## EMAIL BLASTS



## BANNER ADS / SOCIAL



**PROPOSAL**

PAGE **5**

tranzon® THREESIXTY ASSET ADVISORS



ZACHARY HORWITZ PERSONAL ASSETS
# About ThreeSixty



**+1 888 345.7653**

*Value* **is in the Eye of the Beholder**

An effective asset recovery solution requires a deep and broad understanding of not only the subject assets, but such key factors as timing, circumstances and market trends.

With over 35 years of experience selling a broad range of asset classes, under immensely diverse circumstances, we have the unique perspectives to provide our clients with objective guidance, outside-the-box strategies, expert oversight and the resources to deliver the most qualified solution and team for any given project.

When it comes to your assets… perspective is money.

**EXPERIENCE THAT MATTERS**

Asset Categories:

- Industrial Machinery
- Heavy Equipment
- Professional Audio / Video
- Transportation
- Wholesale Inventories
- Real Property

Geographies:

- US
- Canada
- Global Resources

**LIQUIDATION ANALYSIS | DISPOSITION ADVISORY | ASSET PURCHASE | CONTRACT SERVICES**



**LOS ANGELES | DENVER**              360AssetAdvisors.com

**QUALIFICATIONS**

**PAGE 6**





ZACHARY HORWITZ PERSONAL ASSETS
# About Tranzon







**QUALIFICATIONS**



ZACHARY HORWITZ PERSONAL ASSETS
# Project Leadership

JEFF TANENBAUM | jeff@360AssetAdvisors.com | Office: 805.496.8087 ext. 117 | Cell: 818.326.4909



**Jeff Tanenbaum, CAI, CES**
**PRESIDENT**



BIOGRAPHY:

Jeff Tanenbaum entered the Auction profession in 1985. Since that time Tanenbaum has emersed himself in all aspects of the business from operations and marketing, to auctioneering, business development and strategic planning. Tanenbaum's unique qualifications include his ability to see value where others may not, and to craft solutions that maximize value and create a win-win result.

Tanenbaum started his career as employee number one at Great American Group (now a division of B. Riley), helping to grow the company until his departure as Executive Vice President in 1994. In 1995, Tanenbaum launched Remarketing Associates which became Tiger Remarketing Services in 2010 and later Tiger Commercial & Industrial. Tanenbaum served as President of Tiger Commercial & Industrial and Executive Managing Director of Tiger Capital Group until his departure in 2019.

Over his 35-year tenure in the auction industry, Tanenbaum has participated in thousands of engagements, and personally managed over 1,000 auction sale events, working on behalf of such companies as Apple Computer and Mobil Oil, such financial institutions as Wells Fargo and PNC Bank, and such agencies as the US Bankruptcy Court and the FDIC.

Tanenbaum has served both the auction industry and his community, serving on the boards of the Industrial Auctioneers Association and the Southern California Auctioneers Association, as well as on the Boys & Girls Club Board for over 15 years. Tanenbaum has also conducted 100's of benefit auctions, raising millions of dollars for numerous causes throughout the United States.

SELECT PROJECTS:

**Apple Computer, Inc.**
50+ Auctions of Refurbished Products

**ITT Technical Institute (Bankruptcy Estate)**
Consolidation and Auctions of Over 100 Locations

**Prime Equip**
3 Month Liquidation Construction Equipment Rental Fleet

**Broadcom**
Worldwide Auctions of Excess Electronic Test Equipment

**EXPERIENCE:**

2020 - Present
ThreeSixty Asset Advisors, LLC
President

2010 - 2019
Tiger Capital Group
Executive Managing Director

1995 – 2010
Remarketing Associates, Inc.
President

2002 – 2005
Tranzon Asset Strategies
Executive Vice President

1985 - 1994
Great American Group
Executive Vice President

**MEMBERSHIPS / CERTIFICATIONS:**

Designee, Certified Auctioneers Institute (CAI)

Designee, Certified Estate Specialist (CES)

Officer, Industrial Auctioneers Association (former)

Officer, Southern California Auctioneers Association (former)

Member, National Auctioneers Association

Education, University of Southern California

805-496-8087 | 360AssetAdvisors.com

QUALIFICATIONS

