**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter**[2]

| Matter Description | Hours | Amount |
|---|---:|---:|
| Accounting / Auditing | 5.3 | $787.50 |
| Asset Analysis and Recovery | 1.5 | $416.25 |
| Business Operations | 5.7 | $1,966.50 |
| Case Administration | 101.4 | $29,835.00 |
| Forensic Accounting | 293.1 | $55,041.75 |
| Status Reports | 12.7 | $4,000.50 |
| Expenses | 0.0 | $302.65 |
| **Totals** | **419.7** | **$92,350.15** |

---

[2] The Receiver voluntarily reduced her fees for the Fee Period by $1,822.50, attributable to preparation of fee applications, as an accommodation to the receivership estate.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

Case No. 2:21-cv-02927-CAS(GJSx)
SEVENTH MONTHLY FEE STATEMENT OF
RECEIVER MICHELE VIVES—JULY 2022

5