**Exhibit B**
**Summary of Total Fees and Hours by Attorneys and Paraprofessionals**

| Professional | Position with the Applicant | Years of Experience | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Michele Vives | Receiver | 17 | $405.00 | 41.0 | $16,200.00 |
| Douglas Wilson | Executive Management | 33 | $405.00 | 15.5 | $6,277.50 |
| Lynn Goodridge | Executive Management | 25 | $405.00 | 0.9 | $364.50 |
| Rene Weidman | Executive Management | 17 | $405.00 | 25.6 | $8,950.50 |
| Ryan Baker | Project Director | 12 | $315.00 | 28.7 | $9,040.50 |
| Rodney Bruce | Project Director | 10 | $315.00 | 1.6 | $504.00 |
| Michael Wilson | Project Associate Director | 1 | $202.50 | 97.7 | $19,784.25 |
| Lisset Rocha | Accounting | 4 | $157.50 | 121.1 | $19,073.25 |
| Monica Garcia | Accounting | 1 | $157.50 | 1.2 | $189.00 |
| Kristine Bickings | Administrative | 8 | $135.00 | 86.4 | $11,664.00 |
| **Totals** | | | | **419.7** | **$92,047.50** |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

Case No. 2:21-cv-02927-CAS(GJSx)
SEVENTH MONTHLY FEE STATEMENT OF
RECEIVER MICHELE VIVES—JULY 2022

6