Terence G. Banich (SBN 212173)
terence.banich@katten.com
Allison E. Yager (*pro hac vice*)
allison.yager@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

*Attorneys for the Receiver*
Michele Vives

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>      v.<br><br>ZACHARY J. HORWITZ and 1inMM CAPITAL, LLC,<br><br>              Defendants. | Case No. 2:21-cv-02927-CAS(GJSx)<br><br>**STIPULATION WAIVING HEARING ON SEPTEMBER 12, 2022 AS TO PENDING MOTION FILED BY RECEIVER [ECF #121]**<br><br>Judge:      Hon. Christina A. Snyder<br>Courtroom: 8D |

Plaintiff Securities and Exchange Commission ("SEC"), defendant Zachary Horwitz ("Horwitz") and Michele Vives, not individually, but solely as the receiver of 1inMM Capital, LLC and its subsidiaries, affiliates and over the assets more particularly described in the *Order on Appointment of Permanent Receiver*, dated January 14, 2022 [ECF #70] (the "Receiver," and collectively with SEC and Horwitz, the "Parties"), by and through their counsel of record, hereby state:

**WHEREAS**, on August 10, 2022, the Receiver filed a *Motion to Approve Quarterly Report of Receiver (Second Quarter 2022)* [ECF #121] (the "Motion");

**WHEREAS**, the Motion is noticed for a hearing on September 12, 2022 at 10:00 a.m. PDT (the "Hearing"); and

**WHEREAS**, counsel for the Receiver (Mr. Banich) has conferred with counsel for the SEC (Ms. Wanner) and counsel for Horwitz (Mr. Quinn) regarding the Motions, and the necessity for the Court to call them for a hearing.

**NOW, THEREFORE**, the Parties stipulate and agree that:

1. The Motion is appropriate for decision by the Court without a hearing or oral argument.

2. The Court should vacate the Hearing.

IT IS SO STIPULATED.

Dated: August 12, 2022     */s/ Terence G. Banich*
Terence G. Banich
Katten Muchin Rosenman LLP
Counsel for Receiver Michele Vives

Dated: August 12, 2022     */s/ Kathryn C. Wanner*
Kathryn C. Wanner
Lance Jasper
Counsel for Plaintiff Securities & Exchange Commission

Dated: August 12, 2022     */s/ Michael J. Quinn*
Michael J. Quinn
Vedder Price PC
Counsel for Defendant Zachary J. Horwitz

## LOCAL RULE 5-4.3.4(a)(2)(i) CERTIFICATION

Pursuant to LR 5-4.3.4(a)(2)(i), I, Terence G. Banich, hereby attest that all signatories identified above, and on whose behalf this filing is submitted, concur in the filing's content, and have authorized the filing.

*/s/ Terence G. Banich*

Case No. 2:21-cv-02927-CAS(GJSx)
STIPULATION WAIVING HEARING ON SEPTEMBER 12, 2022 AS TO PENDING MOTION FILED BY RECEIVER [ECF #121]

2

# PROOF OF SERVICE

**STATE OF ILLINOIS, COUNTY OF COOK**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, IL 60661.

On August 12, 2022, I served the following document(s) described as:

**STIPULATION WAIVING HEARING ON SEPTEMBER 12, 2022 AS TO PENDING MOTION FILED BY RECEIVER [ECF #121]**

on counsel of record in this action as follows:

**[ ]    BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[ ]    BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address terence.banich@katten.com to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ]    BY OVERNIGHT MAIL (FedEx):** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]    BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]    E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on August 12, 2022, at Winnetka, Illinois.

*/s/ Terence G. Banich*
Terence G. Banich