# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC,<br><br>    Defendants. | Case No. 2:21-cv-02927-CAS(GJSx)<br><br>**ORDER APPROVING STIPULATION WAIVING HEARING ON SEPTEMBER 12, 2022 AS TO PENDING MOTION FILED BY RECEIVER [ECF #121]** |

Upon consideration of the *Stipulation Waiving Hearing on September 12, 2022 as to Pending Motion Filed by Receiver [ECF #121]*, dated August 12, 2022 (the "Stipulation"), between plaintiff Securities and Exchange Commission, defendant Zachary Horwitz and Michele Vives, not individually, but solely as the receiver of 1inMM Capital, LLC and its subsidiaries, affiliates and over the assets more particularly described in the *Order on Appointment of Permanent Receiver*, dated January 14, 2022 [ECF #70] (the "Receiver"); the Court, finding that there being good cause to grant the relief provided herein; it is, pursuant to the Court's power to supervise equity receiverships and all other powers in that behalf so enabling, hereby ORDERED:

/ / /

1. The Stipulation is APPROVED.

2. The hearing on the Receiver's motion docketed as ECF #121 scheduled for September 12, 2022 at 10:00 a.m. is hereby VACATED. The Court will decide that motion without a hearing or oral argument.

Dated: August 15, 2022

*/s/ Christina A. Snyder*
United States District Judge