KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:21-cv-02927-CAS(GJSx) |
|---|---|
| Plaintiff, | **ORDER APPROVING QUARTERLY REPORT OF RECEIVER MICHELE VIVES (SECOND QUARTER 2022)** |
| v. | |
| ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC, | |
| Defendants. | |

Upon consideration of the *Motion to Approve Quarterly Report of Receiver Michele Vives (Second Quarter 2022)*, dated August 10, 2022 the ("Motion"); the Court, having reviewed the *Quarterly Report of Receiver Michele Vives (Second Quarter 2022)*, dated August 10, 2022 (the "Report"), being fully advised in the premises and finding that there being good cause to grant the relief provided herein; it is, pursuant to the Court's power to supervise equity receiverships and all other powers in that behalf so enabling, hereby ORDERED:

1. The Motion is GRANTED.
2. The Report is APPROVED.
3. All disbursements identified in the Report as made or to be made, if any, are APPROVED.
4. Notice of the hearing on the Report is limited to that given, and the Receiver is EXCUSED from complying with any additional notice requirements imposed by Local Rule 66-7(c).
5. The Receiver is hereby AUTHORIZED to use the Website (as defined by the Report) to serve parties in interest with documents filed in this civil action, in lieu of the requirements imposed by Local Rule 66-7.

Dated: August 26, 2022

*Christine A. Snyd* (signature)
United States District Judge