**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter**

| Matter Description | Hours | Amount |
|---|---:|---:|
| Accounting / Auditing | 2.9 | $456.75 |
| Asset Analysis and Recovery | 1.3 | $263.25 |
| Asset Disposition | 0.3 | $121.50 |
| Business Operations | 13.4 | $4,464.00 |
| Case Administration | 82.4 | $27,906.75 |
| Forensic Accounting | 276.5 | $61,350.75 |
| Status Reports | 2.2 | $891.00 |
| Expenses | 0.0 | $28.05 |
| **Totals** | **379.0** | **$95,482.05** |