**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter[2]**

| Matter Description | Hours | Amount |
|---|---:|---:|
| Case Administration | 13.7 | $7,494.60 |
| Fee Application/Retention of Professionals | 6.4 | $0.00 |
| Claims Administration and Objections | 0.0 | $0.00 |
| Pre-Receivership Litigation/Stay | 45.9 | $29,892.60 |
| FBI and Criminal Case Matters | 0.0 | $0.00 |
| SEC Meetings/Discussions | 4.0 | $1,182.00 |
| Avoidance Actions | 58.3 | $36,229.80 |
| Asset Disposition | 0.0 | $0.00 |
| Investigation of Assets/Transactions | 50.5 | $34,236.60 |
| Business Operations/Operating Entities | 9.4 | $5,813.10 |
| Expenses | 0.0 | $2,361.58 |
| **Totals** | **188.2** | **$117,210.28** |

---

[2] As an accommodation to the receivership estate, Katten voluntarily reduced its fees for the Fee Period by $13,267.20, attributable to preparation of fee applications, other administrative tasks, and timekeepers who billed less than one hour during the Fee Period.