Terence G. Banich (SBN 212173)
terence.banich@katten.com
Allison E. Yager (*pro hac vice*)
allison.yager@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

*Attorneys for the Receiver*
Michele Vives

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ZACHARY J. HORWITZ and 1inMM CAPITAL, LLC,<br><br>　　　　Defendants. | Case No. 2:21-cv-02927-CAS(GJSx)<br><br>**STIPULATION REQUIRING CITY NATIONAL BANK TO TRANSFER FUNDS FROM AND SUBSEQUENTLY CLOSE ROGUE BLACK LLC ACCOUNTS**<br><br>Judge:　　Hon. Christina A. Snyder<br>Courtroom: 8D |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

1  Plaintiff Securities and Exchange Commission ("SEC") and Michele Vives, not individually, but solely as the receiver of 1inMM Capital, LLC and its subsidiaries, affiliates and over the assets more particularly described in the *Order on Appointment of Permanent Receiver*, dated January 14, 2022 [ECF #70] (the "Receiver Order," and Ms. Vives, the "Receiver," and the Receiver together with SEC, the "Parties"), by and through their counsel of record, hereby state:

**WHEREAS**, on April 6, 2021, the Court entered the *Order (1) Freezing Assets; (2) Requiring an Accounting; (3) Prohibiting Destruction of Documents; and (4) to Set Hearing on Order to Show Cause*, and on May 14, 2021, the Court entered the *Order Freezing Assets and Prohibiting Destruction of Documents* (together, the "Freeze Orders"). [ECF #18, 43]

**WHEREAS**, one of the bank accounts listed in the Freeze Orders is an account at City National Bank ("CNB") in the name of Rogue Black LLC ("Rogue Black"), account no. xxxxx1710 (the "Account"), of which defendant Zachary Horwitz ("Horwitz") and a third-party individual, who has requested anonymity in this proceeding (the "Former Rogue Black Co-Owner"), were originally signatories pursuant to records maintained by CNB. [ECF #18 § II.C; ECF #43 § II.C]

**WHEREAS**, Rogue Black applied for and received a Paycheck Protection Program loan from CNB (the "PPP Loan") for $15,625.00 (the "PPP Loan Amount") on February 3, 2021.

**WHEREAS**, records at CNB reflect that the PPP Loan Amount was thereafter immediately deposited into the Account on February 4, 2021.

**WHEREAS**, all accounts in the name of Rogue Black at CNB for which the Former Rogue Black Co-Owner was ever an authorized signer or point of contact, including the Account or PPP Loan, shall be referred to as the "CNB Rogue Black Accounts."

|   |   |
|---|---|
| 1 | **WHEREAS**, Rogue Black is a film production company that was owned by Horwitz and the Former Rogue Black Co-Owner through affiliate entities and managed by Horwitz and the Former Rogue Black Co-Owner. |

1  **WHEREAS**, Rogue Black is a film production company that was owned by Horwitz and the Former Rogue Black Co-Owner through affiliate entities and managed by Horwitz and the Former Rogue Black Co-Owner.

**WHEREAS**, on or about June 9, 2022, the Former Rogue Black Co-Owner resigned in writing as a co-manager of Rogue Black, and his affiliate entity withdrew as a member of Rogue Black.

**WHEREAS**, by letter dated September 6, 2022, the Former Rogue Black Co-Owner acknowledged to CNB his relinquishment of any authority, including signatory authority, over all CNB Rogue Black Accounts (such action, the "Accounts Relinquishment").

**WHEREAS**, CNB has removed the Former Rogue Black Co-Owner from any authorization or signing authority over the CNB Rogue Black Accounts.

**WHEREAS**, as a result of the Accounts Relinquishment and removal of the Former Rogue Black Co-Owner from the CNB Rogue Black Accounts, Horwitz is the only remaining person listed as an account holder for Rogue Black of the Account and PPP Loan.

**WHEREAS**, pursuant to the Receiver Order, the Receiver believes she has authority and control over the PPP Loan.

**WHEREAS**, the Receiver has determined, and SEC and the Former Rogue Black Co-Owner do not contest, that the money on deposit in the Account (the "Account Balance"), except for the balance of the PPP Loan, is attributable to funds derived from investors or clients of the Defendants, and thus should be under the custody and control of the Receiver (such Account Balance minus the PPP Loan Amount, the "Remaining Account Balance").

**WHEREAS**, on or about July 26, 2022, the Receiver requested, among other things, that CNB: (a) wire the Account Balance to her receivership bank account; and (b) close the Account.

**WHEREAS**, CNB has requested of the Receiver that CNB be permitted to (i) transfer funds from the Account to the PPP Loan to repay the PPP Loan Amount ("Payoff of PPP Loan Principal"), and thereafter (ii) close out the PPP Loan (the "PPP Loan Closing"), and the Receiver consents to the Payoff of the PPP Loan Principal and the PPP Loan Closing.

**WHEREAS**, the Receiver and the SEC have no objection, and agree that CNB be permitted to effect (i) the Payoff of PPP Loan Principal using funds from the Account prior to wiring the Remaining Account Balance to the Receiver's receivership bank account and closing the Account, and (ii) the PPP Loan Closing.

**WHEREAS**, consequently, CNB and the Receiver have agreed to, and desire to achieve, the following sequence of actions: (i) CNB effects the Payoff of PPP Loan Principal with funds from the Account; (ii) CNB wires the Remaining Account Balance to the Receiver's receivership bank account, pursuant to instructions to be provided by the Receiver; and (iii) CNB closes the Account and the PPP Loan (collectively, the "Accounts Actions").

**WHEREAS**, CNB has advised the Receiver that in order to ensure that the Freeze Orders are lifted with respect to the Accounts Actions and that the Court otherwise approves the Accounts Actions, it is willing to take the Accounts Actions upon the execution of this Stipulation and entry of an order by the Court authorizing and directing CNB to take the Accounts Actions.

**NOW, THEREFORE**, the SEC and the Receiver stipulate and agree that:

1. The Court should enter the proposed order submitted herewith—

    (a) Directing CNB to: (i) transfer the PPP Loan Amount of $15,625.00 from the Account to the PPP Loan; (ii) wire the Remaining Account Balance to the Receiver's receivership bank account pursuant to instructions to be provided by the Receiver to CNB; (iii) close the Account; and (iv) close out the PPP Loan.

(b)     Declaring, pursuant to 28 U.S.C. §§ 754 and 959(b), applicable federal securities laws and the Court's inherent powers, that the Receiver is, and has succeeded to be, the sole and exclusive managing member and legal representative of Rogue Black, with the sole and exclusive power and authority to manage and direct its business and financial affairs, and that Rogue Black is deemed to be an "affiliate" of 1inMM Capital, LLC for all purposes under the Receiver Order and applicable law.

2.     The Court should modify the Freeze Orders to authorize the relief stated in paragraph 1, but the Freeze Orders would otherwise remain in full force and effect as to Defendants.

IT IS SO STIPULATED.

Dated: September 28, 2022     */s/ Terence G. Banich*
Terence G. Banich
Katten Muchin Rosenman LLP
Counsel for Receiver Michele Vives

Dated: September 28, 2022     */s/ Kathryn C. Wanner*
Kathryn C. Wanner
Lance Jasper
Counsel for Plaintiff Securities & Exchange Commission

### LOCAL RULE 5-4.3.4(a)(2)(i) CERTIFICATION

Pursuant to LR 5-4.3.4(a)(2)(i), I, Terence G. Banich, hereby attest that all signatories identified above, and on whose behalf this filing is submitted, concur in the filing's content, and have authorized the filing.

*/s/Terence G. Banich*

# PROOF OF SERVICE

**STATE OF ILLINOIS, COUNTY OF COOK**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, Illinois 60661.

On September 28, 2022, I served the following document(s) described as:

**STIPULATION REQUIRING CITY NATIONAL BANK TO TRANSFER FUNDS FROM AND SUBSEQUENTLY CLOSE ROGUE BLACK LLC ACCOUNTS**

on counsel of record in this action as follows:

**[ ]   BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[ ]   BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address terence.banich@katten.com to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ]   BY OVERNIGHT MAIL (FedEx):** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]   BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]   E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on September 28, 2022, at Winnetka, Illinois.

*/s/Terence G. Banich*
Terence G. Banich

Case No. 2:21-cv-02927-CAS(GJSx)
STIPULATION REQUIRING CITY NATIONAL BANK TO TRANSFER FUNDS FROM AND SUBSEQUENTLY CLOSE ROGUE BLACK LLC ACCOUNTS

5