# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC,<br><br>Defendants. | Case No. 2:21-cv-02927-CAS(GJSx)<br><br>**ORDER REQUIRING CITY NATIONAL BANK TO TRANSFER FUNDS FROM AND SUBSEQUENTLY CLOSE ROGUE BLACK LLC ACCOUNTS** |

Upon consideration of the *Stipulation Requiring City National Bank to Transfer Funds from and Subsequently Close Rogue Black LLC Accounts*, dated September 28, 2022 (the "Stipulation"), between plaintiff Securities and Exchange Commission and Michele Vives, not individually, but solely as the receiver (the "Receiver") of 1inMM Capital, LLC and its subsidiaries, affiliates and over the assets more particularly described in the *Order on Appointment of Permanent Receiver*, dated January 14, 2022 [ECF #70] (the "Receiver Order"); the Court, finding that there being good cause to grant the relief provided herein; it is, pursuant to the Court's power to supervise equity receiverships and all other powers in that behalf so enabling, hereby ORDERED:

/ / /

1. The Stipulation is APPROVED.

2. City National Bank ("CNB"), including its officers, agents, servants, employees and attorneys, is hereby AUTHORIZED and DIRECTED to—

    (a) Transfer $15,625.00, the principal balance of a Paycheck Protection Program loan (the "PPP Loan") at CNB in the name of Rogue Black LLC ("Rogue Black"), from the account at CNB in the name of Rogue Black with account no. xxxxx1710 (the "Account") to the PPP Loan (such action, the "Payoff of PPP Loan Principal");

    (b) Wire the remaining balance in the Account after the Payoff of PPP Loan Principal to the Receiver's receivership bank account pursuant to instructions to be provided by the Receiver to CNB;

    (c) Close the Account and take all necessary actions to do so; and

    (d) Close out the PPP Loan and take all necessary actions to do so.

3. The Court hereby DECLARES, pursuant to 28 U.S.C. §§ 754 and 959(b), applicable federal securities laws and the Court's inherent powers, that the Receiver is, and has succeeded to be, the sole and exclusive managing member and legal representative of Rogue Black LLC, with the sole and exclusive power and authority to manage and direct its business and financial affairs, and that Rogue Black LLC is deemed to be an "affiliate" of 1inMM Capital, LLC for all purposes under the Receiver Order and applicable law.

4. The *Order (1) Freezing Assets; (2) Requiring an Accounting; (3) Prohibiting Destruction of Documents; and (4) to Set Hearing on Order to Show Cause*, dated April 6, 2021 [ECF #18], and the *Order Freezing Assets and Prohibiting Destruction of Documents*, dated May 14, 2021 [ECF #43], are hereby MODIFIED so as to authorize the relief stated in paragraph 2.

5. Except as provided herein, the Freeze Orders remain in full force and effect.

/ / /

6. The Court retains exclusive jurisdiction to hear and determine any disputes arising out of or relating to this order.

Dated: September 29, 2022

*Christina A. Snyder*
_____
United States District Judge

Case No. 2:21-cv-02927-CAS(GJSx)
[PROPOSED] ORDER REQUIRING CITY NATIONAL BANK TO TRANSFER FUNDS FROM AND SUBSEQUENTLY CLOSE ROGUE BLACK LLC ACCOUNTS

3

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200