Terence G. Banich (SBN 212173)
terence.banich@katten.com
Allison E. Yager (*pro hac vice*)
allison.yager@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661
Telephone:  (312) 902-5200
Facsimile:   (312) 902-1061

*Attorneys for the Receiver*
Michele Vives

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                  Plaintiff,<br><br>          v.<br><br>ZACHARY J. HORWITZ and 1inMM CAPITAL, LLC,<br><br>                  Defendants. | Case No. 2:21-cv-02927-CAS(GJSx)<br><br>**STIPULATION FOR ORDER DIRECTING GODADDY.COM, LLC TO PRODUCE ELECTRONIC COMMUNICATIONS AND RELATED DOCUMENTS**<br><br>Judge:       Hon. Christina A. Snyder<br>Courtroom:  8D |

Plaintiff Securities and Exchange Commission ("SEC") and Michele Vives, not individually, but solely as the receiver (the "Receiver," and together with SEC, the "Parties") of 1inMM Capital, LLC and its subsidiaries, affiliates and over the assets more particularly described in the *Order on Appointment of Permanent Receiver*, dated January 14, 2022 [ECF #70] (the "Receiver Order"), by and through their counsel of record, hereby state:

WHEREAS, GoDaddy.com, LLC ("GoDaddy") is a provider of "electronic communication services" within the meaning of 18 U.S.C. §§ 2510(15) and 2702(a)(1);

WHEREAS, defendant 1inMM Capital, LLC ("1inMM") was a customer of GoDaddy in that 1inMM paid GoDaddy to provide electronic communication services, including without limitation, hosting the website "www.1inMM.com" (the "1inMM Website") and keeping in "electronic storage" within the meaning of 18 U.S.C. § 2501(17) electronic mail, instant messages and chat logs/sessions sent by and received from various users with the domain "@1inMM.com," including without limitation, "info@1inMM.com" and "zach@1inMM.com" (collectively, "1inMM Electronic Content");

WHEREAS, 1inMM was the "addressee," "intended recipient" and/or "originator" of the 1inMM Electronic Content within the meaning of 18 U.S.C. § 2702(b)(1) and (3), and GoDaddy's "customer" within the meaning of 18 U.S.C. § 2702(c);

WHEREAS, by operation of the Receiver Order, the Receiver has succeeded 1inMM as the "addressee," "intended recipient" and/or "originator" of the 1inMM Electronic Content within the meaning of 18 U.S.C. § 2702(b)(1) and (3), and as GoDaddy's "customer" within the meaning of 18 U.S.C. § 2702(c);

WHEREAS, on March 29, 2022, the Receiver requested by letter that GoDaddy provide her with login credentials for all 1inMM email accounts and

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

copies of the contents of all 1inMM email in electronic storage for the time period March 1, 2014 to March 31, 2022 (or whenever the account was closed);

**WHEREAS**, on April 8, 2022 GoDaddy refused to comply with the Receiver's request but indicated that it would comply with a court order;

**WHEREAS**, the Receiver, as the addressee, intended recipient and/or originator of the 1inMM Electronic Content, pursuant to 18 U.S.C. § 2702(b)(1) and (3), hereby consents to GoDaddy disclosing the contents of the 1inMM Electronic Content to her;

**WHEREAS**, the Receiver, as GoDaddy's customer as to the 1inMM Electronic Content and the 1inMM Website, pursuant to 18 U.S.C. § 2702(c)(2), hereby consents to GoDaddy disclosing all customer records and other information pertaining to 1inMM, including without limitation, the login credentials for all 1inMM email accounts; and

**WHEREAS**, the Parties agree that the Receiver must have unfettered access to the contents of the 1inMM Electronic Content and all 1inMM customer records referred to above in order to carry out her investigation pursuant to the Receiver Order.

**NOW, THEREFORE**, the Parties stipulate and agree that the Court should enter the proposed order submitted herewith—

1. Directing GoDaddy to—

    (a) Produce to the Receiver the content of all electronic communications in its electronic storage pertaining to 1inMM, including without limitation, copies of all 1inMM Electronic Content;

    (b) Produce to the Receiver all customer records and other information pertaining to 1inMM and Zachary Horwitz, including without limitation, the login credentials for all 1inMM email accounts; and

  (c) Transfer control over the domain "1inMM.com" to the Receiver, including the Website.

 2. Finding that the Electronic Communications Privacy Act, 18 U.S.C. §§ 2701 *et seq.*, does not prevent GoDaddy from complying with the acts specified in paragraph 1 because the exceptions set forth in 18 U.S.C. § 2702(b)(1) and (3) and (c)(2) have been satisfied by the Receiver's consents set forth in the seventh and eighth whereas clauses of the Stipulation.

 3. Directing GoDaddy to comply with the acts specified in paragraph 1 irrespective of—

  (a) Anything to the contrary in GoDaddy's "Subpoena Policy/Attorney Tips" on its website or any other of its corporate policies; or

  (b) What person or entity is listed in GoDaddy's books and records as the registrant of "1inMM.com."

IT IS SO STIPULATED.

Dated: October 20, 2022   */s/ Terence G. Banich*
             Terence G. Banich
             Katten Muchin Rosenman LLP
             Counsel for Receiver Michele Vives

Dated: October 20, 2022   */s/ Kathryn C. Wanner*
             Kathryn C. Wanner
             Lance Jasper
             Counsel for Plaintiff Securities & Exchange Commission

## LOCAL RULE 5-4.3.4(a)(2)(i) CERTIFICATION

Pursuant to LR 5-4.3.4(a)(2)(i), I, Terence G. Banich, hereby attest that all signatories identified above, and on whose behalf this filing is submitted, concur in the filing's content, and have authorized the filing.

             */s/Terence G. Banich*

# PROOF OF SERVICE

**STATE OF ILLINOIS, COUNTY OF COOK**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, Illinois 60661.

On October 20, 2022, I served the following document(s) described as:

**STIPULATION FOR ORDER DIRECTING GODADDY.COM, LLC TO PRODUCE ELECTRONIC COMMUNICATIONS AND RELATED DOCUMENTS**

as follows:

**[ ]   BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[ ]   BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused the document(s) to be sent from e-mail address terence.banich@katten.com to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ]   BY OVERNIGHT MAIL (FedEx):**  I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]   BY PERSONAL SERVICE:**  I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]   E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on October 20, 2022, at Winnetka, Illinois.

*/s/Terence G. Banich*
Terence G. Banich