Terence G. Banich (SBN 212173)
terence.banich@katten.com
Allison E. Yager (*pro hac vice*)
allison.yager@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

*Attorneys for the Receiver*
Michele Vives

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC,<br><br>Defendants. | Case No. 2:21-cv-02927-CAS(GJSx)<br><br>**SEVENTH MONTHLY FEE STATEMENT OF RECEIVER MICHELE VIVES—JULY 2022**<br><br>Judge: Hon. Christina A. Snyder<br>Courtroom: 8D |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

Michele Vives, in her capacity as the receiver in the above-captioned action (the "Receiver"), pursuant to paragraphs 3(b) and 3(d) of the *Order Granting Motion of Receiver Michele Vives for Order Establishing Procedures for Allowance of Compensation and Reimbursement of Expenses*, dated February 22, 2022 [ECF #77] (the "Interim Compensation Procedures Order"), hereby files this monthly fee statement (this "Monthly Fee Statement") for (i) compensation in the amount of $73,638.00 (80% of $92,047.50)[1] for the reasonable and necessary services rendered by the Receiver from July 1, 2022 through and including July 31, 2022 (the "Fee Period") and (ii) reimbursement of the actual and necessary expenses that the Receiver incurred, in the amount of $302.65 during the Fee Period.

### Statement of Fees and Expenses

In support of this Monthly Fee Statement, attached are the following exhibits:

• **Exhibit A** is a schedule for the Fee Period, setting forth the total amounts of compensation sought with respect to each category of services for which the Receiver is seeking payment in this Monthly Fee Statement.

• **Exhibit B** is a schedule for the Fee Period providing certain information regarding the professionals for whose work in this receivership compensation is sought in this Monthly Fee Statement. The Receiver and her staff at Douglas Wilson Companies have expended a total of 419.70 hours in connection with this proceeding during the Fee Period.

• **Exhibit C** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which the Receiver is seeking reimbursement in this Monthly Fee Statement. All of these disbursements comprise the requested sum for the Receiver's out of pocket

---

[1] The Receiver voluntarily reduced her fees for the Fee Period by $1,822.50, attributable to preparation of fee applications, as an accommodation to the receivership estate.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

expenses.

• **Exhibit D** consists of the Receiver's invoice of fees and expenses incurred during the Fee Period in the rendition of the professional services to the Receiver. This invoice may have been redacted to maintain privilege and confidentiality, in accordance with paragraph 3(a) of the Interim Compensation Procedures Order.

Although every effort has been made to include in this Monthly Fee Statement all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. The Receiver reserves the right to make further application to this Court for allowance of such fees and expenses not included herein in accordance with the Interim Compensation Procedures Order.

Notice of this Monthly Fee Statement will be provided in accordance with the procedures set forth in the Interim Compensation Procedures Order.

## Objection Period

The Notice Parties specified in paragraph 3(a) of the Interim Compensation Procedures Order shall have 10 days from the date hereof, i.e., until 4:00 p.m. prevailing Pacific Time on **August 22, 2022** (the "Objection Period"), to review the Monthly Fee Statement and serve a Notice of Objection (as defined in the Interim Compensation Procedures Order) on the Receiver.

In accordance with paragraph 3(c) of the Interim Compensation Procedures Order, after the Objection Period expires at 4:00 p.m. prevailing Pacific Time on August 22, 2022, the Receiver shall pay, without further order of the Court, 80% of the fees and 100% of the expenses the Receiver has requested in the Monthly Fee Statement that are not the subject of a Notice of Objection. Based on that formula, the Receiver shall receive $73,638.00 of the fees and $302.65 of the expenses unless a timely Notice of Objection is served.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

Case No. 2:21-cv-02927-CAS(GJSx)
SEVENTH MONTHLY FEE STATEMENT OF
RECEIVER MICHELE VIVES—JULY 2022

3

Dated: August 10, 2022

Respectfully submitted,

**KATTEN MUCHIN ROSENMAN LLP**

By:    /s/*Terence G. Banich*
       Terence G. Banich

*Attorneys for the Receiver*
Michele Vives

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

## PROOF OF SERVICE

**STATE OF ILLINOIS, COUNTY OF COOK**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, IL 60661.

On August 10, 2022, I served the following document(s) described as:

**SEVENTH MONTHLY FEE STATEMENT OF RECEIVER MICHELE VIVES—JULY 2022**

on counsel of record in this action as follows:

[ ]  **BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing.  On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

[ ]  **BY E-MAIL OR ELECTRONIC TRANSMISSION**:  I caused the document(s) to be sent from e-mail address terence.banich@katten.com to the persons at the e-mail addresses listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]  **BY OVERNIGHT MAIL (FedEx)**:  I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

[ ]  **BY PERSONAL SERVICE**:  I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

[X]  **E-FILING**: By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on August 10, 2022, at Winnetka, Illinois.

*/s/Terence G. Banich*
Terence G. Banich

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter**[2]

| Matter Description | Hours | Amount |
|---|---|---|
| Accounting / Auditing | 5.3 | $787.50 |
| Asset Analysis and Recovery | 1.5 | $416.25 |
| Business Operations | 5.7 | $1,966.50 |
| Case Administration | 101.4 | $29,835.00 |
| Forensic Accounting | 293.1 | $55,041.75 |
| Status Reports | 12.7 | $4,000.50 |
| Expenses | 0.0 | $302.65 |
| **Totals** | **419.7** | **$92,350.15** |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

[2] The Receiver voluntarily reduced her fees for the Fee Period by $1,822.50, attributable to preparation of fee applications, as an accommodation to the receivership estate.

## Exhibit B
## Summary of Total Fees and Hours by Attorneys and Paraprofessionals

| Professional | Position with the Applicant | Years of Experience | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Michele Vives | Receiver | 17 | $405.00 | 41.0 | $16,200.00 |
| Douglas Wilson | Executive Management | 33 | $405.00 | 15.5 | $6,277.50 |
| Lynn Goodridge | Executive Management | 25 | $405.00 | 0.9 | $364.50 |
| Rene Weidman | Executive Management | 17 | $405.00 | 25.6 | $8,950.50 |
| Ryan Baker | Project Director | 12 | $315.00 | 28.7 | $9,040.50 |
| Rodney Bruce | Project Director | 10 | $315.00 | 1.6 | $504.00 |
| Michael Wilson | Project Associate Director | 1 | $202.50 | 97.7 | $19,784.25 |
| Lisset Rocha | Accounting | 4 | $157.50 | 121.1 | $19,073.25 |
| Monica Garcia | Accounting | 1 | $157.50 | 1.2 | $189.00 |
| Kristine Bickings | Administrative | 8 | $135.00 | 86.4 | $11,664.00 |
| **Totals** | | | | **419.7** | **$92,047.50** |

## Exhibit C
## Summary of Actual and Necessary Expenses

| Expenses by Category | Amount |
|---|---|
| Background Checks | $54.94 |
| FedEx | $247.71 |
| **Total** | **$302.65** |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

**Exhibit D**
**Invoices**



**Services for month ending July 31, 2022**

Invoice #: 92195
Invoice Date: 08/09/2022
Due Date: 08/19/2022

1620 Fifth Avenue, Suite 400
San Diego, CA 92101
Phone: 619 641-1141
Fax: 619-641-1150
douglaswilson.com

SEC v Horwitz
Attn: Michele Vives
1620 Fifth Avenue, Suite 400
San Diego, CA 92101
United States

## 10129 SEC v Horwitz

### Services

| Date | Timekeeper | Description | Hours | Total |
|------|------------|-------------|-------|-------|
| 07/01/2022 | LR | Forensic Accounting: Review of SAC Advisory, Fortune Fund 1 and 2 investments | 2.40 | $378.00 |
| 07/01/2022 | LR | Forensic Accounting: Review of Valid8 Financial Information | 0.90 | $141.75 |
| 07/01/2022 | MV | Forensic Accounting: Review of Valid8 financial information. | 0.90 | $364.50 |
| 07/01/2022 | LR | Forensic Accounting: Call with Counsel re: forensic request | 0.20 | $31.50 |
| 07/01/2022 | MV | Forensic Accounting: Call with counsel regarding forensic request. | 0.20 | $81.00 |
| 07/01/2022 | MV | Forensic Accounting: Email correspondence with T Brown regarding bank statement and check image request. | 0.40 | $162.00 |
| 07/01/2022 | LR | Forensic Accounting: Review of SAC Advisory, Fortune Fund 1 and 2 investments (2.3) Gather information to forward to Counsel regarding person of interest (.6) | 2.90 | $456.75 |
| 07/01/2022 | MV | Accounting/Auditing: Review invoicing and team hours. | 1.00 | $0.00 |
| 07/01/2022 | MV | Case Administration: Review matter specific case memos regarding asset recover from target transferees. | 0.70 | $283.50 |
| 07/01/2022 | MDW | Forensic Accounting: Continued to go over Fortune Film 2 Fund film list | 3.70 | $749.25 |

Invoice #: 92195 - 10129 SEC v Horwitz - 08/09/2022

| | | to validate the wire amounts. | | |
|---|---|---|---|---|
| 07/01/2022 | DW | Case Administration: General project update and review. | 0.50 | $202.50 |
| 07/01/2022 | RB | Forensic Accounting: Review of Valid8 financial information. | 0.90 | $283.50 |
| 07/05/2022 | LR | Forensic Accounting: Draft email to forensic software team reg. trouble shooting | 0.30 | $47.25 |
| 07/05/2022 | LR | Forensic Accounting: Update forensic accounting software | 2.90 | $456.75 |
| 07/05/2022 | LR | Forensic Accounting: Review Fortune Film Fund One and Two investments for discrepancies against bank records | 0.60 | $94.50 |
| 07/05/2022 | MDW | Forensic Accounting: Continued to go over Fortune Film 1 and 2 Fund film list to validate investment amounts with wires. | 4.00 | $810.00 |
| 07/05/2022 | MDW | Forensic Accounting: Discussed with L.Rocha regarding Fortune Film investments. | 0.30 | $60.75 |
| 07/05/2022 | KB | Forensic Accounting: Reviewing incoming and outgoing investments and returns from aggregator. | 6.00 | $810.00 |
| 07/05/2022 | RB | Case Administration: Phone call with M. Vives re: Rogue Black updates. | 0.20 | $63.00 |
| 07/05/2022 | DW | Case Administration: Follow up on the key focus of the weekly project review meetings (.5). Monitor various recent emails (.2). | 0.70 | $283.50 |
| 07/05/2022 | MV | Case Administration: Phone call with R. Baker re: Rogue Black updates. | 0.20 | $81.00 |
| 07/06/2022 | LR | Accounting/Auditing: Download bank statement and reconcile bank account | 0.30 | $47.25 |
| 07/06/2022 | LR | Forensic Accounting: Gather updated transactions for person of interest and prepare summary for counsel | 1.10 | $173.25 |
| 07/06/2022 | LR | Forensic Accounting: Update forensic software | 5.60 | $882.00 |
| 07/06/2022 | MDW | Forensic Accounting: Reviewed SAC Advisory Investor List (1.0) Compared investment amounts to CNB bank wires (3.5). | 4.50 | $911.25 |
| 07/07/2022 | LR | Forensic Accounting: Update forensic software (3), meet with M.Wilson reg SAC (.6), draft project update (.4) | 4.00 | $630.00 |
| 07/07/2022 | MV | Case Administration: Review memo from counsel regarding net winner. | 0.40 | $162.00 |
| 07/07/2022 | MDW | Forensic Accounting: Continue reviewing SAC Advisory Investor List (1.0) and compared investment amounts to CNB bank wires (3.5). | 4.50 | $911.25 |
| 07/07/2022 | MV | Case Administration: Weekly meeting with Counsel. | 1.50 | $607.50 |

Invoice #: 92195 - 10129 SEC v Horwitz - 08/09/2022

| 07/07/2022 | LR | Forensic Accounting: Internal project meeting to review SAC Advisory progress | 1.00 | $157.50 |
|---|---|---|---|---|
| 07/07/2022 | MDW | Forensic Accounting: Internal Project Meeting to review SAC Advisory progress. | 1.00 | $202.50 |
| 07/07/2022 | KB | Forensic Accounting: Internal project meeting to review SAC Advisory progress. | 1.00 | $135.00 |
| 07/07/2022 | LR | Forensic Accounting: Update forensic software | 1.90 | $299.25 |
| 07/07/2022 | LR | Forensic Accounting: Discuss forensics with M. Vives and M. Wilson | 0.40 | $63.00 |
| 07/07/2022 | MV | Forensic Accounting: Internal Discussion with Staff regarding forensic analysis. | 0.40 | $162.00 |
| 07/07/2022 | MDW | Case Administration: Talked with M.Vives regarding forensic analysis | 0.40 | $81.00 |
| 07/07/2022 | KB | Forensic Accounting: Continue reviewing incoming and outgoing investments and returns from aggregator. | 6.00 | $810.00 |
| 07/07/2022 | MDW | Case Administration: Reviewed L.Rocha list of items and outstanding tasks before our meeting. | 0.50 | $101.25 |
| 07/07/2022 | RW | Case Administration: Prepare June 2022 Receiver billing. | 1.50 | $0.00 |
| 07/08/2022 | MV | Case Administration: Review revised tolling agreement structure. | 0.40 | $162.00 |
| 07/08/2022 | LR | Forensic Accounting: Meeting with M.Wilson regarding forensic reporting | 1.50 | $236.25 |
| 07/08/2022 | RB | Business Operations: Zoom call with R. Reyes and M. Vives re: Rogue Black report progress update. | 1.00 | $315.00 |
| 07/08/2022 | MDW | Forensic Accounting: Meeting with L.Rocha regarding forensic reports. | 1.50 | $303.75 |
| 07/08/2022 | LR | Forensic Accounting: Prepare summary of totals paid out to SAC entities (.4) Review list of questions to SAC entities (.4) | 0.80 | $126.00 |
| 07/08/2022 | MV | Business Analysis: Call with film consultant regarding updated reports and value of films invested in to. | 1.00 | $405.00 |
| 07/08/2022 | MV | Case Administration: Draft letter to film distributor for new information regarding a film invested by Horwitz. | 0.40 | $162.00 |
| 07/08/2022 | KB | Forensic Accounting: Review SAC Advisory investment list to create questions. | 4.00 | $540.00 |
| 07/08/2022 | LR | Forensic Accounting: Update forensic software | 1.80 | $283.50 |

Invoice #: 92195 - 10129 SEC v Horwitz - 08/09/2022

| 07/08/2022 | LR | Forensic Accounting: Meet with Forensic Software team for troubleshooting | 0.50 | $78.75 |
|---|---|---|---|---|
| 07/08/2022 | LR | Forensic Accounting: Prepare summary of transfers for target transferee (1.1) and send to counsel (.2) | 1.30 | $204.75 |
| 07/08/2022 | MV | Forensic Accounting: Update call with R Baker regarding potential asset recovery. | 0.20 | $81.00 |
| 07/08/2022 | MV | Case Administration: Call with Counsel regarding asset recovery source. | 1.00 | $405.00 |
| 07/08/2022 | KB | Forensic Accounting: Clean up Fortune Film Fund One and Two film investment spreadsheets. | 1.00 | $135.00 |
| 07/08/2022 | MDW | Forensic Accounting: Reviewed SAC Advisory Investor List and compared investment amounts to CNB bank wires. (3h) Reviewed Fortune Film One and Two Investor List and began to total investments amounts to CNB bank wires. (2h) | 5.00 | $1,012.50 |
| 07/08/2022 | MDW | Case Administration: Created account for Valid8. | 0.40 | $81.00 |
| 07/08/2022 | RB | Business Analysis: Call with Film consultant regarding updated reports and value of film library. | 1.00 | $315.00 |
| 07/08/2022 | RB | Forensic Accounting: Call with M. Vives re: potential asset recovery. | 0.20 | $63.00 |
| 07/08/2022 | RB | Status Reports: Begin preparations for drafting Receiver's Second Quarterly Report. | 1.20 | $378.00 |
| 07/08/2022 | RW | Case Administration: Update June 2022 Receiver billing for attorney comments (0.5). Prepare SFAR (0.5). Prepare Fee app (0.5). | 1.50 | $0.00 |
| 07/08/2022 | DW | Case Administration: Review recent emails regarding case updates (.4) Update on the timing and content of the next interim quarterly report to the court (.3). | 0.70 | $283.50 |
| 07/09/2022 | RB | Status Reports: Draft outline for the Receiver's Second Quarter Status Report. (.9) Communications with M. Vives and T. Banich re: delegating certain tasks to address report. (.1) | 1.00 | $315.00 |
| 07/11/2022 | LR | Forensic Accounting: Update forensic software | 3.80 | $598.50 |
| 07/11/2022 | KB | Forensic Accounting: Reformat questions for SAC Advisory Group. | 2.00 | $270.00 |
| 07/11/2022 | KB | Forensic Accounting: Confirm bank transactions from Fortune Film Fund Two. | 1.80 | $243.00 |
| 07/11/2022 | MV | Case Administration: Reach out to outside counsel of a potential net winner to review information and claw back position. | 0.40 | $162.00 |

| | | | | |
|---|---|---|---|---|
| 07/11/2022 | LR | Case Administration: Weekly Team Meeting | 1.40 | $220.50 |
| 07/11/2022 | KB | Case Administration: Weekly team meeting. | 1.40 | $189.00 |
| 07/11/2022 | MV | Case Administration: Weekly Team Meeting | 1.40 | $567.00 |
| 07/11/2022 | MDW | Case Administration: Internal team meeting | 1.40 | $283.50 |
| 07/11/2022 | LR | Forensic Accounting: Final analysis of SAC Advisory | 2.40 | $378.00 |
| 07/11/2022 | RB | Case Administration: Attend portion of weekly team meeting. | 1.10 | $346.50 |
| 07/11/2022 | KB | Forensic Accounting: Update "Horwitz Business Entities Listing" file. | 1.50 | $202.50 |
| 07/11/2022 | MDW | Forensic Accounting: Finalized all SAC Advisory spreadsheets before internal meeting. | 3.30 | $668.25 |
| 07/11/2022 | MDW | Case Administration: Started drafting memo regarding information for quarterly report. | 1.80 | $364.50 |
| 07/11/2022 | MDW | Asset Analysis and Recovery: Correspondence with Assets 360 and Auctioning team in regards to auction logistics. | 0.50 | $101.25 |
| 07/11/2022 | DW | Case Administration: Weekly team meeting (1.4). Follow up internal discussions regarding Rogue Black, LayJax and other matters (.1). Review recent emails regarding case updates (.1). | 1.60 | $648.00 |
| 07/12/2022 | LR | Forensic Accounting: Review SAC file with K.Bickings | 0.40 | $63.00 |
| 07/12/2022 | LR | Forensic Accounting: Review vendor listing for target transferees | 2.90 | $456.75 |
| 07/12/2022 | KB | Forensic Accounting: Finalize SAC Advisory investment listing (.6). Review file with L. Rocha (.4). | 1.00 | $135.00 |
| 07/12/2022 | LR | Forensic Accounting: Update categories in forensic software | 3.40 | $535.50 |
| 07/12/2022 | MDW | Case Administration: Email response to R.Baker for furniture inventory. (.1) Emailed M. Walters requesting full inventory list. (.1) Email to J. Tanenbaum in regards to requesting additional auctioning information for receivers report. (.2) | 0.40 | $81.00 |
| 07/12/2022 | MDW | Case Administration: Began to pull documents together and draft the status of obtaining bank records and other requests for information. | 5.00 | $1,012.50 |
| 07/12/2022 | KB | Forensic Accounting: Compose memo including outside investments. | 2.00 | $270.00 |
| 07/12/2022 | RB | Status Reports: Continue drafting quarterly report to be filed with the Court. | 2.00 | $630.00 |
| 07/12/2022 | RB | Business Operations: Communications with A. Levitas re: Rogue Black | 0.20 | $63.00 |

| | | PPP loan and other items. | | |
|---|---|---|---|---|
| 07/12/2022 | RB | Business Operations: Review and approve payables for Rogue Black, Communications with T, Rollins re: same. | 0.20 | $63.00 |
| 07/13/2022 | LR | Forensic Accounting: Review of full vendor listing and locate target transferee's for spreadsheet (4.8) Review request from counsel and correspondence for transfers to target transferee (.2) | 5.00 | $787.50 |
| 07/13/2022 | KB | Forensic Accounting: Investigate incoming and outgoing transactions from person of interest. | 1.00 | $135.00 |
| 07/13/2022 | LR | Forensic Accounting: Review of questions for SAC Advisory | 0.80 | $126.00 |
| 07/13/2022 | KB | Forensic Accounting: Review of questions for SAC Advisory. | 0.80 | $108.00 |
| 07/13/2022 | RVB | Case Administration: Internal meeting w/ D.Wilson regarding Layjax | 0.80 | $252.00 |
| 07/13/2022 | RB | Case Administration: Meet with M. Vives and the team to discuss status of the case and next steps. | 0.30 | $94.50 |
| 07/13/2022 | RB | Status Reports: Continue drafting quarterly report to be filed with the Court. | 2.00 | $630.00 |
| 07/13/2022 | MDW | Case Administration: Continued to draft the status of obtaining bank records and other requests for information. | 3.30 | $668.25 |
| 07/13/2022 | MDW | Case Administration: Talked with Jeff and 360 asset advisors in terms of finalizing a date for storage facilities. | 0.50 | $101.25 |
| 07/13/2022 | MDW | Case Administration: Reviewed Lotting Catalog from 360 asset advisors. | 0.40 | $81.00 |
| 07/13/2022 | MV | Case Administration: Review counsel memo's regarding Aaronson hearings. | 0.50 | $202.50 |
| 07/13/2022 | DW | Case Administration: Internal meeting with R. Bruce regarding LayJax | 0.80 | $324.00 |
| 07/14/2022 | MV | Case Administration: Weekly call with counsel regarding various issues (1.2). Meet with R. Baker and the team to discuss status of the case and next steps (.2) | 1.40 | $567.00 |
| 07/14/2022 | LR | Accounting/Auditing: Review and enter invoices into Quickbooks. Process payments and prepare for signature | 0.40 | $63.00 |
| 07/14/2022 | LR | Accounting/Auditing: Download and reconcile bank statements for Rouge Black (.4) Research posted transactions and download back up to server (.6) Prepare financials and send to R. Weidman for review (.3) Review activity for 1inMM QuickBooks to prepare financials (.5) Correspondence with vendors regarding payment for invoices prior to receivership (.3) | 2.10 | $330.75 |

| 07/14/2022 | RB | Case Administration: Weekly meeting with counsel and M. Vives re: status report, forensic accounting and other relevant items. | 1.20 | $378.00 |
|---|---|---|---|---|
| 07/14/2022 | MV | Case Administration: Draft and circulate letter to 1inMM outside counsel. | 0.50 | $202.50 |
| 07/14/2022 | LR | Case Administration: Prepare FedEx for mailing of request for information | 0.10 | $15.75 |
| 07/14/2022 | LR | Forensic Accounting: Pull information for forensic accounting update on receivers report | 1.00 | $157.50 |
| 07/14/2022 | MV | Case Administration: Response to counsel regarding confidentiality agreement with aggregator. | 0.40 | $162.00 |
| 07/14/2022 | LR | Forensic Accounting: Review SAC Advisory (1.1), Fortune Film Fund 1 (.8), and Fortune Film Fund 2 (.8) for questions generated by K.Bickings | 2.70 | $425.25 |
| 07/14/2022 | KB | Forensic Accounting: Finalize memo regarding 1inMM and outside investments, | 6.10 | $823.50 |
| 07/14/2022 | MV | Case Administration: Review memo on person of interest in preparation for meeting with counsel. | 0.50 | $202.50 |
| 07/14/2022 | MV | Case Administration: Review memo regarding JJMT and next steps in tollling agreements. | 0.40 | $162.00 |
| 07/14/2022 | MV | Case Administration: Email to American Express regarding Subpoenaed information. | 0.40 | $162.00 |
| 07/14/2022 | DW | Case Administration: Prepare for (.3) and participate on the weekly Katten Zoom meeting to monitor and prioritize the various ongoing aspects of the project (1.2). | 1.50 | $607.50 |
| 07/14/2022 | RB | Accounting/Auditing: Review SFAR (.6) and communicate with R. Weidman regarding consolidation of Rogue Black into greater accounting (.1). | 0.70 | $220.50 |
| 07/15/2022 | RVB | Case Administration: Layjax document review + prep for strategy session w/ D.Wilson | 0.80 | $252.00 |
| 07/15/2022 | MV | Case Administration: Preparation for call with Vicki Chou, counsel for Julio Hallivis. | 0.40 | $162.00 |
| 07/15/2022 | MV | Case Administration: Review memo regarding all subpoenaed information, what has been received to date and what is outstanding. | 0.40 | $162.00 |
| 07/15/2022 | LR | Forensic Accounting: Review, locate, and correspondence with R.Baker for examples of Ponzi scheme for receivers report (4h) Review and update Valid8 Software (4h). Review analysis with R. Weidman (.4) | 8.40 | $1,323.00 |

Invoice #: 92195 - 10129 SEC v Horwitz - 08/09/2022

| 07/15/2022 | MV | Case Administration: Call with Counsel regarding investment films (.5). Follow up discussion with team regarding same (.5). | 1.00 | $405.00 |
|---|---|---|---|---|
| 07/15/2022 | MV | Case Administration: Discussion with Counsel regarding Tolling Agreement. | 0.40 | $162.00 |
| 07/15/2022 | KB | Forensic Accounting: Finalizing questions for aggregator regarding missing information. | 5.70 | $769.50 |
| 07/15/2022 | RW | Forensic Accounting: Assisting L.Rocha with analysis. | 0.40 | $162.00 |
| 07/15/2022 | RB | Asset Analysis and Recovery: Zoom meeting with interested party counsel regarding assets and background. | 1.00 | $315.00 |
| 07/15/2022 | RB | Status Reports: Continue drafting 2nd quarter status report (1.5). Review SFAR (.4). Communications with R. Weidman re: changes to SFAR (.1). | 2.00 | $630.00 |
| 07/15/2022 | RB | Case Administration: Communications with R. Reyes re: invoicing and updates on reports. | 0.50 | $157.50 |
| 07/15/2022 | RB | Case Administration: Communications with A. Levitas re: Rogue Back updates. | 0.30 | $94.50 |
| 07/18/2022 | LR | Forensic Accounting: Review of bank statements against forensic software for updates | 3.30 | $519.75 |
| 07/18/2022 | LR | Forensic Accounting: Meeting with R. Baker regarding forensic analysis (.5) Internal Project Meeting regarding SAC Advisory with M.Wilson and K.Bickings (1) | 1.50 | $236.25 |
| 07/18/2022 | MV | Case Administration: Discussion with R Baker regarding quarterly report. | 0.40 | $162.00 |
| 07/18/2022 | MV | Case Administration: Call with law firm regarding request for files. | 0.20 | $81.00 |
| 07/18/2022 | KB | Forensic Accounting: Internal meeting with M. Wilson. | 0.50 | $67.50 |
| 07/18/2022 | KB | Forensic Accounting: Internal team meeting with L. Rocha and M. Wilson. | 1.00 | $135.00 |
| 07/18/2022 | MDW | Forensic Accounting: Internal meeting with K.Bickings to discuss SAC questions. | 0.50 | $101.25 |
| 07/18/2022 | KB | Forensic Accounting: Finalize formatting of SAC files based on Internal Meeting. | 1.80 | $243.00 |
| 07/18/2022 | LR | Forensic Accounting: Prepare forensic accounting update for receivers report | 2.80 | $441.00 |
| 07/18/2022 | MDW | Case Administration: Discussed with R.Baker Haus Capital Overview | 0.30 | $60.75 |

| Date | | Summary. | | |
|---|---|---|---|---|
| 07/18/2022 | MDW | Forensic Accounting: Reformatted and combined all SAC spreadsheets for final closeout. | 0.80 | $162.00 |
| 07/18/2022 | MDW | Forensic Accounting: Confirmed document page amounts in SAC folder (2.2). Sent to R.Baker (.1). | 2.30 | $465.75 |
| 07/18/2022 | MDW | Case Administration: Downloaded recent files from counsel and stored internally. | 0.30 | $60.75 |
| 07/18/2022 | MDW | Forensic Accounting: Internal team meeting to discuss SAC final closeout. | 1.00 | $202.50 |
| 07/18/2022 | RB | Forensic Accounting: Meet with L. Rocha re: forensic accounting and transactions of interest. | 0.50 | $157.50 |
| 07/18/2022 | DW | Case Administration: General project update and review (1.0). Monitor the status of the various aspects of the forensic efforts (.5). Internal discussions on various pending matters and review the draft of the next report to the court (.2). | 1.70 | $688.50 |
| 07/19/2022 | KB | Forensic Accounting: Review subpoenaed documents provided by aggregator. | 2.00 | $270.00 |
| 07/19/2022 | LR | Forensic Accounting: Review and update SAC Advisory Summary in preparation for meeting (4.6). Review schedule presentation with R. Weidman (.3). | 4.90 | $771.75 |
| 07/19/2022 | MV | Case Administration: Draft letter to J Hallivis and counsel. | 0.70 | $283.50 |
| 07/19/2022 | MDW | Case Administration: Created Layjax memo based off of R.Bruce summary on all 12 investments (2.9). Sent to R.Baker to review (.1). | 3.00 | $607.50 |
| 07/19/2022 | MV | Case Administration: Call with counsel regarding mediation concept. | 0.20 | $81.00 |
| 07/19/2022 | MDW | Case Administration: Updated document tracker with recent information given. | 2.50 | $506.25 |
| 07/19/2022 | LR | Forensic Accounting: Review of SAC Advisory Investment Information | 1.20 | $189.00 |
| 07/19/2022 | KB | Forensic Accounting: Review of SAC Advisory investment information. | 1.20 | $162.00 |
| 07/19/2022 | MDW | Forensic Accounting: Review of SAC Advisory investment information. | 1.20 | $243.00 |
| 07/19/2022 | MV | Forensic Accounting: Review of SAC Advisory investment information. | 1.20 | $486.00 |
| 07/19/2022 | RW | Forensic Accounting: Review of SAC Advisory investment information. | 1.20 | $486.00 |
| 07/19/2022 | MV | Case Administration: Call with Counsel regarding JJMT production of | 0.40 | $162.00 |

Invoice #: 92195 - 10129 SEC v Horwitz - 08/09/2022

|  |  | information. |  |  |
|---|---|---|---|---|
| 07/19/2022 | MV | Case Administration: Review JJMT production of information. | 1.00 | $405.00 |
| 07/19/2022 | LR | Forensic Accounting: Review and update R. Bakers notes regarding investor listing | 1.10 | $173.25 |
| 07/19/2022 | RW | Forensic Accounting: Communication with L.Rocha on schedule presentation | 0.30 | $121.50 |
| 07/19/2022 | RB | Business Operations: Phone call with A. Levitas re: Rogue Black, PPP loan and maximizing the recovery. | 0.80 | $252.00 |
| 07/20/2022 | LR | Forensic Accounting: Prepare listing of Ponzi Transfers for R. Baker | 2.70 | $425.25 |
| 07/20/2022 | KB | Forensic Accounting: Review subpoenaed documents received from aggregator. | 4.30 | $580.50 |
| 07/20/2022 | MV | Case Administration: Preparation for call with defendants counsel. | 0.50 | $202.50 |
| 07/20/2022 | MV | Case Administration: Call with defendants counsel. | 1.00 | $405.00 |
| 07/20/2022 | MDW | Case Administration: Spoke with M.Vives in regards to Movie Fund LLC diagnostic approach. | 0.30 | $60.75 |
| 07/20/2022 | MDW | Case Administration: Listened to update from M.Vives prior to JJMT meeting. | 0.20 | $40.50 |
| 07/20/2022 | MDW | Forensic Accounting: Reviewed all Movie Fund files. | 1.50 | $303.75 |
| 07/20/2022 | LR | Case Administration: Review and organize listing of outstanding tasks | 0.60 | $94.50 |
| 07/20/2022 | MV | Case Administration: Call with counsel in preparation for meetings. | 0.90 | $364.50 |
| 07/20/2022 | KB | Forensic Accounting: Investigate investor and company information. | 1.40 | $189.00 |
| 07/20/2022 | KB | Forensic Accounting: Compose Master List of 1inMM Investors | 2.10 | $283.50 |
| 07/20/2022 | MV | Forensic Accounting: Meeting team to discuss several individuals/ entities that have become person(s) of interest for net winnings. | 0.90 | $364.50 |
| 07/20/2022 | MDW | Forensic Accounting: Began drafting Movie Fund inventory (2.0). Looked over all bank statements (2.0), wiring detail (.5), and email correspondence (.5). | 5.00 | $1,012.50 |
| 07/20/2022 | RW | Case Administration: Review fee apps and provide feedback to Attorney. | 0.50 | $0.00 |
| 07/20/2022 | LR | Forensic Accounting: Prepare listing of Ponzi Transfers for R. Baker | 1.40 | $220.50 |
| 07/20/2022 | LR | Forensic Accounting: Discuss Ponzi Scheme transfers with M. Garcia | 0.30 | $47.25 |

| 07/20/2022 | MG | Forensic Accounting: Discussion of Ponzi scheme transfers. | 0.30 | $47.25 |
|---|---|---|---|---|
| 07/20/2022 | RB | Case Administration: Communications with L., Rocha re: subpoenaed information and targets of interest. | 0.20 | $63.00 |
| 07/21/2022 | KB | Case Administration: Finalize inventory of B. Cravatt document production. | 2.40 | $324.00 |
| 07/21/2022 | LR | Forensic Accounting: Update and review vendor listing (1.5) Generate additional transaction summary spreadsheets (1.6) | 3.10 | $488.25 |
| 07/21/2022 | RB | Case Administration: Meeting with M. Vives and counsel to discuss current status of various issues and next steps to make additional progress. | 1.00 | $315.00 |
| 07/21/2022 | MV | Case Administration: Prep for call with defendants counsel. | 0.50 | $202.50 |
| 07/21/2022 | MV | Case Administration: Call with defendants counsel regarding production of information and settlement. | 1.00 | $405.00 |
| 07/21/2022 | MV | Case Administration: Standing weekly call with internal team and counsel. | 1.00 | $405.00 |
| 07/21/2022 | LR | Case Administration: Review LayJax statements to send to CPA | 0.40 | $63.00 |
| 07/21/2022 | MDW | Case Administration: Continued drafting Movie Fund inventory(1.0). Looked over all wiring information.(1.0) Renamed all files in the main folder.(1.0) | 3.00 | $607.50 |
| 07/21/2022 | MDW | Forensic Accounting: Reviewed Movie Fund Disbursement Summaries (2.5) and included information found in my inventory (.5). | 3.00 | $607.50 |
| 07/21/2022 | LR | Forensic Accounting: Attend portion of meeting with Counsel | 0.40 | $63.00 |
| 07/21/2022 | LG | Business Operations: Re-review of Layjax return in preparation of call with CPA (.2). Review narrative of investments to determine what has been accounted for (.1). | 0.30 | $121.50 |
| 07/21/2022 | MV | Case Administration: Meeting with Outside Counsel regarding various litigation matters. | 1.20 | $486.00 |
| 07/21/2022 | LG | Business Operations: Call with LayJax tax CPA | 0.60 | $243.00 |
| 07/21/2022 | RB | Business Operations: Phone call and email with K. Stuart re: Rogue Black and potential audit. | 0.30 | $94.50 |
| 07/21/2022 | MDW | Case Administration: Reviewed aggregator information.(.5) Reviewed letter from Receivers counsel in talks with aggregator.(.5) | 1.00 | $202.50 |
| 07/22/2022 | MDW | Case Administration: Finalized Movie Fund Inventory and linked | 2.00 | $405.00 |

Invoice #: 92195 - 10129 SEC v Horwitz - 08/09/2022

| | | worksheet to all documents in folder. | | |
|---|---|---|---|---|
| 07/22/2022 | KB | Forensic Accounting: Review and revise inventory list of documents for Pure Health. | 2.50 | $337.50 |
| 07/22/2022 | MV | Forensic Accounting: Meeting with team regarding forensic update. | 1.00 | $405.00 |
| 07/22/2022 | KB | Forensic Accounting: Work on completing Investor Master List. | 1.40 | $189.00 |
| 07/22/2022 | MDW | Case Administration: Downloaded all recent files sent to Receivers counsel. | 0.30 | $60.75 |
| 07/22/2022 | LR | Forensic Accounting: Update SAC Advisory Summary spreadsheet | 0.50 | $78.75 |
| 07/22/2022 | MV | Case Administration: Update email to team regarding next weeks meetings. | 0.20 | $81.00 |
| 07/22/2022 | LR | Forensic Accounting: Forensic team update regarding various aggregators | 1.00 | $157.50 |
| 07/22/2022 | KB | Forensic Accounting: Forensic team update regarding various aggregators. | 1.00 | $135.00 |
| 07/22/2022 | MDW | Forensic Accounting: Forensic team update, regarding various aggregators. | 1.00 | $202.50 |
| 07/22/2022 | LR | Forensic Accounting: Call with R.Baker regarding ponzi scheme examples | 0.40 | $63.00 |
| 07/22/2022 | MDW | Case Administration: Reviewed Aggregator information before meeting. | 0.40 | $81.00 |
| 07/22/2022 | RB | Status Reports: Continue drafting and updating the Receiver's Quarterly Report. | 1.00 | $315.00 |
| 07/22/2022 | RB | Case Administration: Communications with R. Reyes re: proceeding with strategy and obtaining requisite information. | 0.30 | $94.50 |
| 07/22/2022 | RB | Forensic Accounting: Review data from L. Rocha (.2). Phone call to discuss examples of Ponzi scheme and presentation in excel to be included in report (.4). Update analysis to clarify issues (.1). | 0.70 | $220.50 |
| 07/22/2022 | MV | Case Administration: Update call with Counsel regarding outside litigation. | 0.40 | $162.00 |
| 07/25/2022 | LR | Forensic Accounting: Update forensic accounting section of report | 0.70 | $110.25 |
| 07/25/2022 | LR | Forensic Accounting: Compile and organize documents for request from counsel | 0.70 | $110.25 |
| 07/25/2022 | MV | Case Administration: Report to team on mediation update. | 0.40 | $162.00 |

| 07/25/2022 | LR | Forensic Accounting: Review forensic transactions with R.Baker | 0.50 | $78.75 |
|---|---|---|---|---|
| 07/25/2022 | MV | Case Administration: Discuss quarterly report with team. | 0.40 | $162.00 |
| 07/25/2022 | LR | Forensic Accounting: Update listing with Ponzi Transfers | 0.40 | $63.00 |
| 07/25/2022 | LR | Forensic Accounting: Review full payment list to identify additional groups to research | 1.90 | $299.25 |
| 07/25/2022 | KB | Forensic Accounting: Review full payment list to identify additional groups to research. | 1.90 | $256.50 |
| 07/25/2022 | MV | Forensic Accounting: Review full payment list to identify additional groups to research. | 1.90 | $769.50 |
| 07/25/2022 | LR | Forensic Accounting: Research ponzi transfer examples for report | 1.80 | $283.50 |
| 07/25/2022 | RW | Forensic Accounting: Review full payment list to identify additional groups to research. | 1.90 | $769.50 |
| 07/25/2022 | MDW | Forensic Accounting: Review full payment list to identify additional groups to research. | 1.90 | $384.75 |
| 07/25/2022 | MDW | Case Administration: Drafted letter to Financial institution in regards to requesting additional information. | 1.00 | $202.50 |
| 07/25/2022 | MDW | Case Administration: Emailed 360 Assets Advisors in regards to recent finding regarding auction item. | 0.30 | $60.75 |
| 07/25/2022 | MDW | Case Administration: Spoke with M.Vives, R.Baker and R.Bruce in regards aggregator summary. | 0.20 | $40.50 |
| 07/25/2022 | MDW | Case Administration: Began drafting conclusion summary regarding agregator investments. | 0.70 | $141.75 |
| 07/25/2022 | MDW | Forensic Accounting: Began drafting inventory summary of aggregator. | 2.00 | $405.00 |
| 07/25/2022 | DW | Case Administration: General project update and review during the weekly meeting (.6). Follow up internal discussions regarding the status of the mediation concept, the next report to the court and upcoming meeting with the SEC (.2). | 0.80 | $324.00 |
| 07/25/2022 | RB | Forensic Accounting: Review full payment list to identify additional groups to research. | 1.90 | $598.50 |
| 07/25/2022 | RB | Case Administration: Case administration meeting and discuss status report. | 0.40 | $126.00 |
| 07/25/2022 | RB | Status Reports: Communications with M. Vives re: status report and make additional adjustments. | 0.50 | $157.50 |

| 07/26/2022 | LR | Forensic Accounting: Review examples of transfers for report | 5.00 | $787.50 |
|---|---|---|---|---|
| 07/26/2022 | KB | Forensic Accounting: Review all investor information | 3.60 | $486.00 |
| 07/26/2022 | MV | Case Administration: Call with Counsel regarding various tolling agreement updates. | 0.80 | $324.00 |
| 07/26/2022 | MV | Case Administration: Draft Letter to bank regarding request for additional information. | 0.50 | $202.50 |
| 07/26/2022 | LR | Forensic Accounting: Meeting with M.Vives and R.Weidman regarding prioritizing forensic analysis | 0.50 | $78.75 |
| 07/26/2022 | MDW | Case Administration: Sent via mail and email letter to financial institution regarding request for additional information. | 0.90 | $182.25 |
| 07/26/2022 | LR | Forensic Accounting: Draft forensic accounting update (1.4) Update vendor listings (1.1) | 2.50 | $393.75 |
| 07/26/2022 | MDW | Forensic Accounting: Continued draft on aggregator summary.(3.0) Worked with M.Garcia to finalize and sent to internal team.(.9) | 3.90 | $789.75 |
| 07/26/2022 | MV | Forensic Accounting: Meeting with L Rocha and R Weidman regarding prioritizing forensic analysis. | 0.50 | $202.50 |
| 07/26/2022 | RW | Case Administration: Review 1st quarter report to the Court to gain better understanding of case file. | 1.00 | $405.00 |
| 07/26/2022 | MDW | Forensic Accounting: Continued drafting inventory summary on all recent files received from aggregator. | 0.70 | $141.75 |
| 07/26/2022 | RW | Forensic Accounting: Begin confirmation of transfers between known accounts (1.0). Review of Paypal transactions (.5) | 1.50 | $607.50 |
| 07/26/2022 | RB | Business Operations: Communications with A. Levitas re: questions on Rogue Black. | 0.30 | $94.50 |
| 07/26/2022 | MG | Forensic Accounting: Reviewed and updated memo for receivers report. | 0.90 | $141.75 |
| 07/26/2022 | DW | Case Administration: Review the draft agenda for the Thursday meeting with the SEC. Update on the timing and content of the next interim report to the court. | 0.80 | $324.00 |
| 07/26/2022 | RW | Forensic Accounting: Meeting with L Rocha and M. Vives regarding prioritizing forensic analysis. | 0.50 | $202.50 |
| 07/27/2022 | LR | Forensic Accounting: Research target transferees | 0.60 | $94.50 |
| 07/27/2022 | MV | Case Administration: Review additional information on potential investment targets. | 0.50 | $202.50 |

| 07/27/2022 | LR | Accounting/Auditing: Enter payable and process check run | 0.80 | $126.00 |
|---|---|---|---|---|
| 07/27/2022 | KB | Case Administration: Create separate filing systems for subpoenaed documents. | 3.10 | $418.50 |
| 07/27/2022 | LR | Forensic Accounting: Update vendor listing from discussion points from internal team meeting | 0.80 | $126.00 |
| 07/27/2022 | MV | Case Administration: Call with team and Counsel in preparation for SEC Meeting. | 0.80 | $324.00 |
| 07/27/2022 | MV | Case Administration: Call with B Fishman regarding mediation. | 1.20 | $486.00 |
| 07/27/2022 | DW | Case Administration: Prepare for upcoming calls (.1). Call with team and counsel in preparation for SEC meeting (.8). Call with B. Fishman regarding mediation (1.2). Follow up with team regarding B. Fishman call (.2) | 2.30 | $931.50 |
| 07/27/2022 | LR | Forensic Accounting: Update and review SAC Advisory spreadsheets (2.6) Set up wire for counsel fees (.3) Update vendor listing (1.8) | 4.70 | $740.25 |
| 07/27/2022 | MV | Case Administration: Draft Receivers 2nd Quarter Report. | 2.00 | $810.00 |
| 07/27/2022 | KB | Forensic Accounting: Review documents from Pure Health and Vausse Films. | 2.40 | $324.00 |
| 07/27/2022 | MV | Case Administration: Call with outside counsel regarding potential target. | 0.50 | $202.50 |
| 07/27/2022 | RW | Forensic Accounting: Continue verifying sources and uses of funds between known CNB accounts. | 4.90 | $1,984.50 |
| 07/27/2022 | RB | Status Reports: Continue drafting the Receiver's Second Quarterly Report (1.). Review forensic accounting information to be included (2.0). | 3.00 | $945.00 |
| 07/27/2022 | RB | Case Administration: Call with team and counsel in preparation for call with SEC. | 0.80 | $252.00 |
| 07/27/2022 | MDW | Forensic Accounting: Continued drafting inventory summary on all recent files received from aggregator. | 3.50 | $708.75 |
| 07/27/2022 | MDW | Forensic Accounting: Continued inventory on all files received by aggregator (2.5). Separated files into sub folders (.7), and categorizing by each film (.5). | 3.70 | $749.25 |
| 07/28/2022 | KB | Forensic Accounting: Compare invested films from Vausse Films to paperwork provided by Pure Health. | 4.90 | $661.50 |
| 07/28/2022 | KB | Forensic Accounting: Update Horwitz Full Vendor Listing | 2.90 | $391.50 |

| 07/28/2022 | RW | Forensic Accounting: Finish verifying sources and uses of funds between known CNB accounts | 4.90 | $1,984.50 |
| 07/28/2022 | MDW | Case Administration: Reviewed personal outstanding list for project. (.2) Looked over all current worksheets and updated list of items to work on. (.5) | 0.70 | $141.75 |
| 07/28/2022 | LR | Forensic Accounting: Create listing for party of interest (.8) Review Line of Credit (2.3) Review 1inMM bank activity against party of interest (1.8) | 4.90 | $771.75 |
| 07/28/2022 | MV | Case Administration: Meeting with SEC Counsel for matter update. | 2.00 | $810.00 |
| 07/28/2022 | DW | Case Administration: Prepare for (.5) and participate in a meeting in with the SEC in LA (2.0). Follow up discussion regarding potential mediation (1.0). | 3.50 | $1,417.50 |
| 07/29/2022 | MDW | Forensic Accounting: Continued drafting inventory summary on all recent files received from aggregator. | 4.70 | $951.75 |
| 07/29/2022 | KB | Forensic Accounting: Complete vendor spreadsheet with contact info. | 4.70 | $634.50 |
| 07/29/2022 | LR | Forensic Accounting: Review of transfers with R. Weidman | 2.50 | $393.75 |
| 07/29/2022 | RW | Forensic Accounting: Meet with L.Rocha and review transfers. | 2.50 | $1,012.50 |
| 07/29/2022 | LR | Forensic Accounting: Review matched transfers in forensic software for updates | 2.00 | $315.00 |
| 07/29/2022 | MDW | Case Administration: Drafted multiple letters to recent financial institutions.(1h) Reorganized all past letters to each financial institution to their folders.(.5h) | 1.50 | $303.75 |
| 07/29/2022 | RW | Forensic Accounting: Review source & uses schedule after meeting with L.Rocha (2.5) Begin reviewing subpoenaed documents from bank (.5). | 3.00 | $1,215.00 |
| 07/29/2022 | DW | Case Administration: Follow up on the path forward for Haus Capital and the process and priority of the current active investments. | 0.60 | $243.00 |

**Services Subtotal**     **$92,047.50**

## Expenses

| Date | Timekeeper | Description | Rate | Total |
|------|-----------|-------------|------|-------|
| 07/07/2022 | KB | Background Checks: Background Searches | $26.89 | $26.89 |
| 07/21/2022 | KB | Background Checks: Truth Finder | $28.05 | $28.05 |

| 07/28/2022 | KB | FedEx: FedEx Expenses for July | | $247.71 | $247.71 |
|---|---|---|---|---|---|
| | | | **Expenses Subtotal** | | **$302.65** |

| Time Keeper | Hours | Rate | Total |
|---|---|---|---|
| Ryan Baker | 28.7 | $315.00 | $9,040.50 |
| Kristine Bickings | 86.4 | $135.00 | $11,664.00 |
| Rodney Bruce | 1.6 | $315.00 | $504.00 |
| Monica Garcia | 1.2 | $157.50 | $189.00 |
| Lynn Goodridge | 0.9 | $405.00 | $364.50 |
| Lisset Rocha | 121.1 | $157.50 | $19,073.25 |
| Michele Vives | 40.0 | $405.00 | $16,200.00 |
| Michele Vives | 1.0 | $0.00 | $0.00 |
| Rene Weidman | 22.1 | $405.00 | $8,950.50 |
| Rene Weidman | 3.5 | $0.00 | $0.00 |
| Douglas Wilson | 15.5 | $405.00 | $6,277.50 |
| Michael Wilson | 97.7 | $202.50 | $19,784.25 |
| | | **Subtotal** | **$92,350.15** |
| | | **Total** | **$92,350.15** |

# Detailed Statement of Account

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 92195 | 08/19/2022 | $92,350.15 | $0.00 | $92,350.15 |
| | | | **Outstanding Balance** | **$92,350.15** |

Invoice #: 92195 - 10129 SEC v Horwitz - 08/09/2022

**Total Amount Outstanding**  **$92,350.15**

Please make all amounts payable to: Douglas Wilson Companies

Please pay within 10 days.

Please contact accounting with any questions: dwcaccounting@douglaswilson.com