Terence G. Banich (SBN 212173)
terence.banich@katten.com
Allison E. Yager (*pro hac vice*)
allison.yager@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

*Attorneys for the Receiver*
Michele Vives

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:21-cv-02927-CAS(GJSx) |
| Plaintiff, | **SEVENTH MONTHLY FEE STATEMENT OF KATTEN MUCHIN ROSENMAN LLP— JULY 2022** |
| v. | |
| ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC, | Judge: Hon. Christina A. Snyder Courtroom: 8D |
| Defendants. | |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

Katten Muchin Rosenman LLP ("Katten"), as counsel for Michele Vives in her capacity as the receiver in the above-captioned action (the "Receiver"), pursuant to paragraphs 3(b) and 3(d) of the *Order Granting Motion of Receiver Michele Vives for Order Establishing Procedures for Allowance of Compensation and Reimbursement of Expenses*, dated February 22, 2022 [ECF #77] (the "Interim Compensation Procedures Order"), hereby files this monthly fee statement (this "Monthly Fee Statement") for (i) compensation in the amount of $64,561.92 (80% of $80,702.40)[1] for the reasonable and necessary legal services rendered by Katten on behalf of the Receiver from July 1, 2022 through and including July 31, 2022 (the "Fee Period") and (ii) reimbursement of the actual and necessary expenses that Katten incurred on behalf of the Receiver, in the amount of $1,039.52 during the Fee Period.

**Statement of Fees and Expenses**

In support of this Monthly Fee Statement, attached are the following exhibits:

• **Exhibit A** is a schedule for the Fee Period, setting forth the total amounts of compensation sought with respect to each category of legal services for which Katten is seeking payment in this Monthly Fee Statement.

• **Exhibit B** is a schedule for the Fee Period providing certain information regarding the Katten attorneys and paraprofessionals for whose work in this receivership compensation is sought in this Monthly Fee Statement. Attorneys and paraprofessionals of Katten have expended a total of 123.50 hours in connection with this proceeding during the Fee Period.

• **Exhibit C** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which Katten

---

[1] As an accommodation to the receivership estate, Katten voluntarily reduced its fees for the Fee Period by $2,746.80, attributable to preparation of fee applications and other administrative tasks.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

is seeking reimbursement in this Monthly Fee Statement. All of these disbursements comprise the requested sum for Katten's out of pocket expenses.

•   **Exhibit D** consists of Katten's invoice of fees and expenses incurred during the Fee Period in the rendition of the professional services to the Receiver. This invoice may have been redacted to maintain privilege and confidentiality, in accordance with paragraph 3(a) of the Interim Compensation Procedures Order.

Although every effort has been made to include in this Monthly Fee Statement all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Katten reserves the right to make further application to this Court for allowance of such fees and expenses not included herein in accordance with the Interim Compensation Procedures Order.

Notice of this Monthly Fee Statement will be provided in accordance with the procedures set forth in the Interim Compensation Procedures Order.

### Objection Period

The Notice Parties specified in paragraph 3(a) of the Interim Compensation Procedures Order shall have 10 days from the date hereof, i.e., until 4:00 p.m. prevailing Pacific Time on **August 22, 2022** (the "Objection Period"), to review the Monthly Fee Statement and serve a Notice of Objection (as defined in the Interim Compensation Order) on Katten.

In accordance with paragraph 3(c) of the Interim Compensation Procedures Order, after the Objection Period expires at 4:00 p.m. prevailing Pacific Time on August 22, 2022, the Receiver shall pay, without further order of the Court, 80% of the fees and 100% of the expenses Katten has requested in the Monthly Fee Statement that are not the subject of a Notice of Objection. Based on that formula, the Receiver shall pay Katten $64.561.92 of the fees and $1,039.52 of the expenses unless a timely Notice of Objection is served.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

1  Dated: August 22, 2022         Respectfully submitted,

2

3  **KATTEN MUCHIN ROSENMAN LLP**

4  By:    /s/*Terence G. Banich*
            Terence G. Banich

5  *Attorneys for the Receiver*
   Michele Vives

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

# PROOF OF SERVICE

**STATE OF ILLINOIS, COUNTY OF COOK**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, IL 60661.

On August 10, 2022, I served the following document(s) described as:

**SEVENTH MONTHLY FEE STATEMENT OF KATTEN MUCHIN ROSENMAN LLP—JULY 2022**

on counsel of record in this action as follows:

**[ ] BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[ ] BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address terence.banich@katten.com to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ] BY OVERNIGHT MAIL (FedEx):** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ] BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X] E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on August 10, 2022, at Winnetka, Illinois.

*/s/Terence G. Banich*
Terence G. Banich

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

## Exhibit A
### Summary of Total Fees and Expenses by Subject Matter[2]

| Matter Description | Hours | Amount |
|---|---|---|
| Case Administration | 16.9 | $11,183.10 |
| Fee Application/Retention of Professionals | 8.8 | $2,596.80 |
| Claims Administration and Objections | 0.0 | $0.00 |
| Pre-Receivership Litigation/Stay | 25.9 | $17,630.70 |
| FBI and Criminal Case Matters | 0.0 | $0.00 |
| SEC Meetings/Discussions | 5.4 | $3,535.80 |
| Avoidance Actions | 8.1 | $5,268.60 |
| Asset Disposition | 0.6 | $428.40 |
| Investigation of Assets/Transactions | 57.8 | $40,916.80 |
| Business Operations/Operating Entities | 0.0 | $0.00 |
| Expenses | 0.0 | $1,039.52 |
| **Totals** | **123.5** | **$81,741.92** |

[2] As an accommodation to the receivership estate, Katten voluntarily reduced its fees for the Fee Period by $2,746.80, attributable to preparation of fee applications and other administrative tasks.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

## Exhibit B
## Summary of Total Fees and Hours by Attorneys and Paraprofessionals

| Attorney | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Terence Banich | Partner (Chicago) | IL – 1999 CA – 2001 | Restructuring | $714 | 92.8 | $65,402.40 |
| Allison Yager | Associate (Chicago) | IL - 2014 | Restructuring | $591 | 12.0 | $7,092.00 |
| Kenneth Hebeisen | Associate (Chicago) | IL – 2021 | Restructuring | $540 | 18.7 | $8,208.00 |
| **Totals** | | | | | **123.5** | **$80,702.40** |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

# Exhibit C
## Summary of Actual and Necessary Expenses

| Expenses by Category | Amount |
|---|---|
| Service Fees | $176.00 |
| Legal Research | $852.32 |
| Court Costs | $11.20 |
| **Total** | **$1,039.52** |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

# Exhibit D
# Invoices

# Katten

Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago IL  60661-3693

Tel: 312-902-5200
Fax: 312-902-1061

Federal Tax ID:36-2796532
www.katten.com

August 10, 2022

**Michele Vives, not individually, but
solely as receiver of 1inMM Capital, LLC
and Zachary J. Horwitz**

| | |
|---|---|
| Client: | 0000396859 |
| Payer: | 0000396859 |
| Matter: | 396859.00001 |
| Invoice #: | 9020078637 |
| Invoice Due Date: | Payable Upon Receipt |

## Summary

RE: Horwitz Receivership

For Professional Services Rendered Through July 31, 2022

| | | |
|---|---|---|
| Fees Total | | 80,702.40 |
| Disbursements | | 1,039.52 |
| **Total Amount Due** | | **81,741.92** USD |

*Katten Muchin Rosenman LLP*

Payment can be remitted directly to our account:

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997)

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales

| | | | | | |
|---|---|---|---|---|---|
| Matter: | 396859.00001 | | | | |
| Invoice #: | 9020078637 | | | | |
| Invoice Due Date: | Payable Upon Receipt | | | August 10, 2022 | |

---

RE:  Horwitz Receivership

## TIME DETAILS

### 01-Case administration

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/01/2022 | Hebeisen, Kenneth | Calls with Katten IT staff regarding accessing document production from G. Gordillo (.20); upload G. Gordillo document production to file share database (.40); emails with M. Vives regarding same (.10) | 0.70 | 540.00 | 378.00 |
| 07/05/2022 | Hebeisen, Kenneth | Emails with T. Banich, M. Vives, and R. Brace regarding share file database (.40) | 0.40 | 540.00 | 216.00 |
| 07/14/2022 | Banich, Terence | Drafted insert to receiver's second quarter report. | 1.00 | 714.00 | 714.00 |
| 07/15/2022 | Banich, Terence | Drafted and edited insert to receiver's second quarter report. | 3.50 | 714.00 | 2,499.00 |
| 07/15/2022 | Hebeisen, Kenneth | Upload Movie Fund document production to share file database (.20); emails with T. Banich regarding tasks relating to share file (.10) | 0.30 | 540.00 | 162.00 |
| 07/18/2022 | Banich, Terence | Drafted and edited insert to receiver's second quarter report (0.90); exchanged correspondence with R. Baker re same (0.10). | 1.00 | 714.00 | 714.00 |
| 07/18/2022 | Hebeisen, Kenneth | Upload executed tolling agreements to share file database (.10); create tracker spreadsheet for tolling agreements (.50); emails with Katten and Receiver teams regarding same (.10) | 0.70 | 540.00 | 378.00 |
| 07/20/2022 | Banich, Terence | Telephone conference with K. Wanner re Local Rule 7-3 conference and related matters (0.20); telephone conference with M. Quinn re Local Rule 7-3 conference (0.10); telephone conference with C. Jeang of Judge Snyder's chambers re procedural matters (0.10); exchanged correspondence with M. Vives re same (0.10). | 0.50 | 714.00 | 357.00 |
| 07/21/2022 | Hebeisen, Kenneth | Emails with T. Banich regarding share file issues (.20); emails with M. Vives regarding same (.10) | 0.30 | 540.00 | 162.00 |
| 07/21/2022 | Banich, Terence | Drafted and edited stipulation waiving hearing (0.30); drafted correspondence to K. Wanner and M. Quinn re same (0.10). | 0.40 | 714.00 | 285.60 |
| 07/22/2022 | Hebeisen, Kenneth | Calls with Katten IT team regarding uploading files to share file database (.20); upload production from Pure Health to share file (.20) | 0.40 | 540.00 | 216.00 |
| 07/22/2022 | Banich, Terence | Exchanged correspondence with K. Wanner and M. Quinn re stipulation waiving hearing (0.10); finalized and filed stipulation waiving hearing (0.20); drafted correspondence to C. Jeang re stipulation and proposed orders (0.20); reviewed correspondence from C. Jeang re court's granting all motions and approval of stipulation and telephone conference with M. Vives re same (0.20). | 0.70 | 714.00 | 499.80 |
| 07/23/2022 | Hebeisen, Kenneth | Upload large production of documents to share file (.70) | 0.70 | 540.00 | 378.00 |
| 07/24/2022 | Hebeisen, Kenneth | Continue uploading large production to share file database (.40) | 0.40 | 540.00 | 216.00 |
| 07/25/2022 | Yager, Allison | Correspondence with T. Banich re: pro hac vice application (.1) | 0.10 | 591.00 | 59.10 |
| 07/25/2022 | Banich, Terence | Reviewed orders approving stipulation and granting | 0.30 | 714.00 | 214.20 |

**Katten**

Matter: 396859.00001
Invoice #: 9020078637
Invoice Due Date: Payable Upon Receipt

August 10, 2022

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | motions to approve fees for second quarter for receiver and Katten (0.10); drafted correspondence to M. Vives and team re same (0.20). | | | |
| 07/25/2022 | Hebeisen, Kenneth | Finish uploading large production to share file (.40) | 0.40 | 540.00 | 216.00 |
| 07/26/2022 | Yager, Allison | Email T. Banich re: appearance and pro hac matters (.1) | 0.10 | 591.00 | 59.10 |
| 07/27/2022 | Yager, Allison | Call with T. Banich re: pro hac filing (.1) | 0.10 | 591.00 | 59.10 |
| 07/27/2022 | Banich, Terence | Telephone conference with A. Yager re pro hac vice admission issues (0.10); telephone conference with C. Jeang re same (0.30). | 0.40 | 714.00 | 285.60 |
| 07/28/2022 | Yager, Allison | Review local rules re: pro hac matters (.2); draft pro hac vice forms (.2) | 0.40 | 591.00 | 236.40 |
| 07/28/2022 | Banich, Terence | Telephone conference with attorney admissions office (L. Thrasher) re pro hac vice application for A. Yager (0.40); drafted declaration in support of A. Yager pro hac vice application and correspondence to attorney admissions office (L. Thrasher) re same (1.20). | 1.60 | 714.00 | 1,142.40 |
| 07/29/2022 | Yager, Allison | Continue compiling pro hac vice motion and proposed order (.3); emails with T. Banich re: same (.1) | 0.40 | 591.00 | 236.40 |
| 07/29/2022 | Banich, Terence | Reviewed and exchanged correspondence with clerk's office re A. Yager pro hac vice application and telephone conference with clerk's office re same (0.30); edited declaration in support of pro hac vice application and finalized and filed same (0.60). | 0.90 | 714.00 | 642.60 |
| 07/31/2022 | Banich, Terence | Reviewed draft second quarter receiver's report. | 1.20 | 714.00 | 856.80 |

**02-Fee applications/retention of professionals**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 07/07/2022 | Hebeisen, Kenneth | Review and edit Katten June invoice (.70); draft Katten June fee statement (.60); review revised Katten June invoice (.10); emails with T. Banich, P. Johnson, and M. Vives regarding June fee statement and invoice (.20) | 1.60 | | No Charge |
| 07/07/2022 | Banich, Terence | Reviewed June 2022 invoice and monthly fee statement (0.50); exchanged correspondence with K. Hebeisen re same (0.10). | 0.60 | | No Charge |
| 07/08/2022 | Hebeisen, Kenneth | Review and provide comments on DWC draft June invoice (1.00); review DWC draft June fee statement (.20); emails with T. Banich, T. Rollins, and M. Vives regarding June fee statements (.10) | 1.30 | | No Charge |
| 07/11/2022 | Hebeisen, Kenneth | Finalize June fee statements for filing (.30) | 0.30 | | No Charge |
| 07/12/2022 | Hebeisen, Kenneth | Revise June monthly fee statements prior to filing (.30) | 0.30 | | No Charge |
| 07/12/2022 | Banich, Terence | Finalized and filed June 2022 monthly fee statements for Receiver and Katten. | 0.60 | | No Charge |
| 07/18/2022 | Hebeisen, Kenneth | Draft second quarterly fee applications for Katten and DWC (1.40); draft proposed orders granting same (.30) | 1.70 | 540.00 | 918.00 |
| 07/19/2022 | Banich, Terence | Reviewed and edited second quarter applications for fees/expenses of Receiver and Katten (0.50); reviewed local rules re hearing date for same (0.20); | 0.80 | 714.00 | 571.20 |

**Katten**

Matter:           396859.00001
Invoice #:        9020078637
Invoice Due Date:  Payable Upon Receipt                              August 10, 2022

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | drafted correspondence to receiver team re drafts for review (0.10). | | | |
| 07/20/2022 | Banich, Terence | Edited and finalized motions to approve receiver's and Katten's fees for second quarter 2022. | 0.80 | 714.00 | 571.20 |
| 07/20/2022 | Hebeisen, Kenneth | Review revised quarterly fee applications (.20) | 0.20 | 540.00 | 108.00 |
| 07/21/2022 | Banich, Terence | Finalized and filed motions to approve second quarter fees/expenses (0.50); drafted correspondence to receiver team re same (0.10). | 0.60 | 714.00 | 428.40 |

**04-Pre-receivership litigation/stay**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/01/2022 | Hebeisen, Kenneth | Review T. Banich memo regarding settlement issues (.30) | 0.30 | 540.00 | 162.00 |
| 07/07/2022 | Hebeisen, Kenneth | Review draft tolling agreement prepared by T. Banich (.20) | 0.20 | 540.00 | 108.00 |
| 07/11/2022 | Banich, Terence | Reviewed correspondence from M. Ryan re July 13 hearings. | 0.10 | 714.00 | 71.40 |
| 07/12/2022 | Banich, Terence | Multiple telephone conferences with counsel in Aronson litigation re July 13 hearings (0.90); drafted and exchanged correspondence with M. Vives re same (0.20); reviewed docket of Aronson litigation in preparation for hearing (0.20); exchanged correspondence with A. Loftus re SAC arbitration demand and related matters (0.30). | 1.60 | 714.00 | 1,142.40 |
| 07/13/2022 | Yager, Allison | Review updates from T. Banich re: appearance in pre-receivership litigation cases (.2); review correspondence from plaintiffs' counsel re: aggregator litigation (.1) | 0.30 | 591.00 | 177.30 |
| 07/13/2022 | Banich, Terence | Drafted outline of points and prepared for hearings in Aronson litigation before Judge Cox and Judge Valderrama (1.10); appeared for hearing in Aronson litigation before Judge Cox (0.70); conference call with M. Ryan and J. Levin following same (0.50); drafted correspondence to M. Vives and team re results of hearing before Judge Cox (0.80); reviewed and exchanged correspondence with M. Ryan and S. Frost re discussions/agreements and preparation for hearing before Judge Valderrama (0.20); appeared for hearing in Aronson litigation before Judge Valderrama (0.80); drafted correspondence to M. Vives and team re results of hearing before Judge Valderrama (0.70). | 4.80 | 714.00 | 3,427.20 |
| 07/13/2022 | Hebeisen, Kenneth | Review T. Banich email regarding aggregator litigation updates (.20) | 0.20 | 540.00 | 108.00 |
| 07/19/2022 | Banich, Terence | Telephone conference with A. Campbell re voluntary stay, mediation and related matters (0.30); telephone conference with M. Vives re same and next steps (0.20). | 0.50 | 714.00 | 357.00 |
| 07/19/2022 | Hebeisen, Kenneth | Research supplemental issues relating to potential settlements (3.90) | 3.90 | 540.00 | 2,106.00 |
| 07/20/2022 | Banich, Terence | Telephone conference with M. Nelson re potential mediation, settlement discussions and July 21 call with receiver (0.60); telephone conference with M. Vives to prepare for call with JJMT counsel (0.20); conference call with M. Vives, J. Kopecky and M. | 1.80 | 714.00 | 1,285.20 |

**Katten**

| | | | | | |
|---|---|---|---|---|---|
| Matter: | 396859.00001 | | | | |
| Invoice #: | 9020078637 | | | August 10, 2022 | |
| Invoice Due Date: | Payable Upon Receipt | | | | |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Ryan re tolling agreement, potential mediation and documentation needed (1.00). | | | |
| 07/21/2022 | Banich, Terence | Telephone conference with A. Campbell re potential mediation and related matters (0.40); drafted correspondence to all counsel re call to discuss potential mediation (0.10); exchanged correspondence with D. Rammelt to discuss Breakout issues (0.10). | 0.60 | 714.00 | 428.40 |
| 07/22/2022 | Banich, Terence | Exchanged correspondence with M. Nelson re mediation and discussion re same (0.10); conference call with all counsel to all pending actions re voluntary stand-down of litigation, potential mediation and related matters (1.20); drafted correspondence to all counsel re further discussion and potential mediator (0.20); telephone conference with R. Fishman, potential mediator, re availability and background (0.50); telephone conference with M. Vives re same (0.10). | 2.10 | 714.00 | 1,499.40 |
| 07/23/2022 | Banich, Terence | Exchanged correspondence with M. Nelson re T. Crookston issues (0.10); drafted correspondence to M. Vives and D. Wilson re mediation procedures and potential mediator nominee (0.50). | 0.60 | 714.00 | 428.40 |
| 07/24/2022 | Banich, Terence | Exchanged correspondence with D. Wilson re potential mediator/mediation concepts (0.10); reviewed correspondence from A. Loftus re matters of common interest (0.10). | 0.20 | 714.00 | 142.80 |
| 07/25/2022 | Banich, Terence | Reviewed and exchanged correspondence with A. Loftus re potential mediators (0.10); reviewed and exchanged correspondence re potential mediator R. Fishman (0.10); exchanged correspondence with M. Nelson re potential mediation and related matters (0.10). | 0.30 | 714.00 | 214.20 |
| 07/26/2022 | Banich, Terence | Reviewed and exchanged correspondence with A. Loftus re matters of common interest (0.30); exchanged correspondence with M. Vives re mediation and exchanged correspondence with potential mediator re interview (0.30); telephone conference with M. Nelson re mediation issues and related matters (0.80). | 1.40 | 714.00 | 999.60 |
| 07/27/2022 | Yager, Allison | Review updates from litigation counterparties counsel. | 0.10 | 591.00 | 59.10 |
| 07/27/2022 | Banich, Terence | Reviewed and exchanged correspondence with A. Loftus re mediation issues and matters of common interest (0.50); drafted correspondence to M. Vives re same (0.20); conference call with M. Vives, D. Wilson and potential mediator (R. Fishman) re interview/background (1.20); telephone conference with R. Fishman re follow-up and conflicts check (0.20). | 2.10 | 714.00 | 1,499.40 |
| 07/28/2022 | Banich, Terence | Conference call with all counsel to JJMT-related litigation re mediation and related matters (0.50); telephone conference with D. Rammelt (counsel for Breakout) re same and related matters (0.60); telephone conference with A. Loftus re same and matters of common interest (0.40); reviewed and exchanged correspondence with A. Loftus and S. Frost re same (0.60); drafted correspondence to M. | 2.90 | 714.00 | 2,070.60 |

**Katten**

Matter: 396859.00001
Invoice #: 9020078637
Invoice Due Date: Payable Upon Receipt

August 10, 2022

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | Vives and D. Wilson re same and updates (0.20); drafted correspondence to R. Fishman (potential mediator) re information for conflict check (0.60). | | | |
| 07/29/2022 | Yager, Allison | Review correspondence re: potential mediators (.1) | 0.10 | 591.00 | 59.10 |
| 07/29/2022 | Banich, Terence | Drafted correspondence to M. Vives and D. Wilson re mediation updates, mediator candidates and related matters (0.80); telephone conference with A. Loftus re mediation scope and mediator candidates (0.50); drafted correspondence to M. Vives and D. Wilson re scope of mediation issues (0.50). | 1.80 | 714.00 | 1,285.20 |

### 06-SEC meetings/discussions

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 07/14/2022 | Banich, Terence | Reviewed correspondence from M. Vives to K. Wanner re updates/call. | 0.10 | 714.00 | 71.40 |
| 07/22/2022 | Banich, Terence | Exchanged correspondence with M. Vives and R. Baker re meeting with K. Wanner re updates and agenda for same. | 0.10 | 714.00 | 71.40 |
| 07/25/2022 | Banich, Terence | Reviewed correspondence with receiver team and K. Wanner re update meeting. | 0.10 | 714.00 | 71.40 |
| 07/27/2022 | Yager, Allison | Attend call with T. Banich and receiver team re: preparations for meeting with SEC (.8). | 0.80 | 591.00 | 472.80 |
| 07/27/2022 | Banich, Terence | Conference call with M. Vives, D. Wilson, R. Baker and A. Yager re preparation for update call with K. Wanner (0.80); reviewed draft and final agenda for same (0.10). | 0.90 | 714.00 | 642.60 |
| 07/27/2022 | Yager, Allison | Prepare summary of SEC preparation meeting and agenda for same (.4) | 0.40 | 591.00 | 236.40 |
| 07/28/2022 | Yager, Allison | Attend meeting with T. Banich, recevier team and counsel for SEC re: status of receivership and strategy moving forward. | 1.40 | 591.00 | 827.40 |
| 07/28/2022 | Banich, Terence | Attended meeting with K. Wanner (of SEC), M. Vives, D. Wilson, R. Baker and A. Yager re updates (1.40); conference call with M. Vives and D. Wilson re debrief following same (0.20). | 1.60 | 714.00 | 1,142.40 |

### 07-Avoidance actions

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 07/01/2022 | Yager, Allison | Review summary from T. Banich re: potential settlement matters. | 0.20 | 591.00 | 118.20 |
| 07/01/2022 | Banich, Terence | Edited and finalized memorandum to M. Vives and receiver team re litigation issues and strategies. | 2.50 | 714.00 | 1,785.00 |
| 07/07/2022 | Yager, Allison | Review and provide comments to tolling agreement (.3); emails with T. Banich and K. Hebeisen re: same (.1) | 0.40 | 591.00 | 236.40 |
| 07/08/2022 | Yager, Allison | Review additional revisions to tolling agreement (.1); emails with T. Banich re: same (.1) | 0.20 | 591.00 | 118.20 |
| 07/11/2022 | Yager, Allison | Review updates re: tolling agreements (.1) | 0.10 | 591.00 | 59.10 |
| 07/14/2022 | Yager, Allison | Review draft tolling agreement for potential fraudulent transfer defendant (.2); email counsel re: same (.1); reviewing updates re: tolling agreements with other potential defendants (.2) | 0.50 | 591.00 | 295.50 |
| 07/15/2022 | Yager, Allison | Review summary update of T. Banich call re: fraudulent transfer demand letter. | 0.10 | 591.00 | 59.10 |

**Katten**

Matter:          396859.00001
Invoice #:       9020078637                                                          August 10, 2022
Invoice Due Date:   Payable Upon Receipt

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 07/20/2022 | Banich, Terence | Legal research re certain fraudulent transfer issues. | 0.80 | 714.00 | 571.20 |
| 07/25/2022 | Yager, Allison | Emails with aggregator counsel re: tolling agreement (.1); emails with T. Banich and client team re: same (.1) | 0.20 | 591.00 | 118.20 |
| 07/26/2022 | Hebeisen, Kenneth | Call with T. Banich regarding avoidance research (.20) | 0.20 | 540.00 | 108.00 |
| 07/26/2022 | Banich, Terence | Telephone conference with K. Hebeisen re research assignment and related matters (0.20). | 0.20 | 714.00 | 142.80 |
| 07/28/2022 | Yager, Allison | Emails with potential transferee counsel re: tolling agreements (.1); review and analyze comments to tolling agreement (.2); revise same (.1) emails with T. Banich re: same (.1) | 0.50 | 591.00 | 295.50 |
| 07/28/2022 | Hebeisen, Kenneth | Research issues relating to potential avoidance claims (1.60) | 1.60 | 540.00 | 864.00 |
| 07/29/2022 | Yager, Allison | Revise tolling agreement (.1); emails and call with potential transferee counsel re: same (.3); follow up emails with T. Banich re: same (.1); compile execution version of tolling agreement (.1) | 0.60 | 591.00 | 354.60 |

### 08-Asset Disposition

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 07/13/2022 | Banich, Terence | Reviewed correspondence from liquidator re bid procedures and related matters (0.20); reviewed lot catelog for auction (0.20). | 0.40 | 714.00 | 285.60 |
| 07/14/2022 | Banich, Terence | Reviewed live auction site and correspondence re same. | 0.20 | 714.00 | 142.80 |

### 09-Investigation of assets/transactions

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 07/01/2022 | Yager, Allison | Emails with T. Banich re: subpoena responses (.1); review background re: subpoena issues in preparation for reaching out to subpoena respondent (.1); confer with K. Hebeisen re: production issues (.1) | 0.30 | 591.00 | 177.30 |
| 07/01/2022 | Banich, Terence | Reviewed and exchanged correspondence with R. Brace and A. Loftus re matters of common interest (0.20); reviewed correspondence re production of documents by Movie Fund (0.10); exchanged correspondence with A. Yager re follow-up on subpoena to Pure Health Enterprises (0.10); reviewed and exchanged correspondence with T. Brown re documentation in connection with settlement discussions with potential fraudulent transfer defendant (0.50); telephone conference with M. Vives and L. Rocha re same (0.10). | 1.00 | 714.00 | 714.00 |
| 07/05/2022 | Yager, Allison | Call subpoena respondent re: production timing (.1); call with T. Banich re: same (.1); draft email to respondent re: same (.3); further research subpoena respondent (.4); email client re: wire information (.1) | 1.00 | 591.00 | 591.00 |
| 07/05/2022 | Banich, Terence | Telephone conference with potential fraudulent transfer defendant re background, transfers and related matters (1.10); drafted tolling agreement for same potential defendant (0.30); drafted and exchanged correspondence with potential defendant | 2.20 | 714.00 | 1,570.80 |

**Katten**

Matter: 396859.00001
Invoice #: 9020078637
Invoice Due Date: Payable Upon Receipt

August 10, 2022

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | re tolling agreement and related matters (0.20); exchanged correspondence with M. Vives and L. Rocha re need to revise list of investments/transfers by potential defendant (0.20); reviewed and exchanged correspondence with A. Yager re subpoena to Pure Health Enterprises (0.20); telephone conference with A. Yager re same (0.10); reviewed correspondence with R. Brace re matters of common interest (0.10). | | | |
| 07/06/2022 | Banich, Terence | Drafted memorandum to M. Vives and team summarizing telephone conference with and issues pertaining to certain investor/potential fraudulent transfer defendant (3.50); reviewed updated schedule of transfers to/from same potential fraudulent transfer defendant (0.40); drafted and exchanged correspondence with M. Vives and L. Rocha re updated schedule of transfers (0.30); reviewed correspondence to G. Gordillo following up on subpoena compliance and related matters (0.10); drafted revised tolling agreement for certain investor/potential fraudulent transfer defendant (0.50); drafted correspondence to same (0.20); drafted tolling agreement for certain aggregator and its insiders (1.10); legal research re same (0.20); drafted correspondence to J. Kopecky and M. Ryan re same (0.10); drafted correspondence to M. Nelson re same (0.10). | 6.50 | 714.00 | 4,641.00 |
| 07/06/2022 | Yager, Allison | Email with subpoeana respondent counsel re: document productions (.1); review updates re: discussions with potential fraudulent transfer recipients (.2) | 0.30 | 591.00 | 177.30 |
| 07/07/2022 | Banich, Terence | Attended weekly meeting with M. Vives (1.50); exchanged correspondence with A. Loftus re matters of common interest (0.50); exchanged correspondence with G. Gordillo re subpoena issues and potential call to discuss Movie Fund issues (0.20); exchanged correspondence with R. Brace re matters of common interest (0.10); drafted and editing tolling agreement with potential fraudulent transfer defendant and its insiders (1.80); legal research re same (0.20); drafted correspondence to M. Vives and team explaining tolling agreement (0.50); drafted tolling agreement with potential fraudulent transfer defendant (0.50). | 5.30 | 714.00 | 3,784.20 |
| 07/08/2022 | Banich, Terence | Exchanged correspondence with A. Loftus re matters of common interest (0.20); reviewed and exchanged correspondence with R. Brace re matters of common interest (0.20); reviewed and edited tolling agreement with aggregator and its insiders (1.20); reviewed and exchanged correspondence with M. Vives and A. Yager re same (0.10); drafted correspondence to counsel for aggregator/insiders re same (0.10); reviewed and edited tolling agreement with potential fraudulent transfer defendant (0.70); reviewed and exchanged correspondence with counsel for potential fraudulent transfer defendant re tolling agreement (0.10); reviewed and exchanged correspondence re enforcement with Pure Health | 5.70 | 714.00 | 4,069.80 |

**Katten**

| | | | | | |
|---|---|---|---|---|---|
| Matter: | 396859.00001 | | | | |
| Invoice #: | 9020078637 | | | August 10, 2022 | |
| Invoice Due Date: | Payable Upon Receipt | | | | |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | subpoena and related matters (0.20); edited and finalized tolling agreement with potential fraudulent transfer defendant and exchanged correspondence with potential defendant re same (0.30); telephone conference with C. Cole re investigation of assets, transactions and related matters (0.50); drafted correspondence to receiver team summarizing same (0.50); telephone conference with J. Dainard re investigation of assets, transactions and related matters (0.40); telephone conference with M. Vives re investigation updates and next steps (0.50); reviewed spreadsheet of entities prepared by receiver team (0.20); drafted correspondence to V. Chou (counsel for J. Hallivis) re request for call (0.10); reviewed spreadsheet of transfers to certain persons and entities (0.30); drafted correspondence to receiver team re same (0.10). | | | |
| 07/08/2022 | Yager, Allison | Emails with subpoena respondent counsel and client team re: subpoena productions (.1); emails with T. Banich re: additional subpoena issues (.1); email potential counsel to aggregator re: subpoenas (.2); review investigation updates from client team (.2) | 0.60 | 591.00 | 354.60 |
| 07/08/2022 | Hebeisen, Kenneth | Emails with T. Banich regarding investigation updates and potential targets (.20) | 0.20 | 540.00 | 108.00 |
| 07/10/2022 | Yager, Allison | Review correspondence from Pure Health counsel re: subpoena response and draft protective order (.3) | 0.30 | 591.00 | 177.30 |
| 07/10/2022 | Banich, Terence | Reviewed correspondence from counsel for Pure Health re subpoena compliance issues. | 0.10 | 714.00 | 71.40 |
| 07/11/2022 | Banich, Terence | Exchanged correspondence with A. Yager re Pure Health subpoena compliance (0.10); reviewed correspondence with counsel for Pure Health re same (0.10); telephone conference with R. Brace re matters of common interest (0.10); reviewed and exchanged correspondence with M. Vives and V. Chou re J. Hallivis matters (0.20); reviewed and exchanged correspondence with M. Nelson re T. Crookston issues/follow-up (0.10). | 0.60 | 714.00 | 428.40 |
| 07/11/2022 | Yager, Allison | Emails with subpoena respondent counsel (.1) | 0.10 | 591.00 | 59.10 |
| 07/12/2022 | Banich, Terence | Exchanged correspondence with T. Brown re S. Kowalski issues (0.10); exchanged correspondence with investor re tolling agreement (0.10); exchanged correspondence with M. Vives and G. Gordillo re Movie Fund issues/discussion (0.20); drafted correspondence to M. Nelson re T. Crookston issues (0.60); exchanged correspondence with M. Vives and V. Chou re J. Hallivis issues (0.20); reviewed spreadsheet of transfers to various persons and entities and consider next steps with regard to same (0.50). | 1.70 | 714.00 | 1,213.80 |
| 07/12/2022 | Yager, Allison | Review updates re: potential claims against sub-aggregator. | 0.10 | 591.00 | 59.10 |
| 07/13/2022 | Banich, Terence | Exchanged correspondence with investor re tolling agreement and attempted to reach same (0.10); reviewed executed tolling agreement and drafted correspondence to M. Vives re same (0.10); drafted correspondence to investor re request for accounting records/documentation in connection with settlement | 1.70 | 714.00 | 1,213.80 |

| | | | | | |
|---|---|---|---|---|---|
| Matter: | 396859.00001 | | | | |
| Invoice #: | 9020078637 | | | | |
| Invoice Due Date: | Payable Upon Receipt | | | | August 10, 2022 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | discussions and drafted update correspondence to M. Vives/receiver team re same (0.20); exchanged correspondence with L. Rocha re transfers to certain insiders of aggregator (0.10); reviewed correspondence re subpoena to Pure Health (0.10); drafted tolling agreement for Pure Health (0.70); reviewed correspondence re request for certain attorney records (0.20); reviewed correspondence from A. Loftus re updates/matters of common interest (0.20). | | | |
| 07/13/2022 | Yager, Allison | Email receiver team re: obtaining records from prior counsel (.1) | 0.10 | 591.00 | 59.10 |
| 07/14/2022 | Hebeisen, Kenneth | Call with T. Banich email regarding ongoing tasks and next steps (.30) | 0.30 | 540.00 | 162.00 |
| 07/14/2022 | Banich, Terence | Reviewed and exchanged correspondence with A. Loftus re matters of common interest (0.20); exchanged correspondence with C. Cole re tolling agreement (0.10); reviewed and exchanged correspondence with A. Yager and receiver team re subpoena to Pure Health and telephone conferences with A. Yager re same (0.60); reviewed and exchanged correspondence with M. Nelson re T. Crookston issues (0.20); reviewed letter from M. Vives to law firm re demand for client records (0.10); attended weekly meeting with receiver team (1.20); telephone conference with K. Hebeisen re tasks following same (0.30); telephone conference with T. Brown re settlement discussions (0.80); drafted memorandum to receiver team summarizing call with T. Brown (1.10); reviewed receiver correspondence to AmEx re subpoena compliance (0.10); edited tolling agreement with Pure Health (0.50). | 5.20 | 714.00 | 3,712.80 |
| 07/14/2022 | Yager, Allison | Prepare for call with aggregator counsel re: subpoena issues (.2); precall with T. Banich re: same (.1); attend call with aggregator counsel (.2); emails toT. Banich and K. Hebeisen re: same (.2); follow up call with T. Banich re: same (.2); email receiver team re: same (.2); follow up emails to aggregator counsel re: productions (.3). | 1.40 | 591.00 | 827.40 |
| 07/15/2022 | Banich, Terence | Exchanged correspondence with various transferees re tolling agreements (0.20); reviewed and exchanged correspondence re Movie Fund subpoena compliance (0.20); conference call with M. Vives, R. Baker, V. Chou and K. Hebeisen re J. Hallivis background/issues (0.40); further call with M. Vives, R. Baker and K. Hebeisen re debrief and next steps (0.60); exchanged correspondence with R. Brace re matters of common interest (0.10); telephone conferences with M. Vives re updates/tasks (0.50). | 2.00 | 714.00 | 1,428.00 |
| 07/15/2022 | Hebeisen, Kenneth | Call with M. Vives, T. Banich, R. Baker, and V. Chou (counsel for J. Hallivis) (.40); follow-up call with M. Vives, T. Banich, and R. Baker (.60) | 1.00 | 540.00 | 540.00 |
| 07/18/2022 | Banich, Terence | Reviewed correspondence with K. Hebeisen and tracker re tolling agreements. | 0.20 | 714.00 | 142.80 |

Katten

| | | |
|---|---|---|
| Matter: | 396859.00001 | |
| Invoice #: | 9020078637 | |
| Invoice Due Date: | Payable Upon Receipt | August 10, 2022 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/18/2022 | Hebeisen, Kenneth | Draft memo summarizing call with V. Chou (counsel for J. Hallivis) (1.10) | 1.10 | 540.00 | 594.00 |
| 07/19/2022 | Banich, Terence | Reviewed correspondence re American Express subpoena compliance (0.10); reviewed and exchanged correspondence with M. Nelson re T. Crookston issues and draft tolling agreement (0.20); reviewed correspondence re Pure Health subpoena compliance (0.10); telephone conference with J. Dainard re settlement discussions (0.20); drafted correspondence to receiver team re same and next steps (0.20); reviewed letter from Receiver to J. Hallivis re requests for information (0.20); reviewed and edited memorandum summarizing telephone conference with V. Chou (0.70); telephone conference with J. Kopecky re tolling agreement comments/issues (0.40); drafted correspondence to Receiver team re same (0.20); telephone conference with M. Vives re same (0.30); exchanged correspondence with J. Kopecky and M. Ryan re further call to discuss same (0.10). | 2.70 | 714.00 | 1,927.80 |
| 07/19/2022 | Yager, Allison | Emails with T. Banich re: subpoena productions from aggregator (.1); email aggregator counsel re: same (.1); review memo from T. Banich re: call with transferee counsel (.2) | 0.40 | 591.00 | 236.40 |
| 07/20/2022 | Banich, Terence | Telephone conference with M. Vives re various updates and tasks (0.80); drafted tolling agreement for J. Hallivis and affiliate entities (1.00); reviewed memorandum re Hallivis/Horwitz film projects and transfers relating to same (0.80). | 2.60 | 714.00 | 1,856.40 |
| 07/21/2022 | Banich, Terence | Conference call with M. Vives, D. Wilson, M. Nelson and E. Wheeler re T. Crookston issues, information needed, potential mediation and related matters (0.80); attended weekly meeting with receiver team (1.00); conference call with M. Vives, D. Wilson, R. Brace, M. Elosu and P. Bageant re matters of common interest (1.20); telephone conference with J. Dainard re transactions and potential settlement (0.40); reviewed spreadsheets of transactions with 1inMM supplied by J. Dainard (0.10); telephone conference with M. Vives re same and Chroma Travel issues (0.40); exchanged correspondence with T. Brown re S. Kozlowski issues (0.10); exchanged correspondence with M. Cole re follow-up re documents (0.10); exchanged correspondence with C. Cole re follow-up re documents (0.10); reviewed correspondence between M. Vives and V. Chou re requests for information from J. Hallivis and drafted correspondence to M. Vives re same (0.10). | 4.30 | 714.00 | 3,070.20 |
| 07/21/2022 | Yager, Allison | Review updates re: investigation of claims against non-investor parties. | 0.10 | 591.00 | 59.10 |
| 07/22/2022 | Banich, Terence | Telephone conference with R. Brace re matters of common interest (0.40); reviewed correspondence re enforcement of subpoena to Pure Health (0.10); reviewed correspondence and financial data from M. Cole and drafted correspondence to M. Vives re same (0.30). | 0.80 | 714.00 | 571.20 |

**Katten**

Matter:          396859.00001
Invoice #:       9020078637
Invoice Due Date:   Payable Upon Receipt

August 10, 2022

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|------------|-------------|-------|------|--------|
| 07/22/2022 | Yager, Allison | Emails with K. Hebeisen and T. Banich re: production from subpoena respondent (.1) | 0.10 | 591.00 | 59.10 |
| 07/25/2022 | Banich, Terence | Reviewed correspondence re enforcement of subpoena to Pure Health and tolling agreement and drafted correspondence to A. Yager re same (0.20); reviewed correspondence re enforcement of subpoena to AmEx (0.10). | 0.30 | 714.00 | 214.20 |
| 07/26/2022 | Banich, Terence | Reviewed correspondence with M. Vives re AmEx subpoena compliance issues (0.10); reviewed evidence of additional transfers to person of interest (0.10); telephone conference with M. Vives re updates/tasks re investigation/transfers (0.80). | 1.00 | 714.00 | 714.00 |
| 07/27/2022 | Banich, Terence | Reviewed correspondence re enforcement of receiver order re AmEx and need to draft subpoena (0.20); reviewed evidence of additional transfers to person of interest and drafted correspondence to counsel re same (0.60); reviewed results of research into apparent affiliate of transferee and exchanged correspondence with M. Vives and L. Rocha re same (0.30). | 1.10 | 714.00 | 785.40 |
| 07/28/2022 | Yager, Allison | Review updates and correspondence re: investigation of potential transferees. | 0.20 | 591.00 | 118.20 |
| 07/28/2022 | Banich, Terence | Conference call with M. Vives and D. Wilson re various investigatory updates/next steps (0.50); reviewed and exchanged correspondence re tolling agreement with Pure Health and reviewed Pure Health's edits to same (0.30); further telephone conference with M. Vives re investigation into certain former 1inMM professionals (0.20). | 1.00 | 714.00 | 714.00 |
| 07/29/2022 | Banich, Terence | Reviewed and exchanged correspondence re tolling agreement with Pure Health (0.20); reviewed edits to tolling agreement and finalized same (0.20); drafted correspondence to M. Vives re same (0.10); drafted and edited subpoena/rider to American Express and reviewed correspondence and cardmember agreement in connection with same (3.70). | 4.20 | 714.00 | 2,998.80 |

**Total Hours : 123.50**                    **Total Fees**     **80,702.40**   **USD**

**Katten**

Matter: 396859.00001
Invoice #: 9020078637
Invoice Due Date: Payable Upon Receipt

August 10, 2022

---

**TIME SUMMARY**

**01-Case administration**

| Name | Title | Hours | Rate | Amount |
|------|-------|-------|------|--------|
| Yager, Allison | Associate | 1.10 | 591.00 | 650.10 |
| Hebeisen, Kenneth | Associate | 4.30 | 540.00 | 2,322.00 |
| Banich, Terence | Partner | 11.50 | 714.00 | 8,211.00 |
| | Sub Total : | **16.90** | Sub Total : | **11,183.10** |

**02-Fee applications/retention of professionals**

| Name | Title | Hours | Rate | Amount |
|------|-------|-------|------|--------|
| Hebeisen, Kenneth | Associate | 5.40 | | 1,026.00 |
| Banich, Terence | Partner | 3.40 | 714.00 | 1,570.80 |
| | Sub Total : | **8.80** | Sub Total : | **2,596.80** |

**04-Pre-receivership litigation/stay**

| Name | Title | Hours | Rate | Amount |
|------|-------|-------|------|--------|
| Yager, Allison | Associate | 0.50 | 591.00 | 295.50 |
| Hebeisen, Kenneth | Associate | 4.60 | 540.00 | 2,484.00 |
| Banich, Terence | Partner | 20.80 | 714.00 | 14,851.20 |
| | Sub Total : | **25.90** | Sub Total : | **17,630.70** |

**06-SEC meetings/discussions**

| Name | Title | Hours | Rate | Amount |
|------|-------|-------|------|--------|
| Yager, Allison | Associate | 2.60 | 591.00 | 1,536.60 |
| Banich, Terence | Partner | 2.80 | 714.00 | 1,999.20 |
| | Sub Total : | **5.40** | Sub Total : | **3,535.80** |

**07-Avoidance actions**

| Name | Title | Hours | Rate | Amount |
|------|-------|-------|------|--------|
| Yager, Allison | Associate | 2.80 | 591.00 | 1,654.80 |
| Hebeisen, Kenneth | Associate | 1.80 | 540.00 | 972.00 |
| Banich, Terence | Partner | 3.50 | 714.00 | 2,499.00 |
| | Sub Total : | **8.10** | Sub Total : | **5,125.80** |

**08-Asset Disposition**

| Name | Title | Hours | Rate | Amount |
|------|-------|-------|------|--------|
| Banich, Terence | Partner | 0.60 | 714.00 | 428.40 |
| | Sub Total : | **0.60** | Sub Total : | **428.40** |

**09-Investigation of assets/transactions**

| Name | Title | Hours | Rate | Amount |
|------|-------|-------|------|--------|
| Yager, Allison | Associate | 5.00 | 591.00 | 2,955.00 |
| Hebeisen, Kenneth | Associate | 2.60 | 540.00 | 1,404.00 |
| Banich, Terence | Partner | 50.20 | 714.00 | 35,842.80 |
| | Sub Total : | **57.80** | Sub Total : | **40,201.80** |

| | Total Hours : | **123.50** | Total Fees : | **80,702.40 USD** |

**Katten**

Matter:            396859.00001
Invoice #:         9020078637
Invoice Due Date:  Payable Upon Receipt

August 10, 2022

---

**DISBURSEMENTS**

| Description | Cost Description | Amount |
|---|---|---|
| Service Fees | LexisNexis Risk Data MGT - Invoice #1008207-20220630 - (6/30/2022) June Services. | 176.00 |
| Court Costs | Pacer Court Costs 6/01/2022-6/30/2022. | 11.20 |
| Data/Library Research Services | Westlaw Legal Research: BANICH,TERENCE on 7/16/2022.<br>Westlaw Legal Research: BANICH,TERENCE on 7/19/2022.<br>Westlaw Legal Research: BANICH,TERENCE on 7/20/2022.<br>Westlaw Legal Research: HEBEISEN,KENNETH on 7/19/2022. | 852.32 |

**Total  Disbursements:**     **1,039.52**     **USD**

Katten