1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC,<br><br>　　　　　Defendants. | Case No. 2:21-cv-02927-CAS(GJSx)<br><br>**[PROPOSED] ORDER APPROVING STIPULATION WAIVING HEARING ON NOVEMBER 28, 2022 AS TO PENDING MOTIONS FILED BY RECEIVER [ECF #136, 137]** |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

Upon consideration of the *Stipulation Waiving Hearing on November 28, 2022 as to Pending Motions Filed by Receiver [ECF #136, 137]*, dated October 27, 2022 (the "Stipulation"), between plaintiff Securities and Exchange Commission, defendant Zachary Horwitz and Michele Vives, not individually, but solely as the receiver of 1inMM Capital, LLC and its subsidiaries, affiliates and over the assets more particularly described in the *Order on Appointment of Permanent Receiver*, dated January 14, 2022 [ECF #70] (the "Receiver"); the Court, finding that there being good cause to grant the relief provided herein; it is, pursuant to the Court's power to supervise equity receiverships and all other powers in that behalf so enabling, hereby ORDERED:

1. The Stipulation is APPROVED.

2. The hearing on the Receiver's motions docketed as ECF #136 and 137 scheduled for November 28, 2022 at 10:00 a.m. PT is hereby VACATED. The Court will decide those motions without a hearing or oral argument.

Dated: _____, 2022

_____
United States District Judge