**STANDARDIZED FUND ACCOUNTING REPORT (CASH BASIS) for**
**ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC**
**RECEIVERSHIP;  CIVIL COURT DOCKET NO. 2:21-CV-02927-CAS**
**REPORTING PERIOD  from July 1, 2022 through September 30, 2022**

| | FUND ACCOUNTING  (See Instructions): | DETAIL | SUBTOTAL | GRAND TOTAL |
|---|---|---|---|---|
| Line 1 | Beginning Balance of the Fund as of July 1, 2022 | | | $1,688,293 |
| | *Increases in Fund Balances:* | | | |
| Line 2 | Business Income  (Receipts) | | | 144,365 |
| Line 3 | Cash and Securities | | | 0 |
| Line 4 | Interest / Dividend Income | | | 0 |
| Line 5 | Business Asset Liquidation | | | 0 |
| Line 6 | Personal Asset Liquidation | | | 70,373 |
| Line 7 | Third-Party Litigation | | | 0 |
| Line 8 | Miscellaneous - Other | | | 0 |
| | Total Funds Available (Lines 1-8) | | | 1,903,031 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | | | 0 |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | | $250,625 | |
| Line 10b | *Business Asset Expenses* | | 26,798 | |
| Line 10c | *Personal Asset Liquidation* | | 16,255 | |
| Line 10d | *Investment Expenses* | | 43 | |
| Line 10e | *Third-Party Litigation Expenses* | | | |
| | 1.  Attorney Fees | $300,439 | | |
| | 2.  Litigation Expenses | 0 | | |
| | *Total Third-Party Litigation Expenses* | | 300,439 | |
| Line 10f | *Tax Administrator Fees and Bonds* | | 0 | |
| Line 10g | *Federal and State Tax Payments* | | 0 | |
| | Total Disbursements for Receivership Operations | | | 594,160 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1.  Fees: | | | |
| | Fund Administrator | 0 | | |
| | Independent Distribution Consultant (IDC) | 0 | | |
| | Distribution Agent | 0 | | |
| | Consultants | 0 | | |
| | Legal Advisors | 0 | | |
| | Tax Advisors | 0 | | |
| | 2.  Administrative Expenses | 0 | | |
| | 3.  Miscellaneous | 0 | | |
| | *Total Plan Development Expenses* | | 0 | |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| | 1.  Fees: | | | |
| | Fund Administrator | 0 | | |
| | Independent Distribution Consultant (IDC) | 0 | | |
| | Distribution Agent | 0 | | |
| | Consultants | 0 | | |
| | Legal Advisors | 0 | | |
| | Tax Advisors | 0 | | |
| | 2.  Administrative Expenses | 0 | | |
| | 3.  Investor Identification: | | | |
| | Notice/Publishing Approved Plan | 0 | | |
| | Claimant Identification | 0 | | |
| | Claims Processing | 0 | | |
| | Web Site Maintenance / Call Center | 0 | | |
| | 4.  Fund Administrator Bond | 0 | | |
| | 5.  Miscellaneous | 0 | | |
| | 6.  Fair Account for Investor Restitution (FAIR) Reporting Expenses | 0 | | |
| | *Total Plan Implementation Expenses* | | 0 | |
| | Total Disbursements for Distribtion Expenses Paid by the Fund | | | 0 |
| Line 12 | Disbursements to Court / Other: | | | |
| Line 12a | *Investment Expenses / Court Registry Investment System (DRIS) Fees* | | 0 | |
| Line 12b | *Federal Tax Payments* | | 0 | |
| | Total Disbursements to Court / Other | | | 0 |
| | Total Funds Disbursed  (Lines 9-12) | | | 594,160 |
| Line 13 | Ending Balance of the Fund as of June 30, 2022 | | | $1,308,871 |
| Line 14 | Ending Balance of Fund - Net Assets: | | | |
| Line 14a | *Cash & Cash Equivalents* | | | $1,308,871 |
| Line 14b | *Investments* | | | 0 |
| Line 14c | *Other Assets or Uncleared Funds* | | | 0 |
| | Total Ending Balance of Fund - Net Assets | | | $1,308,871 |

**STANDARDIZED FUND ACCOUNTING REPORT (CASH BASIS) for**
**ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC**
**RECEIVERSHIP; CIVIL COURT DOCKET NO. 2:21-CV-02927-CAS**
**REPORTING PERIOD from July 1, 2022 through September 30, 2022**

| | OTHER SUPPLEMENTAL INFORMATION: | DETAIL | SUBTOTAL | GRAND TOTAL |
|---|---|---|---|---|
| | *Report of Items NOT to be Paid by the Fund:* | | | |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund* | | | |
| | 1. Fees: | | | |
| | Fund Administrator | | $0 | |
| | Independent Distribution Consultant (IDC) | | 0 | |
| | Distribution Agent | | 0 | |
| | Consultants | | 0 | |
| | Legal Advisors | | 0 | |
| | Tax Advisors | | 0 | |
| | 2. Administrative Expenses | | 0 | |
| | 3. Miscellaneous | | 0 | |
| | Total Plan Development Expenses Not Paid by the Fund | | | $0 |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund* | | | |
| | 1. Fees: | | | |
| | Fund Administrator | | 0 | |
| | Independent Distribution Consultant (IDC) | | 0 | |
| | Distribution Agent | | 0 | |
| | Consultants | | 0 | |
| | Legal Advisors | | 0 | |
| | Tax Advisors | | 0 | |
| | 2. Administrative Expenses | | 0 | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan | | 0 | |
| | Claimant Identification | | 0 | |
| | Claims Processing | | 0 | |
| | Web Site Maintenance / Call Center | | 0 | |
| | 4. Fund Administrator Bond | | 0 | |
| | 5. Miscellaneous | | 0 | |
| | 6. FAIR Reporting Expenses | | 0 | |
| | Total Plan Implementation Expenses Not Paid by the Fund | | | 0 |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | 0 |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | $0 |
| Line 16 | **Disbursements to Court / Other Not Paid by the Fund:** | | | |
| Line 16a | *Investment Expenses / CRIS Fees* | | $0 | |
| Line 16b | *Federal Tax Payments* | | 0 | |
| | Total Disbursements to Court / Other Not Paid by the Fund: | | | $0 |
| Line 17 | **DC & State Tax Payments** | | | $0 |
| Line 18 | **Number of Claims:** | | | |
| Line 18a | Number of Claims Received This Reporting Period | | | 0 |
| Line 18b | Number of Claims Received Since Inception of Fund | | | 0 |
| Line 19 | **Number of Claimants / Investors:** | | | |
| Line 18a | *Number of Claimants / Investors Paid This Reporting Period* | | | 0 |
| Line 18b | *Number of Claimants / Investors Paid Since Inception of Fund* | | | 0 |

Receiver:

By: *(signature)*

Michele A. Vives
(printed name)

Date: 11/4/2022