1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE
COMMISSION,

           Plaintiff,

        v.

ZACHARY J. HORWITZ; and 1inMM
CAPITAL, LLC,

           Defendants.

Case No. 2:21-cv-02927-CAS(GJSx)

**[PROPOSED] ORDER
ADVANCING HEARING ON ECF
#143**

1   Upon consideration of the *Stipulation for Order Advancing Hearing on ECF*
2   *#143*, dated November 15, 2022 (the "Stipulation"), between plaintiff Securities
3   and Exchange Commission, defendant Zachary Horwitz and Michele Vives, not
4   individually, but solely as the receiver of 1inMM Capital, LLC and its subsidiaries,
5   affiliates and over the assets more particularly described in the *Order on*
6   *Appointment of Permanent Receiver*, dated January 14, 2022 [ECF #70] (the
7   "Receiver"); the Court, finding that there being good cause to grant the relief
8   provided herein; it is, pursuant to the Court's power to supervise equity
9   receiverships and all other powers in that behalf so enabling, hereby ORDERED:

10   1.   The Stipulation is APPROVED.

11   2.   The hearing on the motion docketed as ECF #143 (the "Motion")
12   scheduled for December 12, 2022 at 10:00 a.m. PT is hereby VACATED.

13   3.   The hearing on the Motion is hereby ADVANCED from December
14   12, 2022 to November 28, 2022 at 10:00 am PT by Zoom.

15   Dated: _____, 2022

   _____
16   United States District Judge

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200