**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter[2]**

| Matter Description | Hours | Amount |
|---|---:|---:|
| Accounting / Auditing | 3.4 | $585.00 |
| Asset Analysis and Recovery | 0.5 | $157.50 |
| Business Analysis | 0.7 | $220.50 |
| Business Operations | 4.8 | $1,872.00 |
| Case Administration | 65.8 | $22,470.75 |
| Forensic Accounting | 395.2 | $80,565.75 |
| Status Reports | 13.8 | $4,594.50 |
| Expenses | 0.0 | $435.93 |
| **Totals** | **484.2** | **$110,901.93** |

---

[2] The Receiver voluntarily reduced her fees for the Fee Period by $2,511, attributable to preparation of fee applications, as an accommodation to the receivership estate.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200