**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter[2]**

| Matter Description | Hours | Amount |
|---|---:|---:|
| Case Administration | 28.6 | $20,176.80 |
| Fee Application/Retention of Professionals | 11.8 | $3,152.40 |
| Claims Administration and Objections | 0.0 | $0.00 |
| Pre-Receivership Litigation/Stay | 13.8 | $9,853.20 |
| FBI and Criminal Case Matters | 0.0 | $0.00 |
| SEC Meetings/Discussions | 1.7 | $1,213.80 |
| Avoidance Actions | 13.8 | $8,490.30 |
| Asset Disposition | 0.0 | $0.00 |
| Investigation of Assets/Transactions | 38.0 | $26,973.60 |
| Business Operations/Operating Entities | 14.8 | $12,859.20 |
| Expenses | 0.0 | $530.66 |
| **Totals** | **122.5** | **$83,249.96** |

---

[2] As an accommodation to the receivership estate, Katten voluntarily reduced its fees for the Fee Period by $4,232.10, attributable to preparation of fee applications and other administrative tasks.