1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC,

    Defendants.

Case No. 2:21-cv-02927-CAS(GJSx)

**ORDER ADVANCING HEARING ON ECF #143**

Upon consideration of the *Stipulation for Order Advancing Hearing on ECF #143*, dated November 15, 2022 (the "Stipulation"), between plaintiff Securities and Exchange Commission, defendant Zachary Horwitz and Michele Vives, not individually, but solely as the receiver of 1inMM Capital, LLC and its subsidiaries, affiliates and over the assets more particularly described in the *Order on Appointment of Permanent Receiver*, dated January 14, 2022 [ECF #70] (the "Receiver"); the Court, finding that there being good cause to grant the relief provided herein; it is, pursuant to the Court's power to supervise equity receiverships and all other powers in that behalf so enabling, hereby ORDERED:

    1.    The Stipulation is APPROVED.

/ / /

2.    The hearing on the motion docketed as ECF #143 (the "<u>Motion</u>") scheduled for December 12, 2022 at 10:00 a.m. PT is hereby VACATED.

3.    The hearing on the Motion is hereby ADVANCED from December 12, 2022 to November 28, 2022 at 10:00 am PT by Zoom.

Dated: November 15, 2022

_Christine A. Snyde_

United States District Judge

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

Case No. 2:21-cv-02927-CAS(GJSx)