Terence G. Banich (SBN 212173)
terence.banich@katten.com
Allison E. Yager (*pro hac vice*)
allison.yager@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661
Telephone:  (312) 902-5200
Facsimile:   (312) 902-1061

*Attorneys for the Receiver*
Michele Vives

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>ZACHARY J. HORWITZ and 1inMM CAPITAL, LLC,<br><br>  Defendants. | Case No. 2:21-cv-02927-CAS(GJSx)<br><br>**STIPULATION FOR ORDER ENTERING PROTECTIVE ORDER AS TO RECEIVER INVESTIGATIONS AND CIVIL ACTIONS**<br><br>Judge:     Hon. Christina A. Snyder<br>Courtroom: 8D |

Plaintiff Securities and Exchange Commission ("SEC") and Michele Vives, not individually, but solely as the receiver (the "Receiver") of 1inMM Capital, LLC and its subsidiaries, affiliates and over the assets more particularly described in the *Order on Appointment of Permanent Receiver*, dated January 14, 2022 [ECF #70] (the "Receiver Order"), by and through their counsel of record, hereby state:

**WHEREAS**, the Receiver Order confers on the Receiver "full powers of an equity receiver," and specifically authorizes and directs the Receiver to, among other things:

(1) Conduct an investigation and discovery as may be necessary to locate and account for the assets of or managed by 1inMM Capital, LLC and its subsidiaries and affiliates; and

(2) Investigate and prosecute claims and causes of action that the Receiver may possess;

**WHEREAS**, the Receiver has issued several subpoenas and informal requests for documents and information to various persons and entities, certain of whom have requested that the Receiver treat the documents and information they produce as confidential pursuant to a protective order entered under Federal Rule of Civil Procedure 26(c);

**WHEREAS**, among the persons and entities to whom the Receiver has issued a subpoena or informally requested documents or information are JJMT Capital, LLC, Jacob Wunderlin, Joseph deAlteris and Matthew Schweinzger (collectively, the "JJMT Respondents");

**WHEREAS**, the JJMT Respondents have stipulated to the entry of a protective order in the form annexed hereto (the "Proposed Protective Order");

**WHEREAS**, the Proposed Protective Order is derived from the form of protective order commonly entered by judges in this district, but the Receiver modified it so that it applies only to the Receiver's investigation and any civil actions that she commences;

**WHEREAS**, as a consequence, the Proposed Protective Order applies only to the Receiver and any person or entity who becomes the subject of a "Receiver Action," and not to the plaintiff and defendants in the above-captioned civil action;

**WHEREAS**, the Proposed Protective Order defines "Receiver Action" to mean:

(1) Any subpoena or informal request for documents or information issued by the Receiver to any person or entity pursuant to her investigatory powers under the Receiver Order or the Federal Rules of Civil Procedure; or

(2) All discovery in a civil action commenced by or against the Receiver, regardless of whether the Clerk of the Court assigns such civil action a case number other than Case No. 2:21-cv-02927-CAS(GJSx).

However, "Receiver Action" excludes the SEC's civil action against defendant Zachary J. Horwitz and 1inMM Capital, LLC, and any discovery issued by the parties thereto, so the Proposed Protective Order does not apply to those parties;

**WHEREAS**, additional persons and entities who are or become the subject of a Receiver Action may become "Parties" to the Proposed Protective Order by signing the "Acknowledgment and Agreement to Be Bound" annexed thereto as Exhibit A; and

**WHEREAS**, SEC and the Receiver agree that entry of the Proposed Protective Order facilitates the purposes of the Receiver Order and is in the best interests of the estate and its creditors.

//
//
//
//

Case No. 2:21-cv-02927-CAS(GJSx)
STIPULATION FOR ORDER ENTERING PROTECTIVE ORDER
AS TO RECEIVER INVESTIGATIONS AND CIVIL ACTIONS

2

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

**NOW, THEREFORE**, SEC and the Receiver stipulate and agree that the Court should enter the Proposed Protective Order submitted herewith.

IT IS SO STIPULATED.

Dated: November 21, 2022  /s/ Terence G. Banich
Terence G. Banich
Katten Muchin Rosenman LLP
Counsel for Receiver Michele Vives

Dated: November 21, 2022  /s/ Kathryn C. Wanner
Kathryn C. Wanner
Lance Jasper
Counsel for Plaintiff Securities & Exchange Commission

**LOCAL RULE 5-4.3.4(a)(2)(i) CERTIFICATION**

Pursuant to LR 5-4.3.4(a)(2)(i), I, Terence G. Banich, hereby attest that all signatories identified above, and on whose behalf this filing is submitted, concur in the filing's content, and have authorized the filing.

/s/Terence G. Banich

# PROOF OF SERVICE

**STATE OF ILLINOIS, COUNTY OF COOK**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, Illinois 60661.

On November 21, 2022, I served the following document(s) described as:

**STIPULATION FOR ORDER ENTERING PROTECTIVE ORDER AS TO RECEIVER INVESTIGATIONS AND CIVIL ACTIONS**

as follows:

**[ ]   BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing.  On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[ ]   BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused the document(s) to be sent from e-mail address terence.banich@katten.com to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ]   BY OVERNIGHT MAIL (FedEx):**  I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]   BY PERSONAL SERVICE:**  I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]   E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on November 21, 2022, at Winnetka, Illinois.

*/s/Terence G. Banich*
Terence G. Banich

Case No. 2:21-cv-02927-CAS(GJSx)
STIPULATION FOR ORDER ENTERING PROTECTIVE ORDER
AS TO RECEIVER INVESTIGATIONS AND CIVIL ACTIONS

4