Terence G. Banich (SBN 212173)
terence.banich@katten.com
Allison E. Yager (*pro hac vice*)
allison.yager@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

*Attorneys for the Receiver*
Michele Vives

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>     v.<br><br>ZACHARY J. HORWITZ and 1inMM CAPITAL, LLC,<br><br>            Defendants. | Case No. 2:21-cv-02927-CAS(GJSx)<br><br>**PROOF OF SERVICE (SECOND SUPPLEMENTAL)**<br><br>Judge:     Hon. Christina A. Snyder<br>Courtroom: 8D |

# PROOF OF SERVICE

**STATE OF ILLINOIS, COUNTY OF COOK**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, Illinois 60661. On December 30, 2022, I served the following document(s) described as:

**MOTION OF RECEIVER MICHELE VIVES FOR ORDER APPROVING SETTLEMENT WITH SUSAN KOZLOWSKI AND RELATED ENTITIES**

as follows:

**[ ] BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[X] BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address terence.banich@katten.com to the persons at the e-mail address(es) listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

James L. Kopecky (jkopecky@ksrlaw.com)
Matthew Ryan (mryan@cotsiriloslaw.com)
Corey R. Weber (cweber@bg.law)
Terrence Campbell (tcampbell@cotsiriloslaw.com)
Patrick Baldwin (BaldwinPat@msn.com)
Christopher Mader (cmader@baldwinlawgroup.com)
Greg Gordillo (greg@gordillolawfirm.com)
Andrew Campbell (acampbell@novackmacey.com)
Monte Mann (MMann@novackmacey.com)
Scott Frost (sfrost@howardandhoward.com)

**[ ] E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on December 30, 2022, at Winnetka, Illinois.

*/s/Terence G. Banich*
Terence G. Banich

Case No. 2:21-cv-02927-CAS(GJSx)
PROOF OF SERVICE (SECOND SUPPLEMENTAL)