1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC,<br><br>　　　　Defendants. | Case No. 2:21-cv-02927-CAS(GJSx)<br><br>**ORDER APPROVING SETTLEMENT WITH SUSAN KOZLOWSKI AND RELATED ENTITIES** |

Upon consideration of the *Motion of Receiver Michele Vives for Order Approving Settlement with Susan Kozlowski and Related Entities*, dated December 23, 2022 (the "Motion"), the Court, having jurisdiction to hear and determine the Motion, has reviewed the Motion and accompanying memorandum of points and authorities in support thereof, considered the exhibits to the Motion, namely, the *Declaration of Michele Vives*, dated December 23, 2022, and the *Settlement Agreement and Mutual Release*, dated December 21, 2022, and concluded that all parties in interest have due and sufficient notice of the Motion; after due deliberation and consideration of the Motion and of plaintiff's notice of non-opposition filed January 3, 2023, and there being good cause to grant the relief

/ / /

provided herein; it is, pursuant to the Court's power to supervise equity receiverships and all other powers in that behalf so enabling, hereby ORDERED:

1. The Motion is GRANTED.

2. Notice of the Motion is sufficient under the circumstances and any further notice otherwise required by Local Rule 66-7 is waived.

3. The terms of the settlement and compromise with the Kozlowski Entities memorialized in the Settlement Agreement are fair and equitable, and are therefore APPROVED.

4. The Receiver is AUTHORIZED to take such further actions as may be necessary to consummate the transactions in the Settlement Agreement.

5. The Court retains exclusive jurisdiction to hear and determine any disputes arising out of or relating to the settlement approved by this order.

Dated: January 25, 2023

*Christina A. Snyder*
United States District Judge