KATHRYN C. WANNER (Cal. Bar No. 269310)
Email: wannerk@sec.gov
M. LANCE JASPER (Cal. Bar No. 244516)
Email: jasperml@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka N. Patel, Associate Regional Director
Gary Y. Leung, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

Western Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ZACHARY J. HORWITZ; AND 1INMM CAPITAL, LLC,<br><br>Defendants. | Case No. 2:21-cv-02927-CAS-GJS<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's July 29, 2022 Order (Dkt. No. 117), Defendant Zachary J. Horwitz ("Horwitz") together with Plaintiff Securities and Exchange Commission (the "SEC") (collectively, the "Parties") submit this Joint Status Report.

On July 12, 2021, this Court entered a stay of this matter as against Horwitz. Dkt. No. 50. On January 14, 2022, this Court granted the SEC's Motion to Appoint a Permanent Receiver over Defendant 1inMM Capital, LLC. Dkt. No. 70. The Receiver has been engaged in her role since that date and has been working on completing a forensic accounting of the funds at issue in this matter. *See* Dkt. Nos. 78, 85, 91, 97, 106, 132, and 167. Completion of this forensic accounting will assist

the SEC's accounting of a "reasonable approximation" of what the SEC intends to seek in disgorgement from defendant Horwitz. *See, e.g., SEC v. Platforms Wireless Int'l Corp.*, 617 F.3d 1072, 1096 (9th Cir. 2010).

On October 4, 2021, Defendant Zachary J. Horwitz pled guilty to one count of securities fraud, in violation of 15 U.S.C. §§ 78j(b), 78ff and 17 C.F.R. § 240.10b-5, in *United States v. Horwitz*, No. 2:21-cr-00214-MCS-1 (the "Criminal Action"). *See* Criminal Action Dkt. No. 47. On February 14, 2022, Horwitz was sentenced in the Criminal Action to 240 months imprisonment and ordered to pay restitution. He is currently serving his custodial sentence.

Dated: February 1, 2023　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Kathryn C. Wanner*
　　　　　　　　　　　　　　　　　　　　Kathryn C. Wanner
　　　　　　　　　　　　　　　　　　　　M. Lance Jasper
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　Securities and Exchange Commission

Dated: February 1, 2023　　　　　　　　　*/s/ Michael J. Quinn*
　　　　　　　　　　　　　　　　　　　　Michael J, Quinn
　　　　　　　　　　　　　　　　　　　　Marie E. Christiansen
　　　　　　　　　　　　　　　　　　　　Vedder Price LLP
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　Zachary J. Horwitz

**LOCAL RULE 5-4.3.4(A)(2)(I) CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Kathryn C. Wanner, attest that all signatories identified above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                        */s/ Kathryn C. Wanner*
                                        Kathryn C. Wanner

# **PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is:

    U.S. SECURITIES AND EXCHANGE COMMISSION,
    444 S. Flower Street, Suite 900, Los Angeles, California 90071
    Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On February 1, 2023, I caused to be served the document entitled **JOINT STATUS REPORT** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

    I declare under penalty of perjury that the foregoing is true and correct.

Date: February 1, 2023                  */s/ Kathryn C. Wanner*
                                             KATHRYN C. WANNER

1
2
3

*SEC v. Zachary Horwitz, et al.*
**United States District Court – Central District of California**
**Case No. 2:21-cv-02927-CAS-GJS**
LA-5212

4

SERVICE LIST

5
6
7
8
9
10

Michael J. Quinn, Esq.
Ryan C. Hedges, Esq.
Vedder Price
1925 Century Park East, Suite 1900
Los Angeles, CA 90067
Email: mquinn@vedderprice.com
Email: rhedges@vedderprice.com
***Attorneys for Defendants Zachary J. Horwitz; and 1inMM Capital, LLC***
***(served via CM/ECF)***

11
12
13
14
15

Terence G. Banich, Esq.
Allison E. Yager, Esq.
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661
Email: terence.banich@katten.com
Email: allison.yager@katten.com
***Attorneys for Receiver Michele Vives***
***(served via CM/ECF)***

16
17
18
19
20
21
22
23
24
25
26
27
28