**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter[2]**

| Matter Description | Hours | Amount |
|---|---:|---:|
| Accounting / Auditing | 8.4 | $1,354.40 |
| Asset Analysis and Recovery | 0.0 | $0.00 |
| Business Analysis | 0.0 | $0.00 |
| Business Operations | 1.2 | $0.00 |
| Case Administration | 153.0 | $54,774.00 |
| Forensic Accounting | 432.9 | $99,515.25 |
| Status Reports | 14.30 | $3,903.75 |
| Expenses | 0.0 | $3,284.60 |
| **Totals** | **609.8** | **$162,832.10** |

---

[2] The Receiver voluntarily reduced her fees for the Fee Period by $688.50, attributable to preparation of fee applications, as an accommodation to the receivership estate. Additionally, for travel time, the Receiver charged one-half of the actual time spent in travel, amounting to a further reduction of $2,430.00.