**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter[2]**

| Matter Description | Hours | Amount |
|---|---:|---:|
| Case Administration | 11.1 | $7,782.60 |
| Fee Application/Retention of Professionals | 5.8 | $604.00 |
| Claims Administration and Objections | 0.0 | $0.00 |
| Pre-Receivership Litigation/Stay | 120.8 | $87,391.08 |
| FBI and Criminal Case Matters | 0.0 | $0.00 |
| SEC Meetings/Discussions | 0.1 | $71.40 |
| Avoidance Actions | 0.0 | $0.00 |
| Asset Disposition | 0.0 | $0.00 |
| Investigation of Assets/Transactions | 10.2 | $7,233.60 |
| Business Operations/Operating Entities | 12.6 | $9,922.06 |
| Expenses | 0.0 | $4,704.91 |
| **Totals** | **160.6** | **$117,709.65** |

---

[2] As an accommodation to the receivership estate, Katten voluntarily reduced its fees for the Fee Period by $4,576.06, attributable to preparation of fee applications and other administrative tasks.

Case No. 2:21-cv-02927-CAS(GJSx)
THIRTEENTH MONTHLY FEE STATEMENT OF
KATTEN MUCHIN ROSENMAN LLP—JANUARY 2023