1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**KATTEN MUCHIN ROSENMAN LLP**
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

  v.

ZACHARY J. HORWITZ; and 1inMM
CAPITAL, LLC,

      Defendants.

Case No. 2:21-cv-02927-CAS(GJSx)

**ORDER APPROVING
QUARTERLY REPORT OF
RECEIVER MICHELE VIVES
(FOURTH QUARTER 2022)**

Upon consideration of the *Motion to Approve Quarterly Report of Receiver Michele Vives (Fourth Quarter 2022)*, dated February 9, 2023 the ("Motion"); the Court, having reviewed the *Quarterly Report of Receiver Michele Vives (Fourth Quarter 2022)*, dated February 9, 2023 (the "Report"), being fully advised in the premises and finding that there being good cause to grant the relief provided herein; it is, pursuant to the Court's power to supervise equity receiverships and all other powers in that behalf so enabling, hereby ORDERED:

1.     The Motion is GRANTED.

2.     The Report is APPROVED.

3.     All acts, transactions and disbursements identified in the Report as made or to be made, if any, are APPROVED.

4.    Notice of the hearing on the Report is limited to that given, and the Receiver is EXCUSED from complying with any additional notice requirements imposed by Local Rule 66-7(c).

Dated: March 7, 2022

*Christine A. Snyder*

United States District Judge

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200