# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC,<br><br>Defendants. | Case No. 2:21-cv-02927-CAS(GJSx)<br><br>**ORDER GRANTING MOTION OF RECEIVER MICHELE VIVES FOR FINAL APPROVAL AND PAYMENT OF FEES AND EXPENSES (OCTOBER–DECEMBER 2022)** |

Upon consideration of the *Motion of Receiver Michele Vives for Final Approval and Payment of Fees and Expenses (October–December 2022)*, dated February 9, 2023 the ("Motion"), filed by Michele Vives, the Receiver appointed herein (the "Receiver"); the Court, having reviewed the Motion and being fully advised in the premises, finds that the Motion satisfies the requirements of Local Rules 66-7 and 66-8 and the Compensation Procedures Order, that notice of the Motion is sufficient under the circumstances and that there is good cause to grant the relief provided herein; it is, therefore, pursuant to the Court's power to supervise equity receiverships and all other powers in that behalf so enabling, hereby ORDERED:

1. The Motion is GRANTED.

2. The Receiver is ALLOWED $300,890.25 in compensation for services rendered and $919.83 in expenses incurred during the Application Period on a final basis.

3. The Interim Payments of fees and expenses identified in paragraph 12 of the Motion are APPROVED.

4. The Receiver is AUTHORIZED to pay herself the Holdback Amount of $60,178.05.

5. Notice of the hearing on the Motion is limited to that given, and the Receiver is EXCUSED from complying with any additional notice requirements imposed by Local Rule 66-7(f).

Dated: March 7, 2023

*Christina A. Snyder*
_____
Honorable Christina A. Snyder
United States District Judge

Case No. 2:21-cv-02927-CAS(GJSx)
ORDER GRANTING MOTION OF RECEIVER MICHELE VIVES FOR FINAL APPROVAL AND PAYMENT OF FEES AND EXPENSES (OCTOBER-DECEMBER 2022)

2