KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC,<br><br>Defendants. | Case No. 2:21-cv-02927-CAS(GJSx)<br><br>**ORDER GRANTING MOTION OF KATTEN MUCHIN ROSENMAN LLP FOR FINAL APPROVAL AND PAYMENT OF FEES AND EXPENSES (OCTOBER–DECEMBER 2022)** |

Upon consideration of the *Motion of Katten Muchin Rosenman LLP for Final Approval and Payment of Fees and Expenses (October-December 2022)*, dated February 9, 2023 the ("Motion"), filed by Katten Muchin Rosenman LLP ("Katten"), counsel for Michele Vives, the Receiver appointed in this civil action (the "Receiver"); the Court, having reviewed the Motion and being fully advised in the premises, finds that the Motion satisfies the requirements of Local Rules 66-7 and 66-8 and the Compensation Procedures Order, that notice of the Motion is sufficient under the circumstances and that there is good cause to grant the relief provided herein; it is, therefore, pursuant to the Court's power to supervise equity receiverships and all other powers in that behalf so enabling, hereby ORDERED:

1. The Motion is GRANTED.

2. Katten is ALLOWED $254,765.10 in fees and $2,301.91 in expense reimbursement during the Application Period on a final basis.

3. The Interim Payments of fees and expenses identified in paragraph 15 of the Motion are APPROVED.

4. The Receiver is AUTHORIZED to pay Katten the Holdback Amount of $50,953.02.

5. Notice of the hearing on the Motion is limited to that given, and the Receiver and Katten are EXCUSED from complying with any additional notice requirements imposed by Local Rule 66-7(f).

Dated: March 7, 2023

*Christina A. Snyder*
Honorable Christina A. Snyder
United States District Judge

Case No. 2:21-cv-02927-CAS(GJSx)
ORDER GRANTING MOTION OF KATTEN MUCHIN ROSENMAN LLP FOR FINAL APPROVAL AND PAYMENT OF FEES AND EXPENSES (OCTOBER-DECEMBER 2022)

2