1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter[2]**

| Matter Description | Hours | Amount |
|---|---|---|
| Accounting / Auditing | 4.3 | $1,172.25 |
| Asset Analysis and Recovery | 0.0 | $0.00 |
| Business Analysis | 0.0 | $0.00 |
| Business Operations | 0.0 | $0.00 |
| Case Administration | 71.4 | $22,736.25 |
| Forensic Accounting | 315.0 | $56,468.25 |
| Status Reports | 4.1 | $1,071.00 |
| Expenses | 0.0 | $103.63 |
| **Totals** | **394.8** | **$81,551.38** |

[2] The Receiver voluntarily reduced her fees for the Fee Period by $1,215.00, attributable to preparation of fee applications, as an accommodation to the receivership estate. Additionally, for travel time, the Receiver charged one-half of the actual time spent in travel, amounting to a further reduction of $2,227.50.

Case No. 2:21-cv-02927-CAS(GJSx)
FOURTEENTH MONTHLY FEE STATEMENT OF
RECEIVER MICHELE VIVES—FEBRUARY 2023