**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter[2]**

| Matter Description | Hours | Amount |
|---|---:|---:|
| Case Administration | 12.8 | $9,180.00 |
| Fee Application/Retention of Professionals | 6.1 | $783.00 |
| Claims Administration and Objections | 0.0 | $0.00 |
| Pre-Receivership Litigation/Stay | 58.6 | $40,216.50 |
| FBI and Criminal Case Matters | 0.0 | $0.00 |
| SEC Meetings/Discussions | 2.1 | $1,606.50 |
| Avoidance Actions | 0.0 | $0.00 |
| Asset Disposition | 0.0 | $0.00 |
| Investigation of Assets/Transactions | 15.9 | $12,071.70 |
| Business Operations/Operating Entities | 53.6 | $35,183.20 |
| Expenses | 0.0 | $2,347.75 |
| **Totals** | **149.1** | **$101,388.65** |

[2] As an accommodation to the receivership estate, Katten voluntarily reduced its fees for the Fee Period by $4,321.60, attributable to preparation of fee applications and other administrative tasks.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

Case No. 2:21-cv-02927-CAS(GJSx)
FOURTEENTH MONTHLY FEE STATEMENT OF
KATTEN MUCHIN ROSENMAN LLP—FEBRUARY 2023