LATHAM & WATKINS LLP
  Manuel A. Abascal (Bar No. 171301)
    *manny.abascal@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

LATHAM & WATKINS LLP
  Joshua G. Hamilton (Bar No. 199610)
    *Joshua.Hamilton@lw.com*
10250 Constellation Blvd, Suite 1100
Los Angeles, California 90069
Telephone: +1.424.653.5509
Facsimile: +1.213.891.8763

Attorneys for Non-Party
City National Bank

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY HORWITZ, et al.,<br><br>Defendants. | Case No. 2:21-CV-02927-CAS-GJS<br><br>**DECLARATION OF JOSHUA G. HAMILTON IN SUPPORT OF NON-PARTY CITY NATIONAL BANK'S NOTICE OF MOTION AND MOTION TO QUASH SUBPOENA**<br><br>Hearing Date: April 24, 2023<br>Hearing Time: 3:00 p.m.<br>Courtroom: 640<br>Address: 255 E. Temple St., 6th Fl.<br>Los Angeles, CA 90012<br><br>Hon. Christina A. Snyder<br>Hon. Gail J. Standish<br><br>DISCOVERY MATTER |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO. 2:21-CV-02927-CAS-GJS
HAMILTON DECL. I/S/O NON-PARTY CITY
NATIONAL BANK'S MOT. TO QUASH SUBPOENA

I, Joshua G. Hamilton, declare as follows:

1. I am a Partner at the law firm Latham & Watkins LLP, counsel for non-party City National Bank ("CNB") in the above-captioned matter. I am licensed to practice law in California and am admitted to practice before this Court. I have personal knowledge of the facts set forth in this Declaration, and if called upon as a witness, I would testify competently as to these facts. I submit this declaration in support of CNB's Motion to Quash Subpoena.

2. CNB received five separate letters from Michele Vives (the "Receiver"), in her capacity as receiver, dated February 4, 2022; March 18, 2022; July 26, 2022 (two separate letters); and August 5, 2022, respectively. In these letters, the Receiver indicated that she has the authority to request such documents pursuant to the Court's Receivership Order [ECF #70]. The requests in the letters concerned accounts subject to the Court's Order (1) Freezing Assets; (2) Requiring an Accounting; (3) Prohibiting Destruction of Documents; and (4) to Set a Hearing on Order to Show Cause, ECF # 18 (April 6, 2021), and Order Freezing Assets and Prohibiting Destruction of Documents, ECF # 43 (May 14, 2021) (the "Asset Freeze Orders").

3. Attached hereto as **Exhibit 1** is a true and correct copy of a letter from the Receiver dated February 4, 2022 received by CNB.

4. Attached hereto as **Exhibit 2** is a true and correct copy of a redacted letter from the Receiver dated March 18, 2022 received by CNB, with private banking information redacted.

5. Attached hereto as **Exhibit 3** is a true and correct copy of a redacted letter from the Receiver dated July 26, 2022 received by CNB, with account numbers except for the last four digits and other private banking information redacted.

6. Attached hereto as **Exhibit 4** is a true and correct copy of a second redacted letter from the Receiver dated July 26, 2022 received by CNB, with the

2

CASE NO. 2:21-CV-02927-CAS-GJS
HAMILTON DECL. I/S/O NON-PARTY CITY
NATIONAL BANK'S MOT. TO QUASH SUBPOENA

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

account number except for the last four digits and other private banking information redacted.

7. Attached hereto as **Exhibit 5** is a true and correct copy of a redacted letter from the Receiver dated August 5, 2022 received by CNB, with the account number except for the last four digits and other private banking information redacted.

8. CNB voluntarily and cooperatively responded to these requests pursuant to the Receiver's representations in the letters and the Court's Receivership Order. CNB expended substantial time and legal expense in voluntarily responding to the Receiver's requests.

9. In total, CNB produced over 2,000 documents to the Receiver in productions dated March 14, 2022; March 22, 2022; April 28, 2022; May 20, 2022; August 24, 2022; October 24, 2022; and November 9, 2022.

10. Additionally, between July 2022 and November 2022, CNB worked collaboratively with the Receiver to respond to the Receiver's letters dated July 26, 2022 and August 5, 2022, requesting that CNB take certain actions with respect to an account and a loan each in the name of Rogue Black LLC, which were subject to the Asset Freeze Orders. Specifically, CNB and the Receiver's efforts ultimately resulted in a stipulation between the Securities and Exchange Commission and the Receiver and subsequent Order from this Court lifting the Asset Freeze Orders in order to (1) pay off and close a loan CNB made to Rogue Black LLC using funds from an account at CNB in the name of Rogue Black LLC, (2) close the Rogue Black LLC account, and (3) turn over the balance of the account to the Receiver. *See* Stipulation Requiring City National Bank to Transfer Funds from and Subsequently Close Rogue Black LLC Accounts [ECF # 130]; Order Requiring City National Bank to Transfer Funds from and Subsequently Close Rogue Black LLC Accounts [ECF # 131].

3

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO. 2:21-CV-02927-CAS-GJS
HAMILTON DECL. I/S/O NON-PARTY CITY
NATIONAL BANK'S MOT. TO QUASH SUBPOENA

11. On January 5, 2023, Kathy Bazoian Phelps of Raines Feldman LLP ("Raines Feldman"), conflicts counsel for the Receiver, left a voice message for my colleague, Manny Abascal, to discuss this matter. This was the first time that CNB or its counsel had been contacted by Raines Feldman. Mr. Abascal, Ms. Phelps, and I then had a call later that afternoon to discuss the matter, which included a request from Raines Feldman that CNB enter into a tolling agreement for the Receiver to bring any claims against CNB. CNB declined the Receiver's request. Attached hereto as **Exhibit 6** is a true and correct copy of an email Kathy Bazoian Phelps, a partner at Raines Feldman, sent to Mr. Abascal and me on January 5, 2023.

12. On January 11, 2023, the Receiver served a Subpoena To Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises In A Civil Action upon CNB (the "Subpoena"). A true and correct copy of the redacted Subpoena with individual names and entities redacted is attached hereto as **Exhibit 7 and filed under Seal**.

13. Pursuant to Local Rule 37-1, counsel for CNB and Ms. Phelps conducted a good faith effort to eliminate the necessity for hearing the motion to quash or to eliminate as many of the disputes as possible. First, counsel for CNB and the Receiver met in-person on February 22, 2023 at the Raines Feldman Los Angeles office, but were not able to reach an agreement. However, counsel agreed to continue their good faith discussions. Counsel for CNB and Ms. Phelps corresponded via email and ultimately met again via video conference on March 6, 2023. Counsel for the CNB and the Receiver then continued to meet and confer by

///

///

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO. 2:21-CV-02927-CAS-GJS
HAMILTON DECL. I/S/O NON-PARTY CITY
NATIONAL BANK'S MOT. TO QUASH SUBPOENA

1  email.  Despite all of their good faith efforts, counsel for CNB and the Receiver
2  were not able to reach a resolution to eliminate or narrow the relief sought in the
3  motion to quash.  Counsel for CNB and the Receiver agreed to a deadline of March
4  15, 2023, for CNB to file its motion to quash and serve its objections to the
5  Subpoena.

6       I declare under penalty of perjury under the laws of the State of California
7  and the United States of America that the foregoing is true and correct.

9       Executed on March 15, 2023 in Los Angeles, California.

                                                           Joshua G. Hamilton

5

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO. 2:21-CV-02927-CAS-GJS
HAMILTON DECL. I/S/O NON-PARTY CITY
NATIONAL BANK'S MOT. TO QUASH SUBPOENA