LATHAM & WATKINS LLP
  Manuel A. Abascal (Bar No. 171301)
    *manny.abascal@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

LATHAM & WATKINS LLP
  Joshua G. Hamilton (Bar No. 199610)
    *Joshua.Hamilton@lw.com*
10250 Constellation Blvd, Suite 1100
Los Angeles, California 90069
Telephone: +1.424.653.5500
Facsimile: +1.424.653.5501

Attorneys for Non-Party
City National Bank

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>ZACHARY HORWITZ, et al.,<br><br>    Defendants. | Case No. 2:21-CV-02927-CAS-GJS<br><br>**DECLARATION OF MICHAEL MALLON IN SUPPORT OF NON-PARTY CITY NATIONAL BANK'S MOTION TO QUASH SUBPOENA**<br><br>Hearing Date: April 24, 2023<br>Hearing Time: 3:00 p.m.<br>Courtroom: 640<br>Address: 255 E. Temple St., 6th Fl.<br>Los Angeles, CA 90012<br><br>Hon. Christina A. Snyder<br>Hon. Gail J. Standish<br><br>DISCOVERY MATTER |

I, Michael Mallon, declare as follows:

1. I am a Senior Vice President ("SVP") in the Entertainment Banking Division of City National Bank ("CNB"). I have worked at CNB since December 2009. Between December 2009 and December 2018, I worked my way up from Assistant Vice President, to Vice President, to Senior Vice President. I began working in CNB's Entertainment Division as a Vice President in March 2012. In December 2018, I became a SVP. In my current role, I manage a team of nine Account Managers serving the banking and credit needs of a portfolio primarily consisting of business management and Entertainment-related corporate clients.

2. Between August 2012 and December 2019, One N Million Productions, LLC; 1inMM Productions, LLC; 1inMM Capital, LLC; Rogue Black LLC; LayJax Ventures LLC; and MJLZ Trust (collectively, the "1inMM Related Clients") opened accounts at CNB. Zachary Horwitz signed or co-signed on behalf of the 1inMM Related Clients, except for MJLZ Trust, at the time they opened their accounts.

3. Beginning in around 2016, and continuing through the present, I have managed the 1inMM Related Clients' accounts at CNB. In managing client relationships, we provide appropriate solutions for clients' personal and business banking needs. Our services can include deposit accounts, credit cards, cash management, wealth management, and lending. Based on my management of the 1inMM Related Clients' accounts and my familiarity with the account opening documents that they executed and the corresponding CNB disclosures and agreements to which they agreed to be bound, I have personal knowledge of the matters recited herein, and if called upon to testify concerning them, I could and would testify competently thereto.

4. **Exhibits A** through **F**, attached to my declaration, are true and correct copies of the account opening documents for the 1inMM Related Clients' accounts, with the account numbers (except for the last four digits) and other

1 private banking and/or tax information redacted. **Exhibits A** through **E** are a form of account opening document entitled "Business Account Agreement" for (in sequence from **A** to **E**): One N Million Productions, LLC; 1inMM Productions, LLC; 1inMM Capital, LLC; Rogue Black LLC; and LayJax Ventures LLC. **Exhibit F** is a form of account opening document entitled "Personal Account Agreement" for MJLZ Trust.

5. As evidenced in **Exhibits A** through **F**, when each of the 1inMM Related Clients opened accounts at CNB, it acknowledged receipt of, and agreed to be bound by, (a) CNB's Account Agreement and Disclosures ("Account Agreement") and (b) CNB's Treasury Management Services Disclosure and Agreement ("Services Agreement") with respect to any of CNB's Treasury Management Services for which it enrolled.

6. **Exhibits G** and **H**, attached to my declaration, are true and correct copies of Treasury Management All-In-One agreements for, respectively, 1inMM Productions, LLC; and Rogue Black LLC, with the account numbers (except for the last four digits) and other private banking and/or tax information redacted. **Exhibits G** and **H** are the agreements by which 1inMM Productions, LLC and Rogue Black LLC enrolled in certain of CNB's Treasury Management Services.

7. Since 2012, CNB has updated its Account Agreement and Services Agreement several times.

8. **Exhibit I**, attached to my declaration, is a true and correct copy of CNB's Account Agreement, effective May 29, 2007.

9. **Exhibit J**, attached to my declaration, is a true and correct copy of CNB's Account Agreement, effective October 1, 2012.

10. **Exhibit K**, attached to my declaration, is a true and correct copy of CNB's Account Agreement, effective November 1, 2016.

11. **Exhibit L**, attached to my declaration, is a true and correct copy of CNB's Account Agreement, effective October 1, 2019.

12. **Exhibit M**, attached to my declaration, is a true and correct copy of CNB's Account Agreement, effective September 1, 2020.

13. **Exhibit N**, attached to my declaration, is a true and correct copy of CNB's current Account Agreement, effective February 1, 2023.

14. **Exhibit O**, attached to my declaration, is a true and correct copy of CNB's Services Agreement, revised August 2011.

15. **Exhibit P**, attached to my declaration, is a true and correct copy of CNB's Services Agreement, revised August 2014.

16. **Exhibit Q**, attached to my declaration, is a true and correct copy of CNB's current Services Agreement, revised November 2022.

17. **Exhibits A** through **Q** to my declaration are true and authentic copies of documents or records: (a) made by CNB employees with knowledge of the events to which they relate, at or near the times of those events, and as a regular practice of CNB's business activities; (b) kept by CNB in the course of CNB's regularly conducted business activities; and (c) relied upon as part of CNB's regular business activities.

18. As shown in **Exhibit A** (Business Account Agreement between CNB and One N Million Productions, LLC), One N Million Productions, LLC opened business account no. XXXXX0616 on or about August 28, 2012. At that time, the Account Agreement in **Exhibit I**, with an effective date of May 29, 2007, was in effect. By executing the Business Account Agreement in **Exhibit A**, One N Million Productions, LLC acknowledged receipt of CNB's then-effective Account Agreement, and agreed that the terms and conditions set forth in that Account Agreement, as amended from time to time, governed its business relationship with CNB, each bank account established with CNB, and any banking services CNB provided with respect to the account.

19. As shown in **Exhibit B** (Business Account Agreement between CNB and 1inMM Productions, LLC), 1inMM Productions, LLC opened business

account no. XXXXX1130 on or about March 14, 2013.  As shown in **Exhibit C** (Business Account Agreement between CNB and 1inMM Capital, LLC), 1inMM Capital, LLC opened business account no. XXXXX0290 on or about December 13, 2013.  At those times in 2013, the Account Agreement in **Exhibit J**, with an effective date of October 1, 2012, was in effect.  By executing the Business Account Agreements in **Exhibits B** and **C**, respectively, 1inMM Productions, LLC and 1inMM Capital, LLC acknowledged receipt of CNB's then-effective Account Agreement, and agreed that the terms and conditions set forth in that Account Agreement, as amended from time to time, governed their business relationships with CNB, each bank account established with CNB, and any banking services CNB provided with respect to those accounts.

20.  As shown in **Exhibit C** (Business Account Agreement between CNB and 1inMM Capital, LLC), 1inMM Capital, LLC added business account no. XXXXX2944 on or about March 27, 2017.  At that time, the Account Agreement in **Exhibit K**, with an effective date of November 1, 2016, was in effect.  By executing the Business Account Agreement in **Exhibit C**, 1inMM Capital, LLC acknowledged receipt of CNB's then-effective Account Agreement, and agreed that the terms and conditions set forth in that Account Agreement, as amended from time to time, governed its business relationship with CNB, each bank account established with CNB, and any banking services CNB provided with respect to the account.

21.  As shown in **Exhibit D** (Business Account Agreement between CNB and Rogue Black LLC), Rogue Black LLC opened business account no. XXXXX1710 on or about June 20, 2017.  As shown in **Exhibit E** (Business Account Agreement between CNB and LayJax Ventures LLC), LayJax Ventures LLC opened business account no. XXXXX7302 on or about November 15, 2018. At those times in 2017 and 2018, the Account Agreement in **Exhibit K**, with an effective date of November 1, 2016, was in effect.  By executing the Business

4

Account Agreements in **Exhibits D** and **E**, respectively, Rogue Black LLC and LayJax Ventures LLC acknowledged receipt of CNB's then-effective Account Agreement, and agreed that the terms and conditions set forth in that Account Agreement, as amended from time to time, governed their business relationships with CNB, each bank account established with CNB, and any banking services CNB provided with respect to those accounts.

22.   As shown in **Exhibit F** (Personal Account Agreement between CNB and MJLZ Trust), MJLZ Trust opened an account on or about December 26, 2019. At that time, the Account Agreement in **Exhibit L**, with an effective date of October 1, 2019, was in effect.  By executing the Personal Account Agreement in **Exhibit F**, MJLZ Trust acknowledged receipt of CNB's then-effective Account Agreement, and agreed that the terms and conditions set forth in that Account Agreement, as amended from time to time, governed its relationship with CNB, each bank account established with CNB, and any banking services CNB provided with respect to the account.

23.   As shown in **Exhibit G** (Treasury Management All-In-One Agreement between CNB and 1inMM Productions, LLC), 1inMM Productions, LLC enrolled in certain Treasury Management Services on or about July 29, 2013. At that time, the Services Agreement in **Exhibit O**, revised in August 2011, was in effect.  By executing the Treasury Management All-In-One Agreement in **Exhibit G**, 1inMM Productions, LLC acknowledged receipt of CNB's then-effective Services Agreement and agreed to adhere to the terms and conditions set forth in that Services Agreement.

24.   As shown in **Exhibit H** (Treasury Management All-In-One Agreement between CNB and Rogue Black LLC), Rogue Black LLC enrolled in certain Treasury Management Services on or about November 6, 2017.  At that time, the Services Agreement in **Exhibit P**, revised in August 2014, was in effect. By executing the Treasury Management All-in-One Agreement in **Exhibit H**,

Rogue Black LLC acknowledged receipt of CNB's then-effective Services Agreement and agreed to adhere to the terms and conditions set forth in that Services Agreement.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and understanding.

Executed on March 15, 2023 in Los Angeles, California.

_____
Michael Mallon