# EXHIBIT A



**BUSINESS ACCOUNT AGREEMENT**

## GENERAL ACCOUNT INFORMATION

Account Holder(s) ("Client")/dba: ONE N MILLION PRODUCTIONS, LLC, A CA LIMITED LIABILITY COMPANY

Type of Account: Business Checking    Account Number: ████0616
Mailing Address: ████████████
Telephone: Information on File    E-Mail/Fax: Information on File

**MINIMUM NUMBER OF SIGNATURES REQUIRED FOR AUTHORIZED WITHDRAWAL:** 1

Signature Message Code: NONE

## CHECK CARD AUTHORIZATION

By signing below, I/We authorize and instruct CNB to issue a Check Card to each Account Owner and Authorized Signer unless otherwise restricted. I/We agree that the additional terms and conditions of the City National Bank Check Card Agreement and Electronic Funds Transfer Disclosure Statement, which will be provided with the card(s), will govern the account(s) and Check Card(s) issued. If these terms, conditions, fees and any charges thereto are not acceptable to me/us, I/We will close the account or discontinue the service.

### Taxpayer Information

BY SIGNING THE "AGREEMENT BY CLIENT" BELOW, I/WE DECLARE UNDER PENALTY OF PERJURY THAT THE CORRECT TAXPAYER IDENTIFICATION NUMBER OF THE ACCOUNT HOLDER TO BE USED FOR TAX REPORTING PURPOSES IS ████1063

THE ACCOUNT HOLDER IS NOT SUBJECT TO BACKUP WITHHOLDING BECAUSE OF UNDERREPORTING OF INTEREST OR DIVIDENDS AND IS A U.S. PERSON (INCLUDING A U.S. RESIDENT ALIEN) UNLESS CHECKED HERE

☐ The account holder is subject to backup withholding and has not been notified by the Internal Revenue Service that backup withholding has been terminated

NON-RESIDENT ALIENS AND FOREIGN ENTITIES (Check here only if applicable)

☐ The account holder is exempt from backup withholding and information reporting. An appropriate IRS Form W-8 foreign status certificate has been completed

Government Regulation may require that CNB report interest income information.

### CERTIFICATION OF AUTHORITY

By signing the "Agreement by Client" below, each signer declares under penalty of perjury under the laws of the state where signed that the following is true and correct (1) The signer holds the title, office, or position indicated and is authorized by the Client to make this declaration and sign the Agreement on behalf of the Client, (2) If the Client is (a) a sole proprietorship, the signer is the sole proprietor, (b) a partnership, the signer is a general partner, or a managing partner, (c) a limited liability company, the signer is the Manager or Member designated to act on behalf of the Client or the signers are all of the Managers or Member so designated, (3) The signer is authorized to enter into deposit, fund transfer brokerage, investment and treasury management agreement and deposit service agreement(s) on behalf of Client and to designate person(s) authorized to (a) act on behalf of Client and (b) designated persons as 'Authorized Signers' on any accounts of Client established hereunder, and (4) When signed below no other person's signature or authorization is required to make the Agreement by Client binding and enforceable on the Client (5) This authorization is in addition to all other authorizations now in existence

**AGREEMENT BY CLIENT**

On behalf of the named Client, by signing below I/we acknowledge receipt of the Account Agreement and Disclosures and applicable disclosures and fee schedule(s) containing the terms, conditions and fees governing the account(s), products and services designated above and any accounts designated under "Additional Accounts" below and any products and services later contracted for, as amended by disclosures and fee schedule(s) provided at the time of contracting I/We agree that these terms, conditions and fees govern each account established with City National Bank ("CNB") or City National Securities, Inc ("CNS") and each service now or later contracted for, as amended by later disclosures I/We agree that CNB or CNS may provide additional terms, conditions and fees from time to time, depending upon the products and services selected by me/us and that CNB or CNS may amend or change these terms, conditions and fees from time to time on any required notice If any terms, conditions, fees and any changes thereto are not acceptable to me/us, I/we will close the account(s) or discontinue the service Where applicable, my/our continued use of the products and/or services after receipt of the terms, conditions, fees and amendments constitute my/our acceptance of such terms, conditions, fees and amendments thereto I/We agree that the Authorized Signer(s) may withdraw funds and initiate and confirm payment orders pursuant to the security procedure selected respecting the account(s) and each Authorized Signer may establish additional accounts with CNB or CNS in the same name(s) and subject to the same signing authority stated above, contract for additional services for the account(s), and otherwise give instruction to CNB or CNS If I/We indicated we would like information about the products and services of CNS you are authorized to share information about me/us between CBS and CNS

**FURTHER AGREEMENT FOR TREASURY MANAGEMENT**

Capitalized terms used in this Authorization and Agreement, not otherwise defined, have the meanings given to them in the City National Bank Treasury Management Services Disclosure and Agreement (the "Agreement")

By signing below, the undersigned, on behalf of the Business Organization named below (the "Client"), acknowledges receipt of the Agreement and agrees to adhere to the terms and conditions contained in the Agreement, any applicable User Documentation, setup forms, related documents, and any other disclosures provided to the Client with regard to the provision of one or more City National Bank Treasury Management Services

The Agreement supersedes other treasury management service agreements between the Client and CNB For certain Treasury Management Services, the Agreement authorizes on page 5 the Client's System Administrator to assign passwords, user names, and Personal Identification Numbers to persons that will enable the persons to conduct transactions on deposit accounts set up on the Treasury Management Service, <u>notwithstanding the signing authority identified in the deposit agreement</u> The System Administrator may also designate one or more other persons to perform these same functions the System Administrator is authorized to perform (each such person being called a "User Administrator") THE AGREEMENT ALSO PROVIDES FOR BINDING ARBITRATION OF DISPUTES

The Client may from time to time request CNB to provide one or more of the Services described in the Agreement Subject to CNB's approval, the Client may begin to use any Service requested once CNB has received all required forms properly completed and the Client has successfully fulfilled any applicable user requirements, including but not limited to testing and training

Further, the undersigned represents and warrants that the Client has taken all actions required to authorize the undersigned on behalf of the Client to execute and deliver this Authorization and Agreement and any other documents CNB may require with respect to a Service and that, when signed by the undersigned, this Authorization and Agreement is the valid and binding act of the Client

I/We certify to CNB and CNS that all the information on this Agreement is true and correct I/We authorize CNB to obtain a ChexSystem or other similar report on Client and to report information I/We authorize CNB to obtain a ChexSystem or other similar consumer report on each of us signing below and to report information If I ask, CNB will tell me whether a consumer report was ordered and, if one was ordered, the name and address of the consumer reporting agency that furnished it

**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid back up withholding**

SIGN IN BLACK INK ONLY AND ON THE SIGNATURE LINE BELOW

Signature: _[signature]_
Name/Title: ZACHARY HORWITZ / Managing Member
Date: 8-28-2012   Place of Signing: Los Angeles, CA
(City and State)

**AUTHORIZED SIGNERS (SIGN IN BLACK INK ONLY AND SIGN IN BOX BELOW)**

X _[signature]_ Sign here

Name: ZACHARY HORWITZ
Title: Managing Member
Restriction/Alias Name/Facsimile

EXHIBIT A
9

## BANK USE ONLY

| | | |
|---|---|---|
| Today's Date / Time<br>8/24/2012 3 33 PM  09-13-18 | Opened By | Opening Deposit  $0 00 |
| Supersedes Card Dated<br>**TEMPORARY CARD**<br>**NO SIGNATURE** | Superseded B | |
| Officer(s)  06672, 06630 | LLC Operating Agreement<br>__ Attached  __ Not in writing per ___ | Is the entity doing business in the state the account is opened? Yes or No       Yes |
| Original Opening Date<br>08-24-12 | Reviewed By | |
| Date Closed | Reason Closed | Type of Business/NAICS Code<br>FILM PRODUCTION |

## ADDITIONAL ACCOUNTS
Client authorizes the following additional accounts

| ACCOUNT INFORMATION | | OPENED | | REVIEWED BY | DATE CLOSED | CLOSING REASON |
|---|---|---|---|---|---|---|
| TYPE | ACCOUNT NO | DATE | BY | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

*RECEIVED SEP 13 2012 CENTRAL OPS #025 NEW ACCOUNTS SERVICES SUPERSEDES*

*RECEIVED SEP 13 2012 CENTRAL OPS, #025 NEW ACCOUNTS SERVICES*

EXHIBIT A
10