# EXHIBIT I

EXHIBIT I
43

# Account Agreement
# and Disclosures

Effective May 29, 2007



EXHIBIT I
44

# TABLE OF CONTENTS

**WELCOME TO CITY NATIONAL BANK!**.........................1

**INTRODUCTION** .........................................................2

**ACCOUNT OWNERSHIP** ............................................2

BUSINESS ACCOUNTS ...................................................2

PERSONAL ACCOUNTS ..................................................3

    *Individual*....................................................................3

    *Joint Tenancy (with Right of Survivorship)* ....................3

    *Bank Account Trust (Totten Trust)*.................................3

    *Community Property (Available Where Allowed by Law)* ...........................................................................4

    *Fiduciary (Trusts, Estates, Guardianships, etc.)* ..............4

    *Pay-on-Death Instruction (Available Where Allowed by Law)* ...................................................................4

    *Tenancy-in-Common* .....................................................4

    *Transfers to Minors* .....................................................4

**SPECIAL PRODUCTS AND FEATURES** ............................5

    *Discount Brokerage Services* ..........................................5

    *Investment Sweep Account* .............................................5

    *Trust and Investment Services*.........................................5

    *Cash Management Products and Other Business Services*.......................................................................5

    *City National Online Banking Service*.............................5

    *International Banking Services*........................................5

**GENERAL CLIENT DUTIES AND RESPONSIBILITIES** .....................................................6

    *Statement Review*...........................................................6

    *For New York Accounts*..................................................6

    *For All Business Accounts* ..............................................6

    *In General*....................................................................6

    *Check Stock Protection* ..................................................6

    *Statement Reconciliation* ...............................................6

**TERMS FOR TRANSACTION ACCOUNTS** ......................7

    *How We Process and Pay Checks*....................................7

    *Checks Lost in Transit* ...................................................7

    *Cashed or Deposited Items Returned Unpaid* ..................7

    *"Payable At" or "Payable Through" Checks*.................8

    *Stop Payment Orders on Checks You Write* .....................8

    *Stopping Payment on a Check We Issue* ..........................9

    *Postdated Checks* .........................................................10

    *Stale Dated and Stale Checks* .......................................11

    *Checks Presented Bearing Notations*.............................11

    *Checks Presented Against Insufficient Funds*.................11

    *Checks Presented Against Uncollected Funds* ...............11

    *Checks Presented for Payment Before the Covering Deposit is Credited*........................................................12

    *Checks Presented by Electronic Means*..........................12

    *Copies of Checks Presented for Payment* .......................12

    *Checks Presented for Cash Payment* .............................13

    *Checks Returned or Claims for Forged or Unauthorized Signature or Indorsement or Alteration* ..13

    *Check Stock and Deposit Slips*......................................13

EXHIBIT I
45

**TERMS FOR INTEREST-BEARING ACCOUNTS** .......... 14
    *Notice for Withdrawal* ................................................ *14*
    *Early Withdrawal of Time Deposits* ............................... *14*
    *Excessive Activity* ................................................... *14*

**ELECTRONIC FUND TRANSFER SERVICES** ................. 14
  CONSUMER ELECTRONIC FUND TRANSFER
  SERVICES ............................................................... 15
    *CNB Check Card Transactions and CNB ATM Card*
    *Transactions* .......................................................... *15*
    *Using Your CNB Check Card or Your CNB ATM*
    *Card at Automated Teller Machines* ............................. *19*
    *Point-of-Sale Transactions* ......................................... *20*
  YOUR RESPONSIBILITY IN CASE OF LOSS OR
  THEFT OF YOUR CNB CHECK CARD OR YOUR
  CNB ATM CARD, OF YOUR PIN FOR EITHER CARD
  OR IN CASE OF AN UNAUTHORIZED
  TRANSACTION ........................................................ 20
    *Telephone Banking Service and Account-to-Account*
    *Transfer Service* ..................................................... *21*
    *About Your Personal Identification Number ("PIN")*
    *and Your Security Code* ............................................ *21*
    *Preauthorized Transfer Transactions* ............................ *21*
    *Notification of Preauthorized Deposits* ......................... *22*
    *Stop Payment Procedure for Preauthorized Payments* .. *22*
  IF YOU ARE A CONSUMER AND DISCOVER
  ERRORS OR HAVE QUESTIONS ABOUT YOUR
  STATEMENT OR ANY TRANSACTION ...................... 22
    *Limitation on Actions for EFT Transactions* ................. *23*
  BUSINESS ELECTRONIC FUND TRANSFER
  SERVICES ............................................................... 23
    *CNB Business Check Card Transactions and CNB*
    *Business ATM Card Transactions* ................................. *23*
    *Using Your CNB Business Check Card or Your CNB*
    *Business ATM Card at Automated Teller Machines* ....... *27*
    *Point-of-Sale Transactions* ......................................... *28*
    *Telephone Banking Service and Account-to-Account*
    *Transfer Service* ..................................................... *28*
    *About the Personal Identification Number ("PIN")*
    *for Business Transactions and Your Security Code* ........ *28*
    *Preauthorized Transfer Transactions* ............................ *29*
    *Stop Payment Procedure for Preauthorized Payments* .. *29*
  OTHER ELECTRONIC FUND TRANSFERS ................. 30
    *Fund Transfer Payment Order Security Procedures* ...... *30*
    *Exceptions to Use of Security Procedures* ..................... *31*
    *Fund Transfer Cut-Off Times* ...................................... *31*
    *Right to Reject a Fund Transfer* ................................... *31*
    *Right to Limit the Amount of a Fund Transfer* ............... *31*
    *Accurate Account Number and Beneficiary or Bank*
    *Information – Effect of Inconsistent Information* .......... *31*
    *ACH Provisional Payment Rule* ................................... *31*
    *Notice of Incoming Fund Transfers* .............................. *32*
    *Incoming Third-Party Transfers* ................................... *32*
    *Cancellation or Amendment of Fund Transfers* ............. *32*
    *Unauthorized Fund Transfers* ...................................... *32*
    *Erroneous Fund Transfers You Order* ........................... *32*
    *Notice of Erroneous or Unauthorized Fund Transfers* ... *32*
    *International Fund Transfers* ........................................ *32*
    *International Fund Transfers Currency Conversion*
    *and Exchange Rate Risk* ............................................ *33*

EXHIBIT I

*Interest Compensation*..........................................33
*Limitation of Liability for Circumstances Beyond Our Control*..........................................33
IF YOU HAVE QUESTIONS ABOUT A BUSINESS OR OTHER FUND TRANSFER..........................................33
*Limitation on Actions for Business and Other Fund Transfer Transactions*..........................................33

**GENERAL ACCOUNT INFORMATION AND TERMS..34**
*Account Statements and Check Images*..........................................34
*Account Verification*..........................................34
*Address Changes*..........................................35
*Agents Acting Under Power of Attorney*..........................................35
*Account Ownership Change*..........................................35
*Amendments and Changes*..........................................35
*Assignment of Account Ownership Interest*..........................................36
*Authorized Signers*..........................................36
*Bank and Client Account Relationship*..........................................37
*Business Accounts*..........................................37
*Business Days*..........................................37
*"Cut-Off" Times*..........................................37
*Check Indorsement Requirements*..........................................37
*Circumstances Beyond Our Reasonable Control*..........................................38
*Collection of Checks and Other Items*..........................................39
*Compliance with Law*..........................................39
*Conduct of Business Activity*..........................................39
*Confidentiality*..........................................39
*Contract Language*..........................................39
*Death or Incapacity of Account Owners or Signers*..........................................40
*Demand Drafts*..........................................40
*Deposits to Accounts*..........................................40
*Deposit Total Adjustments*..........................................41
*Direct Deposit Plan Refund Claim*..........................................41
*Disputes Between Parties to an Account*..........................................41
*Duty to Cooperate*..........................................41
*Deposit Insurance Coverage*..........................................41
*Employee Benefit Plan Funds "Pass Through" Deposit Insurance Coverage*..........................................42
*Facsimile Signatures*..........................................43
*Fees and Charges*..........................................43
*Foreign Currency Items*..........................................43
*Governing Law*..........................................43
*Holds for Uncollected Funds/Delayed Funds Availability*..........................................44
*Inactivity and Unclaimed Accounts*..........................................46
*Income Tax Reporting and Withholding*..........................................46
*Instructions by Facsimile Transmission or Electronic Mail Transmission and Instructions Received at Telephone Answering Machines*..........................................46
*Large Currency Transaction Reports*..........................................47
*Substitute Check Policy*..........................................47
*Suspicious Activity Reports*..........................................48
*Suspicion of Elder or Dependent Adult Financial Abuse*..........................................48
*Legal Process*..........................................48
*Limitation on Actions*..........................................49
*Limitation on Cash Withdrawal*..........................................49
*Limitation on Liability*..........................................49
*Loss Recovery*..........................................49
*Notice of Severability and Headings*..........................................50

EXHIBIT I

*Order of Posting* ........................................................... *50*
*Our Regulators* ............................................................. *50*
*Overdraft Liability* ....................................................... *50*
*Photography* ................................................................. *50*
*Records Retention* ........................................................ *50*
*Right of Setoff* ............................................................. *50*
*Right to Close Accounts* ............................................... *51*
*Accounts Closed for Cause* .......................................... *51*
*Sub-Accounts* ............................................................... *51*
*Telephone Monitoring and Recording* ........................... *51*
*Usury Saving Clause* .................................................... *52*
*Waiver or Delay* ........................................................... *52*

**DISPUTE RESOLUTION – FOR ACCOUNTS  AND
SERVICES ..............................................................52**
*Dispute Definition* ........................................................ *52*
*Disputes Not Eligible for Binding Arbitration*................ *52*
*Dispute Resolution – Binding Arbitration* ..................... *53*
*Preservation of Remedies*.............................................. *53*
*Miscellaneous* ............................................................... *54*

**GLOSSARY OF TERMS AND ACRONYMS....................55**

**NOTICE TO AUTOMATED TELLER MACHINE
USERS ...................................................................56**

**NOTICE TO ACCOUNT HOLDERS ...............................57**
*Avoiding Fraud*.............................................................. *57*
*Avoiding Fees and Charges* ........................................... *58*

**SAFEGUARDING YOUR PRIVACY (PRIVACY
NOTICE) ................................................................59**
*Our Commitment To You* ............................................... *59*
*Information We Collect* ................................................. *59*
*Disclosure of Information* ............................................. *60*
*How We Protect You* ..................................................... *60*
*Frequency of Notices*..................................................... *61*
*Definition of Terms*....................................................... *61*

EXHIBIT I
48

## WELCOME TO CITY NATIONAL BANK!

This *Account Agreement and Disclosures* brochure contains terms and conditions for the agreements that govern the deposit products and many of the banking services we make available to you as well as your use of these products and services and our facilities. This brochure, the fee schedule for the product or service you are using and any related agreement, disclosures or description we may provide you for a particular product or service make up our legal disclosure to you and are the agreement between you and us. They are designed to be used together and they explain much about our products and services and your rights and responsibilities when you use our products and services. We encourage you to read them carefully. If you do not understand anything we have written, please ask us for an explanation. When you sign your account agreement and any related agreements with us or when you first receive services from us, you agree to the terms and conditions stated in these agreements and disclosures and you agree to pay our associated fees and charges. You are legally bound by these agreements and so are we. Please keep this brochure, the fee schedule, any related agreement or descriptions and any changes we may send you in the future for your reference. If you need another copy of this brochure, a fee schedule or any related agreement or description or wish further information about our products and services, please contact your relationship manager, a client services representative or a member of our branch staff. You may also call us at the telephone number listed on your statement or visit us at our Internet Web site, **cnb.com**.

**PLEASE NOTE, THIS BROCHURE CONTAINS THE TERMS OF OUR DISPUTE RESOLUTION PROGRAM WHICH, UPON YOUR REQUEST OR OUR REQUEST, REQUIRES MANDATORY ARBITRATION OF MOST DISPUTES ARISING UNDER OUR AGREEMENTS WITH YOU. IF ARBITRATION IS REQUIRED, YOU WILL NOT HAVE THE RIGHT TO A JURY OR COURT TRIAL TO RESOLVE A DISPUTE. THE TERMS OF THE PROGRAM ARE ON PAGE 52. PLEASE READ THEM CAREFULLY.**

Please remember that you must review promptly the banking statements or notices we provide or otherwise make available to you. If you use a bookkeeper or other person to review your statements, you should still review your statements yourself or have a person, other than the person who prepares your checks, review your statements. Our experience has shown that clients who review their statements promptly and use reasonable business safeguards are best able to discover and report errors or unauthorized transactions to us. We need your help to protect your account. If you fail to review your statement promptly and there are errors or unauthorized transactions, you may suffer a loss.

Throughout this brochure, when we refer to "CNB" or "the Bank" or "we" or "us" or "our" we mean City National Bank and each of our vendors providing one or more of our services to you on our behalf unless the context clearly indicates otherwise. When we refer to our "client" or "you" or "your" we mean each person or entity having an ownership interest in the account established with us or using a service we provide and, unless otherwise indicated, any person authorized to sign on any account established by you with us.

EXHIBIT I
49

We are proud of the banking services we offer and trust they will be of value to you. We encourage you to compare our service and our prices with those of other financial institutions.

All of us at City National Bank thank you for your business and look forward to serving all your financial needs.

NOTE: The terms, conditions and agreements in this brochure amend and restate the terms, conditions and agreements governing your account relationship with us which may have been stated in any prior *Account Agreement and Disclosures* brochure or other agreement provided to you. Our current personal and business account fee schedules supplement this brochure. When the text refers to a charge or fee, please look in the appropriate fee schedule. The fee schedules and this brochure are subject to change by us at any time.

## INTRODUCTION

City National Bank makes available a variety of checking, savings and time deposit accounts, retirement plan arrangements, trust and non-insured investment products, cash management and other banking services. We provide safe deposit box service at selected locations. We also provide custom banking services for clients with special banking requirements.

This brochure discusses deposit account and related services and the facilities we use to provide them to you.

Our relationship managers and client services representatives are available to assist you to select accounts and services that best suit your needs. You are responsible to know and understand the terms and conditions stated in this brochure for the operation of the accounts and services you use and to inform persons acting on your behalf of these terms and conditions. By using our accounts and services you and the persons acting on your behalf agree to these terms and conditions. We may refuse to establish an account relationship or to provide our services at our discretion and we may terminate established account relationships or services at our discretion as well. We usually provide notice before we terminate a relationship or service.

We may rely on the information you provide to us in connection with an account and we may presume that it is correct and may continue to rely upon it until you notify us of a change.

## ACCOUNT OWNERSHIP

**BUSINESS ACCOUNTS**
Our accounts and services are available to corporations, professional corporations, limited liability companies, limited partnerships, general partnerships, limited liability partnerships, sole ownership businesses (sole proprietorships), unincorporated associations of persons, public agencies and foreign business entities. We also offer attorney-client trust accounts and we accept public funds and bankruptcy accounts as permitted by law. We may require documentation satisfactory to us before any account relationship is established and from time to time thereafter. This may include, but is not limited to, documentation identifying individuals who will be

EXHIBIT I
50

conducting business with us on behalf of a business or entity, evidence of the legal status of the business or entity, evidence that the business or entity is in good legal standing and current financial statements.

**PERSONAL ACCOUNTS**
Our personal accounts and services are available to individuals. Accounts established by individuals primarily for personal, family or household purposes are considered "consumer" accounts. You may open your account in your name alone as owner (an individual account) or you may share ownership of your account with one or more persons. You are solely responsible for determining the ownership of your account and for providing us information regarding that ownership. The type of account you select and the decisions you make about ownership have tax and estate planning consequences and may determine how the funds in the account pass on your death. If you have questions about the type of ownership your account should have, please discuss the questions with your attorney or tax advisor. If you need estate planning services, our professional staff in City National Wealth Management Services may also be available to assist you. We offer the following types of account ownership for individuals.

*Please note that your Last Will and Testament ("Last Will") may not control the disposition of funds held in some of these accounts.*

### Individual
The owner of the account is one individual. When the owner dies, ownership of funds in the account passes as part of the owner's estate to the owner's successor in interest under the owner's Last Will or by intestacy.

### Joint Tenancy (with Right of Survivorship)
The owners of the account are two or more individuals. All owners of the account have equal and undivided ownership in the whole account during their respective lifetimes. When an owner dies, the funds in the account belong to the surviving owner or owners automatically. Unless you and we specifically agree that your account is held in another capacity, each account held in joint tenancy is presumed to be held in joint tenancy with right of survivorship.

### Bank Account Trust (Totten Trust)
When an account is opened with ownership showing one party (the "trustee") "…in trust for…" another party (the "beneficiary") and there is no written trust agreement, in the absence of other facts, the trustee (who may be more than one person) is the owner of the account and the beneficiary (who also may be more than one person) has no interest in the account until the trustee, or all the trustees, dies. We will pay the funds in the account to the trustee during his or her lifetime or to the surviving trustee(s) if there is more than one trustee. When the last trustee dies, the balance in the account is paid to the surviving named beneficiary or, if there is more than one surviving beneficiary, to the beneficiaries in equal shares, unless we are otherwise instructed by the trustee in writing prior to the death of the trustee or last surviving trustee. The trustee must keep us informed about each beneficiary's location. However, we are not responsible to notify beneficiaries of the existence of the account or death of the trustee and we may not do so.

EXHIBIT I
51

### Community Property (Available Where Allowed by Law)

The owners of the account are married or are registered domestic partners under the law and each owner has an interest in the account. When one spouse or partner dies, ownership does not automatically pass to the surviving spouse or partner because the deceased spouse or partner can pass his or her interest by Last Will to someone else. To open a community property account you must clearly indicate on the account agreement that the account is held as "Community Property."

### Fiduciary (Trusts, Estates, Guardianships, etc.)

Executors, administrators, conservators, personal representatives, guardians or trustees under written trust agreements, court orders or other documents may open individual accounts as fiduciaries. We may require and you shall provide evidence of the authority of such person or persons to act, such as a copy of the court order appointing the fiduciary, or a copy of the trust instrument, or portions of the trust instrument or appropriate trustee certification. This documentation will verify that the person or persons opening the account is or are the designated fiduciary, his or her powers, the provisions for succession and any unusual provisions.

### Pay-on-Death Instruction (Available Where Allowed by Law)

Clients who maintain individual or joint tenancy accounts may designate a "pay-on-death" beneficiary or beneficiaries on a form provided by us. An individual account with such a beneficiary is owned by the individual and upon the owner's death we will deliver the funds in the account to the beneficiary or beneficiaries. A joint tenancy account with such beneficiary or beneficiaries is owned by the joint tenants. Upon the death of one joint tenant, the surviving joint tenant or tenants own the account. Upon the death of the last surviving joint tenant, we will deliver the funds to the then designated surviving beneficiary or beneficiaries. Any joint tenant or surviving joint tenant may change a beneficiary at any time. If there is more than one beneficiary, we will pay the funds in the account to the beneficiaries in equal shares, unless we are otherwise instructed by the owner in writing prior to the owner's death or the death of the last surviving owner. Each owner must keep us informed about each beneficiary's location. However, we are not responsible to notify a beneficiary of the existence of the account or the death of the owner and we may not do so.

### Tenancy-in-Common

All owners of the account have ownership in the account but the percentage of each owner's interest may vary. When an owner dies, that owner's interest in the account passes as part of the owner's estate to the owner's successor in interest under the owner's Last Will or by intestacy. The surviving owners are not entitled to the deceased owner's share by reason of the account ownership. To open a tenancy-in-common account you must clearly indicate on the account agreement that the account is held as "Tenants-in-Common."

### Transfers to Minors

A person may open an account under the provisions of law which allow for transfers or gifts to minors. The person opening the account is the custodian but the account is owned by the minor. If the custodian resigns, is removed or dies, upon satisfactory proof, we will deliver the funds to a successor custodian or to the minor in accordance with law. Please note: Unless otherwise allowed by law, there may be only one custodian and only one minor for each account. Also, where allowed by law you may delay the time for

EXHIBIT I
52

transfer of the account to the minor by special provision when the account is established. Consult us for details.

## SPECIAL PRODUCTS AND FEATURES

### Discount Brokerage Services*
Discount brokerage services are available through City National Securities, Inc., a member of the National Association of Securities Dealers and the Securities Investor Protection Corporation ("SIPC"). See your relationship manager or a client services representative at your branch for further information. A separate agreement is required.

### Investment Sweep Account*
You may appoint us to be your agent for the purpose of buying, selling and holding shares of the mutual funds made available by us and designated by you. You may designate a target balance to be maintained in your checking account with us and funds in excess of that target balance will be used to purchase the mutual fund shares. If your account balance falls below the target balance, we will redeem your available mutual fund shares and recredit your account. A fee may be charged for this service. For further information regarding available "sweep" products, see your relationship manager or a client services representative at your branch; a separate agreement may be required.

### Trust and Investment Services*
You may obtain a full range of fiduciary services including estate planning and management, probate and trust administration by separate agreement. See your relationship manager or a client services representative at your branch for further information.

> **\*IMPORTANT NOTE: Funds maintained in mutual funds and other investment products available through City National Securities, Inc. are NOT insured by the Federal Deposit Insurance Corporation or any other government entity; they are NOT deposits or other obligations of, nor are they guaranteed by, City National Bank or City National Corporation; and they are subject to investment risks, including possible loss of the principal invested.**

### Cash Management Products and Other Business Services
By separate agreement, you may obtain Information Reporting, Account Reconcilement, Automated Clearing House, Tax Payment, Controlled Disbursement, Lockbox, Courier, and a range of other business services. For further information, see your relationship manager or a client services representative at your branch.

### City National Online Banking Service
You may access and use our services through our Internet Web site, *cnb.com.* Our Online Banking Services include account data access, funds transfers and bill payment. A fee may be charged for these services. For further information, see your relationship manager or a client services representative at your branch. A separate agreement is required.

### International Banking Services
You may obtain a range of international banking services including letters of credit, trade finance and foreign exchange and trading services by separate agreement. For further information, see your relationship manager or a client services representative at your branch.

EXHIBIT I
53

## GENERAL CLIENT DUTIES AND RESPONSIBILITIES

### Statement Review

You are an important part of the check payment process as well as the process by which other transactions are conducted on your behalf by us. If you are a consumer, meaning a natural person, and your account is established primarily for personal, family or household purposes, you must review each statement and any notice we make available to you promptly but at most within 30 calendar days from the time we make the statement available. You must notify us within that time if your statement reflects a check or other item that is forged, altered or bears an unauthorized or missing signature or reflects any other unauthorized transaction. A 60-calendar-day period applies to consumer electronic fund transfers; see "If You Are a Consumer and Discover Errors or Have Questions About Your Statement or Any Transaction" on page 22.

### For New York Accounts

A shorter period for review applies to accounts maintained by consumers at a New York branch of City National Bank. As a New York branch consumer client, you must review your statement promptly when your statement is made available and notify us within 14 days if the statement reflects a forged or unauthorized item or transaction as stated above. The review period for consumer electronic fund transfers is the same as stated above.

### For All Business Accounts

A shorter period for review applies if you are a business or other client who is not a consumer. You must review each statement we make available to you within 14 calendar days from the time we make it available and notify us if the statement reflects a forged or unauthorized item or transaction.

### In General

You agree that the review times stated above are reasonable for purposes of examining your statement and notifying us of any unauthorized signature, alteration or other error or irregularity on the statement or any item accompanying the statement. If you fail to promptly review the statements and notices we make available to you and report irregularities to us as stated above, we will not be accountable or liable to you for any subsequent item wrongfully drawn or negotiated against your account in the same way or by the same wrongdoer and you will bear any associated loss.

### Check Stock Protection

You shall safeguard your blank check stock and notify us promptly if a check you write or a blank check of yours is lost or stolen. If a blank check is lost or stolen or any unauthorized transaction is conducted on your account and we ask you to close your account and open a new account, you shall do so. If you do not close your account as we request we may not, thereafter, be liable to you if unauthorized transactions continue on your account.

### Statement Reconciliation

You shall employ generally accepted accounting principles to safeguard the preparation and reconciliation of items drawn on your account. If you entrust the preparation and reconciliation of items drawn on your account to anyone other than yourself or, if you are a business, to the same person who prepares your checks, you will have monthly third party audits.

EXHIBIT I
54

Please review the important "Notice to Account Holders" on page 57 for further information regarding how you can prevent fraud and unauthorized transactions on your account and avoid unnecessary fees and charges. Your failure to take reasonable steps to safeguard your account may result in loss to you.

## TERMS FOR TRANSACTION ACCOUNTS

### *How We Process and Pay Checks*
We may process and pay checks, other items written against your account and other transactions by any method and in any order we consider reasonable. In most instances we process checks mechanically, relying upon magnetic ink character recognition (MICR) devices to "read" the figures printed at the bottom of your checks. This means a check you write may not be physically examined by us to determine if it is properly signed, drawn, indorsed or dated. We may physically examine checks and other items when an item is over an amount determined by us. The amount determined by us may change as often as daily. We may also examine and review items based on parameters established by us to detect fraud. Our payment practices conform to reasonable banking standards and you acknowledge that they are not negligent. You agree to report any forged, unauthorized or altered item accompanying a statement or other irregularity you find on a statement to us at once.

If we do physically examine a check or other item, we reserve the right to return that item unpaid without liability to you if we cannot determine to our satisfaction that the item was authorized by you. If we question an item presented for payment we may attempt to contact you, but we are not obligated to do so and if we are unable to contact you to confirm our authority to pay the item, we may return the item unpaid without liability to you. We do not charge a fee for returning an item we question.

### *Checks Lost in Transit*
When you cash or deposit a check or other item with us, we act as your agent to collect the item. The risk of loss of an item in the process of collection is on you. We may reverse any credit given and any interest earned or accrued for a deposited item that is lost in transit, and we may recover from any account you maintain with us the funds given to you for a cashed item which is lost in transit. You will do everything reasonably within your ability to promptly assist us to find, identify or replace a lost item, including but not limited to maintaining a record of the maker of items delivered to us for deposit and collection. We shall not be liable to you if an item is lost in the process of collection provided we exercised ordinary care in handling the item. In no event shall we be liable to you if you cannot identify the maker of the lost item.

### *Cashed or Deposited Items Returned Unpaid*
If a check or other item cashed by us for you or deposited into your account is returned to us unpaid at any time for any reason, at our discretion we may attempt to reclear the item for payment and place a hold on any funds in your account up to the amount of the item until final payment is determined or we may return the item to you, subtract the amount of that returned item from any account of yours maintained with us, including any investment account maintained with an affiliate of ours, together with any interest credited or received by you from that amount and we may cancel and not pay any accrued interest on that amount. If we are unable

EXHIBIT I
55

to recover the full amount of the item and our charges from your account, we may retain the item until payment is made. If we receive notice that an item you cashed or deposited is being returned, we may place a hold on the funds in any account of yours in order to recover the amount of the item when we receive the item back or are otherwise charged for the item. We are not required to give you notice if we reclear a returned item in an attempt to receive payment. We are not required to determine if an item is returned to us on time under any applicable law or regulation. A fee may be charged for each returned item.

### *"Payable At" or "Payable Through" Checks*

If an item designates us as the place at which ("payable at") or through which ("payable through") the item is payable, we may pay it as a check drawn on any transaction account of yours without presentation or notice to you unless we otherwise agree in writing. If you do not have a transaction account with us or there are not sufficient funds or available credit in any transaction account of yours to pay the item, we may return it unpaid. We may but we are not obligated to pay an item against more than one transaction account of yours with us if no single account has sufficient funds to pay the item.

### *Stop Payment Orders on Checks You Write*

You and any Authorized Signer on your account may order us to place a stop payment on a check or other item drawn against your account. The order may be given either in person at one of our branches, by calling the number listed on your account statement, by writing to us at the address listed on your account statement, by using our Online Banking service, or as we otherwise allow.

We require the following information to stop payment on an item (also required for postdated check orders; see page 10).

1. The account number
2. The check number
3. The check date
4. The exact amount of the check (both dollars and cents)
5. The name of the person or entity to whom the check is payable

All of the information must be correct in order for us to stop payment on the item. If any of the information is not correct, we are not responsible or liable to you or to anyone else if we do not stop payment on the item and we pay it when it is presented to us for payment.

Stop payment orders may be confirmed by us to you in writing. You must review any confirmation and advise us immediately if any information on the confirmation is incorrect.

To be effective, a stop payment order must be received in time for us to process and act upon the order. The item ordered stopped must not have already been paid, cashed, certified or otherwise guaranteed by us or deposited with us so that we cannot immediately recover the deposited amount from the account into which it was deposited.

EXHIBIT I
56

If an item on which you order payment stopped is converted to an electronic transaction and you do not tell us of the conversion and the transaction is charged to your account through the automated clearing house, we may be unable to stop payment on the transaction and we shall incur no liability to you for paying the transaction.

If we pay an item over a valid stop payment order, we may be responsible to you for the amount of your loss up to the face amount of the item but no more. You must establish the amount of your loss because of the payment. In no event will we be responsible for special or consequential damages, including, without limitation, loss of profit or opportunity or for attorney's fees incurred by you. If we pay you for your loss, you agree to assign us your rights against the payee or any other holder of the item up to the amount we pay you and you agree to cooperate with us in any investigation we conduct and in any recovery action we undertake.

If we stop payment and return your item unpaid, you understand that the person holding your item may still be able to enforce payment against you. If we or an affiliate or subsidiary of ours is a holder or transferor of your item and we determine that we or our affiliate or subsidiary is a "holder in due course" of the item or has given value for the item, we may charge the item against your account or offset the amount of the item against any other account of yours.

A stop payment order is valid for six months only and must be renewed by you at six-month intervals thereafter to remain effective. You should not expect that a stop payment order will be automatically renewed by us. If a stop payment order is not renewed and the item is presented for payment after the order expires, the item may be paid and charged to your account. At the time you place your stop payment order you may request that the stop payment order remain valid for a longer period than six months. See your relationship manager or a client services representative at your branch for details. An additional fee may apply for a longer stop payment order or a renewal of a longer stop payment order.

If you are concerned that a check you ordered stopped may still be presented after six months, you should renew your stop payment order. Although we may return an item unpaid because the date on the item is six months old or more, you should not expect us to notice the date and return the item and we are not required to do so. It is not our practice to notify you prior to the expiration of a stop payment order and we are not required to do so.

We may charge a fee to accept a stop payment order, to maintain an open-term stop payment order and to accept a stop payment order renewal.

### Stopping Payment on a Check We Issue

A check we issue, such as an official check in the form of a teller's check, or a check that we certify or otherwise guarantee that we will pay, is our primary obligation. You do not have the right to order us to refuse to pay the item. If the item is lost, stolen or destroyed and you have the right to claim the amount of the item, where permitted by law you may make claim for the amount by giving us a *Declaration of Loss* or similar form (see your relationship manager or client services representative for details). If we accept a

EXHIBIT I
57

*Declaration of Loss* we may delay paying you the amount of the item for the period permitted by law following the date of issue of the original item. If the item is presented to us for payment during this period, we may pay the item to a person entitled to enforce it without further liability to you. If we pay you the amount of the item and a later claim by a person having the rights of a holder in due course under the law is made on the item, you are obligated to make payment to that person or reimburse us if we pay that person. If the item is not lost, stolen or destroyed or, as a claimant, you desire payment before 90 days or you otherwise desire us not to pay an item, we may, in our sole discretion, agree to refuse to pay the item although we are not required to do so. If we agree to refuse to pay such an item when presented, we must be indemnified to our satisfaction against claims which may be made against us on the item including claims for expenses and consequential damages. A fee may be charged for accepting a *Declaration of Loss* or for agreeing to refuse payment on any such item.

### Postdated Checks

If you write and deliver a postdated check (that is, you deliver a check dated later than the day you write and deliver it), unless you or any Authorized Signer notifies us of that fact and instructs us not to pay the check before its date and you do so in time for us to act upon the notice, we may cash or pay the check against your account upon presentment even if presentment is before the date on the check. Your notice and instruction not to pay a postdated check must be in the form we require (please see required information under "Stop Payment Orders on Checks You Write" on page 8). If your notice and instruction is accepted by us and a postdated check is presented to us before the date written on it, we may return the check unpaid with a notice "payment stopped." Your notice and instruction is valid up to the date on the item but no longer than six (6) months from the date we accept the instruction unless the instruction is renewed. If we pay a postdated check before the date written on it and after accepting your notice and instruction not to do so, we may be liable to you up to the face amount of the check but no more. You must establish the amount of your loss because of the payment. We shall not be liable to you if the check was negotiated to a holder entitled to enforce payment from you before presentment to us or if the item is converted to an electronic transaction and you do not tell us of the conversion. If an item is converted to an electronic transaction and you do not tell us and the transaction is charged to your account through the automated clearing house, we may be unable to block the payment and we shall incur no liability to you for paying the transaction. In no event will we be responsible for special or consequential damages, including, without limitation, loss of profit or opportunity or for attorney's fees incurred by you. If we pay you for your loss, you agree to assign us your rights against the payee or any other holder of the item up to the amount we pay you and you agree to cooperate with us in any investigation we conduct and in any recovery action we undertake.

A postdated check is a "good" check and is negotiable, and whoever holds it may have rights to enforce payment from you even if we return the check unpaid.

There is a fee to place an instruction not to pay a postdated check and for any renewal of the instruction.

EXHIBIT I
58

*Stale Dated and Stale Checks*

A check that is payable on demand and is outstanding and unpaid for more than ninety (90) days [thirty (30) days in New York] after the date written on it is a "stale dated check" and is overdue. To enforce payment of a check as a holder in due course, you or we must take a check without notice that it is overdue. A check that is outstanding and unpaid for six months or more after the date written on it is a stale check and we may refuse to pay it if presented. However, you should not expect us to notice the date and we are not required to do so. We may cash or pay a stale check against your account or we may return the check unpaid. We need not notify you before a stale check is paid or is returned.

If we return a stale check, a fee may be charged.

*Checks Presented Bearing Notations*

If you write a check or other item with one or more restrictive notations such as "Void After 180 Days" or "Paid In Full" or "Void Over $1,000" or the like, you should not expect us to notice the notation when the item is presented to us for payment and we are not required to act on the notation unless we have agreed to do so in writing. Absent our written agreement otherwise, we may cash or pay an item bearing such a notation against your account and we shall not be liable to you or anyone else for not noticing or acting upon the restriction or advising you of the restriction before cashing or otherwise paying the item. If you negotiate an item to us bearing such a notation, you acknowledge that the notation applies only to you and the maker and **you will indemnify and hold us harmless from any claim or loss alleged by anyone arising from the notation**. See your relationship manager or a client services representative at your branch to discuss special processing of any such item you may write. A fee may be charged for special processing of any such item.

*Checks Presented Against Insufficient Funds*

If a check or other item drawn on your account is presented to us for payment and you do not have enough funds or available credit from your overdraft protection plan (by application on approved credit), we may choose to pay the item or return the item unpaid. If we pay the item, an overdraft occurs. You must pay back any overdraft at once. If we pay an item and create an overdraft, we are not obligated to pay any other item which may create or increase an overdraft. We may stop paying items that create an overdraft at any time without notice to you and you should not expect that we will create an overdraft unless we have previously advised you otherwise in writing.

Although it is not a breach of the account agreement, repeatedly drawing checks or other items against insufficient funds may cause us to close your account. A fee may be charged for each item returned for insufficient funds and for each item paid against insufficient funds.

*Checks Presented Against Uncollected Funds*

If a check or other item drawn on your account is presented to us for payment before there are sufficient collected funds available in your account to pay the item and you do not have enough available credit from your overdraft protection plan with us (by application on approved credit), we may choose to pay the item or return the item unpaid. If we pay the item against uncollected funds, we are not obligated to pay any other item against uncollected funds. We

EXHIBIT I
59

may stop paying items against uncollected funds at any time without notice to you and you should not expect us to pay an item against uncollected funds unless we have previously advised you otherwise in writing. Please review the section entitled "Holds for Uncollected Funds/Delayed Funds Availability" on page 44.

Although it is not a breach of the account agreement, repeatedly drawing checks or other items against uncollected funds may cause us to close your account. A fee may be charged for paying or returning an item drawn against uncollected funds.

### Checks Presented for Payment Before the Covering Deposit is Credited

If a check or other item drawn on your account is presented to us for payment on the same Business Day the covering deposit is made with us, an intra-day overdraft may occur on your account during the day because the covering deposit is not posted to your account until the end of the Business Day. The intra-day overdraft occurs when a check drawn on your account is presented to us for payment by another bank **and** the balance credited to your account at the opening of business on the day the check is presented, including your available credit from your overdraft protection plan with us (by application on approved credit), is less than the amount of the check **and** you make a covering deposit over the counter or through our automated teller machine, night depository or any other means before the cut-off time **and** the covering deposit is credited to your account the same day the check is presented **and** no hold is placed for uncollected funds **and** the check is paid rather than returned. The intra-day overdraft occurs because the covering deposit will not be credited to your account until after the close of business on that Business Day no matter what time you make your deposit, provided the deposit is made before our cut-off time.

Repeated intra-day overdrafts, although not a breach of the account agreement, may cause us to close your account. A fee may be charged for an intra-day overdraft.

### Checks Presented by Electronic Means

If a check or other item is presented by electronic or other means, your account may be debited on the day of such presentment or it may be debited at an earlier time based on notification received by us that an item drawn on your account has been deposited for collection in another financial institution. You agree that a determination of your account balance for purposes of making a decision to dishonor an item for insufficiency of available funds may be made by us at any time between the receipt of such presentment or notice and the time of return of the item, and no more than one such determination need be made. A fee may be charged when a check is presented by electronic means.

### Copies of Checks Presented for Payment

If a photocopy of a check or other item that appears to be drawn on your account is presented to us for payment in place of the original, we may pay the photocopy without your prior consent if the photocopy is accompanied by a representation that the original item is lost or destroyed and by an indemnification from a financial institution. We shall incur no liability to you or anyone else in the event the original item is later presented to and paid by us. You may have rights against other parties.

EXHIBIT I
60

*Checks Presented for Cash Payment*

If the person to whom you have written a check or other item drawn on your account presents the check or item to us for immediate payment in cash, by official check or otherwise, we may require the person to provide us with identification satisfactory to us and we may charge the person presenting the check a fee for this payment service. If the person does not provide satisfactory identification or agree to pay the fee and we refuse to immediately pay the check or item as presented, our refusal is not a dishonor of the check or item. We are not required to cash a check made payable to, or indorsed by, persons whom we cannot identify to our satisfaction.

*Checks Returned or Claims for Forged or Unauthorized Signature or Indorsement or Alteration*

If a check or other item cashed or deposited by you is returned to us with an affidavit or declaration stating that the item bears a forged or unauthorized signature or indorsement or is a counterfeit or is altered in any way and we are requested to return funds or we are advised that such an item exists and may be returned, we may hold or return the funds claimed and subtract the amount of the item from any account of yours (including any investment account of yours maintained with an affiliate of ours), together with any interest credited or received by you from the amount and any associated fees, without prior notice to you and without questioning the truth of the affidavit or determining if the item and affidavit are returned to us timely or within any applicable period limiting legal action. A fee may be charged for each item returned to us.

*Check Stock and Deposit Slips*

You may order your checks and deposit slips through us or you may use an outside vendor. If you use an outside vendor, your checks and deposit slips must conform to our specifications. You are responsible for printing or other errors on checks and deposit slips provided to you by your outside vendor. You are responsible to examine checks and deposit slips provided to you for printing or other errors and, if provided by us, to notify us at once of any such error. You agree not to use erroneous items. If any such error results in cost or loss to us, you are liable to us for the cost or loss. We may return checks unpaid when drawn on your account using check stock provided to you by your outside vendor which cannot be processed in a normal manner by our equipment at the time of presentment and we may charge a fee for each returned check. We may refuse or delay processing any deposit using a deposit slip provided to you by your outside vendor which cannot be processed by our equipment in a normal manner and we will incur no liability to you for our refusal or delay. If errors on your checks or deposit slips provided to you by your outside vendor are not corrected promptly, we may impose additional charges after notice to you. If your check stock provided by an outside vendor does not conform to the standards mandated by the Federal Reserve Board of Governors and an error or delay occurs because the check stock does not conform, we are not liable to you for any such error or delay and you are responsible and liable to us for any loss, cost, liability or expense we may incur.

EXHIBIT I
61

## TERMS FOR INTEREST-BEARING ACCOUNTS

### Notice for Withdrawal

We reserve the right to require not less than seven (7) days' prior written notice before a withdrawal is made from any interest-bearing account and to require that the funds from any deposit made to an interest-bearing account remain on deposit not less than seven (7) days. It is unlikely that we will assert these rights.

### Early Withdrawal of Time Deposits

We may permit withdrawal of funds held in a time deposit before maturity but we are not required to do so. If we permit withdrawal of such funds, we may assess an early withdrawal penalty which will be equal to or more than the minimum early withdrawal penalty required by law, if any. We may permit one early withdrawal without a penalty following the death or court-declared incapacity of an account owner, or as otherwise permitted by law. See our fee schedule or your deposit receipt for an explanation of our early withdrawal penalty.

### Excessive Activity

Some interest-bearing accounts have activity restrictions required by federal regulation. We reserve the right to convert any interest-bearing account to a non-interest-bearing account or to close the account if these restrictions are exceeded. We use the date a transaction is processed by us to determine excess activity. A fee may be imposed for excess activity.

For all savings accounts and money market interest accounts, the activity restrictions required by federal regulation are no more than six (6) transfers or withdrawals, or a combination of such transfers and withdrawals, per calendar month or statement cycle period, to another account of yours with us or to a third party by preauthorized or automatic transfer, or telephonic agreement, order or instruction. No more than three (3) of the six (6) such transfers may be made by check (including an electronified check), draft, your CNB Check Card, a Point-of-Sale ("POS") transaction using your CNB ATM Card, or similar order made by you and payable to a third party. Savings accounts do not offer a check or draft feature. A "preauthorized transfer" includes an arrangement you make with us to pay a third party from your account but does not include transfers to repay loans made by us to you (including associated expenses), or transfers from your account made by you by automated teller machine or in person or which are authorized by you by mail, messenger or telephone request, provided the funds are mailed to you by check.

## ELECTRONIC FUND TRANSFER SERVICES

Electronic fund transfer services are available to consumers and to businesses as stated below. By opening a deposit account with us each person designated in the account agreement as an "Authorized Signer" or otherwise designated as a person authorized to initiate an electronic fund transfer is authorized to initiate electronic fund transfers from the deposit account. We are entitled to rely upon electronic fund transfer instructions received from any such person by any means when confirmed in accordance with the security procedure to which you and we agree. Instruction may be given to transfer funds between accounts maintained with us by any Authorized Signer or any authorized person without regard to the ownership of the account to which the funds are transferred and

EXHIBIT I
62

without regard to the number of signers required to withdraw funds from the account.

## CONSUMER ELECTRONIC FUND TRANSFER SERVICES

The rights, liabilities and responsibilities of consumers who are natural persons and who use our electronic fund transfer service are governed by *The Electronic Fund Transfer Act* (15 USC 1693) and the Federal Reserve Board's Regulation E, the terms and conditions stated in this brochure and our applicable deposit and product agreements.

Any owner on a consumer account may apply for any consumer electronic fund transfer service we offer. Once a consumer electronic fund transfer service is established, any Authorized Signer on the account may conduct a consumer electronic fund transfer transaction.

A consumer electronic fund transfer ("EFT") means any transfer of funds that is initiated by a consumer (a natural person) through an electronic terminal, telephone, computer, or magnetic tape for the purpose of ordering, instructing, or authorizing us to debit or credit the consumer's account, with some exceptions. EFT transactions available to consumers include but are not limited to:

1. Transactions originated using your City National Bank Check Card ("CNB Check Card")
2. Transactions originated using your City National Bank Automated Teller Machine Card ("CNB ATM Card")
3. Transfers originated using either your CNB Check Card or your CNB ATM Card at the Point-of-Sale ("POS") terminals of participating merchants displaying the STAR SYSTEM® logo
4. Transactions you initiate by telephone under your *Telephone Banking Authorization* with us
5. Transactions originated using automated clearing house ("ACH") credits or debits which you preauthorize and which result in direct deposits to or withdrawals from your account with us
6. A transfer originated when you provide a check to enable a merchant to capture information in order to initiate a one-time electronic payment from your account
7. Any fee authorized by you to be debited electronically from your account because a check you wrote was returned for insufficient funds
8. Transactions originated through our Online Banking Service

If you are a consumer intending to use our EFT services, this is our EFT disclosure to you which is required by law and which is binding on you and anyone who originates an authorized EFT for you.

By initiating any EFT transaction through us you and anyone you authorize to conduct a transaction agree to the following:

### *CNB Check Card Transactions and CNB ATM Card Transactions*

You may use your CNB Check Card as a debit card to pay for transactions at places displaying the MasterCard® logo. Funds to pay for transactions originated by use of your CNB Check Card as a debit card are charged to your designated checking account with us. You may

EXHIBIT I
63

also use your CNB Check Card as an automated teller machine card to perform transactions at CNB automated teller machines and certain other automated teller machines as stated below. You may also use your CNB Check Card to pay for transactions at participating merchants displaying the STAR SYSTEM logo. We do not provide debit card access for third-party payments from a savings account because third-party payments from savings accounts are limited by federal regulation. However, access to savings accounts is available through an automated teller machine.

You may use your CNB ATM Card to perform transactions at CNB automated teller machines and certain other automated teller machines as stated below. You may also use your CNB ATM Card to pay for transactions at participating merchants displaying the STAR SYSTEM logo.

Transaction amounts conducted using your CNB Check Card or your CNB ATM Card are limited to the available balance (i.e., the balance on which no holds are placed) in your designated checking account and your available overdraft protection, if any, and are subject to further limitation as stated below. Total daily card transaction and amount limits also apply.

Your CNB Check Card and your CNB ATM Card remain our property and must be returned to us upon request. You must sign your CNB Check Card and your CNB ATM Card upon receipt. Your retention of, signature on or use of either card constitutes your agreement to comply with the terms and conditions set out in this agreement and as they may be amended or otherwise changed by us from time to time.

Your CNB Check Card or your CNB ATM Card must be linked to a designated checking account established with us. We may deduct from the account the amount of any transaction originated by use of either card as well as the amount of any fee or charge assessed by us or by others for use of either card. Your account and transactions conducted using either your CNB Check Card or your CNB ATM Card are subject to our applicable schedule of fees and the terms and conditions in this agreement.

You shall maintain sufficient collected funds or available overdraft protection credit in your designated checking account at all times. The amount shall be sufficient to allow us to deduct from the account or hold in the account the transaction amount when we are notified of a transaction or when a transaction is presented or charged. If you do not maintain sufficient collected funds or available credit in your account at that time, the transaction may be rejected. You acknowledge that neither your CNB Check Card nor your CNB ATM Card is a credit card and neither card automatically provides credit or overdraft protection. You must apply separately for a credit line or for overdraft protection for your account. If an overdraft occurs in your account by use of either card you must repay the overdraft at once. A fee may be charged for an overdraft on your account and interest may be assessed.

We will provide you with a personal identification number ("PIN") which you must use to activate your CNB Check Card or your CNB ATM Card. You can change your PIN at any time and we encourage you to do so.

EXHIBIT I
64

You are responsible for all transactions and charges incurred by your use of your CNB Check Card (which includes use of your CNB Check Card's number) or your CNB ATM Card. You are responsible for all transactions and charges incurred by use of your CNB Check Card or your CNB ATM Card by anyone authorized by you. You will take reasonable precautions to prevent unauthorized use of your CNB Check Card and your CNB ATM Card and will not disclose your PIN for either card to anyone whom you do not want to use the card. If you disclose your PIN to anyone and that person then conducts a transaction using your CNB Check Card or your CNB ATM Card, the transaction will be deemed authorized and the person will continue to be authorized to conduct transactions until you notify us otherwise by telephone at **1–800–773–7100**. You will notify us at once if you discover or suspect unauthorized use of your CNB Check Card, your CNB Check Card number or your CNB ATM Card or unauthorized disclosure of your PIN for either card or if any erroneous or unauthorized transaction appears on your statement.

You may not stop payment on a transaction originated by use of your CNB Check Card or your CNB ATM Card.

We may charge or restrict your designated checking account for a transaction either on the day the transaction is presented to us for payment by electronic or other means or on the day we receive notice of the transaction, whichever is earlier. If we place a hold on your account and the transaction is charged to your account before the hold expires, the balance available to you in your account may be reduced by the amount of the transaction as well as the amount of the hold. We are not responsible or liable to you if a transaction is not charged to your account because a hold placed on a prior transaction has not expired. We will place a hold on your account for the amount stated in the notice of the transaction. This hold may exceed the amount of the transaction that is charged to your account. **We are not responsible or liable to you if a transaction is charged to your account before a hold expires or if the amount of the hold placed for a reported transaction exceeds the amount of the actual transaction charged to your account.**

We may be liable to you for damage or loss you incur if we do not complete a transfer to or from your account on time or in the correct amount according to our agreement with you. However, we are not responsible or liable to you if a transaction originated by use of your CNB Check Card or your CNB ATM Card is refused by anyone for any reason. We are not responsible or liable to you if, through no fault of ours, you do not have enough money in your account to make a transfer you order or authorize from the account or if the transfer would go over the credit limit on your overdraft line, if any, or transactions on your account are restricted by legal process or otherwise. If you attempt to conduct a transaction at an automated teller machine, we are not responsible or liable to you if the machine does not have enough cash to complete your transaction or the terminal or system is not working properly and you know about the breakdown when you start the transaction. We are not responsible or liable to you if you attempt to use your CNB Check Card or CNB ATM Card during the period when our processing service is not available because of maintenance or for any other reason that is beyond our reasonable control, such as natural disaster, labor or civil unrest, mechanical or electrical failure, computer or equipment failure or otherwise.

EXHIBIT I
65

IN NO EVENT WILL WE BE LIABLE TO YOU FOR ANY SPECIAL, CONSEQUENTIAL, INCIDENTAL OR EXEMPLARY DAMAGES.

You may not receive cash refunds for purchases you make using your CNB Check Card or CNB ATM Card. If a merchant who honors your CNB Check Card or CNB ATM Card gives you credit for merchandise returns or adjustment, the merchant will do so by sending us a credit that we will apply as a credit to your designated checking account with us. You are responsible to settle directly with the merchant or other business establishment that accepted your CNB Check Card or CNB ATM Card any claim or defense with respect to goods or services purchased with either card. Any such claim or defense that you assert will not relieve you of your obligation to pay the total amount of the transaction plus any appropriate charges we may be authorized to make. We are not responsible for any damages or liability if a merchant misrepresents the quality, price or warranty of goods or services you pay for by using your CNB Check Card or CNB ATM Card.

If you use your CNB Check Card or CNB ATM Card to conduct a transaction in a foreign currency, we will charge your account for the U.S. Dollar equivalent of the transaction as transmitted to us. The transaction amount will be converted to U.S. Dollars by the bank or network through which the transaction is processed in accordance with its operating regulations or conversion procedures in effect at the time the bank or network processes the transaction. The exchange rate used for the conversion will be selected by the processor from a range of rates available in the wholesale currency market on the date of conversion or the applicable government-mandated rate then in effect. The exchange rate used on the conversion date may differ from the rates available on the date the transaction was conducted or on the posting date identified in your monthly statement and may also differ from the rates available through financial institutions in the country in which the transaction was conducted. We do not determine the exchange rate.  You agree to pay all charges and accept all credits for the converted transaction amounts.

We may establish daily limits on the number and dollar amount of transactions that you may originate by use of your CNB Check Card or CNB ATM Card. Your limits will be disclosed to you separately. We may change these daily limits from time to time. If your designated checking account also limits the number of transactions that may be conducted during a statement cycle, debit card and POS transactions conducted using your CNB Check Card and your CNB ATM Card may count toward this limit. Transactions conducted using an automated teller machine do not count toward this limit. We count a transaction as having occurred when it is received by us in the Pacific Time zone at local time.

We may change the terms and conditions of this agreement as it applies to our consumer electronic fund transfer services, our fees for these services and the transaction limits on these services from time to time on notice to you. Usually we will provide you with written notice sent to your address as shown on our records at least 21 days prior to any change. However, we reserve the right to make changes without prior written notice if the change is necessary, in our opinion, to maintain the security of your account or the electronic fund transfer system.

EXHIBIT I
66

We reserve the right to terminate your use of your CNB Check Card or your CNB ATM Card at any time with or without cause and without prior notice to you.

You are responsible to us for all damages or liability arising by reason of your failure to abide by the terms and conditions of this agreement as it applies to our consumer electronic fund transfer services or misrepresentations concerning your use of your CNB Check Card or CNB ATM Card to the extent permitted by law.

### *Using Your CNB Check Card or Your CNB ATM Card at Automated Teller Machines*

You may use your CNB Check Card or your CNB ATM Card at our automated teller machines and at automated teller machines in other locations displaying the STAR SYSTEM or Cirrus® logos.

Either card has access to your designated checking account. However, if you wish to access more than one account through automated teller machines, you may do so by advising us of the CNB accounts you wish to access. You may access your checking or money market accounts or any one of them plus your savings account. We reserve the right to limit card access. Transactions on certain accounts may count toward transaction limits. If you wish to add an account to either card, please contact us.

If you use either card at one of our automated teller machines, you can:
1.  Check the balance in your designated checking account and each account you have added for access.
2.  Withdraw cash from these accounts. You may withdraw up to the total of your disclosed daily limit.
3.  Transfer funds between these accounts.
4.  Make deposits to these accounts (at automated teller machines that accept deposits).

There is no transaction charge by us when you use either card to conduct a transaction at one of our automated teller machines.

You may also use either card to conduct some of the transactions listed above at automated teller machines operated by other institutions. If you conduct a transaction at an automated teller machine that is not operated by us, the operator of the machine or any network used to complete the transaction may impose a surcharge or fee. There are some limitations on transactions you may conduct through such a machine; for example, you may not make a deposit to your accounts with us. Also, we charge a per withdrawal fee for each cash withdrawal conducted at an automated teller machine operated by another institution. This charge is in addition to any fee imposed by the operator of the machine or the network used to complete the transaction.

You should receive a receipt at the time you get cash, you make any transfer to or from your account or you perform another transaction using an automated teller machine. If you do not receive a receipt for any reason and have requested one, please contact us. All withdrawals, deposits and transfers are subject to later verification by us. If you perform transactions at an automated teller machine on a day that is not a Business Day for us or after our automated teller machine processing cut-off time, your transaction will be posted to your account on our next Business Day.

EXHIBIT I
67

Most of our automated teller machines are available 24 hours a day, 7 days a week, except for brief periods when routine maintenance, inspection or repair is required. Some of our automated teller machines located in building lobbies have limited availability and some do not accept deposits. For the locations and availability of our automated teller machines, please call the telephone number listed on your statement or contact us at **1–800–773–7100** or ***cnb.com***.

### *Point-of-Sale Transactions*

You may use your CNB Check Card or your CNB ATM Card to purchase goods and services and to get cash using POS terminals at participating retail locations displaying the STAR SYSTEM logo. The amount of the purchase, together with any charge related to the transaction imposed by others, will be automatically deducted from your designated checking account. Participating retail outlets and locations are subject to change without notice. The maximum amount you can purchase on any day is disclosed to you when you receive your card. Each transaction is subject to the fee schedule for your account. Transactions received before our cut-off time on a Business Day will be processed that day. Transactions received after our cut-off time or conducted on days that are not Business Days will be processed on our next Business Day. You may not stop payment on a POS transaction.

**YOUR RESPONSIBILITY IN CASE OF LOSS OR THEFT OF YOUR CNB CHECK CARD OR YOUR CNB ATM CARD, OF YOUR PIN FOR EITHER CARD OR IN CASE OF AN UNAUTHORIZED TRANSACTION**
Tell us AT ONCE if you believe your CNB Check Card or your CNB ATM Card, the card number for either card or your PIN for either card has been lost or stolen or disclosed to an unauthorized person. Telephoning is the best way of keeping your possible losses down. You could lose all the money in your account (plus your maximum available overdraft line of credit). If you tell us within two (2) Business Days, you can lose no more than $50 if someone used either card or either PIN without your permission. You may call us toll free at **1–800–773–7100**.

If you do NOT tell us within two (2) Business Days after you learn of the loss or theft of your CNB Check Card or your CNB ATM Card or an associated PIN, and we can prove we could have stopped someone from using either card or PIN without your permission if you had told us, you could lose as much as $500. Also, if your statement shows transfers that you did not make, tell us at once. If you do not tell us within 60 days after the first statement was mailed to you, you may not get back any money you lost after the 60 days if we can prove that we could have stopped someone from taking the money if you had told us in time.

If a good reason (such as a long trip or a hospital stay) kept you from telling us, we will extend the time periods.

To report an error or to contact us you may call us toll free at **1–800–773–7100** or write us at City National Bank, 1801 West Olympic Blvd., 3ʳᵈ Floor, Los Angeles, CA 90006, Attn: Deposit Services.

*PLEASE NOTE: Under MasterCard and CNB rules, you, as a United States cardholder, may not be liable for the unauthorized use of your CNB Check Card which is a MasterCard debit card. This "Zero Liability Policy" applies to the CNB Check Card only and only to transactions utilizing the*

EXHIBIT I
68

*MasterCard feature using a signature for purchases. You must, immediately upon discovery, report to us the fraud, theft or loss of your CNB Check Card. You must also: (a) have exercised reasonable care in safeguarding your card from loss or theft; (b) not have reported two (2) or more incidents of unauthorized use within the preceding 12 months; and (c) have maintained your account in good standing.*

### Telephone Banking Service and Account-to-Account Transfer Service

Our Telephone Banking Service allows you to obtain information about your designated savings and checking accounts with us and, with authorization, to order the transfer of funds between your designated savings and checking accounts with us using a touch-tone telephone or as we otherwise permit. You may be required to complete our *Telephone Banking Transfer Authorization* form before we will provide the transfer service. Transfers between accounts are only processed on our Business Days. Transfer orders received on a Business Day during normal business hours and before our cut-off hour are usually processed at or about the time of the receipt of the order. Transfer orders received after our cut-off hour on any Business Day or on a day that is not a Business Day for us will be processed on our next Business Day. You may use our Telephone Banking Transfer Service 24 hours a day, 7 days a week. We may restrict transfers between accounts to the collected funds in the account. Transfers from certain accounts are subject to excess transaction limits and fees.

### About Your Personal Identification Number ("PIN") and Your Security Code

A PIN is required to conduct any transaction using your CNB Check Card or your CNB ATM Card. A PIN will be provided at the time you first receive your card. You may change the PIN at any time and we encourage you to do so. It is your responsibility to keep your PIN secure. You agree not to write your PIN on your CNB Check Card or CNB ATM Card or anything you carry with or near your card. You agree not to tell anyone else your PIN. You agree not to let anyone else use your CNB Check Card or your CNB ATM Card. You agree not to allow anyone to see you entering your PIN in any machine. If you do any of the foregoing, a person conducting a transaction on your account, using your PIN, may be deemed authorized to do so by you.

We may provide you with a Security Code that may be required to conduct a transaction, for example, to conduct a transaction through our Telephone Banking Service. That Security Code must be safeguarded as you safeguard a PIN. You may change the Security Code we provide you at any time using our Telephone Banking Service.

### Preauthorized Transfer Transactions

You may arrange for the deposit of funds directly into your checking or savings account with us, such as Social Security deposits, payroll deposits, retirement plan deposits or insurance deposits. You may also arrange for payments to be made from your account to third parties such as mortgage or loan payments or health club membership payments. Payments made from your account may count toward transaction limits and may be subject to transaction fees or other restrictions. These transactions are generally processed through automated clearing houses, are referred to as "ACH" transactions and are subject to the then current rules and regulations of the National Automated Clearing House Association. Any transfer of funds you receive through an ACH is

EXHIBIT I
69

provisional and you must repay the funds if we do not receive final settlement.

If you receive a direct deposit from the government, which the government seeks to reclaim, you authorize us to charge any account of yours to pay the claim without prior notice to you.

### Notification of Preauthorized Deposits

If you have arranged for a direct deposit to be made to your account from the same person or company at least once every 60 days, you can call us at **1–800–773–7100** to find out whether or not the deposit has been made.

### Stop Payment Procedure for Preauthorized Payments

You can stop any payment which you have arranged to be made from your account by calling us toll free at **1–800–773–7100** or by writing us at City National Bank, 555 South Flower St., 20th Floor, Los Angeles, CA 90071, Attn.: Client Services Call Center in time for us to receive the request at least three (3) Business Days before the payment you want to stop is scheduled to be made. You must tell us your name, account number, the exact payment amount, the payment date and the person or company who is to receive the payment. If you call, we may also require you to confirm your request in writing and make sure we receive it within 14 days after you call. If you follow these instructions and we do not stop payment as you requested, we may be liable to you. You will be charged our regular stop payment fee for your request. Your stop payment request is effective for six (6) months and only for the preauthorized payment scheduled to be made on the payment date that you give us and only for the exact amount and payee. If a payment is processed for a different amount or on a different date it will not be stopped. If you want preauthorized payments to a specific recipient permanently stopped, you must tell us and you must also notify the recipient in writing that you are revoking the authorization and ordering the payments stopped. We generally do not notify the recipient. If you are not the person who originally authorized the preauthorized payments from your account, you must contact the originator to arrange to stop the preauthorized payments.

### IF YOU ARE A CONSUMER AND DISCOVER ERRORS OR HAVE QUESTIONS ABOUT YOUR STATEMENT OR ANY TRANSACTION

Contact us AT ONCE if you think your statement or transaction record is not correct or if you need more information about a transaction listed on the statement we provide you or the transaction record you receive at the time of the transaction. Call us at **1–800–773–7100** or write us at City National Bank, 1801 West Olympic Blvd., 3rd Floor, Los Angeles, CA 90006, Attn.: Deposit Services.

We must hear from you no later than 60 calendar days after the date we sent you the first statement on which the problem or error appears. If you tell us orally, we may still require you to send us your complaint or question in writing within 10 Business Days. We need your name, account number, the date, the type and dollar amount of the transaction or suspected error and your card number as well as a description of the error or transaction you are unsure about.

We will tell you the results of our investigation within 10 Business Days after we hear from you (20 Business Days for "new accounts"). If we need more time, we may take up to 45 calendar days to

EXHIBIT I
70

investigate your complaint or question (90 calendar days for "new accounts" or point-of-sale or foreign initiated transfers). If we need more time, we will credit your account within 10 Business Days (20 Business Days for "new accounts") for the amount you think is in error, so that you have use of the money during the time it takes for us to complete our investigation. If we ask you to put your complaint or question in writing and we don't receive it within 10 Business Days, we may not credit your account. Your account is considered a "new account" for 30 calendar days after the account is opened, if you have no other deposit relationship with us and you are a new client.

If we decide there was no error, we will send you a written explanation within three (3) Business Days after we complete our investigation and you may ask for copies of the documents we used in our investigation.

### Limitation on Actions for EFT Transactions
Except as may otherwise be required by law, any action on any EFT transaction must be commenced within the same statute of limitation period applicable if the transaction had been conducted by check. If the action is not commenced within the applicable period, it shall be barred and we shall not be otherwise liable to you for the transaction.

## BUSINESS ELECTRONIC FUND TRANSFER SERVICES

### CNB Business Check Card Transactions and CNB Business ATM Card Transactions
CNB Business Check Cards and CNB Business ATM Cards are provided for business use only and should not be used for personal, family or household purposes. By accepting and using either card, you, as the business owner or authorized representative of the business, and each person to whom a CNB Business Check Card or CNB Business ATM Card is issued on behalf of the business, represent to us that the card will not be used for personal, family or household purposes and that all transactions conducted by means of a card shall be the responsibility of the business. **Further, you understand and you shall advise each person to whom a card is issued that each transaction originated by means of either card is NOT a "consumer" transaction, as defined in the *Electronic Fund Transfer Act* and in Regulation E and is not governed by or entitled to the protection of federal law and regulation.**

You may use a CNB Business Check Card as a debit card to pay for transactions at places displaying the MasterCard® logo. Funds to pay for transactions originated by use of a CNB Business Check Card as a debit card are charged to the business checking account you designate and maintain with us. A CNB Business Check Card may also be used to pay for transactions at participating merchants displaying the STAR SYSTEM logo.

You may use a CNB Business ATM Card to perform transactions at CNB automated teller machines and certain other automated teller machines as stated below. You may also use your CNB Business ATM Card to pay for transactions at participating merchants displaying the STAR SYSTEM logo.

Transaction amounts conducted using your CNB Business Check Card or your CNB Business ATM Card are limited to the available balance (i.e., the balance on which no holds are placed) in your designated checking account and your available overdraft protection, if

EXHIBIT I
71

any, and are subject to further limitation as stated below. Total daily card transaction and amount limits also apply.

Your CNB Business Check Card and your CNB Business ATM Card remain our property and must be returned to us upon request. Each person to whom a CNB Business Check Card or CNB Business ATM Card is issued on your behalf must sign the card upon receipt. Retention of, signature on or use of either card constitutes your agreement and the agreement of the person to whom the card is issued to comply with the terms and conditions set out in this agreement and as they may be amended or otherwise changed by us from time to time.

Your CNB Business Check Card or your CNB Business ATM Card must be linked to a designated business checking account established with us. We may deduct from the account the amount of any transaction originated by use of either card as well as the amount of any fee or charge assessed by us or by others for use of either card. Your account and transactions conducted using either your CNB Business Check Card or your CNB Business ATM Card are subject to our applicable schedule of fees and the terms and conditions in this agreement. If a transaction requires a signed authorization, the transaction may be charged to your designated business checking account if the signature resembles the signature of an authorized person appearing on the card.

You shall maintain sufficient collected funds or available overdraft protection credit in your designated business checking account at all times. The amount shall be sufficient to allow us to deduct from the account or hold in the account the transaction amount when we are notified of a transaction or when a transaction is presented or charged. If you do not maintain sufficient collected funds or available credit in your account at that time, the transaction may be rejected. You acknowledge that neither your CNB Business Check Card nor your CNB Business ATM Card is a credit card and neither card automatically provides credit or overdraft protection. You must apply separately for a credit line or for overdraft protection for your account. If an overdraft occurs in your account by use of either card you must repay the overdraft at once. A fee may be charged for an overdraft on your account and interest may be assessed.

A personal identification number ("PIN") must be selected by each person to whom a card is issued to use with your CNB Business Check Card or with your CNB Business ATM Card.

You are responsible for all transactions and charges incurred by your use of your CNB Business Check Card (which includes use of your CNB Business Check Card's number) or your CNB Business ATM Card. You are responsible for all transactions and charges incurred by use of your CNB Business Check Card or your CNB Business ATM Card by anyone authorized by you. You, and each person to whom a card is issued, will take reasonable precautions to prevent unauthorized use of your CNB Business Check Card and your CNB Business ATM Card and will not disclose the PIN for either card to anyone whom you do not want to use the card. If the PIN is disclosed to anyone and that person then conducts a transaction using your CNB Business Check Card or your CNB Business ATM Card, the transaction will be deemed authorized and the person will continue to be authorized to conduct transactions until you notify us otherwise by telephone at **1–800–773–7100**. You will notify us at once if you discover or suspect unauthorized use of your

EXHIBIT I
72

CNB Business Check Card, your CNB Business Check Card number or your CNB Business ATM Card; unauthorized disclosure of a PIN for either card; or if any erroneous or unauthorized transaction appears on your statement.

You are responsible and liable for transactions originated by means of a card issued to a person no longer authorized to conduct transactions on behalf of the business until we have received notice from you that the person is no longer authorized and we have had a reasonable opportunity to act on the notice.

You may incur no liability for unauthorized use of your CNB Business Check Card in a signature-based transaction under the "zero liability" policy if you notify us as stated above. Under our "zero liability" policy for signature-based transactions using your CNB Business Check Card, we will reimburse you for the face amount of any "unauthorized transaction" which we define as a transaction initiated by someone other than you, or a person to whom a CNB Business Check Card is issued on your behalf, without actual or apparent authority and from which you, the person issued the card and the business derive no benefit. Under our "zero liability" policy, a transaction is not an "unauthorized transaction" if you furnish a CNB Business Check Card, the number for such card or any other identifying information respecting the card to another person and expressly or by implication give that person authority to perform one or more transactions, and the person thereafter exceeds that authority; or if, for any other reason, CNB reasonably concludes that the facts and circumstances do not support a claim that the transaction was unauthorized. We reserve the right to deny you the benefit of this policy if we ask you for a written statement, affidavit or other information in support of the claim and you do not provide the information requested within a reasonable time set by us; you have reported two or more incidents of unauthorized use in the previous 12 months; or for other good cause as determined by us. Our "zero liability" policy does not apply to any unauthorized electronic fund transfer transaction on an account that involves the use of a PIN.

You may not stop payment on a transaction originated by use of your CNB Business Check Card or your CNB Business ATM Card.

We may charge or restrict your designated business checking account for a transaction either on the day the transaction is presented to us for payment by electronic or other means or on the day we receive notice of the transaction, whichever is earlier. If we place a hold on your account and the transaction is charged to your account before the hold expires, the balance available to you in your account may be reduced by the amount of the transaction as well as the amount of the hold. We are not responsible or liable to you if a transaction is not charged to your account because a hold placed on a prior transaction has not expired. We will place a hold on your account for the amount stated in the notice of the transaction. This hold may exceed the amount of the transaction that is charged to your account. **We are not responsible or liable to you if a transaction is charged to your account before a hold expires or if the amount of the hold placed for a reported transaction exceeds the amount of the actual transaction charged to your account.**

We may be liable to you for damage or loss you incur if we do not complete a transfer to or from your account on time or in the correct amount according to our agreement with you. However, we are not responsible or liable to you if a transaction originated by use of your

EXHIBIT I
73

CNB Business Check Card or your CNB Business ATM Card is refused by anyone for any reason. We are not responsible or liable to you if, through no fault of ours, you do not have enough money in your account to make a transfer you order or authorize from the account or if the transfer would go over the credit limit on your overdraft line, if any, or transactions on your account are restricted by legal process or otherwise. If you attempt to conduct a transaction at an automated teller machine, we are not responsible or liable to you if the machine does not have enough cash to complete your transaction or the terminal or system is not working properly and you know about the breakdown when you start the transaction. We are not responsible or liable to you if you attempt to use your CNB Business Check Card or CNB Business ATM Card during the period when our processing service is not available because of maintenance or for any other reason that is beyond our reasonable control, such as natural disaster, labor or civil unrest, mechanical or electrical failure, computer or equipment failure or otherwise. IN NO EVENT WILL WE BE LIABLE TO YOU FOR ANY SPECIAL, CONSEQUENTIAL, INCIDENTAL OR EXEMPLARY DAMAGES.

You may not receive cash refunds for purchases you make using your CNB Business Check Card or CNB Business ATM Card. If a merchant who honors your CNB Business Check Card or CNB Business ATM Card gives you credit for merchandise returns or adjustment, the merchant will do so by sending us a credit that we will apply as a credit to your designated business checking account with us. You are responsible to settle directly with the merchant or other business establishment that accepted your CNB Business Check Card or CNB Business ATM Card any claim or defense with respect to goods or services purchased with either card. Any such claim or defense that you assert will not relieve you of your obligation to pay the total amount of the transaction plus any appropriate charges we may be authorized to make. We are not responsible for any damages or liability if a merchant misrepresents the quality, price or warranty of goods or services you pay for by using your CNB Business Check Card or CNB Business ATM Card.

If you use your CNB Business Check Card or CNB Business ATM Card to conduct a transaction in a foreign currency, we will charge your account for the U.S. Dollar equivalent of the transaction as transmitted to us. The transaction amount will be converted to U.S. Dollars by the bank or network through which the transaction is processed in accordance with its operating regulations or conversion procedures in effect at the time the bank or network processes the transaction. The exchange rate used for the conversion will be selected by the processor from a range of rates available in the wholesale currency market on the date of conversion or the applicable government-mandated rate then in effect. The exchange rate used on the conversion date may differ from the rates available on the date the transaction was conducted or on the posting date identified in your monthly statement and may also differ from the rates available through financial institutions in the country in which the transaction was conducted. We do not determine the exchange rate. You agree to pay all charges and accept all credits for the converted transaction amounts.

We may establish daily limits on the number and dollar amount of transactions that you may originate by use of your CNB Business Check Card or CNB Business ATM Card. Your limits will be disclosed to you separately. We may change these daily limits from time to time. If your designated business checking account also limits the number of transactions that may be conducted during a

EXHIBIT I
74

statement cycle, debit card and POS transactions conducted using your CNB Business Check Card and your CNB Business ATM Card may count toward this limit. Transactions conducted using an automated teller machine do not count toward this limit. We count a transaction as having occurred when it is received by us in the Pacific Time zone at local time.

We may change the terms and conditions of this agreement as it applies to our business electronic fund transfer services, our fees for these services and the transaction limits on these services from time to time on notice to you. Usually we will provide you with written notice sent to your address as shown on our records at least 21 days prior to any change. However, we reserve the right to make changes without prior written notice if the change is necessary, in our opinion, to maintain the security of your account or the electronic fund transfer system.

We reserve the right to terminate your use of your CNB Business Check Card or your CNB Business ATM Card at any time with or without cause and without prior notice to you.

You are responsible to us for all damage or liability arising by reason of your failure to abide by the terms and conditions of this agreement as it applies to our business electronic fund transfer services or misrepresentations concerning your use of your CNB Business Check Card or CNB Business ATM Card to the extent permitted by law.

### *Using Your CNB Business Check Card or Your CNB Business ATM Card at Automated Teller Machines*

You may use your CNB Business Check Card or your CNB Business ATM Card at our automated teller machines and at automated teller machines in other locations displaying the STAR SYSTEM or Cirrus logos.

Either card has access to your designated business checking account. We reserve the right to limit card access. Transactions on certain accounts may count toward transaction limits.

If you use either card at one of our automated teller machines you can:

1. Check the balance in your designated business checking account.
2. Withdraw cash from your account. You may withdraw up to the total of your disclosed daily limit.
3. Make deposits to your account (at automated teller machines that accept deposits).

There is no transaction charge when you use either card to conduct a transaction at one of our automated teller machines.

You may also use either card to conduct some of the transactions listed above at automated teller machines operated by other institutions. If you conduct a transaction at an automated teller machine that is not operated by us, the operator of the machine or any network used to complete the transaction may impose a surcharge or fee. There are some limitations on transactions you may conduct through such a machine; for example, you may not make a deposit to your accounts with us. Also, we may charge a per withdrawal fee for each cash withdrawal conducted at an automated teller machine operated by another institution. This charge is in

EXHIBIT I
75

addition to any fee imposed by the operator of the machine or the network used to complete the transaction.

You should receive a receipt at the time you get cash or perform another transaction using an automated teller machine. If you do not receive a receipt for any reason and have requested one, please contact us. All withdrawals and deposits are subject to later verification by us. If you perform transactions at an automated teller machine on a day that is not a Business Day for us or after our automated teller machine processing cut-off time, your transaction will be posted to your account on our next Business Day.

Most of our automated teller machines are available 24 hours a day, 7 days a week, except for brief periods when routine maintenance, inspection or repair is required. Some of our automated teller machines located in building lobbies have limited availability and some do not accept deposits. For the locations and availability of our automated teller machines, please call the telephone number listed on your statement or contact us at **1–800–773–7100** or at ***cnb.com***.

### *Point-of-Sale Transactions*

You may use your CNB Business Check Card or your CNB Business ATM Card to purchase goods and services and to get cash using POS terminals at participating retail locations displaying the STAR SYSTEM logo. The amount of the purchase, together with any charge related to the transaction imposed by others, will be automatically deducted from your designated business checking account. Participating retail outlets and locations are subject to change without notice. The maximum amount you can purchase on any day is disclosed to you when you receive your card. Each transaction is subject to the fee schedule for your account. Transactions received before our cut-off time on a Business Day will be processed that day. Transactions received after our cut-off time or conducted on days that are not Business Days will be processed on our next Business Day. You may not stop payment on a POS transaction.

### *Telephone Banking Service and Account-to-Account Transfer Service*

Our Telephone Banking Service allows you to obtain information about your designated savings and checking accounts with us and, with authorization, to order the transfer of funds between your designated savings and checking accounts with us using a touch-tone telephone or as we otherwise permit. You may be required to complete our *Telephone Banking Transfer Authorization* form before we will provide the transfer service. Transfers between accounts are only processed on our Business Days. Transfer orders received on a Business Day during normal business hours and before our cut-off hour are usually processed at or about the time of the receipt of the order. Transfer orders received after our cut-off hour on any Business Day or on a day that is not a Business Day for us will be processed on our next Business Day. You may use our Telephone Banking Transfer Service 24 hours a day, 7 days a week. We may restrict transfers between accounts to the collected funds in the account. Transfers from certain accounts are subject to excess transaction limits and fees.

### *About the Personal Identification Number ("PIN") for Business Transactions and Your Security Code*

A PIN is required to conduct any transaction using your CNB Business Check Card or your CNB Business ATM Card. A PIN

EXHIBIT I
76

will be provided to each person to whom a card is issued on behalf of the business at the time that person first receives the card. The PIN may be changed by the person at any time and we encourage the person to do so. It is each person's responsibility to keep the PIN secure. Each person to whom a card is issued on behalf of the business agrees not to write the PIN selected on a CNB Business Check Card or CNB Business ATM Card or anything the person carries with or near the card. Each person agrees not to tell anyone else his or her PIN. Each person agrees not to let anyone else use his or her CNB Business Check Card or CNB Business ATM Card. Each person agrees not to allow anyone to see him or her entering the PIN in any machine. If any person does any of the foregoing, a person conducting a transaction on your account, using the PIN, may be deemed authorized to do so by you. You shall inform each person to whom a card is issued on behalf of the business of their obligations stated above.

We may provide you with a Security Code that may be required to conduct a transaction, for example, to conduct a transaction through our Telephone Banking Service. That Security Code must be safeguarded as you safeguard a PIN. You may change the Security Code we provide you at any time using our Telephone Banking Service.

***Preauthorized Transfer Transactions***
You may arrange for the deposit of funds directly into your checking or savings account with us. You may also arrange for payments to be made from your account to third parties. Payments made from your account may count toward transaction limits and may be subject to transaction fees or other restrictions. These transactions are generally processed through automated clearing houses, are referred to as "ACH" transactions and are subject to the then current rules and regulations of the National Automated Clearing House Association. Any transfer of funds you receive through an ACH is provisional and you must repay the funds if we do not receive final settlement.

If you receive a direct deposit from the government, which the government seeks to reclaim, you authorize us to charge any account of yours to pay the claim without prior notice to you.

***Stop Payment Procedure for Preauthorized Payments***
You can stop any payment which you have arranged to be made from your account by calling us toll free at **1–800–773–7100** or by writing us at City National Bank, 555 South Flower St., 20th Floor, Los Angeles, CA 90071, Attn.: Client Services Call Center in time for us to receive the request at least three (3) Business Days before the payment you want to stop is scheduled to be made. You must tell us your name, account number, the exact payment amount, the payment date and the person or company who is to receive the payment. If you call, we may also require you to confirm your request in writing and make sure we receive it within 14 days after you call. If you follow these instructions and we do not stop payment as you requested, we may be liable to you. You will be charged our regular stop payment fee for your request. Your stop payment request is effective for six (6) months and only for the preauthorized payment scheduled to be made on the payment date that you give us and only for the exact amount and payee.

If a payment is processed for a different amount or on a different date, it will not be stopped. If you want preauthorized payments to

EXHIBIT I
77

a specific recipient permanently stopped, you must tell us and you must also notify the recipient in writing that you are revoking the authorization and ordering the payments stopped. We generally do not notify the recipient. If you are not the person who originally authorized the preauthorized payments from your account, you must contact the originator to arrange to stop the preauthorized payments.

**OTHER ELECTRONIC FUND TRANSFERS**

Electronic fund transfers which are not consumer electronic fund transfers governed by the *Electronic Fund Transfer Act* and Regulation E are governed by the Uniform Commercial Code (the "UCC") applicable to your account, the rules and regulations of the fund transfers system through which the funds are sent and by the terms and conditions stated in this disclosure. These fund transfers include transfers to or from accounts through the Federal Reserve Bank system by means of Fedwire or, internationally, through S.W.I.F.T. (the Society for Worldwide Interbank Financial Telecommunication), transfers through the automated clearing house ("ACH") that are subject to the ACH applicable rules or other fund transfer systems and transfers between accounts at our different branches ("on us" transfers). The terms and conditions that follow apply if you request that we act as the "Originating Bank" for a "payment order" from you or as the "Beneficiary Bank" for a payment order to you as these terms are defined in the UCC. These terms do not generally apply to transfers originated by check, draft or other written item.

Any Authorized Signer on an account may initiate an electronic fund transfer from the account by means of a payment order unless you and we have otherwise agreed. Electronic transfers may be initiated by payment order in the form of a written communication received directly or by facsimile transmission, orally, by telephone or electronically. If an Authorized Signer uses a facsimile signature, we may rely and act upon the signature as stated under General Account Information and Terms. Each payment order shall be authenticated by means of a security procedure established by agreement between you and us for the purpose of verifying that a payment order or communication amending or canceling a payment order is from you or for the purpose of detecting error in the transmission or the content of the payment order or communication.

*Fund Transfer Payment Order Security Procedures*
We make available a variety of means to authenticate payment orders initiated through our Cash Management Services. See your relationship manager for details. If you do not choose to use our Cash Management Services to initiate a payment order, you and we agree that a callback procedure shall be the security procedure that will be used to authenticate your payment order. You shall make available a person authorized to verify payment orders for electronic fund transfers by means of a callback. If no person is available to respond to our callback, we may delay or refuse processing the payment order and the electronic fund transfer without liability to you.

If you refuse to agree to authenticate a payment order by means of a security procedure which we make available to you and you do not authenticate the payment order by means of a security procedure, the fund transfer shall be deemed authorized by you

EXHIBIT I
78

and we shall not be liable to you if it is later determined that the payment order was unauthorized or erroneous.

### *Exceptions to Use of Security Procedures*

Any Authorized Signer on your account may initiate a payment order for a fund transfer between accounts established in the same name with us by you when the Authorized Signers on the account are the same and no callback or other security procedure will be required.

You may authorize a periodic transfer to a designated person or to an account at another bank and, after the initial transfer is authenticated by means of a security procedure, we may continue to initiate the periodic transfers as you initially instructed without use of a security procedure until you tell us to stop.

### *Fund Transfer Cut-Off Times*

We establish daily "cut-off" times that may vary from branch to branch and may also vary by transaction type. Payment orders for transactions received after the cut-off time are considered received on our next Business Day.

### *Right to Reject a Fund Transfer*

We reserve the right to reject a payment order to transfer funds from your account or a payment order to transfer funds to your account, including an "on us" transfer. We will notify you if we reject a payment order from your account no later than our next Business Day. We are not obligated to notify you if we reject a payment order to your account although we may attempt to do so.

### *Right to Limit the Amount of a Fund Transfer*

You may establish a limit on the amount of any payment order to transfer funds from your account. See your relationship manager or client services representative at your branch for details. We reserve the right to limit the amount of any payment order to or from your account at any time without prior notice to you. We may, but we are not obligated to, advise you in advance of any limitation we shall establish but we may, thereafter, change the limit at any time without notice to you. We shall incur no liability to you for delaying the initiation of, or refusing to initiate, any fund transfer which may exceed any limitation established hereunder.

### *Accurate Account Number and Beneficiary or Bank Information – Effect of Inconsistent Information*

If you send a payment order, you must accurately identify the account number that will receive the funds from the order, each beneficiary of the payment order and each beneficiary's bank. If you select the intermediary bank, it must also be accurately identified.

PLEASE NOTE: We, any intermediary bank and the beneficiary's bank may process a payment order <u>solely on the basis of the account number</u> even if that number does not correspond to the beneficiary's bank or the named beneficiary of the payment order at the beneficiary's bank. You are obligated to pay any such order originated by you.

### *ACH Provisional Payment Rule*

In the event final settlement is not received by a beneficiary's bank for a payment order transmitted through an automated clearing house, the beneficiary's bank is entitled to recover from the

EXHIBIT I
79

beneficiary any provisional credit given. Therefore, any transfer of funds you receive through an ACH is provisional and you must repay the funds if final settlement is not received.

### Notice of Incoming Fund Transfers
If you are the beneficiary of a fund transfer, we are NOT required to give you notice of the receipt of the fund transfer on which you are the beneficiary before the end of our next Business Day. We will provide notice to you on your account statement.

### Incoming Third-Party Transfers
We have no obligation to accept fund transfers for persons or entities that do not maintain account relationships with us. Any such transfers may be rejected without notice.

### Cancellation or Amendment of Fund Transfers
A payment order may not be canceled or amended after we have accepted it. If we attempt to cancel or amend a payment order at your request, we shall incur no liability if we are unable to do so.

### Unauthorized Fund Transfers
You are obligated to pay us for an unauthorized payment order for a fund transfer, including any amendment or cancellation request, if the payment order is received by us, purports to come from you, and is acted upon by us in compliance with a security procedure agreed upon by you and by us. Such a payment order is effective as if made by you even though the order was not transmitted or authorized by you.

### Erroneous Fund Transfers You Order
You are obligated to pay us for an erroneous payment order, including any amendment, which you actually give us even if we did not comply with our agreed security procedure and the error would have been detected had we complied.

### Notice of Erroneous or Unauthorized Fund Transfers
You must notify us at once if there is an error or discrepancy in any notice or statement you receive from us about a fund transfer, including a fund transfer you believe is unauthorized. If you fail to notify us of any such error, discrepancy or unauthorized transfer within 14 days following the day we send you the first notice or statement which contains evidence of the error, discrepancy or unauthorized transfer, you assume liability for all loss, including loss of interest, which results from such failure. In the case of any unauthorized fund transfer, you specifically agree that we shall not be liable for any loss of interest you incur by reason of your failure to give us notice.

### International Fund Transfers
You may select the intermediary bank(s) through which an international fund transfer payment order will be processed to reach the beneficiary's bank. If you do not designate the intermediary bank(s), we will select the intermediary bank(s), including one or more banks with which we have made prior arrangements to handle international fund transfers (wire transfers). Unless otherwise directed by you, we will instruct the intermediary banks to deduct, and authorize subsequent intermediary banks to deduct, their charges for their service and expenses from the proceeds of the fund transfer payment order. We may receive a fee from any intermediary bank as additional compensation for our service in processing the fund transfer payment order.

EXHIBIT I
80

NOTE: If the beneficiary of an international fund transfer payment order must receive a specific amount, you must contact us in advance to determine the additional amount, if any, to be included to pay any intermediary bank's charges for service and expenses. If you do not wish to have intermediary bank charges for service and expenses deducted from the amount the beneficiary's bank will receive, you must contact us to make alternative payment arrangements.

### International Fund Transfers Currency Conversion and Exchange Rate Risk

Foreign currency fund transfer transactions may require conversion of foreign currencies from or to U.S. dollars. We may use our current buying or selling rates as applicable when processing a foreign currency wire transfer requiring conversion by us from or to U.S. dollars, including receiving a foreign currency fund transfer returned to us for any reason.

NOTE: Transactions other than in U.S. dollars are subject to exchange rate risk. You carry the exchange rate risk.

### Interest Compensation

If we are obligated to pay you for loss of interest as a result of an error of ours or a delay in processing your payment order, we may pay interest at our savings account rate.

### Limitation of Liability for Circumstances Beyond Our Control

We shall not be liable to you if we fail to credit a fund transfer to your account or if we are delayed in crediting a fund transfer to your account or if we fail to transmit or delay transmission of your payment order because of circumstances beyond our reasonable control, including but not limited to legal process, labor unrest, equipment or software failure, interruption of communication facilities, civil unrest or disturbance, natural catastrophe, or acts of government authority. We shall not be responsible to transmit a payment order, which, in our opinion, may violate any guideline, rule or regulation of any government authority, and we shall not be liable to you or anyone else for our refusal to do so. Our entire liability, and your sole remedy, for any failure or delay shall not exceed the lesser of your actual damages or the fees actually paid to us by you for our funds transfer service and associated account maintenance fees during the six (6) months preceding the date of the alleged failure or delay. IN NO EVENT WILL WE BE LIABLE TO YOU FOR ANY SPECIAL, CONSEQUENTIAL, INCIDENTAL OR EXEMPLARY DAMAGES.

## IF YOU HAVE QUESTIONS ABOUT A BUSINESS OR OTHER FUND TRANSFER

Contact us AT ONCE if you think a transaction on your account is unauthorized or otherwise erroneous or you have a question about your statement. You may contact your relationship manager directly or you may call us at **1-800-773-7100** or you may write us at City National Bank, 555 South Flower St., 20th Floor, Los Angeles, CA 90071, Attn.: Client Services Call Center. Failure to contact us promptly may prevent us from blocking an unauthorized transaction or recovering money for you and may also further limit our liability to you.

### Limitation on Actions for Business and Other Fund Transfer Transactions

Except as may otherwise be required by law, any action on any business or other fund transfer transaction must be commenced within

EXHIBIT I
81

the same statute of limitation period applicable if the transaction had been conducted by check. If the action is not commenced within the applicable period, it shall be barred.

## GENERAL ACCOUNT INFORMATION AND TERMS

### Account Statements and Check Images

We mail a monthly account statement for your checking account(s) showing your transactions and other activity unless you agree otherwise. Your savings account(s) statements may be sent on a quarterly basis, unless there were electronic transactions, in which case you will receive a monthly statement. We do not provide statements for time deposits. If there is more than one account owner, a statement sent to one owner shall be deemed sent to all. You may request a special statement from us at any time. A fee may be charged for a special statement. Statements are usually mailed to you at the address you provide. Upon request, statements may be held for pickup by you at the branch you designate and a fee may be charged for this service. Statements are deemed delivered when mailed or made available for pickup. If a statement is held for pickup and you do not pick it up by the time set by us, we may, at our option, mail the statement to you at any address in our records or we may destroy the statement at a time set by us. If a statement is mailed to you and is returned to us as undeliverable, we may destroy the statement at a time set by us. We have no obligation to continue to mail statements to you if a statement is returned to us as undeliverable. You shall review your statement for errors and the accuracy of all transactions at once. Please review "General Client Duties and Responsibilities" on page 6. See also "Inactivity and Unclaimed Accounts" on page 46.

For most accounts we provide an image of the front of each check paid against your account with your statement. We retain your original check for a time determined by us, after which we may destroy the check and retain only the imaged copy. You may request an image of the reverse of any check or a larger image of any check by calling the telephone number printed on your statement. A fee may be charged for multiple check image requests. You may request that your original checks be returned to you. You may also request that your checks not be returned to you by image or original and we will store an electronic image of each check paid against your account for you. A fee may be charged for these services. If your account is maintained in a state that requires we offer an account that provides your original checks be returned to you without additional charge and you would like to receive them, check with your relationship manager or a client services representative at your branch for the available account.

### Account Verification

We may verify your prior banking relationships and other information about you when you establish a new account with us and periodically thereafter using credit reporting agencies and other sources as we shall determine, and we may report the status of your account to such sources as permitted by law. We may decline to open an account or we may close an open account based on any information received that we consider adverse. We will provide you the name and address of the sources from which we obtained information upon request unless we are otherwise prohibited from doing so. If your account is declined based on adverse information received from our source, you may request that the source provide you a free copy of the information the source supplied to us. Your

EXHIBIT I
82

request to our source should be in writing, should include your name, address, and taxpayer identification number and should be signed by you. The term "you" includes any "Authorized Signer." You expressly authorize us to obtain address information from any government agency and in so doing you waive your rights under applicable law.

### Address Changes

You may change the address to which we mail your statement and notices or other communications from us concerning your account at any time. You must allow 30 days for an address change to become effective. The address will only be changed for the account or accounts you specify and will not affect any other relationship you have with us unless you specify that you want the address changed for those relationships as well. We may destroy communications that we send and which are returned to us as undeliverable.

### Agents Acting Under Power of Attorney

You may appoint an agent to sign on your account by using a power of attorney form that we can provide you. You may authorize your agent to sign and indorse checks or other items and perform other acts in your name and on your behalf. You are responsible for and are bound by the acts of your agent.

If you appoint an agent using a power of attorney form other than our form, we must review the form to determine if we will honor it and recognize the authority of your agent. A fee may be charged for this review. Please bring the power of attorney form to your branch, discuss your needs with your relationship manager or client services representative and introduce your agent to us.

If we agree to honor a power of attorney and recognize your agent, you agree that we may continue to do so until you notify us otherwise in writing or until we are presented with proof that the power of attorney has been terminated by death, court order or other legal means, such as revocation.

### Account Ownership Change

You will promptly notify us of any change of ownership of any business maintaining an account with us on which you are an Authorized Signer. We may require a new account agreement for the business and documentation supporting the change of ownership before any Authorized Signer on the account is changed. You will cooperate with us to document any change in ownership. We may restrict access to the account until documentation satisfactory to us is received and shall incur no liability for any such restriction.

### Amendments and Changes

The terms and conditions set out in this brochure and our other agreements with you may be changed by us at any time. Change may include adding new terms or conditions and deleting existing terms or conditions. We may substitute similar products or services for products or services you are using or discontinue products or services you are using by giving prior notice to you. Prior notice of change will be given to you by a notice of amendment to these terms and conditions unless the change must be implemented immediately by reason of law or by reason of our good faith determination that the change is immediately necessary for the safety or security of our relationship with you, in which event we

EXHIBIT I
83

shall thereafter promptly advise you of any such amendment in writing. For a multi-party account notice of amendment to one owner of the account is notice to all owners. Notice of amendment will be in writing. Unless otherwise required by law or our agreement with you, notice of amendment may be provided by posting notice of an amendment in our branches for a reasonable period of time, enclosing the notice with the periodic statement for your account, mailing notice to you at the address given in our records or otherwise making it available to you. These terms and conditions may not be amended by oral agreement. By continuing to maintain your account or to use any of our services following any amendment, you agree to the amendment.

We are not obligated to notify you of any change in a product or service we provide you if the change is beneficial to you, such as a reduction or waiver of a fee or the addition of a service.

### Assignment of Account Ownership Interest

You may not assign, transfer or grant a security interest in any account you maintain with us without our consent. We are not required to accept, act upon or acknowledge any document, which purports to assign your account or any interest in it, including a notice of a security interest. We will not be responsible or liable to you or any third party for not acting upon the terms or conditions of any such assignment unless we acknowledge the assignment in writing or enter into a control agreement under the applicable provisions of law. We may charge a fee for this service. You shall notify any party to whom you purport to assign an interest in your account of this provision prior to executing any document attempting to assign such interest. If we acknowledge an assignment or enter into a control agreement respecting your account and fail to comply with its terms or conditions and our failure, and no other significant factor, results in a loss which cannot otherwise be recovered, we may be liable to you or to the third party up to the amount of the loss. IN NO EVENT WILL WE BE LIABLE FOR SPECIAL, CONSEQUENTIAL, INCIDENTAL OR EXEMPLARY DAMAGES.

### Authorized Signers

You may designate the persons authorized to withdraw funds from your account and to give other instruction to us with respect to your account at the time your account is established. You may do so on the account documentation provided to you by us by designating Authorized Signers in the place provided. If you want more than one person to sign or approve checks, drafts or other transactions on your account, you may indicate the number of required Authorized Signers on the account documents. If no number is indicated, any one of the Authorized Signers may act alone. Authorized Signers may initiate withdrawals by electronic means and establish new accounts in your name.

We are not required to accept more than one Authorized Signer on any item or order for withdrawal drawn on your account. If we allow you to require multiple Authorized Signers for a withdrawal order, you agree to review each statement we make available to you for the account at once upon receipt and to report any item missing an authorized signature to us immediately. If you do not report a missing signature to us within 30 days (14 days for businesses and for all accounts established in New York) from the receipt of the first statement containing an item with a missing signature, each item signed by one Authorized Signer thereafter

EXHIBIT I
84

shall be deemed approved by you for payment. Failure to promptly review your statement and report a missing signature or other irregularity may result in a loss to you.

You shall notify us promptly of any change of Authorized Signers. You agree that presentation of new account documentation is not, by itself, notice of such change. You agree that we may continue to pay items and other transactions presented for payment signed by a person who is no longer authorized to sign on your account unless you specifically advise us not to pay such items, in which event we may require you to issue a stop payment order for each such item or we may require you to close your account and transfer the balance to a new account.

### Bank and Client Account Relationship

The account relationship between you and us is based on the contract created when you sign our account documentation and open a deposit account with us. The account relationship is that of a debtor (us) and a creditor (you). We are indebted to you to repay the money you deposit with us in accordance with the deposit terms. No fiduciary or other special relationship is formed between you and us unless we specifically agree to such a special relationship in writing.

### Business Accounts

We consider your account to be a business account if you tell us it is at the time you establish the account with us or at any later time. We may consider your account to be a business account (a) if your deposits consistently are composed of more than 10 checks, or (b) when more than $100 in coin or $2,000 in currency, food stamps or credit card drafts are in any deposit, or (c) checks or withdrawals are written for change-wanted orders, or (d) deposits are made through a night depository vault or delivered by armored carrier or courier service. If we consider your account to be a business account, we reserve the right to change your account fees and charges to those applicable to businesses. We will notify you of any change in your account status.

### Business Days

Our "Business Days" are Monday through Friday excluding bank holidays we observe. Saturdays, Sundays and holidays we observe are not "Business Days" even if we are open.

Deposits and payments made on a Saturday, Sunday or holiday we observe or on a Business Day after our established cut-off time are treated as if received the following Business Day.

### "Cut-Off" Times

We may establish certain times during each Business Day after which a transaction presented to us will be considered presented on our next Business Day (the "cut-off" time). Cut-off times may vary by transaction or by banking location. For our current cut-off times see your relationship manager or a client services representative at your branch.

### Check Indorsement Requirements

By federal regulation, the "Depository Bank Indorsement Area" on the back of a check is reserved for bank indorsements and must be kept clear and unobstructed. The Depository Bank Indorsement Area (the "reserved area") is that portion of the reverse side of a check between 1½ inches from the "trailing edge" and 3 inches from the "leading edge" of the back of the

EXHIBIT I
85

check. The "trailing edge" of the check is the left side of the check and the "leading edge" is the right side of the check looking at it from the front. The indorsement of the payee or depositor should be placed on the back of the check along the "trailing edge" but must not be placed in the reserved space described.



If you do mark or obscure the reserved area or you cash or deposit a check on which the area is marked or obscured, a delay may occur if the item must be returned. Examples of marks that may obscure the reserved area are indorsement stamp imprints, carbon bands and preprinted information. You are responsible and liable for any processing delay or loss resulting from marks that obscure the reserved area on items cashed or deposited by you. YOU AGREE TO HOLD US HARMLESS FROM ANY LOSS, LIABILITY OR DAMAGE WE MAY SUFFER OR INCUR ARISING FROM OR IN ANY WAY RELATED TO MARKS THAT OBSCURE THE RESERVED AREA ON ITEMS CASHED OR DEPOSITED BY YOU.

Deposited checks with marks in the reserved area may require special processing. You are responsible to notify us of any check you are depositing that has marks in the reserved area.

At our discretion, we may indorse and collect items deposited to your account without your indorsement or we may require your personal indorsement prior to accepting an item for deposit. If you present an item for deposit or encashment that purports to bear the indorsement of more than one named payee or a payee that is not known to us, we may refuse to accept the item for deposit or encashment and require all indorsing persons to be present and to identify themselves to our satisfaction or require that the indorsements be guaranteed by another financial institution acceptable to us.

### Circumstances Beyond Our Reasonable Control

We shall not be responsible or liable to you for any failure or delay when delivering our products or services to you if the failure or delay is attributable to circumstances beyond our reasonable control, which shall include but not be limited to natural catastrophe, acts of government authority, war, revolution, civil unrest or other disorder, labor disputes, fire, flood, earthquake, software defect and electrical, computer or telecommunications failure, provided that we shall have acted reasonably under the circumstances.

EXHIBIT I
86

### Collection of Checks and Other Items

We may accept checks and other items for collection only. If an item is accepted on a collection basis, we may charge a fee for the collection whether or not the item is paid. If an item we take for collection is drawn on a bank that requires a fee in advance, you will be charged the fee. We may not credit your account for any item taken for collection until we receive funds. Items drawn on banks located outside the United States may not be paid as quickly as items drawn on banks located in the United States.

### Compliance with Law

You shall not use any account you maintain with us or any service we provide to you to violate any state or federal law or regulation. We may exercise our right to close your account and terminate our relationship if we reasonably believe that you are violating or may have violated this provision.

### Conduct of Business Activity

We conduct our business in a professional manner and expect our staff to be courteous to and respectful of all our clients. We do not discriminate against any client on any basis prohibited by law, including but not limited to race, gender, religious preference, national origin or sexual orientation. We expect our clients to conduct their business affairs with us in a professional manner and to be courteous to and respectful of our staff. We reserve the right to close your accounts and terminate all your relationships with us if we determine that your conduct or the conduct of anyone acting on your behalf toward any of our staff is discourteous, disrespectful, harassing or discriminatory.

### Confidentiality

We regard the relationship between you and us to be confidential. We will not release information concerning your account or the services we provide to you to others without your consent except as otherwise stated in this disclosure and our Privacy Notice on page 59 and as we are required or permitted to do so by law. By opening and maintaining an account with us you agree that we may share information about you with our subsidiaries and affiliates as permitted by law. We employ non-affiliated vendors who provide services to us for the purpose of maintaining your accounts and other relationships with us. In the course of their employment the vendors may have access to information about you necessary to provide their service. We obligate these vendors to maintain the confidentiality of the information and to use the information only for the purpose intended to maintain the service provided to you. You agree that we may use vendors to provide our banking services to you.

You specifically waive any privacy protection rights provided under the law of any country other than the United States of America and any State of the United States.

### Contract Language

English is the controlling language of the relationship between you and us. While we may translate our forms, disclosures and advertisements into another language for your convenience, unless we otherwise agree in writing or we are specifically otherwise required by law, in the event of a conflict between our English language materials and our material in another language, the English language version shall control.

EXHIBIT I
87

*Death or Incapacity of Account Owners or Signers*

You agree to notify us at once in writing of the death or incapacity of an account owner or any person authorized to sign on your account or of any designated beneficiary of your account. You agree to inform each person authorized to sign on your account of the obligation to notify us of any such death or incapacity. Upon the death or incapacity of an account owner, the surviving owner or owners and any other signer shall not withdraw funds from the account except as permitted by law.

*Demand Drafts*

If you provide your account number to a third party to enable that party to prepare a demand draft (an item which does not bear your signature but which purports to be drawn with your authorization) drawn against your account, you authorize us to pay such draft when presented to us even though it does not bear your signature and may exceed the amount you authorized. We are not obligated to honor demand drafts and may refuse to do so at any time without notice to you, even if we have honored similar items previously.

You may not deposit demand drafts to an account with us without our prior express written consent. If you deposit one or more demand drafts with us, you agree that we may restrict your account for an amount we reasonably believe may be needed to repay the amount of any demand draft returned unpaid for any reason or returned to us with a claim that the demand draft was unauthorized. At our discretion we may place the amount of the restricted funds in a separate reserve account on our books which will not earn interest unless we otherwise agree. You grant us a security interest in any restricted funds. Our right to charge your account for any returned demand draft is not limited to the balance of any restricted funds. We may retain the restricted funds in a reserve account even if your account is closed and our rights respecting the restricted funds shall survive termination of your account relationship with us. We may discontinue accepting demand drafts at any time without cause or prior notice.

*Deposits to Accounts*

We may accept deposits to your account from any source and we need not question the authority of the person making the deposit. We may refuse all or any part of a deposit. We may accept items in a deposit for collection only. We are not responsible for a deposit until it has been received by our authorized employee at an authorized banking location and we have verified it. You agree to maintain a record of each item deposited.

We may refuse to accept a deposit to an account and we may limit the amount of any deposit to an account. We may return all or any part of a deposit presented to us for credit to your account to you at any address of yours indicated in our records. We may refuse to accept for deposit checks made payable to, or indorsed by, persons whom we cannot identify to our satisfaction.

If you deposit funds you hold for the benefit of a third party in any account maintained by you with us on which our fees and charges are offset by means of an earnings allowance on funds in the account (Account Analysis), you represent that your use of the earnings allowance or any interest credited to the account will not violate any law, regulation, or agreement with the third party.

EXHIBIT I
88

If you do not designate the account into which a deposit is to be credited or if we receive a payment from you that is not accompanied by instruction indicating how or where it is to be credited, we may apply the deposit or payment to any deposit account or loan you maintain with us.

### Deposit Total Adjustments

We are not required to adjust a deposit total, whether received in person or through an automated teller machine, when the amount of the total differs from the items and cash accompanying the deposit by an amount no greater than the amount established by us from time to time. If we do adjust a deposit, a fee may be charged.

### Direct Deposit Plan Refund Claim

If a refund claim is or may be received from the originator of any deposit to your account credited pursuant to a direct deposit plan and we determine that we may have liability for any or all of the amount of the claim or the originator is otherwise entitled to the amount of the claim from you, except as otherwise required by law we may charge any account of yours with us for the amount of the claim and refund the amount to the originator without notice.

### Disputes Between Parties to an Account

If we receive conflicting claims to funds in an account and cannot, in good faith, determine the rights of the claimants to the funds, we may, at our option, restrict the account and deny access to all until the rights of the claimants are determined to our satisfaction, close the account and send the funds to the owners of the account as stated in our records to the statement mailing address, or interplead all or any portion of the funds to an appropriate court after deducting our expenses for the interpleader.

### Duty to Cooperate

You shall cooperate reasonably with us if we must investigate any alleged loss or unauthorized transaction on your account or any item missing from your deposit and shall complete such sworn statements or other declaration concerning the loss or unauthorized transaction as we shall request. If we request that you do so, you will file a crime report with the appropriate police agency. You shall pursue all rights you may have under any insurance coverage you maintain and provide us with all reasonable information about your coverage, including but not limited to your insurance carrier, policy number, policy limits, and applicable deductibles. Your failure to cooperate with our reasonable requests shall relieve us from liability to you for any loss you allege you may have incurred except as otherwise required by law.

### Deposit Insurance Coverage

We are a Federal Deposit Insurance Corporation ("FDIC") insured depository institution. Qualified deposits maintained with us are insured by the FDIC, which is a corporation organized by the government to insure deposits. Premiums for this insurance are generally paid by us but we reserve the right to assess the insurance premiums to the accounts. FDIC insurance protection covers all deposits of one depositor up to the maximum amount determined by the FDIC, currently $100,000. Coverage may be increased through alternate ownership. Retirement accounts may be insured separately. Certain retirement accounts, such as Individual Retirement Accounts (IRAs); section 457 deferred compensation plan accounts; "self-directed" Keogh plan accounts (HR 10 accounts); and, "self-directed" defined contribution plan accounts

EXHIBIT I
89

[primarily 401(k) plan accounts] are currently insured to $250,000. You may obtain further information about the FDIC and the insurance of your accounts by requesting the FDIC publication regarding your insured deposit available from your relationship manager or a client services representative at your branch. You may also contact the FDIC directly by writing to the FDIC at 550 17th Street, N.W., Washington D.C., 20429-9990, or by calling 1-877-275-3342, or through the FDIC website at *www.fdic.gov*.

***Employee Benefit Plan Funds "Pass Through" Deposit Insurance Coverage***
Certain requirements must be met to gain the benefit of per-participant ("pass-through") FDIC deposit insurance coverage when you open an account comprising employee benefit plan funds.

The FDIC regulations provide, in part, that "…any deposits of an employee benefit plan or of any eligible deferred compensation plan described in section 457 of the Internal Revenue Code of 1986 (26 USC 457) in an insured depository institution shall be insured on a 'pass-through' basis in the amount of up to $100,000 for the noncontingent interest of each plan participant, provided that the FDIC's record keeping requirements, as outlined in Sec. 330.5, are satisfied" (12 CFR 330.14). For the purposes of this section, each eligible plan will be referred to simply as an "employee benefit plan."

To satisfy the record keeping requirement referred to above, our records must specifically disclose that the depositor (each employee benefit plan or its trustee) holds the funds deposited in a fiduciary capacity. Further, the details of the fiduciary relationship between the plan and its participants, and the participant's beneficial interest in the deposits, must be determinable from the records of the plan or the records of some person or entity that has agreed to maintain records for the plan. The records must be maintained in good faith and in the regular course of business.

FDIC regulations also provide that the right of an employee benefit plan deposit to "pass-through" deposit insurance coverage depends, in part, on the capital status of the institution at the time each deposit is made. If an FDIC-insured depository institution may not accept brokered deposits at the time an employee benefit plan deposit is made, the FDIC insurance does not cover the deposit. Whether an insured bank may accept brokered deposits depends upon that bank's capital level. FDIC-insured banks that have a prompt corrective action ("PCA") capital category of "Well Capitalized" may accept brokered deposits. Our PCA capital category is "Well Capitalized," the highest rating available, and we may accept brokered deposits without a waiver from the FDIC.

If you indicate that the funds in the account are held by you in a fiduciary capacity for an employee benefit plan when you open your account with us, and our records reflect that fact, and if you maintain the records of your employee benefit plan in good faith and in the regular course of your business so that the beneficial interest of each participant is ascertainable from your records, then it is our determination that the funds deposited in your account with us are eligible for "pass-through" insurance coverage.

Consult your own legal counsel to determine if your employee benefit plan account is properly established and your records of the employee benefit plan are properly maintained.

EXHIBIT I
90

If you require additional information about our capital condition, you may call the number printed on your statement or you may write to us at 400 North Roxbury Drive, Beverly Hills, CA 90210, to the attention of Banking Services Administration.

Our City National Wealth Management Services division can act as a fiduciary for employee benefit plans. We do not act in this capacity except pursuant to a written trust or custodial agreement. The fact that a deposit account is established with us for an employee benefit plan does not, by itself, make us a fiduciary for the plan. We are not responsible to see that the records of an employee benefit plan account are maintained properly unless we agree to do so in writing and we are not liable to you or anyone else if such records are not properly maintained in the absence of our agreement to do so.

Although we are required by the FDIC to make the determination we have made above, the FDIC is not bound in its insurance determinations by information provided by an insured institution to its clients.

### Facsimile Signatures

We may rely and act upon a facsimile signature (commonly called a "signature stamp") affixed by anyone on an item drawn against or deposited to your account when that facsimile signature resembles the actual signature of an Authorized Signer on your account whom you have advised us will sign by facsimile signature or who, as a matter of practice, signs by use of a facsimile signature; or the affixed facsimile signature resembles and purports to be the facsimile signature of such person whose facsimile signature exemplar is provided to us by you. You are responsible for the wrongful use of a facsimile signature.

### Fees and Charges

We may charge our fees and charges and any fees or charges assessed by others for transactions requested or initiated by you to any account you maintain with us. You are provided a schedule of our fees and charges when your account is opened and when a fee or charge is changed. Fees and charges assessed will appear on your statement and we are not required to give you a separate notice each time a fee or charge is assessed. You may obtain our current fee schedule for your account from your relationship manager or a client services representative at your branch.

### Foreign Currency Items

We may refuse to accept for deposit or collection items or wire transfers payable in a currency other than United States dollars. If we accept such an item or transfer, unless we otherwise agree, you have all the risk associated with currency value fluctuation (exchange rate risk). Items drawn on banks outside the United States may be returned unpaid at a later time than similar items drawn on banks located in the United States. You have the risk of a delayed or late return even if we made the funds available to you. You agree that we may use our current buying or selling rates respectively when processing a foreign currency item or wire transfer and may recover from your account any loss or fee incurred by us when processing such an item or transfer for you.

### Governing Law

Accounts, relationships and services established, maintained or provided at or through a CNB location are governed by law of the

EXHIBIT I
91

state of the CNB location (without reference to the conflict of law rules of that state) and federal law, except when otherwise agreed in writing. Any state law referred to in this brochure is the law of the state of the CNB location where the account, relationship or service is established, maintained or provided except when otherwise stated. In addition, accounts and transactions may be governed by the Regulations and Operating Circulars of the Federal Reserve Bank, local clearing house rules, the rules and regulations of the national clearing house association and general commercial bank practices applicable to accounts of your type or to the services provided by us. To the extent this brochure contains variations from applicable law or regulation as allowed by law, the terms and conditions of this brochure will govern.

### Holds for Uncollected Funds/Delayed Funds Availability
#### When Deposits are Available for Withdrawal

Our policy is to make funds from your deposits of cash and checks available to you on the first Business Day after the day we receive your deposit. Electronic direct deposits will be available on the day we receive the deposit. Once they are available, you can withdraw the funds in cash and we will use the funds to pay checks that you have written.

In determining the availability of your deposits, every day is a Business Day, except Saturday, Sunday, and federal holidays. If a deposit is made at a branch on a Business Day before the office closes or before the cut-off time established for the branch, whichever is earlier, it will be considered made on the day of deposit. A deposit received by mail will be considered made on the Business Day of receipt at an authorized location for mail deposits before our established cut-off time. Deposits to the night depository will be considered made when removed and available for processing by us. Deposits made at one of our automated teller machines will be considered made on the Business Day of deposit if made before our established cut-off time. Deposits made by lockbox arrangement, deposit courier and armored carrier are subject to the terms and conditions in the *Cash Management Services Disclosure and Agreement*. Deposits received after an established cut-off time are considered received on our next Business Day and availability is determined from that day. We are not responsible or liable to you if a transaction is not charged to your account because a hold placed on a prior transaction has not expired.

Please remember that even after we have made funds available to you and you have withdrawn the funds, you are still responsible for checks you deposit that are returned to us unpaid and for any other problems involving your deposit.

#### Longer Delays May Apply

In some cases, we will not make all of the funds that you deposit by check available to you on the first Business Day after the day of your deposit. Depending on the type of check that you deposit, funds may not be available until the fifth Business Day after the day of your deposit. However, the first $100 of your deposits will be available on the first Business Day after the Business Day on which funds are deposited.

If we are not going to make all of the funds from your deposit available on the first Business Day, we will notify you either at the time you make your deposit, or, if your deposit is not made directly to one of our employees, or if we decide to take this action after you have left our premises, we will mail you the notice by the

EXHIBIT I
92

Business Day after we receive your deposit. We will also tell you when the funds will be available.

If you intend to use the funds from a deposit immediately, you should ask us when the funds will be available.

*Holds Under Special Circumstances*
Funds you deposit by check may be delayed for a longer period under the following circumstances:

1. We believe a check you deposit will not be paid.
2. You deposit checks totaling more than $5,000 on any one Business Day. (Deposits made on Non-Business Days, e.g., Saturday and Sunday, will be added together with the deposits on the next Business Day.)
3. You redeposit a check that has been returned unpaid.
4. You have overdrawn your account (or combination of accounts) repeatedly in the last six months.
5. There is an emergency, such as a failure of communications or computer equipment.

We will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. They will generally be available no later than the 11th Business Day after the day of your deposit.

*Special Rules for New Accounts*
If you are a new client, the following special rules may apply during the first 30 days your account is open.

Funds from electronic direct deposits to your account will be available on the Business Day we receive the deposit. Funds from deposits of cash, wire transfers and the first $5,000 of a day's total deposits of cashier's, certified, teller's, traveler's and federal, state and local government checks will be available on the first Business Day after the day of your deposit if the deposit meets certain conditions. For example, the checks must be payable to you. The excess of $5,000 will be available on the ninth (9th) Business Day after the day of your deposit. If your deposit of these checks (other than a U.S. Treasury check) is not made in person to one of our employees, the first $5,000 will not be available until the second Business Day after the day of your deposit.

Funds from all other check deposits may be available to you, depending on the circumstances, as early as the Business Day after the day of your deposit or as many Business Days after the day of your deposit as we determine is necessary for us to reasonably be assured that the check is paid and will not be returned, but no longer than the 11th Business Day after the day of your deposit.

*Holds on Other Funds*
If we cash a check for you that is drawn on another bank, we may hold a corresponding amount of funds that are already in any account you maintain with us. If we accept a check drawn on another bank for deposit into your account and make the funds in the account available to you, we may hold a corresponding amount of funds that you have on deposit in another account with us. These holds will be released at the time funds from the checks would normally be available to you.

EXHIBIT I
93

*Exceptions to Funds Availability Rules*
These rules do not apply to deposits of foreign items (items drawn on or payable through or at an office of depository institutions not located in the United States) or non-cash items (e.g., documentary transit items and credit cards sales drafts deposited by credit card merchants).

### Inactivity and Unclaimed Accounts
We may consider an account with no deposit or withdrawal activity for a period of time determined by us to require special monitoring for inactivity. We may hold and not mail the statements on the account and automated teller machine and point-of-sale access may also be discontinued. Normal service charges will continue to apply.

If any account requires special handling for inactivity and is unclaimed by you for the period required for escheat under applicable unclaimed property state law, we shall deliver the balance of the account to the state as required by its law or, when applicable, as required by agreement between the states. A fee may be charged for mailing a notice of escheat. Upon escheat, the account is closed, no interest accrues thereafter, and we have no further responsibility or liability to you for the funds. You must file a claim with the state receiving the funds to recover funds and we shall not be required to recover the funds for you.

### Income Tax Reporting and Withholding
We are required by law to request that you provide us with your correct taxpayer identification number ("TIN") when we open an account for you. For most individual taxpayers, your TIN is your Social Security Number. For most businesses the TIN is the Employer Identification Number. We must receive your TIN even if you do not have to file a tax return. You must certify to us under penalty of perjury that the TIN you provide us is the correct TIN for your account. Exempt persons must certify their exempt status to avoid backup withholding by completing the appropriate Internal Revenue Service ("IRS") form. Nonresident aliens and foreign entities not subject to information reporting must certify their exempt status as required by law to avoid backup withholding. You may be subject to civil and criminal penalties if you fail to provide us with a correct TIN or falsify withholding status information.

We are required by law to report interest, dividend and other payments we make to you to the IRS along with your TIN. We are required by law to withhold a substantial portion of your taxable interest, dividend and certain other payments (as determined by the IRS from time to time) if you fail to supply us with your TIN. This is referred to as "backup withholding." We are also required to withhold if the IRS instructs us to do so or notifies you that you are subject to backup withholding. You shall promptly notify us if you receive such notice from the IRS.

We may refuse to open and we may close any account for which you do not provide a certified TIN even if you are exempt from backup withholding and information reporting.

### Instructions by Facsimile Transmission or Electronic Mail Transmission and Instructions Received at Telephone Answering Machines
We are not required to act upon instructions received by facsimile transmission, electronic mail or on a telephone answering machine

EXHIBIT I
94

and shall be liable or responsible to you for our failure to act on any such instruction unless we otherwise specifically agree in writing. In the event we do act on any such instruction received from you or from an authorized person acting on your behalf, you shall be bound by the instruction. Instruction received by facsimile transmission shall not be deemed received until the instruction is actually received and reviewed by our employee or agent responsible to carry out the instruction. Instruction received by electronic mail shall not be deemed received until the instruction is actually opened and reviewed by the addressee. Instruction received at a telephone answering machine shall not be deemed received until the instruction is actually reviewed by our employee or agent responsible to carry out the instruction.

PLEASE REMEMBER, transmissions by telephone (including facsimile transmissions) and electronic mail may not be secure and may be intercepted or viewed by third persons. Do not use these transmission media to communicate with us unless you are confident that your transmission will not be intercepted or you are willing to assume the risk of such interception.

### *Large Currency Transaction Reports*
We are required by law to report to the IRS large domestic transactions in currency or coin and large foreign transactions that involve the movement of currency or coin or other monetary instruments into or out of the United States. We may report these transactions without notice to our clients.

### *Substitute Check Policy*
*Substitute Checks*
Federal law permits banks to replace original checks with "substitute checks." These checks are similar in size to original checks with a slightly reduced image of the front and back of the original check. The front of a substitute check states: "This is a legal copy of your check. You can use it the same way you would use the original check." You may use a substitute check as proof of payment just like the original check. Some or all of the checks that you receive back from us may be substitute checks.

*Consumers' Rights Regarding Substitute Checks*
In certain cases, federal law allows you to request a refund for losses you suffer if a substitute check is erroneously posted to your account (for example, if you think that we withdrew the wrong amount from your account or that we withdrew money from your account more than once for the same check). The losses you may attempt to recover under this procedure may include the amount that was withdrawn from your account and fees that were charged as a result of the withdrawal.

The amount of your refund is limited to the amount of your loss or the amount of the substitute check, whichever is less. You may be entitled to interest on the amount of your refund if your account is an interest-bearing account. If your loss exceeds the amount of the substitute check, you may be able to recover additional amounts under the law.

If you make a claim, you may receive up to the lesser of the amount of your refund or $2,500 within ten (10) business days after we receive your claim and the remainder of your refund (plus interest if your account earns interest) no later than forty-five (45) calendar days after we receive your claim.

EXHIBIT I
95

We may reverse the refund, including any interest on the refund, if we later are able to demonstrate that the substitute check was correctly posted to your account.

*Claim for Refund*

If you believe that you have suffered a loss relating to a substitute check that you received and that was posted to your account, please contact us by calling our toll-free number at **1-800-773-7100** or write to us at 1801 West Olympic Boulevard, Suite 300, Los Angeles, CA 90006, Attn.: Deposit Services. You must contact us within forty (40) calendar days of the date that we mailed (or otherwise delivered by a means to which you agreed) the substitute check in question or the account statement showing that the substitute check was posted to your account, whichever is later. We will extend this time period if you were not able to make a timely claim because of extraordinary circumstances.

Your claim must include:
1. A description of why you have suffered a loss (for example, you think the amount withdrawn was incorrect);
2. An estimate of the amount of your loss;
3. An explanation of why the substitute check you received is insufficient to confirm that you suffered a loss; and
4. A copy of the substitute check or the following information to help us identify the substitute check: the account number, the check number, the name of the person to whom you wrote the check and the amount of the check.

### Suspicious Activity Reports

We are required by law to report to the government any transaction conducted by any individual or business or other organization that we suspect is illegal. We report suspected illegal activity without notice to our clients.

### Suspicion of Elder or Dependent Adult Financial Abuse

If we reasonably and in good faith believe a transaction you request may be a result of elder or dependent adult financial abuse as defined under the law of the state where you reside or otherwise, we may report our suspicion to the appropriate local or state agency or law enforcement authority without liability to you. We may conduct or refuse to conduct the transaction at our discretion with no liability to you.

### Legal Process

We may comply with any notice of garnishment or of attachment, tax levy, injunction, restraining order, subpoena for records or other legal process that we reasonably believe is valid and applies to your account or our relationship with you. We will attempt to notify you of the receipt of legal process unless otherwise prohibited by law. You are responsible to assert any third party rights to the funds in any account maintained by you with us and we have no obligation to ascertain or assert the rights of such third parties. We may charge a fee for handling such legal process. We may charge our fee and any associated costs at once against any account you maintain with us, including the account that is the subject of the legal process. If we are able to recover the amount of our fee and costs from the party who initiated the legal process or otherwise, we shall refund this charge to you. If we are unable to

EXHIBIT I

recover the amount of our fee and costs from the party initiating the legal process, we shall have no obligation to refund this charge to you.

We may accept and act upon any legal process delivered or served by mail or by facsimile transmission or at a location of ours other than the branch or location at which the account, property or records are held.

### Limitation on Actions

Any action or proceeding based on an account error, discrepancy or unauthorized transaction, including a forged, unauthorized or missing signature on an item, or an alteration of an item, shall be brought or commenced within one year after the date of the first account statement on which the error, discrepancy or unauthorized transaction appears.

Unless a shorter period applies by law, any action or proceeding to recover money or other property deposited with us, including money deposited with us in a Certificate of Deposit or other instrument, shall be commenced within four years of the last deposit or withdrawal or, in the case of a Certificate of Deposit or other instrument, within four years following the first maturity of the certificate or instrument without a further deposit or withdrawal. The crediting of interest to an account is not a deposit for the purposes of extending the time within which an action or proceeding to recover the money or property may be brought.

### Limitation on Cash Withdrawal

At our discretion, we may limit the amount of any large cash withdrawal from your account at any time unless you have notified us in advance of your intention to make the cash withdrawal. We may refuse or limit cash withdrawals from any branch that is not your branch of account. We may require that you arrange to receive the cash to be withdrawn at our central cash vault or other location designated by us by armored transport acceptable to us at your risk and expense. You are solely responsible for the security of the cash withdrawn and in your possession.

### Limitation on Liability

Except in the event of our gross negligence or willful misconduct we shall not be liable to you for more than the amount for which we are responsible in your deposit account or the amount for which we agree to be responsible in connection with a service provided by us to you or as may be required by law. IN NO EVENT SHALL WE BE LIABLE TO YOU FOR INCIDENTAL, CONSEQUENTIAL, SPECIAL, PUNITIVE OR EXEMPLARY DAMAGE OF ANY KIND AS A RESULT OF OUR BREACH OF ANY OBLIGATION OR TERM ARISING UNDER OUR AGREEMENT WITH YOU EVEN IF WE HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGE.

### Loss Recovery

In the event you incur a loss arising from any transaction by or through us, any recovery you receive shall apply to and first be credited to the amount for which we would otherwise be liable to you. Our liability for any loss you allege shall be further reduced by the amount of all insurance proceeds you receive or are entitled to receive. In the event we pay you for your loss, at our request you agree to assign to us your rights under any applicable insurance policy.

EXHIBIT I
97

### Notice of Severability and Headings

The terms and conditions set forth in this brochure each stand alone and the fact that one or more of them may be determined to be unenforceable or invalid with respect to one or more accounts or relationships you have with us shall not affect the enforceability and validity of the remainder. Headings in this brochure are for convenience only and are not binding.

### Order of Posting

Deposits and withdrawals to your account are usually posted after the close of our Business Day. Deposits are usually posted before any debits (withdrawals) in the same day's work. We determine the order of posting debits, including our service fees and interest payments, to your account unless otherwise required by law.

### Our Regulators

If you have problems with or concerns about our products or services which we cannot resolve, you may wish to contact our federal regulatory agencies for assistance. Your branch staff can provide you with the name and address of our regulatory agencies.

### Overdraft Liability

You are liable to us to repay any overdraft on your account. You may be charged interest on the daily amount of any overdraft on your account. If there is more than one person authorized to sign on your account, you, as owner of the account, or, when there is more than one owner, each owner of the account, jointly and severally, are liable to us for any overdraft on the account and any associated interest whether you signed the item that created the overdraft or not and whether you benefited from the proceeds of the item creating the overdraft or not. BY OPENING AN ACCOUNT WITH US YOU WAIVE ANY PROVISION OF STATE LAW TO THE CONTRARY. Any overdraft must be repaid at once. The fact that we allow one or more overdrafts on an account shall not obligate us to allow another overdraft or to increase an existing overdraft and we shall not be liable for not allowing or increasing overdrafts without notice to you even though we may have previously done so.

### Photography

Some of our facilities are monitored by security cameras. By entering our facilities you agree that your image may be recorded by a camera and may be shared with law enforcement agencies in the event of a breach of our security or otherwise as permitted by law. We will not use your image for any other purpose without your consent.

### Records Retention

We are required by law to keep certain of our records of transactions conducted by clients for a stated period of time. We are not liable to you for failing to do so unless we have otherwise agreed.

### Right of Setoff

If you owe us money and do not pay us as you agreed, we may apply any funds you have on deposit with us to satisfy or reduce the debt you owe us to the extent permitted by law. We may apply all funds in a joint tenancy account to satisfy or reduce a debt owed to us by one of the joint tenants. We may restrict all funds in a tenancy in common account to determine the interests of the tenants in the account and apply the interest of a tenant to satisfy or

EXHIBIT I
98

reduce a debt owed to us by that tenant. If the funds we apply to satisfy or reduce a debt owed to us are in a time deposit and are principal, we may also assess our applicable early withdrawal fee.

### Right to Close Accounts

You may close your account at any time, unless the account is an interest-bearing account with a stated maturity or the account requires a notice period for withdrawal and we do not waive these requirements; the account is pledged to us or to another; or the account may not be closed for other reasons. If there is more than one signer on your account, any signer may order the account closed but signing requirements must be met for withdrawals. An account that has no funds on deposit in it or that is overdrawn for 30 days may be closed by us at any time without notice unless the account is maintained with us under the provisions of a zero balance account arrangement. If you close your account in the first 90 days after opening, a fee may be charged except where prohibited by law.

We may consider your account closed if the balance in the account is at zero or less for a period of time determined by us. If your account is considered closed with an overdraft which we must write off after attempting to collect the overdraft from you, we may report that write off as a loss to an appropriate credit reporting agency.

We may terminate our account relationship with you and close your account at any time upon reasonable notice to you unless we otherwise agreed in writing to maintain the account for a stated period. For good cause, we may close your account at once.

When your account is closed, all services related to your account end as well. If we close your account and there is a balance remaining in the account, we may mail our check for the amount of the balance to you at the address to which we mail your statement and we may return deposits, checks and other items that we receive after your account is closed without liability to you. Matters related to your account continue to be governed by the terms and conditions of this agreement even after your account is closed.

### Accounts Closed for Cause

If we close your account for cause such as improper or unsatisfactory activity in the account, we may report that fact to third parties as permitted by law. An account closed for cause cancels all services associated with the account.

### Sub-Accounts

In order to accommodate our internal accounting and regulatory reporting, we may establish sub-accounts within certain accounts maintained by you with us. This will not affect your account number, balance requirements, transaction limits, monthly statement, your use of your account or the way you earn interest and will not be reflected on your statement.

### Telephone Monitoring and Recording

Supervisory personnel may randomly monitor client service telephone conversations to ensure that you receive courteous and efficient service. When you, or someone calling on your behalf, calls us, you agree that the call may be monitored without further notice.

EXHIBIT I
99

Certain telephone calls, such as telephone calls for securities sales and trading, payment authorization or wire transfers, may be recorded. The caller may hear a beep tone when a call is being recorded or, if there is no beep tone, the caller may be asked, in advance, for consent to record the telephone conversation. By continuing the telephone call after hearing the beep tone or being otherwise notified, the caller agrees to our right to record the telephone conversation. We may retain any telephone recording for such time as we shall determine but we shall have no liability to you if we do not retain the recording.

### *Usury Saving Clause*

It is never our intention to violate any law or regulation that limits the amount we may lawfully charge for any of our services. To the extent that any fee or charge we assess is determined to be in violation of applicable law or regulation, the fee or charge shall be deemed reduced or eliminated to be in compliance and the amount charged in excess of that permitted, if any, will be refunded to you by credit to your account or reduction of future fees.

### *Waiver or Delay*

We may waive or delay enforcement of any term, condition or right we may have stated in this brochure and our other agreements with you on a one-time basis even though we have not done so before and may not do so again and without prejudice to any other term or condition or right we may have under these agreements.

## DISPUTE RESOLUTION – FOR ACCOUNTS AND SERVICES

Maintaining a good relationship with you is very important to us. If you have a problem, misunderstanding or concern about your account, a service we provide you or any matter that involves your relationship with us, you should contact us immediately. We often find your telephone call, e-mail or visit to your branch gives us the opportunity to resolve the matter as quickly as possible. However, if you and we are not able to resolve differences informally, you agree that by opening or maintaining a deposit account or safe deposit box, by entering into any agreement with us which incorporates the terms and conditions of this *Account Agreement and Disclosures*, or by accepting a banking service from us, that, at our request or at your request, any and all disputes between you and us, regardless of when they arose, will be resolved using the following procedures.

### *Dispute Definition*

A "dispute" is any disagreement between you and us that you and we are not able to resolve informally. It includes any claim or controversy of any kind that arises out of or is related to this *Account Agreement and Disclosures* and any service provided by us. "Dispute" includes claims based on broken promises or contracts, torts (injury caused by negligent or intentional conduct), breach of duty or any other wrongful action. It includes statutory, common law and equitable claims.

### *Disputes Not Eligible for Binding Arbitration*

Disputes eligible to be resolved in small claims court, class actions or disputes on behalf of the general public under applicable state statutes are not eligible for binding arbitration.

EXHIBIT I
100

*Dispute Resolution – Binding Arbitration*

If the amount in dispute involves more than the jurisdictional limit of the small claims court with proper venue or the dispute is not otherwise eligible for binding arbitration, the dispute shall be resolved by final and binding arbitration. If the amount in controversy is $250,000 or less, a single arbitrator shall resolve the dispute. In such a proceeding the arbitrator shall have authority to award up to but not to exceed $250,000, including all damages of any kind and costs, fees and expenses. The parties to a proceeding before a single arbitrator waive any right to recover more than $250,000. If the amount in controversy exceeds $250,000, a panel of three arbitrators (the "Arbitration Panel") shall be appointed and the dispute shall be resolved by majority vote of the arbitrators.

Arbitration hereunder will be conducted at a location mutually agreeable to the parties or, in the absence of such agreement, at a location determined by the arbitrator or the Arbitration Panel in the county of the state where your branch of account is located. The arbitration, including the selection of the arbitrators, shall be administered by the American Arbitration Association ("AAA") in accordance with the Federal Arbitration Act (Title 9, United States Code) or such other federal law as may be adopted hereafter and the then existing commercial arbitration rules of the AAA. To the extent any provision of the Federal Arbitration Act is inapplicable, unenforceable or invalid, the law of the state where your branch of account is located will apply.

The arbitrator may, in its discretion, upon the written request of any party: (1) consolidate into a single arbitration any multiple party claims that are substantially the same; (2) bring into the arbitration any other person having or claiming an interest in any deposit account at issue in the arbitration established by a party with City National Bank; and (3) administer multiple arbitration claims as a class-action in accordance with Rule 23 of the Federal Rules of Civil Procedure.

The provisions of Rule 26 through and including Rule 37 of the Federal Rules of Civil Procedure are incorporated in and made a part of this agreement. Depositions may be taken and discovery may be obtained in any arbitration under this agreement only in accordance with these provisions.

The award of the arbitrator or the Arbitration Panel shall be in writing and shall specify the facts and the law on which it is based. Judgment upon any award rendered by the arbitrator or the Arbitration Panel may be entered in any state or federal court having jurisdiction thereof.

*Preservation of Remedies*

No provision of this agreement will limit the right of any party before, during or after any proceeding hereunder: (1) to exercise any right or remedy as a secured party against any collateral pursuant to the terms of a security agreement, pledge agreement or applicable law; (2) to exercise self-help remedies such as setoff; (3) to obtain provisional or ancillary remedies such as injunctive relief or the appointment of a receiver from a court having jurisdiction; or (4) to comply with any legal process involving your accounts or other property. The institution and maintenance of an action for judicial relief or pursuit of provisional or ancillary remedies, or exercise of self-help or a right or remedy of a secured party, will not constitute a waiver of the right of any party, including the plaintiff, to submit any dispute to arbitration.

EXHIBIT I
101

*Miscellaneous*

The arbitrator shall give effect to statutes of limitation, waiver and estoppel and other affirmative defenses in resolving any dispute. Any controversy concerning whether an issue is a dispute and is subject to arbitration under this agreement shall be determined by the arbitrator or the Arbitration Panel. Any dispute regarding the terms of this Agreement shall be resolved by the arbitrator or Arbitration Panel, including any claim that all or any part of this Agreement is invalid, but the arbitrator or Arbitration Panel shall not have the power to change or alter the terms of this agreement. The arbitration award may include equitable and declaratory relief. Each arbitrator or Arbitration Panel member selected shall be an attorney licensed to practice law in the jurisdiction where the arbitration is located or a retired judge and shall be required to be experienced and knowledgeable in the substantive law applicable to the subject matter of the dispute. Any party that shall fail to submit to arbitration following a proper demand to do so shall bear all costs and expenses, including reasonable attorneys' fees incurred to compel arbitration. The AAA, the arbitrator or the Arbitration Panel and the parties shall, to the extent feasible, take action to assure that an arbitration proceeding hereunder is finished within one hundred and eighty (180) days from the filing of the dispute with the AAA. The arbitrator and the Arbitration Panel are authorized to impose sanctions on a party failing to proceed within the times established by the arbitrator or the Arbitration Panel. **BY THIS AGREEMENT EACH PARTY WAIVES ANY CONSTITUTIONAL OR STATUTORY RIGHT TO A JURY TRIAL TO RESOLVE A DISPUTE ARISING UNDER THIS AGREEMENT TO THE EXTENT PERMITTED BY LAW.**

EXHIBIT I
102

## GLOSSARY OF TERMS AND ACRONYMS

AAA – American Arbitration Association

AAD – Account Agreement and Disclosures

ACH – Automated Clearing House

APY – Annual Percentage Yield

ARP – Account Reconcilement Processing

ATM – Automated Teller Machine

CD – Certificate of Deposit

CNB – City National Bank

Business Days – Each day Monday through Friday except for bank holidays. Saturdays and Sundays and holidays when we are closed are not Business Days.

CNS – City National Securities

Collected Funds – Funds actually received by us and held in your account as the balance available for withdrawal

DDA – Demand Deposit Account

EFT – Electronic Fund Transfer

EIN – Employer Identification Number

Electronic Check Conversion – A process where your check is used as a source of information for the check number, account number, and the bank identification number. The information is then used to make a one-time electronic payment from your account (an electronic fund transfer). The check itself is not the method of payment.

Electronified Check – A check that has gone through an Electronic Check Conversion

FDIC – Federal Deposit Insurance Corporation

IOLTA – Interest on Lawyer Trust Accounts (California and Nevada)

IOLA – Interest on Lawyer Accounts (New York)

IRA – Individual Retirement Account

MICR – Magnetic Ink Character Recognition

NOW – Negotiable Order of Withdrawal

ODP – Overdraft Protection

PAN – Primary Account Number

PC – Personal Computer

PIN – Personal Identification Number

POD – Pay on Death/Proof of Deposit

POS – Point of Sale/Personal Overdraft Sweep

SSN – Social Security Number

TIN – Taxpayer Identification Number

UTMA – Uniform Transfer to Minors Act

EXHIBIT I
103

## NOTICE TO AUTOMATED TELLER MACHINE USERS

Our automated teller machines, like the automated teller machines of other financial institutions, are provided for your convenience. However, there are risks when using automated teller machines and we caution you to take care for your own safety whenever you use any automated teller machine, especially at night. The following suggestions may be helpful to you.

1. Plan ahead to minimize your time at an automated teller machine. Prepare as much of your transaction in advance as you can at your home or office by filling out your deposit slip and indorsing the checks "for deposit only" to your account.

2. When you approach an automated teller machine location, look around and be alert to your surroundings, especially in areas unfamiliar to you. If you observe any suspicious person or unusual activity near the location at any time, do not use it and go somewhere else. At night, if the automated teller machine location is not well lighted, do not use it and go somewhere else.

3. Consider going to an automated teller machine location with someone you know and trust. Do not accept assistance from anyone you do not know and trust when using an automated teller machine.

4. We or any agent of ours will never request you to divulge your PIN in an oral or written manner.

5. Prevent others from seeing you enter your PIN when using an automated teller machine. Consider using your body to shield the view of the keypad.

6. If you notice anything suspicious or any other problem arises after you begin your transaction, cancel the transaction, recover the card you are using from the automated teller machine and leave.

7. When your transaction is complete, recover your card, your receipt and any cash you have requested from the automated teller machine and promptly leave the area. Do not display money taken from the automated teller machine. Put the money away and wait until you are in a safe place to verify it. Mark each transaction in your account record but do so away from the machine in a safe place. Save your receipt and do not leave a receipt at the automated teller machine location because it contains important account information. Compare your records with the account statement you receive.

8. When using any drive-up facility, lock your car doors and roll up all the windows except the window you are using. If you keep your engine running, be sure your car is in "park" or "neutral" and the brake is set.

9. Do not let anyone else use your card. Do not disclose your PIN to anyone else, even if the person is offering assistance. Do not write your PIN on your card. If you lose your card or it is stolen or your PIN is lost or stolen, report the loss to us at once.

Unfortunately, we cannot guarantee your safety when using our automated teller machines. In general, if you see anything that worries you in the vicinity of an automated teller machine, please do not use it. Report suspicious activity near an automated teller

EXHIBIT I
104

machine to the police. If the automated teller machine is one of ours, report the suspicious activity to us as well. Also, please tell us if you have any problem with one of our machines, for example if the lighting is not working or there is damage to the machine, so that we can correct the problem promptly and continue to provide you the best banking services possible.

## NOTICE TO ACCOUNT HOLDERS

*Avoiding Fraud*

Check fraud and unauthorized transactions attempting to take funds from bank accounts is, unfortunately, widespread and rising. Identity theft is also on the rise and so is telephone fraud. We have in place procedures and practices designed to detect check fraud and other unauthorized transactions directed against the accounts of our clients and to check identity, but these procedures and practices are not foolproof. You, the account holder, are in the best position to prevent fraudulent transactions directed at your account and to detect them if they occur. If you fail to do so or if you fail to do so in a timely manner, you may suffer a loss which we are not obligated to pay back to you. You should not expect us to pay you for losses you suffer when we are not legally obligated to do so.

You should comply with your obligations as stated in this brochure. You may also find the following guidelines helpful to prevent or deter crime:

1. Do not provide your account number to anyone you do not know or whom you do not want to conduct transactions on your account.

2. Do not provide account information or your personal identification number ("PIN") to anyone who calls you on the telephone or contacts you by means of the Internet unless you are positive you know the person and you want the person to be able to conduct a transaction on your account.

3. Review your bank statements upon receipt. If you do not receive a bank statement when you should, contact us at once. If there is anything in your statement that does not look right, contact us at once.

4. If you order checks and do not receive them promptly, contact us at once.

5. Write your checks in ink and fill in all lines carefully and completely. Do not leave room on the numeral line to insert a number between the dollar sign and the first Arabic numeral or on any written line to insert a word. Use a check protector to imprint the amount of your check if you have one.

6. Sign your checks clearly. Illegible signatures are more easily forged.

7. Do not give anyone a blank check that you have signed.

8. Do not preprint your driver's license number or Social Security or taxpayer identification number on your checks.

9. Use tamper–resistant check stock.

10. Do not allow anyone to sign your name on your checks and never share your PIN with anyone.

EXHIBIT I
105

11. Store your check stock and canceled checks safely and notify us at once if a check is missing. The information on these checks can be used to access your account.

12. Carefully shred or otherwise destroy canceled checks, bank statements, deposit slips and receipts, including ATM receipts, before discarding them.

13. Collect mail from your mailbox promptly. If you have a mailbox that does not securely lock, consider replacing the box with one that does.

14. Notify us if your identification is missing, lost or stolen.

Internal fraud can also be a serious problem for businesses. In addition to the steps listed above, businesses should adhere to the following guidelines:

1. Separate bank account responsibilities. Do not allow the same person who reconciles your business statement to also issue checks on your account.

2. Watch for out-of-sequence checks and checks made payable to cash or to a bank. These are the classic red flags for embezzlement.

3. Never leave unused checks in the open or in an easily accessible area. Store your checks under lock and key. Conduct periodic surprise audits of check control duties and physical check stock.

4. Conduct a regular review of your transaction activity for unexpected fluctuations.

5. If you write high volume, low dollar checks you may want to consider maintaining a separate account with minimal balances. Most businesses will maintain a constant average. A large fluctuation might indicate embezzlement.

6. Notify the Bank immediately when an employee who was authorized to transact business with the Bank leaves your company.

7. Conduct thorough background checks on employees who have financial responsibilities.

### *Avoiding Fees and Charges*

Many clients are charged fees and interest which they could easily avoid by keeping accurate and timely records of their account balance. Remember to record withdrawals from automated teller machines, point-of-sale transactions using your CNB Check Card and automated payments from your account. Your bank statement provides a convenient space to reconcile your account. You may also verify the available balance in your account and the checks and other transactions paid against your account since your last statement from the convenience of your own home by using our Telephone Banking or Online Banking Service. You may also verify your available balance at any of our automated teller machines.

Do not write checks and deliver checks drawn against insufficient funds. The collection process is very fast and you should not rely on a covering deposit being posted to your account before a check you wrote against insufficient funds is presented for payment. We may assess a fee for any such check and the merchant or other person to whom you wrote an insufficient funds check which is returned unpaid may also be entitled to additional fees or penalties.

EXHIBIT I
106

Pay your bills promptly to avoid late charges. If you have a credit card, pay the balance owing within the time allowed to avoid interest charges.

Take the time to read and understand our Fee Schedule to determine if there are any fees you are paying unnecessarily.

## SAFEGUARDING YOUR PRIVACY
## (PRIVACY NOTICE)

At City National Corporation and our affiliates, we value your trust and confidence and make maintaining them a priority. We are committed to safeguarding the confidentiality and privacy of all information entrusted to us by every client. We understand you expect no less.

Federal law requires us to inform you, our consumer clients, how we manage and safeguard your information. This notice describes our policy, which not only applies to our written files, but also to client information received through transactions you conduct without our banking offices, our electronic services, by telephone, online and through correspondence.

### *Our Commitment To You*
City National does not share any client information among affiliates or with nonaffiliated third parties for marketing purposes unless you agree we may do so, or if you have expressly requested that we provide you with certain products and services.

We never sell any client information for any reason. As a result, at City National, you do not need to take action ("Opt-Out") to prevent our sharing client information. This will not change, even if you end your relationship with us for any reason. We will continue to honor and safeguard any client information and preference that you have shared with us.

### *Information We Collect*
To provide the kind of premier services you have come to expect from City National, we collect and maintain the following client information:

- Name, address, Social Security number or income and other client information you provide to us on applications or other forms, in writing, electronically, or verbally.
- Account balances or payment history and other client information about your transactions with us.
- Information we obtain from consumer reporting agencies and from others with whom we work, such as publicly available information or demographics.
- Password, Personal Identification Number (PIN) and other client information about you that we obtain in connection with our efforts to protect against fraudulent or unauthorized use of our services.

For certain applications, "cookies" may be used. Cookies are small pieces of information assigned by a Web server to the browser on your hard drive. Cookies help Web sites keep track of your preferences and recognize you as a return visitor. You may browse our Web site anonymously by choosing not to provide us with any

EXHIBIT I
107

client information during your visits.    When you browse anonymously, we will not be able to link your online activity with the account you have with us.  For all other Web sites you visit, please review their privacy policies before you accept cookies from them.

### *Disclosure of Information*

To effectively administer and service daily operations, most financial companies need to share client information with vendors to run everyday business. City National contracts with nonaffiliated third party vendors to provide services that include printing your checks, processing your account transactions, and providing you with online products and services.   Each vendor is required to maintain the confidentiality of client information and use that information only to provide the intended service(s).   We disclose client information to these vendors to:

- Establish, administer and manage your account relationships with us.
- Provide our service to you.
- Process transactions and account statements.
- Conduct research and analysis.
- Deliver our other benefits and programs to you.

As permitted or required by law, City National may provide client information to credit reporting agencies and to others in response to subpoenas, other legal processes, regulatory/administrative requests and in connection with suspicious or criminal transactions. However, we do not share client information from consumer reports or credit applications without your consent.

### *How We Protect You*

City National maintains the confidentiality and integrity of client information.  We regularly validate our security measures through independent audits and monitor the security standard of our third party vendors.  Within the bank, we limit the availability of client information to those authorized persons who need it to perform their job responsibilities, and otherwise as discussed in *Disclosure of Information.*

Our Web sites use a full range of Internet security measures. The security architecture includes encryption technology, access control devices and firewalls acting as barriers between the outside world and the internal bank network, and trusted operation systems. City National uses anti-virus software specifically designed to detect and prevent computer viruses from entering our computer network system and continually monitors for attempts to break through our security systems.

We have designed our systems to ensure that your PIN, password, and other access codes are private and confidential.  City National will never ask for client information through e-mail.  **Therefore, do not respond to any e-mail message asking for your password, PIN number, credit card validation code, bank account numbers, ATM, credit card number, Social Security number or other client information.**

If you should receive an e-mail requesting such client information, please notify City National as soon as possible at (800) 480-5443.

EXHIBIT I
108

*Frequency of Notices*

Federal law requires that we notify you about our privacy policy when you open an account and every year that you are a client. We will also notify you in the event that we change our privacy policy. Although we safeguard the privacy of all our clients, this notice specifically applies to clients who are consumers.

*Definition of Terms*

"Affiliates" – City National affiliates. An affiliation exists when one company controls, is controlled by or is under common control with another company. The definition includes both financial institutions and entities that are not financial institutions.

"Client" – A consumer who has or had a continuing relationship with City National or an affiliate.

"Client Information" – Personally identifiable information defined as information that is nonpublic (client or consumer information not obtainable through publicly available information), private consumer client information. Any information that links to an individual client such as name, address, phone number, and any one of the following: Social Security number, Customer Information System (CIS) number or account number, client preferences, and service usage, obtained by the bank as a result of a transaction or account with us.

"Consumer" – An individual who seeks to or has obtained financial products and services from a financial institution to be used primarily for personal, family or household purposes. This term includes the legal representative of an individual.

"Nonaffiliate" – Any person, business, service provider or vendor outside of City National affiliates.

"Publicly Available Information" – Federal, state or local government record (i.e., real estate records or security interest filings); widely distributed media (i.e., telephone books, television/radio programs, newspapers or Web sites that are available to the general public on an unrestricted basis); or, disclosures to the general public that are required to be made by federal, state or local law.

"We," "Our," "City National" and "Us" – City National Corporation and its affiliates. (A listing of City National affiliates is available through the City National website at *cnb.com*.)

"You" and "Your" – A City National client who is an individual consumer (In other words, not a business client or a company).

*We reserve the right to alter or amend this Privacy Notice and any of the policies or procedures described in it at any time.*

*Terms used in this Privacy Notice reflect the meaning given in Title V – "Privacy" of the Gramm-Leach-Bliley Act (Public Law 106-102, codified at 15 U.S.C. 6801 et seq.) or the regulations prescribed under the Act.*

EXHIBIT I
109



Member FDIC
Member Federal Reserve System
ID 66503 (Rev 05/2007)                                    (504)

EXHIBIT I
110