UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY HORWITZ, et al.,<br><br>Defendants. | Case No. 2:21-CV-02927-CAS-GJS<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY CITY NATIONAL BANK'S APPLICATION FOR LEAVE TO FILE UNDER SEAL CERTAIN MATERIAL IN SUPPORT OF CITY NATIONAL BANK'S MOTION TO QUASH SUBPOENA**<br><br>Hon. Christina A. Snyder<br>Hon. Gail J. Standish<br><br>DISCOVERY MATTER |

The Court has considered non-party City National Bank's ("CNB") Application for Leave to File Under Seal Certain Material in Support of CNB's Motion to Quash Subpoena (the "Application") and the Declaration of Jeremy D. Matz filed in support thereof. Having considered all papers in support of the Application, and good cause appearing, the Court hereby **GRANTS** the Application and **ORDERS** that the following material be filed under seal:

| Document | Text to be Sealed |
|---|---|
| Exhibit 7 to the Declaration of Joshua G. Hamilton in Support of CNB's Motion to Quash Subpoena (Redacted Jan. 11, 2023 Subpoena to CNB) | Sealed in its entirety |

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Gail J. Standish
United States Magistrate Judge