| | |
|---|---|
| 1 | **LATHAM & WATKINS LLP** |
| 2 |   Manuel A. Abascal (Bar No. 171301) |
|   |     *manny.abascal@lw.com* |
| 3 | 355 South Grand Avenue, Suite 100 |
|   | Los Angeles, California 90071-1560 |
| 4 | Telephone: +1.213.485.1234 |
|   | Facsimile: +1.213.891.8763 |
| 5 | |
| 6 | **LATHAM & WATKINS LLP** |
|   |   Joshua G. Hamilton (Bar No. 199610) |
| 7 |     *Joshua.Hamilton@lw.com* |
|   | 10250 Constellation Blvd, Suite 1100 |
| 8 | Los Angeles, California 90069 |
|   | Telephone: +1.424.653.5509 |
| 9 | Facsimile: +1.213.891.8763 |
| 10 | |
|    | Attorneys for Non-Party |
| 11 | City National Bank |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | | Case No. 2:21-CV-02927-CAS-GJS |
| | Plaintiff, | **PROOF OF SERVICE** |
| | | Hon. Christina A. Snyder |
| | v. | Hon. Gail J. Standish |
| ZACHARY HORWITZ, et al., | | DISCOVERY MATTER |
| | Defendants. | |

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years. My business address is Latham & Watkins LLP, 10250 Constellation Blvd., Suite 1100, Los Angeles, CA 90067. My email address is aimee.mandel@lw.com.

On **March 15, 2023**, I served the following documents described as:

1. **EXHIBIT 7 TO THE DECLARATION OF JOSHUA G. HAMILTON IN SUPPORT OF NON-PARTY CITY NATIONAL BANK'S NOTICE OF MOTION AND MOTION TO QUASH SUBPOENA [UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL]**

2. **SEALED DECLARATION OF JEREMY D. MATZ IN SUPPORT OF NON-PARTY CITY NATIONAL BANK'S APPLICATION FOR LEAVE TO FILE UNDER SEAL CERTAIN MATERIAL IN SUPPORT OF CITY NATIONAL BANK'S MOTION TO QUASH SUBPOENA**

by serving a true copy of the above-described documents in the following manner:

## BY ELECTRONIC MAIL

Vedder Price LLP
Michael J. Quinn
1925 Century Park East Suite 1900
Los Angeles, CA 90067
Email: mquinn@vedderprice.com

Attorneys for Defendants
Zachary J. Horwitz and 1inMM Capital, LLC

Katten Muchin Rosenman LLP
Allison E. Yager
Terence G Banich
525 West Monroe Street
Chicago, IL 60661
Email: terence.banich@katten.com
Email: allison.yager@katten.com

Attorneys for Receiver Michele Vives

Vedder Price LLP
Ryan S Hedges
222 North LaSalle Street Suite 2600
Chicago, IL 60601
Email: rhedges@vedderprice.com

Attorneys for Defendants
Zachary J. Horwitz and 1inMM Capital, LLC

Raines Feldman LLP
Kathy Bazoian Phelps
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Email: kphelps@raineslaw.com

Attorneys for Receiver Michele Vives

1  Kathryn C. Wanner
2  M. Lance Jasper
   US Securities and Exchange
3  Commission
   444 South Flower Street, Suite 900
4  Los Angeles, CA 90071
   Email: wannerk@sec.gov
5  Email: jasperml@sec.gov

6  Attorneys for Plaintiff
   Securities and Exchange Commission

7
       I declare that I am employed in the office of a member of the Bar of, or
8  permitted to practice before, this Court at whose direction the service was made
   and declare under penalty of perjury under the laws of the State of California that
9  the foregoing is true and correct.

10      Executed on **March 15, 2023**, at Los Angeles, California.

11

12                                          _____
                                                       Aimee Mandel