## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION

PLAINTIFF(S),

v.

ZACHARY J. HORWITZ, et al.

DEFENDANT(S).

CASE NUMBER:

2:21−cv−02927 CAS(GJSx)

## NOTICE OF REASSIGNMENT
## OF CASE DUE TO UNAVAILABILITY
## OF JUDICIAL OFFICER

To:  All Counsel Appearing of Record

The Magistrate Judge to whom the above−entitled case was previously assigned is no longer available.

YOU ARE HEREBY NOTIFIED that, pursuant to directive of the Chief U. S. District Judge/Magistrate Judge and in accordance with the rules of this Court, the above−entitled case has been returned to the Clerk for random reassignment.

Accordingly, this case has been reassigned to:

Hon.   Patricia Donahue   , Magistrate Judge for:

any discovery and/or post−judgment matters that may be referred

Please substitute the initials of the newly assigned Magistrate Judge so that the new case number will read:   2:21−cv−02927 CAS(PDx)   . This is very important because documents are routed by the initials.

Clerk, U.S. District Court

 March 16, 2023 
Date

By:   /s/ Robert Nadres   
Deputy Clerk