UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:21-cv-02927-CAS (PDx)                           Date:  March 20, 2023

Title   *Securities and Exchange Commission v. Zachary J. Horwitz et al*

Present: The Honorable:   Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff: | Attorney Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings:**   (In Chambers) Motion to Quash Subpoena filed by Non-Party City National Bank; and Application to file documents under seal [Dkt. Nos. 195 - 196]

On March 15, 2023, Non-Party City National Bank filed a "Motion to Quash Subpoena" and noticed a hearing on April 24, 2023 at 3:00 p.m. (the "Motion"). [Dkt. No. 195.] Non-Party City National Bank also filed an Application to file Exhibit 7 to the Declaration of Joshua G. Hamilton under seal [196], and noticed the Application for a hearing on April 24, 2023, at 3:00 p.m. before Magistrate Judge Abrams. [Dkt. Nos. 195, 196.]

On March 16, 2023, due to the unavailability of the previously assigned Magistrate Judge, this case was reassigned to Magistrate Judge Donahue for any discovery and/or post judgment matters that may be referred. [Dkt. No. 199.]

The procedures required for presenting a discovery dispute to Magistrate Judge Donahue are set forth on the Court's website. *See* http://www.cacd.uscourts.gov/honorable-patricia-donahue. Among other requirements, absent leave of court no discovery motion may be filed until the Court has conducted a discovery conference.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:21-cv-02927-CAS (PDx)  Date: March 20, 2023

Title  *Securities and Exchange Commission v. Zachary J. Horwitz et al*

The Motion was filed before this matter was reassigned. The scheduled hearing will go forward on **April 24, 2023 at 3:00 p.m**. in Courtroom 580 of the Roybal Federal Courthouse.

For any other discovery disputes in the case, the parties are directed to the Court's procedures on the website.

IT IS SO ORDERED.