# **Exhibit D**
# **Invoices**

## Douglas Wilson Companies

**Services for month ending March 31, 2023**

Invoice #: 92471
Invoice Date: 04/10/2023
Due Date: 04/20/2023

1620 Fifth Avenue, Suite 400
San Diego, CA 92101
Phone: 619 641-1141
Fax: 619-641-1150
douglaswilson.com

SEC v Horwitz
Attn: Michele Vives
1620 Fifth Avenue, Suite 400
San Diego, CA 92101
United States

## 10129 SEC v Horwitz

### Services

| Date | Timekeeper | Description | Hours | Discount | Total |
|------|-----------|-------------|-------|----------|-------|
| 03/01/2023 | LR | Forensic Accounting: Update transaction listing spreadsheet | 1.00 | - | $157.50 |
| 03/01/2023 | MV | Case Administration: Call with individual investors. | 0.80 | - | $324.00 |
| 03/01/2023 | KB | Case Administration: Zoom meeting with M. Vives and sub-investor. | 0.70 | - | $110.25 |
| 03/01/2023 | KB | Forensic Accounting: Review sub-aggregator transactions and compare to new Valid8 transactions. | 7.00 | - | $1,102.50 |
| 03/01/2023 | LR | Forensic Accounting: Line of Credit analysis | 7.20 | - | $1,134.00 |
| 03/01/2023 | RW | Forensic Accounting: Continue with final review of various aggregator spreadsheets. | 6.00 | - | $2,430.00 |
| 03/01/2023 | MV | Case Administration: Review email from A Loftus regarding various parties of interest. | 0.20 | - | $81.00 |
| 03/01/2023 | MV | Case Administration: Call with Counsel regarding outcome of precedent opinion of interest. | 0.20 | - | $81.00 |
| 03/01/2023 | MDW | Forensic Accounting: Review of person of interest with supporting documentation and memo draft. | 7.50 | - | $1,181.25 |

Invoice #: 92471 - 10129 SEC v Horwitz - 04/10/2023

| 03/01/2023 | DW | Case Administration: Review the status of various aspects of the project with a particular focus on the priority of activities in the next 60 days (.6). Review of recent emails (.2). | 0.80 | - | $324.00 |
|---|---|---|---|---|---|
| 03/02/2023 | LR | Forensic Accounting: Investor Analysis | 7.20 | - | $1,134.00 |
| 03/02/2023 | KB | Forensic Accounting: Review sub-aggregator transactions and compare to new Valid8 transactions. | 7.70 | - | $1,212.75 |
| 03/02/2023 | RW | Forensic Accounting: Continue final review of several aggregator spreadsheets. | 6.50 | - | $2,632.50 |
| 03/02/2023 | MDW | Forensic Accounting: Review of person of interest with supporting documentation and memo draft. | 7.60 | - | $1,197.00 |
| 03/03/2023 | LR | Forensic Accounting: Update forensic software | 2.10 | - | $330.75 |
| 03/03/2023 | KB | Forensic Accounting: Review sub-aggregator transactions and compare to new Valid8 transactions (5.8). Internal meeting to review sub-aggregator & Valid8 transactions (.7). | 6.50 | - | $1,023.75 |
| 03/03/2023 | MV | Case Administration: Book travel to Los Angeles for Mediation. | 0.20 | - | $81.00 |
| 03/03/2023 | LR | Accounting/Auditing: JAMS correspondence, payment, and record payment in QB | 0.70 | - | $110.25 |
| 03/03/2023 | LR | Forensic Accounting: Update forensic software | 2.70 | - | $425.25 |
| 03/03/2023 | MV | Case Administration: Weekly Update Call with Counsel | 1.00 | - | $405.00 |
| 03/03/2023 | MV | Case Administration: Update call with sub-aggregator investors. | 1.00 | - | $405.00 |
| 03/03/2023 | MV | Case Administration: Call with special conflict counsel for update. | 1.00 | - | $405.00 |
| 03/03/2023 | MV | Case Administration: Review sub-aggregator analysis with L Rocha and K Bickings | 0.70 | - | $283.50 |
| 03/03/2023 | LR | Forensic Accounting: Update forensic software and analysis | 0.70 | - | $110.25 |
| 03/03/2023 | RW | Forensic Accounting: Continue final review of aggregator spreadsheets | 5.50 | - | $2,227.50 |
| 03/03/2023 | DW | Case Administration: Respond to recent emails. | 0.40 | - | $162.00 |
| 03/03/2023 | LR | Case Administration: Review Ingen with M.Vives and | 0.70 | - | $110.25 |

Invoice #: 92471 - 10129 SEC v Horwitz - 04/10/2023

|            |     | K.Bickings                                                                                                                                                                                              |      |   |          |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|---|----------|
| 03/05/2023 | MV  | Case Administration: Review sub-aggregator Spreadsheets.                                                                                                                                                 | 0.50 | - | $202.50  |
| 03/06/2023 | MV  | Case Administration: Response to D Rammelt regarding bank statements.                                                                                                                                    | 0.20 | - | $81.00   |
| 03/06/2023 | LR  | Forensic Accounting: Review sub-aggregator transactions (1.5) and create spreadsheet of unknown items (.3). Forward to sub-aggregator (.1).                                                              | 1.90 | - | $299.25  |
| 03/06/2023 | LR  | Forensic Accounting: Review all transactions with bank of interest for LOC analysis (3.4). Discussion with R.Weidman on K.Phelps request (.4)                                                            | 3.80 | - | $598.50  |
| 03/06/2023 | MV  | Case Administration: Review next steps with internal team. Assign additional forensics.                                                                                                                  | 0.40 | - | $162.00  |
| 03/06/2023 | KB  | Forensic Accounting: Continue sub-aggregator and Valid8 Spreadsheet analysis.                                                                                                                            | 1.80 | - | $283.50  |
| 03/06/2023 | DW  | Case Administration: Comprehensive review of the various ongoing activities for the project and the priority for each (.4). Review the sources and uses for the project to date and discuss how best to adjust going forward (.4). | 0.80 | - | $324.00  |
| 03/06/2023 | RW  | Forensic Accounting: Continue final review of aggregator spreadsheet                                                                                                                                     | 4.00 | - | $1,620.00 |
| 03/06/2023 | RW  | Forensic Accounting: Discussion with L. Rocha on request from K.Phelps                                                                                                                                   | 0.40 | - | $162.00  |
| 03/06/2023 | MDW | Forensic Accounting: Review of person of interest with supporting documentation and memo draft.                                                                                                          | 6.00 | - | $945.00  |
| 03/07/2023 | LR  | Forensic Accounting: Update and review forensic software for LOC transfers                                                                                                                               | 5.40 | - | $850.50  |
| 03/07/2023 | KB  | Forensic Accounting: Continue sub-aggregator and Valid8 Spreadsheet analysis.                                                                                                                            | 6.60 | - | $1,039.50 |
| 03/07/2023 | MV  | Case Administration: Arbitrator review (.4). Arbitrator review meeting with team and counsel. (.5)                                                                                                        | 0.90 | - | $364.50  |
| 03/07/2023 | MV  | Case Administration: Review person of interest report with M Wilson.                                                                                                                                     | 0.40 | - | $162.00  |
| 03/07/2023 | MV  | Case Administration: Review Ingen Spreadsheet and request changes from team. Discuss the investor list from 1inMM with team.                                                                             | 0.50 | - | $202.50  |

| 03/07/2023 | MV | Case Administration: Update sub-aggregator spreadsheet for mediation. | 0.40 | - | $162.00 |
|---|---|---|---|---|---|
| 03/07/2023 | MV | Case Administration: Call with special counsel regarding bank issues. | 0.50 | - | $202.50 |
| 03/07/2023 | MV | Case Administration: Update forensic analysis for mediation. | 0.20 | - | $81.00 |
| 03/07/2023 | RW | Case Administration: Review February 2023 invoice | 2.00 | - | $0.00 |
| 03/07/2023 | MV | Business Operations: Call with counsel regarding rates. | 0.20 | - | $81.00 |
| 03/07/2023 | MV | Case Administration: Email correspondence with Aggregator regarding bank statements. | 0.20 | - | $81.00 |
| 03/07/2023 | MDW | Forensic Accounting: Review of person of interest with supporting documentation and memo draft. | 6.00 | - | $945.00 |
| 03/07/2023 | MDW | Case Administration: Read and analyzed R.Reyes report re: Rogue Black films. | 1.50 | - | $236.25 |
| 03/07/2023 | MDW | Case Administration: Review person of interest report with M Vives. | 0.40 | - | $63.00 |
| 03/07/2023 | RB | Case Administration: Phone call with counsel re: arbitrator discussions. | 0.50 | - | $157.50 |
| 03/08/2023 | LR | Forensic Accounting: Review/take inventory of documents provided by sub-aggregator and organize documents based on type | 2.00 | - | $315.00 |
| 03/08/2023 | MV | Case Administration: Discussion with Counsel regarding various sub-aggregators and mediation Settlement Agreements | 1.00 | - | $405.00 |
| 03/08/2023 | LR | Forensic Accounting: Download and extract bank statements from aggregator | 0.50 | - | $78.75 |
| 03/08/2023 | RW | Case Administration: Finalize February's invoice. | 0.50 | - | $0.00 |
| 03/08/2023 | RW | Forensic Accounting: Meeting with L.Rocha on bank transactions to provide to counsel. | 1.00 | - | $405.00 |
| 03/08/2023 | MV | Case Administration: Review document from sub-aggregator and email their counsel regarding same. | 0.50 | - | $202.50 |
| 03/08/2023 | MV | Case Administration: Review mediation demand letter from Plantiffs counsel. | 0.40 | - | $162.00 |

Invoice #: 92471 - 10129 SEC v Horwitz - 04/10/2023

| 03/08/2023 | RW | Forensic Accounting: Complete review of aggregator spreadsheets | 1.40 | - | $567.00 |
|---|---|---|---|---|---|
| 03/08/2023 | MDW | Forensic Accounting: Review of person of interest with supporting documentation and memo draft. | 7.00 | - | $1,102.50 |
| 03/08/2023 | KB | Forensic Accounting: Continue sub-aggregator and Valid8 Spreadsheet analysis. | 6.00 | - | $945.00 |
| 03/08/2023 | LR | Forensic Accounting: Meet with R. Weidman regarding Line of Credit Examples | 1.00 | - | $157.50 |
| 03/08/2023 | LR | Forensic Accounting: Review items provided by sub-aggregator and update spreadsheet | 2.80 | - | $441.00 |
| 03/08/2023 | RB | Case Administration: Communications with J. Jones and A. Levitas re: Companies House and status of the company. | 0.50 | - | $157.50 |
| 03/08/2023 | DW | Case Administration: Monitor recent emails and respond as needed. Review updates regarding bank of interest. | 0.70 | - | $283.50 |
| 03/09/2023 | MV | Case Administration: Review email correspondence between managing members of JJMT in preparation for mediation with sub-aggregator | 0.50 | - | $202.50 |
| 03/09/2023 | MV | Case Administration: Call with Loftus regarding sub-aggregator Settlement and sub-aggregator mediation. | 0.50 | - | $202.50 |
| 03/09/2023 | MV | Case Administration: Meeting with Plaintiff's and Plaintiff's counsel regarding mediation. | 1.00 | - | $405.00 |
| 03/09/2023 | MV | Case Administration: Meeting with Judge Schenkier regarding mediation. | 0.80 | - | $324.00 |
| 03/09/2023 | KB | Forensic Accounting: Work on completing master investor contact list (3.5 hrs). Work on completing sub-aggregator and Valid8 comparison spreadsheet (3.5). | 7.00 | - | $1,102.50 |
| 03/09/2023 | MV | Case Administration: Update internal team on mediation next steps | 0.40 | - | $162.00 |
| 03/09/2023 | LR | Accounting/Auditing: Set up wire for Katten payment and enter into Quickbooks | 0.60 | - | $94.50 |
| 03/09/2023 | LR | Forensic Accounting: Update forensic software for aggregator | 5.70 | - | $897.75 |
| 03/09/2023 | LR | Accounting/Auditing: Soft reconcile bank accounts for all entities | 0.40 | - | $63.00 |

Invoice #: 92471 - 10129 SEC v Horwitz - 04/10/2023

| 03/09/2023 | MDW | Forensic Accounting: Review of person of interest with supporting documentation and memo draft. | 6.50 | - | $1,023.75 |
|---|---|---|---|---|---|
| 03/09/2023 | KB | Case Administration: Internal team update from M.Vives | 0.40 | - | $63.00 |
| 03/09/2023 | LR | Case Administration: Internal team update from M.Vives | 0.40 | - | $63.00 |
| 03/09/2023 | MDW | Case Administration: Internal team update from M.Vives | 0.40 | - | $63.00 |
| 03/09/2023 | RW | Case Administration: Internal team update from M.Vives | 0.40 | - | $162.00 |
| 03/10/2023 | MV | Case Administration: Prepare for Mediation with sub-aggregator. | 0.50 | - | $202.50 |
| 03/10/2023 | LR | Forensic Accounting: Analysis of aggregator investments | 4.30 | - | $677.25 |
| 03/10/2023 | KB | Case Administration: Work on completing SEC v. Horwitz Investor Contact list. | 4.10 | - | $645.75 |
| 03/10/2023 | MV | Case Administration: Sub-aggregator Mediation via JAMS Zoom | 6.00 | - | $2,430.00 |
| 03/10/2023 | LR | Case Administration: Meeting with K.Phelps and clarify with R.Weidman | 0.40 | - | $63.00 |
| 03/10/2023 | RW | Case Administration: Call with K.Phelps and follow up with L.Rocha | 0.40 | - | $162.00 |
| 03/10/2023 | LR | Forensic Accounting: Investor analysis and update forensic software | 3.10 | - | $488.25 |
| 03/10/2023 | RW | Forensic Accounting: Meet with K.Bickings on sub-aggregator spreadsheet | 0.30 | - | $121.50 |
| 03/10/2023 | RW | Case Administration: Debrief with team on Mediation | 0.50 | - | $202.50 |
| 03/10/2023 | KB | Case Administration: Attend portion of Internal meeting w/ M. Vives to get SEC update (.4). Internal meeting w. R. Weidman to discuss sub-aggregator spreadsheet (.3). | 0.70 | - | $110.25 |
| 03/10/2023 | MV | Case Administration: Update internal team regarding Mediation. | 0.50 | - | $202.50 |
| 03/10/2023 | RB | Business Operations: Review Rogue Black and Minamata foreign corporation documents and analyze next steps. | 1.10 | - | $346.50 |
| 03/10/2023 | MDW | Forensic Accounting: Review of person of interest with supporting documentation and memo draft. | 6.90 | - | $1,086.75 |
| 03/10/2023 | DW | Case Administration: Review case updates and related | 0.80 | - | $324.00 |

| | | documents. | | | |
|---|---|---|---|---|---|
| 03/13/2023 | LR | Forensic Accounting: Update sub-aggregator transactions in software | 1.10 | - | $173.25 |
| 03/13/2023 | KB | Forensic Accounting: Work on completing SEC v. Horwitz Investor Contact list. | 4.40 | - | $693.00 |
| 03/13/2023 | LR | Case Administration: Internal Team Meeting - Project Update | 1.30 | - | $204.75 |
| 03/13/2023 | MDW | Case Administration: Internal team meeting. | 1.30 | - | $204.75 |
| 03/13/2023 | RW | Case Administration: Internal team meeting | 1.30 | - | $526.50 |
| 03/13/2023 | LR | Forensic Accounting: Pull bank transaction listing and send to M.Vives (.2) Review credit card transaction listing for payments (1.3) | 1.50 | - | $236.25 |
| 03/13/2023 | KB | Case Administration: Internal team meeting. | 1.30 | - | $204.75 |
| 03/13/2023 | MV | Case Administration: Internal meeting with team members regarding next steps in forensics. | 1.30 | - | $526.50 |
| 03/13/2023 | MV | Case Administration: Update call with Counsel prior to Mediation. | 0.50 | - | $202.50 |
| 03/13/2023 | MV | Case Administration: Review letter from Aggregator. Download bank statements. Review for accuracy. | 1.40 | - | $567.00 |
| 03/13/2023 | KG | Case Administration: Case update on tasks to assign and complete re investor contacts and accounting. | 0.80 | - | $126.00 |
| 03/13/2023 | DW | Case Administration: Comprehensive review of various key aspects of the project with a focus on the immediate priorities (1.0). Update on the pending arbitration and the Chicago mediation in May (.3). Monitor various recent emails and respond (,2). | 1.50 | - | $607.50 |
| 03/13/2023 | MDW | Forensic Accounting: Sent R.Weidman report on person of interest. | 0.10 | - | $15.75 |
| 03/13/2023 | MDW | Forensic Accounting: Review of person of interest with supporting documentation and memo draft. | 4.90 | - | $771.75 |
| 03/13/2023 | LR | Forensic Accounting: Update forensic software | 2.30 | - | $362.25 |
| 03/14/2023 | MV | Case Administration: Review legal fees and invoices. | 0.40 | - | $162.00 |
| 03/14/2023 | KB | Forensic Accounting: Finalize sub-aggregator v. Valid8 | 6.60 | - | $1,039.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | spreadsheet analysis. | | | |
| 03/14/2023 | MV | Case Administration: Begin review of bank objections to Subpoena | 0.50 | - | $202.50 |
| 03/14/2023 | RW | Forensic Accounting: Review memo of person of interest (2.0) and provide feedback to M.Wilson (.5). | 2.50 | - | $1,012.50 |
| 03/14/2023 | RB | Case Administration: Review credit card statements. Compile into workable format. (1.1) Meet with K. Godinez re: project and needs. (.2) | 1.30 | - | $409.50 |
| 03/14/2023 | RB | Case Administration: Communications with counsel re: approach to data of potential target. | 0.20 | - | $63.00 |
| 03/14/2023 | KG | Case Administration: Brief w/R. Baker re credit card statements (.8), reviewed and analyzed related documents (3.5) | 4.30 | - | $677.25 |
| 03/14/2023 | RW | Case Administration: Travel to Mediation [50%] | 4.00 | 50.0% | $810.00 |
| 03/14/2023 | MV | Case Administration: Travel to Mediation [50%] | 4.00 | 50.0% | $810.00 |
| 03/14/2023 | MV | Case Administration: Prep for Mediation | 2.50 | - | $1,012.50 |
| 03/14/2023 | DW | Case Administration: Confer with M.Vives and R.Weidman regarding the Mediation and the key issues to be reviewed. | 0.70 | - | $283.50 |
| 03/14/2023 | MDW | Forensic Accounting: Review of person of interest with supporting documentation and memo second draft. | 5.90 | - | $929.25 |
| 03/14/2023 | MDW | Case Administration: Met with R.Weidman and reviewed her comments. | 0.30 | - | $47.25 |
| 03/14/2023 | LR | Forensic Accounting: Review 1inMM Capital transactions for Line of Credit examples for counsel | 6.20 | - | $976.50 |
| 03/14/2023 | LR | Forensic Accounting: Extract and upload documents into forensic software | 0.50 | - | $78.75 |
| 03/14/2023 | LR | Accounting/Auditing: Communication with forensic software team regarding new project pricing | 0.30 | - | $47.25 |
| 03/14/2023 | LR | Accounting/Auditing: Forward wiring instructions for settlement payment | 0.30 | - | $47.25 |
| 03/15/2023 | DW | Case Administration: Monitor the status of the mediation via emails and phone calls. | 0.50 | - | $202.50 |
| 03/15/2023 | RB | Forensic Accounting: Communications with M. Vives re: | 0.50 | - | $157.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | review of financial information. (.2) Meet with K. Godinez re: project status and update changes. (.3) | | | |
| 03/15/2023 | KB | Forensic Accounting: Finalize sub-aggregator v. Valid8 spreadsheets (1 hr). Add return of capital to each investor in Horwitz v. SEC spreadsheet (6.5 hr). | 7.50 | - | $1,181.25 |
| 03/15/2023 | MV | Case Administration: Travel to and from Mediation [50%] | 1.50 | 50.0% | $303.75 |
| 03/15/2023 | MV | Case Administration: Confidential settlement counterparty mediation | 11.00 | - | $4,455.00 |
| 03/15/2023 | RW | Case Administration: Travel time to and from mediation [50%] | 1.50 | 50.0% | $303.75 |
| 03/15/2023 | RW | Case Administration: Confidential settlement counterparty mediation | 11.00 | - | $4,455.00 |
| 03/15/2023 | KG | Case Administration: Reviewed and analyzed additional credit card statements (3.3), brief w/R. Baker re update and completion (.3). | 3.60 | - | $567.00 |
| 03/15/2023 | MDW | Forensic Accounting: Review of person of interest with supporting documentation and memo second draft. | 6.90 | - | $1,086.75 |
| 03/15/2023 | LR | Forensic Accounting: Update forensic software | 7.00 | - | $1,102.50 |
| 03/15/2023 | LR | Forensic Accounting: Download statements and save to server | 0.30 | - | $47.25 |
| 03/15/2023 | LR | Forensic Accounting: Upload statements into forensic software | 0.30 | - | $47.25 |
| 03/16/2023 | KB | Forensic Accounting: Complete investor list of net losers/ winners. | 6.20 | - | $976.50 |
| 03/16/2023 | MV | Case Administration: Call with Counsel regarding follow up to mediation. | 0.20 | - | $81.00 |
| 03/16/2023 | MV | Case Administration: Travel back from Mediation [50%] | 4.00 | 50.0% | $810.00 |
| 03/16/2023 | RW | Case Administration: Travel back from Mediation [50%] | 4.00 | 50.0% | $810.00 |
| 03/16/2023 | MV | Case Administration: Review motion to quash from bank (.5). Review objections to subpoena from bank (.5). Prepare for meeting with counsel (.5). | 1.50 | - | $607.50 |
| 03/16/2023 | MV | Case Administration: Call with special counsel regarding Bank's motion to quash. | 0.50 | - | $202.50 |

| 03/16/2023 | DW | Case Administration: Participate on the Zoom meeting regarding bank and the next steps forward (.5). Review confidential settlement and confer with M. Vives regarding the same (.3). | 0.80 | - | $324.00 |
|---|---|---|---|---|---|
| 03/16/2023 | RB | Case Administration: Research filings and history of the receivership. (.4) Phone call with K. Phelps re: findings. (.2) | 0.60 | - | $189.00 |
| 03/16/2023 | RB | Case Administration: Review questions from J. Jones and commentary from A. Levitas re: Rogue Black entity. Communications re: same. | 0.70 | - | $220.50 |
| 03/16/2023 | KG | Case Administration: Reviewed multiple sets of credit card statements for charges and logged in excel report. | 3.40 | - | $535.50 |
| 03/16/2023 | MDW | Forensic Accounting: Review of person of interest with supporting documentation and memo second draft. | 7.50 | - | $1,181.25 |
| 03/16/2023 | LR | Forensic Accounting: Download statements and save them to server | 0.30 | - | $47.25 |
| 03/16/2023 | LR | Forensic Accounting: Finalize transfers report for counsel and review with R. Weidman | 7.10 | - | $1,118.25 |
| 03/17/2023 | KB | Forensic Accounting: Complete Horwitz v. SEC Investor list of net winners/ losers. Compose follow up letter to investor. | 4.90 | - | $771.75 |
| 03/17/2023 | MDW | Forensic Accounting: Review of person of interest with supporting documentation and memo second draft. | 7.00 | - | $1,102.50 |
| 03/17/2023 | KG | Forensic Accounting: Finalized excel report and emailed to R. Baker for review. | 1.70 | - | $267.75 |
| 03/17/2023 | LR | Forensic Accounting: Update forensic software | 7.10 | - | $1,118.25 |
| 03/17/2023 | LR | Forensic Accounting: Review person of interest report with M.Wilson | 0.30 | - | $47.25 |
| 03/20/2023 | MV | Case Administration: Pre-mediation call with defendants, plaintiffs, counsel and Judge Schenkier. | 0.70 | - | $283.50 |
| 03/20/2023 | MV | Case Administration: Follow up call with Counsel. | 0.40 | - | $162.00 |
| 03/20/2023 | KB | Forensic Accounting: Review letter for investor and create exhibits for demand letter. | 3.20 | - | $504.00 |
| 03/20/2023 | LR | Forensic Accounting: Update forensic software | 4.90 | - | $771.75 |

Invoice #: 92471 - 10129 SEC v Horwitz - 04/10/2023

| 03/20/2023 | RW | Forensic Accounting: Discussion with K.Bickings on sub aggregator spreadsheet. Review demand letter to net winner | 0.70 | - | $283.50 |
|---|---|---|---|---|---|
| 03/20/2023 | MV | Case Administration: Update with Team regarding settlements, forensic analysis, etc. | 0.40 | - | $162.00 |
| 03/20/2023 | MV | Case Administration: Prepare document request for sub-aggregator and managing members. | 0.50 | - | $202.50 |
| 03/20/2023 | KB | Case Administration: Internal meeting with R. Weidman to discuss sub-aggregator spreadsheets and progress on assigned tasks. | 0.70 | - | $110.25 |
| 03/20/2023 | KB | Forensic Accounting: Update sub-aggregator & Valid8 Comparison spreadsheet. | 1.70 | - | $267.75 |
| 03/20/2023 | RW | Case Administration: Review request for production for sub-aggregator | 0.30 | - | $121.50 |
| 03/20/2023 | DW | Case Administration: General project update. Update on the results of the recent mediation and the immediate priority of focus for the next 30 days. | 0.80 | - | $324.00 |
| 03/20/2023 | MDW | Forensic Accounting: Review of person of interest with supporting documentation and memo second draft. | 4.60 | - | $724.50 |
| 03/20/2023 | RB | Case Administration: Meeting with M. Vives and the team regarding current ongoing items and next steps. | 0.40 | - | $126.00 |
| 03/20/2023 | MG | Business Operations: Prepping ICS documents for receiver signatures. | 1.50 | - | $236.25 |
| 03/20/2023 | LG | Business Operations: Discussions and review of forms related to set up of ICS bank accounts to ensure FDIC coverage. | 0.50 | - | $202.50 |
| 03/20/2023 | MDW | Case Administration: Meeting with M. Vives and the team regarding current ongoing items and next steps. | 0.40 | - | $63.00 |
| 03/20/2023 | LR | Case Administration: Meeting with M. Vives and the team regarding current ongoing items and next steps. | 0.40 | - | $63.00 |
| 03/20/2023 | KB | Case Administration: Meeting with M. Vives and the team regarding current ongoing items and next steps. | 0.40 | - | $63.00 |
| 03/21/2023 | MV | Case Administration: Review JJM Settlement Agreement redlines. Email response to counsel with direction. | 0.50 | - | $202.50 |
| 03/21/2023 | LR | Forensic Accounting: Update forensic software | 7.40 | - | $1,165.50 |

| 03/21/2023 | KB | Forensic Accounting: Finalize settlement agreement for investor and exhibits (.7). Compose settlement agreement for investor (3.0) | 3.70 | - | $582.75 |
|---|---|---|---|---|---|
| 03/21/2023 | MV | Case Administration: Review meet and confer letter issued to bank of interest. | 0.50 | - | $202.50 |
| 03/21/2023 | MV | Case Administration: Call with counsel for sub-aggregator regarding settlement. | 0.80 | - | $324.00 |
| 03/21/2023 | RW | Forensic Accounting: Review investor memo and analyzing accounting production documents, | 5.00 | - | $2,025.00 |
| 03/21/2023 | MV | Case Administration: Follow up call with Receivers Counsel. | 0.70 | - | $283.50 |
| 03/21/2023 | LR | Forensic Accounting: Zoom call with K. Phelps and R. Weidman | 0.30 | - | $47.25 |
| 03/21/2023 | DW | Case Administration: Status update on sub-aggregator situation and possible resolution (.3). Follow up phone discussion with Katten regarding the same (.7) | 1.00 | - | $405.00 |
| 03/21/2023 | RB | Case Administration: Begin drafting demand letter to company. Review financials and related items. | 1.50 | - | $472.50 |
| 03/21/2023 | RW | Forensic Accounting: Zoom call with K.Phelps and L.Rocha | 0.30 | - | $121.50 |
| 03/21/2023 | RB | Case Administration: Review history of sale of Bolton Furniture (.4). Compile relevant information (.5). Communications with counsel re: same (.3). | 1.20 | - | $378.00 |
| 03/21/2023 | MDW | Forensic Accounting: Review of person of interest with supporting documentation and memo second draft. | 3.70 | - | $582.75 |
| 03/22/2023 | LR | Case Administration: Team review of all matters | 1.30 | - | $204.75 |
| 03/22/2023 | LR | Forensic Accounting: Update forensic software for aggregator | 6.20 | - | $976.50 |
| 03/22/2023 | RW | Case Administration: Internal team update meeting on all matters | 1.30 | - | $526.50 |
| 03/22/2023 | MDW | Case Administration: Team review of all matters | 1.30 | - | $204.75 |
| 03/22/2023 | KB | Case Administration: Internal meeting of all SEC updates. | 1.30 | - | $204.75 |
| 03/22/2023 | MV | Case Administration: Weekly Team Meeting to review all matters | 1.30 | - | $526.50 |

Invoice #: 92471 - 10129 SEC v Horwitz - 04/10/2023

| 03/22/2023 | MV | Case Administration: Review credit card spreadsheet (.15). Schedule meeting regarding sub-aggregator. (.10) Preparation for weekly team meeting (.25) | 0.50 | - | $202.50 |
|---|---|---|---|---|---|
| 03/22/2023 | KG | Case Administration: Status update on tasks and projects related to case. | 1.20 | - | $189.00 |
| 03/22/2023 | KB | Case Administration: Finalize settlement letter for person of interest. Compose letter for another person of interest. | 6.00 | - | $945.00 |
| 03/22/2023 | RW | Forensic Accounting: Set up sub-aggregator template for staff to work on (.5). Review template with M.Wilson (.2) | 0.70 | - | $283.50 |
| 03/22/2023 | RB | Case Administration: Meeting to discuss Rogue Black, financial analysis, and demands to be made. | 1.00 | - | $315.00 |
| 03/22/2023 | MV | Case Administration: Call with sub-aggregator counsel regarding settlement. | 0.50 | - | $202.50 |
| 03/22/2023 | KG | Case Administration: Updated excel report with revised amounts per M. Vives. | 0.40 | - | $63.00 |
| 03/22/2023 | RW | Forensic Accounting: Review demand letter and sub schedules for net winner | 1.30 | - | $526.50 |
| 03/22/2023 | MDW | Forensic Accounting: Reviewed sub-aggregator template with R.Weidman. | 0.20 | - | $31.50 |
| 03/22/2023 | MDW | Forensic Accounting: Reviewed sub-aggregator Promissory Notes and its investors. | 4.50 | - | $708.75 |
| 03/22/2023 | RW | Forensic Accounting: Analyze bank statements for person of interest | 1.50 | - | $607.50 |
| 03/22/2023 | DW | Case Administration: Team review of all matters | 1.30 | - | $526.50 |
| 03/23/2023 | LR | Forensic Accounting: Update forensic software and prepare spreadsheet of unknowns | 4.20 | - | $661.50 |
| 03/23/2023 | KB | Forensic Accounting: Compose Schedules for various settlement letters. | 5.40 | - | $850.50 |
| 03/23/2023 | KB | Case Administration: Internal meeting to discuss settlement letters. | 0.50 | - | $78.75 |
| 03/23/2023 | RW | Case Administration: Meeting with M.Vives and K.Bickings on demand letter. | 0.50 | - | $202.50 |
| 03/23/2023 | MV | Case Administration: Review investor net winner/ clawback letter with team. Make suggested edits to same. | 0.50 | - | $202.50 |

| 03/23/2023 | RB | Case Administration: Review forensic accounting analysis for potential litigation target (1.0). Compile information (.5). | 1.50 | - | $472.50 |
|---|---|---|---|---|---|
| 03/23/2023 | RB | Case Administration: Begin drafting demand letter to litigation target and outline history and causes. | 1.70 | - | $535.50 |
| 03/23/2023 | MDW | Forensic Accounting: Reviewed sub-aggregator Promissory Notes and its investors. | 0.50 | - | $78.75 |
| 03/23/2023 | RW | Forensic Accounting: Reviewing transactions between 1inMM and investor | 1.50 | - | $607.50 |
| 03/24/2023 | KB | Forensic Accounting: Finalize letters to net winners (.7). Begin spreadsheet analysis for aggregator (4.8) | 5.50 | - | $866.25 |
| 03/24/2023 | LR | Forensic Accounting: Review of aggregator analysis | 0.50 | - | $78.75 |
| 03/24/2023 | KB | Case Administration: Internal meeting to discuss next steps for aggregator forensic review. | 0.50 | - | $78.75 |
| 03/24/2023 | LR | Forensic Accounting: Aggregator analysis | 5.20 | - | $819.00 |
| 03/24/2023 | RW | Case Administration: Discussion with K.Bickings and L.Rocha on aggregator | 0.50 | - | $202.50 |
| 03/24/2023 | RW | Forensic Accounting: Review demand letter to net winner after revisions were made (1 hr). Analyze various bank accounts for net winner (4 hr) | 5.00 | - | $2,025.00 |
| 03/24/2023 | MDW | Forensic Accounting: Reviewed sub-aggregator Promissory Notes and its investors. | 6.80 | - | $1,071.00 |
| 03/24/2023 | MG | Business Operations: Put together package for ICS forms - upload to East West Bank for processing. | 0.80 | - | $126.00 |
| 03/24/2023 | MV | Case Administration: Review email correspondence between counsel and bank counsel regarding Motion to Quash and objections to subpoena. | 0.40 | - | $162.00 |
| 03/26/2023 | RB | Case Administration: Continue drafting demand letter, review financials. | 0.70 | - | $220.50 |
| 03/26/2023 | RB | Case Administration: Review demand letter draft by R. Weidman. Make comments and communicate items. | 0.40 | - | $126.00 |
| 03/27/2023 | LR | Forensic Accounting: Analysis of aggregator investments | 5.80 | - | $913.50 |
| 03/27/2023 | LR | Forensic Accounting: Credit card statement analysis | 0.50 | - | $78.75 |

Invoice #: 92471 - 10129 SEC v Horwitz - 04/10/2023

| 03/27/2023 | MV | Case Administration: Weekly update to team during Project Meeting. | 0.40 | - | $162.00 |
| 03/27/2023 | KB | Forensic Accounting: Transfer Valid8 information over to aggregator spreadsheet. | 2.50 | - | $393.75 |
| 03/27/2023 | MV | Case Administration: Call regarding settlement with sub-aggregator counsel. | 0.40 | - | $162.00 |
| 03/27/2023 | RW | Forensic Accounting: Finalize analysis for direct investor | 1.50 | - | $607.50 |
| 03/27/2023 | LG | Case Administration: Call with L. Rocha regarding new ICS accounts and level of transactions per account. | 0.10 | - | $40.50 |
| 03/27/2023 | MV | Case Administration: Review confidential settlement agreement | 0.40 | - | $162.00 |
| 03/27/2023 | RW | Forensic Accounting: Review settlement demand letters (.8) & support schedules for sub-aggregators (.7) | 1.50 | - | $607.50 |
| 03/27/2023 | MDW | Forensic Accounting: Reviewed sub-aggregator Promissory Notes and its investors. | 2.70 | - | $425.25 |
| 03/27/2023 | RW | Forensic Accounting: Meeting with M.Vives regarding aggregator analysis for 2 aggregators. | 1.00 | - | $405.00 |
| 03/27/2023 | RW | Forensic Accounting: Begin final review of sub-aggregator analysis | 0.60 | - | $243.00 |
| 03/27/2023 | MV | Case Administration: Meeting with R Weidman regarding Aggregator analysis for 2 aggregators. | 1.00 | - | $405.00 |
| 03/27/2023 | RB | Case Administration: Review Rogue Black documentation and email traffic regarding English corporation. (.3) Phone call with A. Levitas re: same. (.5) | 0.80 | - | $252.00 |
| 03/27/2023 | RB | Case Administration: Review demand letter to investor with net gains (.3). Make adjustments and changes (.3). Reconcile with prior demand letters (.4). | 1.00 | - | $315.00 |
| 03/27/2023 | RB | Case Administration: Weekly update to team during Project Meeting. | 0.40 | - | $126.00 |
| 03/27/2023 | DW | Case Administration: Review various case updates (1.0). Detailed internal discussion regarding the status of the various ongoing forensic assignments (.4). | 1.40 | - | $567.00 |
| 03/27/2023 | LR | Case Administration: Call with L. Goodridge regarding new ICS accounts and level of transactions per account. | 0.10 | - | $15.75 |

| 03/28/2023 | MV | Case Administration: Review Letter from aggregator's Counsel regarding Loftus suit and issues with Receiver. (.3) Send follow up correspondence to Receiver's counsel (.2). | 0.50 | - | $202.50 |
|---|---|---|---|---|---|
| 03/28/2023 | MV | Case Administration: Call with Judge Schenkier regarding sub-aggregator | 0.50 | - | $202.50 |
| 03/28/2023 | MV | Case Administration: Call with aggregator and Investors counsel regarding settlement. | 0.80 | - | $324.00 |
| 03/28/2023 | MV | Case Administration: Discuss various scheduled needed with R Weidman | 0.40 | - | $162.00 |
| 03/28/2023 | MV | Case Administration: Review letter to net winner and revise accordingly. | 0.40 | - | $162.00 |
| 03/28/2023 | KB | Forensic Accounting: Transfer Valid8 information over to aggregator spreadsheet. | 2.10 | - | $330.75 |
| 03/28/2023 | RW | Forensic Accounting: Discuss updates needed for aggregator analysis with M.Vives (.4) Prepare separate analysis for the individuals of an aggregator (2.6). | 3.00 | - | $1,215.00 |
| 03/28/2023 | RW | Forensic Accounting: Continue review of sub-aggregator analysis | 1.50 | - | $607.50 |
| 03/28/2023 | MDW | Forensic Accounting: Reviewed sub-aggregator Promissory Notes and its investors. | 4.20 | - | $661.50 |
| 03/28/2023 | DW | Case Administration: Review the mediation status and the timeline and process for the same. | 0.60 | - | $243.00 |
| 03/28/2023 | MG | Accounting/Auditing: Updated check software, processed check payments per court order + reissued after review. | 0.50 | - | $78.75 |
| 03/29/2023 | LR | Forensic Accounting: Analysis of aggregator investments and documents | 7.70 | - | $1,212.75 |
| 03/29/2023 | MV | Case Administration: Call with A Loftus regarding various issues. | 0.50 | - | $202.50 |
| 03/29/2023 | RW | Forensic Accounting: Continue analysis of sub-aggregator spreadsheet | 4.00 | - | $1,620.00 |
| 03/29/2023 | MV | Case Administration: Call with R.Baker regarding financials. | 0.20 | - | $81.00 |
| 03/29/2023 | RW | Forensic Accounting: Discuss next steps with M.Wilson on sub-aggregator analysis. | 0.30 | - | $121.50 |

| 03/29/2023 | RW | Forensic Accounting: Review aggregator worksheet prepared by K.Bickings (2.7) and discuss next steps with K.Bickings (.3). | 3.00 | - | $1,215.00 |
|---|---|---|---|---|---|
| 03/29/2023 | RB | Case Administration: Continue drafting demand letter to litigation target (1.0). Review financials, review and confirm data, and correlate information from reports (2.2). Phone call with M. Vives re: same (.3). | 3.50 | - | $1,102.50 |
| 03/29/2023 | DW | Case Administration: Review the status of sub-aggregator discussions and verify the options for a path forward to reach a resolution. | 0.50 | - | $202.50 |
| 03/29/2023 | KB | Forensic Accounting: Transfer of Valid8 information over to aggregator spreadsheet (3.5). Met with R.Weidman to discuss next steps (.3) | 3.80 | - | $598.50 |
| 03/29/2023 | MDW | Forensic Accounting: Reviewed sub-aggregator Promissory Notes and its investors. | 4.40 | - | $693.00 |
| 03/29/2023 | MDW | Forensic Accounting: Met with R.Weidman to review sub-aggregator spreadsheet and go over next steps. | 0.30 | - | $47.25 |
| 03/30/2023 | LR | Forensic Accounting: Analysis of aggregator documents for spreadsheet | 1.50 | - | $236.25 |
| 03/30/2023 | RB | Case Administration: Review draft demand letter and make updated changes. Communications with M. Vives re: same. | 1.00 | - | $315.00 |
| 03/30/2023 | RB | Case Administration: Zoom call with counsel and receiver regarding ongoing demand letters, strategic discussion on current pursuit of recoveries. | 1.00 | - | $315.00 |
| 03/30/2023 | LR | Forensic Accounting: Review of aggregator spreadsheet and match transactions to bank statements | 6.90 | - | $1,086.75 |
| 03/30/2023 | MV | Case Administration: Prepare for update meeting with Team (.5). Meeting with counsel and executive team regarding various matters (1.0) | 1.50 | - | $607.50 |
| 03/30/2023 | MV | Case Administration: Review Settlement Agreement redlines with confidential settlement counterparty. Email counsel regarding same. | 0.40 | - | $162.00 |
| 03/30/2023 | KB | Forensic Accounting: Transfer of Valid8 information over to aggregator spreadsheet. | 2.70 | - | $425.25 |
| 03/30/2023 | MV | Case Administration: Secondary call with counsel. | 1.00 | - | $405.00 |
| 03/30/2023 | MV | Case Administration: Review and edit letter to credit card | 0.50 | - | $202.50 |

| | | company. Send to counsel for final review. | | | |
|---|---|---|---|---|---|
| 03/30/2023 | MV | Case Administration: Forensic work and detail regarding aggregator principals. | 1.00 | - | $405.00 |
| 03/30/2023 | MDW | Forensic Accounting: Reviewed sub-aggregator Promissory Notes and its investors. | 5.00 | - | $787.50 |
| 03/30/2023 | MDW | Forensic Accounting: Compared sub-aggregator Promissory Notes with the bank statements provided. | 2.20 | - | $346.50 |
| 03/30/2023 | RB | Case Administration: Secondary call with counsel. | 1.00 | - | $315.00 |
| 03/31/2023 | LR | Forensic Accounting: Review of aggregator spreadsheet and match transactions to bank statements | 2.80 | - | $441.00 |
| 03/31/2023 | RW | Forensic Accounting: Finish review of sub-aggregator analysis. | 1.90 | - | $769.50 |
| 03/31/2023 | LR | Forensic Accounting: Meet with R. Weidman regarding aggregator analysis | 0.50 | - | $78.75 |
| 03/31/2023 | MV | Case Administration: Update call on various settlements with A Loftus and T Banich. | 0.50 | - | $202.50 |
| 03/31/2023 | MDW | Forensic Accounting: Compared sub-aggregator Promissory Notes with the bank statements provided. | 1.00 | - | $157.50 |
| 03/31/2023 | LR | Forensic Accounting: Review of aggregator spreadsheet and match transactions to forensic software | 1.30 | - | $204.75 |
| 03/31/2023 | RW | Forensic Accounting: Discussion with L.Rocha on aggregator | 0.50 | - | $202.50 |
| 03/31/2023 | KB | Forensic Accounting: Transfer of Valid8 information over to aggregator spreadsheet. | 5.50 | - | $866.25 |
| 03/31/2023 | RW | Forensic Accounting: Review bank transactions and subscription agreements of sub-aggregator | 1.50 | - | $607.50 |
| 03/31/2023 | MV | Case Administration: Review opposition of Motion to Quash and Declaration. Respond to counsel regarding same. | 1.00 | - | $405.00 |

|  | **Line Item Discount Subtotal** | **-$3,847.50** |
|---|---|---|
|  | **Services Subtotal** | **$138,838.50** |

**Expenses**

Invoice #: 92471 - 10129 SEC v Horwitz - 04/10/2023

| Date | Timekeeper | Description | Rate | Total |
|------|-----------|-------------|-----:|------:|
| 03/01/2023 | MV | Travel: Travel to and From Mediation - M Vives and R Weidman | $112.00 | $112.00 |
| 03/01/2023 | MV | Meals: Meal - mediation in LA | $45.78 | $45.78 |
| 03/01/2023 | MV | Hotel: Mediation Hotel Room - R Weidman | $744.14 | $744.14 |
| 03/01/2023 | MV | Hotel: Mediation Hotel Room - M VIves | $846.36 | $846.36 |
| 03/01/2023 | RW | Background Checks: Truth Finder | $28.05 | $28.05 |
| 03/14/2023 | MV | Travel: Travel Insurance for Mediation | $18.00 | $18.00 |
| 03/14/2023 | MV | Travel: Uber from Hotel to Dinner | $26.78 | $26.78 |
| 03/14/2023 | MV | Travel: Uber from Dinner to Hotel | $20.61 | $20.61 |
| 03/15/2023 | MV | Travel: Uber from Hotel to JAMS Mediation Location | $110.89 | $110.89 |
| 03/15/2023 | MV | Travel: Uber from JAMS Location to Hotel | $91.85 | $91.85 |
| 03/16/2023 | MV | Travel: Uber from Train Station to Office | $9.90 | $9.90 |
| 03/30/2023 | MV | Travel: Flight from SD to Chicago for Mediation | $811.15 | $811.15 |
| | | | **Expenses Subtotal** | **$2,865.51** |

| Time Keeper | Hours | Rate | Discount | Total |
|-------------|------:|-----:|---------:|------:|
| Ryan Baker | 22.5 | $315.00 | - | $7,087.50 |
| Kristine Bickings | 124.9 | $157.50 | - | $19,671.75 |
| Monica Garcia | 2.8 | $157.50 | - | $441.00 |
| Kristina Godinez | 15.4 | $157.50 | - | $2,425.50 |
| Lynn Goodridge | 0.6 | $405.00 | - | $243.00 |
| Lisset Rocha | 148.0 | $157.50 | - | $23,310.00 |
| Michele Vives | 70.0 | $405.00 | -$1,923.75 | $26,426.25 |
| Rene Weidman | 89.6 | $405.00 | -$1,923.75 | $34,364.25 |
| Rene Weidman | 2.5 | $0.00 | - | $0.00 |
| Douglas Wilson | 12.6 | $405.00 | - | $5,103.00 |

Invoice #: 92471 - 10129 SEC v Horwitz - 04/10/2023

| | | | | |
|---|---|---|---|---|
| Michael Wilson | 125.5 | $157.50 | - | $19,766.25 |
| | | | **Subtotal** | **$141,704.01** |
| | | | **Total** | **$141,704.01** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 92405 | 02/20/2023 | $162,832.10 | $130,922.60 | $31,909.50 |
| 92432 | 03/20/2023 | $81,551.38 | $65,261.83 | $16,289.55 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 92471 | 04/20/2023 | $141,704.01 | $0.00 | $141,704.01 |
| | | | **Outstanding Balance** | **$189,903.06** |
| | | | **Total Amount Outstanding** | **$189,903.06** |

Please make all amounts payable to: Douglas Wilson Companies

Please pay within 10 days.

Please contact accounting with any questions: dwcaccounting@douglaswilson.com