**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter[2]**

| Matter Description | Hours | Amount |
|---|---:|---:|
| Case Administration | 3.0 | $2,250.00 |
| Fee Application/Retention of Professionals | 4.6 | $0.00 |
| Claims Administration and Objections | 0.0 | $0.00 |
| Pre-Receivership Litigation/Stay | 45.0 | $33,052.50 |
| FBI and Criminal Case Matters | 0.0 | $0.00 |
| SEC Meetings/Discussions | 0.0 | $0.00 |
| Avoidance Actions | 0.4 | $285.60 |
| Asset Disposition | 0.0 | $0.00 |
| Investigation of Assets/Transactions | 45.85 | $35,075.25 |
| Business Operations/Operating Entities | 20.8 | $12,294.40 |
| Expenses | 0.0 | $2,404.60 |
| **Totals** | **119.65** | **$85,362.35** |

---

[2] As an accommodation to the receivership estate, Katten voluntarily reduced its fees for the Fee Period by $3,753.00, attributable to preparation of fee applications and other administrative tasks. Additionally, for travel time, Katten charged one-half of the actual time spent in travel, amounting to a further reduction of $6,693.75.