UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 2:21-cv-2927-CAS (PDx)               Date. April 24, 2023

Title    *Securities and Exchange Commission v. Zachary J. Horwitz, et al.*

Present: The Honorable:   Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | Court Smart 04/24/23 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney Present for Receiver:          Attorney Present for Movant:

Kathy Bazoian Phelps                           Joshua G. Hamilton
Kathryn C. Wanner (SEC)                     Manuel A. Abascal
                                                            Jeremy Matz (In-House Counsel)

**Proceedings:**   **Hearing on Motion to Quash Subpoena filed by Non-Party City National Bank [195]**

On April 24, 2023, the Court conducted a hearing on Non-Party City National Bank's Motion to Quash Subpoena [Dkt. No. 195.] The Court heard argument from counsel. The matter is under submission.

Initials of Preparer: IV
Time in Court: 1:05