# EXHIBIT A

# STANDARDIZED FUND ACCOUNTING REPORT (CASH BASIS) for
## ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC
### RECEIVERSHIP;  CIVIL COURT DOCKET NO. 2:21-CV-02927-CAS
#### REPORTING PERIOD  from January 1, 2023 through March 31, 2023

| FUND ACCOUNTING  (See Instructions): | | DETAIL | SUBTOTAL | GRAND TOTAL |
|---|---|---:|---:|---:|
| Line 1 | **Beginning Balance of the Fund as of January 1, 2023** | | | **$1,526,274** |
| | *Increases in Fund Balances:* | | | |
| Line 2 | **Business Income  (Receipts)** | | | **56,000** |
| Line 3 | **Cash and Securities** | | | **0** |
| Line 4 | **Interest / Dividend Income** | | | **0** |
| Line 5 | **Business Asset Liquidation** | | | **1,701** |
| Line 6 | **Personal Asset Liquidation** | | | |
| Line 7 | **Third-Party Litigation** | | | **0** |
| Line 8 | **Miscellaneous - Other** | | | **547,000** |
| | Total Funds Available (Lines 1-8) | | | 2,130,975 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | **Disbursements to Investors** | | | **0** |
| Line 10 | **Disbursements for Receivership Operations** | | | **0** |
| Line 10a | *Disbursements to Receiver or Other Professionals* | | 338,137.63 | |
| Line 10b | *Business Asset Expenses* | | 10,294 | |
| Line 10c | *Personal Asset Liquidation* | | | |
| Line 10d | *Investment Expenses* | | 52 | |
| Line 10e | *Third-Party Litigation Expenses* | | | |
| | 1.  Attorney Fees | 367,867.61 | | |
| | 2.  Litigation Expenses | 4,668 | | |
| | *Total Third-Party Litigation Expenses* | | 372,535 | |
| Line 10f | *Tax Administrator Fees and Bonds* | | 0 | |
| Line 10g | *Federal and State Tax Payments* | | 0 | |
| | Total Disbursements for Receivership Operations | | | 721,019 |
| Line 11 | **Disbursements for Distribution Expenses Paid by the Fund:** | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1.  Fees: | | | |
| | Fund Administrator | 0 | | |
| | Independent Distribution Consultant (IDC) | 0 | | |
| | Distribution Agent | 0 | | |
| | Consultants | 0 | | |
| | Legal Advisors | 0 | | |
| | Tax Advisors | 0 | | |
| | 2.  Administrative Expenses | 0 | | |
| | 3.  Miscellaneous | 0 | | |
| | *Total Plan Development Expenses* | | 0 | |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| | 1.  Fees: | | | |
| | Fund Administrator | 0 | | |
| | Independent Distribution Consultant (IDC) | 0 | | |
| | Distribution Agent | 0 | | |
| | Consultants | 0 | | |
| | Legal Advisors | 0 | | |
| | Tax Advisors | 0 | | |
| | 2.  Administrative Expenses | 0 | | |
| | 3.  Investor Identification: | | | |
| | Notice/Publishing Approved Plan | 0 | | |
| | Claimant Identification | 0 | | |
| | Claims Processing | 0 | | |
| | Web Site Maintenance / Call Center | 0 | | |
| | 4.  Fund Administrator Bond | 0 | | |
| | 5.  Miscellaneous | 0 | | |
| | 6.  Fair Account for Investor Restitution (FAIR) Reporting Expenses | 0 | | |
| | *Total Plan Implementation Expenses* | | 0 | |
| | Total Disbursements for Distribtion Expenses Paid by the Fund | | | 0 |
| Line 12 | **Disbursements to Court / Other:** | | | |
| Line 12a | *Investment Expenses / Court Registry Investment System (DRIS) Fees* | | 0 | |
| Line 12b | *Federal Tax Payments* | | 0 | |
| | Total Disbursements to Court / Other | | | 0 |
| | Total Funds Disbursed  (Lines 9-12) | | | 721,019 |
| Line 13 | **Ending Balance of the Fund as of March 31, 2023** | | | **$1,409,955** |
| Line 14 | **Ending Balance of Fund - Net Assets:** | | | |
| Line 14a | *Cash & Cash Equivalents* | | | $1,409,956 |
| Line 14b | *Investments* | | | 0 |
| Line 14c | *Other Assets or Uncleared Funds* | | | 0 |
| | Total Ending Balance of Fund - Net Assets | | | $1,409,956 |

**STANDARDIZED FUND ACCOUNTING REPORT (CASH BASIS) for
ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC
RECEIVERSHIP; CIVIL COURT DOCKET NO. 2:21-CV-02927-CAS
REPORTING PERIOD from January 1, 2023 through March 31, 2023**

| | | | DETAIL | SUBTOTAL | GRAND TOTAL |
|---|---|---|---|---|---|
| **OTHER SUPPLEMENTAL INFORMATION:** | | | | | |
| | *Report of Items NOT to be Paid by the Fund:* | | | | |
| **Line 15** | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund* | | | | |
| | 1. Fees: | | | | |
| | | Fund Administrator | | **$0** | |
| | | Independent Distribution Consultant (IDC) | | 0 | |
| | | Distribution Agent | | 0 | |
| | | Consultants | | 0 | |
| | | Legal Advisors | | 0 | |
| | | Tax Advisors | | 0 | |
| | 2. Administrative Expenses | | | 0 | |
| | 3. Miscellaneous | | | 0 | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | | $0 |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund* | | | | |
| | 1. Fees: | | | | |
| | | Fund Administrator | | 0 | |
| | | Independent Distribution Consultant (IDC) | | 0 | |
| | | Distribution Agent | | 0 | |
| | | Consultants | | 0 | |
| | | Legal Advisors | | 0 | |
| | | Tax Advisors | | 0 | |
| | 2. Administrative Expenses | | | 0 | |
| | 3. Investor Identification: | | | | |
| | | Notice/Publishing Approved Plan | | 0 | |
| | | Claimant Identification | | 0 | |
| | | Claims Processing | | 0 | |
| | | Web Site Maintenance / Call Center | | 0 | |
| | 4. Fund Administrator Bond | | | 0 | |
| | 5. Miscellaneous | | | 0 | |
| | 6. FAIR Reporting Expenses | | | 0 | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | | 0 |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | | 0 |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | | $0 |
| **Line 16** | **Disbursements to Court / Other Not Paid by the Fund:** | | | | |
| Line 16a | *Investment Expenses / CRIS Fees* | | | **$0** | |
| Line 16b | *Federal Tax Payments* | | | 0 | |
| | **Total Disbursements to Court / Other Not Paid by the Fund:** | | | | $0 |
| **Line 17** | **DC & State Tax Payments** | | | | $0 |
| **Line 18** | **Number of Claims:** | | | | |
| Line 18a | Number of Claims Received This Reporting Period ………………………………………………… | | | | 0 |
| Line 18b | Number of Claims Received Since Inception of Fund ………………………………………………… | | | | 0 |
| **Line 19** | **Number of Claimants / Investors:** | | | | |
| Line 18a | *Number of Claimants / Investors Paid This Reporting Period* ……………………………………… | | | | 0 |
| Line 18b | *Number of Claimants / Investors Paid Since Inception of Fund* ……………………………………… | | | | 0 |

Receiver:

By: _____
(signature)

_____
(printed name)

Date: _____