Terence G. Banich (SBN 212173)
terence.banich@katten.com
Allison E. Yager (*pro hac vice*)
allison.yager@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661
Telephone:  (312) 902-5200
Facsimile:   (312) 902-1061

*Attorneys for the Receiver*
Michele Vives

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:21-cv-02927-CAS(GJSx) |
| Plaintiff, | **THIRTEENTH MONTHLY FEE STATEMENT OF RECEIVER MICHELE VIVES—JANUARY 2023** |
| v. | |
| ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC, | Judge:      Hon. Christina A. Snyder<br>Courtroom:  8D |
| Defendants. | |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

Michele Vives, in her capacity as the receiver in the above-captioned action (the "Receiver"), pursuant to paragraphs 3(b) and 3(d) of the *Order Granting Motion of Receiver Michele Vives for Order Establishing Procedures for Allowance of Compensation and Reimbursement of Expenses*, dated February 22, 2022 [ECF #77] (the "Interim Compensation Procedures Order"), hereby files this monthly fee statement (this "Monthly Fee Statement") for (i) compensation in the amount of $127,638.00 (80% of $159,547.50)[1] for the reasonable and necessary services rendered by the Receiver from January 1, 2023 through and including January 31, 2023 (the "Fee Period") and (ii) reimbursement of the actual and necessary expenses that the Receiver incurred, in the amount of $3,284.60 during the Fee Period.

### Statement of Fees and Expenses

In support of this Monthly Fee Statement, attached are the following exhibits:

•   **Exhibit A** is a schedule for the Fee Period, setting forth the total amounts of compensation sought with respect to each category of services for which the Receiver is seeking payment in this Monthly Fee Statement.

•   **Exhibit B** is a schedule for the Fee Period providing certain information regarding the professionals for whose work in this receivership compensation is sought in this Monthly Fee Statement. The Receiver and her staff at Douglas Wilson Companies have expended a total of 609.8 hours in connection with this proceeding during the Fee Period.

•   **Exhibit C** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which the Receiver is seeking reimbursement in this Monthly Fee Statement. All of these

---

[1] The Receiver voluntarily reduced her fees for the Fee Period by $688.50, attributable to preparation of fee applications, as an accommodation to the receivership estate. Additionally, for travel time, the Receiver charged one-half of the actual time spent in travel, amounting to a further reduction of $2,430.00.

Case No. 2:21-cv-02927-CAS(GJSx)
THIRTEENTH MONTHLY FEE STATEMENT OF
RECEIVER MICHELE VIVES—JANUARY 2023

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

1  disbursements comprise the requested sum for the Receiver's out of pocket
2  expenses.

3  •  **Exhibit D** consists of the Receiver's invoice of fees and expenses
4  incurred during the Fee Period in the rendition of the professional services to the
5  Receiver. This invoice may have been redacted to maintain privilege and
6  confidentiality, in accordance with paragraph 3(a) of the Interim Compensation
7  Procedures Order.

8  Although every effort has been made to include in this Monthly Fee Statement
9  all fees and expenses incurred in the Fee Period, some fees and expenses might not
10  be included in this Monthly Fee Statement due to delays caused by accounting and
11  processing during the Fee Period. The Receiver reserves the right to make further
12  application to this Court for allowance of such fees and expenses not included herein
13  in accordance with the Interim Compensation Procedures Order.

14  Notice of this Monthly Fee Statement will be provided in accordance with the
15  procedures set forth in the Interim Compensation Procedures Order.

16  **Objection Period**

17  The Notice Parties specified in paragraph 3(a) of the Interim Compensation
18  Procedures Order shall have 10 days from the date hereof, i.e., until 4:00 p.m.
19  prevailing Pacific Time on **February 24, 2023** (the "Objection Period"), to review
20  the Monthly Fee Statement and serve a Notice of Objection (as defined in the Interim
21  Compensation Procedures Order) on the Receiver.

22  In accordance with paragraph 3(c) of the Interim Compensation Procedures
23  Order, after the Objection Period expires at 4:00 p.m. prevailing Pacific Time on
24  February 24, 2023, the Receiver shall pay, without further order of the Court, 80%
25  of the fees and 100% of the expenses the Receiver has requested in the Monthly Fee
26  Statement that are not the subject of a Notice of Objection. Based on that formula,
27  the Receiver shall receive $127,638.00 of the fees and $3,284.60 of the expenses
28  unless a timely Notice of Objection is served.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

1
2  Dated: February 14, 2023          Respectfully submitted,
3                                    **KATTEN MUCHIN ROSENMAN LLP**
4                                    By:   /s/ *Terence G. Banich*
5                                          Terence G. Banich
6                                    *Attorneys for the Receiver*
                                     Michele Vives
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

# PROOF OF SERVICE

**STATE OF ILLINOIS, COUNTY OF COOK**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, IL 60661.

On February 14, 2023, I served the following document(s) described as:

**THIRTEENTH MONTHLY FEE STATEMENT OF RECEIVER MICHELE VIVES—JANUARY 2023**

on counsel of record in this action as follows:

**[ ] BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[ ] BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address terence.banich@katten.com to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ] BY OVERNIGHT MAIL (FedEx):** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ] BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X] E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on February 14, 2023, at Winnetka, Illinois.

_/s/Terence G. Banich_
Terence G. Banich

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

### Exhibit A
### Summary of Total Fees and Expenses by Subject Matter[2]

| Matter Description | Hours | Amount |
|---|---|---|
| Accounting / Auditing | 8.4 | $1,354.40 |
| Asset Analysis and Recovery | 0.0 | $0.00 |
| Business Analysis | 0.0 | $0.00 |
| Business Operations | 1.2 | $0.00 |
| Case Administration | 153.0 | $54,774.00 |
| Forensic Accounting | 432.9 | $99,515.25 |
| Status Reports | 14.30 | $3,903.75 |
| Expenses | 0.0 | $3,284.60 |
| **Totals** | **609.8** | **$162,832.10** |

[2] The Receiver voluntarily reduced her fees for the Fee Period by $688.50, attributable to preparation of fee applications, as an accommodation to the receivership estate. Additionally, for travel time, the Receiver charged one-half of the actual time spent in travel, amounting to a further reduction of $2,430.00.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

## Exhibit B
## Summary of Total Fees and Hours by Professionals

| Professional | Position with the Applicant | Years of Experience | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Michele Vives | Receiver | 17 | $405.00 | 109.1 | $42,768.00 |
| Douglas Wilson | Executive Management | 33 | $405.00 | 11.1 | $4,495.50 |
| Rene Weidman | Executive Management | 17 | $405.00 | 137.4 | $53,946.00 |
| Ryan Baker | Project Director | 12 | $315.00 | 18.2 | $5,733.00 |
| Michael Wilson | Project Associate Director | 1 | $202.50 | 87.2 | $13,734.00 |
| Lisset Rocha | Accounting | 4 | $157.50 | 135.3 | $21,309.75 |
| Kristine Bickings | Administrative | 8 | $157.50 | 100.0 | $15,750.00 |
| Kristina Godinez | Project Associate | 10 | $157.50 | 11.5 | $1,811.25 |
| **Totals** | | | | **609.8** | **$159,547.50** |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

## Exhibit C
## Summary of Actual and Necessary Expenses

| Expenses by Category | Amount |
|---|---|
| Travel | $2,900.35 |
| Meals | $323.37 |
| FedEx | $16.37 |
| Background Checks | $28.05 |
| Filing Fees | $16.46 |
| **Total** | **$3,284.60** |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

**Exhibit D**
**Invoices**

**Services for month ending January 31, 2023**

# Douglas Wilson Companies

Invoice #: 92405
Invoice Date: 02/10/2023
Due Date: 02/20/2023

1620 Fifth Avenue, Suite 400
San Diego, CA 92101
Phone: 619 641-1141
Fax: 619-641-1150
douglaswilson.com

SEC v Horwitz
Attn: Michele Vives
1620 Fifth Avenue, Suite 400
San Diego, CA 92101
United States

## 10129 SEC v Horwitz

### Services

| Date | Timekeeper | Description | Hours | Discount | Total |
|------|-----------|-------------|-------|----------|-------|
| 01/03/2023 | LR | Forensic Accounting: Forensic analysis for aggregator and individual investors regarding mediation | 5.40 | - | $850.50 |
| 01/03/2023 | KB | Forensic Accounting: Compose spreadsheet of films invested for sub-aggregator. | 5.20 | - | $819.00 |
| 01/03/2023 | MV | Case Administration: Call with Aggregator regarding settlement. | 1.20 | - | $486.00 |
| 01/03/2023 | MV | Case Administration: Schedule call with Judge Schenkier. | 0.20 | - | $81.00 |
| 01/03/2023 | MV | Case Administration: Email correspondence with A Loftus regarding settlement with aggregator. Review of forensic information regarding same to ascertain Receiver's position. | 0.50 | - | $202.50 |
| 01/03/2023 | MV | Case Administration: Review aggregator forensic analysis. | 1.50 | - | $607.50 |
| 01/03/2023 | RW | Forensic Accounting: Continue updating aggregator spreadsheet | 3.00 | - | $1,215.00 |
| 01/03/2023 | DW | Case Administration: General project update and review | 0.50 | - | $202.50 |
| 01/04/2023 | LR | Forensic Accounting: Forensic analysis for aggregator and individual investors regarding mediation | 7.90 | - | $1,244.25 |

Invoice #: 92405 - 10129 SEC v Horwitz - 02/10/2023

| 01/04/2023 | KB | Forensic Accounting: Compose spreadsheet of films invested for sub-aggregator. | 5.00 | - | $787.50 |
|---|---|---|---|---|---|
| 01/04/2023 | MV | Case Administration: Review updates from team. | 0.40 | - | $162.00 |
| 01/04/2023 | MV | Case Administration: Meeting with R Baker and K Godinez regarding affiliated entities. | 0.50 | - | $202.50 |
| 01/04/2023 | RW | Forensic Accounting: Continue updating aggregator spreadsheet | 4.00 | - | $1,620.00 |
| 01/04/2023 | KG | Accounting/Auditing: Excel data entry of tax returns for multiple years. | 0.90 | - | $141.75 |
| 01/04/2023 | KG | Case Administration: Attended portion of meeting with Receiver regarding entities and investments. | 0.20 | - | $31.50 |
| 01/04/2023 | MV | Case Administration: Draft response email to investor. | 0.20 | - | $81.00 |
| 01/05/2023 | LR | Forensic Accounting: Forensic analysis for aggregator and individual investors regarding mediation | 6.80 | - | $1,071.00 |
| 01/05/2023 | KB | Forensic Accounting: Complete spreadsheet of films invested for new investor. | 7.00 | - | $1,102.50 |
| 01/05/2023 | MV | Case Administration: Review final analysis of Pure Health | 0.50 | - | $202.50 |
| 01/05/2023 | MV | Case Administration: Email correspondence with counsel for investor. | 0.40 | - | $162.00 |
| 01/05/2023 | MV | Case Administration: Call with Conflict Counsel. Email counsel regarding various contacts at bank. | 0.80 | - | $324.00 |
| 01/05/2023 | MDW | Forensic Accounting: Input sub-aggregator promissory note detail into Excel. | 6.00 | - | $945.00 |
| 01/05/2023 | MV | Case Administration: Review MOU between Loftus and Receiver regarding attorney firms. | 0.50 | - | $202.50 |
| 01/05/2023 | LR | Forensic Accounting: Forensic analysis for aggregator and individual investors regarding mediation (1.5) Meet with M. Vives and R. Weidman (.2) | 1.70 | - | $267.75 |
| 01/05/2023 | MV | Forensic Accounting: Meet with Forensic Team to review bank subpoenas. (.2) Redline subpoenas and email back to conflict counsel. (.8) | 1.00 | - | $405.00 |
| 01/05/2023 | RW | Forensic Accounting: Continue updating aggregator spreadsheet | 7.00 | - | $2,835.00 |

Invoice #: 92405 - 10129 SEC v Horwitz - 02/10/2023

| 01/05/2023 | RW | Forensic Accounting: Review subpoena's and provide account numbers (.2). Meeting with L.Roch and M.Vives (.2) | 0.40 | - | $162.00 |
|---|---|---|---|---|---|
| 01/05/2023 | DW | Case Administration: Monitor various recent emails and respond as needed. | 0.40 | - | $162.00 |
| 01/06/2023 | DW | Case Administration: Review various emails regarding K. Phelps and the focus of her activities going forward. General update regarding the pending mediation. | 0.80 | - | $324.00 |
| 01/06/2023 | LR | Forensic Accounting: Forensic analysis for aggregator and individual investors regarding mediation | 6.70 | - | $1,055.25 |
| 01/06/2023 | MV | Forensic Accounting: Review bank statement files for conflict counsel (1). Respond to questions regarding the subpoena (.5). | 1.50 | - | $607.50 |
| 01/06/2023 | LR | Accounting/Auditing: Follow up with Licensor regarding release of payment | 0.30 | - | $47.25 |
| 01/06/2023 | LR | Case Administration: Weekly Team Update | 1.00 | - | $157.50 |
| 01/06/2023 | RB | Case Administration: Review operating agreements for various entities related to separate investments made by 1inMM (2) Draft list of documents and information to be requested (1). Communications with M. Vives re: same (.5). | 3.50 | - | $1,102.50 |
| 01/06/2023 | RB | Case Administration: Weekly team update. | 1.00 | - | $315.00 |
| 01/06/2023 | KB | Case Administration: Internal weekly team meeting. | 1.00 | - | $157.50 |
| 01/06/2023 | RW | Case Administration: Weekly internal team meeting | 1.00 | - | $405.00 |
| 01/06/2023 | MDW | Case Administration: Weekly Team Update. | 1.00 | - | $157.50 |
| 01/06/2023 | MV | Case Administration: Weekly update with internal receivers team. | 1.00 | - | $405.00 |
| 01/06/2023 | MDW | Forensic Accounting: Input sub-aggregator promissory note detail into Excel. | 7.00 | - | $1,102.50 |
| 01/06/2023 | MV | Case Administration: Meeting with Counsel regarding next steps in various clawback actions. | 1.00 | - | $405.00 |
| 01/06/2023 | KG | Case Administration: Attended weekly team meeting re case. | 1.00 | - | $157.50 |
| 01/06/2023 | LR | Forensic Accounting: Upload bank records to Sharefile for counsel | 0.30 | - | $47.25 |

| 01/06/2023 | KB | Forensic Accounting: Complete spreadsheet of films invested for sub-aggregator. | 4.30 | - | $677.25 |
|---|---|---|---|---|---|
| 01/06/2023 | KG | Case Administration: Reviewed findings and research regarding documents with R.Baker. Emailed list of additional items to request to review. | 0.40 | - | $63.00 |
| 01/06/2023 | KG | Case Administration: Per R.Baker, reviewed memo and requested production. Researched LLC is still in good standing. | 0.80 | - | $126.00 |
| 01/06/2023 | RW | Forensic Accounting: Continue updating aggregator spreadsheet | 5.30 | - | $2,146.50 |
| 01/06/2023 | KG | Case Administration: Started analysis on operating agreements and banking. | 0.40 | - | $63.00 |
| 01/07/2023 | RW | Business Operations: Begin review of December bill. | 1.20 | - | $0.00 |
| 01/07/2023 | MV | Case Administration: Call with T Banich and Judge Schenkier regarding mediation. | 1.30 | - | $526.50 |
| 01/08/2023 | RW | Forensic Accounting: Continue updating aggregator spreadsheet | 2.00 | - | $810.00 |
| 01/09/2023 | LR | Forensic Accounting: Forensic analysis for aggregator and individual investors regarding mediation | 5.90 | - | $929.25 |
| 01/09/2023 | MV | Case Administration: Review motion to approve settlement with J Dainard. | 0.40 | - | $162.00 |
| 01/09/2023 | RW | Case Administration: Finish draft review of December invoice | 0.50 | - | $0.00 |
| 01/09/2023 | KB | Forensic Accounting: Finalize spreadsheet of invested films for sub-investor. | 3.80 | - | $598.50 |
| 01/09/2023 | MV | Case Administration: Review inquiry from investor through 1inMM website. Reach out to investors' counsel. Email regarding same. | 0.40 | - | $162.00 |
| 01/09/2023 | RW | Forensic Accounting: Continue updating aggregator spreadsheet for Mediation (2.5). Prepare listing for M.Vives for tolling agreements (1.0) | 3.50 | - | $1,417.50 |
| 01/09/2023 | DW | Case Administration: Verify the status of the mediation and the results of recent discussions with the mediator regarding the same. Monitor recent emails. | 0.60 | - | $243.00 |
| 01/09/2023 | MDW | Forensic Accounting: Input sub-aggregator promissory note | 6.50 | - | $1,023.75 |

| | | detail into Excel. | | | |
|---|---|---|---|---|---|
| 01/09/2023 | LR | Accounting/Auditing: Communication with Licensor regarding payment | 0.30 | - | $47.25 |
| 01/10/2023 | LR | Forensic Accounting: Forensic analysis for aggregator and individual investors regarding mediation | 6.60 | - | $1,039.50 |
| 01/10/2023 | KB | Forensic Accounting: Continue spreadsheet of sub-aggregator. | 3.00 | - | $472.50 |
| 01/10/2023 | RW | Case Administration: Discussion with M.Vives on aggregators | 0.50 | - | $202.50 |
| 01/10/2023 | RW | Forensic Accounting: Continue with aggregator spreadsheet for Mediation. | 1.70 | - | $688.50 |
| 01/10/2023 | MV | Case Administration: Email correspondence with Counsel for sub-aggregator regarding settlement out of mediation. | 0.40 | - | $162.00 |
| 01/10/2023 | MV | Case Administration: Call with counsel regarding release of forensic analysis prior to mediation. (.6) Email to plaintiff's counsel regarding same (.3). | 0.90 | - | $364.50 |
| 01/10/2023 | MV | Forensic Accounting: Forensic analysis regarding funds in sub-aggregator account and investors cash claims (1). Discussion with R.Weidman on aggregators (.5) | 1.50 | - | $607.50 |
| 01/10/2023 | MV | Case Administration: Call with counsel from sub-aggregator regarding mediation process, claims against managing members and information needed for final forensic review. | 1.00 | - | $405.00 |
| 01/10/2023 | MV | Case Administration: Call with sub-aggregator managing member to discuss cash on hand claims. | 0.50 | - | $202.50 |
| 01/10/2023 | MV | Case Administration: Call with Judge Schenkier regarding issues with mediation and disclosure of information. | 0.70 | - | $283.50 |
| 01/10/2023 | MDW | Forensic Accounting: Input sub-aggregator promissory note detail into Excel. | 6.90 | - | $1,086.75 |
| 01/11/2023 | LR | Forensic Accounting: Forensic analysis for aggregator and individual investors regarding mediation | 7.60 | - | $1,197.00 |
| 01/11/2023 | MV | Case Administration: Call with counsel regarding update to Plaintiffs issues on disclosure of information. | 0.50 | - | $202.50 |
| 01/11/2023 | MDW | Forensic Accounting: Input sub-aggregator promissory note detail into Excel. | 6.00 | - | $945.00 |

Invoice #: 92405 - 10129 SEC v Horwitz - 02/10/2023

| 01/11/2023 | MV | Case Administration: Call with JJMT counsel. (.2) Call with Receiver counsel (.2) | 0.40 | - | $162.00 |
|---|---|---|---|---|---|
| 01/11/2023 | MV | Case Administration: Review motion, declaration and settlement agreement for entity which received funds from 1inMM. | 0.50 | - | $202.50 |
| 01/11/2023 | KB | Forensic Accounting: Continue spreadsheet of sub-aggregator. | 3.70 | - | $582.75 |
| 01/11/2023 | LR | Accounting/Auditing: Communication with Gateway regarding payment for Rogue Black. Update internal team with payment timeline. | 0.30 | - | $47.25 |
| 01/11/2023 | MV | Case Administration: Discussion with Team members regarding sub-aggregator data for forensic analysis. | 0.50 | - | $202.50 |
| 01/11/2023 | MV | Case Administration: Email correspondence with sub-aggregators counsel regarding request of information. | 0.20 | - | $81.00 |
| 01/11/2023 | RW | Forensic Accounting: Continue updating aggregator spreadsheet for Mediation. | 6.00 | - | $2,430.00 |
| 01/12/2023 | LR | Forensic Accounting: Forensic analysis for aggregator and individual investors regarding mediation | 9.60 | - | $1,512.00 |
| 01/12/2023 | KG | Case Administration: Attended zoom meeting with Receiver and Receiver's counsel regarding case updates and mediation process. | 1.00 | - | $157.50 |
| 01/12/2023 | KB | Forensic Accounting: Compare internal sub-aggregator spreadsheet to spreadsheet provided by investors. | 7.80 | - | $1,228.50 |
| 01/12/2023 | KG | Case Administration: Per M.Vives, drafted letter to counsel of party to case re requesting additional financial docs (.4). Reviewed first corresp. with R.Baker and R.Baker memo on entities that were to be included in second letter (.4). | 0.80 | - | $126.00 |
| 01/12/2023 | MV | Case Administration: Call with sub-aggregator investor regarding mediation and various claims. | 1.00 | - | $405.00 |
| 01/12/2023 | MV | Case Administration: Prepare for (.3) and attend weekly update meeting with internal team and counsel (1.). | 1.30 | - | $526.50 |
| 01/12/2023 | MV | Case Administration: Call with counsel regarding sub-aggregator investor meeting. | 0.30 | - | $121.50 |
| 01/12/2023 | RB | Case Administration: Zoom conference call with counsel and the receiver re: ongoing projects and next steps. | 1.00 | - | $315.00 |

| | | | | | |
|---|---|---|---|---|---|
| 01/12/2023 | RB | Case Administration: Communications with D. Halberstadter re: status of arbitration demand and outlining next steps. Brief M. Vives. | 0.40 | - | $126.00 |
| 01/12/2023 | RB | Case Administration: Communications with A. Levitas re: current status. | 0.20 | - | $63.00 |
| 01/12/2023 | RW | Forensic Accounting: Continue updating aggregator spreadsheet for Mediation | 8.00 | - | $3,240.00 |
| 01/12/2023 | MDW | Forensic Accounting: Per M.Vives request, began forensic review of sub-aggregator and its individuals associated with the LLC. | 4.00 | - | $630.00 |
| 01/12/2023 | DW | Case Administration: Participate on the weekly Katten Zoom project update meeting. | 1.00 | - | $405.00 |
| 01/13/2023 | LR | Forensic Accounting: Forensic analysis for aggregator and individual investors regarding mediation | 9.00 | - | $1,417.50 |
| 01/13/2023 | MV | Case Administration: Review and respond to emails from bank extension. | 0.20 | - | $81.00 |
| 01/13/2023 | KB | Forensic Accounting: Compare internal sub-aggregator spreadsheet to spreadsheet provided by investors. | 6.50 | - | $1,023.75 |
| 01/13/2023 | RB | Case Administration: Review demand for arbitration. Communications with counsel re: same. | 0.40 | - | $126.00 |
| 01/13/2023 | RB | Case Administration: Draft letter to counsel regarding person of interest and demand for additional documents and information related to investment dollars from 1inMM. | 1.70 | - | $535.50 |
| 01/13/2023 | RW | Forensic Accounting: Continue updating aggregator spreadsheet for Mediation | 5.50 | - | $2,227.50 |
| 01/13/2023 | MDW | Forensic Accounting: Per M.Vives request, began forensic review of sub-aggregator and its individuals associated with the LLC. | 5.00 | - | $787.50 |
| 01/15/2023 | RW | Forensic Accounting: Continue updating aggregator spreadsheet for Mediation. | 4.00 | - | $1,620.00 |
| 01/16/2023 | LR | Forensic Accounting: Forensic analysis for aggregator and individual investors regarding mediation | 7.40 | - | $1,165.50 |
| 01/16/2023 | KB | Forensic Accounting: Finalize film investments by investors within sub-aggregator. | 2.80 | - | $441.00 |
| 01/16/2023 | MV | Forensic Accounting: Forensic Analysis of information | 3.50 | - | $1,417.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | from sub-aggregator. | | | |
| 01/16/2023 | RW | Forensic Accounting: Continue updating aggregator spreadsheet for Mediation | 6.50 | - | $2,632.50 |
| 01/16/2023 | MV | Case Administration: Review responses to Receivers Fraudulent Transfer claims from defendents. | 1.50 | - | $607.50 |
| 01/16/2023 | MDW | Forensic Accounting: Continued forensic review of sub-aggregator and its individuals associated with the LLC. | 5.50 | - | $866.25 |
| 01/16/2023 | DW | Case Administration: General project update and review (.4). Follow up on the status of the preparations for the mediation (.4). | 0.80 | - | $324.00 |
| 01/17/2023 | KB | Forensic Accounting: Compare sub-aggregator and aggregator spreadsheets. | 6.50 | - | $1,023.75 |
| 01/17/2023 | MV | Case Administration: Respond to counsel regarding inquiries on bank communications. | 0.50 | - | $202.50 |
| 01/17/2023 | MV | Case Administration: Update staff on responses to mediation settlement proposals. | 0.40 | - | $162.00 |
| 01/17/2023 | MV | Case Administration: Correspondence with sub-aggregators counsel regarding mediation, document request and forensic analysis. | 0.50 | - | $202.50 |
| 01/17/2023 | MV | Case Administration: Call with Counsel and Mediator | 1.00 | - | $405.00 |
| 01/17/2023 | MV | Case Administration: Call with defendants counsel. | 1.00 | - | $405.00 |
| 01/17/2023 | RW | Forensic Accounting: Continue updating aggregator spreadsheet for Mediation. | 7.50 | - | $3,037.50 |
| 01/17/2023 | RW | Case Administration: Discussions with M.Vives re: Mediation | 0.40 | - | $162.00 |
| 01/17/2023 | LR | Forensic Accounting: Generate summary report for counsel request | 0.40 | - | $63.00 |
| 01/17/2023 | LR | Forensic Accounting: Forensic analysis for aggregator and individual investors regarding mediation | 7.00 | - | $1,102.50 |
| 01/18/2023 | MV | Case Administration: Discussion with Counsel regarding settlement agreement with sub-aggregator. (.2) Discussion with team regarding forensic analysis regarding same. (.3) | 0.50 | - | $202.50 |
| 01/18/2023 | MV | Case Administration: Discussion with team regarding mediation deliverables. | 0.50 | - | $202.50 |

| 01/18/2023 | KB | Forensic Accounting: Continue with spreadsheets between sub-aggregator and aggregator. | 7.60 | - | $1,197.00 |
|---|---|---|---|---|---|
| 01/18/2023 | MV | Case Administration: Discussion with attorneys regarding settlement terms with sub-aggregator. | 0.70 | - | $283.50 |
| 01/18/2023 | MV | Case Administration: Call with Plaintiff's counsel regarding protective order and lack of information share for mediation. | 0.50 | - | $202.50 |
| 01/18/2023 | MV | Case Administration: Call with Receiver's counsel regarding settlement agreement with sub-aggregator. | 0.50 | - | $202.50 |
| 01/18/2023 | MV | Forensic Accounting: Review of sub-aggregator forensics for meeting scheduled on 1/19/2023 | 0.50 | - | $202.50 |
| 01/18/2023 | RW | Forensic Accounting: Continue updating aggregator spreadsheet for Mediation | 7.50 | - | $3,037.50 |
| 01/18/2023 | MV | Case Administration: Discussion with K.Bickings and R.Weidman regarding funds held by sub-aggregator to be distributed by Receiver. | 0.50 | - | $202.50 |
| 01/18/2023 | LR | Forensic Accounting: Forensic analysis for aggregator and individual investors regarding mediation | 7.00 | - | $1,102.50 |
| 01/19/2023 | KB | Forensic Accounting: Internal meeting w/ M. Vives and R.Weidman regarding next steps. | 0.50 | - | $78.75 |
| 01/19/2023 | RW | Forensic Accounting: Continue updating aggregator spreadsheet for Mediation. | 5.50 | - | $2,227.50 |
| 01/19/2023 | RW | Forensic Accounting: Discussions with M.Vives and K.Bickings regarding sub-aggregator | 0.50 | - | $202.50 |
| 01/19/2023 | MV | Case Administration: Weekly update meeting with Counsel | 1.00 | - | $405.00 |
| 01/19/2023 | MV | Forensic Accounting: Forensic analysis of sub-aggregator (1.0). Call with sub aggregator regarding same (1.5). Update team regarding same (.5). | 3.00 | - | $1,215.00 |
| 01/19/2023 | KB | Forensic Accounting: Continue with spreadsheets between sub-aggregator and aggregator. | 4.60 | - | $724.50 |
| 01/19/2023 | MV | Forensic Accounting: Forensic analysis on sub-aggregator | 4.00 | - | $1,620.00 |
| 01/19/2023 | RB | Case Administration: Phone call with A. Levitas re: Rogue Black and current status. | 0.50 | - | $157.50 |
| 01/19/2023 | RB | Case Administration: Review and prepare for call with A. | 0.30 | - | $94.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | Levitas. | | | |
| 01/19/2023 | LR | Accounting/Auditing: Communication with vendor regarding billing rates | 0.40 | - | $63.00 |
| 01/19/2023 | LR | Forensic Accounting: Update forensic software with sub-aggregator information | 7.00 | - | $1,102.50 |
| 01/19/2023 | DW | Case Administration: Participate on the weekly Katten Zoom update session. | 1.00 | - | $405.00 |
| 01/20/2023 | LR | Forensic Accounting: Update forensic software with sub-aggregator information | 4.90 | - | $771.75 |
| 01/20/2023 | MV | Case Administration: Call with 1 plaintiff's counsel regarding mediation. | 0.50 | - | $202.50 |
| 01/20/2023 | MV | Case Administration: Call with all plaintiff's counsel regarding mediation. | 1.50 | - | $607.50 |
| 01/20/2023 | MV | Case Administration: Follow up meeting with Receiver's counsel regarding mediation. | 0.50 | - | $202.50 |
| 01/20/2023 | MV | Case Administration: Call with Judge Schenkier | 0.40 | - | $162.00 |
| 01/20/2023 | MV | Case Administration: Follow up call with counsel. | 0.20 | - | $81.00 |
| 01/20/2023 | MV | Forensic Accounting: Sub-aggregator forensic accounting | 3.00 | - | $1,215.00 |
| 01/20/2023 | MV | Status Reports: Review receivers report outline. | 0.40 | - | $162.00 |
| 01/20/2023 | KB | Forensic Accounting: Compare sub-aggregator and aggregator spreadsheets. | 7.70 | - | $1,212.75 |
| 01/20/2023 | RB | Status Reports: Communications with M. Vives re: report outline. Begin draft Q4 report. | 0.80 | - | $252.00 |
| 01/20/2023 | RB | Case Administration: Communications from D. Halberstadter re: update on demand for arbitration. | 0.20 | - | $63.00 |
| 01/20/2023 | RW | Forensic Accounting: Continue updating aggregator spreadsheet for Mediation | 8.00 | - | $3,240.00 |
| 01/20/2023 | LR | Accounting/Auditing: Follow up communication with vendor regarding updated billing rates | 0.40 | - | $63.00 |
| 01/20/2023 | LR | Accounting/Auditing: Communication with forensic software team regarding troubleshooting | 0.30 | - | $47.25 |
| 01/20/2023 | LR | Forensic Accounting: Forensic analysis for aggregator and | 2.00 | - | $315.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | individual investors regarding mediation | | | |
| 01/21/2023 | RW | Forensic Accounting: Final review of aggregator spreadsheet for Mediation. | 3.00 | - | $1,215.00 |
| 01/21/2023 | MV | Case Administration: Call with counsel regarding settlement discussions. | 0.50 | - | $202.50 |
| 01/22/2023 | RW | Forensic Accounting: Continue final review of aggregator spreadsheet for Mediation. | 3.50 | - | $1,417.50 |
| 01/22/2023 | MV | Case Administration: Discussion with D Wilson regarding Managing Member settlement offer. | 0.50 | - | $202.50 |
| 01/22/2023 | MV | Case Administration: Financial analysis of varying financial scenarios for settlement with Managing Member. | 0.50 | - | $202.50 |
| 01/22/2023 | MV | Case Administration: Review JJMT master investor net winner/ net loser spreadsheet. | 1.00 | - | $405.00 |
| 01/22/2023 | DW | Case Administration: Phone call with M. Vives to review the results of the various discussions over the weekend | 0.50 | - | $202.50 |
| 01/23/2023 | LR | Forensic Accounting: Forensic analysis for aggregator and individual investors regarding mediation | 5.00 | - | $787.50 |
| 01/23/2023 | MV | Case Administration: Meeting with internal team regarding settlement financial analysis. | 0.50 | - | $202.50 |
| 01/23/2023 | MV | Case Administration: Call with counsel regarding next steps on settlement. | 0.40 | - | $162.00 |
| 01/23/2023 | KB | Forensic Accounting: Compare sub-aggregator and aggregator spreadsheets. | 4.00 | - | $630.00 |
| 01/23/2023 | RW | Forensic Accounting: Continue review of aggregator spreadsheet for mediation | 6.00 | - | $2,430.00 |
| 01/23/2023 | DW | Case Administration: General project update during the weekly meeting (.5). Follow up internal discussion to review the status of the settlement discussions (.4). Verify the timeline and agenda for the mediation (.1). | 1.00 | - | $405.00 |
| 01/23/2023 | MV | Case Administration: Discussion with Plaintiff's counsel regarding settlement. | 1.00 | - | $405.00 |
| 01/23/2023 | MV | Case Administration: Discussion with Plaintiff's & Defendant's counsel regarding settlement. | 1.50 | - | $607.50 |
| 01/23/2023 | MV | Case Administration: Call with Counsel regarding | 0.70 | - | $283.50 |

| | | settlement discussions with all attorneys. | | | |
|---|---|---|---|---|---|
| 01/23/2023 | MDW | Forensic Accounting: Review of sub-aggregator spreadsheet detail to aggregator detail | 1.50 | - | $236.25 |
| 01/23/2023 | LR | Accounting/Auditing: Update bank accounts and set up wire for payment | 0.50 | - | $78.75 |
| 01/23/2023 | LR | Accounting/Auditing: Follow up with forensic team regarding trouble shooting | 0.40 | - | $63.00 |
| 01/23/2023 | LR | Accounting/Auditing: Communication with Grindstone and internal team regarding receipt of payment | 0.30 | - | $47.25 |
| 01/24/2023 | MV | Case Administration: Run numbers on net losers for A Loftus. | 0.40 | - | $162.00 |
| 01/24/2023 | MV | Case Administration: Work in mediation preparation (.5). Discussion with team regarding same. (.2). Review settlement agreement information (.3). | 1.00 | - | $405.00 |
| 01/24/2023 | MV | Case Administration: Review Reply Mediation Statement from Counsel. Redline and return edits to Counsel. | 0.50 | - | $202.50 |
| 01/24/2023 | RW | Forensic Accounting: Continue with aggregator spreadsheet for Mediation. | 3.00 | - | $1,215.00 |
| 01/24/2023 | MV | Status Reports: Review report outline with team. | 0.80 | - | $324.00 |
| 01/24/2023 | RB | Status Reports: Review general outline of quarterly report with the team. | 0.80 | - | $252.00 |
| 01/24/2023 | MDW | Status Reports: Review report outline with team. | 0.80 | - | $126.00 |
| 01/24/2023 | KG | Status Reports: Conferred with Receiver and team to discuss updates for quarterly status report. | 0.80 | - | $126.00 |
| 01/24/2023 | DW | Case Administration: Discussion with M. Vives on the status of the settlement discussions with party of interest. Verify the current status of the mediation. | 0.50 | - | $202.50 |
| 01/24/2023 | MDW | Forensic Accounting: Review of sub-aggregator spreadsheet detail to aggregator detail | 3.30 | - | $519.75 |
| 01/24/2023 | LR | Forensic Accounting: Pull information for subpoena request and forward to counsel | 0.50 | - | $78.75 |
| 01/24/2023 | LR | Forensic Accounting: Forensic analysis for aggregator and individual investors regarding mediation | 7.00 | - | $1,102.50 |

| 01/25/2023 | RW | Forensic Accounting: Join discussion with M.Vives, M.Wilson and K.Bickings on sub-aggregator spreadsheet. | 0.50 | - | $202.50 |
|---|---|---|---|---|---|
| 01/25/2023 | KB | Case Administration: Internal meeting to discuss next steps with sub-aggregator forensic accounting. | 1.00 | - | $157.50 |
| 01/25/2023 | KG | Status Reports: Reviewed outline of quarterly status report (1.0) Updated outline with meeting notes and owners of each section (.3) and circulated to team (.1). | 1.40 | - | $220.50 |
| 01/25/2023 | DW | Case Administration: Review and execute the DocuSign for the Mediation. Verify the status of the settlement discussions. | 0.30 | - | $121.50 |
| 01/25/2023 | MV | Forensic Accounting: Breakout forensic analysis in preparation for mediation. | 6.00 | - | $2,430.00 |
| 01/25/2023 | MV | Case Administration: Call with party of interest's Counsel regarding settlement. (.7) Review term sheet. (.3) | 1.00 | - | $405.00 |
| 01/25/2023 | MV | Case Administration: Call with Plaintiff's Counsel regarding settlement with party of interest. | 1.00 | - | $405.00 |
| 01/25/2023 | MV | Case Administration: Call #2 with Plaintiff's Counsel regarding settlement with party of interest. | 1.50 | - | $607.50 |
| 01/25/2023 | MDW | Case Administration: Internal meeting to discuss next steps with sub-aggregator forensic accounting. | 1.00 | - | $157.50 |
| 01/25/2023 | MDW | Forensic Accounting: Review of sub-aggregator spreadsheet detail to aggregator detail. | 7.00 | - | $1,102.50 |
| 01/25/2023 | LR | Accounting/Auditing: Review and pull 1099s for 1inMM Capital and Rogue Black | 0.80 | - | $126.00 |
| 01/25/2023 | LR | Forensic Accounting: Follow up with forensic software team regarding troubleshooting | 0.30 | - | $47.25 |
| 01/26/2023 | KB | Forensic Accounting: Review spreadsheet of sub-aggregator to aggregator detail | 6.00 | - | $945.00 |
| 01/26/2023 | MV | Case Administration: Call with Counsel regarding settlement with party of interest. | 0.50 | - | $202.50 |
| 01/26/2023 | RW | Forensic Accounting: Meeting with M.Wilson and K.Bickings on aggregator spreadsheet | 0.70 | - | $283.50 |
| 01/26/2023 | MV | Case Administration: Update Team on Settlement (.5). Review Breakout SPE anlysis with CPA (.5) | 1.00 | - | $405.00 |

| 01/26/2023 | RB | Case Administration: Review term sheet regarding settlement with interested party. | 0.20 | - | $63.00 |
|---|---|---|---|---|---|
| 01/26/2023 | MV | Case Administration: Discussion with Counsel regarding settlement and when to disclose information (.20). Email to all counsel regarding same (.3) | 0.50 | - | $202.50 |
| 01/26/2023 | KG | Case Administration: reviewed corresp. to defendants counsel, started draft on portion of status report. | 0.50 | - | $78.75 |
| 01/26/2023 | RB | Accounting/Auditing: Review and approve of accounts payables related to Rogue Black. | 0.20 | - | $63.00 |
| 01/26/2023 | MV | Case Administration: Review documents from party of interest's counsel. | 0.50 | - | $202.50 |
| 01/26/2023 | MDW | Forensic Accounting: Internal meeting discussing sub-aggregator and next steps on forensic. | 0.70 | - | $110.25 |
| 01/26/2023 | MDW | Forensic Accounting: Review of sub-aggregator spreadsheet detail to aggregator detail. | 5.50 | - | $866.25 |
| 01/26/2023 | MDW | Case Administration: Spoke with R.Weidman regarding Haus Capital Q4 detail. | 0.10 | - | $15.75 |
| 01/26/2023 | RB | Status Reports: Continue drafting the quarterly report for the 4th quarter. | 2.30 | - | $724.50 |
| 01/26/2023 | LR | Accounting/Auditing: Download Haus Capital statements and send to B. Goodman | 0.30 | - | $47.25 |
| 01/26/2023 | LR | Accounting/Auditing: Forward wiring instructions to T. Brown | 0.20 | - | $31.50 |
| 01/26/2023 | LR | Forensic Accounting: Update forensic software | 5.00 | - | $787.50 |
| 01/26/2023 | KB | Case Administration: Internal team meeting | 0.70 | - | $110.25 |
| 01/26/2023 | RW | Case Administration: Discussion with M.Wilson regarding Haus Capital Q4 detail (.1) and download support for M.Wilson (.1) | 0.20 | - | $81.00 |
| 01/27/2023 | LR | Accounting/Auditing: Rogue Black: Enter and process invoices. Reconcile bank account. | 0.60 | - | $94.50 |
| 01/27/2023 | MV | Case Administration: Meeting with Plaintiffs Counsel and party of interest. | 2.00 | - | $810.00 |
| 01/27/2023 | KG | Case Administration: Reviewed both letters requesting additional documentation (.4), Worked on draft of entities | 1.30 | - | $204.75 |

|  |  | portion (.9). |  |  |  |
|---|---|---|---|---|---|
| 01/27/2023 | DW | Case Administration: Monitor the evolving discussions regarding the current settlement and the status and timeline for the upcoming Mediation in Chicago. | 0.80 | - | $324.00 |
| 01/27/2023 | RB | Status Reports: Continue drafting Fourth Quarterly report. | 3.20 | - | $1,008.00 |
| 01/27/2023 | MDW | Status Reports: Drafted Layjax update re quarterly receivers report. | 1.50 | - | $236.25 |
| 01/27/2023 | MDW | Forensic Accounting: Review of sub-aggregator spreadsheet detail to aggregator detail. | 4.90 | - | $771.75 |
| 01/27/2023 | MV | Case Administration: Follow up call with Plaintiffs Counsel regarding party of interest and mediation. | 2.00 | - | $810.00 |
| 01/27/2023 | MV | Case Administration: Call with A. Loftus regarding mediation. | 1.00 | - | $405.00 |
| 01/27/2023 | LR | Forensic Accounting: Run various requested reports while taking notes during call with team. | 1.00 | - | $157.50 |
| 01/27/2023 | LR | Accounting/Auditing: Enter invoices and process check run | 0.40 | - | $63.00 |
| 01/27/2023 | LR | Forensic Accounting: Update investment analysis spreadsheet | 1.40 | - | $220.50 |
| 01/28/2023 | RW | Case Administration: Travel to Chicago for Mediation [50%] | 5.00 | 50.0% | $1,012.50 |
| 01/28/2023 | MV | Case Administration: Travel to Chicago for Mediation [50%] | 7.00 | 50.0% | $1,417.50 |
| 01/30/2023 | KB | Forensic Accounting: Complete spreadsheet of investments for sub-aggregator. | 7.10 | - | $1,118.25 |
| 01/30/2023 | KG | Case Administration: Brief with R.Baker on report status (.1), review current draft (.4), gathered various memos and letters for backup, drafted update on person of interest (1.5). | 2.00 | - | $315.00 |
| 01/30/2023 | RB | Status Reports: Continue drafting the fourth quarter report including additional analysis and information. | 1.50 | - | $472.50 |
| 01/30/2023 | RW | Case Administration: Attend JJMT Mediation | 12.00 | - | $4,860.00 |
| 01/30/2023 | MDW | Forensic Accounting: Review of sub-aggregator spreadsheet detail to JJMT detail. | 6.00 | - | $945.00 |
| 01/30/2023 | DW | Case Administration: Join portion of Zoom mediation in | 1.70 | - | $688.50 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | Chicago (1.2). Further review of various background documents (.5). |  |  |  |
| 01/30/2023 | MV | Case Administration: Mediation with JJMT | 12.00 | - | $4,860.00 |
| 01/30/2023 | LR | Accounting/Auditing: 1inMM Capital: E-File 1099's and save documents to server(.4)<br><br>Rogue Black: E-File 1099's and save documents to server(.4) | 0.80 | - | $126.00 |
| 01/31/2023 | KB | Forensic Accounting: Complete spreadsheet of investments for sub-aggregator. Work on completing investor map. | 4.20 | - | $661.50 |
| 01/31/2023 | MDW | Forensic Accounting: Continue review of sub-aggregator spreadsheet detail to aggregator detail. | 7.00 | - | $1,102.50 |
| 01/31/2023 | DW | Case Administration: Monitor ongoing mediation process (.5) Respond to emails (.2) Review content of quarterly report (.5) | 1.20 | - | $486.00 |
| 01/31/2023 | RW | Case Administration: Attend JJMT Mediation | 14.00 | - | $5,670.00 |
| 01/31/2023 | MV | Case Administration: Mediation with JJMT | 14.00 | - | $5,670.00 |
| 01/31/2023 | LR | Accounting/Auditing: Pull financial reports for R. Weidman | 1.00 | - | $157.50 |
| 01/31/2023 | LR | Case Administration: Organize files in server | 0.80 | - | $126.00 |
| 01/31/2023 | LR | Forensic Accounting: Review files and update forensic software | 0.80 | - | $126.00 |
| 01/31/2023 | LR | Forensic Accounting: Review investor spreadsheet analysis | 2.00 | - | $315.00 |

|  |  |
|---|---|
| **Line Item Discount Subtotal** | **-$2,430.00** |
| **Services Subtotal** | **$159,547.50** |

## Expenses

| Date | Timekeeper | Description | Rate | Total |
|---|---|---|---|---|
| 01/12/2023 | RW | FedEx: Fedex - Kletner | $16.37 | $16.37 |
| 01/19/2023 | RW | Background Checks: Truth Finder | $28.05 | $28.05 |
| 01/26/2023 | RW | Office Supplies: Filing 1099-NEC and 1099-MISC for 1inMM and | $16.46 | $16.46 |

Invoice #: 92405 - 10129 SEC v Horwitz - 02/10/2023

| | | Rogue Black | | |
|---|---|---|---|---|
| 01/28/2023 | MV | Parking: Parking at Airport for Mediation travel. | $130.00 | $130.00 |
| 01/28/2023 | MV | Travel: Flight to and from Chicago for Mediation | $858.90 | $858.90 |
| 01/28/2023 | MV | Hotel: Hotel + Food at hotel for Mediation. | $1,076.70 | $1,076.70 |
| 01/28/2023 | MV | Hotel: Hotel for Rene Weidman for Mediation | $736.05 | $736.05 |
| 01/28/2023 | MV | Ubers to and From Airport. | $86.70 | $86.70 |
| 01/29/2023 | RW | Travel: Taxi to Hotel in Chicago | $12.00 | $12.00 |
| 01/29/2023 | MV | Meals: Dinner at Mediation with team. | $323.37 | $323.37 |
| | | | **Expenses Subtotal** | **$3,284.60** |

| Time Keeper | Hours | Rate | Discount | Total |
|---|---|---|---|---|
| Ryan Baker | 18.2 | $315.00 | - | $5,733.00 |
| Kristine Bickings | 100.0 | $157.50 | - | $15,750.00 |
| Kristina Godinez | 11.5 | $157.50 | - | $1,811.25 |
| Lisset Rocha | 135.3 | $157.50 | - | $21,309.75 |
| Michele Vives | 109.1 | $405.00 | -$1,417.50 | $42,768.00 |
| Rene Weidman | 135.7 | $405.00 | -$1,012.50 | $53,946.00 |
| Rene Weidman | 1.7 | $0.00 | - | $0.00 |
| Douglas Wilson | 11.1 | $405.00 | - | $4,495.50 |
| Michael Wilson | 87.2 | $157.50 | - | $13,734.00 |
| | | | **Subtotal** | **$162,832.10** |
| | | | **Total** | **$162,832.10** |

# Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 92350 | 11/20/2022 | $110,901.93 | $88,808.73 | $22,093.20 |
| 92370 | 12/22/2022 | $90,650.15 | $72,528.65 | $18,121.50 |
| 92386 | 01/20/2023 | $100,258.00 | $80,294.65 | $19,963.35 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 92405 | 02/20/2023 | $162,832.10 | $0.00 | $162,832.10 |
| | | | **Outstanding Balance** | **$223,010.15** |
| | | | **Total Amount Outstanding** | **$223,010.15** |

Please make all amounts payable to: Douglas Wilson Companies

Please pay within 10 days.

Please contact accounting with any questions: dwcaccounting@douglaswilson.com