Terence G. Banich (SBN 212173)
terence.banich@katten.com
Allison E. Yager (*pro hac vice*)
allison.yager@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

*Attorneys for the Receiver*
Michele Vives

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>    v.<br><br>ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC,<br><br>             Defendants. | Case No. 2:21-cv-02927-CAS(GJSx)<br><br>**THIRTEENTH MONTHLY FEE STATEMENT OF KATTEN MUCHIN ROSENMAN LLP— JANUARY 2023**<br><br>Judge: Hon. Christina A. Snyder<br>Courtroom: 8D |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

Katten Muchin Rosenman LLP ("Katten"), as counsel for Michele Vives in her capacity as the receiver in the above-captioned action (the "Receiver"), pursuant to paragraphs 3(b) and 3(d) of the *Order Granting Motion of Receiver Michele Vives for Order Establishing Procedures for Allowance of Compensation and Reimbursement of Expenses*, dated February 22, 2022 [ECF #77] (the "Interim Compensation Procedures Order"), hereby files this monthly fee statement (this "Monthly Fee Statement") for (i) compensation in the amount of $90,403.79 (80% of $113,004.74)[1] for the reasonable and necessary legal services rendered by Katten on behalf of the Receiver from January 1, 2023 through and including January 31, 2023 (the "Fee Period") and (ii) reimbursement of the actual and necessary expenses that Katten incurred on behalf of the Receiver, in the amount of $4,704.91 during the Fee Period.

### Statement of Fees and Expenses

In support of this Monthly Fee Statement, attached are the following exhibits:

•  **Exhibit A** is a schedule for the Fee Period, setting forth the total amounts of compensation sought with respect to each category of legal services for which Katten is seeking payment in this Monthly Fee Statement.

•  **Exhibit B** is a schedule for the Fee Period providing certain information regarding the Katten attorneys and paraprofessionals for whose work in this receivership compensation is sought in this Monthly Fee Statement. Attorneys and paraprofessionals of Katten have expended a total of 160.6 hours in connection with this proceeding during the Fee Period.

•  **Exhibit C** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which Katten

---

[1] As an accommodation to the receivership estate, Katten voluntarily reduced its fees for the Fee Period by $4,576.06, attributable to preparation of fee applications and other administrative tasks.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

is seeking reimbursement in this Monthly Fee Statement. All of these disbursements comprise the requested sum for Katten's out of pocket expenses.

• **Exhibit D** consists of Katten's invoice of fees and expenses incurred during the Fee Period in the rendition of the professional services to the Receiver. This invoice may have been redacted to maintain privilege and confidentiality, in accordance with paragraph 3(a) of the Interim Compensation Procedures Order.

Although every effort has been made to include in this Monthly Fee Statement all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Katten reserves the right to make further application to this Court for allowance of such fees and expenses not included herein in accordance with the Interim Compensation Procedures Order.

Notice of this Monthly Fee Statement will be provided in accordance with the procedures set forth in the Interim Compensation Procedures Order.

### Objection Period

The Notice Parties specified in paragraph 3(a) of the Interim Compensation Procedures Order shall have 10 days from the date hereof, i.e., until 4:00 p.m. prevailing Pacific Time on **February 24, 2023** (the "Objection Period"), to review the Monthly Fee Statement and serve a Notice of Objection (as defined in the Interim Compensation Order) on Katten.

In accordance with paragraph 3(c) of the Interim Compensation Procedures Order, after the Objection Period expires at 4:00 p.m. prevailing Pacific Time on February 24, 2023, the Receiver shall pay, without further order of the Court, 80% of the fees and 100% of the expenses Katten has requested in the Monthly Fee Statement that are not the subject of a Notice of Objection. Based on that formula, the Receiver shall pay Katten $90,403.79 of the fees and $4,704.91 of the expenses unless a timely Notice of Objection is served.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

Dated: February 14, 2023

Respectfully submitted,

**KATTEN MUCHIN ROSENMAN LLP**

By:    /s/*Terence G. Banich*
       Terence G. Banich

*Attorneys for the Receiver*
Michele Vives

## PROOF OF SERVICE

**STATE OF ILLINOIS, COUNTY OF COOK**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, IL 60661.

On February 14, 2023, I served the following document(s) described as:

**THIRTEENTH MONTHLY FEE STATEMENT OF KATTEN MUCHIN ROSENMAN LLP—JANUARY 2023**

on counsel of record in this action as follows:

**[ ]   BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing.  On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[ ]   BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused the document(s) to be sent from e-mail address terence.banich@katten.com to the persons at the e-mail addresses listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ]   BY OVERNIGHT MAIL (FedEx):**  I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]   BY PERSONAL SERVICE:**  I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]   E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on February 14, 2023, at Winnetka, Illinois.

*/s/Terence G. Banich*
Terence G. Banich

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

## Exhibit A
### Summary of Total Fees and Expenses by Subject Matter[2]

| Matter Description | Hours | Amount |
|---|---|---|
| Case Administration | 11.1 | $7,782.60 |
| Fee Application/Retention of Professionals | 5.8 | $604.00 |
| Claims Administration and Objections | 0.0 | $0.00 |
| Pre-Receivership Litigation/Stay | 120.8 | $87,391.08 |
| FBI and Criminal Case Matters | 0.0 | $0.00 |
| SEC Meetings/Discussions | 0.1 | $71.40 |
| Avoidance Actions | 0.0 | $0.00 |
| Asset Disposition | 0.0 | $0.00 |
| Investigation of Assets/Transactions | 10.2 | $7,233.60 |
| Business Operations/Operating Entities | 12.6 | $9,922.06 |
| Expenses | 0.0 | $4,704.91 |
| **Totals** | **160.6** | **$117,709.65** |

[2] As an accommodation to the receivership estate, Katten voluntarily reduced its fees for the Fee Period by $4,576.06, attributable to preparation of fee applications and other administrative tasks.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

**Exhibit B**
**Summary of Total Fees and Hours by Attorneys and Paraprofessionals**

| Attorney | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Terence Banich | Partner (Chicago) | IL – 1999 CA – 2001 | Restructuring | $714 | 119.0 | $83,966.40 |
| Allison Yager | Associate (Chicago) | IL - 2014 | Restructuring | $591 | 0.4 | $236.40 |
| Kenneth Hebeisen | Associate (Chicago) | IL – 2021 | Restructuring | $540 | 28.1 | $18,346.50 |
| David Halberstadter | Partner (Los Angeles) | CA – 1982 | Litigation | $948 | 6.8 | $6,446.40 |
| Peter Siddiqui | Partner (Chicago) | IL – 2002 | Restructuring | $1,066.76 | 0.5 | $533.38 |
| Amelia Bruckner | Associate (Los Angeles) | CA – 2021 | Litigation | $599.25 | 5.8 | $3,475.66 |
| **Totals** | | | | | **160.6** | **$113,004.74** |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

### Exhibit C
## Summary of Actual and Necessary Expenses

| Expenses by Category | Amount |
|---|---|
| Filing Fees | $3,578.70 |
| Courier | $63.26 |
| Court Costs | $5.00 |
| Legal Research | $1,057.95 |
| **Total** | **$4,704.91** |

**KATTEN MUCHIN ROSENMAN LLP**
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

# Exhibit D
# Invoices

# Katten

Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago IL  60661-3693

Tel: 312-902-5200
Fax: 312-902-1061

Federal Tax ID:36-2796532
www.katten.com

February 14, 2023

**Michele Vives, not individually, but**
**solely as receiver of 1inMM Capital, LLC**
**and Zachary J. Horwitz**

████████████████████

| | |
|---|---|
| Client: | 0000396859 |
| Payer: | 0000396859 |
| Matter: | 396859.00001 |
| Invoice #: | 9020113030 |
| Invoice Due Date: | Payable Upon Receipt |

**Summary**

RE: Horwitz Receivership

For Professional Services Rendered Through January 31, 2023

Fees Total.............................................................................................................................. 113,004.74
Disbursements ....................................................................................................................... 4,704.91

**Total Amount Due** ...................................................................................................... **117,709.65**  **USD**

*Katten Muchin Rosenman LLP*

Payment can be remitted directly to our account:

████████████
████████████████
████████████████
████████
█████████████████████████
████████████

Direct billing inquiries to ChicagoBillingInquiries@katten.com

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997)

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales

| | | |
|---|---|---|
| Matter: | 396859.00001 | |
| Invoice #: | 9020113030 | February 14, 2023 |
| Invoice Due Date: | Payable Upon Receipt | |

RE:  Horwitz Receivership

## TIME DETAILS

### 01-Case administration

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/03/2023 | Banich, Terence | Reviewed SEC's notice of non-opposition to motion to approve settlement with S. Kozlowski and exchanged correspondence with M. Vives re same. | 0.10 | 714.00 | 71.40 |
| 01/04/2023 | Banich, Terence | Reviewed entered order granting motion to retain conflict counsel and exchanged correspondence with M. Vives and K. Phelps re same. | 0.20 | 714.00 | 142.80 |
| 01/05/2023 | Hebeisen, Kenneth | Update tolling agreement tracker and email Katten and receiver team regarding same (.20) | 0.20 | | No Charge |
| 01/05/2023 | Banich, Terence | Exchanged correspondence with K Phelps re order granting motion to retain conflicts counsel. | 0.10 | 714.00 | 71.40 |
| 01/05/2023 | Banich, Terence | Reviewed correspondence re investor inquiries in response to settlement with S. Kozlowski. | 0.10 | 714.00 | 71.40 |
| 01/09/2023 | Banich, Terence | Drafted and edited settlement agreement with J. Dainard (1.20); exchanged correspondence with M. Vives re same (0.10); exchanged correspondence with M. Andersson re same (0.10); drafted and edited motion to approve settlement with J. Dainard and legal research re same (2.30); reviewed inquiries from creditor re S. Kozlowski settlement and telephone conference with M. Vives re same (0.30). | 4.00 | 714.00 | 2,856.00 |
| 01/10/2023 | Banich, Terence | Continued drafting and editing motion to approve settlement with J. Dainard and legal research re same. | 2.20 | 714.00 | 1,570.80 |
| 01/11/2023 | Banich, Terence | Drafted and edited motion to approve settlement with J. Dainard and legal research re same (1.20); drafted and edited declaration of M. Vives in support of motion to approve settlement with J. Dainard (1.10); reviewed and exchanged correspondence with M. Vives re same (0.10). | 2.40 | 714.00 | 1,713.60 |
| 01/17/2023 | Banich, Terence | Exchanged correspondence re information for status report re motion to approve settlement with S. Kozlowski (0.10); reviewed order canceling hearing on same and exchanged correspondence with M. Vives re same (0.10). | 0.20 | 714.00 | 142.80 |
| 01/18/2023 | Banich, Terence | Drafted, edited and filed status report re investor response to motion to approve settlement with S. Kozlowski and correspondence to judge's chambers re same (1.20); exchanged correspondence with M. Vives and T. Brown re same (0.10). | 1.30 | 714.00 | 928.20 |
| 01/26/2023 | Banich, Terence | Reviewed order approving settlement with S. Kozlowski (0.10); reviewed and exchanged correspondence with M. Vives and T. Brown re same (0.10). | 0.20 | 714.00 | 142.80 |
| 01/31/2023 | Banich, Terence | Exchanged correspondence with T. Brown with closure of S. Kozlowski settlement. | 0.10 | 714.00 | 71.40 |

### 02-Fee applications/retention of professionals

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/05/2023 | Hebeisen, Kenneth | Begin preparing December monthly fee statements and related materials (.70) | 0.70 | | No Charge |

**Katten**

Matter:          396859.00001
Invoice #:       9020113030
Invoice Due Date:   Payable Upon Receipt

February 14, 2023

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 01/06/2023 | Hebeisen, Kenneth | Review and edit Katten draft December invoice (.40) | 0.40 | | No Charge |
| 01/06/2023 | Banich, Terence | Reviewed and edited December 2022 invoice. | 0.50 | | No Charge |
| 01/07/2023 | Banich, Terence | Drafted correspondence to M. Vives re December 2022 invoice. | 0.10 | | No Charge |
| 01/09/2023 | Hebeisen, Kenneth | Review revised Katten invoice for December (.30); review draft DWC December invoice (.70); edit and finalize Katten December fee statement (.70); emails with T. Banich regarding same (.20) | 1.90 | | No Charge |
| 01/09/2023 | Banich, Terence | Exchanged correspondence with M. Vives re December invoice and preparation of monthly fee statements (0.10); reviewed December fee statement and exchanged correspondence with K. Hebeisen re same (0.10). | 0.20 | | No Charge |
| 01/10/2023 | Hebeisen, Kenneth | Review revised DWC December invoice (.10); edit and finalize DWC December fee statement (.40); emails with T. Banich regarding same (.10) | 0.60 | | No Charge |
| 01/10/2023 | Banich, Terence | Edited, finalized and filed monthly fee statements for December 2022 for Receiver and Katten and exchanged correspondence with M. Vives and R. Weidman re same. | 0.60 | | No Charge |
| 01/31/2023 | Hebeisen, Kenneth | Draft quarterly fee application materials (.80) | 0.80 | 755.00 | 604.00 |

**04-Pre-receivership litigation/stay**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 01/05/2023 | Banich, Terence | Reviewed correspondence re Ingen issues/ participation in mediation and related matters. | 0.10 | 714.00 | 71.40 |
| 01/07/2023 | Banich, Terence | Conference call with M. Vives and S. Schenkier (mediator) re mediation updates/issues and further discussion with M. Vives re same. | 1.00 | 714.00 | 714.00 |
| 01/10/2023 | Banich, Terence | Conference call with M. Vives re Breakout issues (0.90); conference call with M. Mann and A. Campbell re mediation and related issues (0.50); conference call with M. Vives, D. Rammelt and C. Brennan re Breakout issues and further telephone conference with M. Vives re same and related matters (1.00); telephone conference with A. Loftus re various mediation issues (0.20); conference call with Judge Schenkier and M. Vives re various mediation issues (0.60); reviewed correspondence re Breakout and Ingen issues (0.20). | 3.40 | 714.00 | 2,427.60 |
| 01/11/2023 | Banich, Terence | Telephone conference with M. Vives re mediation issues (0.30); reviewed correspondence re Breakout issues (0.10); reviewed correspondence re Ingen issues (0.20); further telephone conference with M. Vives re same and related matters (0.30). | 0.90 | 714.00 | 642.60 |
| 01/12/2023 | Banich, Terence | Telephone conference with M. Vives re mediation issues (0.30); reviewed correspondence between M. Vives and M. Russell re Ingen issues (0.10); reviewed correspondence with Judge Schenkier re mediation issues/status (0.10). | 0.50 | 714.00 | 357.00 |
| 01/15/2023 | Banich, Terence | Reviewed correspondence from M. Vives and S. Schenkier re mediation discussion. | 0.10 | 714.00 | 71.40 |
| 01/16/2023 | Banich, Terence | Reviewed correspondence with M. Vives and S. | 2.50 | 714.00 | 1,785.00 |

**Katten**

Matter: 396859.00001
Invoice #: 9020113030
Invoice Due Date: Payable Upon Receipt

February 14, 2023

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | Schenkier re mediation discussion (0.10); reviewed T. Crookston mediation statement (0.30); reviewed and exchanged correspondence with M. Vives re same (0.20); drafted correspondence to K. Hebeisen re legal research assignment re issue raised in T. Crookston's mediation brief and reviewed results of same (0.70); reviewed JJ&M mediation statement (0.30); telephone conference with M. Vives and exchanged correspondence with M. Vives re same (0.50); telephone conference with J. Kopecky re same and exchanged correspondence with M. Vives re updates (0.40). | | | |
| 01/16/2023 | Hebeisen, Kenneth | Review T. Crookston mediation statement (.30); research issues relating to defenses raised in mediation statements (1.20); draft research summary for T. Banich (.60) | 2.10 | 755.00 | 1,585.50 |
| 01/17/2023 | Banich, Terence | Telephone conference with J. Kopecky re mediation issues and exchanged correspondence with M. Vives re same (0.30); conference call with M. Vives and S. Schenkier re mediation issues (1.10); conference call with M. Vives and C. Weber re same (0.50); multiple communications with K. Hebeisen re legal research issues raised in mediation responses by JJMT defendants (0.60); reviewed results of certain legal research projects from K. Hebeisen (0.60); reviewed correspondence re Breakout mediation issues (0.20); reviewed correspondence re potential Ingen settlement with plaintiffs (0.10). | 3.40 | 714.00 | 2,427.60 |
| 01/17/2023 | Hebeisen, Kenneth | Review JJ&M mediation brief (.70); draft reply outline regarding certain arguments in JJ&M mediation brief (3.40); review case law in connection with same (1.50) | 5.60 | 755.00 | 4,228.00 |
| 01/18/2023 | Hebeisen, Kenneth | Call with T. Banich regarding mediation statements (.10); analyze arguments in mediation statements and draft outline of replies in connection with same (1.50); follow-up call with T. Banich regarding same (.20) | 1.80 | 755.00 | 1,359.00 |
| 01/18/2023 | Siddiqui, Peter | Review issues re downstream fund request re cash on hand and potential responses to same and discussion with T. Banich re same. | 0.50 | 1,066.76 | 533.38 |
| 01/18/2023 | Banich, Terence | Reviewed draft term sheet of plaintiffs' settlement with Ingen (0.20); conference call with M. Vives re same and overall Ingen issues (0.60); conference call with M. Vives, A. Loftus and J. Fogel re Ingen issues re same and further telephone conference with M. Vives re same and related matters (1.20); telephone conference with P. Siddiqui re Ingen term sheet issues (0.50); further telephone conference with M. Vives re same (0.20); multiple telephone conferences with K. Hebeisen re legal research issues/replies to defendants' mediation statements (0.30); reviewed T. Crookston mediation statement response, legal research re arguments and drafted replies to same (3.30). | 6.30 | 714.00 | 4,498.20 |
| 01/19/2023 | Banich, Terence | Exchanged correspondence with K. Hebeisen re legal research/findings re preparation of reply mediation statements (0.30); reviewed legal research | 3.50 | 714.00 | 2,499.00 |

**Katten**

Matter: 396859.00001

Invoice #: 9020113030

Invoice Due Date: Payable Upon Receipt

February 14, 2023

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | results (0.50); legal research and drafted and edited replies to mediation statement by defendants (2.40); exchanged correspondence with plaintiffs' counsel re mediation preparation call (0.20); exchanged correspondence with M. Nelson re mediation pre-call (0.10). | | | |
| 01/19/2023 | Hebeisen, Kenneth | Review and revise T. Banich outline of mediation arguments (.90); research issues relating to same (1.30); draft portions of mediation reply briefs (3.70); emails with T. Banich regarding mediation briefs (.20) | 6.10 | 755.00 | 4,605.50 |
| 01/20/2023 | Hebeisen, Kenneth | Review certain arguments in mediation statements (.80); research additional issues in connection with same (1.40); emails with T. Banich regarding same (.50) | 2.70 | 755.00 | 2,038.50 |
| 01/20/2023 | Banich, Terence | Conference call with M. Vives, A. Loftus and R. Good re mediation strategies and preparation (0.50); conference call with M. Vives and all plaintiffs' counsel mediation strategies and preparation, and further telephone conference with M. Vives re same and related matters (1.80); conference call with M. Vives and S. Schenkier re mediation issues and further telephone conference with M. Vives re same (0.50); telephone conference with M. Nelson re T. Crookston mediation issues (0.80); telephone conference with M. Vives re same and next steps (0.50); continued drafting and editing arguments in reply to mediation briefs by JJM defendants and T. Crookston and exchanged correspondence with K. Hebeisen re same (2.20). | 6.30 | 714.00 | 4,498.20 |
| 01/21/2023 | Banich, Terence | Telephone conference with M. Nelson re T. Crookston issues (0.40); telephone conference with M. Vives re same/strategies (0.50); reviewed and exchanged correspondence with M. Nelson and A. Loftus re mediation issues (0.10). | 1.00 | 714.00 | 714.00 |
| 01/22/2023 | Banich, Terence | Reviewed legal research and analysis from K. Hebeisen re issues raised in defendants' mediation statements (1.20); drafted and edited inserts for receiver's reply mediation statements (0.70); reviewed correspondence and analysis from M. Vives re potential settlement with T. Crookston (0.20). | 2.10 | 714.00 | 1,499.40 |
| 01/22/2023 | Hebeisen, Kenneth | Research additional issues for mediation briefs (1.20); draft email to T. Banich regarding same (.40); review revised mediation brief outline (.20) | 1.80 | 755.00 | 1,359.00 |
| 01/23/2023 | Banich, Terence | Reviewed legal research/analysis from K. Hebeisen re arguments in reply mediation statements (0.50); conference call with M. Vives, A. Loftus, S. Frost and D. Rubin re mediation planning and potential pre-mediation settlement (1.50); telephone conference with M. Nelson re T. Crookston issues/ mediation (0.50); conference call with M. Vives, M. Nelson, E. Wheeler, A. Loftus, S. Frost and D. Rubin re T. Crookston issues (1.40); reviewed correspondence from M. Nelson re T. Crookston's net profits net of various expenses, etc. and drafted correspondence to M. Vives re same (0.20); | 5.00 | 714.00 | 3,570.00 |

**Katten**

| | |
|---|---|
| Matter: | 396859.00001 |
| Invoice #: | 9020113030 |
| Invoice Due Date: | Payable Upon Receipt |

February 14, 2023

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | telephone conference with M. Vives re same/ potential strategies/next steps (0.90). | | | |
| 01/23/2023 | Hebeisen, Kenneth | Update outline of arguments for reply mediation briefs (1.30) | 1.30 | 755.00 | 981.50 |
| 01/24/2023 | Banich, Terence | Telephone conference with M. Vives re revisions to J. Wunderlin net profit numbers (0.30); telephone conference with C. Weber re same and related matters (0.20); multiple telephone conferences with M. Vives, A. Loftus and S. Frost re potential settlement discussions/parameters and drafted and exchanged correspondence re same (1.20); drafted and exchanged correspondence with M. Nelson re settlement discussions (1.50); legal research re tax implications of payments of clawbacks and exchanged correspondence with M. Vives re same (0.40); drafted, edited and finalized reply mediation statement re T. Crookston (3.60); drafted and edited reply mediation statement re JJ&M (4.80); exchanged correspondence with M. Vives re draft reply mediation statements (0.10); reviewed K. Hebeisen's edits/comments to same (0.30); reviewed correspondence from D. Rammelt and M. Vives re Breakout issues (0.10) | 12.50 | 714.00 | 8,925.00 |
| 01/24/2023 | Hebeisen, Kenneth | Review and edit mediation reply briefs (2.10) | 2.10 | 755.00 | 1,585.50 |
| 01/25/2023 | Banich, Terence | Reviewed, edited and finalized reply mediation statement to JJ&M defendants (1.70); reviewed and exchanged correspondence with M. Nelson, M. Vives, A. Loftus, S. Frost and D. Rubin re T. Crookston settlement discussions, confirmation of terms and related matters (0.70); telephone conference with M. Nelson re same (0.10); telephone conference with M. Vives re settlement (0.30); conference call with M. Vives, A. Loftus and S. Frost re T. Crookston discussions/issues (0.80); conference call with M. Vives and M. Nelson re T. Crookston settlement issues and further telephone conferences with A. Loftus and S. Frost re same (0.50); further telephone conference with M. Nelson (0.10); conference call with M. Vives and Judge Schenkier re T. Crookston updates (0.40); exchanged correspondence with A. Loftus re Nalpak reaction to settlement (0.20); telephone conference with A. Campbell re T. Crookston settlement terms and related matters (1.10); telephone conference with M. Vives re same and further telephone conference with M. Nelson re same (1.00); telephone conference with A. Loftus re same (0.40); further telephone conference with M. Vives re same (0.20); further telephone conference with M. Nelson re same (0.30); reviewed and edited T. Crookston settlement term sheet and reviewed and exchanged correspondence with M. Vives, S. Frost, D. Rubin and M. Nelson re same (0.60). | 8.40 | 714.00 | 5,997.60 |
| 01/26/2023 | Banich, Terence | Conference call with Judge Schenkier and M. Nelson/Foley team re T. Crookston issues and potential settlement (0.50); conference call with M. Mann, A. Campbell and A. Loftus re T. Crookston | 4.50 | 714.00 | 3,213.00 |

**Katten**

| | | |
|---|---|---|
| Matter: | 396859.00001 | |
| Invoice #: | 9020113030 | |
| Invoice Due Date: | Payable Upon Receipt | February 14, 2023 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | issues/discussions (0.50); telephone conference with A. Loftus re next steps/Nalpak issues (0.40); telephone conference with S. Frost re same (0.30); telephone conference with M. Vives re same/ updates/potential strategies (0.70); telephone conferences with M. Nelson re T. Crookston issues/ updates (0.40); further telephone conference with S. Frost re Aronson/Crookston issues (0.20); further telephone conference with M. Vives re same/updates (0.10); reviewed and exchanged correspondence re T. Crookston settlement term sheet and reviewed further/final version of same and executed same (0.60); reviewed and exchanged correspondence with M. Mann and A. Campbell memorializing terms of Nalpak/Crookston arrangements (0.20); reviewed and exchanged correspondence with M. Vives, A. Loftus, S. Frost, D. Rubin, M. Mann and A. Campbell re mediation strategies and with M. Nelson re Crookston discussions (0.50); exchanged correspondence with Judge Schenkier re Crookston updates (0.10). | | | |
| 01/27/2023 | Banich, Terence | Telephone conference with M. Nelson re T. Crookston issues/settlement (0.20); conference call with S. Frost, D. Rubin and A. Loftus re same (0.70); conference call with T. Crookston, M. Nelson, S. Poll-Klaessy, M. Vives, A. Loftus, S. Frost, D. Rubin and A. Campbell re interview (2.30); telephone conference with J. Kopecky re T. Crookston/updates (0.30); telephone conference with M. Vives re same (0.20); telephone conference with Judge Schenkier re updates/mediation issues (0.60); conference call with M. Vives, A. Loftus, S. Frost, D. Rubin and A. Campbell re T. Crookston debrief and related matters (0.60); reviewed and exchanged correspondence re various mediation issues/T. Crookston settlement (1.00). | 5.90 | 714.00 | 4,212.60 |
| 01/28/2023 | Banich, Terence | Reviewed and exchanged correspondence with plaintiffs' counsel re mediation issues. | 0.50 | 714.00 | 357.00 |
| 01/29/2023 | Banich, Terence | Reviewed correspondence re mediation issues/ strategies (0.20); telephone conference with J. Kopecky re mediation issues (0.30); exchanged correspondence with M. Vives and D. Wilson re same (0.50). | 1.00 | 714.00 | 714.00 |
| 01/30/2023 | Banich, Terence | Prepared for and attended day 1 of JJMT/Breakout mediation (12.50); telephone conference with J. Kopecky re same (0.40). | 12.90 | 714.00 | 9,210.60 |
| 01/31/2023 | Banich, Terence | Drafted correspondence to M. Vives, D. Wilson and R. Weidman re preparation for second day of mediation (0.20); prepared for mediation (0.60); attended day two of JJMT mediation (14.20). | 15.00 | 714.00 | 10,710.00 |

**06-SEC meetings/discussions**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/31/2023 | Banich, Terence | Telephone conference with K. Wanner re February 1 status report and other updates. | 0.10 | 714.00 | 71.40 |

**Katten**

Matter:         396859.00001
Invoice #:      9020113030
Invoice Due Date:   Payable Upon Receipt

February 14, 2023

---

## 09-Investigation of assets/transactions

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 01/01/2023 | Banich, Terence | Reviewed correspondence from J. Fogel re Ingen issues/discussion. | 0.10 | 714.00 | 71.40 |
| 01/02/2023 | Banich, Terence | Reviewed and exchanged correspondence with M. Vives and J. Fogel re Ingen issues. | 0.10 | 714.00 | 71.40 |
| 01/03/2023 | Banich, Terence | Conference call with M. Vives, J. Fogel, M. Iams and M. Russell re Ingen issues and further conference with M. Vives re same (1.20); reviewed correspondence with M. Vives and A. Loftus re same and related matters (0.10); drafted, edited and finalized second amendment to tolling agreement with C. Cole and exchanged correspondence with M. Vives and C. Cole re same (0.60). | 1.90 | 714.00 | 1,356.60 |
| 01/04/2023 | Banich, Terence | Drafted correspondence to C. Cole re executed second amended tolling agreement (0.10); exchanged correspondence with M. Vives re investor inquiries re settlement from S. Kozlowski and drafted responses to certain inquiries (0.30); reviewed correspondence re Ingen issues (0.20). | 0.60 | 714.00 | 428.40 |
| 01/05/2023 | Banich, Terence | Reviewed and exchanged correspondence with counsel for R. Yeghnazary re extension of time to comply with subpoena (0.10); reviewed correspondence with A. Loftus re matters of common interest (0.10). | 0.20 | 714.00 | 142.80 |
| 01/06/2023 | Banich, Terence | Attended weekly update meeting with M. Vives (1.00); reviewed correspondence with M. Vives and D. Rammelt re Breakout issues (0.10). | 1.10 | 714.00 | 785.40 |
| 01/11/2023 | Banich, Terence | Reviewed correspondence from A. Loftus re SAC issues. | 0.20 | 714.00 | 142.80 |
| 01/12/2023 | Banich, Terence | Attended weekly update call with M. Vives, D. Wilson and R. Baker (1.20); reviewed correspondence from A. Loftus re matters of common interest (0.10). | 1.30 | 714.00 | 928.20 |
| 01/13/2023 | Banich, Terence | Reviewed correspondence with M. Vives and A. Loftus re matters of common interest (0.20); telephone conference with M. Vives re same (0.30). | 0.50 | 714.00 | 357.00 |
| 01/15/2023 | Banich, Terence | Reviewed correspondence from A. Loftus re matters of common interest. | 0.10 | 714.00 | 71.40 |
| 01/17/2023 | Banich, Terence | Reviewed draft memorandum of understanding re certain matters of common interest and exchanged correspondence with M. Vives re same. | 0.30 | 714.00 | 214.20 |
| 01/19/2023 | Banich, Terence | Attended weekly team meeting (1.10); Exchanged correspondence with A. Loftus re matters of common interest (0.10); reviewed final memorandum of understanding with A. Loftus' clients re matters of common interest (0.10). | 1.30 | 714.00 | 928.20 |
| 01/20/2023 | Banich, Terence | Drafted correspondence to M. Andersson re status of settlement agreement review. | 0.10 | 714.00 | 71.40 |
| 01/23/2023 | Banich, Terence | Drafted and edited second amendment to tolling agreement with Pure Health (0.30); exchanged correspondence with C. Finger re same (0.10); reviewed correspondence from D. Rammelt and M. Vives re Breakout issues (0.10). | 0.50 | 714.00 | 357.00 |
| 01/24/2023 | Banich, Terence | Reviewed and exchanged correspondence with K. Finger and C. Johnson re Pure Health tolling agreement amendment issues (0.20); telephone | 0.50 | 714.00 | 357.00 |

**Katten**

Matter:  396859.00001
Invoice #:  9020113030
Invoice Due Date:  Payable Upon Receipt

February 14, 2023

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | conference with C. Johnson re same (0.20); exchanged correspondence with M. Vives re same/updates (0.10). | | | |
| 01/25/2023 | Banich, Terence | Reviewed and exchanged correspondence with P. Baldwin re SAC discussion (0.10); reviewed correspondence re Breakout issues (0.10). | 0.20 | 714.00 | 142.80 |
| 01/26/2023 | Banich, Terence | Exchanged correspondence with P. Baldwin re SAC discussions (0.10); reviewed correspondence re Breakout issues (0.10). | 0.20 | 714.00 | 142.80 |
| 01/27/2023 | Yager, Allison | Emails with T. Banich and call subpoena respondent re: potential extension (.1) | 0.10 | 591.00 | 59.10 |
| 01/27/2023 | Banich, Terence | Reviewed correspondence re subpoena to R. Yeghnazary and telephone conference with A. Yager re same. | 0.10 | 714.00 | 71.40 |
| 01/30/2023 | Yager, Allison | Emails with T. Banich re: requested extension from subpoena respondent (.1); call with subpoena respondent re: same (.1) | 0.20 | 591.00 | 118.20 |
| 01/30/2023 | Banich, Terence | Reviewed and exchanged correspondence with D. Lake and A. Yager re Romik Y. subpoena production issues. | 0.20 | 714.00 | 142.80 |
| 01/31/2023 | Yager, Allison | Emails with T. Banich re: subpoena matters (.1) | 0.10 | 591.00 | 59.10 |
| 01/31/2023 | Banich, Terence | Reviewed and exchanged correspondence re mediation of potential claim against law firm (0.20); reviewed correspondence re subpoena to R. Yeghnazary and compliance with same (0.10). | 0.30 | 714.00 | 214.20 |

### 10-Business Operations/Operating Entities

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 01/09/2023 | Halberstadter, David | Emails to and from R. Reyes re non-response from Orion and proposed next steps. | 0.20 | 948.00 | 189.60 |
| 01/12/2023 | Halberstadter, David | Review and reply to email from R. Baker e commencing arbitration (0.30); email to team re pre-filing decisions to be made (0.30); review reply from M. Vives and finalize arbitration demand (0.10). | 0.70 | 948.00 | 663.60 |
| 01/13/2023 | Halberstadter, David | Prepare arbitration demand and exhibits for filing (2.20); register at JAMS for case access (0.10); complete JAMS arbitration submission form (0.20); submit demand for arbitration (0.20); email to ILBE's and Orion's counsel with copy of arbitration demand and request to accept service (0.20); email to clients re submission completion (0.50). | 3.40 | 948.00 | 3,223.20 |
| 01/17/2023 | Halberstadter, David | Serve Demand for Arbitration on ILBE and Orion; submit proofs of service to JAMS. | 0.30 | 948.00 | 284.40 |
| 01/20/2023 | Halberstadter, David | Follow up with JAMS re status of submission, notification of respondents (0.40); email to JAMS regarding submission of additional proof of service; update clients re status (0.30). | 0.70 | 948.00 | 663.60 |
| 01/24/2023 | Halberstadter, David | Follow-up again with JAMS re status of intake and appointment of case manager. | 0.20 | 948.00 | 189.60 |
| 01/27/2023 | Bruckner, Amelia | Draft outline of arbitration demand and corresponding exhibits. | 3.20 | 599.25 | 1,917.60 |
| 01/30/2023 | Halberstadter, David | Review email from R. Baker and reply to same (0.20); email to JAMS administrator re issuing Commencement Letter and starting Respondents' time to respond (0.20). | 0.40 | 948.00 | 379.20 |

**Katten**

Matter:          396859.00001
Invoice #:       9020113030
Invoice Due Date: Payable Upon Receipt

February 14, 2023

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 01/30/2023 | Bruckner, Amelia | Research arbitration procedural requirements. | 0.50 | 599.26 | 299.63 |
| 01/30/2023 | Bruckner, Amelia | Draft outline of exhibits to arbitration demand. | 2.10 | 599.25 | 1,258.43 |
| 01/31/2023 | Halberstadter, David | Emails from and to JAMS case manager re various administrative issues (0.30); emails to and from A. Bruckner re timing of Respondent's response, default analysis (0.20); update to clients re same (0.30); review email to JAMS by counsel for Orion (0.10). | 0.90 | 948.00 | 853.20 |

**Total Hours : 160.60**                    **Total Fees**      **113,004.74**   **USD**

**Katten**

| | | | | |
|---|---|---|---|---|
| Matter: | 396859.00001 | | | |
| Invoice #: | 9020113030 | | | February 14, 2023 |
| Invoice Due Date: | Payable Upon Receipt | | | |

---

### TIME SUMMARY

#### 01-Case administration

| Name | Title | Hours | Rate | Amount |
|------|-------|------:|-----:|-------:|
| Hebeisen, Kenneth | Associate | 0.20 | | 0.00 |
| Banich, Terence | Partner | 10.90 | 714.00 | 7,782.60 |
| | **Sub Total :** | **11.10** | **Sub Total :** | **7,782.60** |

#### 02-Fee applications/retention of professionals

| Name | Title | Hours | Rate | Amount |
|------|-------|------:|-----:|-------:|
| Hebeisen, Kenneth | Associate | 4.40 | | 604.00 |
| Banich, Terence | Partner | 1.40 | | 0.00 |
| | **Sub Total :** | **5.80** | **Sub Total :** | **604.00** |

#### 04-Pre-receivership litigation/stay

| Name | Title | Hours | Rate | Amount |
|------|-------|------:|-----:|-------:|
| Siddiqui, Peter | Partner | 0.50 | 1,066.76 | 533.38 |
| Hebeisen, Kenneth | Associate | 23.50 | 755.00 | 17,742.50 |
| Banich, Terence | Partner | 96.80 | 714.00 | 69,115.20 |
| | **Sub Total :** | **120.80** | **Sub Total :** | **87,391.08** |

#### 06-SEC meetings/discussions

| Name | Title | Hours | Rate | Amount |
|------|-------|------:|-----:|-------:|
| Banich, Terence | Partner | 0.10 | 714.00 | 71.40 |
| | **Sub Total :** | **0.10** | **Sub Total :** | **71.40** |

#### 09-Investigation of assets/transactions

| Name | Title | Hours | Rate | Amount |
|------|-------|------:|-----:|-------:|
| Yager, Allison | Associate | 0.40 | 591.00 | 236.40 |
| Banich, Terence | Partner | 9.80 | 714.00 | 6,997.20 |
| | **Sub Total :** | **10.20** | **Sub Total :** | **7,233.60** |

#### 10-Business Operations/Operating Entities

| Name | Title | Hours | Rate | Amount |
|------|-------|------:|-----:|-------:|
| Halberstadter, David | Partner | 6.80 | 948.00 | 6,446.40 |
| Bruckner, Amelia | Associate | 5.80 | 599.25 | 3,475.66 |
| | **Sub Total :** | **12.60** | **Sub Total :** | **9,922.06** |
| | **Total Hours :** | **160.60** | **Total Fees** | **113,004.74  USD** |

| Matter: | 396859.00001 | |
|---|---|---|
| Invoice #: | 9020113030 | |
| Invoice Due Date: | Payable Upon Receipt | February 14, 2023 |

---

**DISBURSEMENTS**

| Description | Cost Description | Amount |
|---|---|---|
| Court Costs | Pacer Court Costs 12/1/2022-12/31/2022 LAX. Pacer Court Costs 12/01/2022-12/31/2022 CHI. | 5.00 |
| Filing Fees | CC-Jams;Dated 1/13/23;Reference#5210000275;Filing for Re-Arbitration Demand Submission. | 3,578.70 |
| Courier | FedExCorp.Inv#: 799563587,Trking# 392705629793,on 12/27/2022 To: Hon. Snyder Christina A.. FedExCorp.Inv#: 801518765,Trking# 393599586666,on 1/18/2023 To: Hon. Christina A. Snyder. | 63.26 |
| Data/Library Research Services | Westlaw Legal Research: HEBEISEN,KENNETH on 1/16/2023. Westlaw Legal Research: HEBEISEN,KENNETH on 1/17/2023. Westlaw Legal Research: HEBEISEN,KENNETH on 1/19/2023. Westlaw Legal Research: HEBEISEN,KENNETH on 1/20/2023. Westlaw Legal Research: HEBEISEN,KENNETH on 1/22/2023. Westlaw Legal Research: YAGER,ALLISON E on 1/30/2023. | 1,057.95 |

**Total  Disbursements:**  **4,704.91**  **USD**