**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter[2]**

| Matter Description | Hours | Amount |
|---|---:|---:|
| Accounting / Auditing | 5.3 | $1,329.75 |
| Asset Analysis and Recovery | 0.0 | $0.00 |
| Business Analysis | 0.0 | $0.00 |
| Business Operations | 0.9 | $191.25 |
| Case Administration | 221.6 | $55,725.75 |
| Forensic Accounting | 214.5 | $47,718.00 |
| Status Reports | 10.9 | $3,433.50 |
| Expenses | 0.0 | $168.93 |
| **Totals** | **453.2** | **$108,567.18** |

---

[2] The Receiver voluntarily reduced her fees for the Fee Period by $1,822.50, attributable to preparation of fee applications, as an accommodation to the receivership estate.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200