**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter[2]**

| Matter Description | Hours | Amount |
|---|---:|---:|
| Case Administration | 39.7 | $30,207.30 |
| Fee Application/Retention of Professionals | 5.8 | $594.00 |
| Claims Administration and Objections | 0.0 | $0.00 |
| Pre-Receivership Litigation/Stay | 26.7 | $18,873.00 |
| FBI and Criminal Case Matters | 0.0 | $0.00 |
| SEC Meetings/Discussions | 0.0 | $0.00 |
| Avoidance Actions | 0.0 | $0.00 |
| Asset Disposition | 0.0 | $0.00 |
| Investigation of Assets/Transactions | 33.9 | $25,933.50 |
| Business Operations/Operating Entities | 6.5 | $5,570.90 |
| Expenses | 0.0 | $1,222.61 |
| **Totals** | **112.6** | **$82,401.31** |

---

[2] As an accommodation to the receivership estate, Katten voluntarily reduced its fees for the Fee Period by $2,830.50, attributable to preparation of fee applications and other administrative tasks.