UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV21-2927-CAS(GJSx) | Date | May 23, 2023 |
|---|---|---|---|
| Title | *SECURITIES AND EXCHANGE COMMISSION v. ZACHARY J. HORWITZ; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Catherine Jeang | Suzanne McKennon |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:

Kathryn Wanner

Attorneys Present for Defendants:

Michael Quinn

Attorneys Present for Receiver:

Terence Banich

**Proceedings:**   ZOOM STATUS CONFERENCE RE: STAY OF CASE

Hearing held by Zoom and counsel are present. Receiver Michele Vives is also present. The Court confers with counsel, as stated on the record. The parties are making progress towards potential settlement of the action and will keep the Court updated.

|  | 00 | : | 11 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |