**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter[2]**

| Matter Description | Hours | Amount |
|---|---:|---:|
| Accounting / Auditing | 5.1 | $173.25 |
| Asset Analysis and Recovery | 0.0 | $0.00 |
| Business Analysis | 0.0 | $0.00 |
| Business Operations | 0.9 | $364.50 |
| Case Administration | 147.3 | $44,662.50 |
| Forensic Accounting | 352.9 | $65,457.00 |
| Status Reports | 2.2 | $783.00 |
| Expenses | 0.0 | $6,910.71 |
| **Totals** | **508.4** | **$118,350.96** |

---

[2] The Receiver voluntarily reduced her fees for the Fee Period by $1,620.00, attributable to preparation of fee applications, as an accommodation to the receivership estate. Additionally, for travel time, the Receiver charged one-half of the actual time spent in travel, amounting to a further reduction of $2,430.00.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200