**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter[2]**

| Matter Description | Hours | Amount |
|---|---:|---:|
| Case Administration | 75.5 | $52,132.50 |
| Fee Application/Retention of Professionals | 3.6 | $2,709.00 |
| Claims Administration and Objections | 0.0 | $0.00 |
| Pre-Receivership Litigation/Stay | 44.4 | $34,338.50 |
| FBI and Criminal Case Matters | 0.0 | $0.00 |
| SEC Meetings/Discussions | 0.9 | $688.50 |
| Avoidance Actions | 0.0 | $0.00 |
| Asset Disposition | 0.0 | $0.00 |
| Investigation of Assets/Transactions | 12.6 | $9,557.40 |
| Business Operations/Operating Entities | 5.7 | $5,366.90 |
| Expenses | 0.0 | $1,351.77 |
| **Totals** | **142.7** | **$106,144.57** |

---

[2] As an accommodation to the receivership estate, Katten voluntarily reduced its fees for the Fee Period by $2,254.40, attributable to preparation of fee applications and other administrative tasks. Katten then voluntarily discounted the total fees by 5% as a further courtesy to the receivership estate.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200