**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter[2]**

| Matter Description | Hours | Amount |
|---|---:|---:|
| Accounting / Auditing | 10.9 | $2,295.00 |
| Asset Analysis and Recovery | 0.0 | $0.00 |
| Business Analysis | 0.0 | $0.00 |
| Business Operations | 0.0 | $0.00 |
| Case Administration | 147.6 | $40,680.00 |
| Forensic Accounting | 348.6 | $66,883.50 |
| Status Reports | 0.0 | $0.00 |
| Expenses | 0.0 | $28.05 |
| **Totals** | **507.1** | **$109,886.55** |

---

[2] The Receiver voluntarily reduced her fees for the Fee Period by $1,377.00, attributable to preparation of fee applications, as an accommodation to the receivership estate.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200