**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter[2]**

| Matter Description | Hours | Amount |
|---|---:|---:|
| Case Administration | 52.8 | $33,957.00 |
| Fee Application/Retention of Professionals | 6.5 | $0.00 |
| Claims Administration and Objections | 0.0 | $0.00 |
| Pre-Receivership Litigation/Stay | 35.4 | $26,313.50 |
| FBI and Criminal Case Matters | 0.0 | $0.00 |
| SEC Meetings/Discussions | 0.6 | $459.00 |
| Avoidance Actions | 0.0 | $0.00 |
| Asset Disposition | 0.0 | $0.00 |
| Investigation of Assets/Transactions | 19.7 | $14,913.00 |
| Business Operations/Operating Entities | 2.9 | $2,871.30 |
| Expenses | 0.0 | $11,700.18 |
| **Totals** | **117.9** | **$90,213.98** |

---

[2] As an accommodation to the receivership estate, Katten voluntarily reduced its fees for the Fee Period by $4,005.00, attributable to preparation of fee applications and other administrative tasks.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

Case No. 2:21-cv-02927-CAS-PD
EIGHTEENTH MONTHLY FEE STATEMENT OF
KATTEN MUCHIN ROSENMAN LLP—JUNE 2023