# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff(s),<br><br>v.<br><br>ZACHARY J. HORWITZ, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:21–cv–02927–CAS–PD<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   7/21/2023

Document No.:   233

Title of Document:   Notice of Change of Attorney Business and Contact Information G06.

**ERROR(S) WITH DOCUMENT:**

Section II has incorrect address information; zip code.

Other:

Note:   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: July 24, 2023     By: /s/ *Andrea Kannike  Andrea_Kannike@cacd.uscourts.gov*
                                     Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS