# Published Notice

To be published once in the *Wall Street Journal* and once in the *Los Angeles Times*:

PLEASE TAKE NOTICE THAT Michele Vives, the Court-appointed Receiver ("Receiver") for 1inMM Capital, LLC ("1inMM") as well as assets that are attributable to investor or client funds or that were fraudulently transferred by 1inMM or Zachary J. Horwitz ("Horwitz"), and certain plaintiffs who invested in 1inMM, have reached an agreement to settle and release all claims asserted or that could have been asserted against JJMT Capital, LLC, JJMT Group, LLC, J.T.H.D. Investments, LLC or Chi-Town Capital, LLC (collectively, "JJMT"), Joseph deAlteris, Jacob Wunderlin and Matthew Schweinzger (collectively, "JJM Parties"), as well as their wives, children, respective current and former employers and certain other entities and trusts identified in the Settlement Agreement (collectively, "Related Parties"), as to any acts or omissions arising out of, in connection with or relating in any way to: (1) the 1inMM Ponzi Scheme; (2) the 1inMM Defendants; (3) JJMT; (4) any investment, loan or transfer of money to JJMT and/or repayment or lack of repayment by JJMT or the 1inMM Defendants ("Settlement"). As part of the Settlement, the Receiver has asked the Court to permanently bar and enjoin any person or entity from commencing or continuing any legal proceeding against any of the JJM Parties and/or any of the Related Parties asserting any legal or equitable claim arising out of, in connection with or relating in any way to, 1inMM, the 1inMM Ponzi Scheme, JJMT or Horwitz, as more particularly described in the proposed Bar Order (a "1inMM Claim"). All 1inMM Claims will be channeled into a receivership claims process the United States District Court for the Central District of California will establish by separate order.

Complete copies of the Settlement Agreement, the proposed Bar Order and other documents pertaining to the Settlement are available on the Receiver's website, www.1inMMreceivership.com.

Interested parties may submit written questions or objections to the Settlement to the Receiver by sending an email to 1inMM@douglaswilson.com by no later than 4:00 pm PDT on September 4, 2023. (All capitalized terms not defined in this notice are defined in the Settlement Agreement or the Motion.)