Terence G. Banich (SBN 212173)
terence.banich@katten.com
Allison E. Yager (*pro hac vice*)
allison.yager@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

*Attorneys for the Receiver*
Michele Vives

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:21-cv-02927-CAS-PD |
| Plaintiff, | **SIXTEENTH MONTHLY FEE STATEMENT OF RECEIVER MICHELE VIVES—APRIL 2023** |
| v. | Judge: Hon. Christina A. Snyder |
| ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC, | Courtroom: 8D |
| Defendants. | |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

Michele Vives, in her capacity as the receiver in the above-captioned action (the "Receiver"), pursuant to paragraphs 3(b) and 3(d) of the *Order Granting Motion of Receiver Michele Vives for Order Establishing Procedures for Allowance of Compensation and Reimbursement of Expenses*, dated February 22, 2022 [ECF #77] (the "Interim Compensation Procedures Order"), hereby files this monthly fee statement (this "Monthly Fee Statement") for (i) compensation in the amount of $86,718.60 (80% of $108,398.25)[1] for the reasonable and necessary services rendered by the Receiver from April 1, 2023 through and including April 30, 2023 (the "Fee Period") and (ii) reimbursement of the actual and necessary expenses that the Receiver incurred, in the amount of $168.93 during the Fee Period.

### Statement of Fees and Expenses

In support of this Monthly Fee Statement, attached are the following exhibits:

• **Exhibit A** is a schedule for the Fee Period, setting forth the total amounts of compensation sought with respect to each category of services for which the Receiver is seeking payment in this Monthly Fee Statement.

• **Exhibit B** is a schedule for the Fee Period providing certain information regarding the professionals for whose work in this receivership compensation is sought in this Monthly Fee Statement. The Receiver and her staff at Douglas Wilson Companies have expended a total of 453.2 hours in connection with this proceeding during the Fee Period.

• **Exhibit C** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which the Receiver is seeking reimbursement in this Monthly Fee Statement. All of these

---

[1] The Receiver voluntarily reduced her fees for the Fee Period by $1,822.50, attributable to preparation of fee applications, as an accommodation to the receivership estate.

disbursements comprise the requested sum for the Receiver's out of pocket expenses.

• **Exhibit D** consists of the Receiver's invoice of fees and expenses incurred during the Fee Period in the rendition of the professional services to the Receiver. This invoice may have been redacted to maintain privilege and confidentiality, in accordance with paragraph 3(a) of the Interim Compensation Procedures Order.

Although every effort has been made to include in this Monthly Fee Statement all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. The Receiver reserves the right to make further application to this Court for allowance of such fees and expenses not included herein in accordance with the Interim Compensation Procedures Order.

Notice of this Monthly Fee Statement will be provided in accordance with the procedures set forth in the Interim Compensation Procedures Order.

## Objection Period

The Notice Parties specified in paragraph 3(a) of the Interim Compensation Procedures Order shall have 10 days from the date hereof, i.e., until 4:00 p.m. prevailing Pacific Time on **May 25, 2023** (the "Objection Period"), to review the Monthly Fee Statement and serve a Notice of Objection (as defined in the Interim Compensation Procedures Order) on the Receiver.

In accordance with paragraph 3(c) of the Interim Compensation Procedures Order, after the Objection Period expires at 4:00 p.m. prevailing Pacific Time on May 25, 2023, the Receiver shall pay, without further order of the Court, 80% of the fees and 100% of the expenses the Receiver has requested in the Monthly Fee Statement that are not the subject of a Notice of Objection. Based on that formula, the Receiver shall receive $108,567.18 of the fees and $168.93 of the expenses unless a timely Notice of Objection is served.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

1

2    Dated: May 15, 2023          Respectfully submitted,

3                                  **KATTEN MUCHIN ROSENMAN LLP**

4                                  By:    /s/*Terence G. Banich*
                                          Terence G. Banich
5
                                   *Attorneys for the Receiver*
6                                  Michele Vives

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

# PROOF OF SERVICE

## STATE OF ILLINOIS, COUNTY OF COOK

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, IL 60661.

On May 15, 2023, I served the following document(s) described as:

**SIXTEENTH MONTHLY FEE STATEMENT OF RECEIVER MICHELE VIVES—APRIL 2023**

on counsel of record in this action as follows:

**[ ] BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[ ] BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address terence.banich@katten.com to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ] BY OVERNIGHT MAIL (FedEx):** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ] BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X] E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on May 15, 2023, at Chicago, Illinois.

*/s/Terence G. Banich*
Terence G. Banich

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter[2]**

| Matter Description | Hours | Amount |
|---|---|---|
| Accounting / Auditing | 5.3 | $1,329.75 |
| Asset Analysis and Recovery | 0.0 | $0.00 |
| Business Analysis | 0.0 | $0.00 |
| Business Operations | 0.9 | $191.25 |
| Case Administration | 221.6 | $55,725.75 |
| Forensic Accounting | 214.5 | $47,718.00 |
| Status Reports | 10.9 | $3,433.50 |
| Expenses | 0.0 | $168.93 |
| **Totals** | **453.2** | **$108,567.18** |

[2] The Receiver voluntarily reduced her fees for the Fee Period by $1,822.50, attributable to preparation of fee applications, as an accommodation to the receivership estate.

## <u>Exhibit B</u>
## Summary of Total Fees and Hours by Professionals

| Professional | Position with the Applicant | Years of Experience | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Michele Vives | Receiver | 17 | $405.00 | 56.5 | $22,882.50 |
| Douglas Wilson | Executive Management | 33 | $405.00 | 8.0 | $3,240.00 |
| Rene Weidman | Executive Management | 17 | $405.00 | 76.8 | $29,281.50 |
| Lynn Goodridge | Executive Management | 25 | $405.00 | 0.3 | $121.50 |
| Ryan Baker | Project Director | 12 | $315.00 | 24.1 | $7,591.50 |
| Michael Wilson | Project Associate Director | 1 | $157.50 | 113.4 | $17,860.50 |
| Lisset Rocha | Accounting | 4 | $157.50 | 96.3 | $15,167.25 |
| Kristine Bickings | Administrative | 8 | $157.50 | 77.1 | $12,143.25 |
| Monica Garcia | Project Associate | 2 | $157.50 | 0.7 | $110.25 |
| **Totals** | | | | **453.2** | **$108,398.25** |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

# Exhibit C
# Summary of Actual and Necessary Expenses

| Expenses by Category | Amount |
|---|---|
| FedEx | $30.88 |
| Background Checks | $28.05 |
| Parking | $110.00 |
| **Total** | **$168.93** |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

**Exhibit D**
**Invoices**

Services for month ending April 30, 2023

Invoice #: 92476
Invoice Date: 05/11/2023
Due Date: 05/21/2023

## Douglas Wilson Companies

1620 Fifth Avenue, Suite 400
San Diego, CA 92101
Phone: 619 641-1141
Fax: 619-641-1150
douglaswilson.com

SEC v Horwitz
Attn: Michele Vives
1620 Fifth Avenue, Suite 400
San Diego, CA 92101
United States

## 10129 SEC v Horwitz

### Services

| Date | Timekeeper | Description | Hours | Total |
|------|-----------|-------------|-------|-------|
| 04/03/2023 | LR | Forensic Accounting: Review transfers from business and LOC to personal for report | 0.40 | $63.00 |
| 04/03/2023 | KB | Forensic Accounting: Review transactions from forensic software and track sub-investors' reinvestments. | 3.00 | $472.50 |
| 04/03/2023 | RW | Case Administration: Review motion and verify numbers within the motion. | 0.40 | $162.00 |
| 04/03/2023 | LG | Case Administration: Follow up on opening of ICS accounts. | 0.10 | $40.50 |
| 04/03/2023 | LR | Forensic Accounting: Finalize (2) sub-aggregator analysis' | 2.70 | $425.25 |
| 04/03/2023 | MV | Case Administration: Redline Opposition of Motion to Quash and associated Declaration. | 1.00 | $405.00 |
| 04/03/2023 | RW | Case Administration: Review request for additional information to aggregator. | 0.70 | $283.50 |
| 04/03/2023 | DW | Case Administration: Review project updates from team, including status of mediations. | 1.00 | $405.00 |
| 04/03/2023 | RW | Forensic Accounting: Continue review of documents and analysis of direct investor. | 1.80 | $729.00 |

Invoice #: 92476 - 10129 SEC v Horwitz - 05/11/2023

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/03/2023 | MV | Case Administration: Review letter to Aggregator. (.5) Review sub-aggregator forensics and redline comments back to R Weidman (.8) | 1.30 | $526.50 |
| 04/03/2023 | LR | Forensic Accounting: Summarize findings and analysis for two sub-aggregators (1.4). Forward summary to M. Vives (.1) | 1.50 | $236.25 |
| 04/04/2023 | LR | Case Administration: Review of sub-aggregator summary with M. Vives | 0.50 | $78.75 |
| 04/04/2023 | LR | Forensic Accounting: Updates to (2) sub-aggregator analysis' | 1.80 | $283.50 |
| 04/04/2023 | MV | Case Administration: Review sub-aggregator summary with L Rocha. | 0.50 | $202.50 |
| 04/04/2023 | MV | Case Administration: Redline letter to Aggregator's Attorney. | 0.50 | $202.50 |
| 04/04/2023 | RW | Case Administration: Discussion with K.Bickings on aggregator analysis | 0.40 | $162.00 |
| 04/04/2023 | KB | Case Administration: Internal meeting with R. Weidman to discuss next steps in forensics. | 0.40 | $63.00 |
| 04/04/2023 | MV | Case Administration: Call with counsel regarding response to aggregators letter of confidentiality | 0.90 | $364.50 |
| 04/04/2023 | LR | Forensic Accounting: Review updates for sub-aggregator with R. Weidman | 0.20 | $31.50 |
| 04/04/2023 | LR | Forensic Accounting: Update forensic software for sub-aggregator | 0.70 | $110.25 |
| 04/04/2023 | MDW | Forensic Accounting: Compared sub-aggregator Promissory Notes with the bank statements provided. | 3.50 | $551.25 |
| 04/04/2023 | KB | Forensic Accounting: Update aggregator spreadsheet analysis. | 3.60 | $567.00 |
| 04/04/2023 | RW | Case Administration: Discussion with M.Wilson on sub-aggregator analysis | 0.40 | $162.00 |
| 04/04/2023 | RW | Forensic Accounting: Review comments from M.Vives on sub-aggregator analysis (.4), update analysis (1.0) and email questions to sub-aggregators (.6) Review sub-aggregator analysis with L.Rocha (.2) | 2.20 | $891.00 |
| 04/04/2023 | MDW | Case Administration: Met with R.Weidman re: sub-aggregator update. | 0.40 | $63.00 |
| 04/04/2023 | MV | Case Administration: Call with counsel regarding potential litigation and Sub-aggregator issues. | 1.00 | $405.00 |
| 04/04/2023 | RW | Case Administration: Review of March invoice | 2.50 | $0.00 |
| 04/04/2023 | LR | Case Administration: Update net winners contact information | 3.50 | $551.25 |
| 04/04/2023 | DW | Case Administration: Review the initial letter to the receiver counsel for party of interest. Follow up discussion with M. Vives. | 0.40 | $162.00 |

Invoice #: 92476 - 10129 SEC v Horwitz - 05/11/2023

| 04/04/2023 | RB | Case Administration: Review letter communication and provide comments and changes. Communications with M. Vives re: same. | 0.50 | $157.50 |
|---|---|---|---|---|
| 04/05/2023 | LR | Forensic Accounting: Draft summary of net winners of aggregator and summarize target transferees | 4.30 | $677.25 |
| 04/05/2023 | KB | Forensic Accounting: Finalize revisions to aggregator spreadsheet. | 5.00 | $787.50 |
| 04/05/2023 | MV | Case Administration: Review Bank invoice for aggregator banking information. | 0.20 | $81.00 |
| 04/05/2023 | MV | Case Administration: Schedule meeting with sub-aggregator's Counsel and Managing Members. | 0.20 | $81.00 |
| 04/05/2023 | MV | Case Administration: Update call with confidential settlement counterparty to discuss Mediation. | 1.00 | $405.00 |
| 04/05/2023 | DW | Case Administration: Phone conference with Attorney and follow up internal discussions thereafter. | 0.60 | $243.00 |
| 04/05/2023 | MV | Case Administration: Draft letter to all sub-aggregators. | 0.50 | $202.50 |
| 04/05/2023 | KB | Case Administration: Internal meeting to review various issues and matters. | 1.40 | $220.50 |
| 04/05/2023 | MV | Case Administration: Draft letter to sub-aggregator regarding information on additional investors as a sub-aggregator. (1 hr) Review list of transactions and determine the complete records request based on the forensics. (.3) | 1.30 | $526.50 |
| 04/05/2023 | LR | Case Administration: Internal team meeting to review various issues and matters | 1.40 | $220.50 |
| 04/05/2023 | MV | Case Administration: Team meeting to review various issues and matters. | 1.40 | $567.00 |
| 04/05/2023 | MDW | Case Administration: Team meeting to review various issues and matters. | 1.40 | $220.50 |
| 04/05/2023 | LR | Forensic Accounting: Finalize summary with notes from M.Vives and forward for review | 2.00 | $315.00 |
| 04/05/2023 | RW | Case Administration: Internal team meeting on aggregators, sub-aggregators and direct investors | 1.40 | $567.00 |
| 04/05/2023 | MV | Case Administration: Review and edit demand letter for financial institution | 0.90 | $364.50 |
| 04/05/2023 | RB | Case Administration: Communications with A. Levitas re: Minamata UK entity. | 0.30 | $94.50 |

| | | | | |
|---|---|---|---|---|
| 04/05/2023 | RB | Case Administration: Review latest settlement letter and share details with M. Vives and T. Banich. | 0.50 | $157.50 |
| 04/05/2023 | MDW | Forensic Accounting: Compared sub-aggregator Promissory Notes with the bank statements provided. | 5.80 | $913.50 |
| 04/06/2023 | KB | Case Administration: Review draft letter to be sent to sub-aggregator. | 0.30 | $47.25 |
| 04/06/2023 | LR | Forensic Accounting: Review aggregator net winners and create spreadsheets for contact information | 3.60 | $567.00 |
| 04/06/2023 | MV | Case Administration: Call with counsel and executive team regarding various matters. | 1.00 | $405.00 |
| 04/06/2023 | RW | Case Administration: Continue review of March invoice | 1.00 | $0.00 |
| 04/06/2023 | RW | Case Administration: Zoom call with sub-aggregator | 0.50 | $202.50 |
| 04/06/2023 | MV | Case Administration: Call with aggregator counsel regarding mediation. | 0.90 | $364.50 |
| 04/06/2023 | MV | Forensic Accounting: Forensic work on financial institution statements (.7). Discussion with R Baker regarding same (.3). | 1.00 | $405.00 |
| 04/06/2023 | RW | Forensic Accounting: Updates in forensic accounting software (.9) and update sub-aggregator analysis after zoom discussion (.4) | 1.30 | $526.50 |
| 04/06/2023 | MV | Forensic Accounting: Forensic analysis regarding LLC in aggregator. | 1.50 | $607.50 |
| 04/06/2023 | RB | Case Administration: SEC weekly meeting with counsel and Receiver. | 1.00 | $315.00 |
| 04/06/2023 | RB | Status Reports: Phone call with M. Vives to discuss report summary for the fifth quarterly report. | 0.30 | $94.50 |
| 04/06/2023 | RB | Status Reports: Review prior quarterly report outlines (.5). Begin making updates and reference new updatable material (1.2). | 1.70 | $535.50 |
| 04/06/2023 | RB | Case Administration: Phone call with M. Vives re: confirming data prior to sending out settlement demand letter. | 0.30 | $94.50 |
| 04/06/2023 | RB | Case Administration: Analyze issues relating to settlement demand letter. (1.2) Email to M Vives summarizing results and provide recommendation. (.2) | 1.40 | $441.00 |
| 04/06/2023 | LR | Forensic Accounting: Review aggregator net winners and create spreadsheets for contact information | 4.90 | $771.75 |
| 04/06/2023 | DW | Case Administration: Attend portion of weekly meeting with counsel (.6). Follow up internal discussion regarding the upcoming mediation (.4) | 1.00 | $405.00 |

Invoice #: 92476 - 10129 SEC v Horwitz - 05/11/2023

| 04/06/2023 | MDW | Forensic Accounting: Compared sub-aggregator Promissory Notes with the bank statements provided. | 7.00 | $1,102.50 |
|---|---|---|---|---|
| 04/07/2023 | LR | Forensic Accounting: Finalize net winners listing for review (1.2) Compile unknowns transaction listing (.8) | 2.00 | $315.00 |
| 04/07/2023 | MV | Case Administration: Finalize letter and analysis of sub-aggregator through aggregator. Send letter regarding same. | 0.80 | $324.00 |
| 04/07/2023 | MV | Case Administration: Prepare for call with sub aggregator's managing members. | 0.30 | $121.50 |
| 04/07/2023 | MV | Case Administration: Call with sub-aggregator regarding settlements. | 1.50 | $607.50 |
| 04/07/2023 | RB | Case Administration: Review and approve A/P. Communications with R. Weidman and A. Levitas re: same. | 0.30 | $94.50 |
| 04/07/2023 | MV | Case Administration: Follow up call with counsel regarding sub-aggregator | 0.50 | $202.50 |
| 04/07/2023 | MV | Case Administration: Call with Attorneys regarding Settlement Agreement issues | 0.50 | $202.50 |
| 04/07/2023 | LR | Case Administration: Research Investing LLC's for Aggregator | 1.40 | $220.50 |
| 04/08/2023 | RB | Case Administration: Review additional communications from A. Levitas. Review and approve item. Communications with R. Weidman re: adjusting payment information. | 0.20 | $63.00 |
| 04/08/2023 | RB | Case Administration: Confirm tax items on Rogue Black with L. Goodridge. | 0.20 | $63.00 |
| 04/10/2023 | KB | Case Administration: Review clawback process and letters for net winners (.2). Review letter sent to sub-aggregator (.3). | 0.50 | $78.75 |
| 04/10/2023 | MV | Case Administration: Review clawback process & letters for net winners. | 0.20 | $81.00 |
| 04/10/2023 | LR | Case Administration: Review clawback process and letters for Winners | 0.20 | $31.50 |
| 04/10/2023 | LR | Accounting/Auditing: Communication with forensic software team regarding updates invoicing (.5) Update and reconcile accounting (.5) Communication with bank and process check (.5) | 1.50 | $236.25 |
| 04/10/2023 | MV | Case Administration: Update call with Judge Schenkier regarding mediation and settlements. | 0.50 | $202.50 |
| 04/10/2023 | MV | Case Administration: Review forensics of sub-aggregators (.3). Meeting with R Weidman regarding same (.2). | 0.50 | $202.50 |
| 04/10/2023 | RW | Case Administration: Finalize March invoice | 1.00 | $0.00 |

| 04/10/2023 | RB | Case Administration: Communications with D. Halberstadter re: UK corporation and potential closure. Outline same in email. Communications with A. Levitas re: same. | 0.50 | $157.50 |
| 04/10/2023 | DW | Case Administration: Review project updates and correspond with team regarding financial institution. | 0.80 | $324.00 |
| 04/10/2023 | MDW | Forensic Accounting: Compared sub-aggregator Promissory Notes with the bank statements provided. | 6.20 | $976.50 |
| 04/10/2023 | RW | Case Administration: Meeting with M.Vives regarding forensics of sub-aggregator | 0.20 | $81.00 |
| 04/11/2023 | LR | Forensic Accounting: Update forensic software. | 0.50 | $78.75 |
| 04/11/2023 | KB | Case Administration: Work on drafting letters to net winners. | 1.80 | $283.50 |
| 04/11/2023 | MV | Case Administration: Finalize letter and exhibits to financial institution | 1.00 | $405.00 |
| 04/11/2023 | MV | Case Administration: Meeting regarding settlement and bar order issues. | 0.50 | $202.50 |
| 04/11/2023 | MV | Case Administration: Schedule meeting with Judge Schenkier | 0.20 | $81.00 |
| 04/11/2023 | RW | Forensic Accounting: Review list of aggregator's net winners for clawback purposes. | 4.70 | $1,903.50 |
| 04/11/2023 | MDW | Forensic Accounting: Compared sub-aggregator Promissory Notes with the bank statements provided. | 8.00 | $1,260.00 |
| 04/11/2023 | LR | Accounting/Auditing: Communication with Georgetown Film Productions vendor regarding updated contact information | 0.40 | $63.00 |
| 04/11/2023 | LR | Case Administration: Review and pull contact information for net winners. | 7.60 | $1,197.00 |
| 04/12/2023 | LR | Accounting/Auditing: Communication with vendor regarding updated information and process payment | 0.60 | $94.50 |
| 04/12/2023 | MV | Case Administration: Call with Judge Schenkier regarding mediation and settlement updates. | 1.00 | $405.00 |
| 04/12/2023 | LR | Case Administration: Review and summarize financial institution authorizations | 2.80 | $441.00 |
| 04/12/2023 | MV | Case Administration: Call with counsel regarding wire and account access at bank. Discussion with team regarding same. | 0.80 | $324.00 |
| 04/12/2023 | MV | Case Administration: Review reply to opposition to motion to quash from bank. Email counsel regarding same. | 0.50 | $202.50 |

Invoice #: 92476 - 10129 SEC v Horwitz - 05/11/2023

| 04/12/2023 | KB | Case Administration: Work on drafting letters to net winners. | 1.30 | $204.75 |
|---|---|---|---|---|
| 04/12/2023 | MV | Case Administration: Discussion with team regarding aggregators rights to execute wire transfers on behalf of 1inMM Capital LLC. | 0.40 | $162.00 |
| 04/12/2023 | MDW | Forensic Accounting: Compared sub-aggregator Promissory Notes with the bank statements provided. | 5.40 | $850.50 |
| 04/12/2023 | RW | Forensic Accounting: Finish review of aggregator net winners | 4.00 | $1,620.00 |
| 04/12/2023 | RW | Forensic Accounting: Discussion with M.Wilson on sub-aggregator analysis. | 0.30 | $121.50 |
| 04/12/2023 | RB | Case Administration: Draft generic response to creditor inquiries for the estate on multiple levels. | 0.30 | $94.50 |
| 04/12/2023 | RB | Case Administration: Review final demand letter. Provide update to M. Vives. | 0.40 | $126.00 |
| 04/12/2023 | RB | Case Administration: Review report by R. Reyes and make updated changes. | 1.10 | $346.50 |
| 04/12/2023 | MDW | Forensic Accounting: Met with R.Weidman to go over sub-aggregator progress and next steps. | 0.30 | $47.25 |
| 04/12/2023 | DW | Case Administration: Monitor the the status of the court approval of current settlements and timeline for the same. | 0.50 | $202.50 |
| 04/12/2023 | LR | Case Administration: Update LLC contact listing for aggregators | 3.20 | $504.00 |
| 04/13/2023 | LR | Case Administration: Research contact information for net winners | 8.50 | $1,338.75 |
| 04/13/2023 | KB | Case Administration: Compose draft letters and exhibits to net winners. | 4.60 | $724.50 |
| 04/13/2023 | MV | Case Administration: Weekly call with counsel regarding various matters. | 1.50 | $607.50 |
| 04/13/2023 | MV | Case Administration: Call with conflict counsel regarding response to opposition of motion to quash. | 1.00 | $405.00 |
| 04/13/2023 | MV | Case Administration: Call with defendants counsel regarding settlement and bar orders. | 1.50 | $607.50 |
| 04/13/2023 | RW | Accounting/Auditing: Call with bank and confirm wire instructions for payment | 0.20 | $81.00 |
| 04/13/2023 | RW | Forensic Accounting: Begin review of sub-aggregator spreadsheet. | 0.30 | $121.50 |
| 04/13/2023 | MDW | Forensic Accounting: Compared sub-aggregator promissory notes with investor summary provided. | 7.00 | $1,102.50 |

| 04/14/2023 | LR | Forensic Accounting: Review and update net winners contact information | 2.00 | $315.00 |
|---|---|---|---|---|
| 04/14/2023 | KB | Case Administration: Revise letters to net winners and create new exhibits. | 6.20 | $976.50 |
| 04/14/2023 | MV | Case Administration: Call with aggregator regarding net winners/ net losers and next steps in forensic analysis. | 1.00 | $405.00 |
| 04/14/2023 | MV | Case Administration: Meeting with investor regarding net winnings. | 1.00 | $405.00 |
| 04/14/2023 | MV | Case Administration: Meeting with A Loftus and T Banich regarding settlement issues. | 1.50 | $607.50 |
| 04/14/2023 | MDW | Forensic Accounting: Met with R.Weidman to go over spreadsheet. | 0.30 | $47.25 |
| 04/14/2023 | MDW | Forensic Accounting: Compared sub-aggregator promissory notes with investor summary provided. | 5.30 | $834.75 |
| 04/14/2023 | MV | Case Administration: Review list of Arbitrators for Rogue Black Film issues. Email response to counsel regarding same. | 0.80 | $324.00 |
| 04/14/2023 | LR | Case Administration: Assist K. Bickings in formatting exhibits for letters | 0.20 | $31.50 |
| 04/14/2023 | LR | Case Administration: Research LLC's managing members | 4.00 | $630.00 |
| 04/14/2023 | LR | Accounting/Auditing: Review and reconcile bank accounts | 0.80 | $126.00 |
| 04/14/2023 | RW | Forensic Accounting: Meeting with M.Wilson on sub-aggregator spreadsheet | 0.30 | $121.50 |
| 04/14/2023 | RW | Forensic Accounting: Continue review of aggregator spreadsheet. | 6.00 | $2,430.00 |
| 04/14/2023 | DW | Case Administration: Update on the status of the financial institution matter. | 0.40 | $162.00 |
| 04/15/2023 | RB | Case Administration: Communications with R. Reyes re: finalizing RB report. | 0.20 | $63.00 |
| 04/17/2023 | KB | Case Administration: Compose letters and create exhibits to the net winners. | 7.40 | $1,165.50 |
| 04/17/2023 | MDW | Forensic Accounting: Compared sub-aggregator promissory notes with investor summary provided. | 4.70 | $740.25 |
| 04/17/2023 | RW | Forensic Accounting: Continue with aggregator spreadsheet. | 3.00 | $1,215.00 |
| 04/17/2023 | RW | Case Administration: Reviewing documents for person of interest | 1.00 | $405.00 |
| 04/17/2023 | LR | Forensic Accounting: Research LLC's contact information | 6.80 | $1,071.00 |

| 04/17/2023 | DW | Case Administration: General project update on the case. | 0.70 | $283.50 |
|---|---|---|---|---|
| 04/18/2023 | LR | Forensic Accounting: Research LLC's contact information | 2.80 | $441.00 |
| 04/18/2023 | KB | Case Administration: Compose letters and create supporting exhibits. | 4.90 | $771.75 |
| 04/18/2023 | LR | Forensic Accounting: Review project updates with R. Weidman | 0.60 | $94.50 |
| 04/18/2023 | RW | Case Administration: Meeting with L.Rocha to discuss aggregator's contact list | 0.60 | $243.00 |
| 04/18/2023 | MV | Case Administration: Review information from person of interest regarding company shares and ownership by 1inMMProductions and 1inMMCapital | 1.50 | $607.50 |
| 04/18/2023 | MDW | Forensic Accounting: Compared sub-aggregator promissory notes with investor summary provided. | 4.00 | $630.00 |
| 04/18/2023 | RW | Case Administration: Zoom call with sub-aggregator | 0.60 | $243.00 |
| 04/18/2023 | KB | Case Administration: Weekly team meeting to discuss various matters. | 1.50 | $236.25 |
| 04/18/2023 | MV | Case Administration: Weekly team meeting to discuss various matters. | 1.50 | $607.50 |
| 04/18/2023 | RW | Case Administration: Weekly internal team meeting to discuss open matters. | 1.50 | $607.50 |
| 04/18/2023 | MDW | Case Administration: Weekly team meeting re: various matters. | 1.50 | $236.25 |
| 04/18/2023 | RW | Forensic Accounting: Begin review of sub-aggregator spreadsheet | 1.00 | $405.00 |
| 04/18/2023 | RW | Case Administration: Continue review of documents on person of interest | 2.40 | $972.00 |
| 04/18/2023 | MDW | Forensic Accounting: Review person of interest with supporting documentation. | 2.00 | $315.00 |
| 04/18/2023 | RB | Case Administration: Review and update Rogue Black report to finalize (1.2). Communications with R. Reyes re: same (.4). | 1.60 | $504.00 |
| 04/19/2023 | RW | Case Administration: Review letter and update formulas. | 0.30 | $121.50 |
| 04/19/2023 | MV | Case Administration: Call with Counsel regarding various aggregators, existing litigation, settlement and clawback processes. | 2.00 | $810.00 |
| 04/19/2023 | KB | Case Administration: Make revisions to exhibits per meeting with M. Vives. | 6.60 | $1,039.50 |
| 04/19/2023 | RW | Case Administration: Discussion with M.Vives on demand letters and sub-aggregator analysis. | 0.50 | $202.50 |

Invoice #: 92476 - 10129 SEC v Horwitz - 05/11/2023

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 04/19/2023 | RB | Status Reports: Continue drafting quarterly report update for the Court. Aggregate information and exhibits. | 3.50 | $1,102.50 |
| 04/19/2023 | RB | Case Administration: Draft email to M. Vives re: providing update and requesting information related to the quarterly report. | 0.40 | $126.00 |
| 04/19/2023 | RB | Case Administration: Communications with R. Weidman re: SFAR. | 0.20 | $63.00 |
| 04/19/2023 | RB | Case Administration: Communications with T. Banich re: details to recent settlements. | 0.20 | $63.00 |
| 04/19/2023 | RB | Case Administration: Phone call with R. Reyes re: updates to the Rogue Black report. | 0.30 | $94.50 |
| 04/19/2023 | RW | Accounting/Auditing: Reconcile 1inMM, Haus Capital and Rogue Black bank accounts for 2023 | 1.10 | $445.50 |
| 04/19/2023 | KB | Case Administration: Internal meeting with M. Vives to discuss letters and exhibits to net winners. | 0.50 | $78.75 |
| 04/19/2023 | MV | Case Administration: Meeting with M Wilson regarding Person of Interest and analysis of Investor Agreements, Production Rights and Operating Agreements. | 0.30 | $121.50 |
| 04/19/2023 | MV | Case Administration: Develop outline and work through details for the Q1 2023 report. | 1.00 | $405.00 |
| 04/19/2023 | MV | Case Administration: Development of settlement demand letters and approach (1.0). Review and develop exhibits for each net winner with K.Bickings (.5). | 1.50 | $607.50 |
| 04/19/2023 | RW | Accounting/Auditing: Prepare Q1 2023 SFAR. | 0.70 | $283.50 |
| 04/19/2023 | RW | Forensic Accounting: Continue review of sub-aggregator analysis | 1.30 | $526.50 |
| 04/19/2023 | RB | Status Reports: Communications with K. Phelps re: description of items to include in report. | 0.20 | $63.00 |
| 04/19/2023 | MDW | Case Administration: Met with M.Vives to go over person of interest memo. | 0.30 | $47.25 |
| 04/19/2023 | MDW | Forensic Accounting: Review person of interest with supporting documentation. | 6.70 | $1,055.25 |
| 04/20/2023 | KB | Forensic Accounting: Create exhibits for net winners. | 6.50 | $1,023.75 |
| 04/20/2023 | MV | Case Administration: Weekly update meeting with team and counsel. | 1.00 | $405.00 |
| 04/20/2023 | MV | Case Administration: Update with outside counsel regarding other Aggregator suits and potential settlement mediations. | 1.00 | $405.00 |

| 04/20/2023 | MV | Case Administration: Review information regarding the financial institutions request for additional information. (1.0) Draft response and email to financial institution's counsel. (.5) | 1.50 | $607.50 |
|---|---|---|---|---|
| 04/20/2023 | RW | Forensic Accounting: Prepare summary schedule for aggregator. | 0.90 | $364.50 |
| 04/20/2023 | RW | Forensic Accounting: Continue review of sub-aggregator analysis. | 3.30 | $1,336.50 |
| 04/20/2023 | LG | Business Operations: Review and approve Rogue Black tax return invoice for wire payment. | 0.20 | $81.00 |
| 04/20/2023 | MDW | Forensic Accounting: Review person of interest with supporting documentation. | 8.00 | $1,260.00 |
| 04/20/2023 | MG | Business Operations: Set up wire payment | 0.30 | $47.25 |
| 04/20/2023 | RB | Case Administration: Participate in weekly meeting with counsel and with M. Vives to discuss ongoing projects and next steps. | 0.70 | $220.50 |
| 04/21/2023 | MV | Case Administration: Call with Counsel regarding Aggregators' net winning. | 0.50 | $202.50 |
| 04/21/2023 | KB | Case Administration: Create exhibits for net winners. | 4.70 | $740.25 |
| 04/21/2023 | MV | Case Administration: Develop email to net winner regarding the lack of information and needing further clarification to finalize analysis. | 0.50 | $202.50 |
| 04/21/2023 | MV | Case Administration: Attend portion of meeting with M.Wilson and R.Weidman to review person of interest report | 0.80 | $324.00 |
| 04/21/2023 | RW | Case Administration: Review letter & support for person of interest | 0.50 | $202.50 |
| 04/21/2023 | RW | Case Administration: Meeting with M.Vives and M.Wilson regarding person of interest. | 1.00 | $405.00 |
| 04/21/2023 | MDW | Case Administration: Review person of interest report with M.Vives and R.Weidman. | 1.00 | $157.50 |
| 04/21/2023 | MDW | Case Administration: Review person of interest with supporting documentation. | 4.00 | $630.00 |
| 04/21/2023 | RW | Forensic Accounting: Continue review of sub-aggregator analysis | 3.80 | $1,539.00 |
| 04/24/2023 | KB | Case Administration: Work on composing exhibits for net winners. | 5.80 | $913.50 |
| 04/24/2023 | MV | Case Administration: Follow up with net winner regarding scheduling a meeting. | 0.20 | $81.00 |
| 04/24/2023 | MV | Case Administration: Follow up with net winner regarding tolling agreement. | 0.20 | $81.00 |

Invoice #: 92476 - 10129 SEC v Horwitz - 05/11/2023

| 04/24/2023 | MV | Case Administration: Discussion with R Weidman regarding net winners | 0.20 | $81.00 |
|---|---|---|---|---|
| 04/24/2023 | MV | Case Administration: Update from staff team members on various tasks. | 0.40 | $162.00 |
| 04/24/2023 | RW | Case Administration: Discussion with M.Vives on aggregator (.5) and call with K.Phelps (.5) | 1.00 | $405.00 |
| 04/24/2023 | MDW | Forensic Accounting: Review person of interest with supporting documentation. | 6.00 | $945.00 |
| 04/24/2023 | MV | Case Administration: Call with Counsel regarding hearing. (.5) Discussion with R Weidman regarding aggregator summary. (.5) | 1.00 | $405.00 |
| 04/24/2023 | MDW | Case Administration: Gave update to internal group re: person of interest findings. | 0.20 | $31.50 |
| 04/24/2023 | RW | Forensic Accounting: Continue review of sub-aggregator spreadsheet | 2.00 | $810.00 |
| 04/24/2023 | MG | Business Operations: Set up vendor payment wire for approval; processed payments and recorded activity. | 0.40 | $63.00 |
| 04/24/2023 | DW | Case Administration: Review various pending open issues for the receivership and the priorities for each (1.). Status update on mediation and the current focus of the forensic accounting (.5). | 1.50 | $607.50 |
| 04/25/2023 | KB | Case Administration: Create exhibits for net winners. | 3.60 | $567.00 |
| 04/25/2023 | MV | Case Administration: Preparation for call with Net Winner investor (.4). Call with Net Winner Investor (1) | 1.40 | $567.00 |
| 04/25/2023 | RW | Case Administration: Zoom call with M.Vives and net winner | 1.00 | $405.00 |
| 04/25/2023 | KB | Case Administration: Call with net winner investor. | 1.00 | $157.50 |
| 04/25/2023 | MDW | Case Administration: Call with net winner. | 1.00 | $157.50 |
| 04/25/2023 | RW | Case Administration: Prepare for meeting with SEC on 4/26 | 0.30 | $121.50 |
| 04/25/2023 | MDW | Forensic Accounting: Review person of interest with supporting documentation. | 6.00 | $945.00 |
| 04/25/2023 | RW | Forensic Accounting: Continue analysis of sub-aggregators spreadsheet | 3.00 | $1,215.00 |
| 04/25/2023 | RB | Case Administration: Review and make updated changes to Rogue Black report. Communications with R. Reyes re: same. | 1.50 | $472.50 |
| 04/25/2023 | RB | Status Reports: Continue drafting the quarterly status report to be filed with the Court. Communications with L. Rocha to gather requisite data. | 1.70 | $535.50 |
| 04/26/2023 | LR | Case Administration: Continue researching LLCs of the aggregator. | 7.70 | $1,212.75 |

Invoice #: 92476 - 10129 SEC v Horwitz - 05/11/2023

| 04/26/2023 | MV | Case Administration: Call with SEC regarding forensic analysis & follow up. | 1.00 | $405.00 |
|---|---|---|---|---|
| 04/26/2023 | KB | Case Administration: Create exhibits for net winners. | 6.50 | $1,023.75 |
| 04/26/2023 | RW | Case Administration: Call with SEC regarding forensic analysis & follow up | 1.00 | $405.00 |
| 04/26/2023 | MV | Case Administration: Meeting with Counsel regarding updates on settlements. | 1.50 | $607.50 |
| 04/26/2023 | RW | Forensic Accounting: Continue analyzing sub-aggregator spreadsheet and bank statements. | 2.90 | $1,174.50 |
| 04/26/2023 | MV | Case Administration: Review both mediation briefs for settlement mediation. | 1.00 | $405.00 |
| 04/26/2023 | MDW | Forensic Accounting: Review person of interest with supporting documentation. | 6.00 | $945.00 |
| 04/26/2023 | DW | Case Administration: Review updates regarding sub-aggregator analysis and upcoming mediation. | 0.40 | $162.00 |
| 04/26/2023 | RB | Status Reports: Continue drafting quarterly report updating asset recovery sections. | 2.30 | $724.50 |
| 04/26/2023 | RB | Status Reports: Communications with L. Rocha re: obtaining remaining data. | 0.20 | $63.00 |
| 04/27/2023 | MDW | Case Administration: Review person of interest spreadsheet with R.Weidman | 0.30 | $47.25 |
| 04/27/2023 | RW | Forensic Accounting: Continue analyzing sub-aggregator spreadsheet and bank statements | 6.20 | $2,511.00 |
| 04/27/2023 | MDW | Forensic Accounting: Review person of interest with supporting documentation. | 4.90 | $771.75 |
| 04/27/2023 | MV | Case Administration: Read email correspondence regarding mediation. | 0.40 | $162.00 |
| 04/27/2023 | MV | Case Administration: Review claim against aggregator in newly filed lawsuit. | 1.00 | $405.00 |
| 04/27/2023 | MV | Case Administration: Search for native email files | 0.50 | $202.50 |
| 04/27/2023 | MDW | Forensic Accounting: Reviewed email communication re: fake HBO email accounts. | 1.30 | $204.75 |
| 04/27/2023 | RB | Status Reports: Finalize quarterly report. Communications with M. Vives re: same. | 1.00 | $315.00 |

Invoice #: 92476 - 10129 SEC v Horwitz - 05/11/2023

| 04/27/2023 | LR | Case Administration: Continue researching LLCs of the aggregator | 7.50 | $1,181.25 |
| 04/27/2023 | RW | Case Administration: Review person of interest spreadsheet with R.Weidman | 0.30 | $121.50 |
| 04/28/2023 | MDW | Forensic Accounting: Review person of interest with supporting documentation. | 4.90 | $771.75 |
| 04/28/2023 | MV | Case Administration: Discussion with investor regarding other investors within their LLC. | 0.50 | $202.50 |
| 04/28/2023 | RW | Forensic Accounting: Continue analysis of sub-aggregator spreadsheet and bank statements. | 5.50 | $2,227.50 |
| 04/28/2023 | MV | Case Administration: Review final Rogue Black report | 1.50 | $607.50 |
| 04/28/2023 | RB | Case Administration: Review final Rogue Black report and changes. | 0.80 | $252.00 |
| 04/28/2023 | RB | Case Administration: Review R. Reyes invoice. Communications with M. Vives re: same. | 0.30 | $94.50 |
| 04/28/2023 | RW | Case Administration: Reading over documents on person of interest. | 0.50 | $202.50 |
| 04/28/2023 | LR | Case Administration: Continue researching LLCs of the aggregator | 7.70 | $1,212.75 |
| 04/28/2023 | DW | Case Administration: Review recent emails and confirm the status of the next report to the court. Update on the financial institution hearing. | 0.70 | $283.50 |

**Services Subtotal**    **$108,398.25**

## Expenses

| Date | Timekeeper | Description | Rate | Total |
|------|-----------|-------------|------|-------|
| 04/17/2023 | RW | FedEx: FedEx | $30.88 | $30.88 |
| 04/19/2023 | RW | Background Checks: Truth Finder | $28.05 | $28.05 |
| 04/28/2023 | MV | Parking: Parking for Mediation | $110.00 | $110.00 |

**Expenses Subtotal**    **$168.93**

| Time Keeper | Hours | Rate | Total |
|-------------|-------|------|-------|
| Ryan Baker | 24.1 | $315.00 | $7,591.50 |

Invoice #: 92476 - 10129 SEC v Horwitz - 05/11/2023

| | | | |
|---|---|---|---|
| Kristine Bickings | 77.1 | $157.50 | $12,143.25 |
| Monica Garcia | 0.7 | $157.50 | $110.25 |
| Lynn Goodridge | 0.3 | $405.00 | $121.50 |
| Lisset Rocha | 96.3 | $157.50 | $15,167.25 |
| Michele Vives | 56.5 | $405.00 | $22,882.50 |
| Rene Weidman | 72.3 | $405.00 | $29,281.50 |
| Rene Weidman | 4.5 | $0.00 | $0.00 |
| Douglas Wilson | 8.0 | $405.00 | $3,240.00 |
| Michael Wilson | 113.4 | $157.50 | $17,860.50 |
| | | **Subtotal** | **$108,567.18** |
| | | **Total** | **$108,567.18** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 92405 | 02/20/2023 | $162,832.10 | $130,922.60 | $31,909.50 |
| 92432 | 03/20/2023 | $81,551.38 | $65,261.83 | $16,289.55 |
| 92471 | 04/20/2023 | $141,704.01 | $113,936.31 | $27,767.70 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 92476 | 05/21/2023 | $108,567.18 | $0.00 | $108,567.18 |
| | | | **Outstanding Balance** | **$184,533.93** |
| | | | **Total Amount Outstanding** | **$184,533.93** |

Invoice #: 92476 - 10129 SEC v Horwitz - 05/11/2023

Please make all amounts payable to: Douglas Wilson Companies

Please pay within 10 days.

Please contact accounting with any questions: dwcaccounting@douglaswilson.com