Terence G. Banich (SBN 212173)
terence.banich@katten.com
Allison E. Yager (*pro hac vice*)
allison.yager@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

*Attorneys for the Receiver*
Michele Vives

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC,<br><br>Defendants. | Case No. 2:21-cv-02927-CAS-PD<br><br>**SIXTEENTH MONTHLY FEE STATEMENT OF KATTEN MUCHIN ROSENMAN LLP—APRIL 2023**<br><br>Judge: Hon. Christina A. Snyder<br>Courtroom: 8D |

Katten Muchin Rosenman LLP ("Katten"), as counsel for Michele Vives in her capacity as the receiver in the above-captioned action (the "Receiver"), pursuant to paragraphs 3(b) and 3(d) of the *Order Granting Motion of Receiver Michele Vives for Order Establishing Procedures for Allowance of Compensation and Reimbursement of Expenses*, dated February 22, 2022 [ECF #77] (the "Interim Compensation Procedures Order"), hereby files this monthly fee statement (this "Monthly Fee Statement") for (i) compensation in the amount of $64,942.96 (80% of $81,178.70)[1] for the reasonable and necessary legal services rendered by Katten on behalf of the Receiver from April 1, 2023 through and including April 30, 2023 (the "Fee Period") and (ii) reimbursement of the actual and necessary expenses that Katten incurred on behalf of the Receiver, in the amount of $1,222.61 during the Fee Period.

**Statement of Fees and Expenses**

In support of this Monthly Fee Statement, attached are the following exhibits:

•   **Exhibit A** is a schedule for the Fee Period, setting forth the total amounts of compensation sought with respect to each category of legal services for which Katten is seeking payment in this Monthly Fee Statement.

•   **Exhibit B** is a schedule for the Fee Period providing certain information regarding the Katten attorneys and paraprofessionals for whose work in this receivership compensation is sought in this Monthly Fee Statement. Attorneys and paraprofessionals of Katten have expended a total of 112.6 hours in connection with this proceeding during the Fee Period.

•   **Exhibit C** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which Katten

---

[1] As an accommodation to the receivership estate, Katten voluntarily reduced its fees for the Fee Period by $2,830.50, attributable to preparation of fee applications and other administrative tasks.

is seeking reimbursement in this Monthly Fee Statement. All of these disbursements comprise the requested sum for Katten's out of pocket expenses.

• **Exhibit D** consists of Katten's invoice of fees and expenses incurred during the Fee Period in the rendition of the professional services to the Receiver. This invoice may have been redacted to maintain privilege and confidentiality, in accordance with paragraph 3(a) of the Interim Compensation Procedures Order.

Although every effort has been made to include in this Monthly Fee Statement all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Katten reserves the right to make further application to this Court for allowance of such fees and expenses not included herein in accordance with the Interim Compensation Procedures Order.

Notice of this Monthly Fee Statement will be provided in accordance with the procedures set forth in the Interim Compensation Procedures Order.

## Objection Period

The Notice Parties specified in paragraph 3(a) of the Interim Compensation Procedures Order shall have 10 days from the date hereof, i.e., until 4:00 p.m. prevailing Pacific Time on **May 25, 2023** (the "Objection Period"), to review the Monthly Fee Statement and serve a Notice of Objection (as defined in the Interim Compensation Order) on Katten.

In accordance with paragraph 3(c) of the Interim Compensation Procedures Order, after the Objection Period expires at 4:00 p.m. prevailing Pacific Time on May 25, 2023, the Receiver shall pay, without further order of the Court, 80% of the fees and 100% of the expenses Katten has requested in the Monthly Fee Statement that are not the subject of a Notice of Objection. Based on that formula, the Receiver shall pay Katten $64,942.96 of the fees and $1,222.61 of the expenses unless a timely Notice of Objection is served.

Dated: May 15, 2023

Respectfully submitted,

**KATTEN MUCHIN ROSENMAN LLP**

By: /s/*Terence G. Banich*
Terence G. Banich

*Attorneys for the Receiver*
Michele Vives

# PROOF OF SERVICE

**STATE OF ILLINOIS, COUNTY OF COOK**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, IL 60661.

On May 15, 2023, I served the following document(s) described as:

**SIXTEENTH MONTHLY FEE STATEMENT OF KATTEN MUCHIN ROSENMAN LLP—APRIL 2023**

on counsel of record in this action as follows:

**[ ]** **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[ ]** **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address terence.banich@katten.com to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ]** **BY OVERNIGHT MAIL (FedEx):** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]** **BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]** **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on May 15, 2023, at Chicago, Illinois.

*/s/Terence G. Banich*
Terence G. Banich

Case No. 2:21-cv-02927-CAS-PD
SIXTEENTH MONTHLY FEE STATEMENT OF
KATTEN MUCHIN ROSENMAN LLP—APRIL 2023

**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter[2]**

| Matter Description | Hours | Amount |
|---|---:|---:|
| Case Administration | 39.7 | $30,207.30 |
| Fee Application/Retention of Professionals | 5.8 | $594.00 |
| Claims Administration and Objections | 0.0 | $0.00 |
| Pre-Receivership Litigation/Stay | 26.7 | $18,873.00 |
| FBI and Criminal Case Matters | 0.0 | $0.00 |
| SEC Meetings/Discussions | 0.0 | $0.00 |
| Avoidance Actions | 0.0 | $0.00 |
| Asset Disposition | 0.0 | $0.00 |
| Investigation of Assets/Transactions | 33.9 | $25,933.50 |
| Business Operations/Operating Entities | 6.5 | $5,570.90 |
| Expenses | 0.0 | $1,222.61 |
| **Totals** | **112.6** | **$82,401.31** |

---

[2] As an accommodation to the receivership estate, Katten voluntarily reduced its fees for the Fee Period by $2,830.50, attributable to preparation of fee applications and other administrative tasks.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

Case 2:21-cv-02927-CAS-PD Document 211-1 Filed 05/08/23 Page 1 of 18 Page ID #:6130

**Exhibit B**
**Summary of Total Fees and Hours by Attorneys and Paraprofessionals**

| Attorney | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Terence Banich | Partner (Chicago) | IL – 1999 CA – 2001 | Restructuring | $765 | 94.6 | $71,374.50 |
| Kenneth Hebeisen | Associate (Chicago) | IL – 2021 | Restructuring | $540 | 11.4 | $4,320.00 |
| David Halberstadter | Partner (Los Angeles) | CA – 1982 | Litigation | $1,037 | 4.1 | $4,251.70 |
| Amelia Bruckner | Associate (Los Angeles) | CA – 2021 | Litigation | $493 | 2.5 | $1,232.50 |
| **Totals** | | | | | **112.6** | **$81,178.70** |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

Case No. 2:21-cv-02927-CAS-PD
SIXTEENTH MONTHLY FEE STATEMENT OF
KATTEN MUCHIN ROSENMAN LLP—APRIL 2023

# Exhibit C
# Summary of Actual and Necessary Expenses

| Expenses by Category | Amount |
|---|---:|
| Court Costs | $32.70 |
| Legal Research | $1,189.91 |
| **Total** | **$1,222.61** |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

# Exhibit D
# Invoices

# Katten

Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago IL  60661-3693

Tel: 312-902-5200
Fax: 312-902-1061

Federal Tax ID:36-2796532
www.katten.com

May 15, 2023

**Michele Vives, not individually, but solely as receiver of 1inMM Capital, LLC and Zachary J. Horwitz**

| | |
|---|---:|
| Client: | 0000396859 |
| Payer: | 0000396859 |
| Matter: | 396859.00001 |
| Invoice #: | 9020128277 |
| Invoice Due Date: | Payable Upon Receipt |

## Summary

RE: Horwitz Receivership

For Professional Services Rendered Through April 30, 2023

| | |
|---|---:|
| Fees Total.................................................................................................................... | 81,178.70 |
| Disbursements ............................................................................................................. | 1,222.61 |
| **Total Amount Due** ................................................................................................... | **82,401.31**  USD |

*Katten Muchin Rosenman LLP*

Payment can be remitted directly to our account:

Direct billing inquiries to ChicagoBillingInquiries@katten.com

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997)

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales

| | | |
|---|---|---|
| Matter: | 396859.00001 | |
| Invoice #: | 9020128277 | May 15, 2023 |
| Invoice Due Date: | Payable Upon Receipt | |

RE: Horwitz Receivership

## TIME DETAILS

### 01-Case administration

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/03/2023 | Banich, Terence | Reviewed receiver's objection to motion to quash subpoena to CNB and supporting declarations (0.80); exchanged correspondence with M. Vives re same (0.10). | 0.90 | 765.00 | 688.50 |
| 04/07/2023 | Banich, Terence | Drafted and edited motion to approve settlement with T. Crookston. | 3.40 | 765.00 | 2,601.00 |
| 04/10/2023 | Banich, Terence | Continued drafting and editing motion to approve settlement agreement with T. Crookston. | 4.20 | 765.00 | 3,213.00 |
| 04/11/2023 | Banich, Terence | Continued drafting and editing motion to approve settlement with T. Crookston. | 3.90 | 765.00 | 2,983.50 |
| 04/12/2023 | Banich, Terence | Continued drafting and editing motion to approve settlement with T. Crookston and legal research re same. | 2.50 | 765.00 | 1,912.50 |
| 04/13/2023 | Banich, Terence | Continued drafting and editing motion to approve settlement with T. Crookston and legal research re same. | 3.70 | 765.00 | 2,830.50 |
| 04/17/2023 | Banich, Terence | Continued drafting and editing motion to approve settlement with T. Crookston (4.70); legal research re same (3.10). | 7.80 | 765.00 | 5,967.00 |
| 04/18/2023 | Banich, Terence | Continued drafting and editing motion to approve settlement with T. Crookston (4.40); legal research re same (1.30). | 5.70 | 765.00 | 4,360.50 |
| 04/19/2023 | Banich, Terence | Exchanged correspondence with R. Baker re receiver's quarterly report. | 0.20 | 765.00 | 153.00 |
| 04/21/2023 | Bruckner, Amelia | Review correspondence with opposing counsel re arbitration. | 0.60 | 493.00 | 295.80 |
| 04/27/2023 | Banich, Terence | Drafted and edited insert to receiver's 1Q 2023 report and exchanged correspondence with M. Vives re same. | 3.50 | 765.00 | 2,677.50 |
| 04/28/2023 | Banich, Terence | Continued drafting and editing insert to receiver's 1Q 2023 report. | 3.30 | 765.00 | 2,524.50 |

### 02-Fee applications/retention of professionals

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/07/2023 | Hebeisen, Kenneth | Review draft DWC March invoice (.80); start drafting March fee statements (.20) | 1.00 | | No Charge |
| 04/07/2023 | Banich, Terence | Reviewed and edited March 2023 draft invoice. | 0.50 | | No Charge |
| 04/10/2023 | Hebeisen, Kenneth | Review draft Katten March invoice (.40); emails with R. Weidman regarding DWC March invoice (.20) | 0.60 | | No Charge |
| 04/11/2023 | Banich, Terence | Reviewed, edited and finalized monthly fee statements for Receiver and Katten for March 2023 and drafted correspondence to M. Vives and R. Weidman re same. | 0.80 | | No Charge |
| 04/11/2023 | Hebeisen, Kenneth | Review revised DWC March invoice and finish drafting DWC March fee statement (.60); review revised Katten March invoice and email T. Banich and billing staff regarding same (.40); finish drafting | 1.80 | | No Charge |

Katten

| | | | | | |
|---|---|---|---|---|---|
| Matter: | 396859.00001 | | | | |
| Invoice #: | 9020128277 | | | | May 15, 2023 |
| Invoice Due Date: | Payable Upon Receipt | | | | |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Katten March fee statement (.40); finalize fee statements and supporting materials for filing (.40) | | | |
| 04/17/2023 | Hebeisen, Kenneth | Start preparing quarterly fee applications for January through March 2023 (.30) | 0.30 | 540.00 | 162.00 |
| 04/21/2023 | Hebeisen, Kenneth | Continue drafting quarterly fee applications and related materials (.80) | 0.80 | 540.00 | 432.00 |

**04-Pre-receivership litigation/stay**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/03/2023 | Banich, Terence | Reviewed and exchanged correspondence with M. Vives re further discussions with C. Weber and M. Ryan re final issues re JJM settlement agreement (0.20); telephone conference with S. Poll-Klaessy re T. Crookston settlement and related matters (0.40). | 0.60 | 765.00 | 459.00 |
| 04/04/2023 | Banich, Terence | Telephone conference with M. Vives re Breakout/JJM settlement issues (0.80); reviewed and exchanged correspondence with M. Vives, M. Ryan and C. Weber re same (0.10). | 0.90 | 765.00 | 688.50 |
| 04/05/2023 | Banich, Terence | Reviewed and exchanged correspondence re Breakout discussions. | 0.20 | 765.00 | 153.00 |
| 04/06/2023 | Banich, Terence | Conference call with M. Vives, D. Eisenberg, C. Weber and M. Ryan re JJM settlement agreement issues, approval motion and related matters. | 0.80 | 765.00 | 612.00 |
| 04/07/2023 | Banich, Terence | Edited JJM settlement agreement (1.20); drafted correspondence to plaintiffs' counsel re same and exchanged correspondence with A. Loftus re same (0.30); conference call with M. Vives, D. Davis and D. Rammelt re Breakout issues and general settlement concepts (1.10); telephone conference with M. Vives re same (0.20); telephone conference with M. Vives and D. Eisenberg re JJM settlement agreement issues (0.40); exchanged correspondence with M. Ryan and C. Weber re same (0.10). | 3.30 | 765.00 | 2,524.50 |
| 04/10/2023 | Banich, Terence | Reviewed and exchanged correspondence with M. Vives, A. Loftus and Judge Schenkier re Breakout issues and finalizing JJM settlement agreement. | 0.50 | 765.00 | 382.50 |
| 04/11/2023 | Banich, Terence | Reviewed and exchanged correspondence re remaining issues re finalization of JJM settlement agreement (0.40); telephone conference with M. Vives re same (0.60). | 1.00 | 765.00 | 765.00 |
| 04/12/2023 | Banich, Terence | Conference call with M. Vives and Judge Schenkier re JJM settlement issues and related matters (0.90); reviewed and exchanged correspondence with A. Loftus re same (0.10); reviewed and exchanged correspondence with C. Weber and M. Ryan re same (0.10). | 1.10 | 765.00 | 841.50 |
| 04/13/2023 | Banich, Terence | Conference call with M. Vives, C. Weber and M. Ryan re JJM settlement issues and further telephone conference with M. Vives re same (1.50); drafted correspondence to C. Weber and M. Ryan re comments to JJM settlement agreement (0.10). | 1.60 | 765.00 | 1,224.00 |
| 04/14/2023 | Banich, Terence | Conference call with M. Vives and A. Loftus re JJM settlement issues and related matters and further telephone conference with M. Vives re same (1.50); drafted correspondence to K. Hebeisen re further | 1.60 | 765.00 | 1,224.00 |

Katten

| | | |
|---|---|---|
| Matter: | 396859.00001 | |
| Invoice #: | 9020128277 | May 15, 2023 |
| Invoice Due Date: | Payable Upon Receipt | |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | research assignment in connection with motion to approve JJM settlement (0.10). | | | |
| 04/15/2023 | Banich, Terence | Legal research re motion to approve T. Crookston settlement. | 2.60 | 765.00 | 1,989.00 |
| 04/17/2023 | Banich, Terence | Telephone conference with K. Hebeisen re additional legal research in support of JJM settlement and exchanged correspondence with K. Hebeisen re same. | 0.60 | 765.00 | 459.00 |
| 04/17/2023 | Hebeisen, Kenneth | Call with T. Banich regarding bar order research (.30); research additional issues relating to bar orders (1.30) | 1.60 | 540.00 | 864.00 |
| 04/18/2023 | Hebeisen, Kenneth | Continue researching issues relating to bar orders (.40) | 0.40 | 540.00 | 216.00 |
| 04/19/2023 | Banich, Terence | Conference call with M. Vives re JJM settlement issues and related matters. | 1.60 | 765.00 | 1,224.00 |
| 04/19/2023 | Hebeisen, Kenneth | Continue supplemental bar order research (.60) | 0.60 | 540.00 | 324.00 |
| 04/20/2023 | Banich, Terence | Conference call with M. Vives and A. Loftus re JJM settlement issues and related matters. | 1.00 | 765.00 | 765.00 |
| 04/20/2023 | Hebeisen, Kenneth | Continue supplemental bar order research (2.60); draft summary of same for T. Banich (.70) | 3.30 | 540.00 | 1,782.00 |
| 04/21/2023 | Banich, Terence | Reviewed analysis by K. Hebeisen re certain bar order issues and exchanged correspondence with M. Vives re same. | 0.80 | 765.00 | 612.00 |
| 04/21/2023 | Hebeisen, Kenneth | Review and revise bar order research summary (.20) | 0.20 | 540.00 | 108.00 |
| 04/22/2023 | Banich, Terence | Reviewed K. Hebeisen's analysis re bar order issues and exchanged correspondence with M. Vives and K. Hebeisen re same. | 0.80 | 765.00 | 612.00 |
| 04/25/2023 | Banich, Terence | Telephone conference with M. Mann re JJM/ Crookston settlements. | 0.10 | 765.00 | 76.50 |
| 04/26/2023 | Banich, Terence | Reviewed and exchanged correspondence re status of JJM and T. Crookston settlements. | 0.20 | 765.00 | 153.00 |
| 04/27/2023 | Banich, Terence | Reviewed and exchanged correspondence with M. Vives re status of Crookston and JJM settlement agreements (0.10); drafted and exchanged correspondence with K. Hebeisen re bar order research and project re same (0.30). | 0.40 | 765.00 | 306.00 |
| 04/28/2023 | Hebeisen, Kenneth | Draft summary of additional bar order research (.80) | 0.80 | 540.00 | 432.00 |
| 04/28/2023 | Banich, Terence | Reviewed correspondence re T. Crookston settlement. | 0.10 | 765.00 | 76.50 |

### 09-Investigation of assets/transactions

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/01/2023 | Banich, Terence | Reviewed and exchanged correspondence with M. Vives and representative of confidential settlement counterparty re draft settlement agreement issues. | 0.20 | 765.00 | 153.00 |
| 04/03/2023 | Banich, Terence | Reviewed further version of settlement agreement with confidential settlement counterparty (0.30); exchanged correspondence with M. Vives and representative of confidential settlement counterparty re same (0.20); drafted and edited response to C. Mader's letter of March 27, 2023 re SAC issues and legal research re same (4.40); | 5.00 | 765.00 | 3,825.00 |

Katten

| | | | | | |
|---|---|---|---|---|---|
| Matter: | 396859.00001 | | | | |
| Invoice #: | 9020128277 | | | | May 15, 2023 |
| Invoice Due Date: | Payable Upon Receipt | | | | |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | drafted correspondence to M. Vives re draft for review (0.10). | | | |
| 04/04/2023 | Banich, Terence | Reviewed M. Vives' edits/comments to draft letter to C. Mader (0.20); reviewed, edited and finalized letter to C. Mader in response to March 27 letter (1.20); reviewed and exchanged correspondence with representative of confidential settlement counterparty re final edits to settlement agreement and related matters (0.20); reviewed draft demand letter to Amex re fraudulent transfers (0.50). | 2.10 | 765.00 | 1,606.50 |
| 04/05/2023 | Banich, Terence | Reviewed and exchanged correspondence with M. Vives and counsel for SAC re document production and related matters (0.20); reviewed and exchanged correspondence with representative of confidential settlement counterparty re finalization of settlement agreement and reviewed further draft of settlement agreement (0.40); telephone conference with D. Eisenberg re same and drafted correspondence to D. Eisenberg re draft settlement agreement (0.70); reviewed draft demand letter to AMEX (0.30); drafted and edited insert to same, legal research re same and edited overall demand letter (4.10); exchanged correspondence with M. Vives and R. Baker re same (0.10). | 5.80 | 765.00 | 4,437.00 |
| 04/06/2023 | Banich, Terence | Reviewed and exchanged correspondence with representative of confidential settlement counterparty and reviewed further version of settlement agreement (0.50); reviewed and exchanged correspondence with A. Loftus re same (0.10); reviewed comments to AMEX demand letter from M. Vives and R. Baker and edited AMEX demand letter per same and for overall clarity (2.60); telephone conference with M. Vives re same (0.10); attended weekly update meeting with M. Vives, D. Wilson and R. Baker (1.00); began drafting motion to approve settlement with T. Crookston (2.70). | 7.00 | 765.00 | 5,355.00 |
| 04/10/2023 | Banich, Terence | Reviewed correspondence re Movie Fund issues (0.10); reviewed correspondence re SAC issues (0.20); reviewed correspondence re document production by T. Crookston (0.20); reviewed correspondence from representative of confidential settlement counterparty re further revision to settlement agreement and reviewed same (0.30). | 0.80 | 765.00 | 612.00 |
| 04/11/2023 | Banich, Terence | Reviewed correspondence re Movie Fund issues (0.20); reviewed further drafts of settlement agreement with confidential settlement counterparty and correspondence re same (0.70). | 0.90 | 765.00 | 688.50 |
| 04/12/2023 | Banich, Terence | Reviewed and exchanged correspondence and final version of settlement agreement with confidential settlement counterparty. | 0.20 | 765.00 | 153.00 |
| 04/13/2023 | Banich, Terence | Attended weekly update meeting with M. Vives (1.00); reviewed documents re certain 1inMM bank account issues (0.10). | 1.10 | 765.00 | 841.50 |
| 04/14/2023 | Banich, Terence | Conference call with M. Vives, G. Gordillo and C. Kircher re Movie Fund issues (0.40); drafted correspondence to M. Heimann of AMEX re demand letter and exchanged correspondence with | 1.10 | 765.00 | 841.50 |

Katten

| | |
|---|---|
| Matter: | 396859.00001 |
| Invoice #: | 9020128277 |
| Invoice Due Date: | Payable Upon Receipt |

May 15, 2023

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | M. Vives re same (0.20); reviewed correspondence from A. Loftus re matters of common interest (0.30); reviewed and exchanged correspondence re finalized settlement with confidential settlement counterparty and reviewed fully executed agreement (0.20). | | | |
| 04/15/2023 | Banich, Terence | Reviewed and exchanged correspondence with M. Vives and A. Loftus re matters of common interest. | 0.20 | 765.00 | 153.00 |
| 04/17/2023 | Banich, Terence | Reviewed and exchanged correspondence with M. Vives and A. Loftus re matters of common interest. | 0.60 | 765.00 | 459.00 |
| 04/19/2023 | Banich, Terence | Drafted amendment to tolling agreement with Pure Health (0.30); drafted correspondence to Pure Health's counsel re same (0.10); worked on various Amex issues (0.30); reviewed correspondence from A. Loftus re matters of common interest (0.20). | 0.90 | 765.00 | 688.50 |
| 04/20/2023 | Banich, Terence | Attended weekly meeting with M. Vives and R. Baker (1.00); reviewed correspondence re upcoming mediation with confidential counterparty (0.10); reviewed correspondence from M. Vives re Amex issues (0.10); drafted correspondence to M. Vives re Amex issues (0.20); reviewed and exchanged correspondence re Pure Health tolling agreement, update call and related matters (0.20). | 1.60 | 765.00 | 1,224.00 |
| 04/21/2023 | Banich, Terence | Conference call with M. Vives, C. Finger and C. Johnson re Pure Health issues and updates (0.50); reviewed and exchanged correspondence with A. Loftus re matters of common interest (0.20); reviewed correspondence from P. Baldwin/C. Mader re SAC isues and exchanged correspondence with M. Vives re same (0.10). | 0.80 | 765.00 | 612.00 |
| 04/24/2023 | Banich, Terence | Reviewed and exchanged correspondence with M. Vives and C. Johnson re Pure Health amended tolling agreement (0.20); reviewed and edited demand letter to net winners and drafted correspondence to M. Vives re same (2.60); reviewed and exchanged correspondence with A. Loftus re matters of common interest (0.20). | 3.00 | 765.00 | 2,295.00 |
| 04/25/2023 | Banich, Terence | Worked on demand letter to net winners and drafted correspondence to M. Vives re same. | 0.50 | 765.00 | 382.50 |
| 04/26/2023 | Banich, Terence | Telephone conference with M. Vives re updates re various matters (1.20); reviewed mediation statement re upcoming mediation with third party and exchanged correspondence with M. Vives re same (0.50); reviewed order on motion to quash subpoena (0.10). | 1.80 | 765.00 | 1,377.00 |
| 04/27/2023 | Banich, Terence | Reviewed correspondence between M. Vives and A. Loftus re upcoming mediation and other matters of common interest. | 0.20 | 765.00 | 153.00 |
| 04/28/2023 | Banich, Terence | Reviewed correspondence re Movie Fund issues. | 0.10 | 765.00 | 76.50 |

### 10-Business Operations/Operating Entities

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/05/2023 | Halberstadter, David | Emails from and to Respondents' counsel re arbitrator selection issues and postponing Zoom call. | 0.20 | 1,037.00 | 207.40 |
| 04/07/2023 | Banich, Terence | Reviewed correspondence from D. Halberstadter re ILBE arbitration update and related matters (0.10); telephone conference with M. Vives re same (0.10). | 0.20 | 765.00 | 153.00 |

**Katten**

| | | | | | |
|---|---|---|---|---|---|
| Matter: | 396859.00001 | | | | |
| Invoice #: | 9020128277 | | | | May 15, 2023 |
| Invoice Due Date: | Payable Upon Receipt | | | | |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/07/2023 | Halberstadter, David | Prepare for and participate in Zoom call with all counsel re arbitrator selection issues (0.70); emails to and from M. Vives re same (0.20). | 0.90 | 1,037.00 | 933.30 |
| 04/07/2023 | Bruckner, Amelia | Meeting with opposing counsel re arbitrator selection. | 0.50 | 493.00 | 246.50 |
| 04/10/2023 | Halberstadter, David | Telephone call from R. Baker re: Orion and ILBE arbitration issues. | 0.20 | 1,037.00 | 207.40 |
| 04/12/2023 | Bruckner, Amelia | Draft biographical summary and analysis of Katz's proposed mediators. | 1.40 | 493.00 | 690.20 |
| 04/12/2023 | Halberstadter, David | Emails to and from M. Katz re arbitrator selection (0.20); review bios on arbitrators proposed by Orion (0.40); revise draft email to clients re same (0.20). | 0.80 | 1,037.00 | 829.60 |
| 04/14/2023 | Halberstadter, David | Re-evaluate potential arbitrator (0.30); emails from and to M. Vives re arbitrator selection (0.20); emails to counsel for Orion and ILBE re same (0.20); emails to and from counsel for ILBE re settlement proposal (0.10); prepare list of potential settlement terms for M. Vives (0.10); review email from R. Reyes re additional recommendations for potential settlement terms and respond to R. Reyes re same (0.20). | 1.10 | 1,037.00 | 1,140.70 |
| 04/14/2023 | Banich, Terence | Reviewed correspondence re settlement offer from ILBE. | 0.30 | 765.00 | 229.50 |
| 04/20/2023 | Halberstadter, David | Emails to and from J. Fowler (ILBE counsel) re arbitrator selection. | 0.20 | 1,037.00 | 207.40 |
| 04/21/2023 | Halberstadter, David | Follow up with J. Fowler re arbitrator selection (0.20); emails to and from M. Vives re same (0.20). | 0.40 | 1,037.00 | 414.80 |
| 04/24/2023 | Halberstadter, David | Emails from and to M. Vives re arbitrator selection (0.20); email to JAMS administrator requesting issuance of list of proposed arbitrators pursuant to JAMS Rule 15 (0.10). | 0.30 | 1,037.00 | 311.10 |

**Total Hours : 112.60**                                                **Total Fees**          **81,178.70**    **USD**

Katten

| | | | | |
|---|---|---|---|---|
| Matter: | 396859.00001 | | | |
| Invoice #: | 9020128277 | | | May 15, 2023 |
| Invoice Due Date: | Payable Upon Receipt | | | |

**TIME SUMMARY**

### 01-Case administration

| Name | Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| Bruckner, Amelia | Associate | 0.60 | 493.00 | 295.80 |
| Banich, Terence | Partner | 39.10 | 765.00 | 29,911.50 |
| | **Sub Total :** | **39.70** | **Sub Total :** | **30,207.30** |

### 02-Fee applications/retention of professionals

| Name | Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| Hebeisen, Kenneth | Associate | 4.50 | | 594.00 |
| Banich, Terence | Partner | 1.30 | | 0.00 |
| | **Sub Total :** | **5.80** | **Sub Total :** | **594.00** |

### 04-Pre-receivership litigation/stay

| Name | Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| Hebeisen, Kenneth | Associate | 6.90 | 540.00 | 3,726.00 |
| Banich, Terence | Partner | 19.80 | 765.00 | 15,147.00 |
| | **Sub Total :** | **26.70** | **Sub Total :** | **18,873.00** |

### 09-Investigation of assets/transactions

| Name | Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| Banich, Terence | Partner | 33.90 | 765.00 | 25,933.50 |
| | **Sub Total :** | **33.90** | **Sub Total :** | **25,933.50** |

### 10-Business Operations/Operating Entities

| Name | Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| Halberstadter, David | Partner | 4.10 | 1,037.00 | 4,251.70 |
| Bruckner, Amelia | Associate | 1.90 | 493.00 | 936.70 |
| Banich, Terence | Partner | 0.50 | 765.00 | 382.50 |
| | **Sub Total :** | **6.50** | **Sub Total :** | **5,570.90** |
| | **Total Hours :** | **112.60** | **Total Fees** | **81,178.70 USD** |

Katten

| | | |
|---|---|---|
| Matter: | 396859.00001 | |
| Invoice #: | 9020128277 | May 15, 2023 |
| Invoice Due Date: | Payable Upon Receipt | |

**DISBURSEMENTS**

| Description | Cost Description | Amount |
|---|---|---|
| Court Costs | Pacer Court Costs 3/01/2023-3/31/2023 CHI. | 32.70 |
| Data/Library Research Services | Westlaw Legal Research: HEBEISEN,KENNETH on 4/10/2023. Westlaw Legal Research: HEBEISEN,KENNETH on 4/17/2023. Westlaw Legal Research: HEBEISEN,KENNETH on 4/20/2023. Westlaw Legal Research: HEBEISEN,KENNETH on 4/24/2023. Westlaw Legal Research: HEBEISEN,KENNETH on 4/3/2023. | 1,189.91 |
| | **Total Disbursements:** | **1,222.61** USD |

Katten