KATHRYN C. WANNER (Cal. Bar No. 269310)
Email: wannerk@sec.gov
M. LANCE JASPER (Cal. Bar No. 244516)
Email: jasperml@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Katharine E. Zoladz, Associate Regional Director and
Co-Acting Regional Director
Gary Y. Leung, Associate Regional Director
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Western Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ZACHARY J. HORWITZ; AND 1INMM CAPITAL, LLC,<br><br>Defendants. | Case No. 2:21-cv-02927-CAS-GJS<br><br>**JOINT STATUS REPORT** |

Defendant Zachary J. Horwitz ("Horwitz"), together with Plaintiff Securities and Exchange Commission (the "SEC") (collectively, the "Parties"), submit this Joint Status Report.

On October 4, 2021, Defendant Zachary J. Horwitz pled guilty to one count of securities fraud, in violation of 15 U.S.C. §§ 78j(b), 78ff and 17 C.F.R. § 240.10b-5, in *United States v. Horwitz*, No. 2:21-cr-00214-MCS-1 (the "Criminal Action"). *See* Criminal Action Dkt. No. 47. On February 14, 2022, Horwitz was sentenced in the Criminal Action to 240 months imprisonment and ordered to pay restitution. He is currently serving his custodial sentence.

The parties have been diligently working to calculate a reasonable approximation of Horwitz's net profits in order to finalize a settlement of this civil matter by way of a consent judgment. The SEC has obtained the necessary accounting data from the Receiver to do so and has presented these figures to counsel for Horwitz. The parties believe they will have reached a settlement in principle, confirmed by Horwitz (whose incarceration causes some delay in communications) by the close of this month, and will provide a status update upon reaching that settlement in principle. In order to settle a matter with the Commission, counsel for the SEC must obtain authorization from the Commission; Commission authorization is sought by submitting an action memorandum to the Commission that sets forth a recommendation and provides a comprehensive explanation of the recommendation's factual and legal foundation, including attaching the signed Consents, and after the recommendation is presented to the Commission, the Commission will consider the recommendation and vote on whether to approve or reject the recommendation; and the action memo process, including all appropriate internal reviews can take 30 to 60 days (*see* SEC, DIV. OF ENF'T, ENFORCEMENT MANUAL, https://www.sec.gov/divisions/enforce/enforcementmanual.pdf, §§ 2.5.1-2). Counsel for the SEC anticipates it will take the SEC Commissioners approximately 45-60 days to act on the settlement and for counsel to file Horwitz's Consent and Proposed Final Judgment with this Court.

Dated: August 2, 2023

Respectfully submitted,

*/s/ Kathryn C. Wanner*
Kathryn C. Wanner
M. Lance Jasper
Attorneys for Plaintiff
Securities and Exchange Commission

1
2  Dated:  August 2, 2023                    */s/ Michael J. Quinn*
3                                             Michael J, Quinn
                                              Marie E. Christiansen
4                                             Vedder Price LLP
                                              Attorneys for Defendant
5                                             Zachary J. Horwitz
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LOCAL RULE 5-4.3.4(A)(2)(I) CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Kathryn C. Wanner, attest that all signatories identified above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                           */s/ Kathryn C. Wanner*
                                            Kathryn C. Wanner

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

    U.S. SECURITIES AND EXCHANGE COMMISSION,
    444 S. Flower Street, Suite 900, Los Angeles, California 90071
    Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On August 2, 2023, I caused to be served the document entitled **JOINT STATUS REPORT** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: August 2, 2023            */s/ Kathryn C. Wanner*
                                      KATHRYN C. WANNER

*SEC v. Zachary Horwitz, et al.*
United States District Court – Central District of California
Case No. 2:21-cv-02927-CAS-GJS
LA-5212

SERVICE LIST

Michael J. Quinn, Esq.
Ryan C. Hedges, Esq.
Vedder Price
1925 Century Park East, Suite 1900
Los Angeles, CA 90067
Email:  mquinn@vedderprice.com
Email:  rhedges@vedderprice.com
*Attorneys for Defendants Zachary J. Horwitz; and 1inMM Capital, LLC*
*(served via CM/ECF)*

Terence G. Banich, Esq.
Allison E. Yager, Esq.
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661
Email:  terence.banich@katten.com
Email:  allison.yager@katten.com
*Attorneys for Receiver Michele Vives*
*(served via CM/ECF)*