# AFFIDAVIT

**STATE OF NEW JERSEY        )**
                             ) ss:
**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX )**

I, Wayne Sidor, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for National distribution for

1 insertion(s) on the following date(s): 8/7/2023

ADVERTISER: Douglas Wilson Companies

and that the foregoing statements are true and correct to the best of my knowledge.

_Wayne Sidor_

Sworn to before me this 8th day of August 2023

_____
Notary Public





## INDEX TO BUSINESSES

These indexes cite notable references to most parent companies and businesspeople in today's edition. Articles on regional page inserts aren't cited in these indexes.

**A**
- Airbus...............................B1
- AMC Entertainment........B9
- Apple...............................B3
- Astra Space....................B4

**B**
- Berkshire Hathaway....B3,R3
- BJ's Wholesale Club........B1
- Blue Origin.......................B4

**C**
- Circle Internet Financial B10
- Coinbase........................B10
- Country Garden.............B10

**D - E**
- DRW Holdings..................B1
- Exxon Mobil.....................B1

**F - G**
- FedEx..............................B1
- Fiesta Restaurant Group B3
- GameStop........................B9

**Garnett Station Partners** B3

**H - J**
- Hawaiian Airlines............B1
- JetBlue.............................B1
- Jump Trading Group......B2

**L**
- LendingTree....................R2
- Lufthansa........................B1

**M**
- Macy's..............................B1
- Mattel..............................B2
- Microsoft........................A11

**N**
- Nike..................................B1
- Norfolk Southern............B2
- Nvidia...............................B1

**P - R**
- Pfizer...............................A1
- Planet Labs....................B4
- Rite Aid...........................B2

**Rocket Lab USA**.............B4
- RTX...................................B1

**S**
- Satellogic.........................B4
- SpaceX.............................B4
- Spirit Airlines..................B1

**T**
- Target..............................B1
- Tupperware Brands........B2

**U**
- Ulta Beauty.....................B1
- United Parcel Service.....B1

**V**
- Verisk.............................B1
- Virtu Financial...............B2
- Volaris............................B1

**W - Y**
- Walmart.........................B1
- Walt Disney...................B1
- Yellow............................B9

## INDEX TO PEOPLE

**B**
- Bernstein, William...........R3
- Bezos, Jeff.......................B4
- Bourla, Albert..................A2
- Branson, Richard............B4
- Buffett, Warren...........B3,R3
- Burger, Barbara...............A6

**C**
- Caron, Jim.......................A6
- Chen, Eva......................A12
- Clothier, Peter................B1
- Collett, Mike...................B4

**D**
- Denton, David.................A2
- Drake................................B1

**E**
- Elaine Rubin...................R2
- Erb, Claude.....................R6

**G**
- Giangola, Ramya...........A12

- Gleit, Naomi..................A11
- Griffiths, Zach.................A6
- GunderKline, Keith........A11

**H**
- Harvey, Campbell...........R6
- Hayes, Greg....................B4
- Hellesto, Aslak...............A6
- Hicks, Angie..................A12

**I**
- Irwin, Emily...................A12
- Ives, Andy.......................R4

**J**
- Jordan, Scott.................A2

**L**
- Lewis, Keith....................B1
- Lucina, Pam....................R2

**M**
- Malik, Asara...................R2
- Marshall, Will.................B4
- Munger, Charlie..............R3

- Musk, Elon.....................B4

**P**
- Perry, Katie.....................B9
- Philo, Phoebe................A12

**R**
- Risinger, David................A2
- Rubin, Elaine...................R2

**S**
- Shaw, Alan.....................B2
- Skloff, Aaron..................A6
- Smith, Matt....................A6
- Sparks, Scott..................R2

**T**
- Tewari, Akash.................A2

**W**
- Werbowy, Daria............A12
- Woods, Darren................B1

**Z**
- Zuckerberg, Mark..........A11

# BUSINESS & FINANCE

## Striking Writers Auction Off Items

*By Ellen Gamerman*

The "Seinfeld" finale script signed by its cast and creators. A 2001 People's Choice Award trophy for "Friends." The chance to appear by name in a Michael Connelly novel.

Writers on strike are auctioning off these prizes and others to raise money for film and television workers who are suffering amid this summer's paralyzing Hollywood walkouts.

Auction organizer Kit Boss, a TV writer whose resume includes "King of the Hill" and "Bob's Burgers," has spent weeks soliciting a somewhat madcap collection of donations while walking picket lines and enlisting the help of well-connected friends and colleagues. The online auction was slated to close Sunday evening. It featured roughly 120 lots with bids totaling more than $100,000, ranging from memorabilia to personalized experiences with show creators, writers and performers.

The Writers Guild of America went on strike in May, followed two months later by the Screen Actors Guild-American Federation of Television and Radio Artists. The clash with movie and TV studios, networks and streamers involves contract demands about salaries, residual payments and protections against the use of artificial intelligence in creative work.

As the strike continues, there are questions about how Hollywood's army of employees will weather the dry period while out of work. The auction spearheaded by writers is one of many fundraising efforts in recent weeks to support those hurt by the strikes. This particular fundraiser benefits the Entertainment Community Fund, a nonprofit that helps people working in film, TV, theater and other disciplines. Elsewhere, a starry group that includes Leonardo DiCaprio, Meryl Streep and Dwayne "The Rock" Johnson has donated millions to a SAG-Aftra Foundation relief fund.

Jack Handey had never donated a "Deep Thoughts" notecard before this auction. He originally composed his zany aphorisms from 1990s-era "Saturday Night Live" on 3×5 cards, typing them up and later editing them by hand. One reads: "If you ever drop your keys into a river of molten lava, let 'em go, because, man, they're gone."

The writer has held on to a few hundred such cards. "I'm not sure I even get the one about keys in lava, but people seemed to find it funny," he says. He recently burned more than 2,000 Deep Thoughts cards in the fireplace. "Not because I hated them, but because I ran out of firewood," he says. "Also, I hated them." The top bid for a lot of three notecards has cleared $5,000.

Other items range from a football helmet signed by every participating player at the NFL's 2023 rookie premiere event to the 19th-century swivel chair owned by Robert Evans, the producer and studio executive best known for classics including "The Godfather" and "Chinatown."

Bidders can vie for a visit with "Bridget Jones" writer Helen Fielding over a bottle of wine at a swank oceanfront hotel in Santa Monica. When she was approached about donating to the auction, she says, "of course I said yes–anything to support." She came up with the beachfront idea, she says, because "...what's not to like about rosé by the seaside." (A British winner could meet her at a London pub instead.) There is also a "Connor Roy for President" hat from behind the scenes of "Succession." And for fans of "Insecure," a virtual hangout with showrunner Prentice Penny and cast members to be named later. "I'm excited to share how the sausage was made," says Penny.

One popular item already sold at a preauction: the chance for the bidder's name to appear in a crime novel by bestselling author Connelly, who created the "Bosch" character of TV fame. The winner, with an $8,200 bid, wants the item to surprise his 76-year-old wife, who is battling cancer.

Connelly, who has auctioned off about 25 character names over the years, is eager to pitch in. "It's a very easy way for me to help out," he says. "And sometimes you get a good name."



*A signed script of the 'Seinfeld' finale was being auctioned.* — KIT BOSS

## 'Barbie' Tops $1 Billion at Box Office

*By Chip Cutter*

Greta Gerwig's "Barbie" is a billion-dollar hit.

The pink-obsessed comedy, starring Margot Robbie and Ryan Gosling, topped more than $1 billion in estimated global box-office receipts as of this weekend, according to research firm Comscore. It is now the first U.S. film directed by one woman to reach the billion-dollar mark.

Through Sunday, the movie has grossed about $1.03 billion overall in domestic and international markets, making it one of only about a half-dozen films since the pandemic to gross a billion dollars in ticket sales.

Christopher Nolan's World War II drama "Oppenheimer," meanwhile, has grossed $552.9 million globally.

"Barbie" became a cultural phenomenon through what analysts have described as a savvy mix of consumer marketing and a story that is resonating with audiences. Moviegoers have packed theaters across the U.S. in recent weeks to watch the film, which focuses on the **Mattel** doll and her search for meaning as she leaves a pink utopia.

The success of "Barbie," alongside "Oppenheimer," has been a rare bright spot for Hollywood amid continuing disputes with labor and a shift in consumer viewing habits that has led many people to stream movies at home.

Only five other films have surpassed $1 billion in box-office sales since the start of the pandemic, according to Box Office Mojo.

Gerwig, who co-wrote and directed "Barbie," is now set to become one of the highest-grossing female directors in history. She is known for her 2017 film, "Lady Bird," and the reboot of "Little Women" in 2019.

"Barbie" is the first U.S. motion picture directed by one woman to cross the billion-dollar mark globally. The next highest-grossing film by a solo female director, "Wonder Woman," directed by Patty Jenkins, raked in $823.7 million worldwide, according to Comscore.

Overall, 53 movies have surpassed a billion dollars in global box-office receipts, unadjusted for inflation, including "Barbie."

"It seems almost everyone around the world is talking about 'Barbie,'" said Paul Dergarabedian, a senior media analyst at Comscore. "You don't get to a billion dollars without a movie being some sort of phenomenon."

### Estimated Box-Office Figures, Through Sunday

| | Film | Distributor | Sales, In Millions | | |
|---|---|---|---|---|---|
| | | | Weekend* | Cumulative | % Change |
| 1. | Barbie | Warner Bros. | $53 | $459 | -43% |
| 2. | Meg 2 | Warner Bros. | $30 | NA | NA |
| 3. | Oppenheimer | Universal | $28.7 | $229 | -39% |
| 4. | Teenage Mutant Ninja Turtles: Mutant Mayhem | Paramount | $28 | $43 | NA |
| 5. | Haunted Mansion | Disney | $8.9 | $42 | -63% |

*Friday, Saturday and Sunday in North American theaters. Source: Comscore

---

## Truckers, Pilots Press Industries

*Continued from page B1*

stoppages could have on supply chains.

Lynn Kelley, a business consultant who recently published a book, said she was worried about a possible UPS strike affecting the book's distribution, including large bulk shipments for some events.

"There might have been some delays," said Kelley, adding that her book is on Amazon, which handles shipping. "My concern is even if Amazon does use an alternative to UPS, everything will be slow because there's not a lot of extra capacity."

Unions have been pushing companies to improve on-the-job conditions. After lobbying for it last year, major freight railroads have started offering short-term paid sick leave—in some cases for the first time— to union workers to ensure ample staffing and service levels. "What we found over the pandemic—and I think you see this throughout all of society—is that those quality-of-life issues become more and more important to folks," said Alan Shaw, chief executive officer of transportation company **Norfolk Southern**.

Teamsters representatives said that the labor pact with UPS included provisions that would stop the installation of driver-facing cameras. The changes were in response to concerns that their work is increasingly measured against a stopwatch and that drivers were being surveilled for minor infractions, union employees and officials said.

"Our focus is on safety, and not on surveillance or discipline," a UPS spokesman said.

Pilots at FedEx recently surprised industry observers by voting down a union-brokered deal that would have raised their wages about 30% by 2028. Some pilots said that they saw their counterparts at passenger airlines get higher wages in recent weeks, and that they were also worried about insufficient job protections.

FedEx said the voting results will have no impact on service levels. The Air Line Pilots Association, International, which represents FedEx pilots, and FedEx will return to the bargaining table with mediators from the National Mediation Board.

FedEx pilots will continue working under the terms of the existing contract and aren't allowed to strike under federal law. Workers in some railroad unions last year voted against a tentative labor deal, but Congress and President Biden stepped in to impose a settlement.

---

## Ham Radio Fans Fight Street on Airwaves

*By Alexander Osipovich*

Ham radio operators are sounding the alarm over the latest threat to their beloved hobby—and this time, it is coming from Wall Street.

A group of high-frequency trading firms is asking the Federal Communications Commission to open shortwave frequencies to greater commercial use, so they can use radio to zip financial data around the world in milliseconds.

Prominent members of the amateur-radio community say interference from traders' broadcasts could ruin their hobby, which often involves tuning in to weak radio signals so they can chat with fellow hams in faraway places. Hundreds of hams have filed letters with the FCC opposing the traders' proposal, and some have railed against the plan in YouTube videos.

Brock Fansler is among those speaking out. A 40-year-old Los Angeles resident, he likes using his radio to send digital data about weather conditions to other hams. He complains that the traders are looking to transmit with up to 20,000 watts of power, while amateurs are capped at 1,500 watts, and many use off-the-shelf radios with 100 watts.

"They're asking for an insane amount of power," Fansler said. "It's like having neighbors move in with a drum set and guitar. This is going to be blasted all over the planet, with how much wattage they're going to put behind it."

The group behind the proposal, called the Shortwave Modernization Coalition, says such fears are overblown. The coalition—whose members include such trading giants as **Jump Trading Group**, **DRW Holdings** and **Virtu Financial**—says it has already been using shortwave for several years and there haven't been any verified complaints of interference.

"The proposed power limit is consistent with, and in many cases lower than, the levels used in these frequencies set aside for certain commercial uses," a coalition spokeswoman said.

High-frequency traders have been in a yearslong arms race to execute transactions as fast as possible, or risk losing money to speedier rivals.

In their quest for speed, HFT firms have located their computers in exchanges' data centers, to avoid wasting fractions of a second transmitting buy or sell orders over computer cables. They have built arrays of microwave towers between Chicago and New York to beam data between markets, while exploring new kinds of cable and even satellite networks.

Shortwave is useful when HFT firms need to send rapid updates about price moves across oceans—for instance, from U.S. futures markets in Chicago to European futures markets in Frankfurt. The usual way to send data from one continent to another is undersea fiber-optic cable. But light moves more slowly through glass cables than through air, so it is faster to use radio—specifically, in shortwave frequencies. That allows waves to bounce up and down off the ionosphere, an upper layer of the atmosphere, allowing them to propagate around the globe.

Sending data from Chicago to Frankfurt is nine milliseconds quicker by shortwave than by undersea cable, according to data from Deutsche Börse.

An FCC spokesman said: "We appreciate the importance of amateur radio and make every effort to ensure spectrum uses do not interfere with each other."

The Shortwave Modernization Coalition says it isn't looking to grab amateur frequencies. Its petition has a narrower aim: to allow business licenses for the type of fixed, long-distance, point-to-point shortwave data transmissions used by HFT firms. Current FCC rules don't allow such licenses. Instead, traders have mostly relied on temporary licenses for radio experiments. But experimental licenses generally aren't intended to be used for commercial activities, and firms that use them for trading are operating in a legal gray area, according to industry veterans.

"The big companies have always been nervous that their experimental licenses could get shut down," said Dave Gustafson, a former head of wireless engineering at Jump.

### HFT shortwave transmitters



Sources: Dave Gustafson; Federal Communications Commission    Jake Steinberg/THE WALL STREET JOURNAL

---

**ADVERTISEMENT**

# The Marketplace

To advertise: 800-366-3975 or WSJ.com/classifieds

### ANNOUNCEMENTS

**YOUR BOOK**
Life Story or Business Book.
We Write & Publish. Earn Royalties.
BizSuccessBooks.com
LegaciesandMemories.com
(904) 293-9893 • Since 1999

Our Newest Book.
*Be Your Own Boss: How to Start or Buy a Business.*
Great Gift for Students.
Buy at Amazon, Other Retailers.

### BUSINESS OPPORTUNITIES

**THERE IS ONLY ONE...**
**1 A - New York**
Best offer / Transferable
License Plate
jkg@gradyresearch.com
- Ends 8/25 -



**Napa Valley Macaron Brand**
seeks investment for expansion.
Recession-proof
**INVESTMENT OPPORTUNITY!**
info@madeleinesmacarons.com

### AUCTIONS

**NOTICE OF PUBLIC AUCTION**
**CERTAIN ASSETS OF HYLETE INC.**
**A DELAWARE CORPORATION**

The assets to be sold consist of certain intangible assets used in the business of Hylete, Inc. a Delaware Corporation, including patents, trademarks, domain name, website, customer list & other intangibles.

**By Order of Secured Creditor**
**UCC 9-610 Foreclosure Auction**
Location: Online via zoom

**Thursday, August 10, 2023 at 11:00am PDT**

Call or email request for more information
Brian Testo, Brian Testo Associates, LLC
(818) 592-6592 x 101
or briantesto@gmail.com
www.btesto.com

**THE WALL STREET JOURNAL.**
**THE MARKETPLACE**
ADVERTISE TODAY
**(800) 366-3975**
For more information visit:
**wsj.com/classifieds**

© 2023 Dow Jones & Company, Inc. All Rights Reserved.

### PUBLIC NOTICES

PLEASE TAKE NOTICE THAT Michele Vives, the Court-appointed Receiver ("Receiver") for 1inMM Capital, LLC ("1inMM") as well as assets that are attributable to investor or client funds or that were fraudulently transferred by 1inMM or Zachary J. Horwitz ("Horwitz"), and certain plaintiffs who invested in 1inMM, have reached an agreement to settle and release all claims asserted or that could have been asserted against JJMT Capital, LLC, JJMT Group, LLC, J.T.H.D. Investments, LLC or Chi-Town Capital, LLC (collectively, "JJMT"), Joseph deAcosta, Jacob Wunderlin and Matthew Schweinzger (collectively, "JJM Parties"), as well as their wives, children, respective current and former employers and certain other entities and trusts identified in the Settlement Agreement (collectively, "Related Parties"), as to any acts or omissions arising out of, in connection with or relating in any way to: (1) the 1inMM Ponzi Scheme; (2) the 1inMM Defendants; (3) JJMT; (4) any investment, loan or transfer of monies to JJMT and/or repayment or lack of repayment by JJMT or the 1inMM Defendants ("Settlement"). As part of the Settlement, the Receiver has asked the Court to permanently bar and enjoin any person or entity from commencing or continuing any legal proceeding against any of the JJM Parties and/or any of the Related Parties asserting any legal or equitable claim arising out of, in connection with or relating in any way to, 1inMM, the 1inMM Ponzi Scheme, JJMT or Horwitz, as more particularly described in the proposed Bar Order (a "1inMM Claim"). All 1inMM Claims will be channeled into a receivership claims process the United States District Court for the Central District of California will establish by separate order. Complete copies of the Settlement Agreement, the proposed Bar Order and other documents pertaining to the Settlement are available on the Receiver's website, at www.1inMMreceivership.com.

Interested parties may submit written questions or objections to the Settlement to the Receiver by sending an email to 1inMM@douglaswilson.com by no later than 4:00 pm PDT on September 4, 2023. (All capitalized terms not defined in this notice are defined in the Settlement Agreement or the Motion.)