Case 2:21-cv-02927-CAS-PD   Document 247-3   Filed 08/08/23   Page 1 of 1   Page ID #:6207

# MARKETPLACE
JOBS · REAL ESTATE · MORE
latimes.com/placead | To place an ad call 1.800.234.4444
**Los Angeles Times**

## Collectibles and Memorabilia

### Baseball Cards
Cash paid 4 pre1975. Buying all SPORTS CARDS of any size collections. (310) 614-3312

**MERCHANDISE 800**

## Miscellaneous Merchandise

### AKC French Bulldog puppies
8 weeks French bulldog puppies ready for their new homes
Vet checked and vaccinated
Family raised
Email: davidreid55@yahoo.com $1800
**davidreid55@yahoo.com**



**BUSINESS OPPORTUNITIES 900**

## Business Opportunities

Lucrative Candy Store and Gift Shop located on the Historic Stearns Wharf in Santa Barbara for sale! For inquiries and questions please contact
MotherStearns@gmail.com

**HOMES FOR SALE 1100**

## Out of State

### PARADISE IN PRESCOTT, ARIZONA!
EXQUISITE LUXURIOUS HOME FOR SALE IN PRESCOTT, AZ.

**prescottluxegroup.com agt**



**HOMES FOR SALE**
**VACATION PROPERTIES**

### Lake Havasu City
3 bed, 2 bath Pool/Spa 1655' w/ lake view. $548k Kathy 928-639-1751 eXp Realty agt

**LEGAL NOTICES 1300**

## Legal Notices

**PUBLIC NOTICE: CITY OF SAN GABRIEL NOTICE OF PUBLIC HEARING BEFORE THE CITY COUNCIL**

You are invited to participate in a public hearing before the San Gabriel City Council. You will have an opportunity to present your opinion regarding this item at the meeting or in writing prior to the meeting. Please submit all written comments to the City Clerk Department, in person or electronically using the online public comment form at https://www.sangabrielcity.com/PublicComment by the hearing date to be considered by the City Council. The meeting will be broadcast on the City of San Gabriel's YouTube channel: https://www.youtube.com/CityofSanGabriel

HEARING DATE: Tuesday, August 15, 2023 TIME: 6:30 p.m.
LOCATION OF HEARING: Council Chambers located on the second floor of San Gabriel City Hall (425 South Mission Drive, San Gabriel, CA 91776) The meeting can be viewed live at: https://www.youtube.com/CityofSanGabriel

PROJECT ADDRESS: 535 W. Roses Road, San Gabriel CA 91775
PROJECT DESCRIPTION: The project, Project Nos. CUP23-003 and VAR23-001 is for a Conditional Use Permit and a Variance request for the approval of a new wireless telecommunications facility which will exceed the maximum allowable height and consists of a 49-foot monopine structure with ancillary equipment. The project site is located in the R-1 zone. On June 12, 2023, the Planning Commission approved the proposed project with a 3-1 vote. This hearing is for an appeal of the Planning Commission's decision to the City Council.
ENVIRONMENTAL REVIEW: The project was reviewed for compliance with the California Environmental Quality Act (CEQA). This project is exempt from the requirements of CEQA, per Guidelines Section 15303, Class 3 (New Construction or Conversion of Small Structures).

PROJECT ADDRESS: 330 West Las Tunas Drive, San Gabriel CA 91776
PROJECT DESCRIPTION: The application, Project No. PPD21-008 is for a Precise Plan of Design for the approval of a new medical office building at the address 330 W. Las Tunas Drive. The project site is in the Medical Facilities (MF) Zone within the Mission District Specific Plan area. On June 26, 2023, the Design Review Commission approved the proposed project with a 3-1 vote. This hearing is for an appeal of the Design Review Commission's decision to the City Council.
ENVIRONMENTAL REVIEW: The project was reviewed for compliance with the California Environmental Quality Act (CEQA). This project is exempt from the requirements of CEQA, per Guidelines Section 15332, Class 32 (In-Fill Development).

QUESTIONS: For additional information or to review the applications, please contact Christine Song, Senior Planner at (626) 308-2806 ext. 4625 or csong@sgch.org

Per Government Code Section 65009, if you challenge the nature of the proposed actions in court, you may be limited to only raising those issues you or someone else raised at the public hearing described in this notice, or in written correspondence delivered to the Planning Division at or prior to the public hearing.

SAN GABRIEL CITY COUNCIL
by Julie Nguyen, City Clerk

PLEASE TAKE NOTICE That Michele Vives, the Court-appointed Receiver ("Receiver") for 1inMM Capital, LLC ("1inMM") as well as assets that are attributable to investor or client funds or that were fraudulently transferred by 1inMM or Zachary J. Horwitz ("Horwitz"), and certain plaintiffs who invested in 1inMM, have reached an agreement to settle and release all claims asserted or that could have been asserted against JJMT Capital, LLC, JJMT Group, LLC, J.T.H.D. Investments, LLC or Chi-Town Capital, LLC (collectively, "JJMT"), Joseph deAlteris, Jacob Wunderlin and Matthew Schweinzger (collectively, "JJM Parties"), as well as their wives, children, respective current and former employers and certain other entities and trusts identified in the Settlement Agreement (collectively, "Related Parties"), as to any acts or omissions arising out of, in connection with or relating in any way to: (1) the 1inMM Ponzi Scheme; (2) the 1inMM Defendants; (3) JJMT; (4) any investment, loan or transfer of money to JJMT and/or repayment or lack of repayment by JJMT or the 1inMM Defendants ("Settlement"). As part of the Settlement, the Receiver has asked the Court to permanently bar and enjoin any person or entity from commencing or continuing any legal proceeding against any of the JJM Parties and/or any of the Related Parties asserting any legal or equitable claim arising out of, in connection with or relating in any way to, 1inMM, the 1inMM Ponzi Scheme, JJMT or Horwitz, as more particularly described in the proposed Bar Order (a "1inMM Claim"). All 1inMM Claims will be channeled into a receivership claims process the United States District Court for the Central District of California will establish by separate order.

Complete copies of the Settlement Agreement, the proposed Bar Order and other documents pertaining to the Settlement are available on the Receiver's website, www.1inMMreceivership.com.

Interested parties may submit written questions or objections to the Settlement to the Receiver by sending an email to 1inMM@douglaswilson.com by no later than 4:00 pm PDT on September 4, 2023. (All capitalized terms not defined in this notice are defined in the Settlement Agreement or the Motion.)

**Don't let the phone stop ringing**
Advertise with LA Times Classified
(800) 234-4444

NOTICE OF PETITION TO ADMINISTER ESTATE OF CARRIE ROQUE CASE NUMBER:23STPB02359

To all heirs, beneficiaries, creditors, contingent creditors, and persons who may otherwise be interested in the will or estate or both, of CARRIE ROQUE. A Petition for Probate has been filed by EDDIE ROQUE, in the Superior Court of California, County of LOS ANGELES. The Petition for Probate requests that EDDIE ROQUE, be appointed as personal representative to administer the estate of the decedent. The petition requests the decedent's will and codicils, if any, be admitted to probate. The will and any codicils are available for examination in the file kept by the court.

A hearing on the petition will be held in this court as follows: Date: SEPTEMBER 6, 2023 Time: 8:30AM PST Dept.: 2D Address of court: same as noted above.

If you object to the granting of the petition, you should appear at the hearing and state your objections or file written objections with the court before the hearing. Your appearance may be in person or by your attorney. If you are a creditor or a contingent creditor of the decedent, you must file your claim with the court and mail a copy to the personal representative appointed by the court within the later of either (1) four months from the date of first issuance of letters to a general personal representative, as defined in section 58(b) of the California Probate Code, or (2) 60 days from the date of mailing or personal delivery to you of a notice under section 9052 of the California Probate Code. Other California statutes and legal authority may affect your rights as a creditor. You may want to consult with an attorney knowledgeable in California law. You may examine the file kept by the court. If you are a person interested in the estate, you may file with the court a Request for Special Notice (form DE-154) of the filing of an inventory and appraisal of estate assets or of any petition or account as provided in Probate Code section 1250. A Request for Special Notice form is available from the court clerk.

## SUMMONS (CITACION JUDICIAL)
Case Number (Numero del Caso): 22CV04486

NOTICE TO DEFENDANT:
(AVISO AL DEMANDADO):
STUART RUBIN, an individual; ANNETTE RUBIN, an individual; STUART AND ANNETTE RUBIN, as Trustees of the Stuart and Annette Rubin Family Trust Dated November 4, 2003

YOU ARE BEING SUED BY PLAINTIFF:
(LO ESTA DEMANDANDO EL DEMANDANTE):
CAPPELLO & NOEL LLP

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.
You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la informacion a continuacion.
Tiene 30 DIAS DE CALENDARIO despues de que le entreguen esta citacion y papeles legales para presenter una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefonica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y mas informacion en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede mas cerca. Si no puede pagar la cuota de presentacion, pida al secretario de la corte que le dé un formulario de exencion de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podra quitar su sueldo, dinero y bienes sin mas advertencia.
Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remision a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisites para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is: (El nombre y direccion de la corte es):
SANTA BARBARA SUPERIOR COURT
1100 ANACAPA STREET
SANTA BARBARA, CA 93101

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: (El nombre, la direccion y el numero de telefono del abogado del demandante, o del demandante que no tiene abogado, es):
CAPPELLO & NOEL LLP
831 State Street
SANTA BARBARA, CA 93101
(805)564-2444

Date: (Fecha) December 9, 2022

Darrel E. Parker  Clerk (Secretario)
Narzalli Baksh  Deputy (Adjunto)

NOTICE OF PETITION TO ADMINISTER ESTATE OF:
RAIMO AULIS ANTTILA
Case No.: 23STPB07743

To all heirs, beneficiaries, creditors, contingent creditors, and persons who may otherwise be interested in the will or estate, or both, of: RAIMO AULIS ANTTILA.
A PETITION FOR PROBATE has been filed by Anne Nikula in the Superior Court of California, County of LOS ANGELES.
THE PETITION FOR PROBATE requests that Matthew P. Halme be appointed as personal representative to administer the estate of the decedent.
THE PETITION requests the decedent's will and codicils, if any, be admitted to probate. The will and any codicils are available for examination in the file kept by the court.
THE PETITION requests authority to administer the estate under the Independent Administration of Estates Act. (This authority will allow the personal representative to take many actions without obtaining court approval. Before taking certain very important actions, however, the personal representative will be required to give notice to interested persons unless they have waived notice or consented to the proposed action.) The independent administration authority will be granted unless an interested person files an objection to the petition and shows good cause why the court should not grant the authority.
A HEARING on the petition will be held on August 25, 2023 at 8:30 a.m. in Dept. 67 located at:
Stanley Mosk Courthouse Central Division
111 North Hill Street
Los Angeles, CA 90012
IF YOU OBJECT to the granting of the petition, you should appear at the hearing and state your objections or file written objections with the court before the hearing. Your appearance may be in person or by your attorney.
IF YOU ARE A CREDITOR or a contingent creditor of the decedent, you must file your claim with the court and mail a copy to the personal representative appointed by the court within the later of either (1) four months from the date of first issuance of letters to a general personal representative, as defined in section 58(b) of the California Probate Code, or (2) 60 days from the date of mailing or personal delivery to you of a notice under section 9052 of the California Probate Code. Other California statutes and legal authority may affect your rights as a creditor. You may want to consult with an attorney knowledgeable in California law.
YOU MAY EXAMINE the file kept by the court. If you are a person interested in the estate, you may file with the court a Request for Special Notice (form DE-154) of the filing of an inventory and appraisal of estate assets or of any petition or account as provided in Probate Code section 1250. A Request for Special Notice form is available from the court clerk.
Attorney for the Petitioner:
Matthew P. Halme SBN 212725
REDELL HALME LLP
1610 Oak Street, #103
Solvang, CA 93463
(805) 350-6868

Published in The Los Angeles Times

## SUMMONS (CITACION JUDICIAL)
CASE NUMBER (Número del Caso): 22CHLC08047

NOTICE TO DEFENDANT:
(AVISO AL DEMANDADO):
PERCH BILBULYAN

YOU ARE BEING SUED BY PLAINTIFF:
(LO ESTÁ DEMANDANDO EL DEMANDANTE):
WELLS FARGO BANK, N.A.

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below. You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can located these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.
Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presenter una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puedo encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de extención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov), o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is:
(El nombre y dirección de la corte es):
SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
9425 Penfield Avenue
Chatworth, CA 91311

The name, address, and telephone number of the plaintiff's attorney, or plaintiff without an attorney, is: (El nombre, la dirección y el número del abogado del demandante, o del demandante que no tiene abogado, es):
CLAUDIA GAVRILESCU, ESQ. (CA BAR NO.: 333030)
REESE LAW GROUP
3168 Lionhead Avenue
Carlsbad, CA 92010
760/842-5850 (File No. 567088)

DATE (Fecha): 04/14/2022
Sherri R. Carter Executive Officer/Clerk of Court
Clerk (Secretario), by L. LACANLALE, Deputy (Adjunto)
(SEAL) NOTICE TO THE PERSON SERVED: You are served 1. as an individual defendant.
7/21, 7/28, 8/4, 8/11/23

CNS-3721655#
Published in the Los Angeles Times

## SUMMONS (CITACION JUDICIAL)
CASE NUMBER (Número del Caso): 23CHLC01442

NOTICE TO DEFENDANT:
(AVISO AL DEMANDADO):
ULYSSES L HOLLAND

YOU ARE BEING SUED BY PLAINTIFF:
(LO ESTÁ DEMANDANDO EL DEMANDANTE):
WELLS FARGO BANK, N.A.

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below. You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can located these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.
Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presenter una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puedo encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de extención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is:
(El nombre y dirección de la corte es):
SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
9425 Penfield Avenue
Chatworth, CA 91311

The name, address, and telephone number of the plaintiff's attorney, or plaintiff without an attorney, is: (El nombre, la dirección y el número del abogado del demandante, o del demandante que no tiene abogado, es):
Tristan P. Espinosa, Esq. (CA Bar N0.: 312481)
REESE LAW GROUP
3168 Lionhead Avenue
Carlsbad, CA 92010
760/842-5850 (File No. 568365)

DATE (Fecha): 01/20/2023
David W. Staton, Executive Officer/Clerk of Court
Clerk (Secretario), by D. Shen, Deputy (Adjunto)
(SEAL) NOTICE TO THE PERSON SERVED: You are served 1. as an individual defendant.
7/21, 7/28, 8/4, 8/11/23

CNS-3722094#
Published in the Los Angeles Times



YOUR PERFECT JOB IS WAITING

Stop wasting time searching for jobs. Find the right jobs with the Los Angeles Times recruitment services.

We work hard to make your job search easy. With our expansive network of distinguished employers from coast to coast and advanced job matching technology, you'll find opportunities that match your skills, your personality and your life.

Search jobs. Post your resume. Stand out from the crowd.

**latimes.com/jobs**

# PETS
**MARKETPLACE**
To advertise your pets, log on to placead.latimes.com/pets-for-sale
**Los Angeles Times**

## Dogs

**CAVALIER KING CHARLES SPANIEL** AKC PUPPIES, M/F, Tri-color, ready after 7/21/23. Current s/w/VET'ch'd, HEALTH GUARANTEE! Delivery Options! $3495+ HURRY! **325-829-8612**



L.A. City and County law requires all cats & dogs to be spayed or neutered (with some exceptions).
For more info., contact LA Animal Services (call 311) or visit
**www.laanimalservices.com**

Register or renew your dog or horse license online at
**www.laanimalservices.com**


love is...
...having someone I want to hug!
TM Reg. U.S. Pat. Off. – all rights reserved
© 2023 Minikim Holland B.V.


**JUMBLE** THAT SCRAMBLED WORD GAME
By David L. Hoyt and Jeff Knurek
Unscramble these Jumbles, one letter to each square, to form four ordinary words.
URLRA
SOTIH
CNEEERO
NINMOI
Now arrange the circled letters to form the surprise answer, as suggested by the above cartoon.
©2023 Tribune Content Agency, LLC All Rights Reserved.
Yesterday's Jumbles: TUNER  ONION  LENGTH  MISFIT
Answer: After a day's travel to the small lodging business, they were staying — "INN" FOR THE NIGHT

**Los Angeles Times**
Publication Date: 08/04/2023
This electronic tearsheet confirms the ad appeared in the Los Angeles Times on the date and page indicated. You may not create derivative works, or in any way exploit or repurpose any content.

Ad Number: 7945677-1
Insertion Number:
Size: 1 x 9.5400
Color Type: B&W

Client Name:
Advertiser: Douglas Wilson Companies
Section/Page/Zone: Legal/B004/LA
Description: Self Service Multi-Product Purchase