**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter[2]**

| Matter Description | Hours | Amount |
|---|---:|---:|
| Accounting/Auditing | 9.1 | $1,122.75 |
| Asset Analysis and Recovery | 0.5 | $157.50 |
| Business Analysis | 0.0 | $0.00 |
| Business Operations | 0.3 | $121.50 |
| Case Administration | 105.2 | $29,607.75 |
| Forensic Accounting | 248.4 | $52,389.00 |
| Status Reports | 12.8 | $3,676.50 |
| Expenses | 0.0 | $28.05 |
| **Totals** | **376.3** | **$87,103.05** |

---

[2] The Receiver voluntarily reduced her fees for the Fee Period by $2,754.00, attributable to preparation of fee applications, as an accommodation to the receivership estate.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200