**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter[2]**

| Matter Description | Hours | Amount |
|---|---:|---:|
| Case Administration | 23.9 | $15,632.00 |
| Fee Application/Retention of Professionals | 9.5 | $2,455.70 |
| Claims Administration and Objections | 0.0 | $0.00 |
| Pre-Receivership Litigation/Stay | 43.5 | $34,897.90 |
| FBI and Criminal Case Matters | 0.6 | $504.60 |
| SEC Meetings/Discussions | 0.5 | $420.50 |
| Avoidance Actions | 0.0 | $0.00 |
| Asset Disposition | 0.0 | $0.00 |
| Investigation of Assets/Transactions | 24.4 | $20,520.40 |
| Business Operations/Operating Entities | 6.3 | $6,356.70 |
| Expenses | 0.0 | $915.30 |
| **Totals** | **108.7** | **$80,787.80** |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

---

[2] As an accommodation to the receivership estate, Katten voluntarily reduced its fees for the Fee Period by $3,848.20, attributable to preparation of fee applications and other administrative tasks.

Case No. 2:21-cv-02927-CAS-PD
NINETEENTH MONTHLY FEE STATEMENT OF
KATTEN MUCHIN ROSENMAN LLP—JULY 2023