1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.: 2:21-cv-02927-CAS-PD |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION OF RECEIVER FOR REVIEW OF MAGISTRATE JUDGE'S DISCOVERY ORDER (DKT. 250) PURSUANT TO FED. R. CIV. P. 72** |
| v. | |
| ZACHARY J. HORWITZ, *et al.,* | |
| Defendants. | Date:   September 25, 2023<br>Time:   10:00 a.m.<br>Dept.:  Courtroom 8D<br>Place:  United States District Court<br>        350 West 1st Street,<br>        Los Angeles, CA 90012 |

10026029.2

The Receiver's Motion for Review of Magistrate Judge Patricia Donahue's Discovery Order [Dkt. 250] regarding Non-Party City National Bank's ("CNB") Motion to Quash Subpoena pursuant to Fed. R. Civ. P. 72(a) and Local Rule 72-2.1 ("Motion"). Capitalized terms not otherwise defined in this Order shall have the meaning assigned to them in the Motion. Upon consideration of all the briefing on this matter, including the briefing and supporting exhibits on the underlying Motion to Quash Subpoena of CNB ("Motion to Quash") [Dkt. 195 *et seq*; Dkt. 202 *et seq*; Dkt. 203 *et seq*], as well as the Magistrate Judge's Order [Dkt. 250], the Court hereby grants the Receiver's Motion as follows:

IT IS ORDERED that:

1. The 2023 Amendment is not binding on the Receiver;

2. The 2020 Amendment is the version of the CNB Account Agreement that is applicable to the Receiver as to the following receivership entities: One N Million Productions LLC, 1inMM Productions LLC, 1inM Capital LLC, Rogue Black LLC, and Layjax Ventures LLC;

3. No arbitration provision applies to the Receiver relating to the bank accounts at CNB for One N Million Productions LLC, 1inMM Productions LLC, 1inM Capital LLC, Rogue Black LLC, and Layjax Ventures LLC;

4. The Receiver is not bound by the account agreements between Zachary Horwitz and MLJZ Trust, on the one hand, and CNB, on the other hand;

5. There is no claim or dispute that triggers any ADR provision that is binding on the Receiver in connection with the Subpoena;

6. The Motion to Quash is denied;

7. CNB is required to respond to the Receiver's Subpoena and produce responsive documents.

///

///

///

1    IT IS SO ORDERED.

2

3    DATED:                                    _____
                                               CHRISTINA A. SNYDER
4                                              United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3207957.2                           2