1  **RAINES FELDMAN LITTRELL LLP**
   Kathy Bazoian Phelps (State Bar No. 155564)
2  kphelps@raineslaw.com
   1900 Avenue of the Stars, Suite 1900
3  Los Angeles, California 90067
   Telephone: (310) 440-4100
4  Facsimile: (310) 691-1943

5  *Counsel for Michele Vives,*
   *Permanent Receiver*
6

7

8               **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | SECURITIES AND EXCHANGE | Case No.:   2:21-cv-02927-CAS-PDx
12 | COMMISSION,             |
   |                         |
13 |         Plaintiff,      | **PROOF OF SERVICE**
   |                         |
14 |     v.                  |
   |                         | Date:   September 25, 2023
15 | ZACHARY J. HORWITZ, 1inMM | Time:   10:00 a.m.
   | CAPITAL, LLC,           | Ctrm:   Courtroom 8D
16 |                         | Place:  350 West 1st Street
   |         Defendants.     |         Los Angeles, CA 90012
17

18

19

20

21

22

23

24

25

26

27

28

---

CASE NO. 2:21-CV-02927-CAS-PDX                                    PROOF OF SERVICE

I hereby declare under penalty of perjury pursuant to the laws of the state of California that I am a citizen of the United States, over the age of eighteen years and not a party to the within-entitled action. My business address is 1900 Avenue of the Stars, Suite 1900, Los Angeles, CA 90067. On **August 25, 2023**, I served a copy of the within document(s):

- **NOTICE OF MOTION AND MOTION OF RECEIVER FOR REVIEW OF MAGISTRATE JUDGE'S DISCOVERY ORDER (DKT. 250) PURSUANT TO FED. R. CIV. P. 72**

- **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF RECEIVER'S MOTION FOR REVIEW OF MAGISTRATE JUDGE'S DISCOVERY ORDER (DKT. 250) PURSUANT TO FED. R. CIV. P. 72**

- **[PROPOSED] ORDER GRANTING MOTION OF RECEIVER FOR REVIEW OF MAGISTRATE JUDGE'S DISCOVERY ORDER (DKT. 250) PURSUANT TO FED. R. CIV. P. 72**

[X]  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** On **August 25, 2023**, Pursuant to L.R. 5-3.2.1, the document listed above will be served by the court via NEF and hyperlink to the document which effects electronic service on counsel who are registered with the CM/ECF system.

[X]  **SERVED VIA ELECTRONIC TRANSMISSION/EMAIL**: On **August 25, 2023**, I served the following persons and/or entities at the by transmitting via electronic mail the document(s) listed above to the addresses set forth below:

Manuel A. Abascal; manny.abascal@lw.com
Joshua G. Hamilton; Joshua.hamilton@lw.com

[ ]  **SERVED BY UNITED STATES MAIL:** On **August 25, 2023**, I served the following persons and/or entities at the last known addresses by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.

1

CASE NO. 2:21-CV-02927-CAS-PDX                                              PROOF OF SERVICE

1  I am "readily familiar" with the firm's practice of collection and processing
2  of correspondence for mailing.  Under that practice it would be deposited with
3  the U.S. Postal Service on that same day with postage thereon fully prepaid in
4  Los Angeles, California in the ordinary course of business.

5  I declare under penalty of perjury under the laws of the state of California
6  that the above is true and correct. Executed on **August 25, 2023**, at Los Angeles,
7  California.

    */s/ Helen Choi*
    Helen Choi