**RAINES FELDMAN LITTRELL LLP**
Kathy Bazoian Phelps (State Bar No. 155564)
kphelps@raineslaw.com
1900 Avenue of the Stars, Suite 1900
Los Angeles, California 90067
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

*Counsel for Michele Vives,*
*Permanent Receiver*

[Other Counsel to Stipulation On Signature Page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY J. HORWITZ, *et al.*,<br><br>Defendants. | Case No.: 2:21-cv-02927-CAS-PD<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION OF RECEIVER FOR REVIEW OF MAGISTRATE JUDGE'S DISCOVERY ORDER (DKT. 250) PURSUANT TO FED. R. CIV. P. 72**<br><br>**Current Hearing Date**<br>Date:   September 25, 2023<br>Time:   10:00 a.m.<br>Dept.:   Courtroom 8D<br>Place:   United States District Court<br>            350 West 1st Street,<br>            Los Angeles, CA 90012<br><br>**Proposed New Hearing Date**<br>Date:   October 16, 2023<br>Time:   10:00 a.m.<br>Dept.:   Courtroom 8D<br>Place:   United States District Court<br>            350 West 1st Street,<br>            Los Angeles, CA 90012<br><br>Hon. Christina A. Snyder |

Michele Vives, the Court-appointed permanent receiver (the "Receiver") for 1inMM Capital, LLC and its subsidiaries and affiliates and pursuant to the Order on Appointment of a Permanent Receiver issued January 14, 2022 [ECF Dkt. No. 70], and Non-Party City National Bank ("CNB") hereby file this Stipulation to continue the hearing on the Motion of Receiver for Review of Magistrate Judge's Discovery Order (Dkt. 250) Pursuant to Fed. R. Civ. P. 72 [ECF Dkt. No. 251] (the "Receiver's Motion for Review") from September 25, 2023 at 10:00 a.m. to October 16, 2023 at 10:00 a.m. and correspondingly continue all briefing deadlines in opposition and support of the Receiver's Motion for Review.

WHEREAS, on January 11, 2023, the Receiver served a subpoena on CNB (the "Subpoena");

WHEREAS, on March 15, 2023, CNB filed a Motion to Quash the Subpoena [ECF Dkt. No. 195] (the "CNB Motion"), and the CNB Motion was fully briefed;

WHEREAS, a hearing was held on the CNB Motion on April 24, 2023 before Magistrate Judge Patricia Donahue;

WHEREAS, Magistrate Judge Patricia Donahue granted the CNB Motion by order entered on August 11, 2023 [ECF Dkt. No. 250];

WHEREAS, the Receiver filed the Receiver's Motion for Review on August 25, 2023 [ECF Dkt. No. 251] and noticed the hearing for September 25, 2023, which falls on Yom Kippur;

WHEREAS, due to scheduling conflicts and unavailability of counsel, counsel for CNB has requested to continue the hearing on the Receiver's Motion for Review from September 25, 2023 at 10:00 a.m. to October 16, 2023 at 10:00 a.m., and the Receiver has agreed to this request;

1     WHEREAS, the Receiver and CNB agree that, upon continuation of the hearing on the Receiver's Motion for Review to October 16, 2023, pursuant to Local Rule 7-11, CNB's deadline to respond in opposition to the Receiver's Motion for Review should be extended to September 25, 2023, and the Receiver's deadline to respond in further support of the Receiver's Motion for Review should be extended to October 2, 2023; and

    WHEREAS, such a continuation will not cause prejudice or undue delay;

    NOW, THEREFORE, the Receiver and CNB, by and through their respective undersigned counsel, hereby stipulate, subject to the Court's approval, that, for good cause shown:

1. The hearing on the Receiver's Motion for Review shall be continued from September 25, 2023 at 10:00 a.m. to October 16, 2023 at 10:00 a.m.

2. Pursuant to Local Rule 7-11, the entry of an order continuing the hearing of a motion automatically extends the time for filing and serving opposing papers and reply papers to twenty-one (21) days and fourteen (14) days, respectively, preceding the new hearing date. Therefore, any opposition by CNB to the Receiver's Motion for Review shall be due on or before September 25, 2023, and any reply by the Receiver shall be due on or before October 2, 2023.

DATED: August 28, 2023    RAINES FELDMAN LITTRELL LLP

By: /s/ *Kathy Bazoian Phelps*
    Kathy Bazoian Phelps

*Counsel for Michele Vives
Permanent Receiver*

| | | |
|---|---|---|
| 1 | DATED: August 28, 2023 | LATHAM & WATKINS LLP |
| 2 | | |
| 3 | | By: /s/ *Joshua G. Hamilton* |
| 4 | | Joshua G. Hamilton<br>*Attorneys for City National Bank* |

CASE NO. 2:21-cv-02927-CAS-PD

STIPULATION TO CONTINUE HEARING ON MOTION FOR REVIEW OF ORDER

10028211.1

## ECF ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(I), I, Kathy Bazoian Phelps, attest under the penalty of perjury that I have obtained concurrence and authorization from the other signatory to affix his electronic signature to this filing.

DATED: August 28, 2023     RAINES FELDMAN LITTRELL LLP

By: /s/ *Kathy Bazoian Phelps*
Kathy Bazoian Phelps

*Counsel for Michele Vives Permanent Receiver*