1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>     v.<br><br>ZACHARY J. HORWITZ, *et al.*,<br><br>              Defendants. | Case No.: 2:21-cv-02927-CAS-PDx<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTION OF RECEIVER FOR REVIEW OF MAGISTRATE JUDGE'S DISCOVERY ORDER (DKT. 250) PURSUANT TO FED. R. CIV. P. 72**<br><br>**Proposed New Hearing Date**<br>Date:   October 16, 2023<br>Time:   10:00 a.m.<br>Dept.:   Courtroom 8D<br>Place:   United States District Court<br>             350 West 1st Street,<br>             Los Angeles, CA 90012<br><br>Hon. Christina A. Snyder |

CASE NO. 2:21-cv-02927-CAS-PD

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING

10028212.1

The Court, having considered the Stipulation to Continue Hearing On Motion of Receiver For Review of Magistrate Judge's Discovery Order (Dkt. 250) Pursuant to Fed. R. Civ. P. 72 (the "Motion for Review") by and between Michele Vives, the Court-appointed permanent receiver (the "Receiver") for 1inMM Capital, LLC and its subsidiaries and affiliates and pursuant to the Order on Appointment of a Permanent Receiver issued January 14, 2022 [ECF Dkt. No. 70], and Non-Party City National Bank ("CNB"), through respective counsel of record, and the Court having approved of the Stipulation for good cause shown,

**IT IS HEREBY ORDERED:**

1. The hearing on the Receiver's Motion for Review shall be continued from September 25, 2023 at 10:00 a.m. to October 16, 2023 at 10:00 a.m.;

2. Any opposition by CNB to the Receiver's Motion for Review shall be due on or before September 25, 2023; and

3. Any reply by the Receiver shall be due on or before October 2, 2023.

Dated: August 29, 2023

*Christina A. Snyder*
Hon. Christina A. Snyder
United States District Judge