**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter[2]**

| Matter Description | Hours | Amount |
|---|---|---|
| Accounting / Auditing | 5.5 | $450.46 |
| Asset Analysis and Recovery | 0.0 | $0.00 |
| Business Analysis | 0.0 | $0.00 |
| Business Operations | 0.0 | $0.00 |
| Case Administration | 110.9 | $33,994.19 |
| Forensic Accounting | 213.8 | $57,858.15 |
| Status Reports | 1.4 | $294.53 |
| Expenses | 0.0 | $2,801.85 |
| **Totals** | **331.6** | **$95,399.18** |

---

[2] The Receiver voluntarily reduced her fees for the Fee Period by $1,291.95, attributable to preparation of fee applications, as an accommodation to the receivership estate.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200