**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter**[2]

| Matter Description | Hours | Amount |
|---|---:|---:|
| Case Administration | 33.7 | $24,908.30 |
| Fee Application/Retention of Professionals | 4.6 | $1,009.20 |
| Claims Administration and Objections | 0.0 | $0.00 |
| Pre-Receivership Litigation/Stay | 33.2 | $25,663.70 |
| FBI and Criminal Case Matters | 0.0 | $0.00 |
| SEC Meetings/Discussions | 0.2 | $168.20 |
| Avoidance Actions | 0.0 | $0.00 |
| Asset Disposition | 0.0 | $0.00 |
| Investigation of Assets/Transactions | 28.0 | $23,548.00 |
| Business Operations/Operating Entities | 7.8 | $4,443.80 |
| Expenses | 0.0 | $1,155.56 |
| **Totals** | **107.5** | **$81,899.26** |

---

[2] As an accommodation to the receivership estate, Katten voluntarily reduced its fees for the Fee Period by $2,377.80, attributable to preparation of fee applications and other administrative tasks.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200