Terence G. Banich (SBN 212173)
terence.banich@katten.com
Allison E. Yager (*pro hac vice*)
allison.yager@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

*Attorneys for the Receiver*
Michele Vives

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY J. HORWITZ and 1inMM CAPITAL, LLC,<br><br>Defendants. | Case No. 2:21-cv-02927-CAS-PD<br><br>**NOTICE OF LODGING OF (SECOND REVISED) PROPOSED ORDER GRANTING ECF #235**<br><br>Judge:   Hon. Christina A. Snyder<br>Courtroom: 8D |

1  TO THE HONORABLE COURT AND ALL PARTIES OF RECORD:

2  PLEASE TAKE NOTICE that Michele Vives, not individually, but solely as
3  the federal equity receiver of defendant of 1inMM Capital, LLC and its subsidiaries,
4  affiliates and over the assets more particularly described in the *Order on*
5  *Appointment of Permanent Receiver*, dated January 14, 2022 [ECF #70], hereby
6  lodges the (second revised) proposed order granting ECF #235, styled *[Proposed]*
7  *Order Approving Settlement With Joseph DeAlteris, Jacob Wunderlin, Matthew*
8  *Schweinzger and JJMT Capital, LLC and for Related Relief*.

9  Dated: September 14, 2023          Respectfully submitted,

10                                    **KATTEN MUCHIN ROSENMAN LLP**

11                                    By:   /s/*Terence G. Banich*
                                            Terence G. Banich
12
                                      *Attorneys for the Receiver*
13                                    Michele Vives

# PROOF OF SERVICE

**STATE OF ILLINOIS, COUNTY OF COOK**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, Illinois 60661. On September 14, 2023, I served the following document(s) described as:

**NOTICE OF LODGING OF (SECOND REVISED) PROPOSED ORDER GRANTING ECF #235**

as follows:

**[ ]   BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[ ]   BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address terence.banich@katten.com to the persons at the e-mail address(es) listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ]   BY OVERNIGHT MAIL (FedEx):** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]   BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]   E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on September 14, 2023, at Chicago, Illinois.

*/s/Terence G. Banich*
Terence G. Banich