LATHAM & WATKINS LLP
  Joshua G. Hamilton (Bar No. 199610)
    *joshua.hamilton@lw.com*
  Chandler S. Howell (Bar No. 325329)
    *chandler.howell@lw.com*
10250 Constellation Blvd, Suite 1100
Los Angeles, California 90067
Telephone: +1.424.653.5500
Facsimile: +1.424.653.5501

LATHAM & WATKINS LLP
  Manuel A. Abascal (Bar No. 171301)
    *manny.abascal@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

Attorneys for Non-Party
City National Bank

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>ZACHARY HORWITZ, et al.,<br><br>    Defendants. | Case No. 2:21-cv-02927-CAS-PD<br><br>**NON-PARTY CITY NATIONAL BANK'S UNOPPOSED *EX PARTE* APPLICATION FOR ORDER GRANTING LEAVE TO FILE A SUR-REPLY IN SUPPORT OF OPPOSITION TO RECEIVER'S MOTION FOR REVIEW OF MAGISTRATE JUDGE'S DISCOVERY ORDER (DKT. 250) PURSUANT TO FED. R. CIV. P. 72**<br><br>Hearing Date: October 16, 2023<br>Hearing Time: 10:00 a.m.<br>Courtroom: 8D<br>Address: 350 W. First Street, 8th Fl.<br>    Los Angeles, CA 90012<br><br>Hon. Christina A. Snyder |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
CENTURY CITY

CASE NO. 2:21-CV-02927-CAS-PD
NON-PARTY CNB'S UNOPPOSED *EX PARTE* APPL.
FOR LEAVE TO FILE SUR-REPLY

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE** that Non-Party City National Bank ("CNB") will and hereby does apply *ex parte* for an order granting CNB leave to file a sur-reply in support of its Opposition to the Michele Vives' ("Receiver") Motion for Review of Magistrate Judge's Discovery Order Pursuant to Fed. R. Civ. P. 72. [Dkt. 275] ("Motion"). A copy of CNB's proposed sur-reply ("Sur-Reply") is attached as **Exhibit A** to the concurrently filed Declaration of Joshua G. Hamilton ("Hamilton Decl.").

The grounds for this application are that the Receiver raised new arguments in her Reply brief in support of the Receiver's Motion. Specifically, the Receiver's Reply brief, for the first time:

(1) asserts that this Court should apply a de novo review of Magistrate Judge Patricia Donahue's August 11, 2023 Order Quashing Non-Party City National Bank's Motion to Quash ("Order"), in direct contradiction to her position in her moving papers that the "clearly erroneous and contrary to law" standard applies to the this Court's review; and

(2) relies upon a new Ninth Circuit opinion, *Winkler v. McCloskey*, 2023 WL 6301667 (9th Cir. Sept. 28, 2023), decided three days after CNB submitted its Opposition on September 25, 2023.

The name, address, and telephone number of the Receiver's counsel are:

> **RAINES FELDMAN LITTRELL LLP**
> Kathy Bazoian Phelps (State Bar No. 155564)
> kphelps@raineslaw.com
> 1900 Avenue of the Stars, Suite 1900
> Los Angeles, California 90067
> Telephone: (310) 440-4100
> Facsimile: (310) 691-1943

Pursuant to Local Rule 7-19.1 and this Court's standing order, CNB's counsel called the Receiver's counsel on October 3, 2023 in an attempt to notify her of CNB's *ex parte* application and the relief sought therein. Hamilton Decl. ¶ 4.

2

CASE NO. 2:21-CV-02927-CAS-PD
NON-PARTY CNB'S UNOPPOSED *EX PARTE* APPL.
FOR LEAVE TO FILE SUR-REPLY

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
CENTURY CITY

CNB's counsel was unsuccessful in reaching the Receiver's counsel by phone and left a voicemail. *Id.* A little later that same day, at approximately 4:25 p.m. (PT), CNB's undersigned counsel sent an email to the Receiver's counsel to notify her of CNB's *ex parte* application and the grounds for the requested relief. *Id.*, Ex. B. The Receiver's counsel indicated the Receiver would not oppose CNB's application. *Id.*

    This application is based on this Notice, the supporting Memorandum of Points and Authorities, the Declaration of Joshua G. Hamilton and exhibits thereto, including the proposed Sur-Reply, the pleadings and papers on file in the above-captioned action, the record to date in this matter, and upon such other matters as may be presented to the Court.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
CENTURY CITY

CASE NO. 2:21-CV-02927-CAS-PD
NON-PARTY CNB'S UNOPPOSED *EX PARTE* APPL.
FOR LEAVE TO FILE SUR-REPLY

# MEMORANDUM OF POINTS & AUTHORITIES

Pursuant to Civil Local Rules 7-10 and 7-19, Non-Party City National Bank ("CNB"), by and through its undersigned counsel, hereby respectfully requests leave to file the proposed sur-reply, attached to the concurrently-filed Declaration of Joshua G. Hamilton ("Hamilton Decl.") as **Exhibit A** (the "Sur-Reply"), in support of CNB's Opposition to Receiver's Motion for Review of Magistrate Judge's Discovery Order (Dkt. 250) Pursuant to Fed. R. Civ. P. 72 (the "Motion"). CNB seeks leave to file its Sur-Reply on the basis that the Receiver's Reply: (1) argues for the first time that the Magistrate Judge's Order should be reviewed under a de novo standard, instead of the "clearly erroneous and contrary to law" standard that the Receiver invoked and applied throughout her moving papers; and (2) relies on the Ninth Circuit's decision in *Winkler v. McCloskey*, 2023 WL 6301667 (9th Cir. Sept. 28, 2023) ("*Winkler*"), which was published three days after CNB filed its Opposition.

The Receiver has indicated that she will not oppose this application. *See* Hamilton Decl., Ex. B.

## I.    ARGUMENT

To the extent a moving party is permitted to raise new arguments or issues in a reply brief, courts will generally afford the non-moving party an opportunity to respond to those arguments by granting leave to file a sur-reply. *See, e.g.*, *Chow v. Neutrogena Corp.*, 2013 U.S. Dist. LEXIS 17670, at *2 (C.D. Cal. Jan. 22, 2013) (permitting sur-reply where moving party withheld evidence and argument from opening brief); *Watts v. Aly*, 2020 U.S. Dist. LEXIS 45533, at *4 (C.D. Cal. Jan. 29, 2020) (citing *Banga v. First USA, NA*, 29 F. Supp. 3d 1270, 1276 (N.D. Cal. 2014)); *In re Subpoena to NSF*, 2018 U.S. Dist. LEXIS 178277, at *6 n.7 (E.D.Va. Oct. 16, 2018) (granting motion to file sur-reply where movants raised argument regarding appropriate standard of review for first time in reply brief).

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
CENTURY CITY

CASE NO. 2:21-CV-02927-CAS-PD
NON-PARTY CNB'S UNOPPOSED *EX PARTE* APPL.
FOR LEAVE TO FILE SUR-REPLY

For the first time in her Reply, the Receiver argues this Court should review de novo the Magistrate Judge's Discovery Order under 28 U.S.C. § 636(b)(1)(C), notwithstanding that her moving papers repeatedly and consistently asserted that the appropriate standard of review was "clearly erroneous and contrary to law" under 28 U.S.C. § 636(b)(1)(A). *Compare* Reply at 1 and Motion at 13. As explained in CNB's Sur-Reply, the Receiver's belated request for the Court to review the Magistrate Judge's Order de novo was both waived (by failing to assert it in her Motion) and is contrary to established law.[1] Nevertheless, good cause exists to grant CNB leave to address the Receiver's new argument—first raised in her Reply brief—that the Court should review the Magistrate Judge's Order under a de novo standard.

Additionally, courts often grant leave to file a sur-reply where, as here, the moving party relies on new legal authority in their reply papers. *See, e.g., CYBERsitter, LLC v. People's Republic of China*, 805 F. Supp. 2d 958, 964 (C.D. Cal. 2011) ("To the extent the sur-reply addresses the newly cited legal authority [(Supreme Court decisions issued the same day plaintiff filed its opposition)] and related arguments, . . . the Court considers the sur-reply."); *United States v. Virdine*, 2017 U.S. Dist. LEXIS 125537, at *4-5 (E.D. Cal. Aug. 8, 2017) (granting leave to file sur-reply to address movant's argument regarding recent Supreme Court decision).

Here, the Receiver's Reply cites and relies upon the Ninth Circuit's recent decision in *Winkler* in an attempt to support her argument that "the ADR

---

[1] As explained in CNB's Sur-Reply, the Court should disregard the Receiver's belated argument that de novo review applies as it was raised for the first time in her Reply brief. *See Kharti v. Wilkinson*, 835 Fed. Appx. 938, 939 n.1 (9th Cir. 2021) ("Although [appellant] recognized in his opening brief that our review is for substantial evidence, he argued for the first time in his reply that a different standard of review applies. We decline to address that argument."); *Sheet Metal Workers*, 579 F. Supp. 2d 1063, 1069 (N.D. Ill. 2008) ("Since not raised in their opening brief, plaintiffs have waived the opportunity to reply on deferential review in support of their pending summary judgment motion.").

5

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
CENTURY CITY

CASE NO. 2:21-CV-02927-CAS-PD
NON-PARTY CNB'S UNOPPOSED *EX PARTE* APPL.
FOR LEAVE TO FILE SUR-REPLY

provisions in the Account Agreements do not bind the Receiver," a conclusion directly contrary to the Magistrate Judge's Order. (*Compare* Reply at 4, 18-19, *with* Order at 6-8.)

As the Ninth Circuit decided *Winkler* on September 28, 2023—three days after CNB filed its Opposition—CNB has not had the opportunity to present its legal analysis of *Winkler*, nor respond to the Receiver's arguments regarding *Winkler*. Good cause therefore also exists to grant CNB leave to respond to this new and controlling legal authority cited by the Receiver.

## II.  CONCLUSION

The proposed Sur-Reply is narrowly tailored to address only the two issues described above. Moreover, the Receiver does not oppose CNB's request. *See* Hamilton Decl., Ex. B. For the foregoing reasons, CNB respectfully requests that this Court grant it leave to file the Sur-Reply accompanying this application.

Dated: October 4, 2023                    Respectfully submitted,

**LATHAM & WATKINS LLP**

By  /s/ Joshua G. Hamilton
       Joshua G. Hamilton
       *Attorneys for Non-Party*
       *City National Bank*

6

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
CENTURY CITY

CASE NO. 2:21-CV-02927-CAS-PD
NON-PARTY CNB'S UNOPPOSED *EX PARTE* APPL.
FOR LEAVE TO FILE SUR-REPLY