# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY HORWITZ, et al.,<br><br>Defendants. | Case No. 2:21-CV-02927-CAS-GJS<br><br>**ORDER GRANTING NON-PARTY CITY NATIONAL BANK'S *EX PARTE* APPLICATION FOR ORDER GRANTING LEAVE TO FILE A SUR-REPLY IN SUPPORT OF OPPOSITION TO RECEIVER'S MOTION FOR REVIEW OF MAGISTRATE JUDGE'S DISCOVERY ORDER (DKT. 250) PURSUANT TO FED. R. CIV. P. 72**<br><br>Hon. Christina A. Snyder |

Having considered non-party City National Bank's Unopposed *Ex Parte* Application for Order Granting Leave to File a Sur-Reply in Support of Opposition to Receiver's Motion for Review of Magistrate Judge's Discovery Order (Dkt. 250) Pursuant to Fed. R. Civ. P. 72, and for good cause shown, the Court hereby Orders as follows:

1. City National Bank is granted leave to file the Proposed Sur-Reply, attached to the Declaration of Joshua G. Hamilton as Exhibit A.

**IT IS SO ORDERED.**

Dated: October 6, 2023

                                          Hon. Christina A. Snyder
                                          United States District Judge