**RAINES FELDMAN LITTRELL LLP**
Kathy Bazoian Phelps (State Bar No. 155564)
*kphelps@raineslaw.com*
1900 Avenue of the Stars, Suite 1900
Los Angeles, California 90067
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

*Counsel for Michele Vives,
Permanent Receiver*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY J. HORWITZ, *et al.*,<br><br>Defendants. | Case No.: 2:21-cv-02927-CAS-PD<br><br>**CORRECTION TO REPLY TO NON-PARTY CITY NATIONAL BANK'S OPPOSITION TO MOTION OF RECEIVER FOR REVIEW OF MAGISTRATE JUDGE'S DISCOVERY ORDER (DKT. 250) PURSUANT TO FED. R. CIV. P. 72**<br><br>Date: October 16, 2023<br>Time: 10:00 a.m.<br>Dept.: Courtroom 8D<br>Place: United States District Court<br>      350 West 1st Street,<br>      Los Angeles, CA 90012<br><br>Hon. Christina A. Snyder |

Michele Vives, the receiver ("Receiver") for 1inMM Capital, LLC and its subsidiaries and affiliates, and over assets that are attributable to funds derived from investors or clients of Zachary J. Horwitz and 1inMM Capital, LLC, files this limited correction to her Reply. Upon further consideration, the Receiver believes that the appropriate standard of review is the "clearly erroneous or contrary to law" standard as set forth in 28 U.S.C. § 636(b)(1)(A). The Receiver withdraws the statement and Footnote 1 on page 1 of the Receiver's Reply regarding the standard of review.

DATED: October 9, 2023  RAINES FELDMAN LITTRELL LLP

By: /s/ *Kathy Bazoian Phelps*
Kathy Bazoian Phelps

*Counsel for Michele Vives, Permanent Receiver*