**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter[2]**

| Matter Description | Hours | Amount |
|---|---|---|
| Accounting / Auditing | 5.8 | $398.49 |
| Asset Analysis and Recovery | 0.0 | $0.00 |
| Business Analysis | 0.0 | $0.00 |
| Business Operations | 0.9 | $400.95 |
| Case Administration | 74.2 | $25,544.54 |
| Forensic Accounting | 145.1 | $28,351.19 |
| Status Reports | 0.0 | $0.00 |
| Expenses | 0.0 | $28.05 |
| **Totals** | **226.0** | **$54,723.22** |

---

[2] The Receiver voluntarily reduced her fees for the Fee Period by $1,557.50, attributable to preparation of fee applications, as an accommodation to the receivership estate.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200