**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter[2]**

| Matter Description | Hours | Amount |
|---|---:|---:|
| Case Administration | 9.9 | $5,767.40 |
| Fee Application/Retention of Professionals | 4.8 | $0.00 |
| Claims Administration and Objections | 0.0 | $0.00 |
| Pre-Receivership Litigation/Stay | 39.2 | $32,485.60 |
| FBI and Criminal Case Matters | 0.0 | $0.00 |
| SEC Meetings/Discussions | 0.2 | $168.20 |
| Avoidance Actions | 0.0 | $0.00 |
| Asset Disposition | 0.0 | $0.00 |
| Investigation of Assets/Transactions | 51.2 | $42,805.20 |
| Business Operations/Operating Entities | 13.1 | $7,328.70 |
| Expenses | 0.0 | $669.77 |
| **Totals** | **118.4** | **$89,224.87** |

---

[2] As an accommodation to the receivership estate, Katten voluntarily reduced its fees for the Fee Period by $2,983.30, attributable to preparation of fee applications and other administrative tasks.

Case No. 2:21-cv-02927-CAS-PD
TWENTY-FIRST MONTHLY FEE STATEMENT OF
KATTEN MUCHIN ROSENMAN LLP—SEPTEMBER 2023