Terence G. Banich (SBN 212173)
terence.banich@katten.com
Allison E. Yager (*pro hac vice*)
allison.yager@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

*Attorneys for the Receiver*
Michele Vives

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY J. HORWITZ and 1inMM CAPITAL, LLC,<br><br>Defendants. | Case No. 2:21-cv-02927-CAS-PD<br><br>**PROOF OF SERVICE BY PUBLICATION**<br><br>Judge:  Hon. Christina A. Snyder<br>Courtroom:  8D |

# DECLARATION OF MICHELE VIVES

I, Michele Vives, declare as follows:

1. I am over the age of eighteen years, am under no disability and am competent to testify to the matters set forth herein. Except as otherwise stated, all facts set forth in this declaration are based upon my personal knowledge and/or my review of documents.

2. On January 14, 2022, this Court entered the *Order on Appointment of a Permanent Receiver* [ECF #70], which appointed me to be the federal equity receiver of defendant 1inMM Capital, LLC as well as assets that are attributable to investor or client funds or that were fraudulently transferred by 1inMM or Zachary J. Horwitz.

3. On October 4, 2023, I filed the *Motion of Receiver Michele Vives for Order Approving Settlement with a Confidential Counterparty and for Related Relief* [ECF #276] (the "Motion").

4. I caused legal notices in the form annexed to the Motion as Exhibit 5 [ECF #276-5] and defined therein as the "Published Notice" to be published in (a) the *Wall Street Journal* on October 7, 2023, and (b) the *Los Angeles Times* on October 7, 2023.

5. A true and correct copy of the affidavit of Wayne Sidor, Advertising Clerk of the Publisher of the *Wall Street Journal*, dated October 9, 2023, averring that the *Wall Street Journal* published the Published Notice on October 7, 2023, and attaching a true and correct copy of page B11 of the October 7-8, 2023 edition of the *Wall Street Journal* containing the Published Notice, is attached as **Exhibit 1**.

6. An excerpt of page B11 of the October 7-8, 2023 edition of the *Wall Street Journal* containing the Published Notice, zooming in on the relevant text, is attached as **Exhibit 2**.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

7. A true and correct copy of the declaration of Melinda Marquez, an employee of the Legal Advertising Department of the *Los Angeles Times*, dated October 10, 2023, averring that the *Los Angeles Times* published the Published Notice on October 7, 2023, and incorporating a true and correct copy of the relevant page of the October 7, 2023 edition of the *Los Angeles Times* containing the Published Notice, is attached as **Exhibit 3**.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 11, 2023  /s/*Michele Vives*
in San Diego, California  Michele Vives

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

# PROOF OF SERVICE

**STATE OF ILLINOIS, COUNTY OF COOK**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, Illinois 60661.

On October 11, 2023, I served the following document(s) described as:

**PROOF OF SERVICE BY PUBLICATION**

**[ ]    BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with my employer's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[ ]    BY POSTING ON THE RECEIVERSHIP WEBSITE AND E-MAIL:** Pursuant to paragraph 5 of the *Order Approving Quarterly Report of Receiver Michele Vives (Second Quarter 2022)*, dated August 26, 2022 [ECF #126], I posted a true and correct copy of the aforementioned document(s) on the receivership website (www.1inMMreceivership.com), and caused a hyperlink to the document(s) to be sent from e-mail address 1inMM@douglaswilson.com to the current list of known investors in 1inMM Capital, LLC (or their counsel) on file with the Receiver's office. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ]    BY FEDEX:** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]    BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]    E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct. Executed on October 11, 2023, at Chicago, Illinois.

*/s/Terence G. Banich*
Terence G. Banich