# AFFIDAVIT

STATE OF NEW JERSEY         )
                            ) ss:
CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX )

I, Wayne Sidor, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for National distribution for

1 insertion(s) on the following date(s):  10/07/23

ADVERTISER:

and that the foregoing statements are true and correct to the best of my knowledge.

_Wayne Sidor_

Sworn to
before me this
9th day of
October 2023

_____
Notary Public



# MARKETS

**STREETWISE** | By James Mackintosh



# Monetarism Is Back. It May Not Last.

Disciples of Milton Friedman are delighted: Monetarism seems to be working again, three decades after the economic theory was ditched as the guiding light of central bank policy.

Their happiness is tempered by concern, however, that the supply of money—the core variable at the heart of monetarism—is shrinking. This suggests the Federal Reserve, Bank of England and European Central Bank have gone too far and bad times are ahead.

The Fed focused on controlling the money supply under Chairman Paul Volcker from 1979, but slowly moved back to concentrating on the price of money, the interest rate. In 1993, the Fed stopped targeting the money supply entirely, as Chairman Alan Greenspan told Congress that the long-run relationship between money supply and inflation "seems to have broken down."

This directly contradicts the thesis of monetarism, as set out by Friedman, a winner of the Nobel Prize in economics. "Inflation is always and everywhere a monetary phenomenon in the sense that it is and can be produced only by a more rapid increase in the quantity of money than in output," Friedman wrote in 1970.

Greenspan was right, and for a quarter of a century Friedman was wrong. There was essentially no link between any of the various measures of money supply and inflation through the 1990s, 2000s and 2010s.

The pandemic and the emergency response has reinvigorated monetarists, especially investors, who point out that the massive growth in the money supply predicted inflation with a lead of 18 months. The slowdown in the money supply then predicted lower inflation, again with a lead of 18 months.

Monetarists are now concerned about an unprecedented fall in the money supply year over year, at least as measured by M2, which adds bank notes, checking-account balances, retail money-market funds and low-value time deposits.

In the eurozone and the U.K., the money supply is also falling, including on broader, M3 and M4 measures that add other forms of money, such as business bank accounts, but are no longer produced by the Fed.

"It would be foolish to ignore the monetary shrink," said Matthew McLennan, co-head of global value at First Eagle Investments. "Monetary policy's starting to look pretty tight."

The question is whether looking at the money supply offers a useful guide to how far the Fed is restricting the economy, or if interest rates and bond yields are the better guide.

The argument for focusing on quantity is simple: When inflation is high, it is the money supply that matters.

A paper by the Bank for International Settlements this year concluded that there's no link between the quantity of money and inflation when inflation is low. But in a high-inflation regime, money supply is a near-perfect indicator. Looking at the money supply would have helped economic predictions after the pandemic, not only for individual countries but also when comparing inflation between countries.

"The countries that printed the money had the inflation," said Richard Woolnough, a fund manager at M&G Investments, comparing developed with emerging markets. "The countries that didn't print, or couldn't print, didn't."

The argument against a focus on the money supply is that the cost of money is more important for personal and business decisions that drive the economy. Bank lending is no longer constrained by reserves—the base money issued by the Fed—so the supply of money depends on demand at any given interest rate rather than on how much the Fed creates.

The leap in inflation wasn't because of monetary policy alone, either; it took off in large part because money was handed out by the government as stimulus. In other words, inflation was due to fiscal, not monetary, policy.

When the Fed hugely increased the money supply with QE2 from 2010 onward, the move didn't lead to runaway inflation, despite the fears of economists and investors at the time. Similarly, large amounts of money-printing by the ECB did little to raise inflation for years until the pandemic unleashed government spending.

Isabel Schnabel, a member of the ECB's executive board, said recently that it was possible both for the soaring money supply in 2020 to be a useful indicator of the inflation that came, and for the shrinking money supply now to provide little reason for concern.

She argues that some of the measured money destruction might be no more than a rebalancing of savings into higher-interest, long-dated accounts and assets such as government bonds, which aren't captured in the traditional measures of supply. Money as measured by M2 or M3 goes down, but not because households or businesses are being more cautious.

She points out that there's little link between the size of money-supply moves and the size of recessions. That is a reason to be less worried about the fact that the current shrinkage is the biggest ever.

Even believers in the predictive power of the money supply have to accept that the measures we have give only the roughest of approximations of how far people have run down their pandemic-era savings, how willing banks are to lend, whether CEOs are committing to new investment projects, and other drivers of the economy and inflation.

At the very least it is too early to be sure that the apparent 18-month lead of money supply into inflation since the pandemic will continue. And outside of a crisis such as 2008, when there was an actual shortage of money, I continue to think it is the cost of money, rather than imperfect gauges of how much money is in circulation, that we should watch.

If monetarism is back, the ghost of Friedman has a miserable message: Buy cash and safe bonds, steer clear of stocks sensitive to the economy and don't borrow too much.

If the money supply doesn't matter, then we're back to the year's long-running debate about whether the Fed has raised rates enough, and will keep them high for long enough, to finally slow the economy. Monetarism offers a simpler answer, but it was wrong for a long time before being right. It might be wrong again.



The money supply offered an 18-month lead on the rise and fall of inflation.



Money supply is falling but not in Japan.
Money supply, change from a year earlier*

*Through August  †Excluding intermediate other financial corporations  Source: Refinitiv

# Stocks Rally After Robust Jobs Report

**By Jack Pitcher**

**FRIDAY'S MARKETS**

Stocks rallied to end the week on a high note after investors warmed to an unexpectedly robust U.S. jobs report.

On Friday, the Labor Department said U.S. employers added 336,000 jobs in September, the highest tally since January. The news initially rattled markets, briefly sending bond yields to their highest level in 16 years and pushing major U.S. stock indexes down in early trading.

But Treasury yields came off their highs and stocks rallied after many analysts and portfolio managers concluded that the report continued a recent trend of softening wage growth. That is important because economic data has often come in stronger than Wall Street expected in recent months, leading investors to rethink whether the Federal Reserve is done lifting interest rates and how long it will keep them at a restrictive level.

The S&P 500 rose 1.2%, the Dow Jones Industrial Average added 0.9%, and the Nasdaq Composite was 1.6% higher.

The reversal during the trading session put the spotlight on a much-debated question on Wall Street: Whether good economic news is good or bad for stocks. On one hand, a resilient job market and strong consumer spending could boost corporate profits. But rising yields on expectations that the Fed may hold rates higher for longer are likely to reverberate throughout the economy, including in the form of higher borrowing costs that have weighed on stock prices.

"This move in yields will continue to serve as a gale force headwind to equities," said Alex McGrath, chief investment officer at NorthEnd Private Wealth.

The S&P 500 eked out a 0.5% weekly gain, snapping a four-week losing streak. The broad-based index is down 6% from its recent July high. Its gain for the year has now been pared down to 12%.

Traders in interest rate derivatives now see a 32% of another Fed rate hike at its November meeting, up from 20% before the jobs report, according to CME Group's FedWatch tool.

Analysts at BNP Paribas said Friday that rapidly rising yields may effectively tighten borrowing conditions without requiring another rate rise.

Index performance this past week

---

ADVERTISEMENT

## The Marketplace
To advertise: 800-366-3975 or WSJ.com/classifieds

**BUSINESS OPPORTUNITIES**

**Retired Sr. IT Execs Wanted!**
• Tap into your IT Network
• Introduce our top-tier SaaS app
• Earn Lucrative Referral Fees
Join us & boost your retirement income.
Contact spencer.ewald@cai.io for info

**NOTICE OF SALE**

NOTICE OF PUBLIC SALE • Property to be Sold
Public Sale No. 1: Tuesday, October 10th, 2023
10:00 a.m. EST
(Prime/Alt-A NIM, Subprime, Zero Factor - RMBS)

| Lot # | Cusip | Issue | Original Face (USD) |
|---|---|---|---|
| 1 | 3622MCAB3 | GSMSC 2007-NIM2 N2 | 3,700,000 |
| 2 | 00764MED5 | AABST 2004-6 N | 5,000,000 |
| 3 | 0007778BR0 | ABSN 2005-HE5 A | 5,000,000 |
| 4 | 149754A26 | ABSN 2005-HE6 A1 | 5,000,000 |
| 5 | 126673P22 | CWL 2005-4 MF1 | 5,000,000 |
| 6 | 57643LGG5 | MABS 2005-NC1 M2 | 2,000,000 |
| 7 | 61744CKQ8 | MSAC 2005-HE1 M3 | 5,000,000 |
| 8 | 68389FGL2 | OOMLT 2005-1 M2 | 6,000,000 |
| 9 | 73316PCK4 | POPLR 2005-2 M1 | 4,000,000 |
| 10 | 12668BDT7 | CWALT 2005-76 M6 | 4,000,000 |
| 11 | 12668BDU4 | CWALT 2005-76 M7 | 4,000,000 |
| 12 | 126694T73 | CWALT 2006-OA2 M9 | 2,752,000 |
| 13 | 126694P69 | CWHL 2006-OA5 1M6 | 3,078,000 |
| 14 | 36828QQW9 | GECMC 2005-C4 J | 7,500,000 |
| 15 | 39538WFR4 | GPMF 2006-AR1 B1 | 811,000 |
| 16 | 86359L5V2 | SAMI 2006-AR2 B6 | 1,288,000 |
| 17 | 86360KAQ1 | SAMI 2006-AR3 1B6 | 1,668,000 |

Dock Street Capital Management LLC, on behalf of Wells Fargo Bank, National Association, in its capacity as trustee (the "Trustee"), will be conducting a public sale of certain collateral pledged to the Trustee. The Collateral (as defined herein) will be offered and sold by the Trustee without recourse, representations, or covenants, express or implied, being made by the Trustee with respect to the Collateral (except as to title to the Collateral) or with respect to any other information then in the Trustee's possession, including without limitation any offering circular or other financial information. Location of Sales. The sales will be held at 575-B Riverside Avenue, Westport, CT 06880. Additional Information. Please be advised that the sale of each security listed above may be made only to the best bidder who is also a qualified bidder and may be subject to a reserve level. For additional information, including with respect to qualified bidder status, and to obtain copies of an Investor Representation and Confidentiality Agreement, contact David Crowle or Jeffrey Holtman by email at dcrowle@dockstreetcap.com or jholtman@dockstreetcap.com, respectively, by phone at (212) 457-8258, by facsimile at (212) 457-8269 or by mail addressed to 575-B Riverside Avenue, Westport, CT 06880. Disclaimer. The Trustee is authorized at such sale, if the Trustee deems it advisable or is required by applicable law to do so: (i) to restrict the prospective bidders on or purchasers of any of the above identified securities (the "Collateral") to be sold to those who will represent and agree that they are purchasing for their own account for investment and not with a view to the distribution or resale of any of such securities, (ii) to verify that each certification for each security to be sold that has not been registered under the Securities Act of 1933 bears a legend substantially to the effect that such security has not been registered under the Securities Act of 1933, as amended, and may not be disposed of in violation of the provisions of said Act, (iii) to disclaim and to refuse to give any warranty (other than as to title), and (iv) to impose such other limitations or conditions in connection with any such sale as the Trustee deems necessary or advisable.

**PUBLIC NOTICES**

PLEASE TAKE NOTICE THAT Michele Vives, the Court-appointed Receiver ("Receiver") for 1inMM Capital, LLC ("1inMM") as well as assets that are attributable to investor or client funds or that were fraudulently transferred by 1inMM and/or Zachary J. Horwitz ("Horwitz"), and certain plaintiffs who invested in 1inMM, have reached an agreement to settle and release all claims asserted or that could have been asserted against a professional services firm whose identity the Receiver has agreed to keep confidential ("Settling Party") as to any acts or omissions arising out of, in connection with or relating in any way to the 1inMM Ponzi Scheme, the services provided by the Settling Party and all threatened claims against the Settling Party in exchange for a payment to the Estate ("Settlement"). As part of the Settlement, the Receiver has asked the Court to permanently bar and enjoin any person or entity from commencing or continuing any legal proceeding against the Settling Party asserting any legal or equitable claim arising out of, in connection with or relating in any way to, the 1inMM Ponzi Scheme, as more particularly described in the proposed Bar Order (a "1inMM Claim"). All 1inMM Claims will be channeled into a receivership claims process the United States District Court for the Central District of California will establish by separate order.

Interested parties may submit written questions or objections to the Settlement to the Receiver by sending an email to 1inMM@douglassilson.com by no later than 4:00 pm PDT on November 6, 2023, though disclosure of certain information will require entry into non-disclosure agreement. (All capitalized terms not defined in this notice are defined in the Settlement Agreement or the Motion.)

THE WALL STREET JOURNAL
**THE MARKETPLACE**
ADVERTISE TODAY
(800) 366-3975
© 2023 Dow Jones & Company, Inc. All Rights Reserved.

---

**AVIATION**



# A new way of flying has taken off.

Unity Jets offers trip-by-trip solutions with no membership fees and no initial capital. Call us to request an all inclusive quote on a future trip.



888.758.5387   UNITYJETS.COM

---

**BUSINESS OPPORTUNITIES**

**ALLIANCE MORTGAGE FUND**
**8%-9% RETURN**
REAL ESTATE SECURED
FIXED INCOME FUND
SEEKING RIA'S &
ACCREDITED INVESTORS
CALL:
**866-700-0600**
ALLIANCE PORTFOLIO
120 Vantis Dr., Ste. 515 • Aliso Viejo, CA 92656
www.AlliancePortfolio.com
RE Broker • CA DRE # 02066955 Broker License ID

**Dreaming of a New Life & Career?**
Travel The World. Write It All Off.
I Will Teach You Everything.
**FOR SALE**
Iconic, Highly-Profitable
Antiques Business
& Income Property
Beautiful Litchfield County, CT
Includes Significant Inventory
Turnkey Operation and 1 Year Support
**NO BROKERS**
reply to:
elementalfrance@icloud.com



**Black Swan Insurance**
"It's Wise to Own Part of a Farm"
Seeking investors for a 400+acres "Safe Haven" farm, located three hours from NYC. Premises offers high operational security, above and below ground facilities, self-sustaining food supplies and part-time medical director for members. Minimum investment of $3M. Serious inquiries only.
Contact: **ahfarms.org**

---

**BUSINESS OPPORTUNITIES**

Private Investment Opportunity:
**Celebrity/High End NYC Design and Build Firm for Rooftop Gardens and Environmental Green Spaces Seeks $3M+ Expansion Capital**

Est. 2005 the Company has a devoted client list of top commercial architectural and construction firms and high-net-worth individuals. 60/40 split of commercial/residential work. Projects include multifamily, hospitality, commercial, institutional, civic, cultural, mixed-use buildings and structures within New York City and the Tri-State Area. Our ardent clients are architects, developers, management companies, and individuals looking to integrate multifunctional green spaces within their urban environments. We utilize sustainable practices and materials to ensure low maintenance solutions that endure and become an integral part of the building structure.

Significant growth drivers include value-add for property owners, managers, and landlords to increase occupancy. We help property owners comply with NYC Local Law 97 (LL97) that mandates energy efficiency and the reduction of carbon emissions. Planned expansion to the Hamptons where many clients have second homes. There are ~ 1 million buildings in NYC of which less than 1% have any sort of green space. This is an exploding $176.5 billion-dollar national marketplace. Target revenues of $25M+. Investment structure and terms negotiable.

Confidential information overview available with signed NDA. Qualified private investors and corporate strategic partners only. Send e-mail with contact information and background to Steve Weintz at sweintz@sbwventuresinc.com

---

**BUSINESS OPPORTUNITIES**
**High Tax Bracket?**
**11.23% Return** (Ann. Net-No Tax)
Leased Shipping
Containers - Houston
**10yr. Lease — $19,675**
Information Requests
mgmt@apcholdingstx.com

**LEGAL SERVICES**
STAR MEDICAL AUDITING SERVICES
**TPE, RAC, PAYMENT INTEGRITY, OR COMPLIANCE AUDITS?**
Our US-Based Clinicians & Auditors review your charts to ensure integrity & compliance!
MAXIMIZE RECOVERIES, MINIMIZE RISKS
Contact Us Today!   inquiry@starauditing.com