Terence G. Banich (SBN 212173)
terence.banich@katten.com
Allison E. Yager (*pro hac vice*)
allison.yager@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

*Attorneys for the Receiver*
Michele Vives

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:21-cv-02927-CAS-PD |
| Plaintiff, | **NINETEENTH MONTHLY FEE STATEMENT OF RECEIVER MICHELE VIVES—JULY 2023** |
| v. | Judge: Hon. Christina A. Snyder |
| ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC, | Courtroom: 8D |
| Defendants. | |

Michele Vives, in her capacity as the receiver in the above-captioned action (the "Receiver"), pursuant to paragraphs 3(b) and 3(d) of the *Order Granting Motion of Receiver Michele Vives for Order Establishing Procedures for Allowance of Compensation and Reimbursement of Expenses*, dated February 22, 2022 [ECF #77] (the "Interim Compensation Procedures Order"), hereby files this monthly fee statement (this "Monthly Fee Statement") for (i) compensation in the amount of $69,660.00 (80% of $87,075.00)[1] for the reasonable and necessary services rendered by the Receiver from July 1, 2023 through and including July 31, 2023 (the "Fee Period") and (ii) reimbursement of the actual and necessary expenses that the Receiver incurred, in the amount of $28.05 during the Fee Period.

### Statement of Fees and Expenses

In support of this Monthly Fee Statement, attached are the following exhibits:

•	**Exhibit A** is a schedule for the Fee Period, setting forth the total amounts of compensation sought with respect to each category of services for which the Receiver is seeking payment in this Monthly Fee Statement.

•	**Exhibit B** is a schedule for the Fee Period providing certain information regarding the professionals for whose work in this receivership compensation is sought in this Monthly Fee Statement. The Receiver and her staff at Douglas Wilson Companies have expended a total of 376.3 hours in connection with this proceeding during the Fee Period.

•	**Exhibit C** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which the Receiver is seeking reimbursement in this Monthly Fee Statement. All of these

---

[1]  The Receiver voluntarily reduced her fees for the Fee Period by $2,754.00, attributable to preparation of fee applications, as an accommodation to the receivership estate.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

disbursements comprise the requested sum for the Receiver's out of pocket expenses.

• **Exhibit D** consists of the Receiver's invoice of fees and expenses incurred during the Fee Period in the rendition of the professional services to the Receiver. This invoice may have been redacted to maintain privilege and confidentiality, in accordance with paragraph 3(a) of the Interim Compensation Procedures Order.

Although every effort has been made to include in this Monthly Fee Statement all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. The Receiver reserves the right to make further application to this Court for allowance of such fees and expenses not included herein in accordance with the Interim Compensation Procedures Order.

Notice of this Monthly Fee Statement will be provided in accordance with the procedures set forth in the Interim Compensation Procedures Order.

## Objection Period

The Notice Parties specified in paragraph 3(a) of the Interim Compensation Procedures Order shall have 10 days from the date hereof, i.e., until 4:00 p.m. prevailing Pacific Time on **August 21, 2023** (the "Objection Period"), to review the Monthly Fee Statement and serve a Notice of Objection (as defined in the Interim Compensation Procedures Order) on the Receiver.

In accordance with paragraph 3(c) of the Interim Compensation Procedures Order, after the Objection Period expires at 4:00 p.m. prevailing Pacific Time on August 21, 2023, the Receiver shall pay, without further order of the Court, 80% of the fees and 100% of the expenses the Receiver has requested in the Monthly Fee Statement that are not the subject of a Notice of Objection. Based on that formula, the Receiver shall receive $69,660.00 of the fees and $28.05 of the expenses unless a timely Notice of Objection is served.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

1

2      Dated: August 10, 2023                    Respectfully submitted,

3                                                **KATTEN MUCHIN ROSENMAN LLP**

4                                                By:    /s/*Terence G. Banich*
                                                        Terence G. Banich
5
                                                 *Attorneys for the Receiver*
6                                                Michele Vives

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

## STATE OF ILLINOIS, COUNTY OF COOK

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, IL 60661.

On August 10, 2023, I served the following document(s) described as:

**NINETEENTH MONTHLY FEE STATEMENT OF RECEIVER MICHELE VIVES—JULY 2023**

on counsel of record in this action as follows:

**[ ] BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[ ] BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address terence.banich@katten.com to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ] BY OVERNIGHT MAIL (FedEx):** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ] BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X] E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on August 10, 2023, at Chicago, Illinois.

*/s/Terence G. Banich*
Terence G. Banich

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

## Exhibit A
### Summary of Total Fees and Expenses by Subject Matter[2]

| Matter Description | Hours | Amount |
|---|---|---|
| Accounting / Auditing | 9.1 | $1,122.75 |
| Asset Analysis and Recovery | 0.5 | $157.50 |
| Business Analysis | 0.0 | $0.00 |
| Business Operations | 0.3 | $121.50 |
| Case Administration | 105.2 | $29,607.75 |
| Forensic Accounting | 248.4 | $52,389.00 |
| Status Reports | 12.8 | $3,676.50 |
| Expenses | 0.0 | $28.05 |
| **Totals** | **376.3** | **$87,103.05** |

[2] The Receiver voluntarily reduced her fees for the Fee Period by $2,754.00, attributable to preparation of fee applications, as an accommodation to the receivership estate.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

## Exhibit B
### Summary of Total Fees and Hours by Professionals

| Professional | Position with the Applicant | Years of Experience | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Michele Vives | Receiver | 17 | $405.00 | 34.8 | $14,094.00 |
| Douglas Wilson | Executive Management | 33 | $405.00 | 6.9 | $2,794.50 |
| Rene Weidman | Executive Management | 17 | $405.00 | 68.4 | $24,948.00 |
| Lynn Goodridge | Executive Management | 25 | $405.00 | 0.3 | $121.50 |
| Ryan Baker | Project Director | 12 | $315.00 | 21.0 | $6,615.00 |
| Michael Wilson | Project Associate Director | 1 | $157.50 | 86.4 | $13,608.00 |
| Lisset Rocha | Accounting | 4 | $157.50 | 122.8 | $19,341.00 |
| Kristine Bickings | Administrative | 8 | $157.50 | 15.9 | $2,504.25 |
| Kristina Godinez | Project Associate | 10 | $157.50 | 16.7 | $2,630.25 |
| James Johnson | Administrative | 25 | $135.00 | 3.1 | $418.50 |
| **Totals** | | | | **376.3** | **$87,075.00** |

# Exhibit C
# Summary of Actual and Necessary Expenses

| Expenses by Category | Amount |
|---|---|
| Background Checks | $28.05 |
| **Total** | **$28.05** |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

**Exhibit D**
**Invoices**



Services for month ending July 31, 2023

Invoice #: 92556
Invoice Date: 08/10/2023
Due Date: 08/21/2023

1620 Fifth Avenue, Suite 400
San Diego, CA 92101
Phone: 619 641-1141
Fax: 619-641-1150
douglaswilson.com

SEC v Horwitz
Attn: Michele Vives
1620 Fifth Avenue, Suite 400
San Diego, CA 92101
United States

## 10129 SEC v Horwitz

### Services

| Date | Timekeeper | Description | Hours | Total |
|------|-----------|-------------|-------|-------|
| 07/05/2023 | MV | Case Administration: Respond to email regarding aggregator and their seeking for mediation. | 0.20 | $81.00 |
| 07/05/2023 | LR | Case Administration: Update investor listing | 0.90 | $141.75 |
| 07/05/2023 | MV | Case Administration: Review motion regarding objections to Crookston. | 0.40 | $162.00 |
| 07/05/2023 | RB | Case Administration: Meeting with M. Vives, K. Godinez and K. Bickings re: upcoming projects and investor communications. | 0.50 | $157.50 |
| 07/05/2023 | LR | Accounting/Auditing: Set up foreign wire payment for Rogue Black | 0.30 | $47.25 |
| 07/05/2023 | LR | Case Administration: Follow up with investors regarding production of information | 0.40 | $63.00 |
| 07/05/2023 | MV | Case Administration: Call with team regarding transitional responsibilities. | 0.50 | $202.50 |
| 07/05/2023 | LR | Forensic Accounting: Update forensic accounting software (1.0) | 1.00 | $157.50 |
| 07/05/2023 | JJ | Case Administration: Update Investor Listing. | 0.80 | $108.00 |
| 07/05/2023 | KB | Case Administration: Internal team meeting to discuss transitional responsibilities. | 0.50 | $78.75 |

| 07/05/2023 | KB | Case Administration: Review and organize files received from LLC's (3.5). Update SEC To Do list and recirculate (3). Send follow up emails to LLC's (.6). | 7.10 | $1,118.25 |
|---|---|---|---|---|
| 07/05/2023 | JJ | Case Administration: Update Investor List. | 0.40 | $54.00 |
| 07/05/2023 | LR | Forensic Accounting: Update forensic software | 3.60 | $567.00 |
| 07/05/2023 | KG | Case Administration: Review documents prior to call (.2). Call with internal team re: transitioning responsibilities (.5) | 0.70 | $110.25 |
| 07/05/2023 | JJ | Case Administration: Update client contact list | 0.50 | $67.50 |
| 07/05/2023 | RW | Accounting/Auditing: Begin review of June invoice | 2.50 | $0.00 |
| 07/05/2023 | RW | Forensic Accounting: Review email response from investor. Update forensic software. | 0.30 | $121.50 |
| 07/05/2023 | MDW | Forensic Accounting: Updated and resent letters to unresponsive LLC members. (1.0) Continued breakdown of transaction summary for LLC's. (6.0) | 7.00 | $1,102.50 |
| 07/05/2023 | DW | Case Administration: Review general project updates, including recent settlement discussions. | 0.80 | $324.00 |
| 07/05/2023 | LR | Case Administration: Call with investor and email to multiple investors | 0.60 | $94.50 |
| 07/06/2023 | JJ | Case Administration: Continue updating the investor contact List. | 0.70 | $94.50 |
| 07/06/2023 | LR | Forensic Accounting: Update forensic software | 2.20 | $346.50 |
| 07/06/2023 | MV | Case Administration: Review court email regarding canceling hearing. Email correspondence with FBI for a conference call. | 0.40 | $162.00 |
| 07/06/2023 | LR | Forensic Accounting: Continue with investor analysis | 0.20 | $31.50 |
| 07/06/2023 | KB | Case Administration: Organize files received from LLC's (3). Update LLC contact list (1.1). | 4.10 | $645.75 |
| 07/06/2023 | LR | Accounting/Auditing: Contact Bank of America for information reg. closing account | 0.30 | $47.25 |
| 07/06/2023 | MV | Case Administration: Attend portion of call with sub-aggregator & R.Weidman regarding settlement. | 0.50 | $202.50 |
| 07/06/2023 | LR | Forensic Accounting: Continue with investor analysis | 0.90 | $141.75 |
| 07/06/2023 | MV | Case Administration: Call with Judge Schenkier regarding mediation and settlement. | 0.70 | $283.50 |

| 07/06/2023 | LR | Case Administration: Internal team meeting regarding forensics and next steps | 1.00 | $157.50 |
|---|---|---|---|---|
| 07/06/2023 | KB | Case Administration: Internal team meeting regarding forensics and next steps | 1.00 | $157.50 |
| 07/06/2023 | LR | Forensic Accounting: Continue with investor analysis | 2.30 | $362.25 |
| 07/06/2023 | RW | Case Administration: Phone call with sub-aggregators and M.Vives | 0.90 | $364.50 |
| 07/06/2023 | RW | Case Administration: Internal team meeting regarding forensics and next steps | 1.00 | $405.00 |
| 07/06/2023 | MDW | Case Administration: Internal team meeting regarding forensics and next steps | 1.00 | $157.50 |
| 07/06/2023 | KG | Case Administration: Reviewed and cross referenced folders and excel reports along with the notes provided (1), reviewed investor outlook inbox (.4), researched Court's site for NEF application and reviewed docket (.3), emailed f/u questions to K. Bickings and M. Vives (.1), Internal team meeting re forensic accounting and next steps (1). | 2.80 | $441.00 |
| 07/06/2023 | MV | Case Administration: Internal team meeting regarding forensics and next steps. | 1.00 | $405.00 |
| 07/06/2023 | RW | Accounting/Auditing: Finish review of June invoice | 1.00 | $0.00 |
| 07/06/2023 | MDW | Case Administration: Confirm receipt of documents provided by LLC's | 0.20 | $31.50 |
| 07/06/2023 | MDW | Case Administration: Call with LLC member requesting information and background of case. | 0.30 | $47.25 |
| 07/06/2023 | MDW | Forensic Accounting: Continued breakdown of transaction summary for LLC's. | 6.50 | $1,023.75 |
| 07/06/2023 | RB | Case Administration: Internal team meeting regarding forensics and next steps. | 1.00 | $315.00 |
| 07/06/2023 | RB | Case Administration: Communications with R. Weidman re: BofA account and closure. Communications with A. Levitas re: transfer of funds, closure of account, and follow up on distributor handling of request. | 0.30 | $94.50 |
| 07/07/2023 | LR | Forensic Accounting: Continue with investor analysis | 1.60 | $252.00 |
| 07/07/2023 | MV | Case Administration: Call with FBI regarding administrative procedures. | 0.50 | $202.50 |
| 07/07/2023 | LR | Forensic Accounting: Continue with investor analysis | 2.50 | $393.75 |
| 07/07/2023 | KB | Case Administration: Review all documents received from LLCs (2). | 3.20 | $504.00 |

|  |  | Send email correspondences to multiple LLC investors (.7). Update contact list (.5). |  |  |
|---|---|---|---|---|
| 07/07/2023 | RW | Accounting/Auditing: Update DWC June Invoice | 0.30 | $0.00 |
| 07/07/2023 | MV | Case Administration: Call with counsel regarding settlement agreement with sub-aggregator and aggregator. | 0.40 | $162.00 |
| 07/07/2023 | MV | Case Administration: Follow up with FBI regarding list of entities. | 0.20 | $81.00 |
| 07/07/2023 | RB | Case Administration: Research qualified settlement fund issues and timing for tax-related items. | 0.70 | $220.50 |
| 07/07/2023 | RW | Forensic Accounting: Continue preparing summary schedule for managing members of aggregator. | 1.50 | $607.50 |
| 07/07/2023 | KG | Case Administration: Reviewed various email follow ups to LLC members and updated internal notes. | 0.60 | $94.50 |
| 07/07/2023 | MDW | Forensic Accounting: Continued breakdown of transaction summary for LLC's. | 8.00 | $1,260.00 |
| 07/07/2023 | DW | Case Administration: Follow up on the status of identifying all of the investors (.4). Monitor recent email traffic and respond as needed (.2) | 0.60 | $243.00 |
| 07/07/2023 | LR | Case Administration: Communication with investor regarding document production request | 0.20 | $31.50 |
| 07/07/2023 | LR | Case Administration: Prepare listing of all Horwitz Business Entities | 0.50 | $78.75 |
| 07/07/2023 | LR | Forensic Accounting: Continue with investor analysis | 2.00 | $315.00 |
| 07/10/2023 | LR | Forensic Accounting: Continue with investor analysis | 4.00 | $630.00 |
| 07/10/2023 | RW | Case Administration: Meeting with K.Godinez on LLC's | 0.70 | $283.50 |
| 07/10/2023 | KG | Case Administration: Meeting with R. Weidman on LLC's | 0.70 | $110.25 |
| 07/10/2023 | MDW | Forensic Accounting: Continued breakdown of transaction summary for LLC's. | 3.30 | $519.75 |
| 07/10/2023 | DW | Case Administration: Review general project updates, including status updates on various settlements (.8) Follow up internal discussions (.2). | 1.00 | $405.00 |
| 07/10/2023 | LR | Forensic Accounting: Communication with investor and download documents | 0.40 | $63.00 |
| 07/11/2023 | LR | Forensic Accounting: Continue with investor analysis | 3.70 | $582.75 |
| 07/11/2023 | RB | Case Administration: Zoom conference with counsel re: negotiations on | 0.30 | $94.50 |

| | | | | |
|---|---|---|---|---|
| | | arbitration matter. | | |
| 07/11/2023 | MV | Case Administration: Response to plaintiffs counsel regarding sub-aggregator's settlement. | 0.20 | $81.00 |
| 07/11/2023 | MV | Forensic Accounting: Review accounting forensic schedule for net loser. | 1.00 | $405.00 |
| 07/11/2023 | LR | Forensic Accounting: Review and update net totals for investor | 0.80 | $126.00 |
| 07/11/2023 | RW | Accounting/Auditing: Finalize SEC June invoice and send to Attorney | 1.00 | $0.00 |
| 07/11/2023 | KG | Case Administration: Received requested documents from member of LLC, responded and saved docs in corresponding folder (.1), briefly reviewed for other members (.2), reviewed investor list report on how information is entered, corresp. w/L. Rocha (.4), reviewed additional email updates from L. Rocha (.1), updated report w/current status (.1). | 0.90 | $141.75 |
| 07/11/2023 | MDW | Forensic Accounting: Continued breakdown of transaction summary for LLC's. | 1.80 | $283.50 |
| 07/12/2023 | LR | Case Administration: Review LLC investment schedule for additional managing member records | 0.40 | $63.00 |
| 07/12/2023 | LR | Forensic Accounting: Continue with investor analysis | 4.50 | $708.75 |
| 07/12/2023 | MV | Case Administration: Develop and review revised forensic schedule for net loser in sub-aggregator. Discussion with investor regarding same. | 1.00 | $405.00 |
| 07/12/2023 | LR | Forensic Accounting: Meet with R. Weidman to review aggregator analysis | 2.30 | $362.25 |
| 07/12/2023 | RW | Forensic Accounting: Reviewing sub-aggregator analysis with L.Rocha | 2.30 | $931.50 |
| 07/12/2023 | LR | Case Administration: Update investor log and file | 0.20 | $31.50 |
| 07/12/2023 | LR | Forensic Accounting: Continue with investor analysis | 1.00 | $157.50 |
| 07/12/2023 | RW | Forensic Accounting: Continue updating aggregator summary schedule | 0.80 | $324.00 |
| 07/12/2023 | MDW | Forensic Accounting: Continued breakdown of transaction summary for LLC's. | 2.10 | $330.75 |
| 07/12/2023 | DW | Case Administration: Review general project updates, including status updates on various settlements. | 0.60 | $243.00 |
| 07/13/2023 | MV | Case Administration: Review settlement Motion, Proposed Order, and Declarations. | 1.00 | $405.00 |
| 07/13/2023 | MDW | Case Administration: Saved bank statements provided by sub-aggregator. | 0.20 | $31.50 |

| 07/13/2023 | LR | Forensic Accounting: Continue with investor analysis | 1.60 | $252.00 |
| 07/13/2023 | LR | Forensic Accounting: Continue with investor analysis | 6.50 | $1,023.75 |
| 07/13/2023 | KG | Case Administration: Updated investor list report with new contact information (.1), reviewed status on investor report and emailed follow ups w/attachments (.6). | 0.70 | $110.25 |
| 07/13/2023 | MV | Case Administration: Review confidential files related to settlement with managing member of aggregator. | 1.00 | $405.00 |
| 07/13/2023 | RB | Status Reports: Draft outline of Quarterly Report. Make comparisons with prior report. Review communications for updates to include. | 0.80 | $252.00 |
| 07/13/2023 | RB | Case Administration: Attend portion of zoom conference with legal team and M. Vives re: arbitration strategy and timeline. | 0.70 | $220.50 |
| 07/13/2023 | RW | Forensic Accounting: Continue summarizing aggregator investor schedule. | 1.00 | $405.00 |
| 07/13/2023 | MV | Case Administration: Meeting with counsel regarding arbitration over film distribution. | 1.00 | $405.00 |
| 07/13/2023 | MV | Case Administration: Review of various investments made by 1inMM Capital for recapture of funds. | 1.00 | $405.00 |
| 07/13/2023 | MDW | Forensic Accounting: Continued breakdown of transaction summary for LLC's. | 5.00 | $787.50 |
| 07/14/2023 | LR | Forensic Accounting: Continue with investor analysis | 6.50 | $1,023.75 |
| 07/14/2023 | RB | Status Reports: Communications with T. Banich re: updating specific sections to the quarterly report (.1). Review prior section and note updates (.1). Relays questions on other settlement discussions (.1). | 0.30 | $94.50 |
| 07/14/2023 | MV | Case Administration: Call with counsel regarding several settlement agreements. | 1.00 | $405.00 |
| 07/14/2023 | MV | Case Administration: Call with plaintiffs counsel regarding settlement with sub-aggregator. | 0.20 | $81.00 |
| 07/14/2023 | LR | Forensic Accounting: Review document production | 0.40 | $63.00 |
| 07/14/2023 | MV | Forensic Accounting: Create settlement and clawback spreadsheet for analysis. | 1.50 | $607.50 |
| 07/14/2023 | RW | Forensic Accounting: Continue preparing summary schedule for aggregator | 2.00 | $810.00 |
| 07/14/2023 | MV | Case Administration: Respond to various emails regarding SEC | 0.50 | $202.50 |

Invoice #: 92556 - 10129 SEC v Horwitz - 08/10/2023

| | | settlements with professional firms and financial institutions. | | |
|---|---|---|---|---|
| 07/14/2023 | DW | Case Administration: Confirm the status on the confidential settlements | 0.40 | $162.00 |
| 07/14/2023 | RB | Case Administration: Communications with M. Vives re: internal communications and update on adjunct litigation. | 0.20 | $63.00 |
| 07/14/2023 | LR | Accounting/Auditing: Process payment and confirm receipt | 0.20 | $31.50 |
| 07/14/2023 | LR | Accounting/Auditing: Communication with L. Goodridge regarding wire details | 0.20 | $31.50 |
| 07/17/2023 | LR | Accounting/Auditing: Review invoices, save to file and update GL accounts for reconciling | 1.10 | $173.25 |
| 07/17/2023 | LR | Forensic Accounting: Continue with investor analysis | 3.90 | $614.25 |
| 07/17/2023 | KG | Case Administration: Meeting w/L. Rocha re multiple reports and their locations (.6), reviewing various folders and excel reports w/ L.Rocha (.5), email corresp. re same w/L. Rocha (.2). | 1.30 | $204.75 |
| 07/17/2023 | RB | Status Reports: Continue drafting Receiver's Second Quarter 2023 report to be filed with the Court. | 1.50 | $472.50 |
| 07/17/2023 | MV | Case Administration: Call with Counsel regarding tolling agreement for financial institution. | 0.30 | $121.50 |
| 07/17/2023 | LR | Forensic Accounting: Review investment analysis with R.Weidman | 2.20 | $346.50 |
| 07/17/2023 | MV | Case Administration: Develop work plan on next steps | 2.00 | $810.00 |
| 07/17/2023 | RW | Forensic Accounting: Review sub-aggregator analysis with L.Rocha | 2.20 | $891.00 |
| 07/17/2023 | LR | Case Administration: Communications to K. Godinez reg. questions on investors | 0.60 | $94.50 |
| 07/17/2023 | LG | Business Operations: Follow up with Haus Capital CPA regarding 2022 tax information needed. | 0.30 | $121.50 |
| 07/17/2023 | RW | Forensic Accounting: Continue summarizing aggregator schedule | 3.00 | $1,215.00 |
| 07/17/2023 | LR | Case Administration: Review filing and reports with K. Godinez | 0.50 | $78.75 |
| 07/18/2023 | LR | Forensic Accounting: Continue with investor analysis | 0.60 | $94.50 |
| 07/18/2023 | LR | Forensic Accounting: Continue with investor analysis | 5.80 | $913.50 |
| 07/18/2023 | MV | Case Administration: Discussion with R Baker regarding investment and purchase by EJ Gallo. | 0.30 | $121.50 |

| 07/18/2023 | MV | Case Administration: Call with Counsel regarding distribution spreadsheet and settlement negotiations with aggregator. | 0.50 | $202.50 |
| 07/18/2023 | LR | Case Administration: Work flow meeting with receiver | 1.30 | $204.75 |
| 07/18/2023 | MV | Case Administration: Work flow meeting with project managers. | 1.30 | $526.50 |
| 07/18/2023 | RW | Case Administration: Work flow discussion with L.Rocha and M.Vives | 1.30 | $526.50 |
| 07/18/2023 | RB | Case Administration: Discussion with M. Vives regarding investment and purchase by EJ Gallo. | 0.30 | $94.50 |
| 07/18/2023 | RB | Case Administration: Review engagement letter and make suggested edits. | 0.60 | $189.00 |
| 07/18/2023 | KG | Case Administration: Reviewed and formatted LLC exhibits for various investors (2) update report (.2), call with R.Weidman (.1), per K. Bickings review investor documentation provided to corresponding accounting report (2). | 4.30 | $677.25 |
| 07/18/2023 | LR | Forensic Accounting: Review revised schedules for investor analysis | 0.50 | $78.75 |
| 07/18/2023 | RW | Forensic Accounting: Finalize summary schedule for aggregator. | 4.50 | $1,822.50 |
| 07/18/2023 | RW | Case Administration: Review information from K.Godinez (.4) and follow up call with K.Godinez (.1) | 0.50 | $202.50 |
| 07/18/2023 | DW | Case Administration: Review project updates and correspond internally regarding the same. | 0.80 | $324.00 |
| 07/19/2023 | LR | Forensic Accounting: Continue with investor analysis | 5.90 | $929.25 |
| 07/19/2023 | LR | Forensic Accounting: Review update for investor listing with M. Wilson | 0.40 | $63.00 |
| 07/19/2023 | RW | Case Administration: Discussion with K.Godinez re: LLC's | 0.30 | $121.50 |
| 07/19/2023 | LR | Case Administration: Internal team meeting on task delegation | 0.50 | $78.75 |
| 07/19/2023 | RB | Case Administration: Meet with M. Vives re: review of contract and settlements. | 0.80 | $252.00 |
| 07/19/2023 | RW | Case Administration: Internal team meeting on task delegation | 0.50 | $202.50 |
| 07/19/2023 | MDW | Case Administration: Internal team meeting on task delegation. | 0.50 | $78.75 |
| 07/19/2023 | KG | Case Administration: Internal team meeting re task delegation (.5), email corresp. w/L. Rocha re reports locations (.1). follow up discussion with R. Weidman (.3), continued to format exhibits for LLCs (.7). | 1.60 | $252.00 |
| 07/19/2023 | MV | Case Administration: Meeting with R Baker regarding claims process | 0.80 | $324.00 |

Invoice #: 92556 - 10129 SEC v Horwitz - 08/10/2023

|  |  | spreadsheet and contract with outside counsel. |  |  |
|---|---|---|---|---|
| 07/19/2023 | MV | Case Administration: Call with counsel regarding aggregator mediation. | 0.40 | $162.00 |
| 07/19/2023 | RW | Accounting/Auditing: Request/download bank statements | 0.30 | $121.50 |
| 07/19/2023 | MDW | Forensic Accounting: Reviewed aggregator forensic analysis and compared it to check copies and bank information (4.6). Review investor listing with L.Rocha (.4) | 5.00 | $787.50 |
| 07/20/2023 | LR | Forensic Accounting: Continue with investor analysis | 7.80 | $1,228.50 |
| 07/20/2023 | RB | Case Administration: Research offsetting provision for investor recoveries. | 0.40 | $126.00 |
| 07/20/2023 | RB | Case Administration: Zoom call with M. Vives and T. Banich re: sub-aggregator negotiations. | 0.80 | $252.00 |
| 07/20/2023 | MV | Case Administration: Call with Counsel regarding Settlement with Sub-aggregator. | 0.80 | $324.00 |
| 07/20/2023 | RW | Case Administration: Zoom meeting with M.Vives, T.Banich and sub-aggregator | 1.00 | $405.00 |
| 07/20/2023 | MV | Case Administration: Call with investor regarding forensic analysis. | 1.00 | $405.00 |
| 07/20/2023 | KG | Case Administration: Email corresp. w/M. Vives (.1), updated excel report (.4). | 0.50 | $78.75 |
| 07/20/2023 | RW | Accounting/Auditing: Reconcile receiver bank accounts for Q2 | 1.50 | $607.50 |
| 07/20/2023 | RW | Status Reports: Prepare Q2 SFAR. | 1.30 | $0.00 |
| 07/20/2023 | MV | Case Administration: Review final Motion, Declaration, Notice and Order regarding Settlement. | 0.70 | $283.50 |
| 07/20/2023 | MV | Case Administration: Review settlement term sheet with entity in preparation for meeting. | 0.40 | $162.00 |
| 07/20/2023 | MDW | Forensic Accounting: Went over aggregator internal forensic analysis and compared it to check copies and bank information. | 4.40 | $693.00 |
| 07/20/2023 | DW | Case Administration: Review recent findings from the forensic work. | 0.40 | $162.00 |
| 07/21/2023 | LR | Forensic Accounting: Continue with investor analysis | 6.90 | $1,086.75 |
| 07/21/2023 | MV | Case Administration: Respond to inquiries from defendants counsel (.2). Call with counsel regarding same. (.3) | 0.50 | $202.50 |
| 07/21/2023 | MV | Case Administration: Call with K.Godinez regarding next steps with a | 0.20 | $81.00 |

| | | | | |
|---|---|---|---|---|
| | | couple of investors. | | |
| 07/21/2023 | JJ | Case Administration: Obtain quotes from publication notice distributor | 0.70 | $94.50 |
| 07/21/2023 | RB | Case Administration: Perform waterfall analysis of LayJax investment and near term anticipated receipt. Review Stockholder Consent Agreement. Review and annotate purchase agreement. Calculate best and worst case scenarios of future earn out receipts. Draft summary of waterfall distributions for discussion with the Receiver and inclusion in status report. | 2.50 | $787.50 |
| 07/21/2023 | MV | Case Administration: Call with defendant counsel regarding settlement procedures, next steps and timeline. | 0.70 | $283.50 |
| 07/21/2023 | MV | Case Administration: Call with counsel and plaintiffs counsel regarding various settlement mediations. | 0.80 | $324.00 |
| 07/21/2023 | RW | Case Administration: Final review of SFAR and send to Attorney | 0.30 | $0.00 |
| 07/21/2023 | RW | Forensic Accounting: Finalize summary schedules for sub-aggregators | 4.50 | $1,822.50 |
| 07/21/2023 | RW | Forensic Accounting: Begin reviewing sub-aggregator spreadsheet | 0.50 | $202.50 |
| 07/21/2023 | MDW | Forensic Accounting: Went over aggregator internal forensic analysis and compared it to check copies and bank information. | 4.00 | $630.00 |
| 07/21/2023 | MDW | Forensic Accounting: Continued breakdown of transaction summary for LLC's. | 0.90 | $141.75 |
| 07/21/2023 | KG | Case Administration: Conferred w/M. Vives re next steps with investors (.2), updated investor list w/notes (.2), email corresp. w/R. Weidman and M. Vives (.1), reviewed and cross referenced the investor list and LLC pending action (.8), draft email template for review (.3) | 1.60 | $252.00 |
| 07/24/2023 | LR | Forensic Accounting: Continue with investor analysis | 6.00 | $945.00 |
| 07/24/2023 | RW | Case Administration: Review LLC exhibits | 1.00 | $405.00 |
| 07/24/2023 | KG | Case Administration: Email corresp. to R.Weidman re: various investors. | 0.30 | $47.25 |
| 07/24/2023 | RW | Forensic Accounting: Continue reviewing sub-aggregator analysis. | 5.00 | $2,025.00 |
| 07/24/2023 | MDW | Forensic Accounting: Continued breakdown of transaction summary for LLC's. | 6.00 | $945.00 |
| 07/24/2023 | DW | Case Administration: General project update and review during the weekly internal meeting. Follow up with internal discussions. | 0.70 | $283.50 |
| 07/24/2023 | RB | Case Administration: Continue analysis of LayJax investment, review historical emails, outline various outcome potentials (2). Prepare for | 2.10 | $661.50 |

| | | meeting with M. Vives (.1). | | |
|---|---|---|---|---|
| 07/24/2023 | RB | Case Administration: Communications with K. Phelps re: updating section of quarterly report. | 0.20 | $63.00 |
| 07/25/2023 | LR | Forensic Accounting: Continue with Investor analysis | 6.90 | $1,086.75 |
| 07/25/2023 | MV | Case Administration: Call with T. Banich regarding settlement agreements. | 0.50 | $202.50 |
| 07/25/2023 | MV | Case Administration: Schedule meeting with sub aggregator regarding settlement. | 0.20 | $81.00 |
| 07/25/2023 | MV | Case Administration: Follow up with Plaintiff's counsel regarding settlement. | 0.20 | $81.00 |
| 07/25/2023 | MV | Case Administration: Schedule meeting with investor and counsel regarding settlement. | 0.20 | $81.00 |
| 07/25/2023 | RW | Forensic Accounting: Continue analyzing sub-aggregator spreadsheet. | 5.20 | $2,106.00 |
| 07/25/2023 | MDW | Forensic Accounting: Continued breakdown of transaction summary for LLC's. | 6.70 | $1,055.25 |
| 07/25/2023 | RB | Status Reports: Continue drafting the Second Quarter 2023 report, providing updates to Rogue Black and accounting sections. Research latest information on Rogue Black recoveries and arbitration. | 3.50 | $1,102.50 |
| 07/25/2023 | LR | Accounting/Auditing: Process payments | 0.40 | $63.00 |
| 07/26/2023 | MV | Case Administration: Call with Counsel regarding quarterly report and settlement filing. | 0.20 | $81.00 |
| 07/26/2023 | MV | Case Administration: Discussion with plaintiffs regarding settlement probability and development of settlement analysis. | 0.50 | $202.50 |
| 07/26/2023 | RW | Forensic Accounting: Continue analyzing sub-aggregator spreadsheet. | 4.00 | $1,620.00 |
| 07/26/2023 | MDW | Forensic Accounting: Continued breakdown of transaction summary for LLC's. | 8.00 | $1,260.00 |
| 07/26/2023 | DW | Case Administration: Review general project updates, including recent settlement discussions. | 0.50 | $202.50 |
| 07/26/2023 | RB | Status Reports: Finalize drafting and revising the Second Quarter 2023 report. | 1.50 | $472.50 |
| 07/26/2023 | LR | Forensic Accounting: Continue with investor analysis | 6.00 | $945.00 |
| 07/27/2023 | LR | Case Administration: Review LLC items with M. Wilson | 0.80 | $126.00 |

Invoice #: 92556 - 10129 SEC v Horwitz - 08/10/2023

| 07/27/2023 | MV | Case Administration: Review LLC information with R Weidman. | 0.50 | $202.50 |
|---|---|---|---|---|
| 07/27/2023 | RW | Case Administration: Discussion with M.Vives on LLC's | 0.50 | $202.50 |
| 07/27/2023 | MDW | Case Administration: Met with L.Rocha to go over internal LLC breakdown and general next steps. | 0.80 | $126.00 |
| 07/27/2023 | MDW | Forensic Accounting: Continued breakdown of transaction summary for LLC's. | 7.20 | $1,134.00 |
| 07/27/2023 | MV | Status Reports: Review and Edit Receiver's Report | 1.00 | $405.00 |
| 07/27/2023 | MV | Case Administration: Meeting with Counsel regarding various settlements | 1.30 | $526.50 |
| 07/27/2023 | MV | Case Administration: Call with defendants in settlement matter. | 1.00 | $405.00 |
| 07/27/2023 | MV | Forensic Accounting: Development of gross settlement spreadsheet and analysis. | 1.00 | $405.00 |
| 07/27/2023 | MV | Case Administration: Discussion with R Weidman & L.Rocha regarding Aggregator revised numbers. | 0.50 | $202.50 |
| 07/27/2023 | RW | Forensic Accounting: Review analysis provided by Aggregator (5). Continue to analyze spreadsheet for Sub-Aggregator (1.5) | 6.50 | $2,632.50 |
| 07/27/2023 | LR | Case Administration: Review items with M. Vives and R. Weidman | 0.50 | $78.75 |
| 07/27/2023 | LR | Case Administration: Review Bank Transaction analysis count and reach out to forensic software team reg. additional items | 0.50 | $78.75 |
| 07/27/2023 | LR | Forensic Accounting: Continue with investor analysis | 4.00 | $630.00 |
| 07/27/2023 | RW | Case Administration: Discussion with M.Vives & L.Rocha regarding Aggregator revised numbers. | 0.50 | $202.50 |
| 07/28/2023 | RW | Case Administration: Zoom meeting with sub-aggregators. | 0.70 | $283.50 |
| 07/28/2023 | RW | Forensic Accounting: Finalize response after analyzing spreadsheet provided by Aggregator. | 0.80 | $324.00 |
| 07/28/2023 | MV | Case Administration: Review final aggregator settlement agreement and associated motions for filing. | 0.40 | $162.00 |
| 07/28/2023 | RW | Status Reports: Review 2nd quarter fee reports | 0.40 | $0.00 |
| 07/28/2023 | RW | Forensic Accounting: Continue reviewing sub-aggregator analysis. | 2.30 | $931.50 |
| 07/28/2023 | RB | Asset Analysis and Recovery: Communications with M. Vives re: LayJax investment outlook. | 0.50 | $157.50 |

Invoice #: 92556 - 10129 SEC v Horwitz - 08/10/2023

| 07/28/2023 | RB | Status Reports: Draft additional segment of quarterly report based on expected recovery of LayJax investment. | 0.70 | $220.50 |
|---|---|---|---|---|
| 07/28/2023 | DW | Case Administration: Determine the timing and content of the next interim report to the court. | 0.30 | $121.50 |
| 07/28/2023 | MDW | Forensic Accounting: Continued breakdown of transaction summary for LLC's. | 1.80 | $283.50 |
| 07/31/2023 | DW | Case Administration: Review project updates and correspond internally regarding the same (.4). update on the statue of the process for court approval of various settlements (.4) | 0.80 | $324.00 |
| 07/31/2023 | LR | Forensic Accounting: Continue with investor analysis | 6.50 | $1,023.75 |
| 07/31/2023 | RW | Case Administration: Call with K.Godinez re: LLC's | 0.50 | $202.50 |
| 07/31/2023 | KG | Case Administration: Confer w/R. Weidman re net loss/wins for LLCs (.5), review notes and list (.2). | 0.70 | $110.25 |
| 07/31/2023 | RW | Forensic Accounting: Update sub-aggregator schedules after phone call | 0.50 | $202.50 |
| 07/31/2023 | RB | Status Reports: Review latest version of report and provide comments. | 0.80 | $252.00 |
| 07/31/2023 | MV | Status Reports: Finalize SEC Quarterly Report | 1.00 | $405.00 |
| 07/31/2023 | MV | Case Administration: Meeting with counsel for net winner to discuss settlement process. | 0.60 | $243.00 |
| 07/31/2023 | MV | Case Administration: Discuss potential discrepancy with R Weidman. | 0.30 | $121.50 |
| 07/31/2023 | MV | Case Administration: Meeting with SEC & Attorney regarding Aggregator Settlement. | 0.30 | $121.50 |
| 07/31/2023 | MV | Case Administration: Draft email to plaintiff's counsel regarding receivership estate claims. | 0.20 | $81.00 |
| 07/31/2023 | RW | Forensic Accounting: Continue reviewing sub-aggregator analysis | 3.20 | $1,296.00 |
| 07/31/2023 | MDW | Forensic Accounting: Continued breakdown of transaction summary for LLC's. | 5.70 | $897.75 |
| 07/31/2023 | RW | Case Administration: Discuss potential discrepancy with M.Vives | 0.30 | $121.50 |

**Services Subtotal**     **$87,075.00**

## Expenses

Invoice #: 92556 - 10129 SEC v Horwitz - 08/10/2023

| Date | Timekeeper | Description | Rate | Total |
|------|-----------|-------------|------|-------|
| 07/18/2023 | RW | Background Checks: Truthfinder | $28.05 | $28.05 |
| | | **Expenses Subtotal** | | **$28.05** |

| Time Keeper | Hours | Rate | Total |
|-------------|-------|------|-------|
| Ryan Baker | 21.0 | $315.00 | $6,615.00 |
| Kristine Bickings | 15.9 | $157.50 | $2,504.25 |
| Kristina Godinez | 16.7 | $157.50 | $2,630.25 |
| Lynn Goodridge | 0.3 | $405.00 | $121.50 |
| James Johnson | 3.1 | $135.00 | $418.50 |
| Lisset Rocha | 122.8 | $157.50 | $19,341.00 |
| Michele Vives | 34.8 | $405.00 | $14,094.00 |
| Rene Weidman | 61.6 | $405.00 | $24,948.00 |
| Rene Weidman | 6.8 | $0.00 | $0.00 |
| Douglas Wilson | 6.9 | $405.00 | $2,794.50 |
| Michael Wilson | 86.4 | $157.50 | $13,608.00 |
| | | **Subtotal** | **$87,103.05** |
| | | **Total** | **$87,103.05** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|------------|-------------------|-------------|
| 92476 | 05/21/2023 | $108,567.18 | $86,887.53 | $21,679.65 |
| 92516 | 06/19/2023 | $118,350.96 | $96,062.91 | $22,288.05 |

Invoice #: 92556 - 10129 SEC v Horwitz - 08/10/2023

| 92526 | 07/21/2023 | $109,886.55 | $87,914.85 | $21,971.70 |

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 92556 | 08/21/2023 | $87,103.05 | $0.00 | $87,103.05 |

| | | | **Outstanding Balance** | **$153,042.45** |
|---|---|---|---|---|
| | | | **Total Amount Outstanding** | **$153,042.45** |

Please make all amounts payable to: Douglas Wilson Companies

Please pay within 11 days.

Please contact accounting with any questions: dwcaccounting@douglaswilson.com