Terence G. Banich (SBN 212173)
terence.banich@katten.com
Allison E. Yager (*pro hac vice*)
allison.yager@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

*Attorneys for the Receiver*
Michele Vives

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:21-cv-02927-CAS-PD |
| Plaintiff, | **NINETEENTH MONTHLY FEE STATEMENT OF KATTEN MUCHIN ROSENMAN LLP— JULY 2023** |
| v. | |
| ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC, | Judge: Hon. Christina A. Snyder Courtroom: 8D |
| Defendants. | |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

Katten Muchin Rosenman LLP ("Katten"), as counsel for Michele Vives in her capacity as the receiver in the above-captioned action (the "Receiver"), pursuant to paragraphs 3(b) and 3(d) of the *Order Granting Motion of Receiver Michele Vives for Order Establishing Procedures for Allowance of Compensation and Reimbursement of Expenses*, dated February 22, 2022 [ECF #77] (the "Interim Compensation Procedures Order"), hereby files this monthly fee statement (this "Monthly Fee Statement") for (i) compensation in the amount of $64,630.24 (80% of $80,787.80)[1] for the reasonable and necessary legal services rendered by Katten on behalf of the Receiver from July 1, 2023 through and including July 31, 2023 (the "Fee Period") and (ii) reimbursement of the actual and necessary expenses that Katten incurred on behalf of the Receiver, in the amount of $915.30 during the Fee Period.

## Statement of Fees and Expenses

In support of this Monthly Fee Statement, attached are the following exhibits:

• **Exhibit A** is a schedule for the Fee Period, setting forth the total amounts of compensation sought with respect to each category of legal services for which Katten is seeking payment in this Monthly Fee Statement.

• **Exhibit B** is a schedule for the Fee Period providing certain information regarding the Katten attorneys and paraprofessionals for whose work in this receivership compensation is sought in this Monthly Fee Statement.

---

[1] As an accommodation to the receivership estate, Katten voluntarily reduced its fees for the Fee Period by $3,848.20, attributable to preparation of fee applications and other administrative tasks.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

Attorneys and paraprofessionals of Katten have expended a total of 108.70 hours in connection with this proceeding during the Fee Period.

• **Exhibit C** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which Katten is seeking reimbursement in this Monthly Fee Statement. All of these disbursements comprise the requested sum for Katten's out of pocket expenses.

• **Exhibit D** consists of Katten's invoice of fees and expenses incurred during the Fee Period in the rendition of the professional services to the Receiver. This invoice may have been redacted to maintain privilege and confidentiality, in accordance with paragraph 3(a) of the Interim Compensation Procedures Order.

Although every effort has been made to include in this Monthly Fee Statement all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Katten reserves the right to make further application to this Court for allowance of such fees and expenses not included herein in accordance with the Interim Compensation Procedures Order.

Notice of this Monthly Fee Statement will be provided in accordance with the procedures set forth in the Interim Compensation Procedures Order.

### Objection Period

The Notice Parties specified in paragraph 3(a) of the Interim Compensation Procedures Order shall have 10 days from the date hereof, i.e., until 4:00 p.m. prevailing Pacific Time on **August 21, 2023** (the "Objection Period"), to review the Monthly Fee Statement and serve a Notice of Objection (as defined in the Interim Compensation Order) on Katten.

In accordance with paragraph 3(c) of the Interim Compensation Procedures Order, after the Objection Period expires at 4:00 p.m. prevailing Pacific Time on August 21, 2023, the Receiver shall pay, without further order of the Court, 80% of the fees and 100% of the expenses Katten has requested in the Monthly Fee

Statement that are not the subject of a Notice of Objection. Based on that formula, the Receiver shall pay Katten $64,630.24 of the fees and $915.30 of the expenses unless a timely Notice of Objection is served.

Dated: August 10, 2023

Respectfully submitted,

**KATTEN MUCHIN ROSENMAN LLP**

By:    /s/ *Terence G. Banich*
Terence G. Banich

*Attorneys for the Receiver*
Michele Vives

Case No. 2:21-cv-02927-CAS-PD
NINETEENTH MONTHLY FEE STATEMENT OF
KATTEN MUCHIN ROSENMAN LLP—JULY 2023

# PROOF OF SERVICE

## STATE OF ILLINOIS, COUNTY OF COOK

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, IL 60661.

On August 10, 2023, I served the following document(s) described as:

**NINETEENTH MONTHLY FEE STATEMENT OF KATTEN MUCHIN ROSENMAN LLP—JULY 2023**

on counsel of record in this action as follows:

**[ ]  BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[ ]  BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address terence.banich@katten.com to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ]  BY OVERNIGHT MAIL (FedEx):** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]  BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]  E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on August 10, 2023, at Chicago, Illinois.

*/s/ Terence G. Banich*
Terence G. Banich

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

## Exhibit A
### Summary of Total Fees and Expenses by Subject Matter[2]

| Matter Description | Hours | Amount |
|---|---|---|
| Case Administration | 23.9 | $15,632.00 |
| Fee Application/Retention of Professionals | 9.5 | $2,455.70 |
| Claims Administration and Objections | 0.0 | $0.00 |
| Pre-Receivership Litigation/Stay | 43.5 | $34,897.90 |
| FBI and Criminal Case Matters | 0.6 | $504.60 |
| SEC Meetings/Discussions | 0.5 | $420.50 |
| Avoidance Actions | 0.0 | $0.00 |
| Asset Disposition | 0.0 | $0.00 |
| Investigation of Assets/Transactions | 24.4 | $20,520.40 |
| Business Operations/Operating Entities | 6.3 | $6,356.70 |
| Expenses | 0.0 | $915.30 |
| **Totals** | **108.7** | **$80,787.80** |

---

[2] As an accommodation to the receivership estate, Katten voluntarily reduced its fees for the Fee Period by $3,848.20, attributable to preparation of fee applications and other administrative tasks.

Case No. 2:21-cv-02927-CAS-PD
NINETEENTH MONTHLY FEE STATEMENT OF
KATTEN MUCHIN ROSENMAN LLP—JULY 2023

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

## Exhibit B
### Summary of Total Fees and Hours by Attorneys and Paraprofessionals

| Attorney | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Terence Banich | Partner (Chicago) | IL – 1999 CA – 2001 | Restructuring | $841 | 77.6 | $63,411.40 |
| Angela Bruckner | Associate (Los Angeles) | CA – 2021 | Litigation | $493 | 2.2 | $1,084.60 |
| Kenneth Hebeisen | Associate (Chicago) | IL – 2021 | Restructuring | $540 | 23.5 | $10,692.00 |
| David Halberstadter | Partner (Los Angeles) | CA – 1982 | Litigation | $1,037 | 5.4 | $5,599.80 |
| **Totals** | | | | | **108.7** | **$80,787.80** |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

Case No. 2:21-cv-02927-CAS-PD
NINETEENTH MONTHLY FEE STATEMENT OF
KATTEN MUCHIN ROSENMAN LLP—JULY 2023

# Exhibit C
## Summary of Actual and Necessary Expenses

| Expenses by Category | Amount |
|---|---|
| Courier | $12.76 |
| Legal Research | $902.54 |
| **Total** | **$915.30** |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

**Exhibit D**
**Invoices**

# Katten

Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago IL  60661-3693

Tel: 312-902-5200
Fax: 312-902-1061

Federal Tax ID:36-2796532
www.katten.com

August 07, 2023

**Michele Vives, not individually, but
solely as receiver of 1inMM Capital, LLC
and Zachary J. Horwitz**

▮▮▮▮▮▮▮▮

| | |
|---|---|
| Client: | 0000396859 |
| Payer: | 0000396859 |
| Matter: | 396859.00001 |
| Invoice #: | 9020142991 |
| Invoice Due Date: | Payable Upon Receipt |

**Summary**

RE: Horwitz Receivership

For Professional Services Rendered Through July 31, 2023

| | |
|---|---|
| Fees Total | 80,787.80 |
| Disbursements | 915.30 |
| **Total Amount Due** | **81,703.10**  USD |

*Katten Muchin Rosenman LLP*

Payment can be remitted directly to our account:
Please reference: 396859 00001



Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997)

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales

| Matter: | 396859.00001 | |
|---|---|---|
| Invoice #: | 9020412991 | |
| Invoice Due Date: | Payable Upon Receipt | August 07, 2023 |

RE:  Horwitz Receivership

## TIME DETAILS

### 01-Case administration

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/06/2023 | Hebeisen, Kenneth | Review and revise motion to enforce settlement with confidential settlement counterparty (1.30); revise supporting declarations in connection with same (.60); emails with T. Banich and M. Vives regarding same (.40) | 2.30 | 540.00 | 1,242.00 |
| 07/10/2023 | Hebeisen, Kenneth | Review T. Banich revisions to motion to enforce settlement with JJM (.50); add further revisions to motion and proposed order (.70); begin drafting supporting declarations in connection with same (1.50) | 2.70 | 540.00 | 1,458.00 |
| 07/12/2023 | Hebeisen, Kenneth | Revise motion for approval of JJM settlement and supporting declarations (1.00); emails with T. Banich, M. Vives, and A. Loftus regarding same (.70) | 1.70 | 540.00 | 918.00 |
| 07/14/2023 | Hebeisen, Kenneth | Emails with T. Banich and M. Vives regarding declaration in support of motion to enforce settlement with confidential counterparty (.30) | 0.30 | 540.00 | 162.00 |
| 07/14/2023 | Banich, Terence | Reviewed example settlement procedures orders (0.60); drafted correspondence with M. Vives re settlement procedures orders (0.10); reviewed correspondence from R. Baker re quarterly report (0.10). | 0.80 | 841.00 | 672.80 |
| 07/17/2023 | Banich, Terence | Exchanged correspondence with R. Baker re quarterly report. | 0.10 | 841.00 | 84.10 |
| 07/19/2023 | Hebeisen, Kenneth | Revise A. Loftus declaration in support of motion to approve JJM settlement (.60); review C. Weber edits to motion to approve JJM settlement and supporting materials (.40); discuss same with T. Banich (.10); start revising materials in connection with same (.30) | 1.40 | 540.00 | 756.00 |
| 07/20/2023 | Hebeisen, Kenneth | Continue revising motion to enforce JJM settlement and supporting materials (3.70); emails with T. Banich regarding same (.20) | 3.90 | 540.00 | 2,106.00 |
| 07/20/2023 | Banich, Terence | Drafted insert to second quarter report. | 0.50 | 841.00 | 420.50 |
| 07/21/2023 | Banich, Terence | Drafted and edited insert to second quarter receiver report. | 2.50 | 841.00 | 2,102.50 |
| 07/25/2023 | Banich, Terence | Continued drafting and editing receiver's second quarter report and correspondence to M. Vives and R. Baker re draft of same. | 2.60 | 841.00 | 2,186.60 |
| 07/26/2023 | Bruckner, Amelia | Review client documents for upcoming production in order to determine (1) what to produce; and (2) what more is needed. | 2.20 | 493.00 | 1,084.60 |
| 07/26/2023 | Banich, Terence | Drafted and edited motion to approve receiver's second quarter report and related documents (0.70); drafted and exchanged correspondence with K. Wanner and M. Quinn re Local Rule 7-3 conference (0.10). | 0.80 | 841.00 | 672.80 |
| 07/27/2023 | Banich, Terence | Reviewed and edited receiver's second quarter report per discussions with M. Vives and M. McNamara. | 0.30 | 841.00 | 252.30 |
| 07/28/2023 | Banich, Terence | Reviewed and edited inserts to second quarter report and exchanged correspondence with M. Vives and R. Weidman re same (0.60); reviewed and edited | 1.30 | 841.00 | 1,093.30 |

**Katten**

Matter:          396859.00001
Invoice #:       9020142991
Invoice Due Date:  Payable Upon Receipt

August 07, 2023

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | motion to approve second quarter report and documents in support of same and exchanged correspondence with M. Vies and R. Weidman re same (0.70). | | | |
| 07/29/2023 | Banich, Terence | Exchanged correspondence with M. Vives re various motions to be filed on July 31. | 0.10 | 841.00 | 84.10 |
| 07/31/2023 | Banich, Terence | Conference call with M. Vives, K. Wanner and M. Quinn re JJM settlement motion and related matters (0.20); reviewed and exchanged correspondence with M. Vives re second quarter report (0.20). | 0.40 | 841.00 | 336.40 |

**02-Fee applications/retention of professionals**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 07/07/2023 | Hebeisen, Kenneth | Start drafting quarterly fee applications for April-June (.80) | 0.80 | 540.00 | 432.00 |
| 07/07/2023 | Hebeisen, Kenneth | Review draft DWC June invoice (1.00); begin drafting June fee statements (.30) | 1.30 | | No Charge |
| 07/11/2023 | Banich, Terence | Reviewed and edited June 2023 invoice and exchanged correspondence with M. Vives re same. | 0.60 | | No Charge |
| 07/12/2023 | Banich, Terence | Reviewed and finalized June monthly fee statements and exchanged correspondence with M. Vives and K. Hebeisen re same. | 0.60 | | No Charge |
| 07/12/2023 | Hebeisen, Kenneth | Review and edit draft Katten June invoice (.80); review revised draft invoice (.20); review revised DWC June invoice (.10); continue drafting June fee statements (.50); emails with T. Banich regarding same (.20); finalize June fee statements for filing (.60) | 2.40 | | No Charge |
| 07/19/2023 | Hebeisen, Kenneth | Continue drafting quarterly fee applications for April-June (.80); emails with T. Banich and R. Weidman regarding same (.30) | 1.10 | 540.00 | 594.00 |
| 07/21/2023 | Banich, Terence | Prepared rate analysis for M. Vives and telephone conference with M. Vives re same. | 1.00 | | No Charge |
| 07/26/2023 | Banich, Terence | Drafted motions to approve second quarter fees for Receiver and Katten and related documents. | 1.10 | 841.00 | 925.10 |
| 07/28/2023 | Banich, Terence | Reviewed and edited second quarter fee applications and related documents and exchanged correspondence with M. Vives and R. Weidman re same. | 0.60 | 841.00 | 504.60 |

**04-Pre-receivership litigation/stay**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 07/03/2023 | Banich, Terence | Reviewed correspondence from M. Vives re no objections to T. Crookston settlement motion. | 0.10 | 841.00 | 84.10 |
| 07/05/2023 | Banich, Terence | Exchanged correspondence with M. Vives re creditor response to T. Crookston settlement motion (0.10); drafted and edited status report re creditor response to motion to approve settlement with T. Crookston and exchanged correspondence with M. Vives re same (1.10); reviewed and exchanged correspondence with M. Nelson re same and related matters (0.30); drafted and exchanged correspondence with C. Weber, A. Campbell, M. Mann and S. Frost re JJM settlement agreement execution, approval motion and related matters | 3.30 | 841.00 | 2,775.30 |

Katten

Matter: 396859.00001
Invoice #: 9020142991
Invoice Due Date: Payable Upon Receipt

August 07, 2023

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | (0.30); telephone conference with M. Vives re same (0.40); reviewed order vacating hearing on motion to approve T. Crookston settlement agreement and exchanged correspondence with M. Vives re same (0.10); reviewed and edited motion to approve JJM settlement (1.00). | | | |
| 07/06/2023 | Hebeisen, Kenneth | Research additional issues in connection with enforcement of settlement with confidential settlement counterparty (2.90) | 2.90 | 540.00 | 1,566.00 |
| 07/06/2023 | Banich, Terence | Reviewed and exchanged correspondence with various counsel re T. Crookston settlement motion updates and related matters (0.30); telephone conference with M. Vives re same (0.20); reviewed and edited motion to approve settlement with JJM parties (3.30); conference call with M. Vives and Judge Schenkier re Breakout/Nalpak issues (0.30). | 4.10 | 841.00 | 3,448.10 |
| 07/07/2023 | Banich, Terence | Telephone conference with A. Campbell re Breakout/Nalpak issues (0.40); reviewed order approving settlement with T. Crookston and multiple correspondence with M. Vives, M. Nelson, A. Loftus, M. Mann, A. Campbell, S. Frost, J. Kopecky, C. Weber, M. Ryan and counsel for other confidential settling counterparties re same (1.20); reviewed and exchanged correspondence with C. Weber re JJM settlement agreement (0.10); reviewed and edited motion to approve settlement with JJM parties (1.60). | 3.30 | 841.00 | 2,775.30 |
| 07/10/2023 | Banich, Terence | Reviewed and exchanged correspondence re finalization of JJM settlement agreement (0.20); reviewed and edited motion to approve JJM motion and order approving same and exchanged correspondence with K. Hebeisen re declarations and other tasks (3.50). | 3.70 | 841.00 | 3,111.70 |
| 07/11/2023 | Banich, Terence | Reviewed and exchanged correspondence re Breakout/Nalpak issues (0.20); reviewed and edited motion to approve settlement with JJM parties and related documents (2.40). | 2.60 | 841.00 | 2,186.60 |
| 07/12/2023 | Banich, Terence | Reviewed current drafts of JJM settlement motion, supporting declarations, proposed order and correspondence with M. Vives re same (0.80); reviewed correspondence with A. Loftus re same (0.20); reviewed correspondence with M. Vives, M. Nelson and plaintiffs' counsel re T. Crookston settlement payment and related matters (0.20). | 1.20 | 841.00 | 1,009.20 |
| 07/13/2023 | Banich, Terence | Reviewed and exchanged correspondence with M. Vives re JJM settlement motion documents (0.10); telephone conference with M. Vives re same and related matters (0.20); reviewed JJM settlement motion and related documents prior to transmission to C. Weber, M. Ryan and J. Kopecky (1.10); exchanged correspondence with A. Loftus re declaration in support of JJM settlement motion and related considerations (0.70); exchanged correspondence with C. Weber, M. Ryan and J. Kopecky re draft JJM settlement motion and related documents (0.30); drafted and edited form of publication notice for JJM settlement motion and | 3.70 | 841.00 | 3,111.70 |

**Katten**

Matter:          396859.00001
Invoice #:       9020142991
Invoice Due Date:    Payable Upon Receipt

August 07, 2023

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | exchanged correspondence with M. Vives re same (1.20); reviewed correspondence re disbursements from T. Crookston settlement payment (0.10). | | | |
| 07/14/2023 | Banich, Terence | Reviewed and exchanged correspondence re T. Crookston settlement issues (0.10); reviewed and exchanged correspondence re Breakout/Nalpak issues (0.20). | 0.30 | 841.00 | 252.30 |
| 07/18/2023 | Hebeisen, Kenneth | Research issues relating to statute of limitations defenses (1.90); draft summary of same for T. Banich (.80) | 2.70 | 540.00 | 1,458.00 |
| 07/19/2023 | Banich, Terence | Reviewed C. Weber edits to JJM settlement motion, proposed order, publication notice and declarations, and conferred with K. Hebeisen re same and exchanged correspondence with M. Vives re same (2.80); exchanged correspondence with M. Vives re Breakout issues (0.10). | 2.90 | 841.00 | 2,438.90 |
| 07/20/2023 | Banich, Terence | Reviewed revised version of JJM settlement motion and related documents and exchanged correspondence with M. Vives, K. Hebeisen and C. Weber re same (1.00); conference call with M. Vives and R. Baker re Breakout/Nalpak issues (0.80); conference call with M. Vives, R. Weidman and S. Cohen (creditor) re Cohen aggregator issues and related matters (0.80); reviewed and exchanged correspondence re various SAC issues (0.20); drafted and edited fourth amendment to tolling agreement with Pure Health and exchanged correspondence with M. Vives, C. Johnson and C. Finger re same (0.50). | 3.30 | 841.00 | 2,775.30 |
| 07/21/2023 | Banich, Terence | Reviewed and exchanged correspondence with M. Vives and C. Weber re JJM settlement documentation, Breakout/Nalpak issues and related matters. | 0.50 | 841.00 | 420.50 |
| 07/25/2023 | Banich, Terence | Reviewed correspondence re Breakout issues (0.20); telephone conference with M. Vives re same and related matters (0.40); drafted and edited motion to approve JJM settlement agreement and related documents and drafted correspondence to C. Weber re same (1.20). | 1.80 | 841.00 | 1,513.80 |
| 07/26/2023 | Banich, Terence | Telephone conference with A. Campbell re Breakout/Nalpak issues (0.40); telephone conference with M. Vives re same (0.40); edited and finalized JJM settlement motion and related documents (1.10); exchanged correspondence with C. Weber re publication notice issues (0.20). | 2.10 | 841.00 | 1,766.10 |
| 07/27/2023 | Banich, Terence | Telephone conference with A. Campbell re Breakout/Nalpak issues and drafted correspondence to A. Campbell re same (0.80); telephone conference with C. Weber re publication notice issues and drafted correspondence to M. Vives re updates re same (0.30). | 1.10 | 841.00 | 925.10 |
| 07/28/2023 | Banich, Terence | Reviewed and edited JJM settlement motion and related documents in support of same and exchanged correspondence with M. Vives and R. Weidman re same. | 1.50 | 841.00 | 1,261.50 |
| 07/29/2023 | Banich, Terence | Exchanged correspondence with M. Vives and C. Weber re publication notice issues. | 0.10 | 841.00 | 84.10 |

**Katten**

| Matter: | 396859.00001 | | | |
|---|---|---|---|---|
| Invoice #: | 9020142991 | | | |
| Invoice Due Date: | Payable Upon Receipt | | | August 07, 2023 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/30/2023 | Banich, Terence | Reviewed and exchanged correspondence with M. Vives and C. Weber re publication notice issues and related matters. | 0.10 | 841.00 | 84.10 |
| 07/31/2023 | Banich, Terence | Reviewed and exchanged correspondence with M. Vives and A. Campbell re Breakout/Nalpak issues (0.20); reviewed and exchanged correspondence with M. Vives and C. Weber re JJM settlement motion, publication notice, email to investors and related matters (0.80); edited, finalized and filed JJM settlement motion and drafted/exchanged correspondence with counsel re same (1.20). | 2.20 | 841.00 | 1,850.20 |

### 05-FBI and criminal case matters

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/06/2023 | Banich, Terence | Reviewed and exchanged correspondence with FBI agents and M. Vives re discussion (0.10); telephone conference with M. Vives re same and related matters (0.20). | 0.30 | 841.00 | 252.30 |
| 07/07/2023 | Banich, Terence | Conference call with M. Vives and FBI agents and further discussion with M. Vives re same. | 0.30 | 841.00 | 252.30 |

### 06-SEC meetings/discussions

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/14/2023 | Banich, Terence | Reviewed correspondence to K. Wanner re investigatory matters. | 0.10 | 841.00 | 84.10 |
| 07/27/2023 | Banich, Terence | Telephone conference with K. Wanner re JJM settlement motion and related matters and exchanged correspondence with K. Wanner and M. Quinn re same. | 0.40 | 841.00 | 336.40 |

### 09-Investigation of assets/transactions

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/02/2023 | Banich, Terence | Reviewed correspondence from A. Loftus re matters of common interest and considered same. | 0.50 | 841.00 | 420.50 |
| 07/03/2023 | Banich, Terence | Reviewed correspondence from P. Baldwin re SAC issues and considered response to same. | 0.20 | 841.00 | 168.20 |
| 07/05/2023 | Banich, Terence | Reviewed and exchanged correspondence with P. Baldwin/C. Mader re SAC issues and exchanged correspondence with M. Vives re same (0.20); exchanged correspondence with K. Hebeisen re status of motion to approve settlement with confidential counterparty (0.10); reviewed correspondence from A. Loftus re matters of common interest, considered same and exchanged correspondence with M. Vives re same (0.20). | 0.50 | 841.00 | 420.50 |
| 07/06/2023 | Banich, Terence | Reviewed revised motion to approve settlement with confidential counterparty and supporting declarations in support of same and reviewed/exchanged correspondence with M. Vives and K. Hebeisen re same. | 1.20 | 841.00 | 1,009.20 |
| 07/07/2023 | Banich, Terence | Conference call with M. Vives re weekly update and related matters (0.50). | 0.50 | 841.00 | 420.50 |
| 07/07/2023 | Banich, Terence | Telephone conference with with P. Baldwin (0.30); telephone conference with M. Vives re same and | 2.90 | 841.00 | 2,438.90 |

Matter:           396859.00001
Invoice #:        9020142991
Invoice Due Date: Payable Upon Receipt

August 07, 2023

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | other updates (0.40); reviewed and exchanged correspondence with M. Vives and A. Loftus re matters of common interest (0.20); reviewed and edited motion to approve settlement (and various other supporting documents) with confidential counterparty and drafted correspondence to representatives of counterparty re revised drafts for review (1.60); reviewed and exchanged correspondence with A. Otterberg and M. McNamara re Crookston settlement approval, timing of settlements and related matters (0.30); reviewed correspondence with C. Finger re Pure Health issues (0.10). | | | |
| 07/10/2023 | Banich, Terence | Reviewed and exchanged correspondence with M. Vives and P. Baldwin re SAC issues. | 0.20 | 841.00 | 168.20 |
| 07/11/2023 | Banich, Terence | Reviewed and exchanged correspondence re SAC issues. | 0.20 | 841.00 | 168.20 |
| 07/13/2023 | Banich, Terence | Reviewed correspondence re SAC issues. | 0.30 | 841.00 | 252.30 |
| 07/14/2023 | Banich, Terence | Telephone conference with M. Vives for weekly update meeting (0.80); reviewed and exchanged correspondence with counsel for Amex re updates (0.10); reviewed and exchanged correspondence with counsel for confidential settlement counterparty re status of review of settlement documents and exchanged correspondence with M. Vives and K. Hebeisen re same and edits to certain documents (0.60); reviewed and exchanged correspondence with M. Vives and A. Otterberg re confidential settlement issues/status (0.50). | 2.00 | 841.00 | 1,682.00 |
| 07/16/2023 | Banich, Terence | Reviewed and exchanged correspondence re status of settlement with confidential counterparty. | 0.10 | 841.00 | 84.10 |
| 07/17/2023 | Banich, Terence | Telephone conference with M. Vives re Amex issues (0.20); drafted and edited fourth amendment to tolling agreement with Amex and exchanged correspondence with M. Vives and F. White re same (0.80); reviewed and exchanged correspondence with M. Vives and A. Otterberg re settlement with confidential coutnerparty and related matters (0.20); reviewed and exchanged correspondence with P. Baldwin re Spiegels/SAC issues (0.20); drafted correspondence to K. Hebeisen re legal research issues (0.20); reviewed and exchanged correspondence with M. Vives and D. Lake re Movie Fund/R. Yeghnazary issues (0.20); reviewed correspondence re Pure Health status/issues (0.10). | 1.90 | 841.00 | 1,597.90 |
| 07/18/2023 | Banich, Terence | Reviewed and exchanged correspondence with M. Vives and A. Loftus re matters of common interest (0.20); worked on tolling agreement extension with Amex and exchanged correspondence with M. Vives and F. White re same (0.50); reviewed existing tolling agreements and drafted correspondence to M. Vives re same and related matters (0.70); conference call with P. Baldwin and C. Mader re SAC issues, potential mediation and related matters (1.00); telephone conference with M. Vives re same and related matters (0.50); reviewed correspondence re SAC documentation issues (0.10); telephone | 3.50 | 841.00 | 2,943.50 |

**Katten**

Matter: 396859.00001
Invoice #: 9020142991
Invoice Due Date: Payable Upon Receipt

August 07, 2023

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | conference with Judge Schenkier re potential mediation with SAC and exchanged correspondence with P. Baldwin and C. Mader re same (0.50). | | | |
| 07/19/2023 | Banich, Terence | Reviewed and exchanged correspondence with counsel for SAC and confidential counterparty and M. Vives (0.30); telephone conference with M. Vives re same and related matters (0.30). | 0.60 | 841.00 | 504.60 |
| 07/21/2023 | Banich, Terence | Telephone conference with M. Vives re confidential settlement issues and related matters (0.40); conference call with M. Vives and counsel for confidential settlement counterparty re settlement and related matters (0.60); drafted and exchanged correspondence with counsel for confidential settlement counterparty re settlement documentation (0.10); conference call with M. Vives and A. Loftus re matters of common interest and exchanged correspondence re same (1.30); reviewed and exchanged correspondence with representatives of (second) confidential settlement counterparty re revised documents and related matters (0.20); reviewed and exchanged correspondence with C. Finger re Pure Health tolling agreement and related matters (0.20); reviewed and exchanged correspondence with P. Baldwin re SAC issues (0.10); reviewed correspondence re J. Hallivis updates (0.10). | 3.00 | 841.00 | 2,523.00 |
| 07/24/2023 | Banich, Terence | Reviewed and exchanged correspondence re Pure Health issues. | 0.20 | 841.00 | 168.20 |
| 07/25/2023 | Banich, Terence | Reviewed and exchanged correspondence with M. Vives and C. Finger re Pure Health tolling agreement and related matters (0.20); reviewed and exchanged correspondence with P. Baldwin and C. Mader re SAC issues and related matters (0.50); reviewed correspondence re Movie Fund/R. Yeghnazary issues (0.10). | 0.80 | 841.00 | 672.80 |
| 07/26/2023 | Banich, Terence | Drafted and exchanged correspondence with Judge Schenkier re potential mediation (0.20); telephone conference with Judge Schenkier re same and related matters (0.80); reviewed and exchanged correspondence with SAC counsel re litigation status/timelines (0.30); reviewed correspondence from C. Finger re Pure Health issues (0.60); telephone conference with M. Vives re same (0.20); reviewed correspondence re Ingen issues (0.20). | 2.30 | 841.00 | 1,934.30 |
| 07/27/2023 | Banich, Terence | Telephone conference with M. Vives re weekly updates and related matters (1.20); reviewed correspondence from A. Loftus re matters of common interest (0.20); telephone conference with M. McNamara re issues with settlement with confidential counterparty (0.20); drafted email to M. McNamara re same and exchanged correspondence with M. Vives re same (0.30). | 1.90 | 841.00 | 1,597.90 |
| 07/28/2023 | Banich, Terence | Reviewed and exchanged correspondence with M. McNamara re settlement with confidential counterparty and exchanged correspondence with M. Vives re same. | 0.40 | 841.00 | 336.40 |
| 07/31/2023 | Banich, Terence | Conference call with M. Vives and D. Lake re | 1.20 | 841.00 | 1,009.20 |

| | | | | | |
|---|---|---|---|---|---|
| Matter: | 396859.00001 | | | | |
| Invoice #: | 9020142991 | | | | |
| Invoice Due Date: | Payable Upon Receipt | | | August 07, 2023 | |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | Movie Fund issues and further telephone conference with M. Vives re same and related matters (0.90); reviewed and exchanged correspondence re SAC issues (0.30). | | | |

### 10-Business Operations/Operating Entities

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 07/06/2023 | Banich, Terence | Reviewed correspondence re ILBE arbitration updates/issues. | 0.10 | 841.00 | 84.10 |
| 07/06/2023 | Halberstadter, David | Emails to and from JAMS re their receipt of ILBE's portion of arbitrator's fees (advanced by Katten) and scheduling initial conference with arbitrator (0.30); email to M. Vives re same (0.10); emails among counsel regarding selection of date for initial conference (0.20). | 0.60 | 1,037.00 | 622.20 |
| 07/07/2023 | Banich, Terence | Reviewed correspondence from D. Halberstadter re ILBE arbitration updates. | 0.10 | 841.00 | 84.10 |
| 07/07/2023 | Halberstadter, David | Email to JAMS confirming counsel's availability for initial conference with Judge Friedman (0.10); emails from and to J. Fowler re scheduling separate call (0.10); update M. Vives re same (0.10). | 0.30 | 1,037.00 | 311.10 |
| 07/10/2023 | Halberstadter, David | Telephone call with J. Fowler (ILBE's counsel) re settlement proposal (0.10); emails to and from M. Vives re same (0.30); begin preparation for arbitration management conference, including identifying potential witnesses, documents to exchange, briefing schedule (0.50). | 0.90 | 1,037.00 | 933.30 |
| 07/10/2023 | Banich, Terence | Reviewed correspondence re ILBE settlement discussions. | 0.10 | 841.00 | 84.10 |
| 07/11/2023 | Halberstadter, David | Zoom call with M. Vives, others re ILBE settlement proposal. | 0.30 | 1,037.00 | 311.10 |
| 07/12/2023 | Halberstadter, David | Review and analyze email from R. Reyes with follow-up requests for ILBE's counsel with which to assess settlement proposal. | 0.20 | 1,037.00 | 207.40 |
| 07/13/2023 | Halberstadter, David | Prepare for Zoom call with client regarding upcoming arbitration management conference (0.40); attend Zoom call with M. Vives, R. Baker, R. Reyes (0.80). | 1.20 | 1,037.00 | 1,244.40 |
| 07/14/2023 | Halberstadter, David | Draft and send email to J. Fowler in response to ILBE settlement offer, requesting additional information (0.20). | 0.20 | 1,037.00 | 207.40 |
| 07/14/2023 | Banich, Terence | Reviewed correspondence re settlement discussions. | 0.10 | 841.00 | 84.10 |
| 07/17/2023 | Banich, Terence | Reviewed correspondence from D. Halberstadter re arbitration updates/next steps. | 0.30 | 841.00 | 252.30 |
| 07/17/2023 | Halberstadter, David | Prepare for and participate in arbitration management conference with arbitrator Friedman (1.00); report to client re same (0.20). | 1.20 | 1,037.00 | 1,244.40 |
| 07/19/2023 | Halberstadter, David | Review Scheduling Order No. 1 issued by Judge Friedman (0.10); email to client re same (0.10). | 0.20 | 1,037.00 | 207.40 |
| 07/19/2023 | Banich, Terence | Reviewed scheduling order and correspondence from D. Halberstadter re same. | 0.20 | 841.00 | 168.20 |
| 07/21/2023 | Halberstadter, David | Emails from and to M. Katz re questions about proceeding against Orion in the event of a default by ILBE. | 0.20 | 1,037.00 | 207.40 |

Matter:               396859.00001
Invoice #:            9020142991
Invoice Due Date:     Payable Upon Receipt

August 07, 2023

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 07/31/2023 | Halberstadter, David | Follow up with J. Fowler re ILBE's settlement proposal and our request for additional documentation. | 0.10 | 1,037.00 | 103.70 |

**Total Hours :  108.70**            **Total Fees      80,787.80    USD**

**Katten**

| Matter: | 396859.00001 | |
|---|---|---|
| Invoice #: | 9020142991 | |
| Invoice Due Date: | Payable Upon Receipt | August 07, 2023 |

---

**TIME SUMMARY**

**01-Case administration**

| Name | Title | Hours | | Rate | Amount |
|---|---|---|---|---|---|
| Hebeisen, Kenneth | Associate | 12.30 | | 540.00 | 6,642.00 |
| Bruckner, Amelia | Associate | 2.20 | | 493.00 | 1,084.60 |
| Banich, Terence | Partner | 9.40 | | 841.00 | 7,905.40 |
| | Sub Total : | **23.90** | | **Sub Total :** | **15,632.00** |

**02-Fee applications/retention of professionals**

| Name | Title | Hours | | Rate | Amount |
|---|---|---|---|---|---|
| Hebeisen, Kenneth | Associate | 5.60 | | 540.00 | 1,026.00 |
| Banich, Terence | Partner | 3.90 | | 841.00 | 1,429.70 |
| | Sub Total : | **9.50** | | **Sub Total :** | **2,455.70** |

**04-Pre-receivership litigation/stay**

| Name | Title | Hours | | Rate | Amount |
|---|---|---|---|---|---|
| Hebeisen, Kenneth | Associate | 5.60 | | 540.00 | 3,024.00 |
| Banich, Terence | Partner | 37.90 | | 841.00 | 31,873.90 |
| | Sub Total : | **43.50** | | **Sub Total :** | **34,897.90** |

**05-FBI and criminal case matters**

| Name | Title | Hours | | Rate | Amount |
|---|---|---|---|---|---|
| Banich, Terence | Partner | 0.60 | | 841.00 | 504.60 |
| | Sub Total : | **0.60** | | **Sub Total :** | **504.60** |

**06-SEC meetings/discussions**

| Name | Title | Hours | | Rate | Amount |
|---|---|---|---|---|---|
| Banich, Terence | Partner | 0.50 | | 841.00 | 420.50 |
| | Sub Total : | **0.50** | | **Sub Total :** | **420.50** |

**09-Investigation of assets/transactions**

| Name | Title | Hours | | Rate | Amount |
|---|---|---|---|---|---|
| Banich, Terence | Partner | 24.40 | | 841.00 | 20,520.40 |
| | Sub Total : | **24.40** | | **Sub Total :** | **20,520.40** |

**10-Business Operations/Operating Entities**

| Name | Title | Hours | | Rate | Amount |
|---|---|---|---|---|---|
| Halberstadter, David | Partner | 5.40 | | 1,037.00 | 5,599.80 |
| Banich, Terence | Partner | 0.90 | | 841.00 | 756.90 |
| | Sub Total : | **6.30** | | **Sub Total :** | **6,356.70** |

| | Total Hours : | **108.70** | | **Total Fees** | **80,787.80 USD** |

| | | |
|---|---|---|
| Matter: | 396859.00001 | |
| Invoice #: | 9020142991 | August 07, 2023 |
| Invoice Due Date: | Payable Upon Receipt | |

---

## DISBURSEMENTS

| Description | Cost Description | Amount |
|---|---|---|
| Courier | FedExCorp.Inv#: 818577050,Trking# 780570278797,on 6/30/2023 To: JAMS, Inc.. | 12.76 |
| Data/Library Research Services | Westlaw Legal Research: HEBEISEN,KENNETH on 7/3/2023. Westlaw Legal Research: HEBEISEN,KENNETH on 7/5/2023. Westlaw Legal Research: HEBEISEN,KENNETH on 7/6/2023. Westlaw Legal Research: HEBEISEN,KENNETH on 7/10/2023. Westlaw Legal Research: HEBEISEN,KENNETH on 7/17/2023. Westlaw Legal Research: HEBEISEN,KENNETH on 7/18/2023. Westlaw Legal Research: HEBEISEN,KENNETH on 7/24/2023. Westlaw Legal Research: HEBEISEN,KENNETH on 7/31/2023. | 902.54 |

**Total  Disbursements:** 915.30   USD

**Katten**