**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter[2]**

| Matter Description | Hours | Amount |
|---|---:|---:|
| Accounting / Auditing | 7.2 | $591.53 |
| Asset Analysis and Recovery | 0.0 | $0.00 |
| Business Analysis | 0.0 | $0.00 |
| Business Operations | 6.4 | $2,769.53 |
| Case Administration | 77.7 | $29,640.66 |
| Forensic Accounting | 333.7 | $62,496.38 |
| Status Reports | 8.0 | $2,811.60 |
| Expenses | 0.0 | $6,317.82 |
| **Totals** | **433.0** | **$104,627.52** |

---

[2] The Receiver voluntarily reduced her fees for the Fee Period by $1,826.55, attributable to preparation of fee applications, as an accommodation to the receivership estate.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200