**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter**[2]

| Matter Description | Hours | Amount |
|---|---:|---:|
| Case Administration | 14.7 | $10,659.40 |
| Fee Application/Retention of Professionals | 6.6 | $1,644.80 |
| Claims Administration and Objections | 0.0 | $0.00 |
| Pre-Receivership Litigation/Stay | 33.1 | $26,392.30 |
| FBI and Criminal Case Matters | 0.0 | $0.00 |
| SEC Meetings/Discussions | 0.0 | $0.00 |
| Avoidance Actions | 0.0 | $0.00 |
| Asset Disposition | 0.0 | $0.00 |
| Investigation of Assets/Transactions | 70.3 | $59,046.10 |
| Business Operations/Operating Entities | 24.5 | 13,222.90 |
| Expenses | 0.0 | $96.60 |
| **Totals** | **149.2** | **$111,062.10** |

---

[2] As an accommodation to the receivership estate, Katten voluntarily reduced its fees for the Fee Period by $12,697.30, attributable to preparation of fee applications and other administrative tasks.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200