Case 2:21-cv-02927-CAS-PD　　Document 306　　Filed 11/27/23　　Page 1 of 3　　Page ID #:7233

<p style="text-align:center">

</p>

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC,<br><br>　　　　　Defendants. | Case No. 2:21-cv-02927-CAS-PDx<br><br>**ORDER APPROVING SETTLEMENT WITH BREAKOUT SPE LLC, DUNCAN DAVIS AND BRANDON LABRUM, AND FOR RELATED RELIEF** |

Upon consideration of the *Motion of Receiver Michele Vives for Order Approving Settlement with Breakout SPE LLC, Duncan Davis and Brandon Labrum, and for Related Relief*, dated November 13, 2023 (the "Motion"), the Court, having jurisdiction to hear and determine the Motion, has reviewed the Motion and accompanying memorandum of points and authorities and declarations in support thereof, considered the exhibits to the Motion and the objection(s) to the Motion, if any, and concluded that all parties in interest have due and sufficient notice of the Motion; after due deliberation and consideration of the Motion, and there being good cause to grant the relief provided herein; it is, pursuant to the Court's power to supervise equity receiverships and all other powers in that behalf so enabling, hereby ORDERED:

Case No. 2:21-cv-02927-CAS-PD
ORDER APPROVING SETTLEMENT WITH
THE BREAKOUT PARTIES AND FOR RELATED RELIEF

1. The Motion is GRANTED. Capitalized terms not defined herein have the meanings ascribed to them in the Motion or the Settlement Agreement.

2. Notice of the Motion is sufficient under the circumstances and satisfies due process, and any further notice otherwise required by Local Rule 66-7 is waived.

3. The terms of the Settlement with Breakout SPE LLC, Duncan Davis and Brandon Labrum memorialized in the Settlement Agreement are fair and equitable, including without limitation, the Bar Order and the Administrative Claims, and the Settlement Agreement and its terms are therefore APPROVED. For the avoidance of doubt, the Receiver Released Claims (as that term is defined in Paragraph 6 of the Settlement Agreement) exclude any claims or causes of action that the Receivership Estate may have against any investor in or lender to 1inMM (through Breakout SPE LLC or otherwise) other than Brandon Labrum or Duncan Davis.

4. The Court hereby PERMANANTLY BARS, RESTRAINS and ENJOINS all persons and entities (except any governmental unit, as that term is defined by 11 U.S.C. § 101(27)), as well as their respective heirs, successors, assigns, officers, directors, representatives, agents and attorneys, from commencing or continuing any civil action, administrative proceeding, arbitration or other adversarial proceeding against Breakout SPE LLC, including all of its parents, subsidiaries, affiliates, or related entities, and Brandon Labrum and/or Duncan Davis, as well as their respective heirs, successors and assigns, asserting any claim or cause of action, whether directly or derivatively, arising out of, in connection with or relating in any way to: (1) the 1inMM Ponzi Scheme; (2) acts or omissions relating to Breakout SPE LLC; (3) acts or omissions relating to the 1inMM Ponzi Scheme or the 1inMM Defendants; (4) acts or omissions relating to any investment, loan or transfer of money to JJMT Capital, LLC or 1inMM Capital, LLC and/or repayment or lack of repayment by JJMT Capital, LLC or the 1inMM Defendants (in whatever form and however denominated, a "<u>1inMM Claim</u>"). All 1inMM

Claims are hereby channeled into the Receivership Estate's claims distribution process that the Court will establish by separate order. *Provided, however*, this order does not bar, restrain or enjoin the Receiver from asserting any claim or cause of action.

5.  The Receiver is AUTHORIZED to take such further actions as may be necessary to consummate the transactions in the Settlement Agreement, including without limitation, paying the Administrative Claim to the holder thereof in the amount specified in the Settlement Agreement.

6.  The Court retains exclusive jurisdiction to hear and determine any disputes arising out of or relating to the settlement approved by this order.

Dated: November 27, 2023

*Christine A. Snyder*
United States District Judge