**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter[2]**

| Matter Description | Hours | Amount |
|---|---:|---:|
| Accounting / Auditing | 11.2 | $2,059.21 |
| Asset Analysis and Recovery | 0.0 | $0.00 |
| Business Analysis | 0.0 | $0.00 |
| Business Operations | 0.5 | $222.75 |
| Case Administration | 98.1 | $31,313.78 |
| Forensic Accounting | 256.3 | $48,297.31 |
| Status Reports | 0.3 | $103.95 |
| Expenses | 0.0 | $28.05 |
| **Totals** | **366.4** | **$82,025.05** |

---

[2] The Receiver voluntarily reduced her fees for the Fee Period by $1,514.70, attributable to preparation of fee applications, as an accommodation to the receivership estate.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200