**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter[2]**

| Matter Description | Hours | Amount |
|---|---|---|
| Case Administration | 7.6 | $6,391.60 |
| Fee Application/Retention of Professionals | 6.8 | $925.10 |
| Claims Administration and Objections | 0.0 | $0.00 |
| Pre-Receivership Litigation/Stay | 35.3 | $25,985.00 |
| FBI and Criminal Case Matters | 0.0 | $0.00 |
| SEC Meetings/Discussions | 0.0 | $0.00 |
| Avoidance Actions | 12.7 | $8,182.40 |
| Asset Disposition | 0.0 | $0.00 |
| Investigation of Assets/Transactions | 21.8 | $18,333.80 |
| Business Operations/Operating Entities | 14.0 | $9,023.60 |
| Expenses | 0.0 | $1,864.27 |
| **Totals** | **98.2** | **$70,705.77** |

---

[2] As an accommodation to the receivership estate, Katten voluntarily reduced its fees for the Fee Period by $3,589.80, attributable to preparation of fee applications and other administrative tasks.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200