**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter[2]**

| Matter Description | Hours | Amount |
|---|---|---|
| Accounting / Auditing | 4.8 | $277.21 |
| Asset Analysis and Recovery | 0.0 | $0.00 |
| Business Analysis | 0.0 | $0.00 |
| Business Operations | 0.0 | $0.00 |
| Case Administration | 72.2 | $21,156.36 |
| Forensic Accounting | 180.1 | $36,919.67 |
| Status Reports | 0.0 | $0.00 |
| Expenses | 0.0 | $98.05 |
| **Totals** | **260.8** | **$59,832.34** |

---

[2] The Receiver voluntarily reduced her fees for the Fee Period by $1,425.60, attributable to preparation of fee applications, as an accommodation to the receivership estate.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200