**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter[2]**

| Matter Description | Hours | Amount |
|---|---:|---:|
| Case Administration | 0.0 | $0.00 |
| Fee Application/Retention of Professionals | 6.5 | $378.00 |
| Claims Administration and Objections | 0.0 | $0.00 |
| Pre-Receivership Litigation/Stay | 20.8 | $12,917.60 |
| FBI and Criminal Case Matters | 0.0 | $0.00 |
| SEC Meetings/Discussions | 0.1 | $84.10 |
| Avoidance Actions | 42.8 | $31,810.90 |
| Asset Disposition | 0.0 | $0.00 |
| Investigation of Assets/Transactions | 43.9 | $36,919.90 |
| Business Operations/Operating Entities | 32.6 | $21,611.20 |
| Expenses | 0.0 | $771.37 |
| Discount | 0.0 | -$6,000.00 |
| **Totals** | **146.7** | **$98,493.07** |

---

[2] Katten voluntarily reduced its fees for the Fee Period by $9,842.00 as an accommodation to the receivership estate.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

Case No. 2:21-cv-02927-CAS-PD
TWENTY-FOURTH MONTHLY FEE STATEMENT OF
KATTEN MUCHIN ROSENMAN LLP—DECEMBER 2023