LATHAM & WATKINS LLP
Joshua G. Hamilton (Bar No. 199610)
joshua.hamilton@lw.com
10250 Constellation Blvd, Suite 1100
Los Angeles, California 90067
Telephone: +1.424.653.5500
Facsimile: +1.424.653.5501

Attorney for Non-Party
City National Bank

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY HORWITZ, et al.,<br><br>Defendants. | Case No. 2:21-cv-02927-CAS-PD<br><br>**STIPULATION FOR ORDER ENTERING PROTECTIVE ORDER AS TO RECEIVER PROCEEDING INVOLVING NON-PARTY CITY NATIONAL BANK**<br><br>Hon. Patricia Donahue |

Non-Party City National Bank ("CNB") and Michele Vives, not individually, but solely as the receiver (the "Receiver") of 1inMM Capital, LLC and its subsidiaries and affiliates (the "1inMM Entities") and over the assets more particularly described in the *Order on Appointment of a Permanent Receiver*, dated January 14, 2022 [ECF #70] (the "Receiver Order"), by and through their counsel of record, hereby state:

**WHEREAS**, the Receiver has issued a subpoena dated January 11, 2023 to CNB (the "Subpoena"), and CNB has requested that the Receiver treat the documents and information it produces as confidential pursuant to a protective order entered under Federal Rule of Civil Procedure 26(c);

**WHEREAS**, the Receiver has stipulated to the entry of a protective order in the form annexed hereto (the "Proposed Protective Order");

**WHEREAS**, the Proposed Protective Order is derived from the form of protective order commonly entered by judges in this district, but the parties have modified it so that it applies only to (1) any subpoena or informal request for Disclosure or Discovery Material issued by the Receiver to CNB pursuant to her investigatory powers under the Receiver Order or the Federal Rules of Civil Procedure; or (2) any civil action commenced by or against the Receiver, whether within or as part of the instant case, or in a different case, court, and/or venue which involves the production or use of any Disclosure or Discovery Material produced or provided by CNB (each of (1) and (2), a "CNB-Related Proceeding"), where "Disclosure or Discovery Material" means all items or information, regardless of the medium or manner in which they are generated, stored, or maintained (including, among other things, documents, testimony, transcripts, and tangible things), that are produced or provided by CNB in response to a subpoena or discovery request in a CNB-Related Proceeding;

**WHEREAS**, as a consequence, the Proposed Protective Order applies only to a CNB-Related Proceeding and is entered into only between CNB and the Receiver;

2

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
CENTURY CITY

Case No. 2:21-CV-02927-CAS-PD
STIP. FOR ORDER ENTERING PO AS TO RECEIVER
PROCEEDING INVOLVING NON-PARTY CNB

**WHEREAS**, additional persons and entities may become subject to the Proposed Protective Order as specified therein by signing the "Acknowledgment and Agreement to Be Bound" annexed thereto as Exhibit A; and

**WHEREAS**, CNB and the Receiver agree that entry of the Proposed Protective Order facilitates the purposes of the Receiver Order and is in the best interests of the estate and its creditors.

**NOW, THEREFORE**, CNB and the Receiver stipulate and agree that the Court should enter the Proposed Protective Order submitted herewith.

**IT IS SO STIPULATED.**

Dated:  January 17, 2024

Respectfully submitted,

**LATHAM & WATKINS LLP**

By  /s/ Joshua G. Hamilton
Joshua G. Hamilton
*Counsel for Non-Party*
*City National Bank*

Dated:  January 17, 2024

Respectfully submitted,

**RAINES FELDMAN LITTRELL LLP**

By  /s/ Kathy Bazoian Phelps
Kathy Bazoian Phelps
*Raines Feldman Littrell LLP*
*Counsel for Receiver Michele Vives*

3

Case No. 2:21-CV-02927-CAS-PD
STIP. FOR ORDER ENTERING PO AS TO RECEIVER
PROCEEDING INVOLVING NON-PARTY CNB

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
CENTURY CITY

# ATTESTATION STATEMENT

I, Joshua G. Hamilton, am the ECF User whose identification and password are being used to file this STIPULATION FOR ORDER ENTERING PROTECTIVE ORDER AS TO RECEIVER PROCEEDING INVOLVING NON-PARTY CITY NATIONAL BANK. Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Joshua G. Hamilton*
    Joshua G. Hamilton