**STANDARDIZED FUND ACCOUNTING REPORT (CASH BASIS) for**
**ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC**
**RECEIVERSHIP; CIVIL COURT DOCKET NO. 2:21-CV-02927-CAS**
**REPORTING PERIOD from October 1, 2023 through December 31, 2023**

| FUND ACCOUNTING (See Instructions): | | | DETAIL | SUBTOTAL | GRAND TOTAL |
|---|---|---|---:|---:|---:|
| Line 1 | **Beginning Balance of the Fund as of October 1, 2023** | | | | **$3,276,877** |
| | *Increases in Fund Balances:* | | | | |
| Line 2 | **Business Income (Receipts)** | | | | 1,622 |
| Line 3 | **Cash and Securities** | | | | 4,750 |
| Line 4 | **Interest / Dividend Income** | | | | 31,859 |
| Line 5 | **Business Asset Liquidation** | | | | |
| Line 6 | **Personal Asset Liquidation** | | | | |
| Line 7 | **Third-Party Litigation** | | | | 0 |
| Line 8 | **Miscellaneous - Other** | | | | 3,200,000 |
| | **Total Funds Available (Lines 1-8)** | | | | 6,515,108 |
| | *Decreases in Fund Balance:* | | | | |
| Line 9 | **Disbursements to Investors** | | | | 0 |
| Line 10 | **Disbursements for Receivership Operations** | | | | |
| | Line 10a | *Disbursements to Receiver or Other Professionals* | | 290,341 | 0 |
| | Line 10b | *Business Asset Expenses* | | 4,550 | |
| | Line 10c | *Personal Asset Liquidation* | | | |
| | Line 10d | *Investment Expenses* | | 424 | |
| | Line 10e | *Third-Party Litigation Expenses* | | | |
| | | 1. Attorney Fees | 762,337 | | |
| | | 2. Litigation Expenses | 0 | | |
| | | Total Third-Party Litigation Expenses | | 762,337 | |
| | Line 10f | *Tax Administrator Fees and Bonds* | | 0 | |
| | Line 10g | *Federal and State Tax Payments* | | 3,766 | |
| | | **Total Disbursements for Receivership Operations** | | | 1,061,419 |
| Line 11 | **Disbursements for Distribution Expenses Paid by the Fund:** | | | | |
| | Line 11a | *Distribution Plan Development Expenses:* | | | |
| | | 1. Fees: | | | |
| | | Fund Administrator | 0 | | |
| | | Independent Distribution Consultant (IDC) | 0 | | |
| | | Distribution Agent | 0 | | |
| | | Consultants | 0 | | |
| | | Legal Advisors | 0 | | |
| | | Tax Advisors | 0 | | |
| | | 2. Administrative Expenses | 0 | | |
| | | 3. Miscellaneous | 0 | | |
| | | Total Plan Development Expenses | | 0 | |
| | Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| | | 1. Fees: | | | |
| | | Fund Administrator | 0 | | |
| | | Independent Distribution Consultant (IDC) | 0 | | |
| | | Distribution Agent | 0 | | |
| | | Consultants | 0 | | |
| | | Legal Advisors | 0 | | |
| | | Tax Advisors | 0 | | |
| | | 2. Administrative Expenses | 0 | | |

**STANDARDIZED FUND ACCOUNTING REPORT (CASH BASIS) for**
**ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC**
**RECEIVERSHIP; CIVIL COURT DOCKET NO. 2:21-CV-02927-CAS**
REPORTING PERIOD from October 1, 2023 through December 31, 2023

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| | | 3. Investor Identification: | | | |
| | | | Notice/Publishing Approved Plan | 0 | |
| | | | Claimant Identification | 0 | |
| | | | Claims Processing | 0 | |
| | | | Web Site Maintenance / Call Center | 0 | |
| | | 4. Fund Administrator Bond | | 0 | |
| | | 5. Miscellaneous | | 0 | |
| | | 6. Fair Account for Investor Restitution | | 0 | |
| | | (FAIR) Reporting Expenses | | 0 | |
| | | *Total Plan Implementation Expenses* | | | 0 |
| | | **Total Disbursements for Distribtion Expenses Paid by the Fund** | | | 0 |
| Line 12 | | **Disbursements to Court / Other:** | | | |
| | Line 12a | *Investment Expenses / Court Registry Investment System (DRIS) Fees* | | 0 | |
| | Line 12b | *Federal Tax Payments* | | 0 | |
| | | **Total Disbursements to Court / Other** | | | 0 |
| | | **Total Funds Disbursed (Lines 9-12)** | | | 1,061,419 |
| Line 13 | | **Ending Balance of the Fund as of December 31, 2023** | | | $5,453,689 |
| | | | | | |
| Line 14 | | **Ending Balance of Fund - Net Assets:** | | | |
| | Line 14a | *Cash & Cash Equivalents* | | | $5,453,689 |
| | Line 14b | *Investments* | | | 0 |
| | Line 14c | *Other Assets or Uncleared Funds* | | | 0 |
| | | **Total Ending Balance of Fund - Net Assets** | | | $5,453,689 |

| OTHER SUPPLEMENTAL INFORMATION: | | | | DETAIL | SUBTOTAL | GRAND TOTAL |
|---|---|---|---|---|---|---|
| | | *Report of Items NOT to be Paid by the Fund:* | | | | |
| Line 15 | | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | | |
| | Line 15a | *Plan Development Expenses Not Paid by the Fund* | | | | |
| | | 1. Fees: | | | | |
| | | | Fund Administrator | | $0 | |
| | | | Independent Distribution Consultant (IDC) | | 0 | |
| | | | Distribution Agent | | 0 | |
| | | | Consultants | | 0 | |
| | | | Legal Advisors | | 0 | |
| | | | Tax Advisors | | 0 | |
| | | 2. Administrative Expenses | | | 0 | |
| | | 3. Miscellaneous | | | 0 | |
| | | *Total Plan Development Expenses Not Paid by the Fund* | | | | $0 |
| | Line 15b | *Plan Implementation Expenses Not Paid by the Fund* | | | | |
| | | 1. Fees: | | | | |
| | | | Fund Administrator | | 0 | |
| | | | Independent Distribution Consultant (IDC) | | 0 | |
| | | | Distribution Agent | | 0 | |
| | | | Consultants | | 0 | |
| | | | Legal Advisors | | 0 | |

**STANDARDIZED FUND ACCOUNTING REPORT (CASH BASIS) for**
**ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC**
**RECEIVERSHIP; CIVIL COURT DOCKET NO. 2:21-CV-02927-CAS**
REPORTING PERIOD from October 1, 2023 through December 31, 2023

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Tax Advisors | 0 |  |
|  |  | 2. Administrative Expenses | 0 |  |
|  |  | 3. Investor Identification: |  |  |
|  |  | Notice/Publishing Approved Plan | 0 |  |
|  |  | Claimant Identification | 0 |  |
|  |  | Claims Processing | 0 |  |
|  |  | Web Site Maintenance / Call Center | 0 |  |
|  |  | 4. Fund Administrator Bond | 0 |  |
|  |  | 5. Miscellaneous | 0 |  |
|  |  | 6. FAIR Reporting Expenses | 0 |  |
|  |  | *Total Plan Implementation Expenses Not Paid by the Fund* |  | 0 |
|  | Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* |  | 0 |
|  |  | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** |  | $0 |
| Line 16 |  | **Disbursements to Court / Other Not Paid by the Fund:** |  |  |
|  | Line 16a | *Investment Expenses / CRIS Fees* | $0 |  |
|  | Line 16b | *Federal Tax Payments* | 0 |  |
|  |  | **Total Disbursements to Court / Other Not Paid by the Fund:** |  | $0 |
| Line 17 |  | **DC & State Tax Payments** |  | $0 |
| Line 18 |  | **Number of Claims:** |  |  |
|  | Line 18a | Number of Claims Received This Reporting Period ……………………………………… |  | 0 |
|  | Line 18b | Number of Claims Received Since Inception of Fund ………………………………… |  | 0 |
| Line 19 |  | **Number of Claimants / Investors:** |  |  |
|  | Line 18a | *Number of Claimants / Investors Paid This Reporting Period* ………………………… |  | 0 |
|  | Line 18b | *Number of Claimants / Investors Paid Since Inception of Fund* ……………………… |  | 0 |

Receiver:
By: _____
(signature)
Michele Vives
(printed name)
Date: 1.31.2024