Terence G. Banich (SBN 212173)
terence.banich@katten.com
Allison E. Yager (*pro hac vice*)
allison.yager@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

*Attorneys for the Receiver*
Michele Vives

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:21-cv-02927-CAS-PD |
| Plaintiff, | **TWENTY-SECOND MONTHLY FEE STATEMENT OF RECEIVER MICHELE VIVES—OCTOBER 2023** |
| v. | |
| ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC, | Judge: Hon. Christina A. Snyder Courtroom: 8D |
| Defendants. | |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

Michele Vives, in her capacity as the receiver in the above-captioned action (the "Receiver"), pursuant to paragraphs 3(b) and 3(d) of the *Order Granting Motion of Receiver Michele Vives for Order Establishing Procedures for Allowance of Compensation and Reimbursement of Expenses*, dated February 22, 2022 [ECF #77] (the "Interim Compensation Procedures Order"), hereby files this monthly fee statement (this "Monthly Fee Statement") for (i) compensation in the amount of $78,647.76 (80% of $98,309.70)[1] for the reasonable and necessary services rendered by the Receiver from October 1, 2023 through and including October 31, 2023 (the "Fee Period") and (ii) reimbursement of the actual and necessary expenses that the Receiver incurred, in the amount of $6,317.82 during the Fee Period.

## Statement of Fees and Expenses

In support of this Monthly Fee Statement, attached are the following exhibits:

• **Exhibit A** is a schedule for the Fee Period, setting forth the total amounts of compensation sought with respect to each category of services for which the Receiver is seeking payment in this Monthly Fee Statement.

• **Exhibit B** is a schedule for the Fee Period providing certain information regarding the professionals for whose work in this receivership compensation is sought in this Monthly Fee Statement. The Receiver and her staff at Douglas Wilson Companies have expended a total of 433.0 hours in connection with this proceeding during the Fee Period.

• **Exhibit C** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which the Receiver is seeking reimbursement in this Monthly Fee Statement. All of these

---

[1] The Receiver voluntarily reduced her fees for the Fee Period by $1,826.55, attributable to preparation of fee applications, as an accommodation to the receivership estate.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

disbursements comprise the requested sum for the Receiver's out of pocket expenses.

• **Exhibit D** consists of the Receiver's invoice of fees and expenses incurred during the Fee Period in the rendition of the professional services to the Receiver. This invoice may have been redacted to maintain privilege and confidentiality, in accordance with paragraph 3(a) of the Interim Compensation Procedures Order.

Although every effort has been made to include in this Monthly Fee Statement all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. The Receiver reserves the right to make further application to this Court for allowance of such fees and expenses not included herein in accordance with the Interim Compensation Procedures Order.

Notice of this Monthly Fee Statement will be provided in accordance with the procedures set forth in the Interim Compensation Procedures Order.

### Objection Period

The Notice Parties specified in paragraph 3(a) of the Interim Compensation Procedures Order shall have 10 days from the date hereof, i.e., until 4:00 p.m. prevailing Pacific Time on **November 20, 2023** (the "Objection Period"), to review the Monthly Fee Statement and serve a Notice of Objection (as defined in the Interim Compensation Procedures Order) on the Receiver.

In accordance with paragraph 3(c) of the Interim Compensation Procedures Order, after the Objection Period expires at 4:00 p.m. prevailing Pacific Time on November 20, 2023, the Receiver shall pay, without further order of the Court, 80% of the fees and 100% of the expenses the Receiver has requested in the Monthly Fee Statement that are not the subject of a Notice of Objection. Based on that formula, the Receiver shall receive $78,647.76 of the fees and $6,317.82 of the expenses unless a timely Notice of Objection is served.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

Dated: November 10, 2023

Respectfully submitted,

**KATTEN MUCHIN ROSENMAN LLP**

By:  /s/*Terence G. Banich*
Terence G. Banich

*Attorneys for the Receiver*
Michele Vives

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

# PROOF OF SERVICE

## STATE OF ILLINOIS, COUNTY OF COOK

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, IL 60661.

On November 10, 2023, I served the following document(s) described as:

**TWENTY-SECOND MONTHLY FEE STATEMENT OF RECEIVER MICHELE VIVES—OCTOBER 2023**

on counsel of record in this action as follows:

**[ ]   BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing.  On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[ ]   BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused the document(s) to be  sent from e-mail address terence.banich@katten.com to the persons at the e-mail addresses listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ]   BY OVERNIGHT MAIL (FedEx):**  I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]   BY PERSONAL SERVICE:**  I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]   E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on November 10, 2023, at Winnetka, Illinois.

*/s/Terence G. Banich*
Terence G. Banich

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

## Exhibit A
### Summary of Total Fees and Expenses by Subject Matter[2]

| Matter Description | Hours | Amount |
|---|---|---|
| Accounting / Auditing | 7.2 | $591.53 |
| Asset Analysis and Recovery | 0.0 | $0.00 |
| Business Analysis | 0.0 | $0.00 |
| Business Operations | 6.4 | $2,769.53 |
| Case Administration | 77.7 | $29,640.66 |
| Forensic Accounting | 333.7 | $62,496.38 |
| Status Reports | 8.0 | $2,811.60 |
| Expenses | 0.0 | $6,317.82 |
| **Totals** | **433.0** | **$104,627.52** |

[2] The Receiver voluntarily reduced her fees for the Fee Period by $1,826.55, attributable to preparation of fee applications, as an accommodation to the receivership estate.

## Exhibit B
### Summary of Total Fees and Hours by Professionals

| Professional | Position with the Applicant | Years of Experience | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Michele Vives | Receiver | 17 | $445.50 | 45.8 | $20,403.90 |
| Douglas Wilson | Executive Management | 33 | $445.50 | 8.5 | $3,786.75 |
| Rene Weidman | Executive Management | 17 | $445.50 | 26.2 | $9,845.55 |
| Lynn Goodridge | Executive Management | 25 | $445.50 | 6.3 | $2,806.65 |
| Ryan Baker | Project Director | 12 | $346.50 | 9.4 | $3,257.10 |
| Michael Wilson | Project Associate Director | 1 | $173.25 | 113.7 | $19,698.59 |
| Lisset Rocha | Accounting | 4 | $173.25 | 126.8 | $21,968.18 |
| Kristine Cuevas | Administrative | 8 | $173.25 | 83.1 | $14,397.13 |
| Kristina Godinez | Project Associate | 10 | $173.25 | 7.5 | $1,299.40 |
| James Johnson | Administrative | 25 | $148.50 | 5.7 | $846.45 |
| **Totals** | | | | **433.0** | **$98,309.70** |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

# Exhibit C
## Summary of Actual and Necessary Expenses

| Expenses by Category | Amount |
|---|---|
| Background Checks | $28.05 |
| Publication Notice | $6,289.77 |
| **Total** | **$6,317.82** |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

**Exhibit D**
**Invoices**



**Services for month ending October 31, 2023**

Invoice #: 92616
Invoice Date: 11/10/2023
Due Date: 11/20/2023

1620 Fifth Avenue, Suite 400
San Diego, CA 92101
Phone: 619 641-1141
Fax: 619-641-1150
douglaswilson.com

SEC v Horwitz
Attn: Michele Vives
1620 Fifth Avenue, Suite 400
San Diego, CA 92101
United States

## 10129 SEC v Horwitz

### Services

| Date | Timekeeper | Description | Hours | Total |
|------|-----------|-------------|-------|-------|
| 10/01/2023 | MV | Case Administration: Review and redline reply to financial institution's response on Motion to Quash. (1.3) Email comments to counsel (.2). | 1.50 | $668.25 |
| 10/01/2023 | DW | Case Administration: Review the final of the document to be submitted for financial institution. | 0.50 | $222.75 |
| 10/02/2023 | MV | Case Administration: Call with Counsel regarding Professional Services firm. | 0.20 | $89.10 |
| 10/02/2023 | KB | Forensic Accounting: Complete "Related Investor Listing" spreadsheet for aggregator. | 5.30 | $918.23 |
| 10/02/2023 | MV | Case Administration: Call with aggregators counsel regarding settlement. | 0.50 | $222.75 |
| 10/02/2023 | MV | Case Administration: Call with counsel regarding mediation with aggregator (.2) and discussion regarding redlines on settlement agreement (.3) | 0.50 | $222.75 |
| 10/02/2023 | MV | Case Administration: Call with Conflicts Counsel regarding Reply. | 0.20 | $89.10 |
| 10/02/2023 | RW | Case Administration: Zoom call with T.Banich, M.Vives and aggregator's counsel. | 0.40 | $178.20 |
| 10/02/2023 | MDW | Forensic Accounting: Verifying investor spreadsheet with net winnings | 6.50 | $1,126.13 |

Invoice #: 92616 - 10129 SEC v Horwitz - 11/10/2023

| | | & net losses and updating internal master spreadsheet | | |
|---|---|---|---|---|
| 10/02/2023 | DW | Case Administration: Discussions on timing of next Mediations in LA for aggregators. | 0.50 | $222.75 |
| 10/02/2023 | LR | Forensic Accounting: Review items provided by aggregator in document request | 0.50 | $86.63 |
| 10/02/2023 | LR | Forensic Accounting: Review background searches on investor listing | 0.30 | $51.98 |
| 10/02/2023 | LR | Forensic Accounting: Investor analysis | 6.00 | $1,039.50 |
| 10/02/2023 | RB | Case Administration: Review reply to financial institution opposition to motion for review of order. | 0.40 | $138.60 |
| 10/03/2023 | MV | Case Administration: Redline Settlement Agreement | 1.00 | $445.50 |
| 10/03/2023 | MV | Case Administration: Review open items with team | 0.20 | $89.10 |
| 10/03/2023 | LR | Forensic Accounting: Review aggregator analysis | 4.70 | $814.28 |
| 10/03/2023 | MV | Case Administration: Call with counsel for net winner regarding settlement demand. | 0.40 | $178.20 |
| 10/03/2023 | MV | Case Administration: Call with counsel regarding filing sealed motion. | 0.20 | $89.10 |
| 10/03/2023 | MV | Case Administration: Email mediator regarding aggregator mediation and next steps. | 0.20 | $89.10 |
| 10/03/2023 | MDW | Forensic Accounting: Verifying investor spreadsheet with net winnings & net losses and updating internal master spreadsheet | 3.60 | $623.70 |
| 10/04/2023 | KB | Forensic Accounting: Investigate relationships between people of interest. | 4.60 | $796.95 |
| 10/04/2023 | RW | Forensic Accounting: Meeting with L. Rocha on aggregator analysis. | 1.40 | $623.70 |
| 10/04/2023 | MDW | Forensic Accounting: Verifying investor spreadsheet with net winnings & net losses and updating internal master spreadsheet | 6.30 | $1,091.48 |
| 10/04/2023 | MDW | Case Administration: Searched document for L.Rocha. | 0.20 | $34.65 |
| 10/04/2023 | RW | Case Administration: Prepare high-level summary of aggregator and related entities. | 2.00 | $891.00 |
| 10/04/2023 | LR | Forensic Accounting: Review aggregator analysis with R.Weidman | 1.40 | $242.55 |
| 10/04/2023 | LR | Forensic Accounting: Aggregator analysis | 5.70 | $987.53 |
| 10/04/2023 | LG | Business Operations: Restore Haus Capital QB's (.2). Review of 2022 | 2.30 | $1,024.65 |

Invoice #: 92616 - 10129 SEC v Horwitz - 11/10/2023

|            |     |                                                                                                                                                                                                                                                                    |      |          |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|
|            |     | transactions to compare financials to the tax return (.8) Review capital contributions reflected in QB's and the tax return for 2022 that actually relate to prior years (.5). Review previous analysis of investment accounts for resolution of discrepancies (.5). Review of Haus request for reimbursement and supporting information (.3). |      |          |
| 10/05/2023 | LR  | Accounting/Auditing: Review banking items for Haus Capital, Rogue Black, and set up wire for mediation.                                                                                                                                                             | 1.00 | $173.25  |
| 10/05/2023 | LR  | Case Administration: Review aggregator summary with M.Vives                                                                                                                                                                                                         | 0.60 | $103.95  |
| 10/05/2023 | LR  | Forensic Accounting: Review questions on aggregator to follow up with M.Vives                                                                                                                                                                                       | 0.60 | $103.95  |
| 10/05/2023 | LR  | Forensic Accounting: Aggregator analysis                                                                                                                                                                                                                            | 5.50 | $952.88  |
| 10/05/2023 | JJ  | Case Administration: Publication notice for 3rd quarter filing.                                                                                                                                                                                                     | 1.30 | $193.05  |
| 10/05/2023 | MV  | Case Administration: Draft of email to third party counsel regarding fees and settlement agreement terms.                                                                                                                                                           | 0.50 | $222.75  |
| 10/05/2023 | MV  | Case Administration: Meeting with counsel regarding confidential settlement agreement notice, publication, and process. (.6) Meeting with L.Rocha (.6)                                                                                                               | 1.20 | $534.60  |
| 10/05/2023 | MV  | Case Administration: Review sur-reply by outside counsel regarding Motion to Quash.                                                                                                                                                                                 | 0.80 | $356.40  |
| 10/05/2023 | MV  | Case Administration: Prepare summary of aggregator promissory notes, subscription agreements and participation agreement for review prior to mediation briefing.                                                                                                     | 1.00 | $445.50  |
| 10/05/2023 | KB  | Forensic Accounting: Complete investigation of relationships between people of interest & send memo to M. Vives (2) Create separate contact list from Master for email correspondence & send mass email draft for posting to 1inMM website (2.8). Review Motion (.5). | 5.30 | $918.23  |
| 10/05/2023 | MDW | Case Administration: Review updated investor list.                                                                                                                                                                                                                  | 0.30 | $51.98   |
| 10/05/2023 | MDW | Forensic Accounting: Verifying investor spreadsheet with net winnings & net losses and updating internal master spreadsheet                                                                                                                                         | 3.60 | $623.70  |
| 10/05/2023 | RW  | Accounting/Auditing: Prepare September DWC billing.                                                                                                                                                                                                                 | 1.80 | $0.00    |
| 10/05/2023 | DW  | Case Administration: Review recent emails regarding key pending issues in the case and status of ongoing settlement discussions.                                                                                                                                    | 0.80 | $356.40  |
| 10/05/2023 | LG  | Accounting/Auditing: Review and approve wire transfer.                                                                                                                                                                                                              | 0.20 | $89.10   |
| 10/05/2023 | LG  | Business Operations: Discussion with L. Rocha regarding previous Haus                                                                                                                                                                                               | 0.30 | $133.65  |

Invoice #: 92616 - 10129 SEC v Horwitz - 11/10/2023

| | | | | |
|---|---|---|---|---|
| | | Capital expense reimbursements. | | |
| 10/05/2023 | LR | Business Operations: Discussion with L.Goodridge re: Haus Capital. | 0.30 | $51.98 |
| 10/06/2023 | LR | Case Administration: Meet with M.Vives and counsel to discuss aggregator summary | 1.00 | $173.25 |
| 10/06/2023 | KB | Forensic Accounting: Review person of interest's affiliated companies. | 5.50 | $952.88 |
| 10/06/2023 | MV | Case Administration: Call with counsel regarding sur reply | 0.50 | $222.75 |
| 10/06/2023 | MV | Case Administration: Call with counsel regarding 3rd Party Counsel fees | 0.50 | $222.75 |
| 10/06/2023 | MV | Case Administration: Meeting with L Rocha and Counsel regarding Aggregator Mediation | 1.00 | $445.50 |
| 10/06/2023 | KG | Case Administration: Email corresp. w/office re investor emailed inquires (.1), reviewed multiple emailed inquires (.1), reviewed investors profile for context (.4), drafted and responded to investors inquiries (.2). | 0.80 | $138.60 |
| 10/06/2023 | LR | Forensic Accounting: Aggregator analysis | 6.30 | $1,091.48 |
| 10/06/2023 | MDW | Forensic Accounting: Verifying investor spreadsheet with net winnings & net losses and updating internal master spreadsheet | 6.00 | $1,039.50 |
| 10/09/2023 | LR | Forensic Accounting: Aggregator analysis | 8.40 | $1,455.30 |
| 10/09/2023 | KB | Forensic Accounting: Create memo for M. Vives regarding associated people and aggregator (1). Review affiliated companies of aggregator and begin writing report (4.4) | 5.40 | $935.55 |
| 10/09/2023 | MV | Case Administration: Review email from Plaintiff's Counsel prior to discussion on fees. | 0.40 | $178.20 |
| 10/09/2023 | RW | Accounting/Auditing: Finalize September invoice for DWC. | 0.50 | $0.00 |
| 10/09/2023 | KG | Case Administration: Email corresp. w/office re investor emailed inquires (.1), reviewed multiple emailed inquires (.1), reviewed investors profile for context (.2), forwarded email to M. Wilson requesting to update contact info (.1), drafted and responded to investors inquiries (.2). | 0.70 | $121.28 |
| 10/09/2023 | MV | Case Administration: Call with plaintiff's counsel regarding settlement agreement with sub-aggregator. | 1.00 | $445.50 |
| 10/09/2023 | RW | Case Administration: Phone call with sub-aggregator. | 1.00 | $445.50 |
| 10/09/2023 | RW | Forensic Accounting: Begin review of spreadsheets in preparation of Mediation. | 1.00 | $445.50 |
| 10/09/2023 | MDW | Forensic Accounting: Verifying investor spreadsheet with net winnings | 7.00 | $1,212.75 |

| | | | | |
|---|---|---|---|---|
| | | & net losses and updating internal master spreadsheet | | |
| 10/09/2023 | DW | Case Administration: Internal discussions regarding the pending negotiations with the various parties. Review the best options to move the process forward in the most efficient manner. | 0.60 | $267.30 |
| 10/09/2023 | LG | Business Operations: Review of Haus Capital Due to Member amounts back to inception to determine accurate amount payable. | 2.80 | $1,247.40 |
| 10/09/2023 | MDW | Case Administration: Updated investors sent by K.Godinez re: new contact information. | 0.20 | $34.65 |
| 10/10/2023 | MDW | Case Administration: Review investor list with M.Vives. | 0.90 | $155.93 |
| 10/10/2023 | KB | Forensic Accounting: Continue writing report on aggregator and affiliated companies. | 2.00 | $346.50 |
| 10/10/2023 | KG | Case Administration: Reviewed recent settlement motion, exhibits and NDA to respond to investor email inquiry (1), drafted response and forwarded for review (.6), emailed M. Vives w/request for call w/ investor (.1), email corresp. w/M. Garcia for Receiver's availability for call w/investor (.2), email corresp. w/investors scheduling call (.1), | 2.00 | $346.50 |
| 10/10/2023 | MDW | Forensic Accounting: Verifying investor spreadsheet with net winnings & net losses and updating internal master spreadsheet | 5.50 | $952.88 |
| 10/10/2023 | MV | Case Administration: Review investor information through several LLC's and identify members of those LLC's. | 0.50 | $222.75 |
| 10/10/2023 | MV | Case Administration: Review Settlement agreement between two investors in sub-aggregator. (.3) Schedule call with counsel for sub-aggregator to review. (.1) | 0.40 | $178.20 |
| 10/10/2023 | MV | Case Administration: Meeting with M Wilson to review investor list identifying net winners/ losers. | 0.90 | $400.95 |
| 10/10/2023 | MV | Case Administration: Meeting with counsel to discuss issues with plaintiff's counsel and moving forward under any agreement. | 1.50 | $668.25 |
| 10/10/2023 | MV | Case Administration: File analysis for Arbitration Matter. Pull Files for counsel to review. | 1.00 | $445.50 |
| 10/10/2023 | RW | Forensic Accounting: Continue reviewing spreadsheets in preparation of Mediation. | 0.50 | $222.75 |
| 10/10/2023 | RB | Case Administration: Review Rogue Black documents and request from A. Bruckner. Confirmation with M. Vives. | 0.40 | $138.60 |
| 10/10/2023 | LR | Forensic Accounting: Aggregator analysis | 7.90 | $1,368.68 |

Invoice #: 92616 - 10129 SEC v Horwitz - 11/10/2023

| 10/10/2023 | DW | Case Administration: Attend portion of meeting with counsel. | 0.80 | $356.40 |
|---|---|---|---|---|
| 10/11/2023 | MV | Case Administration: Call with Judge Schenkier regarding mediation with aggregator. | 0.50 | $222.75 |
| 10/11/2023 | RW | Case Administration: Call with counsel and M.Vives | 0.50 | $222.75 |
| 10/11/2023 | MV | Case Administration: Meeting to discuss forensic analysis of sub aggregator and possible subpoena of information from receiver. | 0.70 | $311.85 |
| 10/11/2023 | KB | Forensic Accounting: Finalize spreadsheet of aggregator's entities (2). Review film investment spreadsheet of sub-aggregator (3.9). | 5.90 | $1,022.18 |
| 10/11/2023 | RW | Forensic Accounting: Update spreadsheet of (sub) sub aggregator. | 0.50 | $222.75 |
| 10/11/2023 | MV | Case Administration: Call with counsel with sub-aggregator regarding settlement agreement. | 0.90 | $400.95 |
| 10/11/2023 | MV | Case Administration: Email drafting to A. Loftus regarding fees. | 0.50 | $222.75 |
| 10/11/2023 | MV | Case Administration: Call regarding release of information under seal. | 0.20 | $89.10 |
| 10/11/2023 | JJ | Forensic Accounting: Search for backup documents for aggregator | 3.90 | $579.15 |
| 10/11/2023 | LR | Forensic Accounting: Aggregator analysis | 8.30 | $1,437.98 |
| 10/11/2023 | MDW | Forensic Accounting: Verifying investor spreadsheet with net winnings & net losses and updating internal master spreadsheet | 5.50 | $952.88 |
| 10/11/2023 | LG | Business Operations: Follow up with Haus Capital CPA re return questions and LLC member regarding reimbursement request. | 0.20 | $89.10 |
| 10/12/2023 | JJ | Forensic Accounting: Continue searching for backup documents for aggregator | 0.50 | $74.25 |
| 10/12/2023 | LR | Accounting/Auditing: Process FTB payments for Haus Capital. Save confirmations to server and forward to L.Goodridge | 0.40 | $69.30 |
| 10/12/2023 | RW | Forensic Accounting: Discuss with K.Cuevas sub-aggregator spreadsheet. | 0.80 | $356.40 |
| 10/12/2023 | KB | Forensic Accounting: Internal working meeting with R. Weidman regarding sub-aggregator investments (.8). Audit of sub-aggregator investments (4.7) | 5.50 | $952.88 |
| 10/12/2023 | RW | Forensic Accounting: Meeting re: L.Rocha re: aggregator analysis. | 1.30 | $579.15 |
| 10/12/2023 | LR | Forensic Accounting: Review aggregator analysis with R.Weidman | 1.30 | $225.23 |
| 10/12/2023 | MV | Case Administration: Correspondence with investor regarding settlement | 0.40 | $178.20 |

Invoice #: 92616 - 10129 SEC v Horwitz - 11/10/2023

| | | with professional services firm | | |
|---|---|---|---|---|
| 10/12/2023 | MV | Case Administration: Email response to Defendants Counsel | 0.20 | $89.10 |
| 10/12/2023 | LR | Forensic Accounting: Aggregator analysis | 6.20 | $1,074.15 |
| 10/12/2023 | RW | Forensic Accounting: Continue reviewing spreadsheets in preparation of Mediation | 1.40 | $623.70 |
| 10/12/2023 | MDW | Forensic Accounting: Verifying investor spreadsheet with net winnings & net losses and updating internal master spreadsheet | 3.50 | $606.38 |
| 10/12/2023 | DW | Case Administration: Update on the financial institution hearing and various ongoing settlement discussions. | 0.60 | $267.30 |
| 10/12/2023 | LG | Business Operations: Haus Capital - Coordinate payment of FTB balances due. | 0.20 | $89.10 |
| 10/13/2023 | KB | Forensic Accounting: Continue review sub-aggregator investments. | 5.00 | $866.25 |
| 10/13/2023 | MV | Case Administration: Call with counsel regarding hearing on Motion to Quash (.3). Call with K.Godinez (.1) | 0.40 | $178.20 |
| 10/13/2023 | MV | Case Administration: Call regarding NDA for confidential settlement. Draft response to investor inquiry | 0.50 | $222.75 |
| 10/13/2023 | KG | Case Administration: Brief w/M. Vives re draft email and update re exhibit. | 0.10 | $17.33 |
| 10/13/2023 | MV | Case Administration: Review order granting settlement motion on confidential matter. | 0.50 | $222.75 |
| 10/13/2023 | MV | Case Administration: Review Haus Capital tax Filing and outstanding reimbursements due to Haus Capital. | 0.50 | $222.75 |
| 10/13/2023 | MDW | Forensic Accounting: Verifying investor spreadsheet with net winnings & net losses and updating internal master spreadsheet | 5.00 | $866.25 |
| 10/16/2023 | MDW | Forensic Accounting: Verifying investor spreadsheet with net winnings & net losses and updating internal master spreadsheet | 4.50 | $779.63 |
| 10/16/2023 | KG | Case Administration: Email corresp. w/M. Vives and draft email re investor inquiry (.2), email corresp. w/M. Vives and K. Cuevas re zoom call w/investor (.2). | 0.40 | $69.30 |
| 10/16/2023 | RW | Forensic Accounting: Continue reviewing schedules for aggregator in preparation of mediation. | 1.00 | $445.50 |
| 10/16/2023 | MV | Case Administration: Calls with T Banich regarding Breakout/Nalpak settlement, issues with plaintiffs counsel | 0.50 | $222.75 |

Invoice #: 92616 - 10129 SEC v Horwitz - 11/10/2023

| 10/16/2023 | DW | Case Administration: Status update as to the court hearing that was scheduled for today. Respond to recent emails. | 0.50 | $222.75 |
|---|---|---|---|---|
| 10/17/2023 | MV | Case Administration: Call with investors regarding confidential settlement and overall estate update. | 0.50 | $222.75 |
| 10/17/2023 | KG | Case Administration: Attending zoom meeting with investor and M. Vives (.5), drafted meeting memo from notes and circulated to team (.6) | 1.10 | $190.58 |
| 10/17/2023 | KB | Case Administration: Internal meeting with M. Vives and R. Weidman regarding status updates on various projects. | 0.50 | $86.63 |
| 10/17/2023 | RW | Accounting/Auditing: Prepare Q3 holdback summary. | 0.30 | $0.00 |
| 10/17/2023 | MV | Case Administration: Call regarding confidential settlement agreement and delays to submitting/ executing the same. | 0.50 | $222.75 |
| 10/17/2023 | RW | Case Administration: Meeting with M.Vives and K.Cuevas | 0.50 | $222.75 |
| 10/17/2023 | KB | Case Administration: Zoom meeting with sub-investor to provide various updates on investigation. | 0.50 | $86.63 |
| 10/17/2023 | MDW | Forensic Accounting: Verifying investor spreadsheet with net winnings & net losses and updating internal master spreadsheet | 6.00 | $1,039.50 |
| 10/17/2023 | DW | Case Administration: Review emails regarding project updates. | 0.60 | $267.30 |
| 10/17/2023 | MV | Case Administration: Internal meeting with K.Cuevas and R. Weidman regarding status updates on various projects | 0.50 | $222.75 |
| 10/18/2023 | MV | Case Administration: Pre-conference with plaintiffs counsel regarding mediation with aggregator. | 0.50 | $222.75 |
| 10/18/2023 | MV | Case Administration: Call with mediator, plaintiff's counsel and defendants counsel for mediation scheduling. (30 min) Post call with receiver's counsel (30 min) | 1.00 | $445.50 |
| 10/18/2023 | MDW | Forensic Accounting: Verifying investor spreadsheet with net winnings & net losses and updating internal master spreadsheet | 4.50 | $779.63 |
| 10/18/2023 | LR | Forensic Accounting: Contacted forensic software team re: questions on software (.4), Aggregator investment analysis (6) | 6.40 | $1,108.80 |
| 10/19/2023 | MV | Case Administration: Review settlement agreement between Receiver and Breakout Capital. | 0.50 | $222.75 |
| 10/19/2023 | MDW | Forensic Accounting: Verifying investor spreadsheet with net winnings & net losses and updating internal master spreadsheet | 4.50 | $779.63 |
| 10/19/2023 | RW | Case Administration: Scheduled follow-up meeting with sub-aggregator | 0.10 | $44.55 |

| 10/19/2023 | DW | Case Administration: Review various pending settlements and timeline going forward. | 0.40 | $178.20 |
|---|---|---|---|---|
| 10/19/2023 | RB | Status Reports: Begin drafting outline for third quarterly report. Review prior reports. | 1.00 | $346.50 |
| 10/19/2023 | LR | Forensic Accounting: Aggregator investment analysis | 7.60 | $1,316.70 |
| 10/20/2023 | MV | Case Administration: Call with counsel for sub aggregator regarding forensic analysis. | 0.50 | $222.75 |
| 10/20/2023 | MV | Case Administration: Call with counsel regarding MOUs with plaintiffs counsel. | 0.50 | $222.75 |
| 10/20/2023 | MV | Status Reports: Call with R Baker regarding quarterly report. | 0.40 | $178.20 |
| 10/20/2023 | MV | Case Administration: Research contacts and communications between lending institutions. | 0.80 | $356.40 |
| 10/20/2023 | MV | Case Administration: Call with counsel regarding financial institution and its receivership status. | 0.50 | $222.75 |
| 10/20/2023 | MDW | Forensic Accounting: Verifying investor spreadsheet with net winnings & net losses and updating internal master spreadsheet | 6.00 | $1,039.50 |
| 10/20/2023 | RB | Status Reports: Phone call with M. Vives re: discussion for outline for third quarterly report. | 0.40 | $138.60 |
| 10/20/2023 | LR | Case Administration: Correspondence with investor | 0.20 | $34.65 |
| 10/20/2023 | LR | Forensic Accounting: Aggregator analysis | 7.00 | $1,212.75 |
| 10/23/2023 | LR | Accounting/Auditing: Enter invoices (.4), Download bank statements from server (.2) and reconcile bank accounts (.6) | 1.20 | $207.90 |
| 10/23/2023 | KB | Forensic Accounting: Review all documents and files received and create timeline for person of interest. | 2.70 | $467.78 |
| 10/23/2023 | LR | Case Administration: Gather documents for legal firm | 0.70 | $121.28 |
| 10/23/2023 | MV | Case Administration: Call with investors counsel regarding financial institution | 0.50 | $222.75 |
| 10/23/2023 | LG | Business Operations: Call with M. Vives to discuss Haus Capital member reimbursement. | 0.30 | $133.65 |
| 10/23/2023 | MV | Case Administration: Call with counsel regarding issues with FDIC and response to Investors. | 0.50 | $222.75 |
| 10/23/2023 | MV | Case Administration: Call with L Goodridge regarding Haus Capital | 0.30 | $133.65 |

Invoice #: 92616 - 10129 SEC v Horwitz - 11/10/2023

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | taxes and records keeping. |  |  |
| 10/23/2023 | KG | Case Administration: Researched investor re email inquiry and reached out to M. Wilson to confirm contact info. | 0.30 | $51.98 |
| 10/23/2023 | MV | Case Administration: Review Letter to FDIC. | 0.40 | $178.20 |
| 10/23/2023 | RW | Forensic Accounting: Meeting with L.Rocha on aggregator | 1.20 | $534.60 |
| 10/23/2023 | RW | Forensic Accounting: Locate supporting documentation for aggregator. | 0.50 | $222.75 |
| 10/23/2023 | LR | Forensic Accounting: Review aggregator analysis with R. Weidman | 1.20 | $207.90 |
| 10/23/2023 | LR | Forensic Accounting: Investor forensic analysis | 3.70 | $641.03 |
| 10/23/2023 | MDW | Forensic Accounting: Verifying investor spreadsheet with net winnings & net losses and updating internal master spreadsheet | 5.50 | $952.88 |
| 10/24/2023 | KB | Case Administration: Review all documents and files received and create timeline for person of interest. | 3.00 | $519.75 |
| 10/24/2023 | MDW | Case Administration: Provided update to team on SEC investor list. | 0.10 | $17.33 |
| 10/24/2023 | RW | Forensic Accounting: Continue locating supporting documentation for aggregator. | 0.50 | $222.75 |
| 10/24/2023 | MDW | Forensic Accounting: Verifying investor spreadsheet with net winnings & net losses and updating internal master spreadsheet | 3.00 | $519.75 |
| 10/24/2023 | MV | Case Administration: Call with defendant's counsel regarding settlement | 0.50 | $222.75 |
| 10/24/2023 | MV | Case Administration: Respond to R Weidman regarding assumptions on aggregator investments | 0.40 | $178.20 |
| 10/24/2023 | LR | Accounting/Auditing: Communication with bank reg. access to online account | 0.30 | $51.98 |
| 10/24/2023 | LR | Forensic Accounting: Investor analysis | 5.80 | $1,004.85 |
| 10/24/2023 | DW | Case Administration: Review emails regarding project updates (.5). Verify the status of the pending Mediation (.2) Discuss timing and content of the next periodic report to the court (.3) | 1.00 | $445.50 |
| 10/25/2023 | MDW | Case Administration: Meeting with M.Vives re: investor list. | 0.50 | $86.63 |
| 10/25/2023 | MV | Case Administration: Meet with M Wilson to review Investor List | 0.50 | $222.75 |
| 10/25/2023 | MV | Case Administration: Review settlement agreement, motion and order for NALPAK/ Breakout settlement. | 1.00 | $445.50 |

| 10/25/2023 | MV | Case Administration: Call with Counsel regarding Aggregator Settlement Proposal | 1.00 | $445.50 |
|---|---|---|---|---|
| 10/25/2023 | MV | Case Administration: Discussion with team regarding aggregator mediation. | 0.50 | $222.75 |
| 10/25/2023 | MV | Case Administration: Investigate a creditors request for information regarding their net loss. Email response regarding same. | 0.50 | $222.75 |
| 10/25/2023 | MV | Case Administration: Review matters against financial institutions arising outside of the receivership. | 2.00 | $891.00 |
| 10/25/2023 | KB | Forensic Accounting: Begin reviewing documents and files received for person of interest. | 5.30 | $918.23 |
| 10/25/2023 | MV | Case Administration: Call with P Haus regarding Haus Capital accounting, expenses and consulting agreement (.5). Email recap regarding same. (.3) | 0.80 | $356.40 |
| 10/25/2023 | MV | Case Administration: Call with mediator regarding potential mediation. | 0.50 | $222.75 |
| 10/25/2023 | MV | Case Administration: Call with counsel regarding consulting agreement and repayment of expenses for Haus Capital. | 0.50 | $222.75 |
| 10/25/2023 | KG | Case Administration: Email corresp. w/M. Vives and investor. | 0.10 | $17.33 |
| 10/25/2023 | RW | Forensic Accounting: Review schedules for aggregator and sub-aggregators | 6.00 | $2,673.00 |
| 10/25/2023 | RB | Status Reports: Continue drafting the Receiver's quarterly report for the Third Quarter 2023. | 1.50 | $519.75 |
| 10/25/2023 | LR | Forensic Accounting: Investor analysis | 6.30 | $1,091.48 |
| 10/25/2023 | MDW | Forensic Accounting: Verifying investor spreadsheet with net winnings & net losses and updating internal master spreadsheet | 5.00 | $866.25 |
| 10/26/2023 | KB | Forensic Accounting: Continue reviewing documents and files received to create timeline for person of interest. | 7.70 | $1,334.03 |
| 10/26/2023 | RW | Forensic Accounting: Continue review of aggregator and sub-aggregator analysis. | 1.50 | $668.25 |
| 10/26/2023 | LR | Forensic Accounting: Investor Analysis | 2.50 | $433.13 |
| 10/26/2023 | MV | Case Administration: Call with managing member of sub-aggregator regarding settlement agreement. | 0.50 | $222.75 |
| 10/26/2023 | MV | Case Administration: Call with counsel regarding media inquiries | 0.80 | $356.40 |

| 10/26/2023 | RW | Accounting/Auditing: Prepare Q3 SFAR for Estate. | 1.50 | $0.00 |
|---|---|---|---|---|
| 10/26/2023 | MDW | Forensic Accounting: Verifying investor spreadsheet with net winnings & net losses and updating internal master spreadsheet | 3.00 | $519.75 |
| 10/26/2023 | DW | Case Administration: Review the quarterly report to be submitted to the court (.5). Follow up on various pending settlements (.3) | 0.80 | $356.40 |
| 10/26/2023 | RB | Status Reports: Continue gathering data for use in quarterly report. Implement updates and make changes to the report. | 1.00 | $346.50 |
| 10/27/2023 | MV | Case Administration: Meeting with professional services firm regarding confidentiality. | 0.50 | $222.75 |
| 10/27/2023 | LR | Forensic Accounting: Investor analysis | 4.70 | $814.28 |
| 10/27/2023 | KB | Forensic Accounting: Continue review of all documents and files received to create timeline for person of interest. | 6.00 | $1,039.50 |
| 10/27/2023 | MV | Case Administration: Call with Plaintiff's counsel regarding media inquiries. | 0.40 | $178.20 |
| 10/27/2023 | MV | Case Administration: Call with counsel regarding media inquiries. | 0.20 | $89.10 |
| 10/27/2023 | RB | Case Administration: Review response made by party to arbitration. Review referenced amendment. | 0.80 | $277.20 |
| 10/27/2023 | RB | Case Administration: Phone call with D. Halberstadt re: update on arbitration. | 0.20 | $69.30 |
| 10/27/2023 | RB | Status Reports: Continue drafting third quarter status report (3). Communications with M. Vives re: same (.2). | 3.20 | $1,108.80 |
| 10/27/2023 | KG | Case Administration: Reviewed fees and costs for duration of case (.4), brief w/R. Baker re fee project (.1), drafted summary of Q3 2023 summaries for report (.6), added all fees of case (.9). | 2.00 | $346.50 |
| 10/27/2023 | RB | Status Reports: Review and finalize analysis computing data for the quarterly report | 0.50 | $173.25 |
| 10/27/2023 | DW | Case Administration: Verify the status of the recent A. Loftus conversations and agreed to path forward. Update on the status of financial institution discussions. | 0.40 | $178.20 |
| 10/27/2023 | MDW | Forensic Accounting: Verifying investor spreadsheet with net winnings & net losses and updating internal master spreadsheet | 7.00 | $1,212.75 |
| 10/30/2023 | DW | Case Administration: Review the tentative ruling of the court regarding the financial institution (.5). Follow up discussions after the actual hearing (.5) | 1.00 | $445.50 |

Invoice #: 92616 - 10129 SEC v Horwitz - 11/10/2023

| | | | | |
|---|---|---|---|---|
| 10/30/2023 | KB | Forensic Accounting: Continue review of all documents and files received to create timeline for person of interest. | 6.40 | $1,108.80 |
| 10/30/2023 | MV | Case Administration: Preparation for hearing (.3). Hearing with Judge Snyder (.8). Call with counsel after hearing (.2). | 1.30 | $579.15 |
| 10/30/2023 | MV | Case Administration: Call with counsel regarding Motion to Quash & Discussions on sub-aggregator settlement agreement. | 0.80 | $356.40 |
| 10/30/2023 | MV | Case Administration: Calculations on timing of settlement agreement payments. | 1.50 | $668.25 |
| 10/30/2023 | MDW | Forensic Accounting: Verifying investor spreadsheet with net winnings & net losses and updating internal master spreadsheet | 6.00 | $1,039.50 |
| 10/30/2023 | LR | Forensic Accounting: Investor analysis | 6.60 | $1,143.45 |
| 10/31/2023 | LR | Forensic Accounting: Investor Analysis | 6.20 | $1,074.15 |
| 10/31/2023 | MV | Case Administration: Review redlines of settlement agreement. | 0.50 | $222.75 |
| 10/31/2023 | MV | Case Administration: Call with counsel regarding settlement agreement redlines. (.7) Discussion with counsel regarding mediation with aggregator. (.3) | 1.00 | $445.50 |
| 10/31/2023 | MV | Case Administration: Call with investors counsel. | 0.30 | $133.65 |
| 10/31/2023 | KB | Forensic Accounting: Continue review of all documents and files received to create timeline for person of interest. | 6.50 | $1,126.13 |
| 10/31/2023 | MDW | Forensic Accounting: Verifying investor spreadsheet with net winnings & net losses and updating internal master spreadsheet | 4.00 | $693.00 |
| | | **Services Subtotal** | | **$98,309.70** |

## Expenses

| Date | Timekeeper | Description | Rate | Total |
|---|---|---|---|---|
| 10/05/2023 | RW | Legal: Publication Notice #1 | $2,256.15 | $2,256.15 |
| 10/06/2023 | RW | Legal: Publication Notice #2 | $4,033.62 | $4,033.62 |
| 10/10/2023 | RW | Background Checks: Truth Finder | $28.05 | $28.05 |
| | | **Expenses Subtotal** | | **$6,317.82** |

Invoice #: 92616 - 10129 SEC v Horwitz - 11/10/2023

| Time Keeper | Hours | Rate | Total |
|---|---|---|---|
| Ryan Baker | 9.4 | $346.50 | $3,257.10 |
| Kristine Cuevas | 83.1 | $173.25 | $14,397.13 |
| Kristina Godinez | 7.5 | $173.25 | $1,299.40 |
| Lynn Goodridge | 6.3 | $445.50 | $2,806.65 |
| James Johnson | 5.7 | $148.50 | $846.45 |
| Lisset Rocha | 126.8 | $173.25 | $21,968.18 |
| Michele Vives | 45.8 | $445.50 | $20,403.90 |
| Rene Weidman | 22.1 | $445.50 | $9,845.55 |
| Rene Weidman | 4.1 | $0.00 | $0.00 |
| Douglas Wilson | 8.5 | $445.50 | $3,786.75 |
| Michael Wilson | 113.7 | $173.25 | $19,698.59 |
| | | **Subtotal** | **$104,627.52** |
| | | **Total** | **$104,627.52** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 92556 | 08/21/2023 | $87,103.05 | $69,688.05 | $17,415.00 |
| 92581 | 09/21/2023 | $95,399.18 | $76,879.71 | $18,519.47 |
| 92612 | 10/19/2023 | $54,723.22 | $43,784.19 | $10,939.03 |

### Current Invoice

Invoice #: 92616 - 10129 SEC v Horwitz - 11/10/2023

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 92616 | 11/20/2023 | $104,627.52 | $0.00 | $104,627.52 |
| | | | Outstanding Balance | **$151,501.02** |
| | | | Total Amount Outstanding | **$151,501.02** |

Please make all amounts payable to: Douglas Wilson Companies

Please pay within 10 days.

Please contact accounting with any questions: dwcaccounting@douglaswilson.com