Terence G. Banich (SBN 212173)
terence.banich@katten.com
Allison E. Yager (*pro hac vice*)
allison.yager@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

*Attorneys for the Receiver*
Michele Vives

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:21-cv-02927-CAS-PD |
| Plaintiff, | **TWENTY-SECOND MONTHLY FEE STATEMENT OF KATTEN MUCHIN ROSENMAN LLP— OCTOBER 2023** |
| v. | |
| ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC, | Judge: Hon. Christina A. Snyder Courtroom: 8D |
| Defendants. | |

Katten Muchin Rosenman LLP ("Katten"), as counsel for Michele Vives in her capacity as the receiver in the above-captioned action (the "Receiver"), pursuant to paragraphs 3(b) and 3(d) of the *Order Granting Motion of Receiver Michele Vives for Order Establishing Procedures for Allowance of Compensation and Reimbursement of Expenses*, dated February 22, 2022 [ECF #77] (the "Interim Compensation Procedures Order"), hereby files this monthly fee statement (this "Monthly Fee Statement") for (i) compensation in the amount of $88,772.40 (80% of $110.965.50)[1] for the reasonable and necessary legal services rendered by Katten on behalf of the Receiver from October 1, 2023 through and including October 31, 2023 (the "Fee Period") and (ii) reimbursement of the actual and necessary expenses that Katten incurred on behalf of the Receiver, in the amount of $96.60 during the Fee Period.

## Statement of Fees and Expenses

In support of this Monthly Fee Statement, attached are the following exhibits:

• **Exhibit A** is a schedule for the Fee Period, setting forth the total amounts of compensation sought with respect to each category of legal services for which Katten is seeking payment in this Monthly Fee Statement.

• **Exhibit B** is a schedule for the Fee Period providing certain information regarding the Katten attorneys and paraprofessionals for whose work in this receivership compensation is sought in this Monthly Fee Statement. Attorneys and paraprofessionals of Katten have expended a total of 149.2 hours in connection with this proceeding during the Fee Period.

• **Exhibit C** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which Katten

---

[1] As an accommodation to the receivership estate, Katten voluntarily reduced its fees for the Fee Period by $12,697.30, attributable to preparation of fee applications and other administrative tasks.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

is seeking reimbursement in this Monthly Fee Statement. All of these disbursements comprise the requested sum for Katten's out of pocket expenses.

• **Exhibit D** consists of Katten's invoice of fees and expenses incurred during the Fee Period in the rendition of the professional services to the Receiver. This invoice may have been redacted to maintain privilege and confidentiality, in accordance with paragraph 3(a) of the Interim Compensation Procedures Order.

Although every effort has been made to include in this Monthly Fee Statement all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Katten reserves the right to make further application to this Court for allowance of such fees and expenses not included herein in accordance with the Interim Compensation Procedures Order.

Notice of this Monthly Fee Statement will be provided in accordance with the procedures set forth in the Interim Compensation Procedures Order.

### Objection Period

The Notice Parties specified in paragraph 3(a) of the Interim Compensation Procedures Order shall have 10 days from the date hereof, i.e., until 4:00 p.m. prevailing Pacific Time on **November 20, 2023** (the "Objection Period"), to review the Monthly Fee Statement and serve a Notice of Objection (as defined in the Interim Compensation Order) on Katten.

In accordance with paragraph 3(c) of the Interim Compensation Procedures Order, after the Objection Period expires at 4:00 p.m. prevailing Pacific Time on November 20, 2023, the Receiver shall pay, without further order of the Court, 80% of the fees and 100% of the expenses Katten has requested in the Monthly Fee Statement that are not the subject of a Notice of Objection. Based on that formula, the Receiver shall pay Katten $88,772.40 of the fees and $96.60 of the expenses unless a timely Notice of Objection is served.

**KATTEN MUCHIN ROSENMAN LLP**
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

Dated: November 10, 2023

Respectfully submitted,

**KATTEN MUCHIN ROSENMAN LLP**

By:     /s/*Terence G. Banich*
          Terence G. Banich

*Attorneys for the Receiver*
Michele Vives

Case No. 2:21-cv-02927-CAS-PD
TWENTY-SECOND MONTHLY FEE STATEMENT OF
KATTEN MUCHIN ROSENMAN LLP—OCTOBER 2023

4

# PROOF OF SERVICE

## STATE OF ILLINOIS, COUNTY OF COOK

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, IL 60661.

On November 10, 2023, I served the following document(s) described as:

**TWENTY-SECOND MONTHLY FEE STATEMENT OF KATTEN MUCHIN ROSENMAN LLP—OCTOBER 2023**

on counsel of record in this action as follows:

**[ ]   BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing.  On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[ ]   BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused the document(s) to be sent from e-mail address terence.banich@katten.com to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ]   BY OVERNIGHT MAIL (FedEx):**  I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]   BY PERSONAL SERVICE:**  I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]   E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on November 10, 2023, at Winnetka, Illinois.

/s/Terence G. Banich
Terence G. Banich

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

Case No. 2:21-cv-02927-CAS-PD
TWENTY-SECOND MONTHLY FEE STATEMENT OF
KATTEN MUCHIN ROSENMAN LLP—OCTOBER 2023

## Exhibit A
### Summary of Total Fees and Expenses by Subject Matter[2]

| Matter Description | Hours | Amount |
|---|---|---|
| Case Administration | 14.7 | $10,659.40 |
| Fee Application/Retention of Professionals | 6.6 | $1,644.80 |
| Claims Administration and Objections | 0.0 | $0.00 |
| Pre-Receivership Litigation/Stay | 33.1 | $26,392.30 |
| FBI and Criminal Case Matters | 0.0 | $0.00 |
| SEC Meetings/Discussions | 0.0 | $0.00 |
| Avoidance Actions | 0.0 | $0.00 |
| Asset Disposition | 0.0 | $0.00 |
| Investigation of Assets/Transactions | 70.3 | $59,046.10 |
| Business Operations/Operating Entities | 24.5 | 13,222.90 |
| Expenses | 0.0 | $96.60 |
| **Totals** | **149.2** | **$111,062.10** |

[2] As an accommodation to the receivership estate, Katten voluntarily reduced its fees for the Fee Period by $12,697.30, attributable to preparation of fee applications and other administrative tasks.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

**Exhibit B**
**Summary of Total Fees and Hours by Attorneys and Paraprofessionals**

| Attorney | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Terence Banich | Partner (Chicago) | IL – 1999 CA – 2001 | Restructuring | $841 | 110.7 | $91,921.30 |
| Allison Yager | Associate (Chicago) | IL – 2014 | Restructuring | $714 | 0.6 | $428.40 |
| Kenneth Hebeisen | Associate (Chicago) | IL – 2021 | Restructuring | $540 | 14.5 | $6,318.00 |
| David Halberstadter | Partner (Los Angeles) | CA – 1982 | Litigation | $1,037 | 1.4 | $1,451.80 |
| Amelia Bruckner | Associate (Los Angeles) | CA – 2021 | Litigation | $493 | 22.0 | $10,846.00 |
| **Totals** | | | | | **149.2** | **$110,965.50** |

**KATTEN MUCHIN ROSENMAN LLP**
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

## Exhibit C
## Summary of Actual and Necessary Expenses

| Expenses by Category | Amount |
|---|---|
| Court Costs | $6.70 |
| Legal Research | $89.90 |
| **Total** | **$96.60** |

**Exhibit D**
**Invoices**

# Katten

Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago IL  60661-3693

Tel: 312-902-5200
Fax: 312-902-1061

Federal Tax ID:36-2796532
www.katten.com

November 10, 2023

**Michele Vives, not individually, but
solely as receiver of 1inMM Capital, LLC
and Zachary J. Horwitz**

| | |
|---|---|
| Client: | 0000396859 |
| Payer: | 0000396859 |
| Matter: | 396859.00001 |
| Invoice #: | 9020159007 |
| Invoice Due Date: | Payable Upon Receipt |

## Summary

RE: Horwitz Receivership

For Professional Services Rendered Through October 31, 2023

| | | |
|---|---|---|
| Fees Total | .................................................................................................................... | 110,965.50 |
| Disbursements | .................................................................................................................... | 96.60 |
| **Total Amount Due** | ........................................................................................................ | **111,062.10**   USD |



Payment can be remitted directly to our account:
Please reference: 396859 00001

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997)

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales

| Matter: | 396859.00001 | |
|---|---|---|
| Invoice #: | 9020159007 | |
| Invoice Due Date: | Payable Upon Receipt | November 10, 2023 |

---

RE:  Horwitz Receivership

## TIME DETAILS

### 01-Case administration

| Date | Timekeeper | Description | Activity | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/03/2023 | Hebeisen, Kenneth | Revise motion to enforce settlement with Breakout/Nalpak and email T. Banich regarding same (.30) | | 0.30 | 540.00 | 162.00 |
| 10/04/2023 | Hebeisen, Kenneth | Update redactions to motion to enforce settlement with confidential counterparty and supporting materials (1.60); emails with T. Banich regarding same (.20); apply additional redactions to same (1.30) | | 3.10 | 540.00 | 1,674.00 |
| 10/05/2023 | Banich, Terence | Reviewed docket and exchanged correspondence with C. Jeang re docketing errors. | | 0.30 | 841.00 | 252.30 |
| 10/06/2023 | Banich, Terence | Drafted, edited and filed supplemental proof of service of motion to approve settlement with confidential counterparty and exchanged correspondence with K. Bickings re same (0.60); reviewed order scheduling hearing on motion for review of magistrate judge's order (0.10). | | 0.70 | 841.00 | 588.70 |
| 10/08/2023 | Banich, Terence | Reviewed order granting application for leave to file surreply. | | 0.10 | 841.00 | 84.10 |
| 10/12/2023 | Banich, Terence | Reviewed court orders re approval of confidential settlement, reviewed and exchanged correspondence with court staff re same, telephone conferences with court staff re same and reviewed/ exchanged correspondence with counsel re same/disclosure issues. | | 1.60 | 841.00 | 1,345.60 |
| 10/13/2023 | Banich, Terence | Reviewed and exchanged correspondence with M. Vives re October 16 hearing, telephone conference with M. Vives re same, reviewed order continuing hearing and exchanged correspondence with M. Vives re same. | | 0.60 | 841.00 | 504.60 |
| 10/16/2023 | Hebeisen, Kenneth | Revise motion to enforce Breakout/ Nalpak settlement (1.50) | | 1.50 | 540.00 | 810.00 |
| 10/17/2023 | Banich, Terence | Considered matters for third quarter report. | | 0.20 | | No Charge |
| 10/17/2023 | Hebeisen, Kenneth | Emails with T. Banich regarding revised motion for approval of Breakout/Nalpak settlement (.20) | | 0.20 | 540.00 | 108.00 |
| 10/23/2023 | Banich, Terence | Reviewed correspondence with estate creditor and telephone conference with M. Vives re same. | | 0.20 | 841.00 | 168.20 |
| 10/25/2023 | Banich, Terence | Drafted and edited third quarter 2023 receiver report and telephone conference with M. Vives re same. | | 1.50 | 841.00 | 1,261.50 |
| 10/26/2023 | Banich, Terence | Drafted and edited receiver's third quarter report and reviewed various documents/ filings in connection with same. | | 4.40 | 841.00 | 3,700.40 |

| Matter: | 396859.00001 | |
|---|---|---|
| Invoice #: | 9020159007 | |
| Invoice Due Date: | Payable Upon Receipt | November 10, 2023 |

### 02-Fee applications/retention of professionals

| Date | Timekeeper | Description | Activity | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/06/2023 | Hebeisen, Kenneth | Review draft DWC September invoice (.80) | | 0.80 | | No Charge |
| 10/10/2023 | Banich, Terence | Reviewed invoices for Receiver and Katten (0.60); reviewed, edited, finalized and filed monthly fee statements for Receiver and Katten (0.60). | | 1.20 | | No Charge |
| 10/10/2023 | Hebeisen, Kenneth | Review revised DWC September invoice (.10); draft DWC September fee statement (.30); review Katten draft September invoice (.40); draft Katten September fee statement (.60); emails with T. Banich regarding fee statements (.20); finalize fee statements and related materials for filing (.40) | | 2.00 | | No Charge |
| 10/17/2023 | Hebeisen, Kenneth | Start drafting quarterly fee applications (July-Sept) (.50); emails with R. Weidman regarding same (.10) | | 0.60 | 540.00 | 324.00 |
| 10/18/2023 | Hebeisen, Kenneth | Continue drafting quarterly fee applications (.80); review monthly fee statements in connection with same (.30); emails with T. Banich regarding same (.10) | | 1.20 | 540.00 | 648.00 |
| 10/26/2023 | Banich, Terence | Reviewed and edited motions to approve third quarter 2023 fee applications for Receiver and Katten. | | 0.80 | 841.00 | 672.80 |

### 04-Pre-receivership litigation/stay

| Date | Timekeeper | Description | Activity | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/03/2023 | Banich, Terence | Reviewed and exchanged correspondence with M. Vives re edits to Breakout/Nalpak settlement agreement and related matters (0.20); reviewed and exchanged correspondence with K. Hebeisen re edits to Breakout/Nalpak settlement agreement (0.20). | | 0.40 | 841.00 | 336.40 |
| 10/03/2023 | Hebeisen, Kenneth | Review recent precedent receivership opinion (.60); emails with T. Banich regarding same (.40) | | 1.00 | 540.00 | 540.00 |
| 10/03/2023 | Banich, Terence | Reviewed new Ninth Circuit decision on receiverships and drafted/exchanged correspondence with M. Vives and K. Hebeisen re same (1.20). | | 1.20 | 841.00 | 1,009.20 |
| 10/04/2023 | Banich, Terence | Reviewed and edited Nalpak-Breakout settlement agreement, reviewed and exchanged correspondence with M. Vives and A. Loftus re same and telephone conferences with M. Vives and A. Loftus re same. | | 1.20 | 841.00 | 1,009.20 |
| 10/05/2023 | Banich, Terence | Reviewed and edited correspondence re Nalpak-Breakout settlement issues and exchanged correspondence with M. Vives re same. | | 1.50 | 841.00 | 1,261.50 |
| 10/06/2023 | Hebeisen, Kenneth | Call with T. Banich, M. Vives, and L. Rocha regarding aggregator issues (1.0); review aggregator background materials | | 3.10 | 540.00 | 1,674.00 |

**Katten**

| Matter: | 396859.00001 |
| Invoice #: | 9020159007 |
| Invoice Due Date: | Payable Upon Receipt |

November 10, 2023

| Date | Timekeeper | Description | Activity | Hours | Rate | Amount |
|------|-----------|-------------|----------|-------|------|--------|
| | | (1.30); draft summary of same for T. Banich (.80) | | | | |
| 10/06/2023 | Banich, Terence | Reviewed and exchanged correspondence with M. Vives and A. Loftus re Nalpak/Breakout issues and multiple telephone conferences with M. Vives re same. | | 1.00 | 841.00 | 841.00 |
| 10/09/2023 | Banich, Terence | Conference call with M. Vives and A. Loftus re Breakout/Nalpak issues (1.00); conference call with M. Vives re same and related matters (0.50); reviewed and exchanged correspondence with M. Vives and A. Loftus re same (0.60). | | 2.10 | 841.00 | 1,766.10 |
| 10/09/2023 | Hebeisen, Kenneth | Review recent precedent bar order opinion (.20) | | 0.20 | 540.00 | 108.00 |
| 10/10/2023 | Banich, Terence | Drafted correspondence to M. Vives re Breakout/Nalpak issues. | | 2.00 | 841.00 | 1,682.00 |
| 10/11/2023 | Banich, Terence | Reviewed and exchanged correspondence re Nalpak/Breakout issues and multiple telephone conferences with M. Vives re same. | | 1.10 | 841.00 | 925.10 |
| 10/12/2023 | Banich, Terence | Reviewed and exchanged correspondence re Nalpak-Breakout issues and telephone conference with M. Vives re same. | | 1.00 | 841.00 | 841.00 |
| 10/13/2023 | Banich, Terence | Considered changes to Breakout-Nalpak settlement documents in light of recent developments (0.40); reviewed and exchanged correspondence with M. Vives and C. Weber re press inquiries (0.10). | | 0.50 | 841.00 | 420.50 |
| 10/16/2023 | Banich, Terence | Drafted and edited Nalpak-Breakout settlement agreement and multiple telephone conferences with M. Vives re same. | | 1.20 | 841.00 | 1,009.20 |
| 10/17/2023 | Banich, Terence | Reviewed and edited Nalpak-Breakout settlement agreement (2.20); reviewed and edited motion to approve Nalpak-Breakout settlement agreement (2.40); telephone conference with M. Vives re updates re same (0.10). | | 4.70 | 841.00 | 3,952.70 |
| 10/18/2023 | Banich, Terence | Reviewed and edited Breakout-Nalpak settlement agreement, motion to approve Nalpak-Breakout settlement, legal research re same and edited proposed order and other supporting documents (5.60); telephone conference with M. Vives re same (0.10); drafted correspondence to M. Vives re drafts of same for review (0.20). | | 5.90 | 841.00 | 4,961.90 |
| 10/19/2023 | Hebeisen, Kenneth | Review revised Breakout-Nalpak settlement agreement and related correspondence (.30) | | 0.30 | 540.00 | 162.00 |
| 10/19/2023 | Banich, Terence | Worked on Nalpak-Breakout settlement agreement and related documents, exchanged correspondence with M. Vives re same and drafted correspondence to A. Loftus, A. Campbell, D. Rammelt and M. Vives re further version of settlement agreement. | | 1.20 | 841.00 | 1,009.20 |

**Katten**

| Matter: | 396859.00001 | |
|---|---|---|
| Invoice #: | 9020159007 | |
| Invoice Due Date: | Payable Upon Receipt | November 10, 2023 |

| Date | Timekeeper | Description | Activity | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/20/2023 | Banich, Terence | Reviewed and exchanged correspondence re Breakout-Nalpak settlement agreement. | | 0.20 | 841.00 | 168.20 |
| 10/25/2023 | Banich, Terence | Reviewed correspondence re Nalpak-Breakout settlement documents. | | 0.20 | 841.00 | 168.20 |
| 10/27/2023 | Banich, Terence | Telephone conference with A. Campbell re Nalpak-Breakout settlement agreement issues, reviewed and exchanged correspondence with D. Rammelt re same, reviewed and exchanged correspondence with M. Vives re same and reviewed current version of settlement agreement in connection with same. | | 2.20 | 841.00 | 1,850.20 |
| 10/30/2023 | Hebeisen, Kenneth | Review recent precedent bar order opinions (.20) | | 0.20 | 540.00 | 108.00 |
| 10/30/2023 | Banich, Terence | Reviewed correspondence from M. Vives re Breakout issues. | | 0.10 | 841.00 | 84.10 |
| 10/31/2023 | Banich, Terence | Reviewed and exchanged correspondence with M. Vives re Nalpak-Breakout settlement issues. | | 0.60 | 841.00 | 504.60 |

### 09-Investigation of assets/transactions

| Date | Timekeeper | Description | Activity | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/02/2023 | Banich, Terence | Multiple telephone conferences with M. Vives various issues under investigation (0.80); conference call with M. Vives and counsel for aggregator and further conference with M. Vives re other issues under investigation (1.00); reviewed and exchanged correspondence with JAMS, A. Loftus, P. Baldwin and C. Mader re aggregator issues (0.70). | | 2.50 | 841.00 | 2,102.50 |
| 10/03/2023 | Banich, Terence | Reviewed and exchanged correspondence with M. Vives. A. Loftus, K. Hebeisen and C. Mader re aggregator mediation issues (0.40); telephone conference with M. Vives re same (0.20); reviewed correspondence with Judge Schenkier re same (0.10); edited and finalized settlement motion and related documents re settlement with confidential counterparty and exchanged correspondence with K. Hebeisen re redactions to same (1.90); exchanged correspondence with K. Wanner and M. Quinn re LR 7.3 conference re settlement motion (0.10); exchanged correspondence with representative of confidential settlement counterparty re motion filing (0.10); reviewed correspondence re S. Cohen accounting inquiry/issues (0.10). | | 2.80 | 841.00 | 2,354.80 |
| 10/04/2023 | Banich, Terence | Reviewed and exchanged correspondence re aggregator mediation issues and telephone conference with M. Vives re same (0.30); reviewed and exchanged correspondence with A. Yager re S. | | 5.80 | 841.00 | 4,877.80 |

**Katten**

Matter: 396859.00001
Invoice #: 9020159007
Invoice Due Date: Payable Upon Receipt

November 10, 2023

| Date | Timekeeper | Description | Activity | Hours | Rate | Amount |
|------|-----------|-------------|----------|-------|------|--------|
| | | Cohen accounting review issues (0.10); reviewed, edited, finalized and filed (under seal) motion to approve settlement with confidential counterparty, supporting declarations and related documents (4.60); reviewed and exchanged correspondence with K. Hebeisen re final redactions and reviewed same (0.70); drafted correspondence to K. Wanner and M. Quinn re service of redacted sealed motion to approve settlement (0.10). | | | | |
| 10/04/2023 | Yager, Allison | Emails with T. Banich and client re: Cohen divorce matters (.1) | | 0.10 | 714.00 | 71.40 |
| 10/05/2023 | Banich, Terence | Telephone conference with M. Vives re various action items (1.00); reviewed and exchanged correspondence with F. White re financial institution issues (0.20); drafted and edited correspondence to 1inMM investors re notice of confidential settlement and exchanged correspondence with M. Vives, K. Bickings and representative of settlement counterparty re same (0.80); reviewed aggregator materials in advance of October 7 call to discuss same (1.00); reviewed motion for leave to file sur-reply and proposed sur-reply (0.70). | | 3.70 | 841.00 | 3,111.70 |
| 10/06/2023 | Banich, Terence | Drafted and edited amendment to tolling agreement with financial institution and exchanged correspondence with F. White re same (0.70); drafted and edited amendment to tolling agreement with aggregator and drafted correspondence to C. Johnson and C. Finger re same (0.70); reviewed documents compiled by receiver team re aggregator issues (1.60); conference call with M. Vives, R. Weidman and K. Hebeisen re aggregator background and issues (1.00); reviewed aggregator investor agreements and analysis by K. Hebeisen of same (1.10); reviewed correspondence with P. Baldwin and A. Loftus re aggregator mediation issues (0.20). | | 5.30 | 841.00 | 4,457.30 |
| 10/09/2023 | Banich, Terence | Reviewed and exchanged correspondence re aggregator mediation issues (0.20); legal research re various issues at receiver's direction (1.50). | | 1.70 | 841.00 | 1,429.70 |
| 10/10/2023 | Banich, Terence | Drafted, reviewed and exchanged correspondence re aggregator mediation and related issues (0.60); telephone conference with M. Vives re various open issues and next steps (1.50); reviewed draft settlement agreement and correspondence re QD Associates issues (1.00). | | 3.10 | 841.00 | 2,607.10 |
| 10/11/2023 | Banich, Terence | Reviewed and exchanged correspondence with counsel for confidential counterparty | | 4.50 | 841.00 | 3,784.50 |

**Katten**

| Matter: | 396859.00001 | |
|---|---|---|
| Invoice #: | 9020159007 | |
| Invoice Due Date: | Payable Upon Receipt | November 10, 2023 |

| Date | Timekeeper | Description | Activity | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | re settlement documents with second confidential counterparty (0.20); conference call with M. Vives and Judge Schenkier re aggregator mediation issues (0.50); reviewed and exchanged correspondence re same (0.40); conference call with M. Vives, R. Weidman and A. Yager re S. Cohen issues/next steps (0.70); conference call with M. Vives and M. Kleinsasser re OHP/QD issues (0.90); drafted, edited and finalized declaration of M. Vives re publication notice of settlement motion and reviewed proofs of publication in connection with same (0.60); reviewed order granting motion to approve settlement with confidential counterparty, telephone conferences with M. Vives re same, telephone conference with representative of counterparty re same and drafted correspondence with judge's chambers re same/next steps (1.20). | | | | |
| 10/11/2023 | Yager, Allison | Call with client and T. Banich re: Cohen matters (.5) | | 0.50 | 714.00 | 357.00 |
| 10/12/2023 | Banich, Terence | Reviewed and exchanged correspondence with representative of (first) confidential settlement counterparty re approval of settlement and related matters (0.30); telephone conference with M. Vives re same (0.20); reviewed settlement agreement and drafted correspondence to M. Vives and A. Loftus re approval of settlement/next steps (0.80); reviewed and exchanged correspondence with counsel for (second) confidential counterparty re approval of related settlement, status of settlement documents and related matters (0.30); reviewed and exchanged correspondence S. Cohen issues (0.10); drafted and edited tolling agreement with aggregator parties and reviewed correspondence re same (1.30). | | 3.00 | 841.00 | 2,523.00 |
| 10/13/2023 | Banich, Terence | Drafted, edited and finalized tolling agreement with aggregator, exchanged correspondence with M. Vives re same and drafted correspondence to P. Baldwin and C. Mader re same (1.20); telephone conference with M. Vives re same (0.20); telephone conference with M. Vives re approval of confidential settlement and related matters (0.30). | | 1.70 | 841.00 | 1,429.70 |
| 10/16/2023 | Banich, Terence | Legal research re certain issues and drafted analysis of same to M. Vives (3.80); reviewed correspondence re S. Cohen issues (0.10); reviewed and exchanged correspondence with C. Finger re aggregator tolling agreement, reviewed tolling agreement amendment and | | 6.60 | 841.00 | 5,550.60 |

**Katten**

| Matter: | 396859.00001 |
| Invoice #: | 9020159007 |
| Invoice Due Date: | Payable Upon Receipt |

November 10, 2023

| Date | Timekeeper | Description | Activity | Hours | Rate | Amount |
|------|-----------|-------------|----------|-------|------|--------|
| | | exchanged correspondence with M. Vives re same (0.50); reviewed and exchanged correspondence re NDA and confidential settlement and multiple telephone conferences with M. Vives and counterparty representatives re same  and related matters (2.20). | | | | |
| 10/17/2023 | Banich, Terence | Reviewed and exchanged correspondence with M. Vives, counsel for confidential counterparty and A. Loftus re settlement with (second) confidential counterparty (0.30); telephone conference with representative of (first) settlement counterparty re various issues/next steps and drafted correspondence to same (0.60); drafted correspondence to M. Vives re thoughts/comments re same (1.10); legal research re same (0.40); telephone conferences with M. Vives re confidential settlements, aggregator and other matters (0.40). | | 2.80 | 841.00 | 2,354.80 |
| 10/18/2023 | Banich, Terence | Telephone conference with M. Vives prior to call with A. Loftus (0.30); conference call with M. Vives and A. Loftus prior to aggregator mediation call (0.50); conference call with Judge Schenkier, M. Vives, A. Loftus, R. Good, P. Baldwin and C. Mader re aggregator mediation issues/next steps (0.40); conference call with M. Vives and A. Loftus re de-brief following call re aggregator mediation (0.20); reviewed and exchanged correspondence with representatives of (first) confidential settlement counterparty (0.20); reviewed and exchanged correspondence with counsel for (second) confidential settlement counterparty (0.20); reviewed and exchanged correspondence with M. Vives and A. Loftus re aggregator and other matters of common interest (0.30); further telephone with M. Vives re aggregator issues (0.20); drafted correspondence to P. Baldwin and C. Mader re aggregator tolling agreement (0.10). | | 2.40 | 841.00 | 2,018.40 |
| 10/19/2023 | Banich, Terence | Reviewed and exchanged correspondence with M. Vives and P. Baldwin re tolling agreement. | | 0.20 | 841.00 | 168.20 |
| 10/20/2023 | Banich, Terence | Conference call with M. Vives, S. Buncher and A. Sandor re S. Cohen issues and further conference with M. Vives re other issues (1.10); reviewed and exchanged correspondence with M. Vives and A. Loftus re matters of common interest, researched same, drafted correspondence to M. Vives re same and | | 3.80 | 841.00 | 3,195.80 |

**Katten**

Matter:          396859.00001
Invoice #:       9020159007
Invoice Due Date:   Payable Upon Receipt

November 10, 2023

| Date | Timekeeper | Description | Activity | Hours | Rate | Amount |
|------|-----------|-------------|----------|-------|------|--------|
| | | telephone conference with M. Vives re same (2.70). | | | | |
| 10/23/2023 | Banich, Terence | Reviewed and exchanged correspondence with M. Vives and A. Loftus re matters of common interest and telephone conference with M. Vives re same (0.60); drafted and edited memorandum re analysis of potential claim and legal research re same (5.60 NC). | | 0.60 | 841.00 | 504.60 |
| 10/24/2023 | Banich, Terence | Drafted, edited and finalized memorandum to M. Vives re potential claim and legal research re same (4.30 NC); conference call with M. Vives, counsel for confidential counterparty, and A. Loftus re status of settlement with confidential counterparty (0.30); reviewed correspondence re same (0.10); reviewed and exchanged correspondence re aggregator issues and considered next steps (0.30). | | 0.70 | 841.00 | 588.70 |
| 10/25/2023 | Banich, Terence | Conference calls with M. Vives re aggregator and other matters (1.20); reviewed and exchanged correspondence re aggregator issues (0.20); conference call with M. Vives and Judge Schenkier re aggregator mediation and related matters (0.50). | | 1.90 | 841.00 | 1,597.90 |
| 10/26/2023 | Banich, Terence | Reviewed and exchanged correspondence with C. Finger re aggregator issues (0.40); reviewed and exchanged correspondence with counsel for confidential counterparty and M. Vives re confidential settlement issues and telephone conference with M. Vives re same (0.70); reviewed correspondence from and documents transmitted by K. Bickings re same (0.30). | | 1.40 | 841.00 | 1,177.40 |
| 10/27/2023 | Banich, Terence | Reviewed certain filings in civil and criminal case in preparation for call with counsel for confidential counterparty re confidential settlement (1.10); conference call with M. Vives and counsel for confidential counterparty re confidential settlement issues (0.30); further telephone conference with M. Vives re same (0.20); reviewed revised confidential settlement documents (1.20); reviewed and exchanged correspondence re aggregator issues (0.20). | | 3.00 | 841.00 | 2,523.00 |
| 10/30/2023 | Banich, Terence | Reviewed and edited revised settlement agreement with confidential counterparty (6.60). | | 6.60 | 841.00 | 5,550.60 |
| 10/31/2023 | Banich, Terence | Reviewed and edited settlement agreement and proposed order granting motion to approve settlement with confidential counterparty and drafted correspondence to M. Vives re same (4.40); conference call with M. Vives to | | 5.60 | 841.00 | 4,709.60 |

**Katten**

Matter: 396859.00001
Invoice #: 9020159007
Invoice Due Date: Payable Upon Receipt

November 10, 2023

| Date | Timekeeper | Description | Activity | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | discuss same and related matters (0.40); reviewed and exchanged correspondence re aggregator mediation issues (0.20); conference call with M. Vives re confidential settlement, aggregator, Breakout/Nalpak and related matters (0.50); reviewed correspondence re revised timing of Breakout-Nalpak settlement (0.10). | | | | |

### 10-Business Operations/Operating Entities

| Date | Timekeeper | Description | Activity | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/02/2023 | Bruckner, Amelia | Revise responses to the requests for production [1.4]; draft email to client re same [.6]; draft cover email to Orion for service [.4] | | 2.40 | 493.00 | 1,183.20 |
| 10/03/2023 | Bruckner, Amelia | Review documents for potential production to Orion (2.2); draft email to client regarding same (.9) | | 3.10 | 493.00 | 1,528.30 |
| 10/04/2023 | Bruckner, Amelia | Draft email to Orion's counsel responding to inquiries about scope of objections and when they can expect to receive a document production. | | 0.80 | 493.00 | 394.40 |
| 10/04/2023 | Banich, Terence | Reviewed correspondence re Rogue Black/ILBE arbitration. | | 0.30 | 841.00 | 252.30 |
| 10/05/2023 | Halberstadter, David | Review email from J. Ramsey (Orion's counsel) re documents to be produced by claimant; review draft response by A. Bruckner to same | | 0.10 | 1,037.00 | 103.70 |
| 10/05/2023 | Bruckner, Amelia | Compile list of search terms for client regarding requests for production | | 1.30 | 493.00 | 640.90 |
| 10/10/2023 | Bruckner, Amelia | Correspond with R. Reyes regarding responsive documents and related logistics | | 1.60 | 493.00 | 788.80 |
| 10/10/2023 | Bruckner, Amelia | Review documents from R. Reyes office for Orion production. | | 3.30 | 493.00 | 1,626.90 |
| 10/10/2023 | Bruckner, Amelia | Draft follow up to client re needed documents for Orion. | | 0.30 | 493.00 | 147.90 |
| 10/10/2023 | Banich, Terence | Reviewed correspondence re Rogue Black litigation issues/updates. | | 0.30 | 841.00 | 252.30 |
| 10/12/2023 | Bruckner, Amelia | Review documents from R. Reyes. | | 1.40 | 493.00 | 690.20 |
| 10/17/2023 | Bruckner, Amelia | Review documents from R. Reyes for production to Orion. | | 3.70 | 493.00 | 1,824.10 |
| 10/18/2023 | Bruckner, Amelia | Review documents from M. Vives for Orion production. | | 2.70 | 493.00 | 1,331.10 |
| 10/18/2023 | Halberstadter, David | Review emails between A. Bruckner and M. Vives re documents responsive to Orion's requests for production; review summary of documents in possession of R. Reyes for potential production | | 0.40 | 1,037.00 | 414.80 |
| 10/19/2023 | Bruckner, Amelia | Prep responsive documents for service on opposing counsel. | | 1.10 | 493.00 | 542.30 |
| 10/25/2023 | Banich, Terence | Telephone conference with M. Vives re Haus Capital investment issues. | | 0.50 | 841.00 | 420.50 |

**Katten**

Matter:              396859.00001
Invoice #:           9020159007
Invoice Due Date:    Payable Upon Receipt

November 10, 2023

| Date | Timekeeper | Description | Activity | Hours | Rate | Amount |
|------|-----------|-------------|----------|-------|------|--------|
| 10/25/2023 | Halberstadter, David | Review ILBE's written response and production of documents in response to Orion's requests for production | | 0.30 | 1,037.00 | 311.10 |
| 10/27/2023 | Halberstadter, David | Telephone call with R. Baker re updates on arbitration for status report | | 0.20 | 1,037.00 | 207.40 |
| 10/31/2023 | Halberstadter, David | Prepare for meeting with A. Bruckner (.10); meet with A. Bruckner to discuss discovery and upcoming hearing (.30) | | 0.40 | 1,037.00 | 414.80 |
| 10/31/2023 | Bruckner, Amelia | Meet with D. Halberstadter regarding discovery and upcoming hearing | | 0.30 | 493.00 | 147.90 |

**Total Hours :  149.20**                                   **Total Fees        110,965.50    USD**

| Matter: | 396859.00001 | |
|---|---|---|
| Invoice #: | 9020159007 | |
| Invoice Due Date: | Payable Upon Receipt | November 10, 2023 |

---

## TIME SUMMARY

### 01-Case administration

| Name | Title | Hours | | Rate | | Amount |
|---|---|---|---|---|---|---|
| Hebeisen, Kenneth | Associate | 5.10 | | 540.00 | | 2,754.00 |
| Banich, Terence | Partner | 9.60 | | 841.00 | | 7,905.40 |
| | **Sub Total :** | **14.70** | | **Sub Total :** | | **10,659.40** |

### 02-Fee applications/retention of professionals

| Name | Title | Hours | | Rate | | Amount |
|---|---|---|---|---|---|---|
| Hebeisen, Kenneth | Associate | 4.60 | | 540.00 | | 972.00 |
| Banich, Terence | Partner | 2.00 | | 841.00 | | 672.80 |
| | **Sub Total :** | **6.60** | | **Sub Total :** | | **1,644.80** |

### 04-Pre-receivership litigation/stay

| Name | Title | Hours | | Rate | | Amount |
|---|---|---|---|---|---|---|
| Hebeisen, Kenneth | Associate | 4.80 | | 540.00 | | 2,592.00 |
| Banich, Terence | Partner | 28.30 | | 841.00 | | 23,800.30 |
| | **Sub Total :** | **33.10** | | **Sub Total :** | | **26,392.30** |

### 09-Investigation of assets/transactions

| Name | Title | Hours | | Rate | | Amount |
|---|---|---|---|---|---|---|
| Yager, Allison | Associate | 0.60 | | 714.00 | | 428.40 |
| Banich, Terence | Partner | 69.70 | | 841.00 | | 58,617.70 |
| | **Sub Total :** | **70.30** | | **Sub Total :** | | **59,046.10** |

### 10-Business Operations/Operating Entities

| Name | Title | Hours | | Rate | | Amount |
|---|---|---|---|---|---|---|
| Halberstadter, David | Partner | 1.40 | | 1,037.00 | | 1,451.80 |
| Bruckner, Amelia | Associate | 22.00 | | 493.00 | | 10,846.00 |
| Banich, Terence | Partner | 1.10 | | 841.00 | | 925.10 |
| | **Sub Total :** | **24.50** | | **Sub Total :** | | **13,222.90** |
| | **Total Hours :** | **149.20** | | **Total Fees** | | **110,965.50  USD** |

**Katten**

| Matter: | 396859.00001 | |
|---|---|---|
| Invoice #: | 9020159007 | November 10, 2023 |
| Invoice Due Date: | Payable Upon Receipt | |

---

**DISBURSEMENTS**

| Description | Cost Description | Amount |
|---|---|---|
| Court Costs | Pacer Court Costs 9/01/2023-9/30/2023 CHI. | 6.70 |
| Data/Library Research Services | Westlaw Legal Research: HEBEISEN,KENNETH on 10/2/2023. Westlaw Legal Research: HEBEISEN,KENNETH on 10/9/2023. Westlaw Legal Research: HEBEISEN,KENNETH on 10/16/2023. Westlaw Legal Research: HEBEISEN,KENNETH on 10/23/2023. Westlaw Legal Research: HEBEISEN,KENNETH on 10/30/2023. | 89.90 |

**Total Disbursements:** **96.60** **USD**

**Katten**