# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>v.<br><br>ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC,<br><br>  Defendants. | Case No. 2:21-cv-02927-CAS-PDx<br><br>**ORDER APPROVING QUARTERLY REPORT OF RECEIVER MICHELE VIVES (FOURTH QUARTER 2023)** |

Upon consideration of the *Unopposed Motion to Approve Quarterly Report of Receiver Michele Vives (Fourth Quarter 2023)*, dated February 9, 2024 the ("Motion"); the Court, having reviewed the *Quarterly Report of Receiver Michele Vives (Fourth Quarter 2023)*, dated February 9, 2024 (the "Report"), being fully advised in the premises and finding that there being good cause to grant the relief provided herein; it is, pursuant to the Court's power to supervise equity receiverships and all other powers in that behalf so enabling, hereby ORDERED:

1. The Motion is GRANTED.

2. The Report is APPROVED.

3. All acts, transactions and disbursements identified in the Report as made or to be made, if any, are APPROVED.

1       4.     Notice of the hearing on the Report is limited to that given, and the Receiver is EXCUSED from complying with any additional notice requirements imposed by Local Rule 66-7(c).

Dated: February 14, 2024

*Christine A. Snyder*
_____
United States District Judge