## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC,<br><br>Defendants. | Case No. 2:21-cv-02927-CAS-PDx<br><br>**ORDER GRANTING UNOPPOSED MOTION OF KATTEN MUCHIN ROSENMAN LLP FOR FINAL APPROVAL AND PAYMENT OF FEES AND EXPENSES (OCTOBER-DECEMBER 2023)** |

Upon consideration of the *Unopposed Motion of Katten Muchin Rosenman LLP for Final Approval and Payment of Fees and Expenses (October-December 2023)*, dated February 9, 2024 the ("Motion"), filed by Katten Muchin Rosenman LLP ("Katten"), counsel for Michele Vives, the Receiver appointed in this civil action (the "Receiver"); the Court, having reviewed the Motion and being fully advised in the premises, finds that the Motion satisfies the requirements of Local Rules 66-7 and 66-8 and the Compensation Procedures Order, that notice of the Motion is sufficient under the circumstances and that there is good cause to grant the relief provided herein; it is, therefore, pursuant to the Court's power to supervise

equity receiverships and all other powers in that behalf so enabling, hereby ORDERED:

1. The Motion is GRANTED. Capitalized terms used in this order have the meanings ascribed to them in the Motion.

2. Katten is ALLOWED $277,528.70 in fees and $2,732.24 in expense reimbursement during the Application Period on a final basis.

3. The Interim Payments of fees and expenses identified in paragraph 15 of the Motion are APPROVED.

4. The Receiver is AUTHORIZED to pay Katten the Holdback Amount of $55,505.74.

5. Notice of the hearing on the Motion is limited to that given, and the Receiver and Katten are EXCUSED from complying with any additional notice requirements imposed by Local Rule 66-7(f).

Dated: February 14, 2024

*Christina A. Snyder*
Honorable Christina A. Snyder
United States District Judge

Case No. 2:21-cv-02927-CAS-PD
ORDER GRANTING MOTION OF KATTEN MUCHIN ROSENMAN LLP FOR FINAL APPROVAL AND PAYMENT OF FEES AND EXPENSES (OCTOBER-DECEMBER 2023)

2