**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter[2]**

| Matter Description | Hours | Amount |
|---|---:|---:|
| Accounting / Auditing | 8.1 | $1,465.22 |
| Asset Analysis and Recovery | 0.0 | $0.00 |
| Business Analysis | 0.0 | $0.00 |
| Business Operations | 0.0 | $0.00 |
| Case Administration | 102.8 | $31,848.35 |
| Forensic Accounting | 155.9 | $30,902.94 |
| Status Reports | 1.1 | $420.75 |
| Expenses | 0.0 | $1,574.86 |
| **Totals** | **267.9** | **$66,212.12** |

---

[2] The Receiver voluntarily reduced her fees for the Fee Period by $891.00, attributable to preparation of fee applications, as an accommodation to the receivership estate. Additionally, for travel time, the Receiver charged one-half of the actual time spent in travel, amounting to a further reduction of $1,559.26.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

Case No. 2:21-cv-02927-CAS-PD
TWENTY-FIFTH MONTHLY FEE STATEMENT OF
RECEIVER MICHELE VIVES—JANUARY 2024

5