**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter[2]**

| Matter Description | Hours | Amount |
|---|---:|---:|
| Case Administration | 0.1 | $84.10 |
| Fee Application/Retention of Professionals | 6.5 | $756.00 |
| Claims Administration and Objections | 0.0 | $0.00 |
| Pre-Receivership Litigation/Stay | 1.8 | $1,333.20 |
| FBI and Criminal Case Matters | 0.0 | $0.00 |
| SEC Meetings/Discussions | 0.0 | $0.00 |
| Avoidance Actions | 2.8 | $972.00 |
| Asset Disposition | 0.0 | $0.00 |
| Investigation of Assets/Transactions | 150.1 | $107,659.10 |
| Business Operations/Operating Entities | 124.7 | $87,277.90 |
| Expenses | 0.0 | $2,940.53 |
| Discount | 0.0 | -$7,500.00 |
| **Totals** | **286.0** | **$193,522.83** |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

---

[2] Katten voluntarily reduced its fees for the Fee Period by $10,293.80, attributable to fee application preparation and other administrative tasks, as an accommodation to the receivership estate. Katten also voluntarily discounted its fees by $7,500.00 as an additional courtesy to the receivership estate, for a total reduction of $17,793.80.