# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC,<br><br>Defendants. | Case No. 2:21-cv-02927-CAS-PDx<br><br>**ORDER GRANTING APPLICATION OF RECEIVER MICHELE VIVES TO FILE MOTION TO APPROVE SETTLEMENT WITH CONFIDENTIAL COUNTERPARTY UNDER SEAL** |

The Court, having considered the *Application of Receiver Michele Vives to File Motion to Approve Settlement with Confidential Counterparty Under Seal* (the "Application") and the *Declaration of Terence G. Banich* (the "Banich Declaration") and exhibits thereto in support of the Application, and being advised that the Receiver has reached a settlement with a third party, the material terms of which include strict confidentiality and the filing all documents pertaining to the settlement under seal, as described in the *Motion of Receiver Michele Vives for Order Approving Settlement with a Confidential Counterparty and for Related Relief* (the "Settlement Motion") and the Banich Declaration; good cause appearing therefor, it is hereby ORDERED:

1. The Application is GRANTED. Capitalized terms not defined herein have the meanings ascribed to them in the Application.

2. Receiver Michele Vives is, pursuant to Local Rule 79-5.2.2(a), hereby AUTHORIZED to file the following documents under seal: (a) the Settlement Motion (Banich Decl. Exhibit 1U), (b) Exhibits 1 through 4 to the Settlement Motion (Banich Decl. Exhibits 2U-5U); (c) the proposed order granting the Settlement Motion (Banich Decl. Exhibit 6U); and (d) the form of publication notice (Banich Decl. Exhibit 7).

3. As it pertains to this Settlement Motion, the Receiver shall further be allowed to file any response or objection to the Settlement Motion, any reply in support of the Settlement Motion and the order granting the Settlement Motion under seal, without further application.

Dated: March 19, 2024

*Christine A. Snyder*
United States District Judge