KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

### Exhibit A
### Summary of Total Fees and Expenses by Subject Matter[2]

| Matter Description | Hours | Amount |
|---|---|---|
| Accounting / Auditing | 11.0 | $2,225.04 |
| Asset Analysis and Recovery | 0.0 | $0.00 |
| Business Analysis | 0.0 | $0.00 |
| Business Operations | 0.0 | $0.00 |
| Case Administration | 41.8 | $15,602.42 |
| Forensic Accounting | 53.0 | $10,706.89 |
| Status Reports | 0.0 | $0.00 |
| Expenses | 0.0 | $98.05 |
| **Totals** | **105.8** | **$28,632.40** |

[2] The Receiver voluntarily reduced her fees for the Fee Period by $757.35, attributable to preparation of fee applications, as an accommodation to the receivership estate.

Case No. 2:21-cv-02927-CAS-PD
TWENTY-SEVENTH MONTHLY FEE STATEMENT OF
RECEIVER MICHELE VIVES—MARCH 2024