**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter**[3]

| Matter Description | Hours | Amount |
|---|---:|---:|
| Case Administration | 0.8 | $672.80 |
| Fee Application/Retention of Professionals | 4.8 | $0.00 |
| Claims Administration and Objections | 0.0 | $0.00 |
| Pre-Receivership Litigation/Stay | 5.9 | $3,186.00 |
| FBI and Criminal Case Matters | 0.0 | $0.00 |
| SEC Meetings/Discussions | 0.0 | $0.00 |
| Avoidance Actions | 3.7 | $1,998.00 |
| Asset Disposition | 0.0 | $0.00 |
| Investigation of Assets/Transactions | 36.7 | $30,593.80 |
| Business Operations/Operating Entities | 12.1 | $10,567.30 |
| Expenses | 0.0 | $3,093.56 |
| **Totals** | **64.0** | **$50,111.46** |

---

[3] Katten voluntarily reduced its fees for the Fee Period by $3,103.70, attributable to fee application preparation and other administrative tasks, as an accommodation to the receivership estate.