Terence G. Banich (SBN 212173)
terence.banich@katten.com
Allison E. Yager (*pro hac vice*)
allison.yager@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661
Telephone:  (312) 902-5200
Facsimile:   (312) 902-1061

*Attorneys for the Receiver*
Michele Vives

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:21-cv-02927-CAS-PD |
| Plaintiff, | **STATUS REPORT AS TO MOTION OF RECEIVER MICHELE VIVES FOR ORDER APPROVING SETTLEMENT WITH A CONFIDENTIAL COUNTERPARTY AND FOR RELATED RELIEF** |
| v. | |
| ZACHARY J. HORWITZ and 1inMM CAPITAL, LLC, | |
| Defendants. | Judge:      Hon. Christina A. Snyder<br>Courtroom: 8D |

     Michele Vives, not individually, but solely as the federal equity receiver (the "Receiver") of defendant of 1inMM Capital, LLC and its subsidiaries, affiliates and over the assets more particularly described in the *Order on Appointment of Permanent Receiver*, dated January 14, 2022 [ECF #70], respectfully submits this status report as to the responses she has received to the *Motion for Order Approving Settlement With a Confidential Counterparty and for Related Relief*, dated April 1, 2024 [ECF #331] (the "Motion").

### Relevant Background

1. On April 1, 2024, the Receiver filed the Motion under seal, as the Court permitted her to do. [ECF #330] The Motion asks the Court to approve the settlement that the Receiver reached with a counterparty whose identity the Receiver agreed to keep confidential and, among other things, enter a bar order in the form of words appearing on, or substantially similar to, Exhibit B to Exhibit 1 of the Motion. The text of the bar order also appears in paragraph 6 of the proposed order granting the Motion.

2. The Receiver noticed the Motion for a hearing on May 6, 2024.

3. The Motion states that the Receiver will give notice of the Motion by: (a) CM/ECF to parties/interested parties; (b) email to all known creditors of the Estate (or, if represented, their counsel) with a link to the Motion and supporting exhibits; (c) posting it on the receivership website ("Website"); and (d) publishing notice once in the *Wall Street Journal* and once in the *Los Angeles Times* in the form annexed to the Motion as Exhibit 5 (the "Published Notice"). (Mot. at 21-22.)

4. The Motion further stated that these communications would include instructions as to how to advise the Receiver of any inquiries about or objections to the Motion by no later than seven days before the hearing (i.e., April 29, 2024) (the "Objection Deadline"). (*Id.*)

//

//

### Service on Investors

5. On April 1, 2024, the Receiver provided notice of a redacted version of the Motion by the Court's CM/ECF system to the parties and interested parties who have requested notice, as well as to counsel for the above-captioned parties. (*Id.* at 32.)

6. On April 2, 2024, the Receiver posted the Motion on the Website, and sent an email to the current list of known investors in 1inMM Capital, LLC on file with the Receiver's office, as well as to counsel who represent certain of those investors, including a hyperlink to the post on the Website and instructions as to how to advise the Receiver of any inquiries about or objections to the Motion on or before the Objection Deadline. [ECF #332]

7. The Receiver caused the Published Notice to be published in the *Wall Street Journal* on April 2, 2024, and in the *Los Angeles Times* on April 4, 2024. [ECF #333]

### Responses to the Motion

8. No creditor objected to the Motion by the Objection Deadline.

Dated: April 30, 2024         Respectfully submitted,

**KATTEN MUCHIN ROSENMAN LLP**

By:    /s/*Terence G. Banich*
       Terence G. Banich

*Attorneys for the Receiver*
Michele Vives

Case No. 2:21-cv-02927-CAS-PD
STATUS REPORT AS TO MOTION FOR ORDER APPROVING SETTLEMENT
WITH A CONFIDENTIAL COUNTERPARTY AND FOR RELATED RELIEF

2

# PROOF OF SERVICE

**STATE OF ILLINOIS, COUNTY OF COOK**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, Illinois 60661. On April 30, 2024, I served the following document(s) described as:

**STATUS REPORT AS TO MOTION OF RECEIVER MICHELE VIVES FOR ORDER APPROVING SETTLEMENT WITH A CONFIDENTIAL COUNTERPARTY AND FOR RELATED RELIEF**

as follows:

**[ ]    BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[ ]    BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address terence.banich@katten.com to the persons at the e-mail address(es) listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ]    BY OVERNIGHT MAIL (FedEx):** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]    BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]    E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on April 30, 2024, at Winnetka, Illinois.

*/s/Terence G. Banich*
Terence G. Banich

Case No. 2:21-cv-02927-CAS-PD
STATUS REPORT AS TO MOTION FOR ORDER APPROVING SETTLEMENT
WITH A CONFIDENTIAL COUNTERPARTY AND FOR RELATED RELIEF

3