**STANDARDIZED FUND ACCOUNTING REPORT (CASH BASIS) for**
**ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC**
**RECEIVERSHIP; CIVIL COURT DOCKET NO. 2:21-CV-02927-CAS**
**REPORTING PERIOD from January 1, 2024 through March 31, 2024**

| FUND ACCOUNTING (See Instructions): | | | DETAIL | SUBTOTAL | GRAND TOTAL |
|---|---|---|---:|---:|---:|
| Line 1 | | Beginning Balance of the Fund as of January 1, 2024 | | | $5,453,689 |
| | | *Increases in Fund Balances:* | | | |
| Line 2 | | Business Income (Receipts) | | | 0 |
| Line 3 | | Cash and Securities | | | 0 |
| Line 4 | | Interest / Dividend Income | | | 51,327 |
| Line 5 | | Business Asset Liquidation | | | |
| Line 6 | | Personal Asset Liquidation | | | |
| Line 7 | | Third-Party Litigation | | | 0 |
| Line 8 | | Miscellaneous - Other | | | 510,000 |
| | | **Total Funds Available (Lines 1-8)** | | | 6,015,016 |
| | | *Decreases in Fund Balance:* | | | |
| Line 9 | | Disbursements to Investors | | | 0 |
| Line 10 | | Disbursements for Receivership Operations | | | |
| | Line 10a | Disbursements to Receiver or Other Professionals | | 228,831 | 0 |
| | Line 10b | Business Asset Expenses | | 1,406 | |
| | Line 10c | Personal Asset Liquidation | | | |
| | Line 10d | Investment Expenses | | 583 | |
| | Line 10e | Third-Party Litigation Expenses | | | |
| | | 1. Attorney Fees | 1,009,681 | | |
| | | 2. Litigation Expenses | 0 | | |
| | | Total Third-Party Litigation Expenses | | 1,009,681 | |
| | Line 10f | Tax Administrator Fees and Bonds | | 0 | |
| | Line 10g | Federal and State Tax Payments | | 0 | |
| | | **Total Disbursements for Receivership Operations** | | | 1,240,501 |
| Line 11 | | Disbursements for Distribution Expenses Paid by the Fund: | | | |
| | Line 11a | *Distribution Plan Development Expenses:* | | | |
| | | 1. Fees: | | | |
| | | Fund Administrator | 0 | | |
| | | Independent Distribution Consultant (IDC) | 0 | | |
| | | Distribution Agent | 0 | | |
| | | Consultants | 0 | | |
| | | Legal Advisors | 0 | | |
| | | Tax Advisors | 0 | | |
| | | 2. Administrative Expenses | 0 | | |
| | | 3. Miscellaneous | 0 | | |
| | | Total Plan Development Expenses | | 0 | |
| | Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| | | 1. Fees: | | | |
| | | Fund Administrator | 0 | | |
| | | Independent Distribution Consultant (IDC) | 0 | | |
| | | Distribution Agent | 0 | | |
| | | Consultants | 0 | | |
| | | Legal Advisors | 0 | | |
| | | Tax Advisors | 0 | | |
| | | 2. Administrative Expenses | 0 | | |
| | | 3. Investor Identification: | | | |
| | | Notice/Publishing Approved Plan | 0 | | |
| | | Claimant Identification | 0 | | |
| | | Claims Processing | 0 | | |
| | | Web Site Maintenance / Call Center | 0 | | |
| | | 4. Fund Administrator Bond | 0 | | |
| | | 5. Miscellaneous | 0 | | |
| | | 6. Fair Account for Investor Restitution | 0 | | |
| | | (FAIR) Reporting Expenses | 0 | | |
| | | Total Plan Implementation Expenses | | 0 | |
| | | **Total Disbursements for Distribtion Expenses Paid by the Fund** | | | 0 |
| Line 12 | | Disbursements to Court / Other: | | | |
| | Line 12a | Investment Expenses / Court Registry Investment System (DRIS) Fees | | 0 | |
| | Line 12b | Federal Tax Payments | | 0 | |
| | | **Total Disbursements to Court / Other** | | | 0 |
| | | **Total Funds Disbursed (Lines 9-12)** | | | 1,240,501 |
| Line 13 | | Ending Balance of the Fund as of March 31, 2024 | | | $4,774,516 |
| Line 14 | | Ending Balance of Fund - Net Assets: | | | |
| | Line 14a | *Cash & Cash Equivalents* | | | $4,774,516 |
| | Line 14b | *Investments* | | | 0 |
| | Line 14c | *Other Assets or Uncleared Funds* | | | 0 |

**STANDARDIZED FUND ACCOUNTING REPORT (CASH BASIS) for
ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC
RECEIVERSHIP;  CIVIL COURT DOCKET NO. 2:21-CV-02927-CAS**
REPORTING PERIOD  from January 1, 2024 through March 31, 2024

| FUND ACCOUNTING (See Instructions): | DETAIL | SUBTOTAL | GRAND TOTAL |
|---|---|---|---|
| Total Ending Balance of Fund - Net Assets | | | $4,774,516 |

| OTHER SUPPLEMENTAL INFORMATION: | | | DETAIL | SUBTOTAL | GRAND TOTAL |
|---|---|---|---|---|---|
| | | *Report of Items NOT to be Paid by the Fund:* | | | |
| Line 15 | | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| | Line 15a | *Plan Development Expenses Not Paid by the Fund* | | | |
| | | 1. Fees: | | | |
| | | Fund Administrator | | $0 | |
| | | Independent Distribution Consultant (IDC) | | 0 | |
| | | Distribution Agent | | 0 | |
| | | Consultants | | 0 | |
| | | Legal Advisors | | 0 | |
| | | Tax Advisors | | 0 | |
| | | 2. Administrative Expenses | | 0 | |
| | | 3. Miscellaneous | | 0 | |
| | | *Total Plan Development Expenses Not Paid by the Fund* | | | $0 |
| | Line 15b | *Plan Implementation Expenses Not Paid by the Fund* | | | |
| | | 1. Fees: | | | |
| | | Fund Administrator | | 0 | |
| | | Independent Distribution Consultant (IDC) | | 0 | |
| | | Distribution Agent | | 0 | |
| | | Consultants | | 0 | |
| | | Legal Advisors | | 0 | |
| | | Tax Advisors | | 0 | |
| | | 2. Administrative Expenses | | 0 | |
| | | 3. Investor Identification: | | | |
| | | Notice/Publishing Approved Plan | | 0 | |
| | | Claimant Identification | | 0 | |
| | | Claims Processing | | 0 | |
| | | Web Site Maintenance / Call Center | | 0 | |
| | | 4. Fund Administrator Bond | | 0 | |
| | | 5. Miscellaneous | | 0 | |
| | | 6. FAIR Reporting Expenses | | 0 | |
| | | *Total Plan Implementation Expenses Not Paid by the Fund* | | | 0 |
| | Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | 0 |
| | | Total Disbursements for Plan Administration Expenses Not Paid by the Fund | | | $0 |
| Line 16 | | **Disbursements to Court / Other Not Paid by the Fund:** | | | |
| | Line 16a | *Investment Expenses / CRIS Fees* | | $0 | |
| | Line 16b | *Federal Tax Payments* | | 0 | |
| | | Total Disbursements to Court / Other Not Paid by the Fund: | | | $0 |
| Line 17 | | **DC & State Tax Payments** | | | $0 |
| Line 18 | | **Number of Claims:** | | | |
| | Line 18a | Number of Claims Received This Reporting Period ............................ | | | 0 |
| | Line 18b | Number of Claims Received Since Inception of Fund ............................ | | | 0 |
| Line 19 | | **Number of Claimants / Investors:** | | | |
| | Line 18a | *Number of Claimants / Investors Paid This Reporting Period* .................... | | | 0 |
| | Line 18b | *Number of Claimants / Investors Paid Since Inception of Fund* ................ | | | 0 |

Receiver:
By: _(signature)_
**Michele Vives**
(printed name)
Date: 04/30/2024