Terence G. Banich (SBN 212173)
terence.banich@katten.com
Allison E. Yager (*pro hac vice*)
allison.yager@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661
Telephone: (312) 902-5200
Facsimile:  (312) 902-1061

*Attorneys for the Receiver*
Michele Vives

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:21-cv-02927-CAS-PD |
| Plaintiff, | **TWENTY-FIFTH MONTHLY FEE STATEMENT OF RECEIVER MICHELE VIVES—JANUARY 2024** |
| v. | |
| ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC, | Judge:     Hon. Christina A. Snyder<br>Courtroom: 8D |
| Defendants. | |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

Michele Vives, in her capacity as the receiver in the above-captioned action (the "<u>Receiver</u>"), pursuant to paragraphs 3(b) and 3(d) of the *Order Granting Motion of Receiver Michele Vives for Order Establishing Procedures for Allowance of Compensation and Reimbursement of Expenses*, dated February 22, 2022 [ECF #77] (the "<u>Interim Compensation Procedures Order</u>"), hereby files this monthly fee statement (this "<u>Monthly Fee Statement</u>") for (i) compensation in the amount of $51,709.81 (80% of $64,637.26)[1] for the reasonable and necessary services rendered by the Receiver from January 1, 2024 through and including January 31, 2024 (the "<u>Fee Period</u>") and (ii) reimbursement of the actual and necessary expenses that the Receiver incurred, in the amount of $1,574.86 during the Fee Period.

## <u>Statement of Fees and Expenses</u>

In support of this Monthly Fee Statement, attached are the following exhibits:

•  **Exhibit A** is a schedule for the Fee Period, setting forth the total amounts of compensation sought with respect to each category of services for which the Receiver is seeking payment in this Monthly Fee Statement.

•  **Exhibit B** is a schedule for the Fee Period providing certain information regarding the professionals for whose work in this receivership compensation is sought in this Monthly Fee Statement. The Receiver and her staff at Douglas Wilson Companies have expended a total of 267.9 hours in connection with this proceeding during the Fee Period.

•  **Exhibit C** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which the Receiver is seeking reimbursement in this Monthly Fee Statement. All of these

[1] The Receiver voluntarily reduced her fees for the Fee Period by $891.00, attributable to preparation of fee applications, as an accommodation to the receivership estate. Additionally, for travel time, the Receiver charged one-half of the actual time spent in travel, amounting to a further reduction of $1,559.26.

1    disbursements comprise the requested sum for the Receiver's out of pocket

2    expenses.

3         •    **Exhibit D** consists of the Receiver's invoice of fees and expenses

4    incurred during the Fee Period in the rendition of the professional services to the

5    Receiver. This invoice may have been redacted to maintain privilege and

6    confidentiality, in accordance with paragraph 3(a) of the Interim Compensation

7    Procedures Order.

8         Although every effort has been made to include in this Monthly Fee Statement

9    all fees and expenses incurred in the Fee Period, some fees and expenses might not

10   be included in this Monthly Fee Statement due to delays caused by accounting and

11   processing during the Fee Period. The Receiver reserves the right to make further

12   application to this Court for allowance of such fees and expenses not included herein

13   in accordance with the Interim Compensation Procedures Order.

14        Notice of this Monthly Fee Statement will be provided in accordance with the

15   procedures set forth in the Interim Compensation Procedures Order.

16                          **Objection Period**

17        The Notice Parties specified in paragraph 3(a) of the Interim Compensation

18   Procedures Order shall have 10 days from the date hereof, i.e., until 4:00 p.m.

19   prevailing Pacific Time on **March 1, 2024** (the "Objection Period"), to review the

20   Monthly Fee Statement and serve a Notice of Objection (as defined in the Interim

21   Compensation Procedures Order) on the Receiver.

22        In accordance with paragraph 3(c) of the Interim Compensation Procedures

23   Order, after the Objection Period expires at 4:00 p.m. prevailing Pacific Time on

24   March 1, 2024, the Receiver shall pay, without further order of the Court, 80% of

25   the fees and 100% of the expenses the Receiver has requested in the Monthly Fee

26   Statement that are not the subject of a Notice of Objection. Based on that formula,

27   the Receiver shall receive $51,709.81 of the fees and $1,574.86 of the expenses

28   unless a timely Notice of Objection is served.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

Dated: February 20, 2024

Respectfully submitted,

**KATTEN MUCHIN ROSENMAN LLP**

By:    /s/*Terence G. Banich*
Terence G. Banich

*Attorneys for the Receiver*
Michele Vives

# PROOF OF SERVICE

**STATE OF ILLINOIS, COUNTY OF COOK**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, IL 60661.

On February 20, 2024, I served the following document(s) described as:

**TWENTY-FIFTH MONTHLY FEE STATEMENT OF RECEIVER MICHELE VIVES—JANUARY 2024**

on counsel of record in this action as follows:

**[ ]  BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing.  On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[ ]  BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused the document(s) to be  sent from e-mail address terence.banich@katten.com to the persons at the e-mail addresses listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ]  BY OVERNIGHT MAIL (FedEx):**  I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]  BY PERSONAL SERVICE:**  I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]  E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on February 20, 2024, at Chicago, Illinois.

*/s/Terence G. Banich*
Terence G. Banich

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

Case No. 2:21-cv-02927-CAS-PD
TWENTY-FIFTH MONTHLY FEE STATEMENT OF
RECEIVER MICHELE VIVES—JANUARY 2024

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

### Exhibit A
### Summary of Total Fees and Expenses by Subject Matter[2]

| Matter Description | Hours | Amount |
|---|---|---|
| Accounting / Auditing | 8.1 | $1,465.22 |
| Asset Analysis and Recovery | 0.0 | $0.00 |
| Business Analysis | 0.0 | $0.00 |
| Business Operations | 0.0 | $0.00 |
| Case Administration | 102.8 | $31,848.35 |
| Forensic Accounting | 155.9 | $30,902.94 |
| Status Reports | 1.1 | $420.75 |
| Expenses | 0.0 | $1,574.86 |
| **Totals** | **267.9** | **$66,212.12** |

---

[2] The Receiver voluntarily reduced her fees for the Fee Period by $891.00, attributable to preparation of fee applications, as an accommodation to the receivership estate. Additionally, for travel time, the Receiver charged one-half of the actual time spent in travel, amounting to a further reduction of $1,559.26.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

<u>**Exhibit B**</u>
**Summary of Total Fees and Hours by Professionals**

| Professional | Position with the Applicant | Years of Experience | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Michele Vives | Receiver | 19 | $445.50 | 42.8 | $17,508.14 |
| Douglas Wilson | Executive Management | 35 | $445.50 | 7.1 | $3,163.05 |
| Rene Weidman | Executive Management | 19 | $445.50 | 23.3 | $9,489.15 |
| Ryan Baker | Project Director | 14 | $346.50 | 4.3 | $1,489.95 |
| Michael Wilson | Project Associate Director | 3 | $173.25 | 1.5 | $259.88 |
| Lisset Rocha | Accounting | 6 | $173.25 | 57.6 | $9,979.28 |
| Kristine Cuevas | Administrative | 10 | $173.25 | 130.4 | $22,591.88 |
| Kristina Godinez | Project Associate | 12 | $173.25 | 0.9 | $155.93 |
| **Totals** | | | | **267.9** | **$64,637.26** |

## Exhibit C
## Summary of Actual and Necessary Expenses

| Expenses by Category | Amount |
|---|---|
| Background Checks | $28.05 |
| Bank Fees | $70.00 |
| Travel | $855.28 |
| Hotel | $547.59 |
| Meals | $73.94 |
| **Total** | **$1,574.86** |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

# Exhibit D
## Invoices

Case 2:21-cv-02927-CAS-PD    Document 344-4    Filed 02/20/24    Page 10 of 22    Page ID #:7116

**Services for month ending January 31, 2024**

# Douglas Wilson Companies

Invoice #: 92673
Invoice Date: 02/09/2024
Due Date: 02/19/2024

1620 Fifth Avenue, Suite 400
San Diego, CA 92101
Phone: 619 641-1141
Fax: 619-641-1150
douglaswilson.com

SEC v Horwitz
Attn: Michele Vives
1620 Fifth Avenue, Suite 400
San Diego, CA 92101
United States

## 10129 SEC v Horwitz

### Services

| Date | Timekeeper | Description | Hours | Discount | Total |
|------|-----------|-------------|-------|----------|-------|
| 01/02/2024 | KC | Forensic Accounting: Continue with investor list. | 6.00 | - | $1,039.50 |
| 01/02/2024 | DW | Case Administration: Project update and review of the pending mediations (.4). Update on the status of the financial institution (.4) | 0.80 | - | $356.40 |
| 01/03/2024 | LR | Case Administration: Review complaint with M.Vives | 0.40 | - | $69.30 |
| 01/03/2024 | KC | Forensic Accounting: Finalize master investor list to include all net losses and winnings. | 1.70 | - | $294.53 |
| 01/03/2024 | MV | Case Administration: Discussion with L Rocha regarding aggregator complaint for final numbers. | 0.40 | - | $178.20 |
| 01/03/2024 | LR | Case Administration: Gather information for complaint | 1.50 | - | $259.88 |
| 01/03/2024 | KG | Case Administration: Reviewed and corresponded with inquiries. Sent follow up emails. | 0.40 | - | $69.30 |
| 01/03/2024 | KC | Forensic Accounting: Review investor list for LLC's to be contacted (2). Reach out to investors requiring follow up (2.2). | 4.20 | - | $727.65 |
| 01/03/2024 | RW | Forensic Accounting: Continue reviewing sub-aggregator | 0.50 | - | $222.75 |

Invoice #: 92673 - 10129 SEC v Horwitz - 02/09/2024

| | | analysis. | | | |
|---|---|---|---|---|---|
| 01/03/2024 | MDW | Case Administration: Updated K.Godinez on status of Master investor list. | 0.20 | - | $34.65 |
| 01/04/2024 | MDW | Case Administration: Meeting with K.Cuevas to go over investor list. | 0.40 | - | $69.30 |
| 01/04/2024 | MDW | Forensic Accounting: Updated LLC notes and communication on investor list. | 0.60 | - | $103.95 |
| 01/04/2024 | MV | Case Administration: Review aggregator Complaint and notes from L Rocha | 0.50 | - | $222.75 |
| 01/04/2024 | MV | Case Administration: Review motion regarding settlement with professional services firm. | 1.00 | - | $445.50 |
| 01/04/2024 | KC | Case Administration: Follow up with LLC's regarding their final net winnings/ losses (6). Meeting with M.Wilson to go over investor list (.4) | 6.40 | - | $1,108.80 |
| 01/04/2024 | LR | Forensic Accounting: Review items with M.Vives for complaint | 0.50 | - | $86.63 |
| 01/04/2024 | MV | Case Administration: Finalize aggregator Complaint with L Rocha | 0.50 | - | $222.75 |
| 01/04/2024 | RW | Forensic Accounting: Continue reviewing sub-aggregator analysis. | 1.00 | - | $445.50 |
| 01/04/2024 | RW | Accounting/Auditing: Begin review of December invoice | 1.50 | - | $0.00 |
| 01/04/2024 | DW | Case Administration: Confirm the status of the remaining forensic work (.4). Discuss timeline for the resolution of the various settlements (.4) | 0.80 | - | $356.40 |
| 01/05/2024 | KC | Case Administration: Review LLC's and outstanding investors to contact regarding net winnings/ losses. | 7.00 | - | $1,212.75 |
| 01/05/2024 | LR | Case Administration: Meet with K.Cuevas regarding investor listing | 1.00 | - | $173.25 |
| 01/05/2024 | MV | Case Administration: Call with counsel regarding protective order with financial institution. | 0.50 | - | $222.75 |
| 01/05/2024 | KC | Case Administration: Internal meeting with L. Rocha to discuss follow up emails with investors. | 1.00 | - | $173.25 |
| 01/05/2024 | RW | Forensic Accounting: Continue review of sub-aggregator analysis. | 1.50 | - | $668.25 |

| 01/08/2024 | KC | Forensic Accounting: Provide edits to Master Investor List. | 5.30 | - | $918.23 |
| 01/08/2024 | LR | Case Administration: Project update with R. Weidman | 0.40 | - | $69.30 |
| 01/08/2024 | RW | Case Administration: Discuss status of sub-aggregator with L.Rocha | 0.40 | - | $178.20 |
| 01/08/2024 | LR | Forensic Accounting: Update forensic analysis | 0.80 | - | $138.60 |
| 01/08/2024 | MV | Case Administration: Review comments of the aggregator complaint and respond to counsel regarding same. | 0.30 | - | $133.65 |
| 01/08/2024 | MV | Case Administration: Discussion with counsel regarding mediation and complaint against aggregator. | 1.00 | - | $445.50 |
| 01/08/2024 | MV | Case Administration: Review aggregator schedules prepared by L Rocha (.2). Updates to same schedules (.6). | 0.80 | - | $356.40 |
| 01/08/2024 | MV | Case Administration: Email to J deAlteris regarding settlement payment. Email to A Loftus regarding same. | 0.40 | - | $178.20 |
| 01/08/2024 | MV | Case Administration: Email to counsel for aggregator regarding mediation update. | 0.20 | - | $89.10 |
| 01/08/2024 | RW | Accounting/Auditing: Finalize December's Invoice | 0.50 | - | $0.00 |
| 01/09/2024 | LR | Forensic Accounting: Update investor analysis | 2.60 | - | $450.45 |
| 01/09/2024 | MV | Case Administration: Review of aggregator schedules (.3) Discussion with team regarding tasks on the investor list (.2). | 0.50 | - | $222.75 |
| 01/09/2024 | MDW | Case Administration: Spoke to individual investor re: their LLC and claw back amount. | 0.30 | - | $51.98 |
| 01/09/2024 | KC | Forensic Accounting: Update Master List to include finalized investment losses/ wins. | 1.80 | - | $311.85 |
| 01/09/2024 | RW | Case Administration: Call with sub-aggregator | 1.20 | - | $534.60 |
| 01/09/2024 | KC | Case Administration: Call with counsel regarding upcoming meeting on production companies. | 0.30 | - | $51.98 |
| 01/09/2024 | KC | Forensic Accounting: Review of documents provided by investors. | 1.50 | - | $259.88 |
| 01/09/2024 | MV | Case Administration: Call with net winners counsel regarding settlement agreement. | 0.80 | - | $356.40 |
| 01/09/2024 | MV | Case Administration: Review mediation brief and | 0.80 | - | $356.40 |

| | | | | | |
|---|---|---|---|---|---|
| | | corresponding schedules (.5). Redline same and send back to counsel (.3). | | | |
| 01/09/2024 | MV | Case Administration: Email correspondence with settling party regarding delay in payment. | 0.20 | - | $89.10 |
| 01/09/2024 | DW | Case Administration: Review priority of issues for the next 60 days (.4). Respond to various emails as required (.3). | 0.70 | - | $311.85 |
| 01/10/2024 | LR | Forensic Accounting: Update investor listing and review transactions for claw backs | 2.40 | - | $415.80 |
| 01/10/2024 | KC | Forensic Accounting: Provide edits to Master Investor List. | 5.50 | - | $952.88 |
| 01/10/2024 | MV | Case Administration: Email correspondence with defendants counsel regarding mediation. | 0.20 | - | $89.10 |
| 01/10/2024 | MV | Case Administration: Final review of mediation briefs and joint settlement demand proposal. | 0.40 | - | $178.20 |
| 01/10/2024 | MV | Case Administration: Call with plaintiffs counsel regarding mediation. | 0.70 | - | $311.85 |
| 01/10/2024 | MV | Case Administration: Call with counsel regarding mediation schedules and redlines to mediation brief. | 0.60 | - | $267.30 |
| 01/11/2024 | LR | Forensic Accounting: Update investor analysis | 4.50 | - | $779.63 |
| 01/11/2024 | KC | Case Administration: Meeting with R.Reyes and M.Vives regarding next steps in film subpoenas. | 0.50 | - | $86.63 |
| 01/11/2024 | KC | Case Administration: Prep for internal meeting (.5). Discussion with M.Vives on overall investor list (.5) | 1.00 | - | $173.25 |
| 01/11/2024 | RW | Case Administration: Discussions on final sub-aggregators balances | 0.20 | - | $89.10 |
| 01/11/2024 | MV | Case Administration: Meeting with counsel regarding mediation | 0.50 | - | $222.75 |
| 01/11/2024 | MV | Case Administration: Call with R Reyes regarding various films and monetizing them. | 0.50 | - | $222.75 |
| 01/11/2024 | MV | Case Administration: Meeting regarding financial institution | 0.50 | - | $222.75 |
| 01/11/2024 | MV | Case Administration: Meeting with K Cuevas regarding overall investor list | 0.50 | - | $222.75 |
| 01/11/2024 | MV | Case Administration: Email correspondence with plaintiffs | 0.80 | - | $356.40 |

Invoice #: 92673 - 10129 SEC v Horwitz - 02/09/2024

| | | | | | |
|---|---|---|---|---|---|
| | | and defendants counsel regarding shift in mediation briefs, location of mediation and next steps. | | | |
| 01/12/2024 | MV | Case Administration: Review final mediation brief and joint settlement demand. | 0.40 | - | $178.20 |
| 01/12/2024 | KC | Case Administration: Provide edits to the master investor list (4). Review files provided by investor (3.5). | 7.50 | - | $1,299.38 |
| 01/12/2024 | DW | Case Administration: Confirm the status and timing of the planned mediations (.3). Status update on financial institution (.2). | 0.50 | - | $222.75 |
| 01/12/2024 | MV | Case Administration: Email correspondence with team regarding defendants mediation brief. | 0.30 | - | $133.65 |
| 01/12/2024 | LR | Accounting/Auditing: Update and reconcile bank accounts of 1inMM receivership accounts. | 0.60 | - | $103.95 |
| 01/15/2024 | MV | Case Administration: Book flight & hotel for mediation | 0.30 | - | $133.65 |
| 01/15/2024 | KC | Forensic Accounting: Provide edits to Master Investor List (6.5). Finalize edits to aggregator investor list (1.1). | 7.60 | - | $1,316.70 |
| 01/15/2024 | RB | Case Administration: Zoom call with counsel re: arbitration strategy. | 0.70 | - | $242.55 |
| 01/15/2024 | MV | Case Administration: Call with counsel regarding arbitration on Minamata film. | 0.80 | - | $356.40 |
| 01/15/2024 | LR | Accounting/Auditing: Reconcile Q4 Bank and ICS Accounts for all entities | 1.50 | - | $259.88 |
| 01/16/2024 | MV | Case Administration: Review emails from mediator and counsel (.1). Schedule meeting with same. (.1) Email correspondence with counsel mediation brief by defendants. (.2) | 0.40 | - | $178.20 |
| 01/16/2024 | RW | Forensic Accounting: Prepare letter for net losses for investor | 0.50 | - | $222.75 |
| 01/16/2024 | LR | Forensic Accounting: Review updates on investor communications and document production | 1.00 | - | $173.25 |
| 01/16/2024 | MV | Case Administration: Email to defendants counsel regarding third-party agreement and setting deliverables schedule. | 0.20 | - | $89.10 |
| 01/16/2024 | DW | Case Administration: Review & respond to various recent emails (.3). Project review of the primary areas of focus for | 1.00 | - | $445.50 |

Invoice #: 92673 - 10129 SEC v Horwitz - 02/09/2024

| | | | | | |
|---|---|---|---|---|---|
| | | the next 90days including the planned court hearings and mediations (.7). | | | |
| 01/17/2024 | LR | Forensic Accounting: Review and compile answers for counsel regarding financial institution (4.6). Discuss with M.Vives (.2) | 4.80 | - | $831.60 |
| 01/17/2024 | KC | Forensic Accounting: Follow up with investors regarding submittal of requested documents (2). Update Master Investor files to include notes (4.1). | 6.10 | - | $1,056.83 |
| 01/17/2024 | MV | Case Administration: Call with counsel and mediator regarding mediation brief. | 1.00 | - | $445.50 |
| 01/17/2024 | MV | Case Administration: Review request from counsel regarding financial institution (.2). Discuss same request with L Rocha (.2). | 0.40 | - | $178.20 |
| 01/17/2024 | RW | Case Administration: Review & respond to K.Cuevas' email on investor listing. | 0.10 | - | $44.55 |
| 01/18/2024 | LR | Forensic Accounting: Prepare draft schedules per counsel's request | 3.00 | - | $519.75 |
| 01/18/2024 | KC | Forensic Accounting: Follow up with LLC's requesting additional information (1.2). Send out follow up emails to LLC's who have not responded to requests (1.1). Review information received from LLC's and investors (4). | 6.30 | - | $1,091.48 |
| 01/18/2024 | LR | Case Administration: Discussion with Counsel, M.Vives and R.Baker regarding counsel's request | 0.50 | - | $86.63 |
| 01/18/2024 | RB | Case Administration: Call with counsel re: discussion of strategy. | 0.50 | - | $173.25 |
| 01/18/2024 | RW | Forensic Accounting: Finalize loss letters for investor. | 1.00 | - | $445.50 |
| 01/18/2024 | MV | Case Administration: Review potential complaint. (.7) Call with counsel, R Baker and L Rocha regarding same (.5) | 1.20 | - | $534.60 |
| 01/18/2024 | MV | Case Administration: Begin to develop additional materials in support of mediation brief. | 0.50 | - | $222.75 |
| 01/18/2024 | RW | Forensic Accounting: Continue reviewing sub-aggregator analysis. | 0.50 | - | $222.75 |
| 01/18/2024 | DW | Case Administration: Determine the status of the financial institution situation and the options going forward. | 0.60 | - | $267.30 |
| 01/19/2024 | KC | Forensic Accounting: Follow up with LLC's requesting | 7.00 | - | $1,212.75 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | additional information (2.5). Send out follow up emails to LLC's who have not responded to requests (1.5). Continue reviewing information received from LLC's and investors (3). |  |  |  |
| 01/19/2024 | RW | Forensic Accounting: Continue review of sub-aggregator analysis | 1.50 | - | $668.25 |
| 01/19/2024 | DW | Case Administration: Update on the timing and content of the next report to the court. | 0.40 | - | $178.20 |
| 01/19/2024 | LR | Forensic Accounting: Continue preparing draft schedules per counsel's request | 6.30 | - | $1,091.48 |
| 01/22/2024 | KC | Forensic Accounting: Follow up with LLC's requesting additional information (2.1). Send out follow up emails to LLC's who have not responded to requests (1.5). Continue review of information received from LLC's and investors (4.3). | 7.90 | - | $1,368.68 |
| 01/22/2024 | LR | Forensic Accounting: Update schedules per counsel's request | 4.60 | - | $796.95 |
| 01/22/2024 | LR | Forensic Accounting: Update schedules per counsel's request (.8) Draft questions for R.Weidman review (.5) | 1.30 | - | $225.23 |
| 01/22/2024 | MV | Case Administration: Continue drafting materials in support of mediation brief. | 2.00 | - | $891.00 |
| 01/22/2024 | DW | Case Administration: Review the draft of the complaint regarding financial institution as well as a number of recent emails. | 0.40 | - | $178.20 |
| 01/22/2024 | MV | Case Administration: Email correspondence with counsel regarding mediation logistics. | 0.20 | - | $89.10 |
| 01/22/2024 | RB | Case Administration: Review correspondence from counsel regarding arbitration timeline and offers. | 0.20 | - | $69.30 |
| 01/22/2024 | RB | Status Reports: Review prior quarterly report. Draft outline for Fourth Quarter 2023 Report. Review prior outlines. Draft email to M. Vives with proposal. | 0.70 | - | $242.55 |
| 01/22/2024 | MV | Case Administration: Review email from Counsel regarding Final Status Conference for mediation. Reply with suggested next steps. | 0.40 | - | $178.20 |
| 01/23/2024 | LR | Accounting/Auditing: Enter invoices into Quickbooks for payment, process payables and set up wires. | 0.50 | - | $86.63 |

| 01/23/2024 | MV | Case Administration: Review settlement agreement with JJM for plaintiffs disbursements (.3). Email to plaintiffs counsel regarding same (.1). | 0.40 | - | $178.20 |
|---|---|---|---|---|---|
| 01/23/2024 | KC | Case Administration: Provide edits to Master Investor List (5.3). Review investor listing with L.Rocha (.4) | 5.70 | - | $987.53 |
| 01/23/2024 | LR | Accounting/Auditing: Pull 1099's for all entities for review | 1.10 | - | $190.58 |
| 01/23/2024 | LR | Case Administration: Review investor listing with K. Cuevas | 0.40 | - | $69.30 |
| 01/23/2024 | MV | Case Administration: Call with mediator regarding defendants in person attendance at mediation. (.2) Call with plaintiffs and receiver's counsel regarding same. (.3) | 0.50 | - | $222.75 |
| 01/23/2024 | LR | Forensic Accounting: Review questions and analysis with R. Weidman regarding financial institution. | 1.10 | - | $190.58 |
| 01/23/2024 | MV | Case Administration: Review strategy approach from counsel regarding mediation on film rights (.3). Email response to the team (.1). | 0.40 | - | $178.20 |
| 01/23/2024 | LR | Forensic Accounting: Continue with draft schedules for counsel | 0.90 | - | $155.93 |
| 01/23/2024 | RW | Forensic Accounting: Review email and questions from L.Rocha re: financial institution | 1.50 | - | $668.25 |
| 01/23/2024 | RW | Case Administration: Meeting with L.Rocha regarding financial institution. | 1.10 | - | $490.05 |
| 01/23/2024 | RB | Case Administration: Track updates re: arbitration options and background. (.4) Communications with M. Vives re: status report outline and changes. (.2) | 0.60 | - | $207.90 |
| 01/23/2024 | MV | Status Reports: Review 4th Qtr Report Draft Outline. Reply to R Baker regarding same. | 0.40 | - | $178.20 |
| 01/23/2024 | MV | Case Administration: Review update to arbitration approach from counsel and consultant (.3). Reply with approvals to move forward (.1). | 0.40 | - | $178.20 |
| 01/24/2024 | LR | Forensic Accounting: Draft schedules for counsel | 1.70 | - | $294.53 |
| 01/24/2024 | KC | Case Administration: Provide edits to Master Investor List. | 7.30 | - | $1,264.73 |
| 01/24/2024 | LR | Case Administration: Review files for documents requested by counsel | 0.50 | - | $86.63 |

| 01/24/2024 | MV | Case Administration: Review and redline mediation brief response. | 0.80 | - | $356.40 |
|---|---|---|---|---|---|
| 01/24/2024 | DW | Case Administration: Status update as to key issues needing to be resolved during the upcoming Mediation (.4). Clarify the focus of the current forensic work (.2). | 0.60 | - | $267.30 |
| 01/25/2024 | KC | Forensic Accounting: Provide edits to Master Investor List. | 3.40 | - | $589.05 |
| 01/25/2024 | LR | Forensic Accounting: Continue preparing draft schedule for counsel (5.5). Email with findings to counsel (.3) | 5.80 | - | $1,004.85 |
| 01/26/2024 | KC | Forensic Accounting: Discussion with L.Rocha on sub aggregators (.2). Follow up with NG investors for request for documents (7). | 7.20 | - | $1,247.40 |
| 01/26/2024 | LR | Forensic Accounting: Assist K. Cuevas with investor spreadsheet | 0.20 | - | $34.65 |
| 01/26/2024 | MV | Case Administration: Call with Plaintiffs counsel and receiver's counsel regarding settlement distribution. | 0.40 | - | $178.20 |
| 01/27/2024 | RW | Accounting/Auditing: Download financials and prepare Q4 2023 SFAR | 1.50 | - | $668.25 |
| 01/28/2024 | RW | Forensic Accounting: Continue review of sub-aggregator analysis | 3.00 | - | $1,336.50 |
| 01/29/2024 | KC | Forensic Accounting: Review final investments and financial sheets for investors (4). Meet with R. Weidman to go over next steps of revising accounting for investors (.5). Create sub-spreadsheets (3). | 7.50 | - | $1,299.38 |
| 01/29/2024 | MV | Case Administration: Travel to San Francisco for Mediation [50%] | 2.50 | 50.0% | $556.87 |
| 01/29/2024 | LR | Forensic Accounting: Soft reconcile bank accounts and pull GL for M. Vives | 0.40 | - | $69.30 |
| 01/29/2024 | MV | Case Administration: Review email from R Reyes regarding call with SGF and ILBE's counsel and respond to same (.3) Review email from D Halberstadter regarding arbitration and respond to same (.2) | 0.50 | - | $222.75 |
| 01/29/2024 | RW | Case Administration: Review investor responses with K.Cuevas | 0.50 | - | $222.75 |
| 01/29/2024 | LR | Forensic Accounting: Prepare additional schedules and update schedule formatting for counsel. | 1.20 | - | $207.90 |

Invoice #: 92673 - 10129 SEC v Horwitz - 02/09/2024

| 01/29/2024 | KG | Case Administration: Responded to investor inquiries and researched investor's account. | 0.50 | - | $86.63 |
|---|---|---|---|---|---|
| 01/29/2024 | RW | Case Administration: Send letter and attachments to investor. | 0.40 | - | $178.20 |
| 01/29/2024 | MV | Case Administration: Travel from SFO to Walnut Creek (uber) for mediation [50%]. | 1.00 | 50.0% | $222.75 |
| 01/29/2024 | LR | Forensic Accounting: Meeting with counsel and internal team to review request | 1.40 | - | $242.55 |
| 01/29/2024 | RB | Forensic Accounting: Attend portion of Zoom call with counsel re: financial analysis review. | 1.10 | - | $381.15 |
| 01/29/2024 | MV | Case Administration: Discussion with Counsel regarding financial institution | 1.40 | - | $623.70 |
| 01/29/2024 | LR | Forensic Accounting: Prepare schedules per counsel's request | 1.30 | - | $225.23 |
| 01/29/2024 | RW | Case Administration: Call with K.Phelps, L.Rocha, M.Vives and R.Baker regarding financial institution. | 1.40 | - | $623.70 |
| 01/29/2024 | MV | Case Administration: Meeting with counsel in preparation for mediation | 1.50 | - | $668.25 |
| 01/29/2024 | DW | Case Administration: Status update as to Mediation this week (.3). Confirm the timing and content of the next report to the court (.4). | 0.70 | - | $311.85 |
| 01/30/2024 | LR | Forensic Accounting: Review LOC Balances | 0.80 | - | $138.60 |
| 01/30/2024 | KC | Case Administration: Internal meeting with R. Weidman to discuss next steps for sub-investors and providing edits. | 0.50 | - | $86.63 |
| 01/30/2024 | KC | Forensic Accounting: Review check stubs and create new spreadsheet for sub-sub-investor (2.1). Review documents provided by sub-investor to create new spreadsheet and determine net winners/losers (4.2). | 6.30 | - | $1,091.48 |
| 01/30/2024 | RW | Case Administration: Meeting with K.Cuevas to discuss investor schedule. | 0.50 | - | $222.75 |
| 01/30/2024 | LR | Forensic Accounting: Download check images requested by K. Cuevas | 0.50 | - | $86.63 |
| 01/30/2024 | KC | Case Administration: Call with Ray Reyes to discuss next steps with film entitlements. | 0.50 | - | $86.63 |

Invoice #: 92673 - 10129 SEC v Horwitz - 02/09/2024

| 01/30/2024 | MV | Case Administration: Mediation with Aggregator. | 8.00 | - | $3,564.00 |
| 01/30/2024 | RW | Forensic Accounting: Continue reviewing sub-aggregator analysis. | 1.00 | - | $445.50 |
| 01/30/2024 | RB | Case Administration: Communications with counsel re: arbitration. | 0.50 | - | $173.25 |
| 01/30/2024 | LR | Forensic Accounting: Continue preparing schedules per counsel's request | 1.20 | - | $207.90 |
| 01/31/2024 | LR | Accounting/Auditing: File and save 1099's for 1inMM Capital, Rogue Black, and Haus Capital | 0.90 | - | $155.93 |
| 01/31/2024 | MV | Case Administration: Travel from Mediation [50%] | 3.50 | 50.0% | $779.62 |
| 01/31/2024 | MV | Case Administration: Review SFAR (.1). Review and approve invoices based on settlement amounts received (.3). | 0.40 | - | $178.20 |
| 01/31/2024 | KC | Case Administration: Internal meeting with R. Weidman to discuss sub-aggregators. | 0.40 | - | $69.30 |
| 01/31/2024 | KC | Forensic Accounting: Finalize Master Investor Spreadsheet, revise final investment numbers for Ingen, send emails to investors of final accounting, review Next Generation files and organize them accordingly. | 7.00 | - | $1,212.75 |
| 01/31/2024 | RW | Forensic Accounting: Continue review of sub-aggregator analysis. | 1.60 | - | $712.80 |
| 01/31/2024 | DW | Case Administration: Review the results of the Mediation and the next steps forward. | 0.60 | - | $267.30 |
| 01/31/2024 | RW | Case Administration: Discussion with K.Cuevas on sub-aggregators. | 0.40 | - | $178.20 |

|  |  | **Line Item Discount Subtotal** | **-$1,559.26** |
|  |  | **Services Subtotal** | **$64,637.26** |

## Expenses

| Date | Timekeeper | Description | Rate | Total |
|------|-----------|-------------|------|-------|
| 01/10/2024 | RW | Background Checks: Truthfinder | $28.05 | $28.05 |
| 01/23/2024 | RW | Bank Fees: ACCOUNT ANALYSIS FEES FOR 12/23 | $70.00 | $70.00 |

Invoice #: 92673 - 10129 SEC v Horwitz - 02/09/2024

| 01/26/2024 | MV | Travel: Uber to Dinner | $12.37 | $12.37 |
|---|---|---|---|---|
| 01/29/2024 | MV | Travel: 2 day parking at airport | $77.00 | $77.00 |
| 01/29/2024 | MV | Meals: Meal with Counsel in preparation for Mediation | $73.94 | $73.94 |
| 01/29/2024 | MV | Travel: Uber from SFO to Hotel for Mediation | $114.67 | $114.67 |
| 01/31/2024 | MV | Travel: Flight to and from SFO for Mediation | $637.76 | $637.76 |
| 01/31/2024 | MV | Hotel: Hotel for Mediation | $547.59 | $547.59 |
| 01/31/2024 | MV | Travel: Uber from Dinner during Mediation | $13.48 | $13.48 |
| | | **Expenses Subtotal** | | **$1,574.86** |

| Time Keeper | Hours | Rate | Discount | Total |
|---|---|---|---|---|
| Ryan Baker | 4.3 | $346.50 | - | $1,489.95 |
| Kristine Cuevas | 130.4 | $173.25 | - | $22,591.88 |
| Kristina Godinez | 0.9 | $173.25 | - | $155.93 |
| Lisset Rocha | 57.6 | $173.25 | - | $9,979.28 |
| Michele Vives | 42.8 | $445.50 | -$1,559.26 | $17,508.14 |
| Rene Weidman | 21.3 | $445.50 | - | $9,489.15 |
| Rene Weidman | 2.0 | $0.00 | - | $0.00 |
| Douglas Wilson | 7.1 | $445.50 | - | $3,163.05 |
| Michael Wilson | 1.5 | $173.25 | - | $259.88 |
| | | | **Subtotal** | **$66,212.12** |
| | | | **Total** | **$66,212.12** |

# Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 92616 | 11/20/2023 | $104,627.52 | $84,965.58 | $19,661.94 |
| 92633 | 12/21/2023 | $82,025.05 | $65,625.65 | $16,399.40 |
| 92654 | 01/20/2024 | $59,832.34 | $47,885.48 | $11,946.86 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 92673 | 02/19/2024 | $66,212.12 | $0.00 | $66,212.12 |
| | | | **Outstanding Balance** | **$114,220.32** |
| | | | **Total Amount Outstanding** | **$114,220.32** |

Please make all amounts payable to: Douglas Wilson Companies

Please pay within 10 days.

Please contact accounting with any questions: dwcaccounting@douglaswilson.com