Terence G. Banich (SBN 212173)
terence.banich@katten.com
Allison E. Yager (*pro hac vice*)
allison.yager@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

*Attorneys for the Receiver*
Michele Vives

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:21-cv-02927-CAS-PD |
| Plaintiff, | **TWENTY-FIFTH MONTHLY FEE STATEMENT OF KATTEN MUCHIN ROSENMAN LLP— JANUARY 2024** |
| v. | |
| ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC, | Judge: Hon. Christina A. Snyder Courtroom: 8D |
| Defendants. | |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

Katten Muchin Rosenman LLP ("Katten"), as counsel for Michele Vives in her capacity as the receiver in the above-captioned action (the "Receiver"), pursuant to paragraphs 3(b) and 3(d) of the *Order Granting Motion of Receiver Michele Vives for Order Establishing Procedures for Allowance of Compensation and Reimbursement of Expenses*, dated February 22, 2022 [ECF #77] (the "Interim Compensation Procedures Order"), hereby files this monthly fee statement (this "Monthly Fee Statement") for (i) compensation in the amount of $152,465.84 (80% of $190,582.30)[1] for the reasonable and necessary legal services rendered by Katten on behalf of the Receiver from January 1, 2024 through and including January 31, 2024 (the "Fee Period") and (ii) reimbursement of the actual and necessary expenses that Katten incurred on behalf of the Receiver, in the amount of $2,940.53 during the Fee Period.

## Statement of Fees and Expenses

In support of this Monthly Fee Statement, attached are the following exhibits:

• **Exhibit A** is a schedule for the Fee Period, setting forth the total amounts of compensation sought with respect to each category of legal services for which Katten is seeking payment in this Monthly Fee Statement.

• **Exhibit B** is a schedule for the Fee Period providing certain information regarding the Katten attorneys and paraprofessionals for whose work in this receivership compensation is sought in this Monthly Fee Statement. Attorneys and paraprofessionals of Katten have expended a total of 286.0 hours in connection with this proceeding during the Fee Period.

---

[1] Katten voluntarily reduced its fees for the Fee Period by $10,293.80, attributable to fee application preparation and other administrative tasks, as an accommodation to the receivership estate. Katten also voluntarily discounted its fees by $7,500.00 as an additional courtesy to the receivership estate, for a total reduction of $17,793.80.

- **Exhibit C** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which Katten is seeking reimbursement in this Monthly Fee Statement. All of these disbursements comprise the requested sum for Katten's out of pocket expenses.

- **Exhibit D** consists of Katten's invoice of fees and expenses incurred during the Fee Period in the rendition of the professional services to the Receiver. This invoice may have been redacted to maintain privilege and confidentiality, in accordance with paragraph 3(a) of the Interim Compensation Procedures Order.

Although every effort has been made to include in this Monthly Fee Statement all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Katten reserves the right to make further application to this Court for allowance of such fees and expenses not included herein in accordance with the Interim Compensation Procedures Order.

Notice of this Monthly Fee Statement will be provided in accordance with the procedures set forth in the Interim Compensation Procedures Order.

### Objection Period

The Notice Parties specified in paragraph 3(a) of the Interim Compensation Procedures Order shall have 10 days from the date hereof, i.e., until 4:00 p.m. prevailing Pacific Time on **March 1, 2024** (the "Objection Period"), to review the Monthly Fee Statement and serve a Notice of Objection (as defined in the Interim Compensation Order) on Katten.

In accordance with paragraph 3(c) of the Interim Compensation Procedures Order, after the Objection Period expires at 4:00 p.m. prevailing Pacific Time on March 1, 2024, the Receiver shall pay, without further order of the Court, 80% of the fees and 100% of the expenses Katten has requested in the Monthly Fee Statement that are not the subject of a Notice of Objection. Based on that formula,

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

the Receiver shall pay Katten $152,465.84 of the fees and $2,940.53 of the expenses unless a timely Notice of Objection is served.

Dated: February 20, 2024          Respectfully submitted,

**KATTEN MUCHIN ROSENMAN LLP**

By:    /s/*Terence G. Banich*
       Terence G. Banich

*Attorneys for the Receiver*
Michele Vives

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

Case No. 2:21-cv-02927-CAS-PD
TWENTY-FIFTH MONTHLY FEE STATEMENT OF
KATTEN MUCHIN ROSENMAN LLP—JANUARY 2024

4

# PROOF OF SERVICE

**STATE OF ILLINOIS, COUNTY OF COOK**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, IL 60661.

On February 20, 2024, I served the following document(s) described as:

**TWENTY-FIFTH MONTHLY FEE STATEMENT OF KATTEN MUCHIN ROSENMAN LLP—JANUARY 2024**

on counsel of record in this action as follows:

**[ ]   BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing.  On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[ ]   BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused the document(s) to be sent from e-mail address terence.banich@katten.com to the persons at the e-mail addresses listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ]   BY OVERNIGHT MAIL (FedEx):**  I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]   BY PERSONAL SERVICE:**  I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]   E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on February 20, 2024, at Chicago, Illinois.

*/s/Terence G. Banich*
Terence G. Banich

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

### Exhibit A
#### Summary of Total Fees and Expenses by Subject Matter[2]

| Matter Description | Hours | Amount |
|---|---|---|
| Case Administration | 0.1 | $84.10 |
| Fee Application/Retention of Professionals | 6.5 | $756.00 |
| Claims Administration and Objections | 0.0 | $0.00 |
| Pre-Receivership Litigation/Stay | 1.8 | $1,333.20 |
| FBI and Criminal Case Matters | 0.0 | $0.00 |
| SEC Meetings/Discussions | 0.0 | $0.00 |
| Avoidance Actions | 2.8 | $972.00 |
| Asset Disposition | 0.0 | $0.00 |
| Investigation of Assets/Transactions | 150.1 | $107,659.10 |
| Business Operations/Operating Entities | 124.7 | $87,277.90 |
| Expenses | 0.0 | $2,940.53 |
| Discount | 0.0 | -$7,500.00 |
| **Totals** | **286.0** | **$193,522.83** |

---

[2] Katten voluntarily reduced its fees for the Fee Period by $10,293.80, attributable to fee application preparation and other administrative tasks, as an accommodation to the receivership estate. Katten also voluntarily discounted its fees by $7,500.00 as an additional courtesy to the receivership estate, for a total reduction of $17,793.80.

## Exhibit B
### Summary of Total Fees and Hours by Attorneys and Paraprofessionals

| Attorney | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Terence Banich | Partner (Chicago) | IL – 1999 CA – 2001 | Restructuring | $841 | 91.9 | $75,353.60 |
| Allison Yager | Associate (Chicago) | IL – 2014 | Restructuring | $714 | 0.5 | $357.00 |
| Kenneth Hebeisen | Associate (Chicago) | IL – 2021 | Restructuring | $540 | 69.1 | $35,262.00 |
| David Halberstadter | Partner (Los Angeles) | CA – 1982 | Litigation | $1,037 | 46.1 | $47,805.70 |
| Amelia Bruckner | Associate (Los Angeles) | CA – 2021 | Litigation | $493 | 76.0 | 37,468.00 |
| Michael Butts | Associate (Los Angeles) | CA – 2022 | Litigation | $765 | 2.4 | $1,836.00 |
| **Totals** | | | | | **286.0** | **$198,082.30** |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

## Exhibit C
## Summary of Actual and Necessary Expenses

| Expenses by Category | Amount |
|---|---|
| Legal Research | $2,940.53 |
| **Total** | **$2,940.53** |

# Exhibit D
# Invoices

# Katten

Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago IL  60661-3693

Tel: 312-902-5200
Fax: 312-902-1061

Federal Tax ID:36-2796532
www.katten.com

February 20, 2024

**Michele Vives, not individually, but
solely as receiver of 1inMM Capital, LLC
and Zachary J. Horwitz**

███████████████

| | |
|---|---|
| Client: | 0000396859 |
| Payer: | 0000396859 |
| Matter: | 396859.00001 |
| Invoice #: | 9020177524 |
| Invoice Due Date: | Payable Upon Receipt |

**Summary**

RE: Horwitz Receivership

For Professional Services Rendered Through January 31, 2024

| | | |
|---|---|---|
| Fees Total | 198,082.30 | |
| Applicable Discount | -7,500.00 | |
| Fees After Discount | 190,582.30 | |
| Disbursements | 2,940.53 | |
| **Total Amount Due** | **193,522.83** | **USD** |

*Katten Muchin Rosenman LLP*



Payment can be remitted directly to our account:

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997)

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales

| | |
|---|---|
| Matter: | 396859.00001 |
| Invoice #: | 9020177524 |
| Invoice Due Date: | Payable Upon Receipt |

February 20, 2024

---

RE: Horwitz Receivership

## TIME DETAILS

### 01-Case administration

| Date | Timekeeper | Description | Activity | Hours | Rate | Amount |
|------|-----------|-------------|----------|-------|------|--------|
| 01/23/2024 | Banich, Terence | Reviewed and exchanged correspondence with M. Vives and R. Baker re receiver report. | | 0.10 | 841.00 | 84.10 |

### 02-Fee applications/retention of professionals

| Date | Timekeeper | Description | Activity | Hours | Rate | Amount |
|------|-----------|-------------|----------|-------|------|--------|
| 01/08/2024 | Hebeisen, Kenneth | Review draft DWC December invoice (.90); review draft Katten December invoice (.90); emails with DWC and Katten regarding invoices (.30) | | 2.10 | | No Charge |
| 01/08/2024 | Banich, Terence | `Reviewed and edited December 2023 invoice and exchanged correspondence with M. Vives and K. Hebeisen re same. | | 0.60 | | No Charge |
| 01/09/2024 | Hebeisen, Kenneth | Review revised Katten December invoic (.10); finish drafting Katten monthly fee statement and email T. Banich regarding same (.50) | | 0.60 | | No Charge |
| 01/09/2024 | Banich, Terence | Worked on December 2023 invoice and exchanged correspondence with M. Vives and K. Hebeisen re same. | | 0.20 | | No Charge |
| 01/10/2024 | Banich, Terence | Worked on finalizing December 2023 invoice. | | 0.20 | | No Charge |
| 01/11/2024 | Banich, Terence | Finalized and filed December 2023 monthly fee statements for Receiver and Katten. | | 0.30 | | No Charge |
| 01/11/2024 | Hebeisen, Kenneth | Revise monthly fee statements to address T. Banich comments (.30); finalize monthly fee statements and related materials for filing (.60); emails with T. Banich regarding same (.20) | | 1.10 | | No Charge |
| 01/24/2024 | Hebeisen, Kenneth | Draft quarterly fee application materials for Oct-Dec 2023 (1.40) | | 1.40 | 540.00 | 756.00 |

### 04-Pre-receivership litigation/stay

| Date | Timekeeper | Description | Activity | Hours | Rate | Amount |
|------|-----------|-------------|----------|-------|------|--------|
| 01/02/2024 | Banich, Terence | Reviewed correspondence from J. deAlteris re JJM settlement payment issues. | | 0.10 | 841.00 | 84.10 |
| 01/08/2024 | Hebeisen, Kenneth | Review recent precedent bar order opinion (.30) | | 0.30 | 540.00 | 162.00 |
| 01/08/2024 | Banich, Terence | Reviewed and exchanged correspondence re J. deAlteris re settlement payment installment and related matters. | | 0.50 | 841.00 | 420.50 |
| 01/09/2024 | Banich, Terence | Reviewed and exchanged correspondence re JJM settlement payment updates/issues. | | 0.30 | 841.00 | 252.30 |
| 01/10/2024 | Banich, Terence | Reviewed correspondence re JJM settlement payment issues. | | 0.10 | 841.00 | 84.10 |
| 01/15/2024 | Hebeisen, Kenneth | Review recent precedent bar order (.30) | | 0.30 | 540.00 | 162.00 |

**Katten**

| | | | | | | |
|---|---|---|---|---|---|---|
| Matter: | 396859.00001 | | | | | |
| Invoice #: | 9020177524 | | | | | |
| Invoice Due Date: | Payable Upon Receipt | | | | February 20, 2024 | |

| Date | Timekeeper | Description | Activity | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/18/2024 | Banich, Terence | Reviewed correspondence re JJM settlement issues. | | 0.10 | 841.00 | 84.10 |
| 01/29/2024 | Banich, Terence | Reviewed correspondence re JJM settlement payment issues. | | 0.10 | 841.00 | 84.10 |

### 07-Avoidance actions

| Date | Timekeeper | Description | Activity | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/09/2024 | Banich, Terence | Reviewed and edited complaint against aggregator and considered procedures for filing same under seal. | | 1.00 | | No Charge |
| 01/31/2024 | Hebeisen, Kenneth | Conduct supplemental research regarding defenses to fraudulent transfer claims (1.80) | | 1.80 | 540.00 | 972.00 |

### 09-Investigation of assets/transactions

| Date | Timekeeper | Description | Activity | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/01/2024 | Banich, Terence | Reviewed and exchanged correspondence with K. Hebeisen re motion to approve settlement with confidential counterparty. | | 0.10 | 841.00 | 84.10 |
| 01/02/2024 | Banich, Terence | Reviewed K. Hebeisen's edits to motion to approve settlement with confidential counterparty and correspondence with M. Vives re same. | | 0.80 | 841.00 | 672.80 |
| 01/02/2024 | Hebeisen, Kenneth | Review T. Banich edits to motion to approve settlement with confidential counterparty (.20); revise motion in connection with same (.70); emails with T. Banich and M. Vives regarding same (.30) | | 1.20 | 540.00 | 648.00 |
| 01/02/2024 | Hebeisen, Kenneth | Draft portions of mediation statement regarding aggregator (3.20); review background materials in connection with same (1.20) | | 4.40 | 540.00 | 2,376.00 |
| 01/03/2024 | Banich, Terence | Reviewed correspondence re discussions with aggregator. | | 0.20 | 841.00 | 168.20 |
| 01/03/2024 | Hebeisen, Kenneth | Continue drafting mediation statement regarding aggregator (3.10); conduct supplemental research in connection with same (2.30) | | 5.40 | 540.00 | 2,916.00 |
| 01/04/2024 | Hebeisen, Kenneth | Continue drafting mediation statement regarding aggregator (1.40); conduct additional research in connection with same (2.10); review and revise mediation statement (1.20); email T. Banich regarding same (.20) | | 4.90 | 540.00 | 2,646.00 |
| 01/04/2024 | Banich, Terence | Reviewed and exchanged correspondence with M. Vives and K. Hebeisen re motion to approve settlement with confidential counterparty (0.20); reviewed and exchanged correspondence with M. Vives and K. Cuevas re discussions re transfers to various entities (0.20); reviewed and exchanged correspondence re complaint vs. aggregator and mediation statement re | | 0.70 | 841.00 | 588.70 |

**Katten**

| | | | | | | |
|---|---|---|---|---|---|---|
| Matter: | 396859.00001 | | | | | |
| Invoice #: | 9020177524 | | | | | |
| Invoice Due Date: | Payable Upon Receipt | | | | | February 20, 2024 |

| Date | Timekeeper | Description | Activity | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | upcoming mediation with aggregator (0.30). | | | | |
| 01/04/2024 | Hebeisen, Kenneth | Call with T. Banich regarding draft motion to enforce settlement with confidential counterparty (.20); emails with T. Banich and M. Vives regarding same (.40) | | 0.60 | 540.00 | 324.00 |
| 01/05/2024 | Hebeisen, Kenneth | Review M. Vives comments to draft complaint against aggregator (.30) | | 0.30 | 540.00 | 162.00 |
| 01/05/2024 | Banich, Terence | Drafted correspondence to counsel for confidential counterparty re draft motion for review. | | 0.60 | 841.00 | 504.60 |
| 01/08/2024 | Banich, Terence | Drafted correspondence to F. White re settlement discussions with financial institution (0.10); reviewed M. Vives' edits/comments to complaint vs. aggregator, considered legal issues and drafted correspondence to M. Vives re same (2.40); telephone conference with M. Vives re same and related matters (1.00); reviewed and edited mediation statement for upcoming mediation with aggregator and exchanged correspondence with M. Vives and A. Loftus re same (2.70). | | 6.20 | 841.00 | 5,214.20 |
| 01/09/2024 | Banich, Terence | Conference call with M. Vives and D. Lake re aggregator issues (0.80); reviewed and exchanged correspondence re upcoming mediation with aggregator (0.20); exchanged correspondence with F. White re settlement discussions with financial institution (0.10); reviewed and edited mediation statement for upcoming mediation with aggregator and drafted/ exchanged correspondence with M. Vives and R. Weidman re same (3.30); reviewed and exchanged correspondence with M. Vives and A. Loftus re matters of common interest (0.10). | | 4.50 | 841.00 | 3,784.50 |
| 01/09/2024 | Hebeisen, Kenneth | Review T. Banich revisions to mediation statement regarding aggregator (.70) | | 0.70 | 540.00 | 378.00 |
| 01/09/2024 | Banich, Terence | Reviewed and exchanged correspondence with M. Vives and R. Reyes re potential subpoenas to issue. | | 0.20 | 841.00 | 168.20 |
| 01/10/2024 | Hebeisen, Kenneth | Review M. Vives and T. Banich comments to mediation statement regarding aggregator (.30) | | 0.30 | 540.00 | 162.00 |
| 01/10/2024 | Banich, Terence | Drafted and edited mediation statements and joint settlement proposal for upcoming mediation with aggregator and reviewed exhibits in support of same (1.70); conference call with M. Vives and A. Loftus re mediation preparation and other matters of common interest and further call with M. Vives re same (1.30); reviewed and exchanged correspondence with M. Vives, P. Baldwin, C. Mader and | | 3.40 | 841.00 | 2,859.40 |

**Katten**

| | | | | | | |
|---|---|---|---|---|---|---|
| Matter: | 396859.00001 | | | | | |
| Invoice #: | 9020177524 | | | | | |
| Invoice Due Date: | Payable Upon Receipt | | | | | February 20, 2024 |

| Date | Timekeeper | Description | Activity | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | A. Loftus re same (0.20); reviewed and exchanged correspondence with M. Vives and F. White re claim against financial institution (0.10); drafted correspondence to M. Vives re expiration of certain tolling agreements (0.10). | | | | |
| 01/11/2024 | Hebeisen, Kenneth | Research various issues relating to potential liability of party in interest (3.60); draft research summaries regarding same (1.70); various emails with T. Banich regarding same (.50); call with T. Banich regarding same (.30) | | 6.10 | 540.00 | 3,294.00 |
| 01/11/2024 | Banich, Terence | Conference call with M. Vives, K. Cuevas, R. Reyes and A. Yager re potential asset investigation. | | 0.50 | 841.00 | 420.50 |
| 01/11/2024 | Banich, Terence | Reviewed and exchanged correspondence with M. Vives re potential extension of certain tolling agreements (0.10); reviewed and exchanged correspondence with M. Vives and F. White re settlement discussions with financial institution and attempts to reach F. White to discuss same (0.30); telephone conference with M. Vives preparation for mediation with aggregator and related matters (0.60); reviewed and exchanged correspondence with M. Vives and various counsel re mediation updates/issues (0.30); reviewed and exchanged correspondence with K. Hebeisen re legal research issues pertinent to aggregator mediation and reviewed legal research results re same (2.70); drafted/edited mediation statement to include additional/different arguments (2.40); drafted correspondence to M. Vives re same (0.20). | | 6.60 | 841.00 | 5,550.60 |
| 01/11/2024 | Yager, Allison | Attend call with T. Banich, client team and Ray Reyes re: subpoena and investigation matters (.5) | | 0.50 | 714.00 | 357.00 |
| 01/12/2024 | Banich, Terence | Telephone conference with F. White re settlement discussions with financial institution and drafted/exchanged correspondence with M. Vives re same (0.50); reviewed and exchanged correspondence with counsel for confidential counterparty and A. Loftus re settlement with confidential counterparty (0.20); drafted, edited and finalized mediation statement and exhibits and joint settlement proposal, and reviewed/ exchanged correspondence re same (5.20); telephone conference with M. Vives re mediation preparation and related matters (0.40); reviewed and exchanged correspondence with M. Vives and A. Loftus re matters of common interest (0.10). | | 6.40 | 841.00 | 5,382.40 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Matter: | 396859.00001 | | | | | |
| Invoice #: | 9020177524 | | | | | February 20, 2024 |
| Invoice Due Date: | Payable Upon Receipt | | | | | |

| Date | Timekeeper | Description | Activity | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/12/2024 | Hebeisen, Kenneth | Review and edit revised mediation statement relating to aggregator (3.40); compile exhibits in connection with same (.50); research additional issues in connection with mediation statement (.50); review T. Banich edits to mediation statement (.40); emails with T. Banich regarding mediation statement (.50) | | 5.30 | 540.00 | 2,862.00 |
| 01/15/2024 | Banich, Terence | Reviewed correspondence from A. Loftus re matters of common interest. | | 0.10 | 841.00 | 84.10 |
| 01/16/2024 | Banich, Terence | Reviewed mediation brief submitted by aggregator in connection with upcoming mediation, drafted notes/comments to same, drafted and exchanged correspondence with M. Vives and A. Loftus re same, reviewed and exchanged correspondence with S. Schenkier re same (3.40); telephone conference with A. Loftus re same (0.40); reviewed correspondence with M. Vives and G. Gordillo re transactions with aggregator (0.10). | | 3.90 | 841.00 | 3,279.90 |
| 01/17/2024 | Banich, Terence | Conference call with M. Vives, Judge Schenkier and A. Loftus re mediation with aggregator and related matters (1.00); consider responses to arguments in mediation statement (0.40); telephone conference with K. Hebeisen re project in connection with same and drafted correspondence to K. Hebeisen re same (0.60); drafted correspondence to M. Vives re tolling agreement updates (0.10). | | 2.10 | 841.00 | 1,766.10 |
| 01/17/2024 | Hebeisen, Kenneth | Call with T. Banich regarding reply mediation statement against aggregator (.50); review aggregator's mediation statement and other background materials in connection with same (1.20); start drafting reply mediation statement (2.20) | | 3.90 | 540.00 | 2,106.00 |
| 01/18/2024 | Banich, Terence | Conferred with K. Hebeisen re mediation tasks and reviewed and exchanged correspondence with M. Vives re same. | | 0.50 | 841.00 | 420.50 |
| 01/18/2024 | Hebeisen, Kenneth | Continue drafting reply mediation brief regarding aggregator (2.40); conduct supplemental research in connection with same (1.50) | | 3.90 | 540.00 | 2,106.00 |
| 01/19/2024 | Hebeisen, Kenneth | Continue drafting reply mediation statement regarding aggregator (2.80); continue legal research in connection with same (1.90); review background documents in connection with same (.60); review A. Loftus draft mediation statement in connection with same (.30) | | 5.60 | 540.00 | 3,024.00 |
| 01/19/2024 | Banich, Terence | Reviewed and exchanged correspondence re upcoming mediation with aggregator and related matters. | | 0.40 | 841.00 | 336.40 |
| 01/22/2024 | Banich, Terence | Reviewed opposing counsel's edits to motion to approve settlement with | | 6.90 | 841.00 | 5,802.90 |

**Katten**

| | | |
|---|---|---|
| Matter: | 396859.00001 | |
| Invoice #: | 9020177524 | |
| Invoice Due Date: | Payable Upon Receipt | February 20, 2024 |

| Date | Timekeeper | Description | Activity | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | confidential counterparty and edited same (3.30); reviewed and exchanged correspondence with M. Vives re expiration of certain tolling agreements and strategies re same (0.20); reviewed and edited reply mediation statement in connection with mediation with aggregator, reviewed and exchanged correspondence with M. Vives and K. Hebeisen re same and legal research re same (3.10); reviewed and exchanged correspondence with M. Vives, S. Schenkier, A. Loftus and C. Mader re mediation issues (0.30). | | | | |
| 01/22/2024 | Hebeisen, Kenneth | Revise reply mediation brief regarding aggregator (2.30); review prior research in connection with same (.40); emails with T. Banich regarding brief (.20); analyze share drive documents in connection with aggregator and email M. Vives regarding same (.50) | | 3.40 | 540.00 | 1,836.00 |
| 01/23/2024 | Banich, Terence | Reviewed and edited motion to approve settlement with confidential counterparty (4.40); drafted and exchanged correspondence with M. Vives, counsel for confidential counterparty and A. Loftus re same (0.10); telephone conference with M. Vives re upcoming mediation and related matters (0.20); reviewed and edited revised version of reply mediation statement and drafted correspondence to M. Vives re same (1.80). | | 6.50 | 841.00 | 5,466.50 |
| 01/23/2024 | Hebeisen, Kenneth | Revise reply mediation statement to incorporate additional information from M. Vives (2.90); emails with T. Banich regarding same (.20) | | 3.10 | 540.00 | 1,674.00 |
| 01/24/2024 | Banich, Terence | Reviewed M. Vives edits/comments to reply mediation statement, reviewed and exchanged correspondence with K. Hebeisen re same and reviewed further version of same from K. Hebeisen (1.20); reviewed correspondence re documents from aggregator (0.10); drafted and edited application to file settlement documents under seal and legal research re same (3.40). | | 4.70 | 841.00 | 3,952.70 |
| 01/24/2024 | Hebeisen, Kenneth | Review M. Vives comments to draft reply mediation statement (.10); revise reply to incorporate same (.40); emails with T. Banich regarding same (.10) | | 0.60 | 540.00 | 324.00 |
| 01/25/2024 | Banich, Terence | Reviewed, edited and finalized reply mediation statement for upcoming aggregator mediation and exchanged correspondence with Judge Schenkier re same (1.20); drafted sixth amended tolling agreement with individual and exchanged | | 6.90 | 841.00 | 5,802.90 |

**Katten**

| | | |
|---|---|---|
| Matter: | 396859.00001 | |
| Invoice #: | 9020177524 | |
| Invoice Due Date: | Payable Upon Receipt | February 20, 2024 |

| Date | Timekeeper | Description | Activity | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | correspondence with M. Vives and individual re same (0.30); drafted and edited application for leave to file settlement motion/documents under seal and declaration in support of same (3.10); legal research re same (2.20); reviewed correspondence with M. Vives and G. Gordillo re settlement negotiations (0.10). | | | | |
| 01/26/2024 | Banich, Terence | Drafted and edited application for leave to file settlement motion/documents under seal and declaration in support of same (3.20); legal research re same (0.80); drafted correspondence to K. Hebeisen re same (0.20); telephone conference with M. Vives re same and aggregator mediation (0.10). | | 4.30 | 841.00 | 3,616.30 |
| 01/29/2024 | Banich, Terence | Travel from Chicago to Walnut Creek, California for aggregator mediation (6.50 spent, 3.5 half-chaged); met with M. Vives to prepare for same and to discuss various other matters (3.50). | | 7.00 | 841.00 | 5,887.00 |
| 01/29/2024 | Hebeisen, Kenneth | Review and edit sealing application for motion to enforce settlement agreement with confidential counterparty (2.10); review and edit T. Banich declaration in support of same (1.80); review settlement agreement with confidential counterparty (.40); research supplemental issues regarding confidentiality in connection with sealing application (.90) | | 5.20 | 540.00 | 2,808.00 |
| 01/30/2024 | Banich, Terence | Prepared for mediation (1.50); attended mediation (8.50). | | 10.00 | 841.00 | 8,410.00 |
| 01/30/2024 | Hebeisen, Kenneth | Conduct supplemental research in connection with application to seal motion to approve settlement with confidential counterparty (2.40); continue revising application and supporting declaration (1.20); email T. Banich regarding same (.20); redact portions of settlement agreement and motion to approve same (1.60); call with T. Banich and M. Vives regarding research in connection with aggregator mediation (.20) | | 5.60 | 540.00 | 3,024.00 |
| 01/31/2024 | Banich, Terence | Traveled from Walnut Creek, California to Chicago (9.00 spent, 4.5 half-charged); reviewed and exchanged correspondence with M. Vives, A. Loftus and K. Hebeisen re next steps with aggregator following mediation (0.10). | | 4.60 | 841.00 | 3,868.60 |
| 01/31/2024 | Hebeisen, Kenneth | Continue redacting motion for approval of settlement with confidential counterparty and related materials (.90); email T. Banich regarding same (.10) | | 1.00 | 540.00 | 540.00 |

**10-Business Operations/Operating Entities**

**Katten**

Matter:     396859.00001
Invoice #:   9020177524
Invoice Due Date:   Payable Upon Receipt

February 20, 2024

| Date | Timekeeper | Description | Activity | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/04/2024 | Bruckner, Amelia | Complete review of Orion documents. | | 3.20 | 493.00 | 1,577.60 |
| 01/05/2024 | Halberstadter, David | Emails from and to JAMS case administrator re scheduling of final status conference; review Scheduling Order No. 2 | | 0.50 | 1,037.00 | 518.50 |
| 01/08/2024 | Banich, Terence | Drafted correspondence to R. Rayes and A. Yager re potential subpoenas. | | 0.20 | 841.00 | 168.20 |
| 01/10/2024 | Bruckner, Amelia | Revise chart with new issues and evidence from Orion production. | | 0.80 | 493.00 | 394.40 |
| 01/10/2024 | Bruckner, Amelia | Begin drafting chronology of documents across 6000+ pages produced by ILBE, Orion, and RB. | | 1.30 | 493.00 | 640.90 |
| 01/11/2024 | Halberstadter, David | Telephone call from J. Fowler (counsel for ILBE) re potential settlement offers; email to clients re same | | 0.50 | 1,037.00 | 518.50 |
| 01/11/2024 | Bruckner, Amelia | Continue drafting chronology of documents. | | 2.10 | 493.00 | 1,035.30 |
| 01/12/2024 | Bruckner, Amelia | Continue drafting chronology [.9]; review correspondence re Fowler settlement proposals [.3] | | 1.20 | 493.00 | 591.60 |
| 01/12/2024 | Halberstadter, David | Review email from J. Fowler and attached revenue projection from Samuel Goldwyn; emails to and from M. Vives re same | | 0.30 | 1,037.00 | 311.10 |
| 01/15/2024 | Halberstadter, David | Begin assembling hearing exhibits for JAMS-required pre-hearing exchange; prepare for and participate in client call re ILBE's settlement proposal; emails to and from J. Fowler re scheduling settlement call | | 2.70 | 1,037.00 | 2,799.90 |
| 01/15/2024 | Bruckner, Amelia | Meeting with client re settlement proposal. | | 0.50 | 493.00 | 246.50 |
| 01/16/2024 | Bruckner, Amelia | Draft exhibit list, including descriptions of each exhibit, for witness prep. | | 2.60 | 493.00 | 1,281.80 |
| 01/16/2024 | Bruckner, Amelia | Draft chronology of relevant documents from 7500 page production. | | 5.80 | 493.00 | 2,859.40 |
| 01/16/2024 | Halberstadter, David | Begin drafting direct examination outlines for Claimant's witnesses; attend settlement call with J. Fowler, R. Reyes; review Notice of Final Status Conference | | 2.00 | 1,037.00 | 2,074.00 |
| 01/17/2024 | Bruckner, Amelia | Draft outline of prehearing brief. | | 0.70 | 493.00 | 345.10 |
| 01/17/2024 | Bruckner, Amelia | Draft list of exhibits for exchange with opposing counsel, including description of each exhibit and bates number range [3.1]; cull exhibits from Orion and ILBE production [2.7] | | 5.80 | 493.00 | 2,859.40 |
| 01/17/2024 | Bruckner, Amelia | Draft email to witness re exhibit prep [.5]; compile exhibits for prep and send [.7] | | 1.20 | 493.00 | 591.60 |
| 01/17/2024 | Halberstadter, David | Review A. Bruckner's updated Outline of Issues and Evidence, including chronology of documents evidencing drafting and negotiation of Amendment No. 1 | | 1.60 | 1,037.00 | 1,659.20 |
| 01/18/2024 | Bruckner, | Draft summary of novation research for | | 7.90 | 493.00 | 3,894.70 |

**Katten**

| | | |
|---|---|---|
| Matter: | 396859.00001 | |
| Invoice #: | 9020177524 | |
| Invoice Due Date: | Payable Upon Receipt | February 20, 2024 |

| Date | Timekeeper | Description | Activity | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | Amelia | prehearing brief [1.9]; review contract assignment case research [.5]; draft brief summary of assignment research for prehearing brief [.3]; revise exhibit list per comments [1.7]; amend pdfs of exhibits to reflect changes in bates ranges in exhibit list as well as changes in exhibits themselves [2.4]; continue draft of outline for prehearing brief [1.1] | | | | |
| 01/18/2024 | Halberstadter, David | Strategize with A. Bruckner re preparation of witness list, exhibit list and exhibits to exchange with Respondents; begin drafting potential cross-examination for Orion witnesses | | 2.30 | 1,037.00 | 2,385.10 |
| 01/19/2024 | Bruckner, Amelia | Draft prehearing brief. | | 1.80 | 493.00 | 887.40 |
| 01/19/2024 | Halberstadter, David | Prepare for Final Status Conference and plenary hearing; telephone call from J. Fowler re settlement issues; emails to and from clients re same | | 2.60 | 1,037.00 | 2,696.20 |
| 01/22/2024 | Halberstadter, David | Prepare for and participate in final status conference with Arbitrator Friedman; report to clients re same; review all selected exhibits and determine revisions to same; emails to and from A. Bruckner re correcting various hearing exhibits and adding relevant attachments to same; draft Claimant's witness list; emails to and from M. Katz, J. Fowler re exhibit numbering and other pre-hearing matters | | 4.60 | 1,037.00 | 4,770.20 |
| 01/22/2024 | Bruckner, Amelia | Revise exhibits per DH comments [2.8]; draft short titles for exhibits [.7]; revise exhibit list for service on opposing counsel [1.4] | | 4.90 | 493.00 | 2,415.70 |
| 01/23/2024 | Butts, Michael | Review and analyze case law re: contract issues. | | 2.40 | 765.00 | 1,836.00 |
| 01/23/2024 | Halberstadter, David | Review email from M. Vives re initiating settlement discussion with M. Vives; review R. Reyes's analysis of accounting statements provided by J. Fowler; strategize with A. Bruckner re contents of prehearing brief; draft direct examination outlines; preliminary review of Orion's exhibit and witness lists; email to M. Vives re same; review email from J. Fowler re ILBE exhibits and witnesses (none); email to M. Vives re same | | 3.90 | 1,037.00 | 4,044.30 |
| 01/23/2024 | Bruckner, Amelia | Review all exhibits contained on Orion's exhibit list. | | 3.10 | 493.00 | 1,528.30 |
| 01/23/2024 | Bruckner, Amelia | Draft prehearing brief [5.1]; draft research assignment re prehearing brief [.3]; serve exhibit list [.2]; call with opposing counsel re joint exhibit list [.5] | | 6.10 | 493.00 | 3,007.30 |
| 01/24/2024 | Halberstadter, David | Miscellaneous preparation for hearing, including review of draft prehearing brief, review of exhibits selected by Orion, miscellaneous emails to and from Orion's | | 2.20 | 1,037.00 | 2,281.40 |

**Katten**

| | | | | | | |
|---|---|---|---|---|---|---|
Matter: | 396859.00001
Invoice #: | 9020177524
Invoice Due Date: | Payable Upon Receipt | | | | February 20, 2024

| Date | Timekeeper | Description | Activity | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | counsel re same; miscellaneous activity in connection with potential settlement, including emails to and from R. Reyes re outreach to ILBE's counsel, review of emails between R. Reyes and J. Fowler | | | | |
| 01/24/2024 | Bruckner, Amelia | Revise prehearing brief [3.7]; revise exhibits to conform with/de-duplicate opposing party's exhibits [3.9]; revise exhibit list [.8]; call with opposing counsel re joint exhibit list [.3] | | 8.70 | 493.00 | 4,289.10 |
| 01/25/2024 | Halberstadter, David | Continue review and revision of prehearing brief; strategize with A. Bruckner re creating joint exhibit list; review emails from R. Reyes re settlement discussions | | 1.30 | 1,037.00 | 1,348.10 |
| 01/25/2024 | Bruckner, Amelia | Complete conforming joint exhibit list [.6]; draft email to opposing counsel with updated list, concerns re exhibits [.3]; schedule court reporter for arbitration [.3] | | 1.20 | 493.00 | 591.60 |
| 01/26/2024 | Halberstadter, David | Review and finalize Prehearing Brief; work with A. Bruckner to finalize exhibits and joint exhibit list; address issues of objections to exhibits; emails from and to R. Reyes re settlement negotiations including S. Goldwyn, amount of damages Claimant is seeking; revise draft outline for examination of J. Gardner; miscellaneous additional preparation for hearing | | 4.20 | 1,037.00 | 4,355.40 |
| 01/28/2024 | Halberstadter, David | Detailed review of Orion's potential exhibits for use in witness examinations. | | 3.40 | 1,037.00 | 3,525.80 |
| 01/29/2024 | Bruckner, Amelia | Final proof of prehearing brief. | | 1.30 | 493.00 | 640.90 |
| 01/29/2024 | Bruckner, Amelia | Further revisions of prehearing brief [2.1]; call to discuss witness issue [.5]; revise joint witness list [.4]; revise joint exhibit list [.5] | | 3.50 | 493.00 | 1,725.50 |
| 01/29/2024 | Halberstadter, David | Review email from witness regarding arbitration; email to J. Gardner re same; email to clients re same; review email from R. Reyes recapping settlement call with B. Feingold (SGF) and J. Fowler; miscellaneous pre-hearing preparation relating to exhibits, exhibit list, witness list, direct and cross-examination outlines | | 2.80 | 1,037.00 | 2,903.60 |
| 01/30/2024 | Bruckner, Amelia | Revise pre-hearing brief [2.7]; revise exhibits [1.3]; revise exhibit list, witness list [.6]; various calls, emails with opposing counsel re exhibits, prehearing brief [1.4] | | 6.00 | 493.00 | 2,958.00 |
| 01/30/2024 | Bruckner, Amelia | Prep drive with exhibits [.3]; draft letter to arbitrator for exhibit drive delivery [.4]; oversee drive delivery [.4] | | 1.10 | 493.00 | 542.30 |
| 01/30/2024 | Halberstadter, David | Ongoing preparation for arbitration hearing, including finalizing pre-hearing brief; revising witness exam outlines; | | 5.40 | 1,037.00 | 5,599.80 |

**Katten**

Matter:              396859.00001

Invoice #:         9020177524

Invoice Due Date:   Payable Upon Receipt                                February 20, 2024

| Date | Timekeeper | Description | Activity | Hours | Rate | Amount |
|------|-----------|-------------|----------|-------|------|--------|
| | | telephone call with J. Gardner re testifying at hearing | | | | |
| 01/31/2024 | Bruckner, Amelia | Review Orion exhibits for Reyes emails [1.3]; review new exhibits [1.6]; draft new exhibits [.9]; draft new letter, USB with new exhibits [1.1]; draft email to opposing counsel re new exhibits [.3] | | 5.20 | 493.00 | 2,563.60 |
| 01/31/2024 | Halberstadter, David | Review and analyze Orion's prehearing brief; strategize with A. Bruckner re follow-up research required; finalize draft direct examination outlines for witnesses and send, with relevant exhibits, to each for review; attend internal settlement discussion with clients and R. Reyes | | 5.80 | 1,037.00 | 6,014.60 |

**Total Hours :  286.00**                              **Total Fees**      **198,082.30**    **USD**

**Katten**

| | | | |
|---|---|---|---|
| Matter: | 396859.00001 | | |
| Invoice #: | 9020177524 | | February 20, 2024 |
| Invoice Due Date: | Payable Upon Receipt | | |

---

**TIME SUMMARY**

**01-Case administration**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Banich, Terence | Partner | 0.10 | 841.00 | 84.10 |
| | **Sub Total :** | **0.10** | **Sub Total :** | **84.10** |

**02-Fee applications/retention of professionals**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Hebeisen, Kenneth | Associate | 5.20 | | 756.00 |
| Banich, Terence | Partner | 1.30 | | 0.00 |
| | **Sub Total :** | **6.50** | **Sub Total :** | **756.00** |

**04-Pre-receivership litigation/stay**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Hebeisen, Kenneth | Associate | 0.60 | 540.00 | 324.00 |
| Banich, Terence | Partner | 1.20 | 841.00 | 1,009.20 |
| | **Sub Total :** | **1.80** | **Sub Total :** | **1,333.20** |

**07-Avoidance actions**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Hebeisen, Kenneth | Associate | 1.80 | 540.00 | 972.00 |
| Banich, Terence | Partner | 1.00 | | 0.00 |
| | **Sub Total :** | **2.80** | **Sub Total :** | **972.00** |

**09-Investigation of assets/transactions**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Yager, Allison | Associate | 0.50 | 714.00 | 357.00 |
| Hebeisen, Kenneth | Associate | 61.50 | 540.00 | 33,210.00 |
| Banich, Terence | Partner | 88.10 | 841.00 | 74,092.10 |
| | **Sub Total :** | **150.10** | **Sub Total :** | **107,659.10** |

**10-Business Operations/Operating Entities**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Halberstadter, David | Partner | 46.10 | 1,037.00 | 47,805.70 |
| Bruckner, Amelia | Associate | 76.00 | 493.00 | 37,468.00 |
| Butts, Michael | Associate | 2.40 | 765.00 | 1,836.00 |
| Banich, Terence | Partner | 0.20 | 841.00 | 168.20 |
| | **Sub Total :** | **124.70** | **Sub Total :** | **87,277.90** |
| | **Total Hours :** | **286.00** | **Total Fees** | **198,082.30  USD** |

| Matter: | 396859.00001 | |
| Invoice #: | 9020177524 | |
| Invoice Due Date: | Payable Upon Receipt | February 20, 2024 |

---

**DISBURSEMENTS**

| Description | Cost Description | Amount |
| --- | --- | --- |
| Data/Library Research Services | Westlaw Legal Research: BUTTS,MICHAEL on 1/23/2024. Westlaw Legal Research: HEBEISEN,KENNETH on 1/29/2024. Westlaw Legal Research: HEBEISEN,KENNETH on 1/30/2024. Westlaw Legal Research: HEBEISEN,KENNETH on 1/31/2024. Westlaw Legal Research: HEBEISEN,KENNETH on 1/22/2024. Westlaw Legal Research: HEBEISEN,KENNETH on 1/1/2024. Westlaw Legal Research: HEBEISEN,KENNETH on 1/8/2024. Westlaw Legal Research: HEBEISEN,KENNETH on 1/11/2024. Westlaw Legal Research: HEBEISEN,KENNETH on 1/15/2024. Westlaw Legal Research: HEBEISEN,KENNETH on 1/19/2024. | 2,940.53 |

|  | **Total  Disbursements:** | **2,940.53**    **USD** |

**Katten**