**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter[2]**

| Matter Description | Hours | Amount |
|---|---:|---:|
| Accounting / Auditing | 3.9 | $794.98 |
| Asset Analysis and Recovery | 0.0 | $0.00 |
| Business Analysis | 0.0 | $0.00 |
| Business Operations | 0.0 | $0.00 |
| Case Administration | 28.4 | $11,774.90 |
| Forensic Accounting | 26.7 | $10,089.65 |
| Status Reports | 10.4 | $4,056.55 |
| Expenses | 0.0 | $2,354.20 |
| **Totals** | **69.4** | **$29,070.28** |

---

[2] The Receiver voluntarily reduced her fees for the Fee Period by $882.09, attributable to preparation of fee applications, as an accommodation to the receivership estate.