**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter**[3]

| Matter Description | Hours | Amount |
|---|---|---|
| Case Administration | 9.7 | $9,472.90 |
| Fee Application/Retention of Professionals | 7.9 | $2,482.20 |
| Claims Administration and Objections | 0.0 | $0.00 |
| Pre-Receivership Litigation/Stay | 0.0 | $0.00 |
| FBI and Criminal Case Matters | 0.0 | $0.00 |
| SEC Meetings/Discussions | 0.0 | $0.00 |
| Avoidance Actions | 0.0 | $0.00 |
| Asset Disposition | 0.0 | $0.00 |
| Investigation of Assets/Transactions | 48.0 | $47,918.60 |
| Business Operations/Operating Entities | 17.7 | $18,260.10 |
| Expenses | 0.0 | $636.29 |
| **Totals** | **83.3** | **$78,770.09** |

---

[3] Katten voluntarily reduced its fees for the Fee Period by $4,098.60, attributable to fee application preparation and other administrative tasks, as an accommodation to the receivership estate.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200