**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter[2]**

| Matter Description | Hours | Amount |
|---|---:|---:|
| Accounting / Auditing | 17.2 | $3,776.23 |
| Asset Analysis and Recovery | 0.0 | $0.00 |
| Business Analysis | 0.0 | $0.00 |
| Business Operations | 3.2 | $1,208.81 |
| Case Administration | 78.8 | $27,086.46 |
| Forensic Accounting | 41.7 | $12,708.78 |
| Status Reports | 0.0 | $0.00 |
| Expenses | 0.0 | $137.74 |
| **Totals** | **140.9** | **$44,918.02** |

---

[2] The Receiver voluntarily reduced her fees for the Fee Period by $450.05, attributable to preparation of fee applications, as an accommodation to the receivership estate.