**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter[2]**

| Matter Description | Hours | Amount |
|---|---:|---:|
| Case Administration | 2.1 | $2,162.00 |
| Fee Application/Retention of Professionals | 4.8 | $829.60 |
| Claims Administration and Objections | 0.0 | $0.00 |
| Pre-Receivership Litigation/Stay | 0.0 | $0.00 |
| FBI and Criminal Case Matters | 0.0 | $0.00 |
| SEC Meetings/Discussions | 0.1 | $103.70 |
| Avoidance Actions | 0.0 | $0.00 |
| Asset Disposition | 0.0 | $0.00 |
| Investigation of Assets/Transactions | 117.5 | $107,138.90 |
| Business Operations/Operating Entities | 10.5 | $9,608.20 |
| Expenses | 0.0 | $3,286.50 |
| **Totals** | **135.0** | **$123,128.90** |

---

[2] Katten voluntarily reduced its fees for the Fee Period by $3,474.10, attributable to fee application preparation and other administrative tasks, as an accommodation to the receivership estate.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200