**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter[2]**

| Matter Description | Hours | Amount |
|---|---:|---:|
| Accounting / Auditing | 17.8 | $3,106.49 |
| Asset Analysis and Recovery | 0.0 | $0.00 |
| Business Analysis | 0.0 | $0.00 |
| Business Operations | 7.3 | $2,768.83 |
| Case Administration | 35.5 | $13,773.29 |
| Forensic Accounting | 50.2 | $17,622.89 |
| Status Reports | 0.0 | $0.00 |
| Expenses | 0.0 | $98.05 |
| **Totals** | **110.8** | **$37,369.55** |

---

[2] The Receiver voluntarily reduced her fees for the Fee Period by $735.08, attributable to preparation of fee applications, as an accommodation to the receivership estate.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200