**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter[2]**

| Matter Description | Hours | Amount |
|---|---:|---:|
| Case Administration | 0.0 | $0.00 |
| Fee Application/Retention of Professionals | 4.8 | $0.00 |
| Claims Administration and Objections | 0.0 | $0.00 |
| Pre-Receivership Litigation/Stay | 0.0 | $0.00 |
| FBI and Criminal Case Matters | 0.0 | $0.00 |
| SEC Meetings/Discussions | 0.0 | $0.00 |
| Avoidance Actions | 0.0 | $0.00 |
| Asset Disposition | 0.0 | $0.00 |
| Investigation of Assets/Transactions | 89.3 | $83,696.60 |
| Business Operations/Operating Entities | 16.7 | $14,763.80 |
| Expenses | 0.0 | $1,212.74 |
| **Totals** | **110.8** | **$99,673.44** |

---

[2] Katten voluntarily reduced its fees for the Fee Period by $4,127.90, attributable to fee application preparation and other administrative tasks, as an accommodation to the receivership estate.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200