# STANDARDIZED FUND ACCOUNTING REPORT (CASH BASIS) for
# ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC
## RECEIVERSHIP;  CIVIL COURT DOCKET NO. 2:21-CV-02927-CAS
### REPORTING PERIOD from April 1, 2024 through June 30, 2024

| FUND ACCOUNTING (See Instructions): | | DETAIL | SUBTOTAL | GRAND TOTAL |
|---|---|---|---|---|
| Line 1 | Beginning Balance of the Fund as of April 1, 2024 | | | $4,774,516 |
| | *Increases in Fund Balances:* | | | |
| Line 2 | Business Income (Receipts) | | | 0 |
| Line 3 | Cash and Securities | | | 0 |
| Line 4 | Interest / Dividend Income | | | 52,932 |
| Line 5 | Business Asset Liquidation | | | |
| Line 6 | Personal Asset Liquidation | | | |
| Line 7 | Third-Party Litigation | | | 1,232,991 |
| Line 8 | Miscellaneous - Other | | | 142 |
| | Total Funds Available (Lines 1-8) | | | 6,060,581 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | | | 0 |
| Line 10 | Disbursements for Receivership Operations | | | |
| | Line 10a  Disbursements to Receiver or Other Professionals | | 136,506 | 0 |
| | Line 10b  Business Asset Expenses | | 1,984 | |
| | Line 10c  Personal Asset Liquidation | | | |
| | Line 10d  Investment Expenses | | 485 | |
| | Line 10e  Third-Party Litigation Expenses | | | |
| | 1. Attorney Fees | 340,838 | | |
| | 2. Litigation Expenses | 0 | | |
| | Total Third-Party Litigation Expenses | | 340,838 | |
| | Line 10f  Tax Administrator Fees and Bonds | | 0 | |
| | Line 10g  Federal and State Tax Payments | | 5,747 | |
| | Total Disbursements for Receivership Operations | | | 485,559 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | |
| | Line 11a  *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator | 0 | | |
| | Independent Distribution Consultant (IDC) | 0 | | |
| | Distribution Agent | 0 | | |
| | Consultants | 0 | | |
| | Legal Advisors | 0 | | |
| | Tax Advisors | 0 | | |
| | 2. Administrative Expenses | 0 | | |
| | 3. Miscellaneous | 0 | | |
| | Total Plan Development Expenses | | 0 | |
| | Line 11b  *Distribution Plan Implementation Expenses:* | | | |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | 1. Fees: |  |  |  |
|  |  |  |  | Fund Administrator | 0 |  |  |
|  |  |  |  | Independent Distribution Consultant (IDC) | 0 |  |  |
|  |  |  |  | Distribution Agent | 0 |  |  |
|  |  |  |  | Consultants | 0 |  |  |
|  |  |  |  | Legal Advisors | 0 |  |  |
|  |  |  |  | Tax Advisors | 0 |  |  |
|  |  |  | 2. Administrative Expenses | 0 |  |  |
|  |  |  | 3. Investor Identification: |  |  |  |
|  |  |  |  | Notice/Publishing Approved Plan | 0 |  |  |
|  |  |  |  | Claimant Identification | 0 |  |  |
|  |  |  |  | Claims Processing | 0 |  |  |
|  |  |  |  | Web Site Maintenance / Call Center | 0 |  |  |
|  |  |  | 4. Fund Administrator Bond | 0 |  |  |
|  |  |  | 5. Miscellaneous | 0 |  |  |
|  |  |  | 6. Fair Account for Investor Restitution | 0 |  |  |
|  |  |  | (FAIR) Reporting Expenses | 0 |  |  |
|  |  |  | *Total Plan Implementation Expenses* |  | 0 |  |
|  |  |  | **Total Disbursements for Distribtion Expenses Paid by the Fund** |  |  | 0 |
| **Line 12** |  | **Disbursements to Court / Other:** |  |  |  |  |
|  | Line 12a |  | *Investment Expenses / Court Registry Investment System (DRIS) Fees* | 0 |  |  |
|  | Line 12b |  | *Federal Tax Payments* | 0 |  |  |
|  |  | **Total Disbursements to Court / Other** |  |  |  | 0 |
|  |  | **Total Funds Disbursed (Lines 9-12)** |  |  |  | 485,559 |
| **Line 13** |  | **Ending Balance of the Fund as of June 30, 2024** |  |  |  | $5,575,022 |
| **Line 14** |  | **Ending Balance of Fund - Net Assets:** |  |  |  |  |
|  | Line 14a |  | *Cash & Cash Equivalents* |  |  | $5,575,022 |
|  | Line 14b |  | *Investments* |  |  | 0 |
|  | Line 14c |  | *Other Assets or Uncleared Funds* |  |  | 0 |
|  |  | **Total Ending Balance of Fund - Net Assets** |  |  | $5,575,022 |

| OTHER SUPPLEMENTAL INFORMATION: |  |  |  |  | DETAIL | SUBTOTAL | GRAND TOTAL |
|---|---|---|---|---|---|---|---|
|  |  | *Report of Items NOT to be Paid by the Fund:* |  |  |  |  |  |
| **Line 15** |  | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** |  |  |  |  |  |
|  | Line 15a |  | *Plan Development Expenses Not Paid by the Fund* |  |  |  |  |
|  |  | 1. Fees: |  |  |  |  |  |
|  |  |  |  | Fund Administrator |  | $0 |  |
|  |  |  |  | Independent Distribution Consultant (IDC) |  | 0 |  |
|  |  |  |  | Distribution Agent |  | 0 |  |
|  |  |  |  | Consultants |  | 0 |  |
|  |  |  |  | Legal Advisors |  | 0 |  |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Tax Advisors | 0 |  |
|  |  | 2. Administrative Expenses | 0 |  |
|  |  | 3. Miscellaneous | 0 |  |
|  |  | *Total Plan Development Expenses Not Paid by the Fund* |  | $0 |
|  | Line 15b | *Plan Implementation Expenses Not Paid by the Fund* |  |  |
|  |  | 1. Fees: |  |  |
|  |  | Fund Administrator | 0 |  |
|  |  | Independent Distribution Consultant (IDC) | 0 |  |
|  |  | Distribution Agent | 0 |  |
|  |  | Consultants | 0 |  |
|  |  | Legal Advisors | 0 |  |
|  |  | Tax Advisors | 0 |  |
|  |  | 2. Administrative Expenses | 0 |  |
|  |  | 3. Investor Identification: |  |  |
|  |  | Notice/Publishing Approved Plan | 0 |  |
|  |  | Claimant Identification | 0 |  |
|  |  | Claims Processing | 0 |  |
|  |  | Web Site Maintenance / Call Center | 0 |  |
|  |  | 4. Fund Administrator Bond | 0 |  |
|  |  | 5. Miscellaneous | 0 |  |
|  |  | 6. FAIR Reporting Expenses | 0 |  |
|  |  | *Total Plan Implementation Expenses Not Paid by the Fund* |  | 0 |
|  | Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* |  | 0 |
|  |  | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** |  | $0 |
| **Line 16** |  | **Disbursements to Court / Other Not Paid by the Fund:** |  |  |
|  | Line 16a | *Investment Expenses / CRIS Fees* | $0 |  |
|  | Line 16b | *Federal Tax Payments* | 0 |  |
|  |  | **Total Disbursements to Court / Other Not Paid by the Fund:** |  | $0 |
| **Line 17** |  | **DC & State Tax Payments** |  | $0 |
| **Line 18** |  | **Number of Claims:** |  |  |
|  | Line 18a | Number of Claims Received This Reporting Period …………………………………… |  | 0 |
|  | Line 18b | Number of Claims Received Since Inception of Fund …………………………………… |  | 0 |
| **Line 19** |  | **Number of Claimants / Investors:** |  |  |
|  | Line 18a | *Number of Claimants / Investors Paid This Reporting Period* …………………………… |  | 0 |
|  | Line 18b | *Number of Claimants / Investors Paid Since Inception of Fund* …………………………… |  | 0 |

Receiver:

By: _____

(signature)

_____

(printed name)

Date: _____