Terence G. Banich (SBN 212173)
terence.banich@katten.com
Allison E. Yager (*pro hac vice*)
allison.yager@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

*Attorneys for the Receiver*
Michele Vives

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC,<br><br>　　　　Defendants. | Case No. 2:21-cv-02927-CAS-PD<br><br>**TWENTY-EIGHTH MONTHLY FEE STATEMENT OF RECEIVER MICHELE VIVES—APRIL 2024**<br><br>Judge:　Hon. Christina A. Snyder<br>Courtroom: 8D |

Michele Vives, in her capacity as the receiver in the above-captioned action (the "Receiver"), pursuant to paragraphs 3(b) and 3(d) of the *Order Granting Motion of Receiver Michele Vives for Order Establishing Procedures for Allowance of Compensation and Reimbursement of Expenses*, dated February 22, 2022 [ECF #77] (the "Interim Compensation Procedures Order"), hereby files this monthly fee statement (this "Monthly Fee Statement") for (i) compensation in the amount of $21,372.86 (80% of $26,716.08)[1] for the reasonable and necessary services rendered by the Receiver from April 1, 2024 through and including April 30, 2024 (the "Fee Period") and (ii) reimbursement of the actual and necessary expenses that the Receiver incurred, in the amount of $2,354.20 during the Fee Period.

**Statement of Fees and Expenses**

In support of this Monthly Fee Statement, attached are the following exhibits:

• **Exhibit A** is a schedule for the Fee Period, setting forth the total amounts of compensation sought with respect to each category of services for which the Receiver is seeking payment in this Monthly Fee Statement.

• **Exhibit B** is a schedule for the Fee Period providing certain information regarding the professionals for whose work in this receivership compensation is sought in this Monthly Fee Statement. The Receiver and her staff at Douglas Wilson Companies have expended a total of 69.4 hours in connection with this proceeding during the Fee Period.

• **Exhibit C** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which the Receiver is seeking reimbursement in this Monthly Fee Statement. All of these

---

[1] The Receiver voluntarily reduced her fees for the Fee Period by $882.09, attributable to preparation of fee applications, as an accommodation to the receivership estate.

disbursements comprise the requested sum for the Receiver's out of pocket expenses.

- **Exhibit D** consists of the Receiver's invoice of fees and expenses incurred during the Fee Period in the rendition of the professional services to the Receiver. This invoice may have been redacted to maintain privilege and confidentiality, in accordance with paragraph 3(a) of the Interim Compensation Procedures Order.

Although every effort has been made to include in this Monthly Fee Statement all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. The Receiver reserves the right to make further application to this Court for allowance of such fees and expenses not included herein in accordance with the Interim Compensation Procedures Order.

Notice of this Monthly Fee Statement will be provided in accordance with the procedures set forth in the Interim Compensation Procedures Order.

### Objection Period

The Notice Parties specified in paragraph 3(a) of the Interim Compensation Procedures Order shall have 10 days from the date hereof, i.e., until 4:00 p.m. prevailing Pacific Time on **May 23, 2024** (the "Objection Period"), to review the Monthly Fee Statement and serve a Notice of Objection (as defined in the Interim Compensation Procedures Order) on the Receiver.

In accordance with paragraph 3(c) of the Interim Compensation Procedures Order, after the Objection Period expires at 4:00 p.m. prevailing Pacific Time on May 23, 2024, the Receiver shall pay, without further order of the Court, 80% of the fees and 100% of the expenses the Receiver has requested in the Monthly Fee Statement that are not the subject of a Notice of Objection. Based on that formula, the Receiver shall receive $21,372.86 of the fees and $2,354.20 of the expenses unless a timely Notice of Objection is served.

Dated: May 13, 2024

Respectfully submitted,

**KATTEN MUCHIN ROSENMAN LLP**

By: /s/*Terence G. Banich*
    Terence G. Banich

*Attorneys for the Receiver* Michele Vives

# **PROOF OF SERVICE**

**STATE OF ILLINOIS, COUNTY OF COOK**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, IL 60661.

On May 13, 2024, I served the following document(s) described as:

**TWENTY-EIGHTH MONTHLY FEE STATEMENT OF RECEIVER MICHELE VIVES—APRIL 2024**

on counsel of record in this action as follows:

**[ ] BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[ ] BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address terence.banich@katten.com to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ] BY OVERNIGHT MAIL (FedEx):** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ] BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X] E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on May 13, 2024, at Chicago, Illinois.

*/s/Terence G. Banich*
Terence G. Banich

**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter[2]**

| Matter Description | Hours | Amount |
|---|---:|---:|
| Accounting / Auditing | 3.9 | $794.98 |
| Asset Analysis and Recovery | 0.0 | $0.00 |
| Business Analysis | 0.0 | $0.00 |
| Business Operations | 0.0 | $0.00 |
| Case Administration | 28.4 | $11,774.90 |
| Forensic Accounting | 26.7 | $10,089.65 |
| Status Reports | 10.4 | $4,056.55 |
| Expenses | 0.0 | $2,354.20 |
| **Totals** | **69.4** | **$29,070.28** |

---

[2] The Receiver voluntarily reduced her fees for the Fee Period by $882.09, attributable to preparation of fee applications, as an accommodation to the receivership estate.

**Exhibit B**
**Summary of Total Fees and Hours by Professionals**

| Professional | Position with the Applicant | Years of Experience | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Michele Vives | Receiver | 19 | $490.05 | 19.8 | $9,703.04 |
| Douglas Wilson | Executive Management | 35 | $490.05 | 3.5 | $1,715.19 |
| Rene Weidman | Executive Management | 19 | $490.05 | 21.7 | $9,752.00 |
| Ryan Baker | Project Director | 14 | $381.15 | 4.7 | $1,791.41 |
| Lisset Rocha | Accounting | 6 | $190.58 | 4.4 | $838.56 |
| Kristine Cuevas | Administrative | 10 | $190.58 | 14.2 | $2,706.24 |
| Kristina Godinez | Project Associate | 12 | $190.58 | 0.8 | $152.47 |
| Michael Wilson | Project Associate Director | 3 | $190.58 | 0.3 | $57.17 |
| **Totals** | | | | **69.4** | **$26,716.08** |

# Exhibit C
# Summary of Actual and Necessary Expenses

| Expenses by Category | Amount |
|---|---:|
| Legal Notice | $2,256.15 |
| Background Checks | $28.05 |
| Bank Fees | $70.00 |
| **Total** | **$2,354.20** |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

**Exhibit D**
**Invoices**

**Douglas Wilson Companies**

Services for month ending April 30, 2024
Invoice #: 92734
Invoice Date: 05/10/2024
Due Date: 05/20/2024

1620 Fifth Avenue, Suite 400
San Diego, CA 92101
Phone: 619 641-1141
Fax: 619-641-1150
douglaswilson.com

SEC v Horwitz
Attn: Michele Vives
1620 Fifth Avenue, Suite 400
San Diego, CA 92101
United States

## 10129 SEC v Horwitz

### Services

| Date | Timekeeper | Description | Hours | Total |
|---|---|---|---|---|
| 04/01/2024 | MV | Case Administration: Email exchange with counsel regarding Law360 article. | 0.20 | $98.01 |
| 04/02/2024 | KG | Case Administration: Brief w/M. Vives on publication notice (.3), circulated email and redacted motion to investors, reviewed email addresses prior to sending (.2), updated contact information for various investors (.2) | 0.70 | $133.41 |
| 04/02/2024 | MV | Case Administration: Review filing for settlement (1). Work with staff to publish notice (.3). | 1.30 | $637.07 |
| 04/02/2024 | MV | Case Administration: Emails regarding aggregator settlement and tolling agreement. | 0.80 | $392.04 |
| 04/02/2024 | MV | Case Administration: Discussion with Counsel regarding aggregator | 0.50 | $245.03 |
| 04/02/2024 | DW | Case Administration: Review project updates from past week (.4). Update on pending issues (.3). Follow up internal discussions (.1) | 0.80 | $392.04 |
| 04/03/2024 | MV | Case Administration: Review and respond to emails regarding Orion Settlement. | 0.40 | $196.02 |
| 04/03/2024 | MV | Case Administration: Review Law360 article. | 0.20 | $98.01 |

Case 2:21-cv-02927-CAS-PD Document 343-6 Filed 05/13/24 Page 3 of 11 Page ID #:8254
Case 2:21-cv-02927-CAS-PD Document 335 Filed 05/15/24 Page 11 of 16 Page ID #:8419
Invoice #: 92734 - 10129 SEC v Horwitz - 05/10/2024

| 04/03/2024 | MV | Case Administration: Review Tolling Agreement with Aggregator. | 0.20 | $98.01 |
|---|---|---|---|---|
| 04/03/2024 | RW | Accounting/Auditing: Prepare March draft invoice | 1.00 | $0.00 |
| 04/03/2024 | LR | Accounting/Auditing: Review incoming correspondence reg. Rogue Black payables | 0.10 | $19.06 |
| 04/03/2024 | MDW | Case Administration: Read Law360 article. | 0.30 | $57.17 |
| 04/04/2024 | MV | Case Administration: Call with counsel regarding investor questions. | 0.50 | $245.03 |
| 04/04/2024 | MV | Case Administration: Work through payment issues with Orion. | 1.00 | $490.05 |
| 04/04/2024 | LR | Accounting/Auditing: Enter invoices, read news article, read email correspondence reg. incoming payment | 0.30 | $57.17 |
| 04/04/2024 | RW | Accounting/Auditing: Prepare March invoice. | 0.30 | $0.00 |
| 04/05/2024 | LR | Accounting/Auditing: Complete Vendor Information Request. Update Wiring Instructions and W9 for Rogue Black for arbitration award | 0.70 | $133.41 |
| 04/08/2024 | RB | Case Administration: Review prior filed report, cross reference and update outline summary (.7). Email to M. Vives (.1). | 0.80 | $304.92 |
| 04/08/2024 | KC | Forensic Accounting: Review document received from R. Reyes. Send updates of status. | 0.50 | $95.29 |
| 04/08/2024 | MV | Case Administration: Review Petition to Confirm Award | 0.20 | $98.01 |
| 04/09/2024 | DW | Case Administration: Discuss timing and content of the next report to the court. | 0.60 | $294.03 |
| 04/11/2024 | LR | Forensic Accounting: Review most recent investor analysis | 0.60 | $114.35 |
| 04/11/2024 | RW | Forensic Accounting: Continue analyzing sub-aggregator spreadsheets to confirm values. | 4.50 | $2,205.23 |
| 04/11/2024 | MV | Case Administration: Correspondence with Mediator regarding call with defendants. | 0.20 | $98.01 |
| 04/11/2024 | MV | Case Administration: Call with outside counsel regarding press contact | 0.20 | $98.01 |
| 04/12/2024 | KC | Forensic Accounting: Provide updates to Investor Master List to include all new investors and their investor numbers | 1.50 | $285.87 |
| 04/12/2024 | RW | Forensic Accounting: Continue review of sub-aggregator analysis. | 3.20 | $1,568.16 |
| 04/12/2024 | MV | Case Administration: Call with counsel regarding confidential settlement disclosure. | 0.30 | $147.02 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/12/2024 | MV | Case Administration: Respond to 20 investor emails regarding motion of settlement agreement. | 2.00 | $980.10 |
| 04/12/2024 | MV | Case Administration: Review release with Orion and ILBE (.3). Execute same (.1). | 0.40 | $196.02 |
| 04/15/2024 | LR | Forensic Accounting: Prepare investment summary for investor request | 1.10 | $209.64 |
| 04/16/2024 | MV | Case Administration: Respond to questions from investors regarding settlement motion (.4). Schedule conference call with investors (.1). | 0.50 | $245.03 |
| 04/16/2024 | MV | Case Administration: Circulate meeting availability with mediator and counsel. | 0.20 | $98.01 |
| 04/16/2024 | MV | Case Administration: Meeting with Team regarding various updates on settlements. | 0.50 | $245.03 |
| 04/16/2024 | LR | Forensic Accounting: Review of master investor listing | 0.20 | $38.12 |
| 04/16/2024 | DW | Case Administration: Discussion with M.Vives on various settlement updates (.5). Read and Respond to recent emails (.2) | 0.70 | $343.04 |
| 04/17/2024 | KC | Forensic Accounting: Continue with updates to Investor Master List to include all new investors and their investor numbers. | 5.70 | $1,086.31 |
| 04/17/2024 | KC | Case Administration: Discuss with R. Weidman final numbers for investors. | 0.40 | $76.23 |
| 04/17/2024 | LR | Case Administration: Meet with K. Cuevas to review master investor listing | 0.40 | $76.23 |
| 04/17/2024 | MV | Case Administration: Prep for call with Counsel (.3). Update meeting with counsel for all outstanding items (1 hr). | 1.30 | $637.07 |
| 04/17/2024 | KC | Forensic Accounting: Review investor numbers with L. Rocha. | 0.40 | $76.23 |
| 04/17/2024 | MV | Status Reports: Review 2024 1st quarter outline. Make edits to same and request additional information from all parties. | 0.50 | $245.03 |
| 04/17/2024 | RW | Case Administration: Discuss with K. Cuevas on final numbers for investors. | 0.40 | $196.02 |
| 04/18/2024 | MV | Case Administration: Call with investors regarding assignment progress. | 1.00 | $490.05 |
| 04/18/2024 | MV | Case Administration: Call with Judge Schenkier regarding potential mediation. | 1.00 | $490.05 |
| 04/18/2024 | MV | Case Administration: Review email corresponded regarding financial institution. (.3) Reply to counsel regarding same. (.1) | 0.40 | $196.02 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 04/19/2024 | MV | Case Administration: Respond to investors regarding settlement motion. | 0.40 | $196.02 |
| 04/19/2024 | KG | Case Administration: Email corresp. w/M. Vives. | 0.10 | $19.06 |
| 04/22/2024 | KC | Case Administration: Continue to update Master Investor List. | 2.70 | $514.57 |
| 04/23/2024 | LR | Accounting/Auditing: Enter invoices in QB and set up wires for payment | 0.30 | $57.17 |
| 04/23/2024 | RW | Case Administration: Prepare Q1 holdback summary. | 0.50 | $0.00 |
| 04/23/2024 | MV | Case Administration: Email correspondence with investor regarding objection to settlement agreement. | 0.40 | $196.02 |
| 04/23/2024 | DW | Case Administration: Review project updates from past week (.4). Review pending priorities for the receivership (.3) | 0.70 | $343.04 |
| 04/24/2024 | MV | Case Administration: Discussion with investors counsel regarding potential objections. | 0.50 | $245.03 |
| 04/24/2024 | MV | Case Administration: Emails to investors regarding media contact | 0.40 | $196.02 |
| 04/24/2024 | MV | Case Administration: Review correspondence regarding aggregator with counsel. Reply to same. | 0.40 | $196.02 |
| 04/26/2024 | KC | Case Administration: Call w/ R. Reyes to discuss updates on contacting sales agents for films. | 0.50 | $95.29 |
| 04/26/2024 | KC | Case Administration: Send email correspondence to M. Vives providing updates on progress with film agents. | 0.30 | $57.17 |
| 04/26/2024 | MV | Case Administration: Meeting with R Baker regarding request from outside counsel. | 0.40 | $196.02 |
| 04/26/2024 | RB | Case Administration: Meet with M. Vives to discuss litigation questions. | 0.40 | $152.46 |
| 04/26/2024 | RW | Accounting/Auditing: Download and reconcile 1inMM accounts | 1.00 | $490.05 |
| 04/26/2024 | RW | Status Reports: Work on Q1 SFAR | 1.00 | $490.05 |
| 04/27/2024 | RB | Status Reports: Work on finalizing draft of quarterly report (1.7). Reference outline and update with Katten sections (.2). Email to K. Phelps re: litigation update (.1). Reconcile SFAR items (.2). Email to R. Weidman re: troubleshooting SFAR (.1). Email to M. Vives with update (.2). | 2.50 | $952.88 |
| 04/29/2024 | RW | Status Reports: Complete Q1 SFAR. | 0.80 | $392.04 |
| 04/29/2024 | LR | Case Administration: Call with investor and provide investor update to receiver | 0.50 | $95.29 |

Case 2:21-cv-02927-CAS-PD Document 413-5 Filed 05/13/24 Page 14 of 16 Page ID #:8257
Case 2:21-cv-02927-CAS-PD Document 344-6 Filed 05/10/24 Page 6 of 8 Page ID #:8422
Invoice #: 92734 - 10129 SEC v Horwitz - 05/10/2024

| Date | Timekeeper | Description | Hours | Total |
|---|---|---|---|---|
| 04/29/2024 | MV | Case Administration: Develop settlement schedule per counsel's request. | 0.70 | $343.04 |
| 04/29/2024 | MV | Status Reports: Review 1st qtr 2024 report (.5). Redline same and issue back to team and counsel (.5). | 1.00 | $490.05 |
| 04/29/2024 | MV | Case Administration: Respond to emails with settling parties counsel regarding final agreement. | 0.40 | $196.02 |
| 04/29/2024 | RB | Status Reports: Review updated SFAR (.1). Make updates to the status report (.6). Communications with M. Vives and T. Banich re: additional changes (.2). Request clarification on disclosure of settlements (.1). | 1.00 | $381.15 |
| 04/29/2024 | RW | Forensic Accounting: Continue review of sub-aggregator analysis. | 4.00 | $1,960.20 |
| 04/30/2024 | MV | Status Reports: Update receivers report and SFAR (.8). Submit final report (.2). | 1.00 | $490.05 |
| 04/30/2024 | RW | Forensic Accounting: Continue reviewing sub-aggregator analysis. | 5.00 | $2,450.25 |
| 04/30/2024 | LR | Accounting/Auditing: Review incoming invoice for Haus Capital and correspondence | 0.20 | $38.12 |
| 04/30/2024 | KC | Status Reports: Review quarterly report (1). Forward report to T. Banich for his final review (.2). Finalize report and forward to executive team to be submitted to court (1) | 2.20 | $419.28 |
| 04/30/2024 | MV | Status Reports: Review quarterly fee applications for final approval and filing. | 0.40 | $196.02 |
| 04/30/2024 | DW | Case Administration: Confirm the status of the financial institution discussions and the next steps in the process. | 0.70 | $343.04 |
| | | **Services Subtotal** | | **$26,716.08** |

## Expenses

| Date | Timekeeper | Description | Rate | Total |
|---|---|---|---|---|
| 04/02/2024 | RW | Legal: Legal Notice Printing | $2,256.15 | $2,256.15 |
| 04/09/2024 | RW | Background Checks: Truthfinder | $28.05 | $28.05 |
| 04/24/2024 | RW | Bank Fees: ACCOUNT ANALYSIS FEES FOR 03/24 | $70.00 | $70.00 |
| | | **Expenses Subtotal** | | **$2,354.20** |

| Time Keeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Ryan Baker | 4.7 | $381.15 | $1,791.41 |
| Kristine Cuevas | 14.2 | $190.58 | $2,706.24 |
| Kristina Godinez | 0.8 | $190.58 | $152.47 |
| Lisset Rocha | 4.4 | $190.58 | $838.56 |
| Michele Vives | 19.8 | $490.05 | $9,703.04 |
| Rene Weidman | 19.9 | $490.05 | $9,752.00 |
| Rene Weidman | 1.8 | $0.00 | $0.00 |
| Douglas Wilson | 3.5 | $490.05 | $1,715.19 |
| Michael Wilson | 0.3 | $190.58 | $57.17 |
| | | Subtotal | $29,070.28 |
| | | Total | $29,070.28 |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---:|---:|---:|
| 92673 | 02/19/2024 | $66,212.12 | $53,284.67 | $12,927.45 |
| 92693 | 03/22/2024 | $56,547.02 | $45,277.33 | $11,269.69 |
| 92710 | 04/20/2024 | $28,632.40 | $22,925.53 | $5,706.87 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---:|---:|---:|
| 92734 | 05/20/2024 | $29,070.28 | $0.00 | $29,070.28 |

|  |  |
|---|---|
| **Outstanding Balance** | **$58,974.29** |
| **Total Amount Outstanding** | **$58,974.29** |

Please make all amounts payable to: Douglas Wilson Companies

Please pay within 10 days.

Please contact accounting with any questions: dwcaccounting@douglaswilson.com