Terence G. Banich (SBN 212173)
terence.banich@katten.com
Allison E. Yager (*pro hac vice*)
allison.yager@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

*Attorneys for the Receiver*
Michele Vives

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:21-cv-02927-CAS-PD |
| Plaintiff, | **TWENTY-EIGHTH MONTHLY FEE STATEMENT OF KATTEN MUCHIN ROSENMAN LLP— APRIL 2024** |
| v. | |
| ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC, | Judge:     Hon. Christina A. Snyder Courtroom: 8D |
| Defendants. | |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

Katten Muchin Rosenman LLP ("Katten"), as counsel for Michele Vives in her capacity as the receiver in the above-captioned action (the "Receiver"), pursuant to paragraphs 3(b) and 3(d) of the *Order Granting Motion of Receiver Michele Vives for Order Establishing Procedures for Allowance of Compensation and Reimbursement of Expenses*, dated February 22, 2022 [ECF #77] (the "Interim Compensation Procedures Order"), hereby files this monthly fee statement (this "Monthly Fee Statement") for (i) compensation in the amount of $62,507.04 (80% of $78,133.80)[1] for the reasonable and necessary legal services rendered by Katten on behalf of the Receiver from March 29, 2024 through and including April 30, 2024 (the "Fee Period")[2] and (ii) reimbursement of the actual and necessary expenses that Katten incurred on behalf of the Receiver, in the amount of $636.29 during the Fee Period.

## Statement of Fees and Expenses

In support of this Monthly Fee Statement, attached are the following exhibits:

•   **Exhibit A** is a schedule for the Fee Period, setting forth the total amounts of compensation sought with respect to each category of legal services for which Katten is seeking payment in this Monthly Fee Statement.

•   **Exhibit B** is a schedule for the Fee Period providing certain information regarding the Katten attorneys and paraprofessionals for whose work in this receivership compensation is sought in this Monthly Fee Statement. Attorneys and

---

[1] Katten voluntarily reduced its fees for the Fee Period by $4,098.60, attributable to fee application preparation and other administrative tasks, as an accommodation to the receivership estate.

[2] Katten began transitioning to a new billing system on March 29, 2024, so Katten's prior Monthly Fee Statement for March 2024 [ECF #335] only covered legal services rendered for the period of March 1 through March 28, 2024. For the avoidance of doubt, the Fee Period for this Monthly Fee Statement encompasses the period of March 29 through March 31, 2024, as well as the entire month of April 2024.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

paraprofessionals of Katten have expended a total of 83.3 hours in connection with this proceeding during the Fee Period.

•    **Exhibit C** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which Katten is seeking reimbursement in this Monthly Fee Statement. All of these disbursements comprise the requested sum for Katten's out of pocket expenses.

•    **Exhibit D** consists of Katten's invoice of fees and expenses incurred during the Fee Period in the rendition of the professional services to the Receiver. This invoice may have been redacted to maintain privilege and confidentiality, in accordance with paragraph 3(a) of the Interim Compensation Procedures Order.

Although every effort has been made to include in this Monthly Fee Statement all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Katten reserves the right to make further application to this Court for allowance of such fees and expenses not included herein in accordance with the Interim Compensation Procedures Order.

Notice of this Monthly Fee Statement will be provided in accordance with the procedures set forth in the Interim Compensation Procedures Order.

## Objection Period

The Notice Parties specified in paragraph 3(a) of the Interim Compensation Procedures Order shall have 10 days from the date hereof, i.e., until 4:00 p.m. prevailing Pacific Time on **May 23, 2024** (the "Objection Period"), to review the Monthly Fee Statement and serve a Notice of Objection (as defined in the Interim Compensation Order) on Katten.

In accordance with paragraph 3(c) of the Interim Compensation Procedures Order, after the Objection Period expires at 4:00 p.m. prevailing Pacific Time on May 23, 2024, the Receiver shall pay, without further order of the Court, 80% of the fees and 100% of the expenses Katten has requested in the Monthly Fee Statement

**KATTEN MUCHIN ROSENMAN LLP**
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

that are not the subject of a Notice of Objection. Based on that formula, the Receiver shall pay Katten $62,507.04 of the fees and $636.29 of the expenses unless a timely Notice of Objection is served.

Dated: May 13, 2024        Respectfully submitted,

**KATTEN MUCHIN ROSENMAN LLP**

By:    /s/*Terence G. Banich*
Terence G. Banich

*Attorneys for the Receiver*
Michele Vives

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

# PROOF OF SERVICE

## STATE OF ILLINOIS, COUNTY OF COOK

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, IL 60661.

On May 13, 2024, I served the following document(s) described as:

**TWENTY-EIGHTH MONTHLY FEE STATEMENT OF KATTEN MUCHIN ROSENMAN LLP—APRIL 2024**

on counsel of record in this action as follows:

**[ ] BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[ ] BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address terence.banich@katten.com to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ] BY OVERNIGHT MAIL (FedEx):** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ] BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X] E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on May 13, 2024, at Chicago, Illinois.

*/s/Terence G. Banich*
Terence G. Banich

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter[3]**

| Matter Description | Hours | Amount |
|---|---|---|
| Case Administration | 9.7 | $9,472.90 |
| Fee Application/Retention of Professionals | 7.9 | $2,482.20 |
| Claims Administration and Objections | 0.0 | $0.00 |
| Pre-Receivership Litigation/Stay | 0.0 | $0.00 |
| FBI and Criminal Case Matters | 0.0 | $0.00 |
| SEC Meetings/Discussions | 0.0 | $0.00 |
| Avoidance Actions | 0.0 | $0.00 |
| Asset Disposition | 0.0 | $0.00 |
| Investigation of Assets/Transactions | 48.0 | $47,918.60 |
| Business Operations/Operating Entities | 17.7 | $18,260.10 |
| Expenses | 0.0 | $636.29 |
| **Totals** | **83.3** | **$78,770.09** |

---

[3] Katten voluntarily reduced its fees for the Fee Period by $4,098.60, attributable to fee application preparation and other administrative tasks, as an accommodation to the receivership estate.

**Exhibit B**
**Summary of Total Fees and Hours by Attorneys and Paraprofessionals**

| Attorney | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Terence Banich | Partner (Chicago) | IL – 1999 CA – 2001 | Restructuring | $1,037 | 53.8 | $53,924.00 |
| Kenneth Hebeisen | Associate (Chicago) | IL – 2021 | Restructuring | $744 | 13.7 | $7,920.00 |
| David Halberstadter | Partner (Los Angeles) | CA – 1982 | Litigation | $1,360 | 7.9 | $10,744.00 |
| Amelia Bruckner | Associate (Los Angeles) | CA – 2021 | Litigation | $702 | 7.9 | $5,545.80 |
| **Totals** | | | | | **83.3** | **$78,133.80** |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

## Exhibit C
## Summary of Actual and Necessary Expenses

| Expenses by Category | Amount |
|---|---|
| Filing Fees | $405.00 |
| Legal Research | $231.29 |
| **Total** | **$636.29** |

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

**Exhibit D**
**Invoices**

# Katten

Direct Billing Inquiries to:

▮▮▮▮▮▮▮▮▮▮▮▮

525 West Monroe Street
Chicago, IL 60661-3693

May 13, 2024

Michele Vives, not individually, but solely as receiver of 1

▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮

Invoice No. 40205531
Client No. 396859
Matter No. 00001
FEIN: 36-2796532

**Re: Horwitz Receivership** (396859.00001)

For legal services rendered through April 30, 2024 .............................................................. $78,133.80

Disbursements and other charges...................................................................................... $636.29

**CURRENT INVOICE TOTAL:** <u>$78,770.09</u>

---

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

Client: 396859 – Michele Vives, not individually, but solely as receiver of 1

Invoice No. 40205531
Invoice Date: May 13, 2024

## PROFESSIONAL SERVICES

Matter 00001: Horwitz Receivership

| Task | Date | Attorney or Assistant | Description | Hours |
|------|------|----------------------|-------------|-------|
| 01 | 01 Apr 24 | Hebeisen, Kenneth N. | Call with T. Banich regarding final redactions to motion to approve settlement with confidential counterparty and related exhibits (.20); apply final redactions to motion and exhibits and compile for filing (1.50); emails with T. Banich regarding same (.30) | 2.00 |
| 01 | 03 Apr 24 | Banich, Terence G. | Reviewed notice to creditors of confidential settlement (0.10); drafted supplemental proof of service of confidential settlement motion, exchanged correspondence with K. Godinez re same, finalized and filed same (0.40). | 0.50 |
| 01 | 17 Apr 24 | Banich, Terence G. | Drafted correspondence to M. Vives re administrative matters. | 0.50 |
| 01 | 19 Apr 24 | Banich, Terence G. | Worked on first quarter 2024 report. | 0.70 |
| 01 | 23 Apr 24 | Banich, Terence G. | Drafted and edited inserts to first quarter 2024 receiver's report and reviewed documents in connection with same. | 1.20 |
| 01 | 24 Apr 24 | Banich, Terence G. | Drafted and edited inserts to receiver's 1st quarter 2024 report and reviewed documents in connection with same. | 1.60 |
| 01 | 25 Apr 24 | Banich, Terence G. | Drafted and edited inserts to receiver's first quarter report, reviewed documents in connection with same and drafted correspondence to M. Vives and R. Baker re same. | 1.60 |
| 01 | 28 Apr 24 | Banich, Terence G. | Reviewed correspondence with M. Vives and R. Baker re draft quarterly report. | 0.10 |
| 01 | 29 Apr 24 | Banich, Terence G. | Reviewed draft quarterly report and exchanged correspondence with M. Vives and R. Baker re same (0.70); exchanged correspondence with chambers re sealed motion (0.10). | 0.80 |
| 01 | 30 Apr 24 | Banich, Terence G. | Reviewed and edited receiver's first quarter report and exchanged correspondence with M. Vives and K. Cuevas re same. | 0.70 |
| 02 | 29 Mar 24 | Banich, Terence G. | Reviewed and edited March 2024 invoice. | 0.50 - N/C |
| 02 | 29 Mar 24 | Banich, Terence G. | Reviewed and edited March 2024 | 0.50 - N/C |

## PROFESSIONAL SERVICES

Matter 00001: Horwitz Receivership

| Task | Date | Attorney or Assistant | Description | Hours |
|------|------|----------------------|-------------|-------|
| | | | invoice. | |
| 02 | 29 Mar 24 | Hebeisen, Kenneth N. | Review draft Katten invoice for March (.40); emails with Katten and M. Vives regarding same (.30) | 0.70 - N/C |
| 02 | 04 Apr 24 | Hebeisen, Kenneth N. | Review draft DWC March invoice (.30); emails with R. Weidman regarding same (.10). | 0.40 - N/C |
| 02 | 04 Apr 24 | Hebeisen, Kenneth N. | Start drafting March monthly fee statements (.50). | 0.50 - N/C |
| 02 | 08 Apr 24 | Hebeisen, Kenneth N. | Continue drafting March monthly fee statements (.30) | 0.30 - N/C |
| 02 | 09 Apr 24 | Hebeisen, Kenneth N. | Review revised DWC invoice for March (.10); continue drafting DWC March fee statement (.30) | 0.40 - N/C |
| 02 | 10 Apr 24 | Banich, Terence G. | Edited, finalized and filed March fee statements for Receiver and Katten (0.60); reviewed and exchanged correspondence with M. Vives, R. Weidman and K. Hebeisen re same (0.20). | 0.80 - N/C |
| 02 | 10 Apr 24 | Hebeisen, Kenneth N. | Finish drafting March monthly fee statements (.20); email T. Banich regarding same (.10); compile March fee statements for filing (.40) | 0.70 - N/C |
| 02 | 15 Apr 24 | Hebeisen, Kenneth N. | Start drafting quarterly fee applications for Jan-March 2024 (.90) | 0.90 |
| 02 | 22 Apr 24 | Hebeisen, Kenneth N. | Continue drafting quarterly fee statements for Jan-March 2024 (.70); email R. Weidman regarding same (.10) | 0.80 |
| 02 | 23 Apr 24 | Hebeisen, Kenneth N. | Finalize quarterly fee applications for Jan-March 2024 (.50); email T. Banich regarding same (.10) | 0.60 |
| 02 | 30 Apr 24 | Banich, Terence G. | Reviewed and edited fee applications for Receiver and Katten for first quarter 2024 and exchanged correspondence with M. Vives and K. Hebeisen re same. | 0.60 |
| 02 | 30 Apr 24 | Hebeisen, Kenneth N. | Emails with T. Banich and M. Vives regarding quarterly fee applications (.20) | 0.20 |
| 09 | 29 Mar 24 | Banich, Terence G. | Telephone conference with K. Hebeisen re response to counteroffer to F. White re settlement discussions with financial institution and strategies re same. | 0.40 |

Client: 396859 – Michele Vives, not individually, but solely as receiver of 1

Invoice No. 40205531
Invoice Date: May 13, 2024

## PROFESSIONAL SERVICES

Matter 00001: Horwitz Receivership

| Task | Date | Attorney or Assistant | Description | Hours |
|------|------|----------------------|-------------|-------|
| 09 | 29 Mar 24 | Hebeisen, Kenneth N. | Call with T. Banich regarding response to F. White (.40); review emails relating to same (.10) | 0.50 |
| 09 | 29 Mar 24 | Hebeisen, Kenneth N. | Draft letter to F. White regarding potential defenses relating to settlement discussions (.70); review background legal research relating to same (.30); review precedent letter relating to same (.20) | 1.20 |
| 09 | 31 Mar 24 | Hebeisen, Kenneth N. | Continue drafting letter to F. White relating to ongoing settlement discussions (.80) | 0.80 |
| 09 | 01 Apr 24 | Banich, Terence G. | Emails with K. Hebeisen re letter to counsel for financial institution re settlement counteroffer letter/analysis (0.20); telephone conference with K. Wanner re confidential settlement motion and related matters and exchanged correspondence with M. Vives re same (0.30); reviewed final redactions to confidential settlement motion and related documents and telephone conference with K. Hebeisen re same (0.90); reviewed, finalized and filed confidential settlement motion and related documents (2.80); drafted and exchanged correspondence with M. Vives and counsel for confidential settlement counterparty re same (0.20). | 4.10 |
| 09 | 01 Apr 24 | Hebeisen, Kenneth N. | Continue drafting letter to F. White relating to ongoing settlement discussions (.40) | 0.40 |
| 09 | 02 Apr 24 | Banich, Terence G. | Reviewed and exchanged correspondence with M. Vives and P. Baldwin re aggregator issues (0.70); reviewed draft tolling agreement in preparation for call with P. Baldwin re same (0.30); telephone conference with P. Baldwin re same (0.40); telephone conference with M. Vives re updates/next steps (0.20); reviewed correspondence from mediator re same (0.10); reviewed and exchanged correspondence re service/publication service of | 1.70 |

Client: 396859 – Michele Vives, not individually, but solely as receiver of 1

Invoice No. 40205531
Invoice Date: May 13, 2024

## PROFESSIONAL SERVICES

Matter 00001: Horwitz Receivership

| Task | Date | Attorney or Assistant | Description | Hours |
|------|------|----------------------|-------------|-------|
| | | | confidential settlement motion (0.20); reviewed and exchanged correspondence re extension of tolling agreement (0.10); exchanged correspondence with C. Finger re response to settlement letter (0.10). | |
| 09 | 03 Apr 24 | Banich, Terence G. | Reviewed correspondence re settlement discussions between M. Vives and D. Lake (0.10); exchanged correspondence with M. Vives re inquiries from creditors re confidential settlement (0.10); reviewed proposed tolling agreement from aggregator, edited same, exchanged correspondence with M. Vives re same and drafted correspondence to P. Baldwin and C. Mader re same (1.50). | 1.70 |
| 09 | 03 Apr 24 | Hebeisen, Kenneth N. | Continue drafting letter to F. White in connection with settlement discussions (1.90); review and revise letter (1.10); email T. Banich regarding same (.10) | 3.10 |
| 09 | 04 Apr 24 | Banich, Terence G. | Telephone conference with M. Vives re confidential settlement updates and related matters (0.40); exchanged correspondence with counsel for confidential counterparty (0.10); reviewed correspondence re claim against aggregator (0.20). | 0.70 |
| 09 | 05 Apr 24 | Banich, Terence G. | Reviewed proposed edits to tolling agreement by C. Mader and reviewed and exchanged correspondence with M. Vives, P. Baldwin and C. Mader re same/updates (0.40); reviewed and edited letter to F. White re settlement discussions with financial institution, legal research re same and drafted correspondence to M. Vives re draft for review (4.80). | 5.20 |
| 09 | 08 Apr 24 | Banich, Terence G. | Reviewed final tolling agreement with aggregator (0.60); drafted and exchanged correspondence with M. Vives and aggregator counsel re same (0.20); telephone conference | 1.80 |

Client: 396859 – Michele Vives, not individually, but solely as receiver of 1

Invoice No. 40205531
Invoice Date: May 13, 2024

## PROFESSIONAL SERVICES
Matter 00001: Horwitz Receivership

| Task | Date | Attorney or Assistant | Description | Hours |
|------|------|----------------------|-------------|-------|
| | | | with counsel for confidential counterparty and drafted correspondence to M. Vives re same and draft email to investors re inquiries (0.50); drafted amendment to tolling agreement and exchanged correspondence with M. Vives and G. Gelberg re same (0.50). | |
| 09 | 09 Apr 24 | Banich, Terence G. | Reviewed publication notice/service, drafted and edited declaration re publication service and correspondence to M. Vives re same (1.50); telephone conference with A. Loftus re matters of common interest (0.40); reviewed tolling agreement extension and exchanged correspondence with M. Vives and G. Gelberg re same (0.20); exchanged correspondence with M. Vives re aggregator issues (0.10). | 2.20 |
| 09 | 10 Apr 24 | Banich, Terence G. | Exchanged correspondence with counsel for confidential counterparty re creditor inquiries and exchanged correspondence with M. Vives re same (0.20); edited, finalized and filed declaration of M. Vives re service by publication (0.60); reviewed and exchanged correspondence with M. Vives and Judge Schenkier re aggregator issues (0.10). | 0.90 |
| 09 | 11 Apr 24 | Banich, Terence G. | Telephone conference with Judge Schenkier re aggregator settlement discussions and related matters (0.60); drafted correspondence to M. Vives re same (0.30); telephone conference with A. Loftus re matters of common interest (0.30). | 1.20 |
| 09 | 12 Apr 24 | Banich, Terence G. | Telephone conference with M. Vives re various updates (0.30); drafted and exchanged correspondence with M. Vives re certain legal arguments (0.60); telephone conference with A. Loftus re matters of common interest (0.20). | 1.10 |
| 09 | 15 Apr 24 | Banich, Terence G. | Reviewed and exchanged | 0.20 |

## PROFESSIONAL SERVICES

Matter 00001: Horwitz Receivership

| Task | Date | Attorney or Assistant | Description | Hours |
|------|------|----------------------|-------------|-------|
| | | | correspondence with M. Vives and S. Schenkier re aggregator settlement discussions/issues (0.10); exchanged correspondence with M. Vives re tasks (0.10). | |
| 09 | 16 Apr 24 | Banich, Terence G. | Reviewed and exchanged correspondence with M. Vives and S. Schenkier re aggregator settlement discussions (0.20); reviewed correspondence re inquiries re confidential settlement (0.30). | 0.50 |
| 09 | 17 Apr 24 | Banich, Terence G. | Conference call with M. Vives re various issues/updates (1.00); reviewed correspondence re creditor inquiries re confidential settlement (0.20); exchanged correspondence and telephone conference with counsel for confidential settlement counterparty re updates and exchanged correspondence with M. Vives re same (0.70); edited letter to F. White re claims against financial institution, exchanged correspondence with M. Vives re same and exchanged correspondence/attempts to call F. White to discuss same (0.80). | 2.70 |
| 09 | 18 Apr 24 | Banich, Terence G. | Conference call with M. Vives and Judge Schenkier re aggregator settlement discussions/updates (0.70); reviewed and exchanged correspondence with counsel for aggregator re further discussions and correspondence with M. Vives re same (0.20); telephone conference with F. White re settlement discussions and drafted/exchanged correspondence to M. Vives summarizing same (1.10) edited and finalized letter to F. White re same (0.30). | 2.30 |
| 09 | 19 Apr 24 | Banich, Terence G. | Reviewed and exchanged correspondence with M. Vives re confidential settlement issues (0.30); reviewed and exchanged correspondence with M. Vives and aggregator counsel re discussions | 0.50 |

Client: 396859 – Michele Vives, not individually, but solely as receiver of 1

Invoice No. 40205531
Invoice Date: May 13, 2024

### PROFESSIONAL SERVICES

Matter 00001: Horwitz Receivership

| Task | Date | Attorney or Assistant | Description | Hours |
|------|------|----------------------|-------------|-------|
| | | | (0.20). | |
| 09 | 22 Apr 24 | Banich, Terence G. | Reviewed and exchanged correspondence re aggregator settlement discussions (0.20); reviewed and exchanged correspondence re confidential settlement issues (0.20). | 0.40 |
| 09 | 23 Apr 24 | Banich, Terence G. | Reviewed and exchanged correspondence re confidential settlement updates/issues and inquiries from creditors re same and considered issues pertaining to same (0.70); reviewed and exchanged correspondence with P. Baldwin re aggregator issues (0.10). | 0.80 |
| 09 | 24 Apr 24 | Banich, Terence G. | Conference call with P. Baldwin and C. Mader re aggregator settlement discussions and exchanged correspondence with M. Vives re same (1.50); reviewed memorandum by K. Hebeisen re certain legal research issues and considered edits to same (0.80); reviewed and exchanged correspondence with M. Vives and A. Loftus re confidential settlement issues/updates (0.30); reviewed and exchanged correspondence with M. Vives and D. Besikof re net winner settlement discussions (0.20). | 2.80 |
| 09 | 25 Apr 24 | Banich, Terence G. | Reviewed and exchanged correspondence with new counsel for net winner (0.10); reviewed and exchanged correspondence with M. Vives and A. Loftus re confidential settlement issues (0.20); reviewed and exchanged correspondence with M. Vives re aggregator discussions (0.10). | 0.40 |
| 09 | 26 Apr 24 | Banich, Terence G. | Reviewed and exchanged correspondence with M. Vives and A. Loftus re confidential settlement issues (0.30); reviewed scheduling order re same and telephone conference/exchanged correspondence with chambers, M. Vives, settling party counsel and A. Loftus re same (0.50); telephone | 4.40 |

## PROFESSIONAL SERVICES

Matter 00001: Horwitz Receivership

| Task | Date | Attorney or Assistant | Description | Hours |
|------|------|----------------------|-------------|-------|
| | | | conference with A. Loftus re same (0.20); telephone conference with M. Vives re same (0.10); telephone conference with settling party's counsel re same (0.10); drafted and edited memorandum to M. Vives re aggregator defense issues and legal research re same (3.30). | |
| 09 | 29 Apr 24 | Banich, Terence G. | Reviewed and exchanged correspondence with M. Vives re confidential settlement motion (0.10); reviewed and exchanged correspondence with M. Vives and F. White re negotiations with financial institution (0.20); reviewed and exchanged correspondence with M. Vives and A. Loftus re matters of common interest (0.20); reviewed and exchanged correspondence with M. Vives, G. Gordillo and others re aggregator negotiations/next steps (0.20). | 0.70 |
| 09 | 29 Apr 24 | Hebeisen, Kenneth N. | Review recent precedent bar order opinion (.20) | 0.20 |
| 09 | 30 Apr 24 | Banich, Terence G. | Reviewed and exchanged correspondence with M. Vives, A. Loftus and counsel for settlement counterparty re no objections from creditors (0.20); drafted, edited and filed status report same and exchanged correspondence with M. Vives, A. Loftus and counsel for settlement counterparty re same (1.10); drafted correspondence to judge's chambers re report (0.10); reviewed order approving confidential settlement and exchanged correspondence with M. Vives, A. Loftus and counsel for settlement counterparty re same (0.20). | 1.60 |
| 09 | 30 Apr 24 | Banich, Terence G. | Reviewed and exchanged correspondence with M. Vives and counsel for aggregator re status/next steps (0.20); reviewed and edited memorandum to M. Vives re analysis of certain defenses (3.20); drafted | 3.50 |

## PROFESSIONAL SERVICES

Matter 00001: Horwitz Receivership

| Task | Date | Attorney or Assistant | Description | Hours |
|------|------|----------------------|-------------|-------|
| | | | correspondence to K. Hebeisen re review of same (0.10). | |
| 10 | 29 Mar 24 | Halberstadter, David | Final revisions to Petition to Confirm Arbitration Award and related court filings, in anticipation of filing on 4/1; emails to and from M. Vives regarding proposed revisions to same; make minor revisions to Petition | 1.20 |
| 10 | 01 Apr 24 | Halberstadter, David | Final preparations for filing of Petition to Confirm Award; check docket for status of judge assignment, issuance of summons | 0.60 |
| 10 | 02 Apr 24 | Banich, Terence G. | Reviewed complaint to confirm arbitration award and correspondence with M. Vives and D. Halberstadter re same. | 0.50 |
| 10 | 02 Apr 24 | Halberstadter, David | Check court docket for new entries, including assignment to judge, issuance of summons; review email from Law360 reporter seeking comment on petition filing; emails to and from M. Vives regarding same; reply to reporter | 0.50 |
| 10 | 03 Apr 24 | Banich, Terence G. | Reviewed and exchanged correspondence with D. Halberstadter re ILBE enforcement litigation (0.10); reviewed article and correspondence re same (0.20). | 0.30 |
| 10 | 03 Apr 24 | Halberstadter, David | Review Law360 article regarding filing of petition to confirm and forward to clients; emails from and to M. Katz regarding status of Orion's payment decision; review Notice of Direct Assignment to Magistrate Judge; review issued Summons and prepare for service on Orion; emails from and to M. Vives, T. Banich, regarding seeking to have petition designated as "related" under Local Civil Rules; complete (non)consent form for appointment of Magistrate Judge; prepare Notice of Related Case | 3.20 |
| 10 | 04 Apr 24 | Banich, Terence G. | Reviewed and exchanged correspondence re Orion/ILBE litigation issues/updates. | 0.50 |
| 10 | 04 Apr 24 | Bruckner, Amelia E. | Review payment notification and various email follow up [.4]; draft | 1.30 |

Client: 396859 – Michele Vives, not individually, but solely as
receiver of 1

Invoice No. 40205531
Invoice Date: May 13, 2024

## PROFESSIONAL SERVICES

Matter 00001: Horwitz Receivership

| Task | Date | Attorney or Assistant | Description | Hours |
|------|------|----------------------|-------------|-------|
| | | | petition dismissing Orion [.6]; revise petition [.3] | |
| 10 | 04 Apr 24 | Halberstadter, David | Monitor e-filing of Notice of Related Case and Non-Consent to Direct Assignment to Magistrate Judge; email to clients regarding same; monitor service of process on Orion and calculate responsive pleading deadline; email to clients regarding same; review email from M. Katz regarding Orion's intention to pay award; emails to and from M. Vives regarding prejudgment interest calculation; email to M. Katz regarding same; provide M. Katz with with-9 form and wire transfer information; email from M. Katz regarding payment considerations; email to M. Vives regarding same; email reply to M. Katz regarding same | 0.70 |
| 10 | 05 Apr 24 | Bruckner, Amelia E. | Review Orion-Vives agreement [1.1]; draft email to client re agreement, requesting feedback [.4]; draft email to opposing counsel re counter-signature [.4]; call with opposing counsel [.3]; complete drafting petition to dismiss [.5] | 2.70 |
| 10 | 05 Apr 24 | Halberstadter, David | Review court order transferring Petition to Judge Anderson | 0.20 |
| 10 | 08 Apr 24 | Banich, Terence G. | Reviewed reassignment order and correspondence from D. Halberstadter re same. | 0.20 |
| 10 | 08 Apr 24 | Bruckner, Amelia E. | Finalize all petition documents [.9]; file petition [.3] | 1.20 |
| 10 | 08 Apr 24 | Halberstadter, David | Emails to and from M. Vives regarding received Notice of Reassignment; emails from and to M. Katz regarding needing signature on payment form | 0.50 |
| 10 | 11 Apr 24 | Banich, Terence G. | Reviewed and exchanged correspondence re Orion payment of judgment. | 0.20 |
| 10 | 12 Apr 24 | Bruckner, Amelia E. | Revise notice of related case and notice of non-consent [.4]; file both documents [.3]; service of documents on Orion [.4] | 1.10 |
| 10 | 15 Apr 24 | Banich, Terence G. | Reviewed order transferring FAA | 0.20 |

Client: 396859 – Michele Vives, not individually, but solely as receiver of 1

Invoice No. 40205531
Invoice Date: May 13, 2024

## PROFESSIONAL SERVICES
### Matter 00001: Horwitz Receivership

| Task | Date | Attorney or Assistant | Description | Hours |
|------|------|----------------------|-------------|-------|
| | | | case and correspondence from D. Halberstadter re same. | |
| 10 | 15 Apr 24 | Halberstadter, David | Review C.D.Cal. order transferring petition to Judge Snyder as a related case; email to M. Vives regarding same; review and revise draft Notice of Dismissal as to Orion | 0.40 |
| 10 | 16 Apr 24 | Halberstadter, David | Emails from and to M. Katz regarding status of service of Petition on ILBE; review Notice to Parties by Judge Snyder; email to J. Ramsey regarding current docket filings; review email from J. Ramsey regarding filing Notice of Dismissals for both Orion and ILBE; review draft notices | 0.60 |
| 10 | 17 Apr 24 | Bruckner, Amelia E. | Draft notice of dismissal [.7]; revise per opposing counsel comments [.2]; various follow up with client [.7] | 1.60 |
| | | | **TOTALS:** | **83.30** |

## SUMMARY OF PROFESSIONAL SERVICES
### By Phase.Task Code
### Matter 00001: Horwitz Receivership

| Phase Task | | Attorney or Assistant | Hours | Rate | Amount |
|------------|---|----------------------|-------|------|--------|
| **001** | **Case administration** | | | | |
| 01 | Case administration | Banich, Terence G. | 7.70 | 1037.00 | $7,984.90 |
| 01 | Case administration | Hebeisen, Kenneth N. | 2.00 | 744.00 | $1,488.00 |
| | **Totals for Task Code: 001.01** | | **9.70** | | **$9,472.90** |
| **002** | **Fee applications/retention of professionals** | | | | |
| 02 | Fee applications/retention of professionals | Banich, Terence G. | 0.60 | 1037.00 | $622.20 |
| 02 | Fee applications/retention of professionals | Banich, Terence G. | 1.80 | 0.00 | N/C |
| 02 | Fee applications/retention of professionals | Hebeisen, Kenneth N. | 2.50 | 744.00 | $1,860.00 |
| 02 | Fee applications/retention of professionals | Hebeisen, Kenneth N. | 3.00 | 0.00 | N/C |
| | **Totals for Task Code: 002.02** | | **7.90** | | **$2,482.20** |

Client: 396859 – Michele Vives, not individually, but solely as
receiver of 1

Invoice No. 40205531
Invoice Date: May 13, 2024

## SUMMARY OF PROFESSIONAL SERVICES
### By Phase.Task Code
Matter 00001: Horwitz Receivership

| Phase Task | | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **009** | **Investigation of assets/transactions** | | | | |
| 09 | Investigation of assets/transactions | Banich, Terence G. | 41.80 | 1037.00 | $43,346.60 |
| 09 | Investigation of assets/transactions | Hebeisen, Kenneth N. | 6.00 | 744.00 | $4,464.00 |
| 09 | Investigation of assets/transactions | Hebeisen, Kenneth N. | 0.20 | 540.00 | $108.00 |
| | | **Totals for Task Code: 009.09** | **48.00** | | **$47,918.60** |
| **010** | **Business Operations/Operating Entities** | | | | |
| 10 | Business Operations/Operating Entities | Banich, Terence G. | 1.90 | 1037.00 | $1,970.30 |
| 10 | Business Operations/Operating Entities | Bruckner, Amelia E. | 7.90 | 702.00 | $5,545.80 |
| 10 | Business Operations/Operating Entities | Halberstadter, David | 7.90 | 1360.00 | $10,744.00 |
| | | **Totals for Task Code: 010.10** | **17.70** | | **$18,260.10** |
| | | **TOTAL:** | **83.30** | | **$78,133.80** |

13

Client: 396859 – Michele Vives, not individually, but solely as
receiver of 1

Invoice No. 40205531
Invoice Date: May 13, 2024

## DISBURSEMENTS
### Matter 00001: Horwitz Receivership

| Date | Description | Amount |
|------|-------------|--------|
| 31 Mar 24 | Westlaw Legal Research: HALBERSTADTER,DAVID on 3/29/2024 | 93.09 |
| 01 Apr 24 | Vendor: JP Morgan Commercial Card; Invoice#: JPM_CC_APRIL; Date: 4/24/2024 - PNCC April 2024 - PNCC4-Court filing fee for filing of Petition. | 405.00 |
| 30 Apr 24 | Westlaw Legal Research: HEBEISEN,KENNETH on 4/1/2024 | 27.64 |
| 30 Apr 24 | Westlaw Legal Research: HEBEISEN,KENNETH on 4/8/2024 | 27.64 |
| 30 Apr 24 | Westlaw Legal Research: HEBEISEN,KENNETH on 4/15/2024 | 27.64 |
| 30 Apr 24 | Westlaw Legal Research: HEBEISEN,KENNETH on 4/22/2024 | 27.64 |
| 30 Apr 24 | Westlaw Legal Research: HEBEISEN,KENNETH on 4/29/2024 | 27.64 |
| | **TOTAL:** | **$636.29** |

## SUMMARY OF DISBURSEMENTS
### Matter 00001: Horwitz Receivership

| | |
|---|---|
| Filing Fees | $405.00 |
| Legal Research | $231.29 |
| **TOTAL:** | **$636.29** |

**MATTER TOTAL:**        **$78,770.09**

# Katten

525 West Monroe Street
Chicago, IL 60661-3693

### REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | 45727 - Banich, Terence G. | **Invoice No.:** | 40205531 |
| **Client:** | 396859 - Michele Vives, not individually, but solely as receiver of 1 | **Invoice Date:** | 13 May 24 |
| **Matter:** | 00001 - Horwitz Receivership | | |

**Current Invoice Charges:**  $78,770.09

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 20 Feb 24 | 20177524 | 00001 | 193,522.83 | 38,116.46 |
| 13 Mar 24 | 20181740 | 00001 | 152,958.50 | 29,291.26 |
| 29 Mar 24 | 20185623 | 00001 | 50,111.46 | 9,403.58 |
| | | | **TOTAL OUTSTANDING BALANCE :** | **$76,811.30** |

**TOTAL BALANCE DUE:**  $155,581.39

