**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter[2]**

| Matter Description | Hours | Amount |
|---|---:|---:|
| Accounting / Auditing | 17.2 | $3,231.68 |
| Asset Analysis and Recovery | 0.0 | $0.00 |
| Business Analysis | 0.0 | $0.00 |
| Business Operations | 24.6 | $6,005.96 |
| Case Administration | 92.3 | $33,484.38 |
| Forensic Accounting | 115.8 | $30,484.28 |
| Status Reports | 0.0 | $0.00 |
| Expenses | 0.0 | $98.05 |
| **Totals** | **249.9** | **$73,304.35** |

---

[2] The Receiver voluntarily reduced her fees for the Fee Period by $735.08, attributable to preparation of fee applications, as an accommodation to the receivership estate.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200