UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY J. HORWITZ; and 1inMM CAPITAL, LLC,<br><br>Defendants. | Case No. 2:21-cv-02927-CAS-PDx<br><br>**ORDER APPROVING THE ENGAGEMENT AND COMPENSATION OF RESURGENCE MEDIA GROUP, LLC AS BROKER FOR THE SALE OF SUBSTANTIALLY ALL ASSETS OF ROGUE BLACK, LLC** |

Upon consideration of the *Unopposed Motion of Receiver Michele Vives for Order Approving the Engagement and Compensation of Resurgence Media Group, LLC as Broker for the Sale of Substantially All Assets of Rogue Black, LLC*, dated August 5, 2024 the ("Motion"), filed by Michele Vives, the Receiver appointed herein (the "Receiver"); the Court, having reviewed the Motion and being fully advised in the premises, and upon finding that notice of the Motion is sufficient under the circumstances and that there is good cause to grant the relief provided herein; it is, therefore, pursuant to the Court's power to supervise equity receiverships and all other powers in that behalf so enabling, hereby ORDERED:

1. The Motion is GRANTED. Capitalized terms used in this order have the meanings ascribed to them in the Motion.

2. The Receiver is AUTHORIZED to engage and compensate Resurgence Media Group, LLC ("Resurgence") as broker for the sale of substantially all assets of Rogue Black, LLC ("Rogue Black"), effective as of August 5, 2024, to render the services set forth in the Agreement and the Motion.

3. The Agreement, attached as Exhibit 1 to the Motion, is APPROVED in its entirety.

4. The terms of Resurgence's engagement and compensation, as set forth in the Motion and described in further detail in the Agreement, are warranted, reasonable and appropriate under the circumstances, and accordingly are APPROVED.

5. The Receiver is further AUTHORIZED and EMPOWERED to take all actions to perform under the terms of the Agreement, including pursuing the marketing and sale of some or all of the Rogue Black Assets with the assistance of Resurgence.

6. In the Receiver's sole discretion, any agreements, documents or other instruments executed in connection with the Agreement may be modified, amended or supplemented by the Receiver and Resurgence in accordance with the terms of the Agreement, without further notice or order of this Court, provided that any such modification, amendment or supplement does not have a material adverse effect on the Estate.

7. The Receiver is authorized to pay any Sales Fee to Resurgence upon receipt of the Purchase Price associated with a Transaction involving the Rogue Black Assets, subject to the condition precedent that this Court first enter an order approving and authorizing such Transaction.

8. Notice of the hearing on the Motion is limited to that given, and the Receiver is EXCUSED from complying with any additional notice requirements imposed by Local Rule 66-7(f).

///

Case No. 2:21-cv-02927-CAS-PD
[PROPOSED] ORDER APPROVING THE ENGAGEMENT AND COMPENSATION OF RESURGENCE MEDIA GROUP, LLC AS BROKER

2

9. The Court retains exclusive jurisdiction to hear and determine any disputes arising out of or relating to Resurgence's engagement or compensation as authorized by this Order.

Dated: September 3, 2024

*Christina A. Snyder*

Honorable Christina A. Snyder
United States District Judge

Case No. 2:21-cv-02927-CAS-PD
[PROPOSED] ORDER APPROVING THE ENGAGEMENT AND COMPENSATION OF RESURGENCE MEDIA GROUP, LLC AS BROKER

3