KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

## Exhibit A
## Summary of Total Fees and Expenses by Subject Matter[2]

| Matter Description | Hours | Amount |
|---|---|---|
| Case Administration | 5.0 | $5,185.00 |
| Fee Application/Retention of Professionals | 7.8 | $1,785.60 |
| Claims Administration and Objections | 0.1 | $103.70 |
| Pre-Receivership Litigation/Stay | 0.0 | $0.00 |
| FBI and Criminal Case Matters | 0.0 | $0.00 |
| SEC Meetings/Discussions | 0.0 | $0.00 |
| Avoidance Actions | 0.0 | $0.00 |
| Asset Disposition | 0.0 | $0.00 |
| Investigation of Assets/Transactions | 123.7 | $105,756.90 |
| Business Operations/Operating Entities | 63.4 | $60,235.40 |
| Expenses | 0.0 | $1,905.78 |
| **Totals** | **200.0** | **$174,972.38** |

[2] Katten voluntarily reduced its fees for the Fee Period by $8,731.60, attributable to fee application preparation and other administrative tasks, as an accommodation to the receivership estate.