KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter[2]**

| Matter Description | Hours | Amount |
|---|---|---|
| Accounting / Auditing | 13.5 | $2,229.79 |
| Asset Analysis and Recovery | 0.0 | $0.00 |
| Business Analysis | 0.0 | $0.00 |
| Business Operations | 40.2 | $7,721.21 |
| Case Administration | 89.1 | $31,850.86 |
| Forensic Accounting | 70.7 | $30,124.61 |
| Status Reports | 1.5 | $735.08 |
| Expenses | 0.0 | $103.04 |
| **Totals** | **225.5** | **$75,623.22** |

---

[2] The Receiver voluntarily reduced her fees for the Fee Period by $882.09, attributable to preparation of fee applications, as an accommodation to the receivership estate.

Case No. 2:21-cv-02927-CAS-PD
THIRTY-SECOND MONTHLY FEE STATEMENT OF
RECEIVER MICHELE VIVES—AUGUST 2024