**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter[2]**

| Matter Description | Hours | Amount |
|---|---:|---:|
| Case Administration | 4.8 | $4,977.60 |
| Fee Application/Retention of Professionals | 5.4 | $0.00 |
| Claims Administration and Objections | 3.2 | $3,726.40 |
| Pre-Receivership Litigation/Stay | 0.0 | $0.00 |
| FBI and Criminal Case Matters | 0.0 | $0.00 |
| SEC Meetings/Discussions | 0.0 | $0.00 |
| Avoidance Actions | 0.0 | $0.00 |
| Asset Disposition | 0.0 | $0.00 |
| Investigation of Assets/Transactions | 68.8 | $61,469.40 |
| Business Operations/Operating Entities | 28.0 | $29,634.60 |
| Expenses | 0.0 | $1,623.29 |
| **Totals** | **110.2** | **$101,431.29** |

---

[2] Katten voluntarily reduced its fees for the Fee Period by $4,545.80, attributable to fee application preparation and other administrative tasks, as an accommodation to the receivership estate.