1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200

<u>**Exhibit A**</u>
**Summary of Total Fees and Expenses by Subject Matter[2]**

| Matter Description | Hours | Amount |
|---|---|---|
| Accounting / Auditing | 7.1 | $1,216.98 |
| Asset Analysis and Recovery | 0.0 | $0.00 |
| Business Analysis | 0.8 | $392.04 |
| Business Operations | 3.0 | $1,320.44 |
| Case Administration | 62.1 | $20,674.89 |
| Claims Administration and Objections | 12.3 | $4,925.02 |
| Forensic Accounting | 72.9 | $20,421.74 |
| Status Reports | 0.0 | $0.00 |
| Expenses | 0.0 | $103.04 |
| **Totals** | **158.2** | **$49,054.15** |

[2] The Receiver voluntarily reduced her fees for the Fee Period by $735.08, attributable to preparation of fee applications, as an accommodation to the receivership estate.

Case No. 2:21-cv-02927-CAS-PD
THIRTY-THIRD MONTHLY FEE STATEMENT OF
RECEIVER MICHELE VIVES—SEPTEMBER 2024