**Exhibit A**
**Summary of Total Fees and Expenses by Subject Matter[2]**

| Matter Description | Hours | Amount |
|---|---:|---:|
| Case Administration | 0.6 | $622.20 |
| Fee Application/Retention of Professionals | 3.8 | $0.00 |
| Claims Administration and Objections | 2.5 | $2,592.50 |
| Pre-Receivership Litigation/Stay | 0.0 | $0.00 |
| FBI and Criminal Case Matters | 0.0 | $0.00 |
| SEC Meetings/Discussions | 0.0 | $0.00 |
| Avoidance Actions | 0.0 | $0.00 |
| Asset Disposition | 0.0 | $0.00 |
| Investigation of Assets/Transactions | 82.6 | $79,239.50 |
| Business Operations/Operating Entities | 24.3 | $21,769.90 |
| Expenses | 0.0 | $5,527.71 |
| **Totals** | **113.8** | **$109,751.81** |

---

[2] Katten voluntarily reduced its fees for the Fee Period by $3,208.10, attributable to fee application preparation and other administrative tasks, as an accommodation to the receivership estate.

KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661
(312) 902-5200